| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 2:11-cv-00084 |
|---|---|---|---|
| M.D., by her next friend Sarah R. Stukenberg, et al. ||||
| *versus* ||||
| Rick Perry, in his official capacity as Governor of the State of Texas, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Adam Dembrow<br>Children's Rights<br>330 Seventh Avenue, Fourth Floor<br>New York, New York 10001<br>212.683.2210<br>New York State Bar # 3960556<br>S.D.N.Y. # AD-2142 |
|---|---|
| Seeks to appear for this party: | Plaintiffs, M.D., bnf Sarah R. Stukenberg, et al. |
| Dated:   1/3/2012 | Signed: [signature] |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 1/5/12 | Clerk's signature: Verlinda Ros |

| Order |
|---|
| Dated: 1/9/12 |

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge