IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, | § | |
| D.I., by his next friend, Nancy G. Pofahl, | § | |
| Z.H., by his next friend, Carla B. Morrison, | § | |
| S.A., by her next friend, Javier E. Solis, | § | |
| A.M., by her next friend, Jennifer Talley, | § | |
| J.S., H.V., and P.O., by their next friend, | § | |
| Anna J. Ricker, K.E., by her next friend, | § | |
| John W. Cliff, Jr., S.T., M.R., and J.R., | § | |
| by their next friend, Bobbie M. Young, and | § | |
| T.H., by his next friend Anita O'Rourke, | § | |
| individually and on behalf of all others | § | |
| similarly situated, | § | |
| | § | CIVIL ACTION NO. 2:11 CV-00084 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| RICK PERRY, in his official capacity as | § | |
| Governor of the State of Texas, KYLE | § | |
| JANEK, in his official capacity as Executive | § | |
| Commissioner of the Health and Human | § | |
| Services Commission of the State of Texas, | § | |
| and JOHN J. SPECIA, JR., in his official | § | |
| capacity as Commissioner of the | § | |
| Department of Family and Protective | § | |
| Services of the State of Texas, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFFS D.I., S.R., M.R., AND J.R.

TO:   Plaintiffs, by and through their attorneys of record, David Dodds, Barry F. McNeil, R. Thaddeus Behrens, Amelia J. Cardenas, HAYNES AND BOONE, LLP, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219; Marcia Robinson Lowry, Philip G. Barber, Stephen A. Dixon, Oliver Sohmer, Jessica Polansky, Patrick Almonrode, CHILDREN'S RIGHTS, 330 Seventh Avenue, Fourth Floor. New York, New York 10001; J.A. "Tony" Canales, Hector Canales, Patricia Bell, CANALES & SIMONSON, P.C., 2601 Morgan Avenue, Corpus Christi, Texas 78467-5624; R. Paul Yetter, Dori K. Goldman, Christopher D. Porter, YETTER COLEMAN LLP, 909 Fannin, Suite 3600, Houston, Texas 77010.

Prior to the Court's ruling on Plaintiffs' Motion for Class Certification [Docket No. 160-1], Defendants move for partial summary judgment denying all claims of Plaintiffs D.I., S.R., J.R., and M.R.

**Facts**:[1]   On October 24, 2012, D.I. was adopted and is no longer in Permanent Managing Conservatorship (PMC) or otherwise in custody of the State of Texas.  Since February 7, 2013, S.R., J.R., and M.R. likewise are no longer in PMC or otherwise in custody of the State of Texas.

**Grounds**:  These undisputed facts render moot the claims of these four plaintiffs, which claims should be denied for lack of subject matter jurisdiction.  *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477-78 (1990).  Further, none of these four individuals now have a personal stake in the outcome of the case when the Court rules on the Motion for Class Certification and thus they are precluded from serving as class representatives.  *East Texas Motor Freight System v. Rodriguez*, 431 U.S. 395, 403 (1977); *Grant ex rel Family Eldercare v. Gilbert*, 324 F.3d 383 (5th Cir. 2003).  And, finally, as S.R., J.R., and M.R. were the sole, proffered representatives for the Unverified Kinship Class, that claim must be dismissed as well.  *Zeidman v. J. Ray McDermott & Co.,* 651 F.2d 1030, 1046 (5th Cir. 1981)("In short, a lawsuit brought as a class action must present justiciable claims at each stage of the litigation; if the named plaintiffs' individual claims become moot before a class has been certified, no justiciable claims are at that point before the court and the case must as a general rule be dismissed for mootness.")

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

---

[1] These facts are established by the Affidavit of Wyndi McPeters, Exhibit A hereto.

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Director of Defense Litigation

JAMES "BEAU" ECCLES
Attorney-in-Charge
Chief - General Litigation Division
Texas Bar No. 00793668
Southern District No. 310917

/s/ *Thomas A. Albright*
THOMAS A. ALBRIGHT
Texas Bar No. 00974790
Southern District No. 107013

MARC RIETVELT
Texas Bar No. 24048399
Southern District No. 910979

ANDREW B. STEPHENS
Texas Bar No. 24079396
Southern District No. 1385273

Assistant Attorneys General
Office of the Attorney General
General Litigation Division - 019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by electronic case management filing on April 15, 2013 to:

David Dodds
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

J.A. "Tony" Canales
Hector Canales
Patricia C. Bell
CANALES & SIMONSON, P.C.
2601 Morgan Avenue
Corpus Christi, Texas 78467-5624

R. Paul Yetter
Dori K. Goldman
Christopher D. Porter
April L. Farris
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010

Philip G. Barber
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, New York 10001

Barry F. McNeil
R. Thaddeus Behrens
Amelia J. Cardenas
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

Marcia Robinson Lowry
Stephen A. Dixon
Oliver Sohmer
Jessica Polansky
Patrick Almonrode
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, New York 10001

/s/ *Thomas A. Albright*
Thomas A. Albright