Child Care Licensing

**FIND CHILD CARE**
- Find Child Care
- Information for Parents

**CHILD SAFETY**
- Child Safety Campaigns
- Hotlines

**SERVICE PROVIDERS**
- Provider Login & Background Checks
- Standards & Regulations

**DAY CARE**
- Become a Day Care Provider
- Day Care Licensing

**24-HOUR RESIDENTIAL**
- Become a 24-Hour Residential Care Provider
- 24-Hour Residential Care Licensing
- Licensed Administrators

**MORE CHILD CARE LICENSING**
- FAQs
- Forms
- Contact Us

# Child Care Search Result Details

DFPS Home / Child Care / Search Texas Child Care / This Page

## Operation Details

You may click on the question mark image ( ? ) to view the Frequently Asked Questions (FAQ) page.

| | |
|---|---|
| Operation Number: | 1225906 |
| Operation Type: | General Residential Operation |
| Program Provided: | Residential Treatment Center |
| Operation/Caregiver Name: | Children's Hope Residential Services Inc - West |
| Location Address: | 500 WEST AVE<br>LEVELLAND, TX 79336 |
| Mailing Address: | 500 WEST AVE<br>LEVELLAND, TX 79336 |
| Phone Number: | 806-897-9735 |
| County: | HOCKLEY |
| Website Address: | |
| Email Address: | |
| Administrator/Director Name: | Melissa Marie Coelho |
| Programmatic Services: | Child Care |
| Treatment Services: | Emotional Disorders,Mental Retardation,Pervasive Development Disorder |
| Type of Issuance: ? | Full Permit |
| Issuance Date: | 4/8/2011 |
| Conditions on Permit: ? | No |
| Days of Operation: | N/A |
| Total Capacity: | 48 |
| Licensed to Serve Ages: | 5 - 17 |
| Corrective Action: ? | No |
| Adverse Action: ? | No |
| Temporarily Closed: | No |

**Two Year Inspection Summary**

- Inspectors routinely monitor compliance with Licensing standards, rules and law. At a minimum, licensed and certified operations are inspected at least once a year; Registered Child Care Homes ? are inspected at least once every two years, Listed Family Homes ? are inspected only if there is a report of abuse/neglect or if we receive a report that the home is caring for too many children.
- When operations have serious deficiencies or a significant number of deficiencies, repeat deficiencies, or fail to make corrections timely, they are inspected more frequently by licensing staff, to ensure the health and safety of children in care.

Find Child Care
Information for Parents

CHILD SAFETY
Child Safety Campaigns
Hotlines

SERVICE PROVIDERS
Provider Login & Background Checks
Standards & Regulations ▾

DAY CARE
Become a Day Care Provider
Day Care Licensing

24-HOUR RESIDENTIAL
Become a 24-Hour Residential Care Provider
24-Hour Residential Care Licensing
Licensed Administrators

MORE CHILD CARE LICENSING
FAQs
Forms
Contact Us

# Operation Details

You may click on the question mark image (**?**) to view the Frequently Asked Questions (FAQ) page.

| | |
|---|---|
| Operation Number: | 1225906 |
| Operation Type: | General Residential Operation |
| Program Provided: | Residential Treatment Center |
| Operation/Caregiver Name: | Children's Hope Residential Services Inc - West |
| Location Address: | 500 WEST AVE<br>LEVELLAND, TX 79336 |
| Mailing Address: | 500 WEST AVE<br>LEVELLAND, TX 79336 |
| Phone Number: | 806-897-9735 |
| County: | HOCKLEY |
| Website Address: | |
| Email Address: | |
| Administrator/Director Name: | Melissa Marie Coelho |
| Programmatic Services: | Child Care |
| Treatment Services: | Emotional Disorders,Mental Retardation,Pervasive Development Disorder |
| Type of Issuance: **?** | Full Permit |
| Issuance Date: | 4/8/2011 |
| Conditions on Permit: **?** | No |
| Days of Operation: | N/A |
| Total Capacity: | 48 |
| Licensed to Serve Ages: | 5 - 17 |
| Corrective Action: **?** | No |
| Adverse Action: **?** | No |
| Temporarily Closed: | No |

**Two Year Inspection Summary**

- Inspectors routinely monitor compliance with Licensing standards, rules and law. At a minimum, licensed and certified operations are inspected at least once a year; Registered Child Care Homes **?** are inspected at least once every two years, Listed Family Homes **?** are inspected only if there is a report of abuse/neglect or if we receive a report that the home is caring for too many children.

- When operations have serious deficiencies or a significant number of deficiencies, repeat deficiencies, or fail to make corrections timely, they are inspected more frequently by licensing staff, to ensure the health and safety of children in care.

- In the last two years, Licensing conducted the following:

  133 - Inspections **?**
  2 - Assessments **?**
  20 - Self Reported Incidents **?**
  101 - Reports **?**

  *Click on the inspection type to see additional details related to each inspection.*

hild Care/Day Care Licensing/default.asp



**Child Care Licensing**

**FIND CHILD CARE**
Find Child Care
Information for Parents

**CHILD SAFETY**
Child Safety Campaigns
Hotlines

**SERVICE PROVIDERS**
Provider Login & Background Checks
Standards & Regulations ▾

**DAY CARE**
Become a Day Care Provider
Day Care Licensing

**24-HOUR RESIDENTIAL**
Become a 24-Hour Residential Care Provider
24-Hour Residential Care Licensing
Licensed Administrators

**MORE CHILD CARE LICENSING**
FAQs
Forms
Contact Us

## Compliance History Details List

DFPS Home > Child Care > Search Texas Child Care > Child-Care Provider Main Page > Compliance History

| | |
|---|---|
| Operation Name: | Children's Hope Residential Services Inc - West |
| Operation Number: | 1225906 |
| Operation Type: | General Residential Operation |
| Program Provided: | Residential Treatment Center |
| E-mail Address: | aldrich@childrenhp.org |

The following items regarding the risk to children is evaluated at every inspection.

The Supervision of Child
Child/Caregiver Ratio
Obvious Fire, Safety and/or Sanitation Deficiencies
A Sampling of Serious Incidents Reports (RCCL only)

Condition of any Waiver/Variance, if applicable
Director and/or Caregiver Responsibilities
Restrictions and/or Conditions of the Permit
Background Checks

Two year compliance history
Click on the expansion button to view the violation details.



**Search Criteria**

| Standard Risk Level: | All | Type of Licensing Activity: | All | Date: | All | Search | Clear |

**Detail** | **All Deficiencies**

| Date ▾ | Standard Number/Description | Type | Standard Risk Level | Corrected at Inspection | Correction Deadline Date | Date Correction Verified | Narrative |
|---|---|---|---|---|---|---|---|
| 8/26/2014 | 748.2551(c)(1) - EBI Implementation-Caregiver must minimize risk of physical discomfort, harm, or pain to the child | Reports | High | No | 10/13/2014 | 10/14/2014 | Click for Narrative... |
| 5/27/2014 | 748.3301(a) - Physical Site-Buildings must be structurally sound, clean, and in good repair. Paints must be lead-free | Self Reported Incidents | High | Yes | 6/9/2014 | | Click for Narrative... |
| 5/10/2014 | 748.2307(8) - Other Prohibited Punishments-humiliating, shaming, ridiculing, rejecting, or yelling at a child | Reports | Medium High | No | 7/2/2014 | 7/9/2014 | Click for Narrative... |
| 5/10/2014 | 748.2461(a)(1) - Short Personal Restraint-Caregiver must minimize risk of physical discomfort, harm, or pain to child | Reports | High | No | 7/2/2014 | 7/9/2014 | Click for Narrative... |
| 4/25/2014 | 748.507(1) - Employee general responsibilities-Demonstrate competency, prudent judgment, self-control in presence of children and when performing assigned tasks | Reports | Medium High | No | 6/16/2014 | 6/20/2014 | Click for Narrative... |
| 3/28/2014 | 748.2307(1) - Other Prohibited Punishments-any harsh, cruel, unusual, unnecessary, demeaning, or humiliating discipline/punishment | Reports | High | Yes | 5/6/2014 | | Click for Narrative... |
| 3/6/2014 | 748.685(a)(4) - Caregiver responsibility - providing the level of supervision necessary to ensure each child's safety and well-being | Monitoring Inspections | High | Yes | 3/20/2014 | | Click for Narrative... |



## Compliance History Details List

DFPS Home > Child Care > Search Texas Child Care > Child-Care Provider Main Page > Compliance History

| | |
|---|---|
| Operation Name: | Children's Hope Residential Services Inc - West |
| Operation Number: | 1225906 |
| Operation Type: | General Residential Operation |
| Program Provided: | Residential Treatment Center |
| E-mail Address: | aldrich@childrenhp.org |

**The following items regarding the risk to children is evaluated at every inspection.**

The Supervision of Child
Child/Caregiver Ratio
Obvious Fire, Safety and/or Sanitation Deficiencies
A Sampling of Serious Incidents Reports (RCCL only)

Condition of any Waiver/Variance, if applicable
Director and/or Caregiver Responsibilities
Restrictions and/or Conditions of the Permit
Background Checks

Two year compliance history
Click on the expansion button to view the violation details.

**Search Criteria**

Standard Risk Level: High    Type of Licensing Activity: All    Date: All    Search    Clear

Detail    **All Deficiencies**

| Date ▼ | Standard Number/Description | Type | Standard Risk Level | Corrected at Inspection | Correction Deadline Date | Date Correction Verified | Narrative |
|---|---|---|---|---|---|---|---|
| 8/26/2014 | 748.2551(c)(1) - EBI Implementation-Caregiver must minimize risk of physical discomfort, harm, or pain to the child | Reports | High | No | 10/13/2014 | 10/14/2014 | Click for Narrative... |
| 5/27/2014 | 748.3301(a) - Physical Site-Buildings must be structurally sound, clean, and in good repair. Paints must be lead-free | Self Reported Incidents | High | Yes | 6/9/2014 | | Click for Narrative... |
| 5/10/2014 | 748.2461(a)(1) - Short Personal Restraint-Caregiver must minimize risk of physical discomfort, harm, or pain to child | Reports | High | No | 7/2/2014 | 7/9/2014 | Click for Narrative... |
| 3/28/2014 | 748.2307(1) - Other Prohibited Punishments-any harsh, cruel, unusual, unnecessary, demeaning, or humiliating discipline/punishment | Reports | High | Yes | 5/6/2014 | | Click for Narrative... |
| 3/6/2014 | 748.685(a)(4) - Caregiver responsibility - providing the level of supervision necessary to ensure each child's safety and well-being | Monitoring Inspections | High | Yes | 3/20/2014 | | Click for Narrative... |
| 11/17/2013 | 745.615(b)(3)(A) - Required FBI check - Persons who have lived outside of TX in the previous 5 years | Reports | High | No | 1/23/2014 | 1/24/2014 | Click for Narrative... |
| 11/6/2013 | 745.626(c) - Background check results - When FBI required and operation is experiencing a staff shortage, then fingerprints must be submitted within 30 days | Assessments | High | No | 11/6/2013 | 11/6/2013 | Click for Narrative... |

### Child Care Licensing

**FIND CHILD CARE**
Find Child Care
Information for Parents

**CHILD SAFETY**
Child Safety Campaigns
Hotlines

**SERVICE PROVIDERS**
Provider Login & Background Checks
Standards & Regulations ▾

**DAY CARE**
Become a Day Care Provider
Day Care Licensing

**24-HOUR RESIDENTIAL**
Become a 24-Hour Residential Care Provider
24-Hour Residential Care Licensing
Licensed Administrators

**MORE CHILD CARE LICENSING**
FAQs
Forms
Contact Us



Search Criteria

Standard Risk Level: [High]   Type of Licensing Activity: [All]   Date: [All]   [Search]   [Clear]

| Detail | All Deficiencies |

| Date ▼ | Standard Number/Description | Type | Standard Risk Level | Corrected at Inspection | Correction Deadline Date | Date Correction Verified | Narrative |
|---|---|---|---|---|---|---|---|
| 8/26/2014 | 748.2551(c)(1) - EBI Implementation-Caregiver must minimize risk of physical discomfort, harm, or pain to the child | Reports | High | No | 10/13/2014 | 10/14/2014 | Click for Narrative... |
| 5/27/2014 | 748.3301(a) - Physical Site-Buildings must be structurally sound, clean, and in good repair. Paints must be lead-free | Self Reported Incidents | High | Yes | 6/9/2014 | | Click for Narrative... |
| 5/10/2014 | 748.2461(a)(1) - Short Personal Restraint-Caregiver must minimize risk of physical discomfort, harm, or pain to child | Reports | High | No | 7/2/2014 | 7/9/2014 | Click for Narrative... |
| 3/28/2014 | 748.2307(1) - Other Prohibited Punishments-any harsh, cruel, unusual, unnecessary, demeaning, or humiliating discipline/punishment | Reports | High | Yes | 5/6/2014 | | Click for Narrative... |
| 3/6/2014 | 748.685(a)(4) - Caregiver responsibility - providing the level of supervision necessary to ensure each child's safety and well-being | Monitoring Inspections | High | Yes | 3/20/2014 | | Click for Narrative... |
| 11/17/2013 | 745.615(b)(3)(A) - Required FBI check - Persons who have lived outside of TX in the previous 5 years | Reports | High | No | 1/23/2014 | 1/24/2014 | Click for Narrative... |
| 11/6/2013 | 745.626(c) - Background check results - When FBI required and operation is experiencing a staff shortage, then fingerprints must be submitted within 30 days | Assessments | High | No | 11/6/2013 | 11/6/2013 | Click for Narrative... |
| 8/30/2013 | 748.2553(2)(B) - EBI Release-Child released from personal restraint within one minute of implementation of a prone or supine hold | Reports | High | No | 10/18/2013 | 10/22/2013 | Click for Narrative... |
| 8/20/2013 | 748.685(a)(5) - Caregiver responsibility - being able to intervene when necessary to ensure child's safety | Self Reported Incidents | High | No | 10/29/2013 | 11/5/2013 | Click for Narrative... |
| 8/5/2013 | 748.685(a)(4) - Caregiver responsibility - providing the level of supervision necessary to ensure each child's safety and well-being | Monitoring Inspections | High | No | 8/19/2013 | 8/30/2013 | Click for Narrative... |

Page 1 of 3 (24 items)  <  [1]  2  3  >



Search Criteria

| Standard Risk Level: | High | | Type of Licensing Activity: | All | | Date: | All | | Search | Clear |

Detail    All Deficiencies

| Date ▼ | Standard Number/Description | Type | Standard Risk Level | Corrected at Inspection | Correction Deadline Date | Date Correction Verified | Narrative |
|---|---|---|---|---|---|---|---|
| 7/31/2013 | 748.685(a)(3) - Caregiver responsibility - being aware of and accountable for each child's on-going activity | Reports | High | No | 9/5/2013 | 9/18/2013 | Click for Narrative... |
| 7/12/2013 | 748.685(a)(3) - Caregiver responsibility - being aware of and accountable for each child's on-going activity | Reports | High | No | 9/6/2013 | 9/18/2013 | Click for Narrative... |
| 7/2/2013 | 748.2551(c)(1) - EBI Implementation-Caregiver must minimize risk of physical discomfort, harm, or pain to the child | Reports | High | No | 8/30/2013 | 9/13/2013 | Click for Narrative... |
| 6/18/2013 | 748.2303(a) - Corporal Punishment-May not use/threaten corporal punishment, such as hitting/spanking, forced exercise, holding physical position, unproductive work. | Self Reported Incidents | High | No | 8/13/2013 | 8/1/2013 | Click for Narrative... |
| 5/8/2013 | 748.2303(a) - Corporal Punishment-May not use/threaten corporal punishment, such as hitting/spanking, forced exercise, holding physical position, unproductive work. | Reports | High | No | 7/22/2013 | 8/1/2013 | Click for Narrative... |
| 5/6/2013 | 748.685(a)(3) - Caregiver responsibility - being aware of and accountable for each child's on-going activity | Self Reported Incidents | High | No | 8/16/2013 | 8/16/2013 | Click for Narrative... |
| 4/22/2013 | 748.2551(c)(2) - EBI Implementation-Caregiver must use the minimal amount of reasonable and necessary physical force | Reports | High | No | 6/24/2013 | 6/24/2013 | Click for Narrative... |
| 3/25/2013 | 748.685(a)(4) - Caregiver responsibility - providing the level of supervision necessary to ensure each child's safety and well-being | Monitoring Inspections | High | No | 4/8/2013 | 4/19/2013 | Click for Narrative... |
| 3/6/2013 | 748.2307(1) - Other Prohibited Punishments-any harsh, cruel, unusual, unnecessary, demeaning, or humiliating discipline/punishment | Reports | High | No | 4/26/2013 | 5/3/2013 | Click for Narrative... |
| 2/27/2013 | 748.685(a)(4) - Caregiver responsibility - providing the level of supervision necessary to ensure each child's safety and well-being | Reports | High | No | 4/24/2013 | 4/19/2013 | Click for Narrative... |

Page 2 of 3 (24 items)  <  1  [2]  3  >



Search Criteria

Standard Risk Level: [High]    Type of Licensing Activity: [All]    Date: [All]    [Search]    [Clear]

| Detail | All Deficiencies |
|--------|------------------|

| Date ▼ | Standard Number/Description | Type | Standard Risk Level | Corrected at Inspection | Correction Deadline Date | Date Correction Verified | Narrative |
|--------|----------------------------|------|---------------------|-------------------------|--------------------------|--------------------------|-----------|
| 1/27/2013 | 748.685(a)(3) - Caregiver responsibility - being aware of and accountable for each child's on-going activity | Reports | High | No | 5/1/2013 | 5/3/2013 | Click for Narrative... |
| 1/11/2013 | 748.2101(1) - Medication Storage-Store medication in a locked container | Self Reported Incidents | High | Yes | 3/22/2013 | | Click for Narrative... |
| 1/9/2013 | 745.615(b)(3)(A) - Required FBI check - Persons who have lived outside of TX in the previous 5 years | Reports | High | No | 3/8/2013 | 4/19/2013 | Click for Narrative... |
| 1/9/2013 | 748.2101(1) - Medication Storage-Store medication in a locked container | Reports | High | No | 3/8/2013 | 4/19/2013 | Click for Narrative... |

Page 3 of 3 (24 items)  <  1  2  [3]  >