IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 2:11-CV-00084 |
| v. | § § | |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § | |
| *Defendants*. | § | |

### NOTICE OF APPEAL

Notice is hereby given that Greg Abbott, in his official capacity as Governor of the State of Texas, Chris Traylor, in his official capacity as Executive Commissioner of the Health and Human Services Commission of Texas, and John Specia, in his official capacity as Commissioner of the Department of Family and Protective Services, defendants herein, hereby appeal to United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Verdict of the Court (Doc. 368), entered in this action on the 17th day of December, 2015.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

  /s/ Thomas A. Albright
THOMAS A. ALBRIGHT
Texas Bar No. 00974790
Attorney-in-Charge
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 (Fax)

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 8th day of January 2016, a true and correct copy of the foregoing document has been filed with the court's CM/ECF electronic case management system, thus providing service upon all participants.

  /s/ Thomas A. Albright
THOMAS A. ALBRIGHT
Assistant Attorney General