UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D.; bnf STUKENBERG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-84 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Court's December 17, 2015 Memorandum Opinion and Verdict of the Court, (D.E. 368), the Court makes the following order:

On the **21st day of March, 2016 at 9:00 am**, the Court shall hold a hearing to appoint a Special Master. As the parties have not agreed on a Special Master, each party's candidates shall attend the hearing.

SIGNED and ORDERED this 24th day of February, 2016.

_____
Janis Graham Jack
Senior United States District Judge