# Mary Carol Cunningham           Attorney

November 25, 2016

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 28 2016

David J. Bradley, Clerk of Court

2: 11cv 84

The Honorable Judge Janis Graham Jack
United States Post Office and Courthouse
601 Rosenberg, Room 411
Galveston, TX 77550

Re: Continued Federal Court supervision of Texas CPS and foster care system

Dear Judge Jack:

I have nothing pending before you or any federal court and am writing because of my personal concern for Texas' children in the CPS and foster care systems.

Former state District Judge F. Scott McCown, before whom I represented children as a court appointed attorney, is now Director of the Children's Rights' Clinic of the University of Texas in Austin. Judge McCown has written many articles about deficiencies in the system and lack of funding.

After more than 20 years in the practice of family law, including as a court appointed child advocate in termination cases, I can guarantee you that Texas will not fund adequately the foster care system without continued Federal Court supervision. I urge you to disregard any statements to the contrary from the State's attorneys.

Thank you for your attention.

Sincerely yours,

*Carol Cunningham*

Carol Cunningham
TX State Bar #05241500

---

104 Coldwater Lane     ccunninghamson@gmail.com     (512) 261-9822 (res)
Austin, Texas 78734     State Bar of Texas #05241500     (512) 633-4042 (cell)

AUSTIN TX 787
RIO GRANDE DISTRICT
25 NOV 2016 PM 5 L

United States District of Texas
Southern FILED
NOV 28 2016
David J. Bradley, Clerk of Court

The Honorable Judge Janis Graham Jack
c/o David J. Bradley, Clerk
P.O. Drawer 2300
Galveston, TX 77553

77553-230000

Carol Cunningham, Attorney
104 Coldwater Lane
Lakeway, TX 78734

United States Courts
Southern District of Texas
FILED
NOV 28 2016