United States Courts
Southern District of Texas
FILED
SEP 22 2017
David J. Bradley, Clerk of Court

Christy Petty

September 14, 2017

Honorable Judge Janis Graham Jack.
Southern District of Texas Court
1133 N. Shoreline Blvd.
Corpus Christi TX 78401

The Honorable Judge Janis Graham Jack:

I was a CASA for approximately 1 year.. I have witnessed perjury, official oppression, manipulation, and intimidation's by CPS. In my research, it looks as if the judges are aware of there being problems with CPS and with all due diligence are attempting to bring about justice for the children and families in their courts, in spite of the inadequacy of CPS. Sadly I know too, many judges are ignorant of a great deal that is occurring in their courtroom. This is by no fault of judges, they are not being told the 'truth and nothing but. The courts do not know what they do not know. .

As a CASA, I had the time to pursue and get access to information, where the judges do not. I was able to research background, interrogations/interviews. I talked with family and friends, the children, therapist, service providers. I follow posts on social media. I sat in meetings with CPS and the families and witnessed the verbal accounts, what is not revealed in written reports.

These investigations revealed discrepancies from CPS to the courts/judges. Affidavits misrepresented time and place and people, the truth. Petitions to the court for removal were lies, wrong dates, omissions of the facts. I observed CPS withholding records, making untrue statements in court, and no lawyer or CASA countering these fallacies for ignorance. When the truth was found on follow up, there was no way to present the facts or reveal the lies to the court. I had asked a lawyer how to stop the lies, to get out of the 'process' and get the truth out. The answer: "The train is on the track and there is no way off until it ends , which will be at least a year."

I would question CPS, ask for information, question the process. This was seen as confrontation and would bring on intimidations for the families, myself or CASA. Withholding of records, falsifying records, changing service plan for parents, ignoring court orders, threatening the parents or placements of permanent removal.

I discussed the corruption with the lawyers, and CASA superiors. All agreed it was out of control, but took no action to confront. I decided to take action. I did not see the process of alerting CPS of their wrongs and expecting repentance to be working. I contacted the office of Hank Whitman, Commissioner of. DFPS. His office directed me to the Office of Consumer Affairs. OCA prompted me to file a complaint, pertaining to the local Midland CPS office and two cases I was assigned. I was not, nor am I, confident with the process of an internal investigation, yet I felt it would be best to go through the proper channels, to allow rectification, should any be made. Within a week of my filing with OCA, Midland CPS director contacted Midland CASA, angry with the report being filed. CASA explained their not being a party to my conviction to expose CPS corruption. Then, to protect the relationship between CPS and CASA, it was decided, by CASA Midland, it would be best that I step away from CASA. This is a blessing in disguise. I, now, have the freedom to reach out to the Child Protection Court judges.

When I began as a CASA I had no idea of the extent of the corruption of CPS.. With the case load of the judges, I doubt you do either. I would like to institute a method of providing information to the judges, the truth. A process that enables a judge to check that affidavit, to critique that request for emergency removal. A venue for CASA, a lawyer, an interested party to insert facts to the court, in the midst of the process, to get that train on another track, or get it to stop. Opportunity in the court room for the CASA to speak freely, beyond the confines of the report and the process CPS has put in place. How can the lawyers and GAL's inform the judges of what CPS does not want you to know? How can you can get to know what you don't know. This is my first step, finding a way of letting you know. The next step will be my hearing your thoughts. I am anticipating communicating with you further, of the tactics of CPS.

CPS is lying. To justify removal? For job security? Because they get a rush from the power of being able to destroy lives? As I inquired of those I know, in the judicial world, as to what to do with what I know, a couple of statements stand out. 1) *"you are dealing with a State bureaucracy that doesn't really give a (**) except for its own survival on the path of least resistance. It's a tough row to hoe with a complaint system that is intentionally designed to be ineffective."* And 2) *"CPS is a separate bureaucracy than the courts and are undermanned, under funded and full of people who couldn't get real jobs! Technically we have no input, but the higher ups will listen if we bitch loud enough."* I want to bitch loud enough. This is about families, children. Imperfect families with problems to deal with, but they do not deserve what CPS is manipulating you to do to them.

Thank you for your time on this matter and your dedication to the welfare of our children in need.

Christy Petty

I discussed the corruption with the lawyers, and CASA superiors. All agreed it was out of control, but took no action to confront. I decided to take action. I did not see the process of alerting CPS of their wrongs and expecting repentance to be working. I contacted the office of Hank Whitman, Commissioner of. DFPS. His office directed me to the Office of Consumer Affairs. OCA prompted me to file a complaint, pertaining to the local Midland CPS office and two cases I was assigned. I was not, nor am I, confident with the process of an internal investigation, yet I felt it would be best to go through the proper channels, to allow rectification, should any be made. Within a week of my filing with OCA, Midland CPS director contacted Midland CASA, angry with the report being filed. CASA explained their not being a party to my conviction to expose CPS corruption. Then, to protect the relationship between CPS and CASA, it was decided, by CASA Midland, it would be best that I step away from CASA. This is a blessing in disguise. I, now, have the freedom to reach out to the Child Protection Court judges.

When I began as a CASA I had no idea of the extent of the corruption of CPS.. With the case load of the judges, I doubt you do either. I would like to institute a method of providing information to the judges, the truth. A process that enables a judge to check that affidavit, to critique that request for emergency removal. A venue for CASA, a lawyer, an interested party to insert facts to the court, in the midst of the process, to get that train on another track, or get it to stop. Opportunity in the court room for the CASA to speak freely, beyond the confines of the report and the process CPS has put in place. How can the lawyers and GAL's inform the judges of what CPS does not want you to know? How can you can get to know what you don't know. This is my first step, finding a way of letting you know. The next step will be my hearing your thoughts. I am anticipating communicating with you further, of the tactics of CPS.

CPS is lying. To justify removal? For job security? Because they get a rush from the power of being able to destroy lives? As I inquired of those I know, in the judicial world, as to what to do with what I know, a couple of statements stand out. 1) *"you are dealing with a State bureaucracy that doesn't really give a (\*\*) except for its own survival on the path of least resistance. It's a tough row to hoe with a complaint system that is intentionally designed to be ineffective."* And 2) *"CPS is a separate bureaucracy than the courts and are undermanned, under funded and full of people who couldn't get real jobs! Technically we have no input, but the higher ups will listen if we bitch loud enough."* I want to bitch loud enough. This is about families, children. Imperfect families with problems to deal with, but they do not deserve what CPS is manipulating you to do to them.

Thank you for your time on this matter and your dedication to the welfare of our children in need.

Christy Petty

Christy Petty

Judge Janis Graham Jack
Southern District of Texas Court
1133 N. Shoreline Blvd.
Corpus Christi Texas 78401

CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 22 2017
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

United States Courts
Southern District of Texas
FILED
SEP 22 2017
David J. Bradley, Clerk of Court