**Attachment A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § | |
| *Defendants*. | § § | |

### DECLARATION OF TREVOR WOODRUFF

1. My name is Trevor Woodruff. I am over the age of 18 years, of sound mind, competent to testify and have personal knowledge of the facts stated herein and they are true and correct.

2. I am employed with the Department of Family and Protective Services (DFPS) as the Deputy Commissioner. I have been employed with DFPS since April 17, 2006. Prior to assuming my role as Deputy Commissioner, I worked in the DFPS legal division as: (1) a special litigation attorney; (2) an appellate attorney; (3) manager of the appellate unit and region 7 legal division; (4) manager of the special litigation unit; (5) associate general counsel for litigation; and (6) General Counsel.

3. I declare under penalty of perjury that the foregoing is true and correct.

4. The Texas legislature has historically devoted sustained focus and resources to DFPS, in particular Child Protective Services. During the 85th Regular Session of the Texas legislature, Child Protective Services was declared an emergency item by Governor Greg Abbott, leading to many enacted bills that range from minor adjustments to major systemic overhaul.

5. The 85th Regular Session of the Texas legislature also devoted unprecedented new resources to the child welfare system in Texas, both through critical-needs appropriations during the Interim and in the final appropriations act during the Session.

6. DFPS has maintained summaries to aid the agency in implementing and complying with the legislation and overseeing the legislative appropriations. A copy of two such summaries pertinent to this filing are attached to my declaration.

7. DFPS administers the child welfare system for the state of Texas. DFPS is reviewed by the federal government for quantitative and qualitative measures, primarily through the Child and Family Services Review. DFPS is overseen by the Texas legislature and undergoes periodic systemic reviews by the Sunset Commission, and reports to the Legislative Budget Board as well as oversight committees with responsibility for the agency. DFPS performs well in many areas and has room for improvement in others.

8. DFPS operates a constitutionally sound system, but also places a premium on continual improvement of the Texas foster care system. The Legislature supports, guides, and enhances those improvements through the legislation and appropriations outlined above.

9. Texas maintains a document to track and note the status of various improvement efforts and legislative activities in the state that Texas has determined are important and appropriate for the children of Texas. This document is referred to as the Continuous Self Improvement Plan and is attached to this declaration

Executed on this 19th day of December, 2017.

Trevor Woodruff

**Exhibit 1**

# TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

85th Legislative Session
Key Bill Summary



## House Bill 4 – Representative Burkett

HB 4 amends the Relative and Other Designated Caregiver (RODC) Program to provide payments and an annual reimbursement to those caregivers at or below 300% of the federal poverty level, not to exceed $500, subject to the availability of funds.  DFPS is required to disburse monetary assistance provided to the relative caregiver in the same manner as DFPS disburses payments to a foster parent.  HB 4 also establishes the act of knowingly entering into a fraudulent caregiver assistance agreement as a criminal offense with a civil penalty.  Children placed with relatives account for 45.8% of conservatorship placements and HB 4 provides additional stability for placements that meet the qualifications of the law.

## House Bill 5 – Representative Frank

Beginning September 1, House Bill (HB) 5 makes the Department of Family and Protective Services (DFPS) a stand-alone agency apart from the Health and Human Services System (HHSC).  The DFPS commissioner will report directly to the Governor rather than to the Health and Human Services executive commissioner, must be confirmed by the Senate, and will serve a term of two years.  The Adult Protective Services (APS) Provider program and the regulatory and licensing functions of Child Care Licensing (CCL) will transfer to HHSC.  Those CCL staff who investigate abuse and neglect will stay at DFPS as part of Child Protective Services (CPS).  HB 5 requires the following divisions and offices that much be created in DFPS.

- An investigations division, which moves all child abuse, neglect and exploitation investigations out of CPS and into a separate division;
- A consolidated data division, which allows all internal and external data requests to funnel through a single division;
- A legal division that oversees human resources, open records, privacy and confidentiality, litigation, and contract compliance.

*The last day for the governor to take action on bills is June 18, 2017.

- An operations division that oversees department operations and human resource functions; and
- A financial management and accounting division.

The commissioner may create additional divisions within DFPS.
The Health and Human Services remains responsible for administering the contract for the STAR Health Medicaid managed care program for children in DFPS conservatorship and to maintain the Health Passport.

**House Bill 7 – Representative Wu**

HB 7 makes numerous changes regarding suits brought by DFPS that affect the parent-child relationship. Some of the changes include collaboration between DFPS with the Courts, the Texas Juvenile Justice Department (TJJD), as well as the Permanent Judicial Commission for Children, Youth and Families.  The bill provides for the involvement of attorneys ad litem and guardians ad litem, criteria for the termination of parental rights, and notice of significant events and orders regarding a child's health.  Additionally the bill creates new licensing types for child care licensing operations and redefines general residential organizations as facilities or residential child-care facilities.  Child placing agencies will be able to issue provisional licenses.  Other important aspects of HB 7 provide for counties who do not currently have drug court programs to study the effect that the creation of a family drug court would have in their county; the bill also requires the Supreme Court Children's Commission to conduct a study regarding the use of attorney ad litems in DFPS cases.

**House Bill 249 – Representative Hernandez**

HB 249 directs CCL to investigate child abuse and neglect using the same definitions that CPS uses and adds a new exploitation as something that CCL would investigation at childcare operations.  It adds a new definition of "physical abuse" concerning a person forcing or coercing a child to enter into a marriage.  DFPS is also required to provide investigative information to the regulatory division of CCL after the investigation is closed.

HB 249 also requires DFPS to contract with a vendor or an agreement with an institution of higher education in order to develop performance quality metrics

for Family-based Safety Services (FBSS) and post-adoption support services. DFPS would be required to compile a summary of the FBSS reports and distribute them to appropriate FBSS caseworkers and regional management once a quarter. DFPS would also be required to summarize and distribute post-adoption reports to appropriate conservatorship and adoption caseworkers and regional management. DFPS would be required to make the summaries available to families receiving family-based and to adoptive families (not just those receiving post-adoption services).

### House Bill 871 – Representative Roberts

HB 871 allows parents to enter into a written agreement with another adult caregiver to make decisions and provide protections for their child.  These decisions include medical treatment, psychological care, education decisions, and others.  These agreements are set for a term of six months but automatically renew unless terminated and must be notarized.  The bill prohibits DFPS from initiating an investigation based solely on a request from a child's parent for information on services available to families in crisis.

### House Bill 1521 – Representative White

HB 1521 requires DFPS and the Texas Juvenile Justice Department (TDJJ) and local juvenile probation departments to share information that assists with providing services for youth, and includes not only open cases but closed cases.

### House Bill 1542 – Representative Price

HB 1542 defines the Least Restrictive Setting for a child as a placement that is the most family-like setting in comparison to all other available placements. The bill requires DFPS to prioritize placement for children six years or older: first with a suitable relative, then other designated caregiver, then foster home and finally a general residential operation operating as a cottage home.

HB 1542 further requires DFPS to consider whether a placement is in the child's best interest and consider whether that placement is the least restrictive setting, closest in geographic proximity to the child's home, most able to meet the need of the child and satisfies any expressed interests of the child.

3

**House Bill 1549 – Representative Burkett**

HB 1549 intends to improve services provided by CPS and PEI through retention and staffing strategies, increasing foster care recruitment for placements, better evaluation of PEI services and outcomes, as well as other provisions designed to strengthen the capacity and capability of DFPS to protect children.

**House Bill 1608 – Representative Minjarez**

HB 1608 requires DFPS to develop a pilot program among state agencies to allow for foster youth to get summer internships so that may develop the experience necessary to help them gain meaningful employment upon aging out of foster care. This bill reinforces the agency's efforts at promoting normalcy for children in care.

**House Bill 2124 – Representative Minjarez**

HB 2124 directs DFPS to collect and share military affiliation as part of a child abuse and neglect case file, and share pertinent case file information with the appropriate military authorities.  Additionally HB 2124 will connect an active duty member of the U.S. armed forces or their spouse with the Family Advocacy program to provide resources to the family on ways to manage an open investigation with CPS.

**House Bill 2848 – Representative Burkett**

HB 2848 requires DFPS to ensure that agreements or contract it has with the Forensic Assessment Center Network (FACN) includes a requirement that the FACN has the ability to consult with medical professionals with expertise in certain specialized bone conditions.  HB 2848 also requires DFPS or FACN physicians to refer the child's case to a MEDCARES entity for consultation if DFPS or the FACN physician determines that the child requires a specialty consultation.

**House Bill 2849 – Representative Burkett**

HB 2849 requires DFPS to remove a person's name from the Central Registry within 10 business days after being notified of an overturned finding via an Administrative Review of Investigative Finding (ARIF), the conclusion of an Office of Consumer Affairs (OCA) review, or an order of a judge through the State Office of Administrative Hearings (SOAH).  HB 2849 also requires the

4

overturned disposition to be reflected in DFPS' files within the 10 business – day timeframe.

**Senate Bill 11 – Senator Schwertner**

SB 11 expands Community-Based Care, formerly known as Foster Care Redesign.  The bill adds additional requirements for guardians ad litem, attorneys ad litem, and pre-adoption information.  SB 11 requires automatic dismissal of trials not commenced after a year and ends the courts jurisdiction. The bill works to ensure continuity of services by requiring DFPS notification to the MCOs of a child's placement change, and further requires an MCO to notify Primary Care Physicians and specialists treating the child.

SB 11 establishes a timeline to ensure that all children who remain in the conservatorship of the department for more than three days receive an initial medical exam, but also disallows physicians from administering vaccinations (except emergency tetanus) until DFPS is named managing conservator.

The bill requires DFPS to conduct a study on the feasibility of developing a program to recruit and provide training for caregivers ages twenty-one through thirty-six.  DFPS is required to continue to complete a Foster Care Capacity Needs Plan in each catchment area and implement the Single Child Plan of Service statewide.

SB 11 also establishes a clear path forward for the expansion of Community-Based Care.  It requires contracts with SSCCs to include a timeline for implementation, conditions for access to data, respite care streamlining, performance reviews by DFPS, financial penalties and incentives, preferential hiring practices for former DFPS employees and community engagement requirements.

The bill allows for the identification of 8 new catchment areas, and implementation subject to appropriation.  It requires the transfer of case management in region 3B and case management contract provisions for each new catchment area.

SB 11 also includes the creation of a Data Access and Standards Governance council, liability insurance requirements and protections for the SSCCs, allows

review of contractor performance and decisions by DFPS, notice of early contract termination, and a Pilot program for family-based safety services case management.

It also requires the Office of the Governor to create a grant program for faith-based community collaborative programs, but provided no funding or FTEs to accomplish this task.

SB 11 also requires the creation of the following programs:
- Case Management Vendor Quality Oversight and Assurance Division
- Office of Data Analytics

**Senate Bill 203 – West**

SB 203 repeals the provision that prohibits DFPS from entering into permanency care assistance agreements after August 2017, allowing DFPS to continue to help support families through permanency. Again, this bill provides additional supports to the agency's many kinship placements.

**Exhibit 2**

CHILD PROTECTIVE SERVICES

During the 85th Regular Legislature, Texas legislative leadership provided support not only through extensive policy changes, but through financial assistance.

Texas DFPS received funding of $3.5 billion in All Funds, including $2.0 billion in General Revenue Funds, is provided for Child Protective Services (CPS) functions at the Department of Family and Protective Services (DFPS). This amount is an increase of $508.5 million in All Funds and $399.9 million in General Revenue Funds from the 2016–17 biennial base. This funding level includes $60.2 million contingent on passage of certain legislation.

The Texas Legislature provided the following amounts in CPS funding to improve agency performance related to the average caseload per CPS caseworker and CPS caseworker retention, and to ensure the safety of children:
- $292.8 million in All Funds to maintain 828.8 full-time-equivalent (FTE) positions and salary increases provided in fiscal year 2017 to address critical needs in the CPS program; and
- $88.0 million in All Funds to support an additional 509.5 caseworker positions in fiscal year 2018 and 597.9 caseworker positions in fiscal year 2019.

The funding provided for CPS direct delivery staff has driven down turnover within each stage of service.
- In October of 2016, turnover in CPS Investigations was 33.0%.  In October of 2017, turnover has decreased to 24.9%. This represents a 24.5% decrease in turnover in investigations.
- In October of 2016, turnover in CPS Conservatorship was 22.6%.  In October of 2017, turnover has decreased to 16.5%.  This represents a 27% decrease.
- In October of 2016, turnover in CPS Family Based Safety Services was 25.3%.  In November of 2017, turnover has decreased to 16%. This represents a 36.8% decrease in turnover.

Even more importantly, one of the major side effects of the stemmed turnover, along with the resources provided for additional caseworkers have dropped caseloads dramatically in all CPS stages of service.
- In October of 2016, caseloads in CPS Investigations were at 18 cases per caseworker per day.  In October of 2017, investigations caseloads have decreased to 12 cases per caseworker per day, a 33.3% decrease.
- In October of 2016, caseloads in CPS Conservatorship were at 29.2 cases per caseworker per day.  In October of 2017, conservatorship caseloads have to decreased to 26.4 cases per caseworker per day, a 9.6% decrease.
- In October of 2016, caseloads in CPS Family Based Safety Services were at 16.4 cases per caseworker per day.  In October of 2017, FBSS caseloads have decreased to 11.6 cases per caseworker per day, a 29.3% decrease.

It is important to note that the caseloads in Conservatorship are actually case stages.  The caseload is measured in stages as required by the Performance metrics established by the Texas Legislative Budget Board.  In the Conservatorship stage, caseworkers work with both families/parents and children. In Oct. 2016, caseworkers had an average child caseload of 20.1. In Oct. 2017, that child caseload dropped to 18.3, a 9% decrease.

The appropriations received by DFPS include an increase of $94.9 million in All Funds and $28.0 million in General Revenue Funds to further support foster care payments.  Most notably, the legislature supported a historic funding increase for rates for foster care services providers in the legacy and redesigned systems, and to expand Foster Care Redesign to three additional regions by the end of fiscal year 2019.

The legislature also included an increase of $1.2 million in General Revenue Funds to the Preparation for Adult Living (PAL) Purchased Services Program to expand the aid provided to foster care youth transitioning into independent living.  In October of 2016, 72.1% of youth in care completed PAL services.  However, in October of 2017, that number has jumped to 85.1%, an 18% increase over last year.  This program helps prepare older youth to live independently, teaching financial skills, basic nutrition and other necessary functions to exiting the foster care system.

Funding included an increase of $6.4 million in All Funds to continue Permanency Care Assistance payments into the 2018–19 biennium, contingent upon enactment of Senate Bill 203, or similar legislation, by the Eighty-fifth Legislature, Regular Session, 2017.  The legislature also provided an increase of $32.5 million in All Funds to expand Relative Caregiver payments for the 2018–19 biennium (these funds were contingent upon the passage of HB 4, which did pass and was signed into law by Governor Greg Abbott).

DFPS entitlement program funding for CPS services, including funds contingent upon enactment of legislation previously identified, totals $1.6 billion in All Funds and $0.7 billion in General Revenue Funds, including:

º    $940.5 million in All Funds and $381.5 million in General Revenue Funds, for the Foster Care Payment Program;

º    $568.4 million in All Funds and $288.6 million in General Revenue Funds, for the Adoption Subsidy and Permanency Care Assistance Payment Programs; and

º    $77.6 million in All Funds and $23.5 million in General Revenue Funds, for the Relative Caregiver Program.

Funding includes a total of $142.7 million in All Funds and $91.5 million in General Revenue Funds for the direct delivery of services in Day Care Purchased Services Program and $26.6 billion in All Funds provided for all functions of the Department

**Exhibit 3**

# Texas Department of Family and Protective Services



## Continuous Self Improvement Plan

### State Fiscal Year 2018

*The following table provides a summary of Texas Department of Family and Protective Services (DFPS) current and new/planned initiatives designed to achieve best practices in child welfare, and corresponding performance measures for each initiative. Historical and current performance measure data is available via the monthly DFPS Continuous Self-Improvement Plan Metrics Report. Several legislative initiatives (appropriations, enacted bills) by the 85th Texas Legislature are referenced herein. However, detailed implementation activities related to these initiatives are being tracked elsewhere.*

---

**Private CVS Caseworker Visits**

**Current Process**

- **Private Visits -** Requirement for monthly, private, in-person CVS caseworker visits is in agency rule (child-placing agency (CPA) minimum standard),[1] the Child Protective Services (CPS) Handbook,[2] DFPS Services to Children in Substitute Care Resource Guide,[3] Residential Child Care Contract,[4] CPS Rights of Children and Youth in Foster Care (aka Foster Child Bill of Rights),[5] and new caseworker training.[6]
- **Ability to Make an Outcry of Abuse or Neglect**
    - Child's right to speak privately and report maltreatment is in agency rules (GRO and CPA minimum standards),[7] DFPS Services to Children in Substitute Care Resource Guide,[8] CPS Rights of Children and Youth in Foster Care,[9] and new caseworker training. For additional practices/requirements, see section titled 24/7 Statewide Intake Hotline, herein.
    - Foster Care Ombudsman (FCO)
        - helps youth understand their rights while in foster care; review youth's concerns about case-specific questions and complaints; and work to improve youth's care.
        - In May 2016, FCO signs with the Statewide Intake (SWI) 24-7 hotline phone number and information were distributed to all providers, which were required under residential contract to post the signs in all placements for TMC and PMC children and verify their compliance quarterly.
        - FCO produces an annual trend analysis report and makes recommendations.
- **Improved Child Safety –** Practice Model; CVS caseworkers and Local Permanency Specialists' use of safety cards during private, face-to-face visits;[10] streamlined CPS Handbook policy
- **Staff Training –** Joint CPS and RCCL Child Victimization Training
- **Performance Measures and Targets**
    - **Monthly CVS Face to Face Contacts:** 95% face-to-face contacts made
    - **Quarterly CVS Quality Face to Face Visits:** 90% compliance with requirement for at least one monthly private face-to-face CVS caseworker visit
    - **Monthly RCCL Minimum Standard Violations:** citations issued for failure to comply with agency rules re: child's right to speak privately and report maltreatment.
    - **Required postings:** 100% of residential facilities post Foster Child Bill of Rights and FCO signs
- **Quality Monitoring**
    - Monthly review of performance measures, targets and metrics
    - Agency leadership reviews executive dashboard monthly
    - Quarterly CPS Accountability Team case reads, per federal Child and Family Services Reviews (CFSR) requirements for quality face-to-face visits
    - Contract monitoring
    - CPS Regional Systems Improvement Division data reviews re: face to face contacts for quarterly regional improvement team meetings with regional leadership
    - CPS caseworkers initially evaluate FCO sign posting compliance when conducting home visits. FAD workers and CPA ensure ongoing verification in residential settings.  Residential contracts monitor CPA compliance.
    - Review annual FCO trend analysis report and recommendations

---

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

**Central Databank**

<u>Current Process</u>
- **Approved SACWIS System** – Texas is one of 11 states with a federally-approved automated child welfare system. [11] The Division of State Systems (DSS) assesses the system's compliance with federal regulations
- **Photographs**
  - CPS Handbook requires CVS caseworkers to maintain a current photo of the child in the child's case file (every 6 months) [12]
  - Caseworker training re: taking photos with smartphones
  - Photos used in meetings discussing permanency of child
- **Strengthen the Workforce**
  - IMPACT.[13] change to record time with clients
  - Records Management Group clean-up of scanned files
  - IMPACT Modernization
  - iPhone upgrades
- **Access to Case File** – All parties entitled to case information on PMC children already have access (e.g., CASA access to portions of child's IMPACT record and ability to upload documents to case file)
- **Performance Measures and Targets - Monthly CVS Photographs:** 100% of IMPACT case files include current photograph
- **Quality Monitoring -** Monthly review of performance measures, targets and metrics, agency leadership reviews executive dashboard monthly, quarterly CPS Accountability Team CFSR case reads for compliance with photo requirement

| New/Planned Initiatives | Key Dates | Performance Measures and Targets | Quality Monitoring |
|---|---|---|---|
| IMPACT enhancements to: <br> • support statute, rule and policy changes that require new activities and processes <br> • allow caseworkers to upload external documents into IMPACT via tablet, desktop, and mobile devices | • **December 2017:** complete Phase 2 release 1 (INV and AR). <br> • **July 2018:** Target date to complete Phase 2 release 2 (CVS/FBSS) | TBD once contract deliverables are established | Vendor contract to be reviewed regularly to ensure deliverables are rolled per contract |
| • IMPACT Modernization (Phase I & II) | • **January 2017:** Vendor began Phase II | | |
| • Single Child Plan of Service – improved permanency outcomes | • **April 2017:** Residential contractors began using new child plan of service form. <br> • **July 2018:** Target to complete redesign of Child Plan of Service and Family Plan of Service to incorporate SDM assessment information | • CPS Business Plan: Reduce time to positive permanency (17.1 Target for FY18) | Regional Systems Improvement staff, as part of Continuous Quality Improvement, will evaluate progress to ensure long-term goal |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017    Red = Complete by April 2019

3

**24/7 Statewide Intake Hotline**

**Current Process:**
- DFPS operates Statewide Intake (SWI), a 24/7 abuse and neglect hotline. All SWI calls are screened and investigated, per state law,[14] agency rules,[15] SWI Handbook,[16] CPS Handbook,[17] and Child Care Licensing Handbook.[18]
- Child's right to speak privately and report maltreatment is in agency rules (GRO and CPA minimum standards),[19] DFPS Services to Children in Substitute Care Resource Guide,[20] CPS Rights of Children and Youth in Foster Care,[21] and new caseworker training.
- Residential Child Care Contract requires SWI phone number to be displayed prominently in all foster care residential facilities and for foster children to be allowed telephone access to reach SWI free from observation.[22]
- DFPS trains staff to report maltreatment and requires CPAs, SSCCs, GRO, and RTCs to train caregivers.[23]
- In May 2016, FCO signs with SWI phone number and information were distributed to all providers, which were required under residential contract to post the signs in all placements for TMC and PMC children and verify compliance quarterly.
- **Performance Measures and Targets**
    o **Monthly RCCL Minimum Standard Violations:** citations issued for failure to comply with agency rules re: child's right to speak privately and report maltreatment.
    o **Required postings:** 100% of residential facilities post Foster Child Bill of Rights and FCO signs
- **Quality Monitoring**
    o Monthly review of performance measures, targets and metrics
    o Agency leadership reviews executive dashboard monthly
    o CPS caseworkers initially evaluate FCO sign posting compliance when conducting home visits. FAD workers and CPA ensure ongoing verification in residential settings.  Residential contracts monitor CPA compliance.
    o Review annual FCO trend analysis report and recommendations (Dec. 2016)

| New/Planned Initiatives |
|---|

**SB 1** appropriated funds to increase SWI caseworkers to ensure timely response to intakes

**HB 1549** directs DFPS to collect and compile data on reports of abuse and neglect in residential child-care facilities; workforce turnover; and numerous other measures related to children in DFPS conservatorship.

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

4

**Aging Out Youth**

**Current Process:**

- **Improved Child Well-being through Permanency** – Preparation for Adult Living (PAL) Services helps youth transition to successful adulthood through coordinated permanency and transition planning.
- **General Programs/Services**: Transition planning [24] for PMC children begins at age 14. State law, [25] the CPS Handbook, [26] and Residential Child Care Contract [27] govern transition planning and transitional living services program requirements. [28]
- **Documents Received by Youth**:
  - State law and the CPS Handbook require DFPS to ensure each youth receives a copy of his/her birth certificate at age 16; [29] When discharged from care, youth receive birth certificate, social security card, DPS personal ID card, immunization records, health passport information, proof of Medicaid enrollment, medical power of attorney, and Youth Transition Portfolio (re: services, benefits, documents and contact information youth need before leaving care) [30]
- **Specific Programs/Services**:
  - PAL
  - Education and Training Voucher (ETV):  ETV contract amendment to hire two additional staff for outreach, marketing and training to encourage youth to enroll in ETV program, introduce them to vocational and technical programs and increase retention
  - Regional and statewide conferences and youth leadership opportunities. Additional teen conference added in each region.
  - Quarterly Youth Leadership Council meetings in each region
  - Extended foster care
  - Supervised independent living
  - Residential child care contracts
  - Post-secondary Education Workgroup Determination of Intellectual Disability (DID) Collaboration with HHSC, DADS, and STAR Health
  - YES Waiver provides behavioral health services to youth up to their 19th birthday
  - DFPS SSI coordinators screen youth for SSI eligibility and apply for benefits on behalf of those who may qualify [31]
  - For youth who have an attorney ad litem (AAL) and want to pursue criminal record expunction, DFPS works with AAL to facilitate process [32]
- **Performance Measures and Targets**
  - Youth aging out of care (no target)
  - Monthly Youth Completing PAL (80% target)
  - CPS Business Plan goals:  reduce time to positive permanency
- **Quality Monitoring**
  - Monthly review of performance measures, targets and metrics
  - Agency leadership reviews executive dashboard monthly
  - Contract monitoring:  DFPS monitors vendor performance ensuring youth attend PAL activities
  - Regional Systems Improvement staff, as part of Continuous Quality Improvement, will evaluate progress to ensure long-term goal

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

| New/Planned Initiatives |
|---|
| For youth age 16 and older, both **SB 11 and SB 1758** direct the guardian ad litem or attorney ad litem to determine whether the youth has received a certified copy of the youth's birth certificate, social security card, driver license or ID card and any other personal document DFPS determines appropriate. |
| **SB 1758** directs the court, during permanency hearings and before the final order, to ensure each youth age 14 or older with a permanency goal of another planned permanent living arrangement receives a copy of his or her birth certificate. |
| **House Bill (HB) 3338** directs DFPS, in cooperation with CASA and DPS, to develop procedures to ensure that foster children obtain a driver license or personal identification card before leaving DFPS conservatorship. |
| **SB 1758** directs DFPS to conduct and annually update an independent living skills assessment for PMC youth age 14-15, and for all TMC and PMC youth age 16 or older. |
| **SB 1220** directs DFPS to collaborate with local workforce development boards, foster care transition centers, community and technical colleges, schools, and any other appropriate workforce industry resource to create a program that assists foster care youth and former foster care youth in obtaining a high school diploma or industry certification for occupations in high demand and providing career guidance and information re: Texas Tuition and Fee Waivers. |
| **Rider 34 Youth Specialist Activities** allocates $100,000 GR in FY 2016 and $100,000 GR in FY 2017 for regional youth leadership specialist and youth specialist activities, including: <ul><li>assisting DFPS with development of services, policies and procedures for foster youth;</li><li>creation and coordination of leadership opportunities for foster youth;</li><li>assisting foster youth in understanding foster children's bill of rights;</li><li>coordinating and facilitating operation of the regional youth leadership councils;</li><li>facilitation of operation of the state youth leadership council;</li><li>training for regional youth specialists and the youth specialist at the state office;</li><li>training for the regional youth leadership council and state youth leadership council; and</li><li>travel to the regional youth leadership council and state youth leadership council.</li></ul> |

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017      Red = Complete by April 2019

**CVS Caseworker Child-Only Caseloads**

<u>Current Process:</u>

- In accordance with LBB requirements, DFPS counts stages to determine which initiatives affect turnover.
- **Performance Measures and Targets - Monthly Caseloads:  Child Only Basis, Monthly Average Daily Caseload:  Conservatorship**
- **Quality Monitoring**
  - o   Monthly review of performance measures, targets and metrics
  - o   Agency leadership reviews executive dashboard monthly
  - o   CPS Regional Systems Improvement Division data reviews re: child-only caseloads for quarterly regional improvement team meetings with regional management
  - o   Leadership conducts quarterly regional performance reviews

| New/Planned Initiatives |
|---|
| **HB 1549** directs DFPS, subject to appropriation of funds for that purpose, to develop and implement a caseload management system for CPS caseworkers. |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

7

**CVS Caseworker Workload Study**

**Current Process:**
- **Strengthen Workforce** – CPS Sub-care Study is winding down; currently in the analysis phase
- Provided DFPS 2015 CPS Work Measurement Study Executive Summary and detailed accounting of work measurement study process to court-appointed Special Masters. Ongoing periodic work measurement studies will support systems improvement by informing forecasting and needs for caseworker positions and functions.
- Leadership assessing Local Permanency Specialists' role to ensure quality face-to-face visits for out-of-region placements
- **Performance Measures and Targets**
  - o **Monthly CVS Face to Face Contacts:** 95% face-to-face contacts made
  - o **Quarterly CVS Quality Face to Face Visits:** 90% compliance with requirement for at least one monthly private face-to-face CVS caseworker visit
  - o **Monthly Caseloads: Child Only Basis**
  - o **Monthly Average Daily Caseload: Conservatorship**
  - o **Monthly In-Region Placements:** Increase percentage of in-region placements for youth in paid foster care by 5% during the next three years
- **Quality Monitoring:**
  - o Monthly review of performance measures, targets and metrics
  - o Agency leadership reviews executive dashboard monthly
  - o Measure caseworker success through revised performance evaluation tool
  - o Quarterly CPS Accountability Team CFSR case reads
  - o Review monthly data re: average daily caseloads and in-region placements

| New/Planned Initiatives | Key Dates |
|---|---|
| **SB 1** appropriated $59.5 million GR/ $88 million AF to increase CPS workforce to see children timely  **HB 1549** caseload management system for CPS caseworkers. | **Bills' effective date:** 9.1.17 |
| Report and Data Management (RDM) project (now entitled Insight) – IMPACT Modernization  will produce new workload reports (Critical Tasks List and Case Complexity Tool [33]) to help supervisors assign cases | • **November 2016** – Target date to complete Critical Tasks List and Case Complexity Tool<br>• **December 2017** - Full roll out to the field complete |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

8

**CVS Caseworker Caseloads**

**Current Process:**
- Strengthening Workforce Transformation initiatives; Verbal Defense and Influence training; community partnerships (e.g., with CASA, county government, and local child welfare boards) to support case-related needs
- 85th Texas Legislature appropriated funds to increase caseworker salaries, to further improve recruitment/retention efforts
- DFPS provides tablets, iPhones and IMPACT enhancements to aid mobile workforce and streamline key casework functions. DFPS performs quality monitoring for compliance with LBB performance measure target regarding CPS daily caseload per substitute care worker. DFPS also reviews monthly data regarding caseloads, caseworker turnover and fill rates; quarterly data reviews by Regional Systems Improvement staff; and quarterly regional performance reviews by leadership
- **Performance Measures and Targets**
  - LBB performance measure target re: CPS daily caseload per substitute care worker (25.47)
  - **Monthly CVS Face to Face Contacts:** 95% face-to-face contacts made
  - **Quarterly CVS Quality Face to Face Visits:** 90% compliance with requirement for at least one monthly private face-to-face CVS caseworker visit
  - **Monthly Caseloads: Child Only Basis**
  - **Monthly Average Daily Caseload: Conservatorship** (consistent with LBB performance measure)
  - **Monthly CVS Caseworker Turnover** (16.5% per CPS Business Plan)
  - **Monthly CVS Supervisor Turnover**
  - **Monthly CVS Fill Rates and Case Assignable Staff** (95% fill rate/65% case assignable)
- **Quality Monitoring:**
  - Monthly review of performance measures, targets and metrics
  - Agency leadership reviews executive dashboard monthly
  - Measure caseworker success through revised performance evaluation tool
  - Quarterly data reviews by Regional Systems Improvement staff
  - Quarterly CPS Accountability Team CFSR case reads
  - Quarterly regional performance reviews by leadership
  - Review monthly data re: average daily caseloads and in-region placements

| New/Planned Initiatives |
| --- |
| **SB 1** appropriated $59.5 million GR/ $88 million AF to increase CPS workforce to see children timely |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

9

| New/Planned Initiatives | |
|---|---|
| **SB 11** directs DFPS to create a data analytics office that, among other activities, analyzes workforce functions (e.g., evaluate retention efforts, turnover and employee complaints, predict workforce shortages, analyze employee training data).<br><br>**HB 5** establishes a new data division to study employment and retention.<br><br>**HB 1549**<br>• data on abuse/neglect reports in residential child-care facilities; turnover; and other measures re: children in DFPS conservatorship<br>• caseload management system for CPS caseworkers | |

| New/Planned Initiatives | Key Dates |
|---|---|
| • Report and Data Management (RDM) project (now entitled Insight) – IMPACT Modernization  will produce new workload reports (Critical Tasks List and Case Complexity Tool) to help supervisors assign cases<br>• Practice changes and training for supervisors/retention efforts are projected to impact case assignment. | • **November 2016** - Target date to complete new workload reports (Critical Tasks List and Case Complexity Tool).<br>• **December 2017** - Full roll out to the field complete |
| IMPACT Phase II enhancements:<br>• Streamline and improve provider service authorization process<br>• Re-engineer key casework functions (e.g., simplified Review of Case History automatically pulls history of all people involved in case; Working Narrative added to allow easier editing of contact narratives).<br>• Add 30 previously-unavailable IMPACT forms to support key casework functions | • **December 2017:**  Phase 2 release 1 (INV and AR) complete.<br>• **July 2018:**  Target date to complete Phase 2 release 2 (CVS/FBSS) |
| Reduce turnover to 16.5% for Conservatorship workers by the end of FY18. | |

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017     Red = Complete by April 2019

10

**CVS Caseworker Turnover**

**Current Process:**
- **Strengthen the Workforce**
  - New worker training/mentoring model implemented statewide. University of Texas at Austin conducting evaluation.
  - Statewide rollout of redesigned CPS Professional Development and Continuous Learning training for supervisors. Periodic review of CPS Professional Development and Continuous Learning for additional courses
  - Performance-based merits
  - Locality pay in select counties
  - Regional retention calls
  - Strengths-Based Supervision
  - Development of practice guides
  - New realistic job preview video
  - Commissioner Awards
  - Revised performance evaluations
  - Regional Systems Improvement staff
  - Increased worker safety
  - Master CVS workers
  - Assessing job hiring approach and partnership with National Association of Social Workers
  - New hiring practices for CVS caseworkers allow experience in lieu of education – work experience pilot launched and expanded
  - RD/PA phone calls to new hires at 6- and 12-months

- **Performance Measures and Targets**
  - LBB performance measure target re: CPS daily caseload per substitute care worker (25.47)
  - **Monthly CVS Face to Face Contacts:** 95% face-to-face contacts made
  - **Quarterly CVS Quality Face to Face Visits:** 90% compliance with requirement for at least one monthly private face-to-face CVS caseworker visit
  - **Monthly Caseloads: Child Only Basis**
  - **Monthly Average Daily Caseload: Conservatorship** (consistent with LBB performance measure)

- **Monthly CVS Caseworker Turnover** (16.5% per CPS Business Plan)

  - **Monthly CVS Supervisor Turnover**
  - **Monthly CVS Fill Rates and Case Assignable Staff** (95% fill rate/65% case assignable)
  - **Recidivism of CVS Cases** (Target: 10.1% by the end of FY20)
- **Quality Monitoring:**
  - Monthly review of performance measures, targets and metrics

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

11

| |
|---|
| o   Agency leadership reviews executive dashboard monthly<br>o   Measure caseworker success through revised performance evaluation tool<br>o   Quarterly data reviews by Regional Systems Improvement staff<br>o   Quarterly CPS Accountability Team CFSR case reads<br>o   Quarterly regional performance reviews by leadership<br>o   Review monthly data re: average daily caseloads and in-region placements |

| New/Planned Initiatives |
|---|
| **SB 1** funds to increase CPS workforce to see children timely |
| **SB 11** data analytics office |
| **HB 5** data division to study employment and retention. |
| **HB 1549:**<br>•   caseload management system for CPS caseworkers<br>•   program to provide ongoing support to caseworkers who experience secondary trauma<br>•   data on abuse/neglect reports in residential child-care facilities; turnover; and other measures re: children in DFPS conservatorship |
| **Rider 27. College Degree Pay** allows DFPS to pay 3.4-6.8 percent above base salary for employees with targeted college degrees relevant to their positions (e.g., social work, counseling, early childhood education, psychology, criminal justice, elementary or secondary education, sociology, human services, child development). |
| **Rider 28. On-Call Pay** allows DFPS to pay compensation for on-call time at one hour base pay for each day of on-call during normal work week; two hours base pay for each day of on-call during weekends/holidays. |
| **Rider 29. High Risk Pay** allows DFPS to pay $50/month additional compensation for CPS CVS caseworkers, Local Permanency Specialists and RCCL investigative caseworkers (among others) |
| **Rider 35. Mentoring Stipend** directs DFPS to pay up to $300 per month in additional compensation for mentoring of new employees as a means to increase worker retention. |
| **Rider 41. Compensation Effectiveness** - report on effectiveness of merit salary increases, paying down overtime and mentoring stipends on improving recruitment and retention rates by region. |

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017      Red = Complete by April 2019

12

| New/Planned Initiatives | Key Dates |
|---|---|
| Worker dashboard developed as a self-tracking mechanism | • **November 2016 -** Complete worker dashboard through IMPACT Phase I<br>• **December 2017 -** Full roll out to the field complete |
| Continue streamlining CPS Handbook policy | • **October 2016:**  CVS policy complete<br>• **August 2017:**  Other aspects of casework: PAL, FAD, ICPC streamlined<br>• **FY18 Q1:**  Publication dates |
| CPS Retention Plan -<br>Leadership assessing change to Equity of Service Statement (ESS) methodology to assist with regional allocation of resources | • In FY17, CVS had a statewide average vacancy rate of 5.5% for all positions (includes secondary workers) |
| Additional CPS staffing to maintain average daily caseload | |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

13

**CPU and Local Permanency Specialists**

**Current Process:**
- CPU staff assist caseworkers in locating appropriate placements for children under DFPS conservatorship
- Local Permanency Specialists assist caseworkers by making contact with children under DFPS conservatorship who are placed outside of their home region
- CPS Handbook policies concerning monthly visit requirements for both CVS caseworkers and Local Permanency Specialists
- Leadership evaluated Local Permanency Specialist's role to ensure quality face-to-face visits for out-of-region placements
- Safety Visit Guide
- List of contact guide topics available for contact narratives within online IMPACT case management system
- DFPS Local Permanency Specialists and CVS caseworkers visit children monthly (required by federal law) and in person, privately as required by state agency rules, CPS Handbook and publications, residential foster care provider contracts, and new caseworker training
- Local Permanency Specialists and CVS caseworkers use safety cards in accordance with CPS Handbook requirements
- **Performance Measures and Targets**
  - o **Monthly CVS Face to Face Contacts:** 95% face-to-face contacts made
  - o **Quarterly CVS Quality Face to Face Visits:** 90% compliance with requirement for at least one monthly private face-to-face CVS caseworker visit
- **Quality Monitoring:**
  - o Monthly review of performance measures, targets and metrics
  - o Agency leadership reviews executive dashboard monthly
  - o Quarterly data reviews by Regional Systems Improvement staff
  - o Quarterly CPS Accountability Team CFSR case reads
  - o Review monthly data re: average daily caseloads and in-region placements
  - o Contract monitoring

| New/Planned Initiatives | Key Dates |
|---|---|
| **Improve Placement Selection and Process –**Ensure placement staff are better trained on a shared placement philosophy and receive consistent messaging regarding placement and in assignments and daily management of the units | <ul><li>**January 2016:** Center for Planning, Evaluation, and Project Coordination completed review of placement procedures</li><li>**October 2016:** Business process mapping completed</li><li>**June 2017:** Build process to ensure consistency and gain efficiencies in placement process</li><li>**April 2018:** Train placement staff and implement changes</li><li>National Resource Center helping CPS implement plan.</li></ul> |
| **Improved Placement Array –** Increased placement array and capacity to keep children closer to home communities, decreasing reliance on secondary workers | |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

14

---

**RCCL Investigations/ Inspections Workload Study**

<u>Current Process:</u>
- RCCL maintains a stable workforce with manageable caseloads
- The Court has assigned Special Masters to perform a RCCL workload study.
- **Performance Measures and Targets**
    - **Monthly Average Daily Caseload – Investigations: Residential Child Care Licensing**
- **Quality Monitoring:**
    - Monthly review of performance measures, targets and metrics
    - Agency leadership reviews executive dashboard monthly
    - Periodic workload studies conducted every 10 years to inform future need for caseworker positions and functions.

---

**RCCL Investigations/ Inspections Caseloads**

<u>Current Process:</u>
- RCCL maintains a stable workforce and manageable caseloads.
- RCCL currently assigns discrete cohort of staff to conduct maltreatment investigations.
- Additional FTEs: supervisors, Program Administrators, and District Directors to supervise existing and new RCCL workers
- Additional layer of management in districts
- Complex Investigation Division (CID) established in fall 2015
- Supervisors Honestly Identifying Needs to Excel (SHINE) workgroup [34] established in 2014. The SHINE workgroup is comprised of supervisors and CCL upper management and provides a forum for supervisors to bring issues forward and engage upper management to develop solutions and initiatives to improve the program (e.g., identify additional opportunities to support field staff). Activities include:
    - Supervisor's conference that provided supervisor-specific training and development
    - Redesigning all case reading and field audit forms and performance evaluations
    - Developing a mentoring program
    - Reviewing/updating BSD
    - Creating a SHINE mailbox specifically for supervisors seeking peer input or guidance
- **Performance Measures and Targets**
    - **Monthly Average Daily Caseload – Investigations: Residential Child Care Licensing**
- **Quality Monitoring:**
    - Monthly review of performance measures, targets and metrics
    - Agency leadership reviews executive dashboard monthly

---

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

**CCL Investigations/ Inspections**

<u>Current Process:</u>
- **Staff Accountability**
  - o RCCL Performance Management Unit (PMU) read-behind supervisors
  - o Program Improvement: Investigations
  - o Improved PMU reads with focus on quality indicators
  - o Additional PMU staff
  - o Annual case reading read-behind
  - o 2016 RCCL PMU quality read findings and report issued with ongoing plan for FY 2017 PMU reads
- **Provider Accountability**
  - o Created new enforcement framework recommended by Texas Sunset Advisory Commission to ensure proper application of administrative penalties and objective regulatory decisions, and establish and make publicly available a specific methodology to determine disciplinary actions for residential child care operations that have violated state law or agency rules.
  - o Provider contract amendment with formal and informal remedies, ranging from technical assistance and financial remedies to placement suspension
- **Performance Measures and Targets**
  - o **Monthly Disciplinary Actions - Residential Child Care Licensing**
- **Quality Monitoring:**
  - o Monthly review of performance measures, targets and metrics
  - o Agency leadership reviews executive dashboard monthly
  - o PMU case reads, annual quality reads
  - o Determine whether case reads result in improved RCCL investigations

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

**RCCL Investigations/ Inspections Corrective Actions**

**Current Process:**
- Information concerning RCCL licensing inspections is available via an existing automation system to conservators of PMC children and individuals making placement decisions.
- DFPS RCCL Performance Management Unit (PMU) report on results of new enforcement framework rule implementation
- Refusal to renew could be used in circumstances where provider has not violated minimum standards.
- Quality monitoring – informal and formal remedies assessed during contract renewal.
- **Provider Accountability**
  - Created new enforcement framework recommended by Texas Sunset Advisory Commission to ensure proper application of administrative penalties and objective regulatory decisions, and establish and make publicly available a specific methodology to determine disciplinary actions for residential child care operations that have violated state law or agency rules.
  - Provider contract amendment with formal and informal remedies, ranging from technical assistance and financial remedies to placement suspension
- **Performance Measures and Targets**
  - **Monthly Disciplinary Actions - Residential Child Care Licensing**
- **Quality Monitoring:**
  - Monthly review of performance measures, targets and metrics
  - Agency leadership reviews executive dashboard monthly
  - DFPS RCCL PMU report on the results of enforcement framework rule implementation

| New/Planned Initiatives | | | |
|---|---|---|---|
| • **HB 5** transfers responsibility for conducting investigations of abuse/neglect reports at a residential child care facility from CCL to CPS<br><br>• **HB 1549** data on abuse/neglect reports in residential child-care facilities; turnover; and other measures re: children in DFPS conservatorship | | | |
| **New/Planned Initiatives** | **Key Dates** | **Performance Measures and Targets** | **Quality Monitoring** |
| • Residential Contracts Transformation Demonstration Project launched January 2016<br><br>• Contracts Demonstration Pilot includes "scorecard for safety" | • **January – December 2016**:  Compiled data<br><br>• **May 2017:** set performance targets<br><br>• **FY 2019:**  full Demonstration Project rollout | • Data collection quarterly | Each metric will be validated; ongoing contractor-reported compliance with onsite monitoring |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

**Child-on-Child Abuse**

**Current Process:**

- State law, [35] agency rules (minimum standards) [36] and a January 2017 provider letter direct all facilities and contracted CPAs to immediately report all allegations/ incidents of child-on-child sexual abuse
- DFPS currently investigates all reported allegations of child-on-child sexual abuse. DFPS concurrently investigates caregivers for neglectful supervision.
- Child Care Licensing Policy and Procedures Handbook requires investigators to evaluate the caregiver's role and may determine the abuse is the result of neglectful supervision or failure to prevent abuse. [37]
- CCL Child-on-Child Tracking & Baseline Data Project – Baseline review of all neglectful supervision cases for child-on-child incidents to inform future targets and refine methodology for tracking new/incoming investigations involving child-on-child incidents.
- A November 2016 Child Care Licensing Field Communication states: "Licensing will continue to investigate allegations of child sexual aggression by listing all children in care of the operation that were involved in the incident, including the aggressor of the sexual behavior, as alleged victims and listing the caregivers as alleged perpetrators of neglectful supervision."

- **Child-on-child abuse designations**
  - o IMPACT designations for "sexual behavior problem" and "child sexual aggression"
  - o CLASS designation for child-on-child sexual abuse occurring in a regulated setting
  - o Common application [38] designation for "child sexual aggression;" received by Centralized Placement Unit (CPU) and CPAs; accessed by the SSCC.

- **Child Safety**
  - o Face-to-face visits
  - o Use of safety cards during visits
  - o Child's ability to call Foster Care Ombudsman
  - o Use of Child and Adolescent Needs and Strengths (CANS) needs assessment for children ages 3-17 who are new to care. CANS is a trauma-informed needs assessment that evaluates a child's needs and strengths, helps the caseworker prioritize a child's needs and services; and assists in service planning and informs placement decisions.

- **Staff Training**
  - o Joint CPS and RCCL child victimization training
  - o DFPS Child Sexual Aggression Resource Guide (published in March 2017) [39]

- **Performance Measures and Targets**
  - o **Quarterly Child Sexual Aggression:  Case Reads for Policy Compliance** (Target:  100%)
  - o **Monthly Child Sexual Aggression:  Validated Incidents in Licensed Residential Child Care Settings**
  - o **Maltreatment/No Maltreatment While in Foster Care** (Target:  0%/100%)
  - o **Monthly CVS Face to Face Contacts**:  95% face-to-face contacts made

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017     Red = Complete by April 2019

- o   **Quarterly CVS Quality Face to Face Visits:**  90% compliance with requirement for at least one monthly private face-to-face CVS caseworker visit
- **Quality Monitoring:**
  - o   Monthly review of performance measures, targets and metrics
  - o   Agency leadership reviews executive dashboard monthly
  - o   Quarterly data reviews by Regional Systems Improvement staff
  - o   Quarterly CPS Accountability Team CFSR case reads [40]
  - o   Program Administrator approval required for "child sexual aggression" designation
  - o   Track trends associated with children designated as sexually aggressive and make necessary adjustments

| New/Planned Initiatives |
|---|
| **HB 1549** data on abuse/neglect reports in residential child-care facilities; turnover; and other measures re: children in DFPS conservatorship |
| **Ensure provider compliance** – Review quarterly Scorecard report for safety measures beginning in 2019 |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

**Placement Array**

**Current Process:**

- **Provider Accountability**
  - GRO minimum standard [41] allows children receiving different types of service to reside in the same room if provider evaluates living quarters for each child and ensures there is no conflict of care with children's best interests; arrangement will not adversely impact other children in the room; number of children in the room is appropriate at all times; caregivers can appropriately supervise all children and provider can meet needs of all children in the room.
  - CPA minimum standard [42] requires CPAs to ensure placement meets child's physical, medical, recreational, educational, and emotional needs.
  - GRO minimum standard [43] prohibits foster children age 6+ from sharing a bedroom with a person of the opposite gender, and prior to permitting a child < age 6 from sharing a bedroom with a child of the opposite gender, service planning team must assess what is in child's best interest; these children's history for possible sexual abuse and/or sexual behavior problems; and appropriateness. The assessment and approval by the service planning team must be documented and dated in each child's record.
  - CPA minimum standard [44] prohibits foster children age 6+ from sharing a bedroom with a person of the opposite sex, except for a child sharing a bedroom with his minor parent or non-ambulatory children receiving treatment services for primary medical needs.
  - RCCL already requires CPA to evaluate each child prior to placement and makes decisions to ensure each child's safety.
- Service level monitoring and controls
- CPU staff assist in placements
- Contracts Demonstration Pilot
- **Child-on-child abuse designations**
  - IMPACT designations for "sexual behavior problem" and "child sexual aggression"
  - CLASS designation for child-on-child sexual abuse occurring in a regulated setting
  - Common application [45] designation for "child sexual aggression;" received by Centralized Placement Unit (CPU) and CPAs; accessed by the SSCC.
- **Child Safety**
  - Face-to-face visits
  - Use of safety cards during visits
  - Child's ability to call Foster Care Ombudsman
  - Use of CANS needs assessment to evaluate child's needs and strengths, help caseworker prioritize child's needs and services; and inform service planning and placement decisions.
- **Staff Training**
  - Joint CPS and RCCL child victimization training
  - DFPS Child Sexual Aggression Resource Guide (published in March 2017) [46]

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017      Red = Complete by April 2019

- **Performance Measures and Targets**
  - **Monthly Average Number of Placements** (Target: 2.8 per CPS Business Plan)
  - **Quarterly Child Sexual Aggression: Case Reads for Policy Compliance** (Target: 100%)
  - **Monthly Child Sexual Aggression: Validated Incidents in Licensed Residential Child Care Settings**
  - **Maltreatment/No Maltreatment While in Foster Care** (Target: 0%/100%)

- **Quality Monitoring:**
  - Monthly review of performance measures, targets and metrics
  - Agency leadership reviews executive dashboard monthly
  - Quarterly data reviews by Regional Systems Improvement staff
  - Quarterly CPS Accountability Team CFSR case reads [47]
  - Program Administrator approval required for "child sexual aggression" designation
  - Track trends associated with children designated as sexually aggressive and make necessary adjustments

| New/Planned Initiatives |
|---|

**Community-Based Care**

**SB 1** appropriated $6.8 million GR/ $8.3 million AF to expand community-based care to three additional regions (one in 2018 and two in 2019, in addition to Region 3B and 2)

**SB 11** and **HB 1549** direct DFPS to develop a foster care capacity needs plan in a Community-Based Care area, in consultation with foster care providers, faith-based entities and child advocates

**SB 11** also directs DFPS to develop a formal readiness review process for SSCCs.

**Rider 25 Foster Care Redesign** directs DFPS to:
- provide a report with recent data pertaining to selected LBB performance measures that will allow for comparative analysis between legacy foster care and redesigned foster care system.
- continue using an independent evaluation to complete process and outcome evaluations throughout entire rollout and implementation of foster care redesign in each established catchment area.
- develop a progressive intervention plan and contingency plan for continuity of foster care service delivery in certain geographic areas, published on DFPS website.
- develop and report on quality indicators for measuring child and family well-being in both the legacy and redesigned systems.

**Relative Caregivers/Permanency Care Assistance**

**HB 4** provides various levels of monetary assistance under the Relative and Other Designated Caregiver Program, based on family's financial need (subject to available funds).

**SB 203** removes deadline for DFPS to enter into permanency care assistance (PCA) so DFPS may continue the PCA program indefinitely.

**Rider 32** allocates $12.3 million in FY 2016 and $12.4 million in FY 2017 to relative caregiver payments.

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

**SB 879** permits approval of qualified kinship caregivers previously convicted of low-risk criminal offenses and establishes an appeal and review process for potential relatives or other designated caregivers disqualified based on prior conviction for low-risk criminal offense.

**HB 7** directs court to:
- review TMC/PMC child's placement during Chapter 262 hearing if child not placed with relative or other designated caregiver and note whether DFPS may place child with relative or other designated caregiver
- review TMC child's placement during Chapter 263 permanency hearing if child not placed with relative or other designated caregiver and note whether DFPS placed child with relative or other designated caregiver
- review permanency progress report at each permanency hearing after final order to determine whether DFPS placed child with relative or other designated caregiver

| New/Planned Initiatives | Key Dates | Performance Measures and Targets |
|---|---|---|
| **Ensure provider compliance** – Review quarterly Scorecard report for safety measures beginning in 2019 | | |
| **Workgroups to evaluate:**<br>• Child Sexual Aggression Treatment and Best Practices for Therapeutic Interventions<br>• Assessment of Placements for Children with Sexually Aggressive Behavior<br>• Criteria for End Dating CSA Characteristic<br><br>**IMPACT designation:**<br>• High Risk Behaviors page to be added to IMPACT with ability to document multiple instances of child sexual aggression.<br>**Policy development and training:**<br>• Resource Guide to include instruction on when caseworker can end date child sexual aggression characteristic when child is deemed no longer a threat. | • **January 2018:** Workgroups to conclude research<br>• **Estimated July 2018:** IMPACT updates to be complete as a part of IMPACT Phase II, Release 2 completion<br>• **TBD:** Policy development and training | |
| **Integrated Care Coordination Pilot** [48] | • **March 2017:** RFA Posted to ESBD<br>• **July 2017:** Contract executed<br>• **TBD:** Readiness assessment<br>• **TBD:** First cohort referred<br>• **TBD:** Pilot evaluation | • **Average number of placements:** (Target: 2 placements after ICC referral)<br>• **Average time to permanency**: (Target: 2 years or less)<br>• Increased placement stability for subset of foster care population deemed to have high needs.<br>• Decreased time to permanency for subset of the foster care population deemed to have high needs. |

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017      Red = Complete by April 2019

22

**Placement Array – Single Child Homes**

**Current Process:**
- **Improved Child Wellbeing through Enhanced Placement Decisions**
  - Community-Based Care (formerly "Foster Care Redesign") system enables Single Source Continuum Contractor (SSCC) to track single child (and other) homes. Second catchment area and additional sites
  - Use of CANS needs assessment to evaluate child's needs and strengths, help caseworker prioritize child's needs and services; and inform service planning and placement decisions.
  - Foster parent recruitment campaign
  - Monitoring of discharge reasons
  - Committee on Advancing Residential Practices quarterly meetings.[49]
  - Emphasis on placing siblings together
  - IMPACT Modernization
- **Performance Measures and Targets**
  - **Monthly Average Number of Placements** (Target:  2.8 per CPS Business Plan)
  - **Quarterly Child Sexual Aggression:  Case Reads for Policy Compliance** (Target:  100%)
  - **Monthly Child Sexual Aggression:  Validated Incidents in Licensed Residential Child Care Settings**
  - **Maltreatment/No Maltreatment While in Foster Care** (Target:  0%/100%)
- **Quality Monitoring:**
  - Monthly review of performance measures, targets and metrics
  - Agency leadership reviews executive dashboard monthly
  - Quarterly data reviews by Regional Systems Improvement staff
  - Quarterly CPS Accountability Team CFSR case reads[50]
  - Program Administrator approval required for "child sexual aggression" designation
  - Track trends associated with children designated as sexually aggressive and make necessary adjustments

| New/Planned Initiatives |
|---|
| See 85th Texas Legislature initiatives concerning Community-Based Care and Relative Caregivers/Permanency Care Assistance listed in Placement Array section herein. |
| Rider 42. Rate Increases for Foster Care Providers |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

23

| New/Planned Initiatives | Key Dates | Performance Measures and Targets |
|---|---|---|
| **Community-Based Care** | <ul><li>DFPS is contracted in Region 3b.</li><li>4 new contracts have been approved by the 85th Legislature during the next biennium.</li><li>**October 2017:** release of Region 2 RFP<ul><li>Region 2 RFP posted for 60 days</li><li>Procurement closes – review, evaluate, tentative award within 60 days</li><li>Tentative award – negotiate and finalize the contract within 30 days</li><li>6 month start-up phase, focused on readiness activities</li></ul></li><li>December 2017: release of Bexar County RFP<ul><li>Region 2 RFP posted for 60 days</li><li>Procurement closes – review, evaluate, tentative award within 60 days</li><li>Tentative award – negotiate and finalize the contract within 30 days</li><li>6 month start-up phase, focused on readiness activities</li></ul></li></ul> | |
| **Capacity Building Pilots for High Needs Youth**<ul><li>Texas Treatment Foster Care (TTFC) Pilot [51]</li><li>Integrated Care Coordination Pilot</li></ul> | **Texas Treatment Foster Care Pilot**<ul><li>**May 2016:** RFI closes</li><li>**March 2017:** RFA Posted to ESBD</li><li>**July 2017:** Contract executed</li><li>**November 2017:** TTFC RFP released and will result in 5 contracts</li></ul>**Integrated Care Coordination Pilot**<ul><li>**March 2017:** RFA Posted to ESBD</li><li>**July 2017:** Contract executed</li><li>**TBD:** Readiness assessment</li><li>**TBD 2017:** First cohort referred</li><li>**TBD 2019:** Pilot evaluation</li></ul> | **Integrated Care Coordination Pilot**<ul><li>**Average number of placements:** (Target: 2 placements after ICC referral)</li><li>**Average time to permanency**: (Target: 2 years or less)</li><li>Increased placement stability for subset of foster care population deemed to have high needs.</li><li>Decreased time to permanency for subset of the foster care population deemed to have high needs.</li></ul> |

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017      Red = Complete by April 2019

**Placement Array – Needs Assessment and Provider Capacity**

    <u>Current Process</u>

- **Provider Accountability**
  - CPA minimum standard requires CPAs to ensure placement meets child's physical, medical, recreational, educational, and emotional needs.
  - GRO minimum standards prohibit foster children age 6+ from sharing a bedroom with a person of the opposite gender, and prohibit children < age 6 from sharing a bedroom with a child of the opposite gender, except in limited circumstances.
  - CPA minimum standard prohibits foster children age 6+ from sharing a bedroom, except in limited circumstances.
  - Monitoring of discharge reasons
  - Committee on Advancing Residential Practices quarterly meetings
  - CPS Child Placement Process Operational Review
  - RCCL already requires CPA to evaluate each child prior to placement and makes decisions to ensure each child's safety.
- CPS FY 2017 Business Plan; weekly Starfish meetings;[52] Public Private Partnership[53]
- CPS capacity analysis of placement data by region and level of care that includes analysis of child and caregiver profiles; and provider survey to assess capacity
- 2016 Statewide Placement Needs Assessment analyzes children's placement needs statewide, service array, child and caregiver profiles, providers' geographic distribution, and the impact of policy/practice changes on placement capacity.
- Capacity Building Strategic Plan, including evaluation and milestones re: child-specific contracts and service level waiver data; provider discharge data; evaluation and utilization of select STAR Health services; child-specific outcomes; and number of children without placement.
- See Child-on-Child Abuse section for new IMPACT, CLASS and Common Application designations and associated training.
- **Increased Placement Array**
  - Sub-acute Intensive Psychiatric Care Rate
  - STAR Health Enhancement and Psychiatric Hospital Diversion Program
  - More adoptions in less time
  - Improved placement proximity
  - Improved placement stability
  - Less restrictive placement settings
  - More children in foster family homes and stepping down from RTCs
  - Streamlined approval processes allowing for quicker placements and services for children served by SSCC
- CPS Business Plan

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

- **Improved Child Wellbeing through Enhanced Placement Decisions**
  - Community-Based Foster Care - additional catchment areas
  - Use of CANS needs assessment to evaluate child's needs and strengths, help caseworker prioritize child's needs and services; and inform service planning and placement decisions.
  - Foster parent recruitment campaign
  - Independent review of service-related records
  - Service plan reviews, judicial review of plan of service
  - Research plan for forecasting capacity needs
  - Provider contract amendments to prevent placement breakdown
- **Performance Measures and Targets**
  - **Monthly Average Number of Placements** (Target: 2.8 per CPS Business Plan)
  - **Monthly In-Region Placements** (Target: Increase percentage of in-region placements for youth in paid foster care by 5% during the next three years)
- **Quality Monitoring:**
  - Monthly review of performance measures, targets and metrics
  - Agency leadership reviews executive dashboard monthly
  - Quarterly data reviews by Regional Systems Improvement staff
  - Quarterly reports to Public Private Partnership
  - Semi-annual reports to Texas Legislature, which compare outcomes in Community-Based Care areas to outcomes elsewhere in the state.

| New/Planned Initiatives |
|---|
| See 85th Texas Legislature initiatives concerning Community-Based Care and Relative Caregivers/Permanency Care Assistance listed in Placement Array section herein. |
| Rider 42. Rate Increases for Foster Care Providers |
| See Capacity Building Pilots for High Needs Youth in Placement Array – Single Child Homes |
| Expedite youth's discharge from psychiatric hospitals - 85th Texas Legislature funded implementation of Intense Plus Services. |

Blue=85th Texas Legislature initiatives    Yellow = Complete by October 2017    Red = Complete by April 2019

**Placement Array - Community-Based Care**

**Current Process:**
- **Provider Accountability**
  - Monitoring of discharge reasons
  - Committee on Advancing Residential Practices quarterly meetings
  - CPS Child Placement Process Operational Review
  - RCC outcome-based performance measures
- **Increased Placement Array**
  - Sub-acute Intensive Psychiatric Care Rate
  - STAR Health Enhancement and Psychiatric Hospital Diversion Program
  - More adoptions in less time
  - Improved placement proximity
  - Improved placement stability
  - Less restrictive placement settings
  - More children in foster family homes and stepping down from RTCs
  - Streamlined approval processes allowing for quicker placements and services for children served by SSCC
- **Child Health and Wellbeing through Improved Placement Decisions** – Use of CANS needs assessment to evaluate child's needs and strengths, help caseworker prioritize child's needs and services; and inform service planning and placement decisions.

| New/Planned Initiatives |
|---|
| See 85th Texas Legislature initiatives concerning Community-Based Care and Relative Caregivers/Permanency Care Assistance listed in Placement Array section herein. |

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

| New/Planned Initiatives | Key Dates | Performance Measures and Targets | Quality Monitoring |
|---|---|---|---|
| • Model refinement for blended rates | | | |
| • **Release of RFP for a new contract in Region 2** and Bexar County<br>• **Implementation/Project Plan** – 4 new contracts have been approved by the 85th Legislature during the next biennium.<br>• CBFC roll-up of service codes<br>• **See Capacity Building Pilots for High Needs Youth in Placement Array – Single Child Homes** | **Community-Based Foster Care**<br>• DFPS is currently contracted in Region 3b.<br>• 4 new contracts have been approved by the 85th Legislature during the next biennium.<br>• Release of an RFP for Region 2 occurred in October 2017<br>• Release of an RFP for Bexar County occurred  in December 2017 | • Continual evaluation of metrics for CBFC  to determine the efficacy of the model<br>• Builds foster family home capacity within the catchment areas | • Continual review and data analysis through quarterly reports to PPP and twice per year (February and August) reports submitted to the legislature – reports compare outcomes to the legacy system (statewide), the legacy system in the catchment area, and CBFC<br>Measure success of expanding capacity |

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017      Red = Complete by April 2019

28

**Foster Group Homes**

**Current Process:**
- **Foster group home placement is preferential in the following circumstances:**
  - Reunifying with a placement that promotes permanency unlike another setting, including maintaining a relative or fictive kin relationship;
  - Sibling group preservation;
  - Therapeutic and/or medical needs not provided in another setting; or
  - Court order
    *If not on this list of approved placement reasons, any other placement in a foster group home must be approved by designated CPS Leadership and must serve the child's best interests.
- Minimum standards review of child safety in foster group homes
- Community-Based Care
- Targeted RCCL Performance Management Unit case reads of maltreatment in foster group homes to identify measures to address any trends/patterns.
- **Improved Child Safety** – 8 RTBs in FGH during FY 15; evaluated current requirements as part of Minimum Standards Review
- **Provider Accountability** – Facility Intervention Team Staffings (FITS): FITS Process Improvement; Committee on Advancing Residential Practices quarterly meetings
- **Child Health and Wellbeing through Improved Placement Decisions**
  - Starfish meetings
  - Multi-disciplinary Children's Advocacy Center services
  - Community-Based Foster Care
  - Use of CANS needs assessment to evaluate child's needs and strengths, help caseworker prioritize child's needs and services; and inform service planning and placement decisions.
  - STAR Health training for caregivers
  - Foster Group Homes to be re-verified as regular foster homes as census drops to six or fewer children
- **Caregiver Training**
  - *Foster parent training:* trauma informed care; developmental stages of children, fostering self-esteem, constructive guidance and discipline, normalcy; caregiver roles; measures to identify, prevent, and report suspected abuse and neglect; emergency procedures; preventing the spread of communicable diseases; and specific training for caregivers of children two and under; specific training regarding psychotropic medication; emergency behavior intervention
  - *Orientation:* overview of minimum standards, the CPA's philosophy, structure, and policies
  - *Annual Training*
- **Additional Supports: Ratios** – based on the age and needs of the children, however, the maximum number that one caregiver may supervise is eight (with specific exemptions)
- Foster group homes to be re-verified as regular foster homes as census drops to 6 or fewer children.
- Common Application tool revision to yield better placement decisions
- **Performance Measures and Targets**
  - **Monthly Foster Group Home – Validation of Abuse/Neglect Referrals**

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017      Red = Complete by April 2019

| New Initiatives |
|---|
| **HB 7** prohibits any new licenses for foster group homes after 08.31.17. |
| See 85th Texas Legislature initiatives concerning Community-Based Care and Relative Caregivers/Permanency Care Assistance listed in Placement Array section herein. |
| **Common Application Tool Revision** – additional information regarding the needs of each child yields better placement decisions. Will be complete in IMPACT Phase II |

---

[1] 40 Tex. Admin. Code § 749.1291 (minimum standards for child-placing agencies (CPAs)) requires child placement staff to have monthly, private face-to-face contact with a child in care to ensure the child is safe; his/her needs are being met; and the placement continues to be appropriate. If the child is able to communicate in a meaningful way, the contact with the child must be for a length of time sufficient to address the child's needs and determine the appropriateness of the placement; provide an opportunity to meet in private; and provide an opportunity for the child to express his feelings about how the placement is working out.

[2] CPS Handbook §6411.2 Frequency of Face-to-Face Visits states:  "When a child in CPS's managing conservatorship is in substitute care, the caseworker must:  conduct a face-to-face visit with each child at least once a month; and conduct the majority of visits in the child's residence…Visits must include quality time with the child separate from the caregiver, if the child is verbal. Visits should be conducted with the child alone and in privacy away from the caregiver…"

[3] DFPS Services to Children in Substitute Care Resource Guide indicates monthly visits with children in substitute care should "be conducted with the child alone and in privacy away from the caregiver, such as away from the home or in a separate room."  (Resource Guide available online at https://www.dfps.state.tx.us/handbooks/CPS/Resource_Guides/Services_to_Children_in_Substitute_Care.pdf) (last accessed December 17, 2017).

[4] See Residential Child Care Contract Section 34.  Access to Children, which directs contractors to give DFPS employees and designees (among others) full access to all children placed by the department in the care of the contractor and to "ensure this access allows the [d]epartment to visit with the [c]hild privately, without any [c]aregivers or staff present…" Available online at:  http://www.dfps.state.tx.us/PCS/Residential_Contracts/contract_forms.asp (last accessed December 17, 2017).

[5] In relevant part, the CPS Rights of Children and Youth in Foster Care states:  "As a child or youth in foster care I have the right to:…[s]ee my caseworker at least once a month and in private." Available online at:  https://www.dfps.state.tx.us/Adoption_and_Foster_Care/About_Foster_Care/rights.asp (last accessed December 17, 2017).  See also CPS Handbook §6420  Rights of Children and Youth in Foster Care, which requires CPS staff to provide this document to all children and youth in CPS foster care and to review the document with the child and caregiver no later than 72 hours after the child comes into foster care or a placement change is made.

[6] See also CPS Handbook §6414 Local Permanency Supervision; §6414.3  Responsibilities of Local Permanency Specialist; and §6414.7  Conducting the Monthly Visit.

[7] 40 Tex. Admin. Code § 748.1101(b)(7) (minimum standards for general residential operations (GROs)) and 40 TX Admin. Code § 749.1003(b)(7) (minimum standards for CPAs) state:  "The following categories include the child's rights that you must adhere to:…[c]omplaints, including the right to make calls, reports, or complaints without interference, coercion, punishment, retaliation, or threats of punishment or retaliation. The child may make these calls, reports, or complaints anonymously. Depending upon the nature of the complaint, the child has the right to call, report, or complain to:  (A) The DFPS Texas Abuse/Neglect Hotline at 1-800-252-5400…" See also § 748.1209(c) and § 749.1111(c), which require GROs and CPAs, respectively, to provide a child orientation which includes information on how to make complaints to outside agencies and contact parties to the child's case (e.g., caseworker, attorney ad litem, guardian ad litem, CASA worker).

[8] See supra note 3.

[9] In relevant part, the CPS Rights of Children and Youth in Foster Care states:  "As a child or youth in foster care I have the right to:…[m]ake calls, reports, or complaints without being punished, threatened with punishment, or retaliated against; and I have the right to make any of these calls privately and anonymously if I choose and the call center permits it. Depending on the nature of the complaint, I have the right to call:…[t]he DFPS Texas Abuse/Neglect Hotline at 1-800-252-5400…" See also Tex. Fam. Code Ann. §263.008 Foster Children's Bill Of Rights.

[10] Safety cards include suggested questions for caseworkers to ask the child during a home visit to identify any safety issues.

[11] Texas is one of only 11 states with a fully federally-approved automated child welfare system (State's Automated Child Welfare Information System ("SACWIS")). The federal Administration on Children, Youth and Families, Division of State Systems conducts periodic reviews to assess the Texas SACWIS's ongoing compliance with federal regulations.

[12] See CPS Handbook §6133.73 Maintaining Current Photograph of a Child.

[13] IMPACT is the main casework system used by DFPS programs to record information for abuse, neglect and exploitation (intakes), as well as investigations, and all other stages of cases.

[14] Tex. Fam. Code §§261.301(a) and 261.401(b) direct DFPS to make a prompt and thorough investigation of a report of child abuse or neglect. In addition, §261.3016 directs DFPS to train staff on proper methods of screening abuse/neglect reports and determining seriousness. Finally, §261.310 governs standards for investigators of child abuse or neglect (to encourage professionalism and consistency in child abuse/neglect investigations).

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

[15] 40 Tex. Admin. Code § 700.479(a) states: "DFPS must provide for receipt of reports of child abuse or neglect 24 hours a day, seven days a week." *See also* § 700.505 (priorities for abuse and neglect reports), § 700.507 (protective interventions DFPS may pursue), § 700.511 (DFPS staff dispositions of abuse or neglect allegations), and § 700.519 (standards for investigators of child abuse).

[16] *See* SWI Handbook §4200 CPS Intake Assessment Guidelines, §4300 CPS Assessment of Priority and Risk, and §5200 CCL Intake Assessment Guidelines, available online at: https://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_4200.asp#SWP_4200 (last accessed December 17, 2017).

[17] CPS Handbook §2140 governs the screening and prioritizing of abuse/neglect reports.

[18] *See* Child Care Licensing Handbook §6361 Time Frames for Initiation.

[19] *See* supra note 7.

[20] *See* supra note 3.

[21] *See* supra note 9.

[22] *See* Residential Child Care Contract Section 11(F) Children's Rights.

[23] *See* CPS Handbook §2132 Reporting Requirements for DFPS Staff. *See also* 40 Tex. Admin. Code §§ 748.121 and 749.135, which direct GROs and CPAs, respectively, to develop policies on preventing, recognizing, and responding to abuse and neglect of children, including required annual training for employees. In addition, §§ 748.881(2) and 749.881(4) require GRO and CPA general pre-service training curricula to include measures to prevent, identify, treat, and report suspected abuse, neglect, and exploitation. Likewise, §§ 748.507(2) and 749.607(2) require all GRO and CPA employees, respectively, to report suspected abuse, neglect, and exploitation to the Child Abuse Hotline and to designated facility staff. Section 748.105(7) requires GROs to have personnel policies and procedures that require employees to report serious incidents and suspected abuse, neglect, or exploitation. Finally, § 749.944 requires CPA employee training related to prevention, recognition, and reporting on child abuse and neglect, which includes procedures for reporting child abuse or neglect.

[24] Transition plan covers topics related to permanency, connections, education, medical and therapeutic needs, future housing plans, and employment to educate and prepare youth for a successful transition to adulthood.

[25] *See* Tex. Fam. Code §264.121 Transitional Living Services Program.

[26] *See* CPS Handbook §6252 Permanency Planning Meetings for Youth 14 and Over and §10000 Services to Older Youth in Care. *See also* CPS Rights of Children and Youth in Foster Care.

[27] The Residential Child Care Contract Section 10 Basic Life Skills and Social Skills requires contractors to ensure caregivers teach Basic Life Skills activities (e.g., laundry, grocery shopping, meal preparation and cooking, nutrition education, using public transportation, balancing a checkbook, managing personal finances, and establishing a savings account, as appropriate).

[28] *See also* 40 Tex. Admin. Code Chapter 700, Subchapter P (titled "Services and Benefits for Transition Planning to a Successful Adulthood").

[29] *See* Tex. Fam. Code §264.121(e), which states: "The department shall ensure that each youth acquires a copy and a certified copy of the youth's birth certificate, a social security card or replacement social security card, as appropriate, and a personal identification certificate under Chapter 521, Transportation Code, on or before the date on which the youth turns 16 years of age." *See also* CPS Handbook §6452.1 Personal Documents Provided to Youth at Age 16, which states: "Youth who are in DFPS conservatorship when they turn age 16 must be provided with a copy and a certified copy of the youth's: birth certificate; Social Security card or replacement Social Security card, as appropriate; and personal identification card issued by the Texas Department of Public Safety (DPS). The youth's caseworker, local permanency specialist, or other designated staff member must have the youth sign Form 2527 Personal Documents Checklist – Age 16, confirming that these documents were received. The youth's caregiver or guardian must sign the form if he or she was requested to hold and secure the documents for the youth.

[30] *See* CPS Handbook §6452.2 Personal Documents Provided to Youth at Age 18 and §10443 Youth Transition Portfolio.

[31] *Id.* at §1570 Supplemental Security Income (SSI) for Children in Foster Care.

[32] *Id.* at §5231.2 Cooperating With the Attorney Ad Litem and the Guardian Ad Litem.

[33] The Case Complexity Tool provides a snapshot view of a caseworker's current caseloads and complexity factors of a case, which the supervisor can use to determine case assignments.

[34] The SHINE workgroup is being reestablished primarily to align with CCL's transition to HHSC and split of investigations.

[35] Tex. Fam. Code §261.410(b) states: "An agency that operates, licenses, certifies, or registers a facility shall require a residential child-care facility to report each incident of physical or sexual abuse committed by a child against another child."

[36] *See also* 40 Tex. Admin. Code § 748.303(a) (minimum standards for GROs) and §749.503(a) (minimum standards for CPAs), which direct GROs and CPAs, respectively, to report and document allegations of abuse, neglect, or exploitation of a child; or any incident where there are indications that a child in care may have been abused, neglected, or exploited, as well as physical or sexual abuse committed by a child against another child. Reports must be made to DFPS Child Care Licensing and to the child's parents as soon as the GRO/CPA becomes aware of the allegation/incident. GROs and CPAs report serious incidents or occurrences to Licensing by making those reports directly to the Texas Abuse and Neglect Hotline (see § 748.309 for GROs and § 749.509 for CPAs). For general duty to report, see Tex. Fam. Code §261.101(a), which states: "A person having cause to believe that a child's physical or mental health or welfare has been adversely affected by abuse or neglect by any person shall immediately make a report as provided by this subchapter." Likewise, §261.103(a) states: "…[A] report shall be made to: (1) any local or state law enforcement agency; (2) the department; or (3) the state agency that operates, licenses, certifies, or registers the facility in which the alleged abuse or neglect occurred."

Blue=85th Texas Legislature initiatives     Yellow = Complete by October 2017     Red = Complete by April 2019

[37] Child Care Licensing Policy and Procedures Handbook Section 6622.6 Allegations Involving Child Sexual Aggression or Child-on-Child Physical Abuse.

[38] The common application is the form a caseworker completes upon a child coming into CPS care.

[39] DFPS Child Sexual Aggression Resource Guide available online at https://www.dfps.state.tx.us/handbooks/CPS/Resource_Guides/Child_Sexual_Aggression_Resource_Guide.pdf (last accessed December 17, 2017).

[40] Quarterly CPS Accountability Team case reads monitor for appropriate use of designations and Program Administrator approval is required for "child sexual aggression" designation.

[41] 40 Tex. Admin. Code § 748.1201.

[42] *Id.* at § 749.1101.

[43] *Id.* at § 748.3363.

[44] *Id.* at § 749.3029.

[45] The common application is the form a caseworker completes upon a child coming into CPS care.

[46] *See* supra note 39.

[47] *See* supra note 40.

[48] The Integrated Care Coordination Pilot provides intensive services and supports for high-needs children.

[49] *See* 40 Tex. Admin. Code § 702.507 Committee on Advancing Residential Practices. The Committee on Advancing Residential Practices, comprised of residential providers, associations, and DFPS RCCL, CPS and Residential Contracts staff, is designed to help DFPS identify foster care systems improvements and advise DFPS regarding the impact of agency policies on contracted foster care providers.

[50] *See* supra note 40.

[51] The Texas Treatment Foster Care pilot is designed to divert children ages 13 and younger who are on the trajectory to be placed in a psychiatric or treatment facility to a less restrictive, home-based placement.

[52] Starfish meetings are attended by providers, HHSC and DFPS staff and STAR Health representatives and are designed to discuss resources for high needs youth in psychiatric facilities who need placements.

[53] *See* 40 Tex. Admin. Code § 702.509 Public Private Partnership. The Public Private Partnership (PPP), comprised of 26 individuals who represent Texas foster youth alumni, members of the judiciary, providers, trade associations, advocates and CPS staff, is designed to evaluate and recommend innovative practices that affect the Texas foster care system, including Community-Based Care.

Blue=85th Texas Legislature initiatives      Yellow = Complete by October 2017      Red = Complete by April 2019