

Marianne Serpa
Deputy Clerk-In-Charge
Corpus Christi Division
1133 N. Shoreline Blvd., Rm. 208
Corpus Christi, Tx 78401-2042

February 1, 2018

      Re:    *MD., by her next friend, et aI., v. Greg Abbott, in his official capacity as Governor of the State of Texas, et al.*; No. 2:Il-cv-00084; in the U.S. District Court for the Southern District of Texas, Corpus Christi Division

Dear Ms. Serpa,

This letter is in response to Defendants' January 31, 2018 letter regarding the FRAP11(a) (Doc. 568) in which Defendants requested that Plaintiffs' counsel identify any additional, missing exhibits from Defendants' letter. In order to ensure that the new record on appeal is correct and complete, we request that you include the following exhibits in the prior record *in addition* to those identified by Defendants:

- Missing Defendant exhibits: 120-A, 265

- Missing Plaintiff exhibits: 185 (under seal), 372 (under seal), 377, 406 (under seal), 457, 495 (under seal), 502, 591, 598, 999, 1014 (under seal), 1165, 1531, 1706, 1994, 2003, 2015 (under seal), 2041 (under seal), 2164 (under seal), 2171 (under seal)

- Complete versions of Plaintiffs' exhibits: 41, 640, 1962

- Complete versions of Defendants' exhibits: 97, 119, 223, 234, 250

Thus, the complete list in *addition* to the exhibits in the prior record is as follows:

- Missing Defendant exhibits: 2, 5, 25, 61, 70, 81, 84, 85, 86-A, 87, 89, 104, 110, 113, 114, 120, 120-A, 130-A, 157, 162, 170, 171, 185, 197, 227, 228, 229, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 253, 256, 257, 260, 261, 262, 265, 266, 267, 269, 272, 276

Wall Street Plaza, 88 Pine Street, Suite 800 | New York, NY 10005 | P 212.683-2210 | F 212.683-4015 | www.childrensrights.org

- Missing Plaintiff exhibits: 185 (under seal), 372 (under seal), 377, 406 (under seal), 457, 495 (under seal), 502, 591, 598, 634, 689, 690, 799, 806, 813, 816, 910, 999, 1014 (under seal), 1068, 1069, 1070, 1071, 1072, 1073, 1084, 1119, 1120, 1122, 1139, 1146, 1153, 1155, 1165, 1301, 1446, 1504, 1531, 1706, 1769, 1861, 1875, 1994, 2003, 2015 (under seal), 2022, 2041 (under seal), 2051, 2052, 2053, 2054, 2055 (a-s), 2056, 2057, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2147, 2164 (under seal), 2171 (under seal)

- Complete versions of Plaintiffs' exhibits: 41, 50, 52, 67, 84, 86, 631, 632, 640, 878, 885, 973, 1962, 1988, 1993, 1995, 2114

- Complete versions of Defendants' exhibits: 97, 119, 223, 234, 250

Thank you very much.

/s/Christin Wilson Remlin
Christina Wilson Remlin