UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D.; bnf STUKENBERG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-0084 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON PLAINTIFFS' THIRD UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE CLAIM
FOR ATTORNEY FEES AND EXPENSES**

Plaintiffs' Third Unopposed Motion for Extension of Time to File Claim for Attorney Fees and Expenses (D.E. 592) is GRANTED. Plaintiffs' application for attorney fees and expenses is due September 4, 2018.

SIGNED and ORDERED this 1st day of June, 2018.

Janis Graham Jack
Senior United States District Judge