Deborah Fowler
Texas Appleseed
1609 Shoal Creek, Suite 201
Austin, TX 78701

Kevin M. Ryan
Public Catalyst
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

July 31, 2019

The Honorable Janis Graham Jack
United States District Judge
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX  78401

Re:  Cause No. 2:11-CV-00084; *M.D. et al vs. Abbott, et al*; in the United States District Court, Southern District of Texas, Corpus Christi Division

Your Honor:

Pursuant to the monitoring appointment provisions in the Court's order of November 20, 2018, (as validated by the decision of the 5th Circuit U.S. Court of Appeals dated July 8, 2019) we submit the following schedule for hourly compensation of the Monitors and staff:

The Monitors
$425/hour

Senior Associate(s): will have at least 20 years relevant experience
$395/hour

Program Associate(s): will have at least 10 years relevant experience
$325/hour

Senior Data Analyst(s): will hold a PhD and have at least 10 years of experience in systemic data analysis and human services
$300/hour

Data Analyst: will have at least 5 years of experience in systemic data analysis
$250/hour

Associate: will possess a Bachelor's degree in a relevant area and possess at least 5 years relevant experience. $250/hour

Junior Analyst and Junior Associate: will possess a Bachelor's Degree in a relevant area and possess at least two years relevant experience
$120/hour

Sincerely,

Kevin M. Ryan					Deborah Fowler

Cc: Thomas Albright, Esq.
    Paul Yetter, Esq.