Deborah Fowler
Texas Appleseed
1609 Shoal Creek, Suite 201
Austin, TX 78701

Kevin M. Ryan
Public Catalyst
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

August 21, 2019

The Honorable Janis Graham Jack
United States District Judge
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX  78401

Re:  Cause No. 2:11-CV-00084; *M.D. et al vs. Abbott, et al*; in the United States District Court, Southern District of Texas, Corpus Christi Division

Your Honor:

Pursuant to the monitoring appointment provisions in the Court's order of November 20, 2018, (as validated by the decision of the 5th Circuit U.S. Court of Appeals dated July 8, 2019) we submit the following amendment to the schedule for hourly compensation of the Monitors and staff:

Associate: will possess a Bachelor's Degree in a relevant area
$85/hour


Sincerely,

Kevin M. Ryan                                              Deborah Fowler