United States District Court
Southern District of Texas
**ENTERED**
October 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D.; bnf STUKENBERG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-00084 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## AMENDED ORDER

On October 9, 2019, the Court held a telephone hearing with the Parties. The Defendants are hereby **ORDERED** to notify every permanent managing conservatorship non-kinship placement that Monitors Kevin M. Ryan and Deborah Fowler and their designated staff members shall be given unfettered and unannounced access to interview children and staff, and to review records including employee files. The Monitors and their designated staff members shall be allowed to interview the children privately and individually and have access to their private records. The Monitors shall provide a list of additional staff that shall be given access by noon on October 10, 2019. The Monitors and their staff will identify themselves with either driver's licenses, passports, other forms of identification recognized by the State of Texas for voting purposes, or similar forms of identification acceptable to their home states. The Defendants shall notify the placements by 5:00 PM on Monday, October 14, 2019.

Further, the Defendants are **ORDERED** to provide to the Monitors a complete list of all of these placements with addresses by 5:00 PM on October 10, 2019.

SIGNED and ORDERED this 9th day of October, 2019.

_____
Janis Graham Jack
Senior United States District Judge