United States District Court
Southern District of Texas
**ENTERED**
November 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D.; bnf STUKENBERG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-84 |
| | § | |
| GREG  ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be considered the Defendants' Unopposed Motion to Exceed

Page Limitations.  (D.E. 707).  Defendants' Unopposed Motion to Exceed Page Limitations is

GRANTED.

SIGNED and ORDERED this 1st day of November, 2019.

Janis Graham Jack
Senior United States District Judge