UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D.; bnf STUKENBERG, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:11-CV-00084 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER

On this day came on to be considered the Plaintiffs' Motion to Amend their Motion for Attorney Fees. (D.E. 713). Plaintiffs' Motion to Amend is GRANTED.

SIGNED and ORDERED this 4th day of November, 2019.

_____
Janis Graham Jack
Senior United States District Judge