Case 2:11-cv-00084   Document 718   Filed on 11/06/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D.; bnf STUKENBERG, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:11-CV-84 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

## **AMENDED ORDER**

After hearing in this matter, the Court makes the following orders:

No later than 12:00 o'clock noon on Wednesday, November 6, 2019, the Department of Family and Protective Services of the State of Texas ("DFPS") shall provide to the Monitors a revised Court's Exhibit 2 admitted in Court this date that is readable and follows a format of question or request with an answer or response beneath. The Court will not accept the format in Court's Exhibit 2.

By 5:00 o'clock p.m. on Friday, November 8, 2019, DFPS shall provide the Monitors with a complete list of identified sexually aggressive PMC children and identified PMC sexually abused children with a corresponding list of each assigned caregiver. Further, DFPS shall verify to the Monitors that each caregiver has been notified of this status.

As a result of the Court confirming its prior order that all licensed placements with a PMC child of more than six children (including adoptive and biological children) shall have instant 24-hour awake supervision (reliance on alarms, videos and roving nighttime supervision is inadequate). Roving is defined as a staff member that goes from building to building. The Monitors' report (D.E. 711) made clear that alarms were frequently not set, bathroom doors were not locked, and reliance on technology in general was imperfect at best. No PMC children shall

be removed or discharged from a placement requiring 24-hour awake supervision as a direct result of this order without permission of the Court as recommended by the Monitors.

No later that 12:00 o'clock noon on Wednesday, November 6, 2019, DFPS is ordered to provide Plaintiffs and the Monitors with a copy of the contract with the catchment foster care redesign that includes Fort Worth.

SIGNED and ORDERED this 6th day of November, 2019.

*Janis Graham Jack*
Janis Graham Jack
Senior United States District Judge