United States District Court
Southern District of Texas
**ENTERED**
November 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D.; bnf STUKENBERG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-84 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On November 18, 2019 the Court held a hearing concerning the lack of 24-hour-awake-night supervision in Boles Children's Home, d.b.a. Arms of Hope.  TROY ROBERTSON, in his official capacity as Chief Executive Officer of Boles Children's Home appeared and testified before the Court pursuant with this Court's November 13, 2019 Order and agreed that Boles Children's Home will provide 24-hour-awake-night supervision starting November 18, 2019. (D.E. 746, pp.16-17).   Therefore, the Court hereby ACCEPTS Boles Children's Home's agreement to comply with the Court's November 20, 2018 Order and provide 24-hour-awake-night supervision to the PMC children in its care immediately.

SIGNED and ORDERED this 19th day of November, 2019.

_____
Janis Graham Jack
Senior United States District Judge