United States District Court
Southern District of Texas
**ENTERED**
November 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D.; bnf STUKENBERG, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:11-CV-84 |
| GREG ABBOTT, *et al*, | § § § | |
| Defendants. | § | |

## **ORDER**

On this day came on to be considered Plaintiffs' Motion for Extension of Time to File Reply in Support of their Fee Application and Bill of Costs. (D.E. 751). Plaintiffs' motion is GRANTED. Plaintiffs' Reply is due December 2, 2019.

SIGNED and ORDERED this 25th day of November, 2019.

_____
Janis Graham Jack
Senior United States District Judge