# Brendan Thorp

## Education:

**Saint Joseph's University, Philadelphia, PA**
Graduated - Major: Bachelor of Arts International Relations - Minor: Asian Studies - September 14th, 2019
GPA: 3.46
Honors:
- Member of Sigma Iota Rho – Honor Society for International Studies
- Atlantic 10 Commissioner's Honor Roll
- SJU Athletic Director's Honor Roll

## Professional Experience:

**Intern, European Parliament, Brussels, Belgium**                             January 2019 - April 2019

- Worked in the office of Alfred Sant; Member of the European Parliament (MEP) and former Prime Minister of Malta
- Attended and generated summaries of committee meetings the MEP served on including Economic and Monetary Affairs; Committee on Budgets; Special Committee on Financial Crimes, Tax Evasion and Tax Avoidance and the Delegation for relations with the United States and Russia
- Collaborated with other MEP offices and staff members on roll-call vote procedures
- Compiled results of legislative votes by the MEP and assisted in coordinating written explanations of votes for distribution to constituents and published on European Parliament website

**Intern, FreeMuslim Association, Inc., Washington, DC.**                         May 2017 - August 2017

- Worked in the office of this Non-Governmental Organization (NGO) dedicating its effort to give to the public valuable educational resources towards using non-violent approaches to prevent extremism
- Handle the tasks of petitioning members of the Congress and the Senate to recognize the threat of right-wing extremism to Muslim Americans
- Wrote and edited advocacy articles and press releases to encourage inventive and collaborative programming to strengthen the peace-building practice in the face of extremism
- Ran official FreeMuslim Twitter page updating followers on new posts and responding to recent events
- Observed extremist group rallies and briefed NGO personnel on observations of the ideas that motivated the groups represented

## Additional Experience and Volunteer Involvement

**Representative of International Relations Department**                       September 2017 - May 2019
- Interacted with accepted students about curriculum of the department
- Worked with department personnel to promote interest in global affairs

**Adopt a Pop, Saint Joseph's University, Philadelphia, PA**                   September 2017 - May 2019
- Engage with retired Jesuit priests in recreational and social activities

**Minister of Hospitality, Church of the Nativity, Fair Haven, NJ**       September 2011 - September 2017
- Greeted parishioners in a friendly manner and provided assistance to people in need
- Assisted with the collection of weekly offerings of the parishioners

**Lifeguard, YMCA, Red Bank, NJ**                                             July 2013 - September 2017
- Monitored safety and well-being of all members and enforced pool rules and regulations
- Recognized medical emergencies and responded with appropriate action

## Activities:
- Sigma Iota Rho Member                                                       April 2018 - Present
- Division 1 Cross Country, Winter Track and Spring Track program             July 2015 - May 2017

## Skills:
- Proficient in the use of Geographic Information System (GIS), Microsoft Word, Excel, PowerPoint