

# INVOICE

**From**  **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

FEIN #: 26-3119454

| | | | |
|---|---|---|---|
| **Invoice ID** | TX DFPS 19-01 Summary | **Invoice For** | Texas Department of Family and Protective Services |
| **Issue Date** | 09/04/2019 | | |
| **Due Date** | 10/04/2019 | | |
| **Subject** | Texas Monitoring Team: July and August 2019 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $121,445.00 |
| Expense | **TRAVEL EXPENSE** (see attached report)<br>Kevin Ryan (8/01/2019-8/31/2019) | $465.74 |

**Amount Due**    **$121,910.74**