

# INVOICE

From | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

FEIN #: 26-3119454

| | | | |
|---|---|---|---|
| Invoice ID | TX DFPS 19-01 | Invoice For | **Texas Department of Family and Protective Services** |
| Issue Date | 09/04/2019 | | |
| Due Date | 10/04/2019 | | |
| Subject | **Texas Monitoring Team: July and August 2019** | | |

| Item Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 07/31/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 2.50 | $395.00 | **$987.50** |
| Service | Texas Permanent Injunction - 07/31/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 07/31/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.50 | $425.00 | **$1,062.50** |
| Service | Texas Permanent Injunction - 07/31/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Permanent Injunction - 07/31/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 07/31/2019 - Report and Document Preparation / Kevin Ryan | 3.75 | $425.00 | **$1,593.75** |
| Service | Texas Permanent Injunction - 07/31/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 07/31/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 2.50 | $395.00 | **$987.50** |
| Service | Texas Permanent Injunction - 07/31/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 07/31/2019 - Report and Document Preparation / Lisa Taylor | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 08/01/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.50 | $425.00 | **$637.50** |

| Service | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/01/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.25 | $425.00 | $531.25 |
| Service | Texas Permanent Injunction - 08/01/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/01/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/01/2019 - Report and Document Preparation / Kevin Ryan | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Permanent Injunction - 08/01/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 08/01/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/01/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/01/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/01/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/02/2019 - Project Management & Planning / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 08/02/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/02/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 08/02/2019 - Project Management & Planning / Lisa Taylor | 2.25 | $395.00 | $888.75 |
| Service | Texas Permanent Injunction - 08/02/2019 - Project Management & Planning / Lisa Taylor | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Permanent Injunction - 08/03/2019 - Project Management & Planning / Kevin Ryan | 1.75 | $425.00 | $743.75 |
| Service | Texas Permanent Injunction - 08/03/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 5.00 | $425.00 | $2,125.00 |
| Service | Texas Permanent Injunction - 08/03/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | $318.75 |

| Service | Texas Permanent Injunction - 08/03/2019 - Project Management & Planning / Kevin Ryan | 1.25 | $425.00 | $531.25 |
| --- | --- | --- | --- | --- |
| Service | Texas Permanent Injunction - 08/03/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 2.00 | $325.00 | $650.00 |
| Service | Texas Permanent Injunction - 08/05/2019 - Project Management & Planning / Lisa Taylor | 1.75 | $395.00 | $691.25 |
| Service | Texas Permanent Injunction - 08/05/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/05/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/06/2019 - Project Management & Planning / Kevin Ryan | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Permanent Injunction - 08/06/2019 - Project Management & Planning / Lisa Taylor | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/06/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 08/07/2019 - Project Management & Planning / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 08/07/2019 - Report and Document Preparation / Kevin Ryan | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Permanent Injunction - 08/07/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/07/2019 - Report and Document Preparation / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/07/2019 - Report and Document Preparation / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/07/2019 - Document Review/Data Analysis/Verification Work / Lisa Taylor | 1.25 | $395.00 | $493.75 |
| Service | Texas Permanent Injunction - 08/07/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/08/2019 - Project Management & Planning / Eileen Crummy | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/08/2019 - Report and Document Preparation / Kevin Ryan | 0.75 | $425.00 | $318.75 |

| Service | Texas Permanent Injunction - 08/08/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Permanent Injunction - 08/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 08/08/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 08/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 08/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 08/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 08/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 08/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 08/09/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 3.50 | $395.00 | **$1,382.50** |
| Service | Texas Permanent Injunction - 08/09/2019 - Project Management & Planning / Eileen Crummy | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 08/09/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 08/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.00 | $425.00 | **$850.00** |
| Service | Texas Permanent Injunction - 08/09/2019 - Project Management & Planning / Kevin Ryan | 1.50 | $425.00 | **$637.50** |
| Service | Texas Permanent Injunction - 08/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 08/09/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 08/09/2019 - Project Management & Planning / Lisa Taylor | 1.50 | $395.00 | **$592.50** |

| Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/10/2019 - Project Management & Planning / Kevin Ryan | 1.25 | $425.00 | $531.25 |
| Service | Texas Permanent Injunction - 08/10/2019 - Project Management & Planning / Kevin Ryan | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Permanent Injunction - 08/11/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 08/11/2019 - Project Management & Planning / Kevin Ryan | 3.75 | $425.00 | $1,593.75 |
| Service | Texas Permanent Injunction - 08/11/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/11/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 0.75 | $325.00 | $243.75 |
| Service | Texas Permanent Injunction - 08/12/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/12/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 08/12/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 08/12/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/13/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/13/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/13/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 08/13/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/13/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/13/2019 - Project Management & Planning / Eileen Crummy | 2.75 | $395.00 | $1,086.25 |

| Service | Texas Permanent Injunction - 08/13/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/13/2019 - Project Management & Planning / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 08/14/2019 - Project Management & Planning / Kevin Ryan | 1.25 | $425.00 | $531.25 |
| Service | Texas Permanent Injunction - 08/14/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/14/2019 - Travel / Kevin Ryan | 5.25 | $425.00 | $2,231.25 |
| Service | Texas Permanent Injunction - 08/14/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/14/2019 - Project Management & Planning / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/14/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/14/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/14/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/15/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/15/2019 - Travel / Kevin Ryan | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Permanent Injunction - 08/15/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 5.00 | $425.00 | $2,125.00 |
| Service | Texas Permanent Injunction - 08/15/2019 - Project Management & Planning / Lisa Taylor | 1.25 | $395.00 | $493.75 |
| Service | Texas Permanent Injunction - 08/15/2019 - Project Management & Planning / Lisa Taylor | 1.75 | $395.00 | $691.25 |
| Service | Texas Permanent Injunction - 08/16/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Permanent Injunction - 08/16/2019 - Travel / Kevin Ryan | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Permanent Injunction - 08/16/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 2.00 | $395.00 | $790.00 |

| Service | Texas Permanent Injunction - 08/16/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| --- | --- | --- | --- | --- |
| Service | Texas Permanent Injunction - 08/16/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/16/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/17/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/17/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 08/17/2019 - Project Management & Planning / Eileen Crummy | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/18/2019 - Travel / Kevin Ryan | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Permanent Injunction - 08/18/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/18/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/19/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/19/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/19/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/19/2019 - Project Management & Planning / Lisa Taylor | 2.50 | $395.00 | $987.50 |
| Service | Texas Permanent Injunction - 08/19/2019 - Project Management & Planning / Lisa Taylor | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |

| Service | Texas Permanent Injunction - 08/20/2019 - Project Management & Planning / Kevin Ryan | 1.50 | $425.00 | $637.50 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/20/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/20/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/20/2019 - Project Management & Planning / Lisa Taylor | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 0.75 | $395.00 | $296.25 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 0.75 | $395.00 | $296.25 |
| Service | Texas Permanent Injunction - 08/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 0.25 | $325.00 | $81.25 |
| Service | Texas Permanent Injunction - 08/21/2019 - Project Management & Planning / Lisa Taylor | 2.25 | $395.00 | $888.75 |
| Service | Texas Permanent Injunction - 08/21/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/21/2019 - Project Management & Planning / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/21/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/21/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 08/21/2019 - Project Management & Planning / Lisa Taylor | 2.75 | $395.00 | $1,086.25 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/21/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/21/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | $296.25 |
| Service | Texas Permanent Injunction - 08/21/2019 - Project Management & Planning / Kevin Ryan | 2.75 | $425.00 | $1,168.75 |
| Service | Texas Permanent Injunction - 08/21/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/22/2019 - Project Management & Planning / Lisa Taylor | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 08/22/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Permanent Injunction - 08/22/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Permanent Injunction - 08/22/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Eileen Crummy | 2.25 | $395.00 | $888.75 |
| Service | Texas Permanent Injunction - 08/22/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Lisa Taylor | 2.25 | $395.00 | $888.75 |
| Service | Texas Permanent Injunction - 08/22/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Permanent Injunction - 08/22/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/22/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 08/22/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 3.00 | $325.00 | $975.00 |
| Service | Texas Permanent Injunction - 08/22/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 2.00 | $325.00 | $650.00 |
| Service | Texas Permanent Injunction - 08/23/2019 - Project Management & Planning / Lisa Taylor | 1.25 | $395.00 | $493.75 |
| Service | Texas Permanent Injunction - 08/23/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.00 | $425.00 | $850.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/23/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/23/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 2.00 | $325.00 | $650.00 |
| Service | Texas Permanent Injunction - 08/23/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.50 | $325.00 | $812.50 |
| Service | Texas Permanent Injunction - 08/24/2019 - Project Management & Planning / Eileen Crummy | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 08/24/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/24/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 08/24/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.50 | $395.00 | $987.50 |
| Service | Texas Permanent Injunction - 08/24/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 2.00 | $325.00 | $650.00 |
| Service | Texas Permanent Injunction - 08/26/2019 - Project Management & Planning / Lisa Taylor | 2.25 | $395.00 | $888.75 |
| Service | Texas Permanent Injunction - 08/26/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/26/2019 - Project Management & Planning / Lisa Taylor | 2.50 | $395.00 | $987.50 |
| Service | Texas Permanent Injunction - 08/26/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/26/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/26/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 1.50 | $395.00 | $592.50 |
| Service | Texas Permanent Injunction - 08/27/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 08/27/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Lisa Taylor | 0.50 | $395.00 | $197.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/27/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/27/2019 - Project Management & Planning / Kevin Ryan | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Permanent Injunction - 08/27/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/27/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/28/2019 - Project Management & Planning / Lisa Taylor | 2.50 | $395.00 | $987.50 |
| Service | Texas Permanent Injunction - 08/28/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/28/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/28/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/28/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 08/28/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | $296.25 |
| Service | Texas Permanent Injunction - 08/28/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/28/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.75 | $425.00 | $1,168.75 |
| Service | Texas Permanent Injunction - 08/28/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/28/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.50 | $395.00 | $987.50 |
| Service | Texas Permanent Injunction - 08/28/2019 - Project Management & Planning / Eileen Crummy | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 08/28/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.50 | $325.00 | $487.50 |
| Service | Texas Permanent Injunction - 08/29/2019 - Project Management & Planning / Lisa Taylor | 2.25 | $395.00 | $888.75 |

| Service | Texas Permanent Injunction - 08/29/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | $98.75 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 08/29/2019 - Project Management & Planning / Lisa Taylor | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Permanent Injunction - 08/29/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/29/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.75 | $425.00 | $743.75 |
| Service | Texas Permanent Injunction - 08/29/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/30/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 08/30/2019 - Project Management & Planning / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 08/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/30/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 08/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 08/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/30/2019 - Project Management & Planning / Lisa Taylor | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 08/30/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.25 | $395.00 | $888.75 |
| Service | Texas Permanent Injunction - 08/30/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.00 | $325.00 | $650.00 |
| Service | Texas Permanent Injunction - 08/31/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.75 | $425.00 | $318.75 |

| Service | Texas Permanent Injunction - 08/31/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 3.00 | $325.00 | $975.00 |
| --- | --- | --- | --- | --- |
| Service | Texas Permanent Injunction - 08/31/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 08/31/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 08/31/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Permanent Injunction - 08/31/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.25 | $425.00 | $531.25 |
| Service | Texas Permanent Injunction - 08/31/2019 - Project Management & Planning / Kevin Ryan | 1.75 | $425.00 | $743.75 |
| Service | Texas Permanent Injunction - 08/31/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Expense | Texas Permanent Injunction - 08/17/2019 - Travel: Mileage / Kevin Ryan | 1.00 | $465.74 | $465.74 |

**Amount Due**  **$121,910.74**