Google Maps    Fair Haven, to Harpswell,      Drive 401 miles, 7 h 5 min

## Fair Haven

**Take River Rd and E Front St to Garden State Pkwy in Middletown**

13 min (4.4 mi)

↑ 1. Head northwest on Locust Ave toward River Rd

     0.1 mi

← 2. Turn left onto River Rd

     1.3 mi

↑ 3. Continue onto E Front St

     2.0 mi

← 4. Turn left onto Half Mile Rd

     0.3 mi

→ 5. Turn right onto Schulz Dr
     ⚠ Partial toll road

     0.7 mi

**Continue on Garden State Pkwy to your destination in Brunswick. Take the exit toward ME-24/Orr's-Bailey Isls/Cook's Corner/Brunswick Executive Airport from US-1 N**

6 h 8 min (385 mi)

↗ 6. Merge onto Garden State Pkwy
     ⚠ Partial toll road

     16.0 mi

⑂ 7. Keep left at the fork to stay on Garden State Pkwy

     2.6 mi

↱ 8. Use the right 2 lanes to take exit 129 for I-95 N
     ⚠ Toll road

     1.2 mi

⑂ 9. Keep left at the fork and merge onto I-95 N
     ⚠ Toll road

     14.4 mi

↑ 10. Continue straight to stay on I-95 N
     ⚠ Partial toll road

     6.7 mi

← 11. Keep left to stay on I-95 N, follow signs for G Washington Bridge

     4.3 mi

→ 12. Keep right to stay on I-95 N

     1.8 mi

⑂ 13. Keep right at the fork to stay on I-95 N, follow signs for George Washington Bridge/Fort Lee

     3.2 mi

→ 14. Keep right to continue on I-95, follow signs for GW Bridge (Lower Level)/Palisades Parkway/US-9W

     0.5 mi

↑ 15. Continue onto US-1 N/U.S. 9 N

     423 ft

| | | | |
|---|---|---|---|
| ↑ | 16. | Continue onto I-95 Lower Level N/U.S. 1 Lower Level N<br>⚠ Partial toll road<br>ℹ Entering New York | |
| | | | 1.6 mi |
| ↑ | 17. | Continue straight onto I-95 Lower Level N/Trans-Manhattan Expy/U.S. 1 Lower Level N | |
| | | | 0.6 mi |
| ↱ | 18. | Use the right 2 lanes to turn slightly right to stay on I-95 Lower Level N/Trans-Manhattan Expy/U.S. 1 Lower Level N | |
| | | | 0.2 mi |
| ↑ | 19. | Continue onto I-95 N | |
| | | | 4.7 mi |
| ⋎ | 20. | Keep left at the fork to stay on I-95 N, follow signs for Interstate 95 N/New Haven | |
| | | | 2.4 mi |
| ↰ | 21. | Keep left to stay on I-95 N<br>⚠ Partial toll road<br>ℹ Entering Connecticut | |
| | | | 44.0 mi |
| ↱ | 22. | Take exit 27A for CT-25/CT-8 toward Trumbull/Waterbury | |
| | | | 0.4 mi |
| ↑ | 23. | Continue onto CT-25 N/CT-8 N | |
| | | | 3.3 mi |
| ⋎ | 24. | Keep right at the fork to continue on CT-8 N, follow signs for CT-15 N/Shelton/Waterbury | |
| | | | 1.8 mi |
| ↱ | 25. | Take exit 9 to merge onto CT-15 N/Merritt Pkwy toward CT-15<br>ℹ Continue to follow CT-15 N | |
| | | | 30.7 mi |
| ↱ | 26. | Take exit 68 N-E to merge onto I-91 N toward CT-66 E/Hartford/Middletown | |
| | | | 17.3 mi |
| ↱ | 27. | Take exit 29 to merge onto CT-15 N/US-5 N toward I-84 E/E Hartford/Boston | |
| | | | 0.5 mi |
| ↑ | 28. | Continue onto CT-15 N | |
| | | | 0.8 mi |
| ↰ | 29. | Use the left 2 lanes to merge onto I-84 E toward Boston<br>⚠ Partial toll road<br>ℹ Entering Massachusetts | |
| | | | 41.5 mi |
| ↱ | 30. | Take the exit onto I-90 E toward Boston/N.H. - Maine<br>⚠ Toll road | |
| | | | 11.7 mi |
| ↱ | 31. | Take exit 10 toward MA-12 N/Auburn/Worcester<br>⚠ Partial toll road | |
| | | | 1.1 mi |

- 32. Merge onto I-290 E

       20.1 mi

- 33. Use the left lane to take exit 26B for Interstate 495 N toward Lowell

       0.6 mi

- 34. Merge onto I-495 N

       54.9 mi

- 35. Continue onto Exit 60 (signs for MA-286/Beaches/Salisburry)

       0.6 mi

- 36. Merge onto I-95 N
  - ⚠ Partial toll road
  - ℹ Entering New Hampshire

       6.7 mi

- 37. Keep left at the fork to stay on I-95 N
  - ⚠ Partial toll road
  - ℹ Entering Maine

       54.2 mi

- 38. Keep right at the fork to continue on I-295 N, follow signs for S Portland/Downtown Portland
  - ⚠ Partial toll road

       28.2 mi

- 39. Use the right 2 lanes to take exit 28 to merge onto US-1 N toward Coastal Rte/Brunswick Bath
  - ℹ Pass by McDonald's (on the left in 1.9 mi)

       2.4 mi

- 40. Turn left onto US-1 N/Mill St
  - ℹ Continue to follow US-1 N

       3.2 mi

- 41. Take the exit toward ME-24/Orr's-Balley Isls/Cook's Corner/Brunswick Executive Airport

       0.2 mi

**Follow ME-24 S to ▮▮▮▮▮ in Harpswell**

       18 min (11.8 mi)

- 42. Merge onto ME-24 S/Gurnet Rd
  - ℹ Continue to follow ME-24 S

       10.8 mi

- 43. Turn right onto ▮▮▮▮▮

       1.0 mi

## Harpswell

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

**Google Maps** Harpswell, to Fair Haven,  Drive 402 miles, 6 h 38 min

## Harpswell

**Continue to Brunswick**

|   |   |   | 19 min (12.2 mi) |
|---|---|---|---|
| ↑ | 1. | Head south on ▮▮▮ toward Heather Ln | |
|   |   |   | 1.0 mi |
| ↰ | 2. | Turn left onto ME-24 N | |
|   |   |   | 10.8 mi |
| ↰ | 3. | Keep left to continue on Gurnet Rd | |
|   |   |   | 0.4 mi |

**Take I-295 S, I-95 S, I-495 S, I-290 W, ... and Hutchinson River Pkwy S to Riverside Dr in Manhattan, New York. Take exit 14-15 from NY-9A S**

|   |   |   | 5 h 16 min (332 mi) |
|---|---|---|---|
| ⚹ | 4. | Merge onto US-1 S | |
|   |   |   | 2.5 mi |
| ↰ | 5. | Keep left to stay on US-1 S | |
|   |   |   | 0.8 mi |
| ↱ | 6. | Turn right onto US-1 S/Pleasant St<br>ⓘ Continue to follow US-1 S | |
|   |   |   | 1.4 mi |
| ⚹ | 7. | Use the right 2 lanes to merge onto I-295 S via the ramp to Portland/Freeport<br>⚠ Partial toll road | |
|   |   |   | 29.8 mi |
| ⚹ | 8. | Merge onto I-95 S<br>⚠ Partial toll road<br>ⓘ Entering New Hampshire | |
|   |   |   | 53.1 mi |
| ⑂ | 9. | Keep left at the fork to continue on I-95<br>⚠ Partial toll road<br>ⓘ Entering Massachusetts | |
|   |   |   | 7.7 mi |
| ↱ | 10. | Use the right 2 lanes to take exit 59 for Interstate 495 S toward Worcester | |
|   |   |   | 0.5 mi |
| ↑ | 11. | Continue onto I-495 S | |
|   |   |   | 54.8 mi |
| ↱ | 12. | Take exit 25B for Interstate 290 W toward Worcester | |
|   |   |   | 0.4 mi |
| ⚹ | 13. | Merge onto I-290 W | |
|   |   |   | 19.8 mi |
| ↱ | 14. | Take exit 7 for I-90/Mass. Pike<br>⚠ Partial toll road | |
|   |   |   | 0.8 mi |

15. Keep left at the fork, follow signs for I-90 W/Springfield/Albany and merge onto I-90 W
    ⚠ Toll road

    11.8 mi

16. Use the right 2 lanes to take exit 9 for I-84 toward US-20/Hartford/New York City
    ⚠ Toll road

    0.7 mi

17. Continue onto I-84
    ⚠ Partial toll road
    ℹ Entering Connecticut

    40.9 mi

18. Use the left 2 lanes to take exit 57 for CT-15 S toward I-91 S/Charter Oak Bridge/N.Y.City

    0.6 mi

19. Continue onto CT-15 S

    0.5 mi

20. Continue onto CT-15 S/US-5 S

    0.8 mi

21. Take exit 86 to merge onto I-91 S toward New Haven/New York City

    17.1 mi

22. Take exit 17 to merge onto CT-15 S/Wilbur Cross Pkwy
    ℹ Continue to follow CT-15 S
    ℹ Entering New York

    64.7 mi

23. Continue onto Hutchinson River Pkwy S

    10.7 mi

24. Keep left at the fork to continue on Cross County Pkwy, follow signs for George Washington Bridge

    2.6 mi

25. Keep left to stay on Cross County Pkwy

    2.0 mi

26. Use any lane to take the exit toward New York City

    0.4 mi

27. Merge onto Saw Mill River Pkwy S

    1.8 mi

28. Keep right at the fork to continue on Henry Hudson Pkwy, follow signs for H Hudson Pkwy/NY-9A S

    0.8 mi

29. Continue onto NY-9A S/Henry Hudson Pkwy
    ⚠ Partial toll road

    4.7 mi

30. Use the middle lane to take exit 14-15 for Riverside Dr toward Geo Washington Br/Cross Bronx Expy/I-95

    0.1 mi

31. Use the right lane to keep right at the fork, follow signs for G Washington Bridge/Riverside Dr S/I-95 and merge onto Riverside Dr

    276 ft

Follow I-95 and Garden State Pkwy to County Rd 520/Newman Springs Rd in Middletown. Take exit 109 from Garden State Pkwy

54 min (53.7 mi)

32. Use the right lane to merge onto Riverside Dr

0.1 mi

33. Slight right onto the Interstate 95/G W Bridge ramp to New England

0.3 mi

34. Keep right at the fork, follow signs for New Jersey/George Washington Bridge/Interstate 95 Lower Level S and merge onto George Washington Bridge/Interstate 95 Lower Level S/U.S. 1 Lower Level S
   - Continue to follow Interstate 95 Lower Level S/U.S. 1 Lower Level S
   - Entering New Jersey

2.1 mi

35. Continue onto I-95/Interstate 95 Lower Level S

499 ft

36. Continue straight to stay on I-95 (signs for I-80/Hackensack)

0.1 mi

37. Continue straight onto I-95 S (signs for I-80/Hackensack)

2.5 mi

38. Keep left to stay on I-95 S, follow signs for Interstate 95 S/US 46/Newark/New Jersey Turnpike S
   ⚠ Partial toll road

2.4 mi

39. Keep right at the fork to stay on I-95 S, follow signs for Lincoln Tunnel
   ⚠ Partial toll road

10.5 mi

40. Keep left to stay on I-95 S
   ⚠ Toll road

14.9 mi

41. Use the right 2 lanes to take exit 11 for U.S. 9 toward Woodbridge
   ⚠ Toll road

1.9 mi

42. Merge onto Garden State Pkwy
   ⚠ Toll road

3.2 mi

43. Use the middle 2 lanes to keep left at the fork and stay on Garden State Pkwy
   ⚠ Toll road

0.7 mi

44. Keep right at the fork to stay on Garden State Pkwy
   ⚠ Partial toll road

14.8 mi

| | 45. | Take exit 109 for County Rd 520 toward Red Bank/Lincroft |
|---|---|---|
| | | ⚠ Partial toll road |
| | | 0.3 mi |

**Take W Front St and River Rd to ▮▮▮ in Fair Haven**

13 min (4.3 mi)

| | 46. | Turn left onto County Rd 520/Newman Springs Rd |
|---|---|---|
| | | 0.2 mi |
| | 47. | Slight right |
| | | 0.1 mi |
| | 48. | Use the middle lane to turn left onto Half Mile Rd |
| | | 0.6 mi |
| | 49. | Turn right onto W Front St |
| | | 2.0 mi |
| | 50. | Continue onto River Rd |
| | | 1.3 mi |
| | 51. | Turn right onto ▮▮▮ |
| | | 0.1 mi |

## Fair Haven

/

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.