

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | |
|---|---|
| **Invoice ID** | Texas M.D. Monitoring 19-02 Summary |
| **Issue Date** | 10/07/2019 |
| **Due Date** | 11/07/2019 |
| **Subject** | Texas Monitoring Team: September 2019 |

| | |
|---|---|
| **Invoice For** | **Texas M.D. Monitoring** |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $239,437.50 |
| Expense | **PROJECT EXPENSES** (see attached report) (9/01/2019-9/30/2019) | $9,383.90 |

**Amount Due**   **$248,821.40**