

# INVOICE

From    **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

FEIN #: 26-3119454

| | | | |
|---|---|---|---|
| Invoice ID | **Texas M.D. Monitoring 19-02** | Invoice For | **Texas M.D. Monitoring** |
| Issue Date | 10/07/2019 | | |
| Due Date | 11/07/2019 | | |
| Subject | **Texas Monitoring Team: September 2019** | | |

| Item Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/01/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/01/2019 - Project Management & Planning / Eileen Crummy | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 09/01/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 7.50 | $325.00 | **$2,437.50** |
| Service | Texas Permanent Injunction - 09/02/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/02/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Permanent Injunction - 09/03/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/03/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/03/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/03/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/03/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/03/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | **$106.25** |

| Service | Texas Permanent Injunction - 09/03/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
|---------|---------|------|---------|-------------|
| Service | Texas Permanent Injunction - 09/03/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/03/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/03/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/04/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/04/2019 - Project Management & Planning / Kevin Ryan | 1.25 | $425.00 | **$531.25** |
| Service | Texas Permanent Injunction - 09/04/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Permanent Injunction - 09/04/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/04/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.50 | $325.00 | **$487.50** |
| Service | Texas Permanent Injunction - 09/05/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 09/05/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 09/05/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/05/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/05/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/05/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/05/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/05/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 0.75 | $325.00 | **$243.75** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/05/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 1.25 | $325.00 | **$406.25** |
| Service | Texas Permanent Injunction - 09/06/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/06/2019 - Project Management & Planning / Lisa Taylor | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/06/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/06/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/06/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/06/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/06/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/06/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.50 | $425.00 | **$637.50** |
| Service | Texas Permanent Injunction - 09/06/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 09/06/2019 - Project Management & Planning / Lisa Taylor | 2.25 | $395.00 | **$888.75** |
| Service | Texas Permanent Injunction - 09/06/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/06/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.25 | $425.00 | **$956.25** |
| Service | Texas Permanent Injunction - 09/06/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 0.50 | $325.00 | **$162.50** |
| Service | Texas Permanent Injunction - 09/06/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/06/2019 - Confer with the Court, a Party, Monitor or Consultants / John Ducoff | 0.75 | $325.00 | **$243.75** |

| Service | Texas Permanent Injunction - 09/06/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/06/2019 - Confer with the Court, a Party, Monitor or Consultants / Tim Ross | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/07/2019 - Travel / Kevin Ryan | 5.00 | $425.00 | **$2,125.00** |
| Service | Texas Permanent Injunction - 09/07/2019 - Project Management & Planning / Lisa Taylor | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/07/2019 - Document Review/Data Analysis/Verification Work / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/07/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 09/07/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/07/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 09/07/2019 - Project Management & Planning / Eileen Crummy | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/07/2019 - Project Management & Planning / Lisa Taylor | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/07/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.50 | $325.00 | **$812.50** |
| Service | Texas Permanent Injunction - 09/07/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.50 | $395.00 | **$987.50** |
| Service | Texas Permanent Injunction - 09/07/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 0.50 | $325.00 | **$162.50** |
| Service | Texas Permanent Injunction - 09/08/2019 - Travel / Eileen Crummy | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Travel / Lisa Taylor | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/08/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.50 | $425.00 | **$1,062.50** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/08/2019 - Report and Document Preparation / Kevin Ryan | 2.50 | $425.00 | **$1,062.50** |
| Service | Texas Permanent Injunction - 09/08/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/08/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.75 | $425.00 | **$743.75** |
| Service | Texas Permanent Injunction - 09/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Travel / Diane Scott | 6.50 | $325.00 | **$2,112.50** |
| Service | Texas Permanent Injunction - 09/08/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.00 | $325.00 | **$650.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Diane Scott | 3.00 | $325.00 | **$975.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Travel / Megan Annitto | 5.00 | $395.00 | **$1,975.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Megan Annitto | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Travel / John Ducoff | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 2.00 | $325.00 | **$650.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Confer with the Court, a Party, Monitor or Consultants / John Ducoff | 3.00 | $325.00 | **$975.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Project Management & Planning / Tim Ross | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/08/2019 - Travel / Tim Ross | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/08/2019 - Confer with the Court, a Party, Monitor or Consultants / Tim Ross | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Lisa Taylor | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Diane Scott | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Eileen Crummy | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.25 | $395.00 | **$888.75** |
| Service | Texas Permanent Injunction - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Kevin Ryan | 6.00 | $425.00 | **$2,550.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | **$425.00** |

| Service | Texas Permanent Injunction - 09/09/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Project Management & Planning / Lisa Taylor | 1.75 | $395.00 | **$691.25** |
| Service | Texas Permanent Injunction - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / John Ducoff | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 2.75 | $325.00 | **$893.75** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / John Ducoff | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / John Ducoff | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Tim Ross | 1.00 | $395.00 | **$395.00** |

| Service | Texas Permanent Injunction - 09/09/2019 - Confer with the Court, a Party, Monitor or Consultants / Tim Ross | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Tim Ross | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/09/2019 - Travel / Tim Ross | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Project Management & Planning / Eileen Crummy | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Project Management & Planning / Lisa Taylor | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Travel / Eileen Crummy | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/10/2019 - Project Management & Planning / Kevin Ryan | 1.50 | $425.00 | **$637.50** |
| Service | Texas Permanent Injunction - 09/10/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Kevin Ryan | 6.00 | $425.00 | **$2,550.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Travel / Kevin Ryan | 6.25 | $425.00 | **$2,656.25** |
| Service | Texas Permanent Injunction - 09/10/2019 - Travel / Diane Scott | 7.25 | $325.00 | **$2,356.25** |
| Service | Texas Permanent Injunction - 09/10/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Travel / Megan Annitto | 7.50 | $395.00 | **$2,962.50** |

| Service | Texas Permanent Injunction - 09/10/2019 - Travel / Lisa Taylor | 6.50 | $395.00 | **$2,567.50** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/10/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / John Ducoff | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Travel / John Ducoff | 8.50 | $325.00 | **$2,762.50** |
| Service | Texas Permanent Injunction - 09/10/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 1.50 | $120.00 | **$180.00** |
| Service | Texas Permanent Injunction - 09/10/2019 - Document Review/Data Analysis/Verification Work / Yana Mayevskaya | 1.50 | $250.00 | **$375.00** |
| Service | Texas Permanent Injunction - 09/11/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.00 | $425.00 | **$850.00** |
| Service | Texas Permanent Injunction - 09/11/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.50 | $425.00 | **$1,062.50** |
| Service | Texas Permanent Injunction - 09/11/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/11/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Permanent Injunction - 09/11/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/11/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/11/2019 - Project Management & Planning / Lisa Taylor | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/11/2019 - Project Management & Planning / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/12/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/12/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | **$395.00** |

| Service | Texas Permanent Injunction - 09/12/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | $98.75 |
|---------|---|---|---|---|
| Service | Texas Permanent Injunction - 09/12/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 4.50 | $395.00 | $1,777.50 |
| Service | Texas Permanent Injunction - 09/12/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 09/12/2019 - Project Management & Planning / Megan Annitto | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 09/12/2019 - Document Review/Data Analysis/Verification Work / Yana Mayevskaya | 0.25 | $250.00 | $62.50 |
| Service | Texas Permanent Injunction - 09/13/2019 - Project Management & Planning / Lisa Taylor | 1.75 | $395.00 | $691.25 |
| Service | Texas Permanent Injunction - 09/13/2019 - Project Management & Planning / Megan Annitto | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Permanent Injunction - 09/13/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Permanent Injunction - 09/13/2019 - Project Management & Planning / Diane Scott | 0.50 | $325.00 | $162.50 |
| Service | Texas Permanent Injunction - 09/13/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.25 | $395.00 | $493.75 |
| Service | Texas Permanent Injunction - 09/14/2019 - Confer with the Court, a Party, Monitor or Consultants / Diane Scott | 3.00 | $325.00 | $975.00 |
| Service | Texas Permanent Injunction - 09/14/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Permanent Injunction - 09/14/2019 - Project Management & Planning / John Ducoff | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Permanent Injunction - 09/15/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 09/15/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | $296.25 |
| Service | Texas Permanent Injunction - 09/15/2019 - Project Management & Planning / John Ducoff | 1.00 | $325.00 | $325.00 |
| Service | Texas Permanent Injunction - 09/15/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 2.50 | $325.00 | $812.50 |

| Service | Texas Permanent Injunction - 09/16/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 4.00 | $395.00 | **$1,580.00** |
|---------|------|------|------|------|
| Service | Texas Permanent Injunction - 09/16/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/16/2019 - Project Management & Planning / Megan Annitto | 2.50 | $395.00 | **$987.50** |
| Service | Texas Permanent Injunction - 09/16/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/16/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 1.00 | $85.00 | **$85.00** |
| Service | Texas Permanent Injunction - 09/16/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Natalie Nunez | 0.75 | $85.00 | **$63.75** |
| Service | Texas Permanent Injunction - 09/16/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 1.75 | $85.00 | **$148.75** |
| Service | Texas Permanent Injunction - 09/16/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Natalie Nunez | 3.00 | $85.00 | **$255.00** |
| Service | Texas Permanent Injunction - 09/16/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 0.50 | $85.00 | **$42.50** |
| Service | Texas Permanent Injunction - 09/16/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/16/2019 - Confer with the Court, a Party, Monitor or Consultants / John Ducoff | 2.50 | $325.00 | **$812.50** |
| Service | Texas Permanent Injunction - 09/16/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 0.75 | $325.00 | **$243.75** |
| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 09/17/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/17/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |

| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.00 | $425.00 | **$850.00** |
| Service | Texas Permanent Injunction - 09/17/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 2.25 | $395.00 | **$888.75** |
| Service | Texas Permanent Injunction - 09/17/2019 - Report and Document Preparation / Megan Annitto | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 09/17/2019 - Project Management & Planning / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.75 | $395.00 | **$691.25** |
| Service | Texas Permanent Injunction - 09/17/2019 - Project Management & Planning / Lisa Taylor | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/17/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/17/2019 - Project Management & Planning / Eileen Crummy | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 2.25 | $85.00 | **$191.25** |
| Service | Texas Permanent Injunction - 09/17/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Natalie Nunez | 0.75 | $85.00 | **$63.75** |
| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 0.25 | $85.00 | **$21.25** |
| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 2.75 | $85.00 | **$233.75** |
| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/17/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/18/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.25 | $425.00 | **$106.25** |

| Service | Texas Permanent Injunction - 09/18/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 1.25 | $85.00 | $106.25 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/18/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Natalie Nunez | 0.25 | $85.00 | $21.25 |
| Service | Texas Permanent Injunction - 09/18/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 2.00 | $85.00 | $170.00 |
| Service | Texas Permanent Injunction - 09/18/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 09/18/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 09/18/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 09/18/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Natalie Nunez | 0.25 | $85.00 | $21.25 |
| Service | Texas Permanent Injunction - 09/18/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 09/18/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 3.25 | $85.00 | $276.25 |
| Service | Texas Permanent Injunction - 09/18/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 09/18/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 09/18/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 09/18/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Permanent Injunction - 09/18/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.00 | $325.00 | $325.00 |
| Service | Texas Permanent Injunction - 09/18/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Diane Scott | 0.75 | $325.00 | $243.75 |

| Service | Texas Permanent Injunction - 09/18/2019 - Report and Document Preparation / Megan Annitto | 3.50 | $395.00 | $1,382.50 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/18/2019 - Project Management & Planning / Megan Annitto | 1.50 | $395.00 | $592.50 |
| Service | Texas Permanent Injunction - 09/18/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 09/18/2019 - Confer with the Court, a Party, Monitor or Consultants / John Ducoff | 0.50 | $325.00 | $162.50 |
| Service | Texas Permanent Injunction - 09/19/2019 - Report and Document Preparation / Kevin Ryan | 1.75 | $425.00 | $743.75 |
| Service | Texas Permanent Injunction - 09/19/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 09/19/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 09/19/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 09/19/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 09/19/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 09/19/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 09/19/2019 - Report and Document Preparation / Megan Annitto | 2.50 | $395.00 | $987.50 |
| Service | Texas Permanent Injunction - 09/19/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 5.00 | $85.00 | $425.00 |
| Service | Texas Permanent Injunction - 09/19/2019 - Project Management & Planning / Megan Annitto | 2.50 | $395.00 | $987.50 |
| Service | Texas Permanent Injunction - 09/19/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 2.50 | $395.00 | $987.50 |
| Service | Texas Permanent Injunction - 09/19/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 09/19/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.00 | $325.00 | $325.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/19/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/19/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 0.50 | $120.00 | **$60.00** |
| Service | Texas Permanent Injunction - 09/19/2019 - Document Review/Data Analysis/Verification Work / Yana Mayevskaya | 0.75 | $250.00 | **$187.50** |
| Service | Texas Permanent Injunction - 09/20/2019 - Project Management & Planning / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/20/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 3.25 | $85.00 | **$276.25** |
| Service | Texas Permanent Injunction - 09/20/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 3.25 | $85.00 | **$276.25** |
| Service | Texas Permanent Injunction - 09/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 5.00 | $395.00 | **$1,975.00** |
| Service | Texas Permanent Injunction - 09/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 5.00 | $425.00 | **$2,125.00** |
| Service | Texas Permanent Injunction - 09/20/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 5.00 | $395.00 | **$1,975.00** |
| Service | Texas Permanent Injunction - 09/20/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Natalie Nunez | 0.50 | $85.00 | **$42.50** |
| Service | Texas Permanent Injunction - 09/20/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/20/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 09/20/2019 - Report and Document Preparation / Megan Annitto | 3.75 | $395.00 | **$1,481.25** |
| Service | Texas Permanent Injunction - 09/20/2019 - Project Management & Planning / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/20/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/20/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 1.25 | $325.00 | **$406.25** |

| Service | Texas Permanent Injunction - 09/20/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.25 | $395.00 | $98.75 |
|---------|------|------|------|------|
| Service | Texas Permanent Injunction - 09/21/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 09/21/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | $296.25 |
| Service | Texas Permanent Injunction - 09/21/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 09/21/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 09/21/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 09/21/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 09/21/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 09/21/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Permanent Injunction - 09/22/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 09/22/2019 - Project Management & Planning / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 09/22/2019 - Report and Document Preparation / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 09/22/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 09/22/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 09/22/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Permanent Injunction - 09/22/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 5.50 | $325.00 | $1,787.50 |
| Service | Texas Permanent Injunction - 09/22/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.75 | $395.00 | $691.25 |

| Service | Texas Permanent Injunction - 09/22/2019 - Project Management & Planning / Megan Annitto | 0.25 | $395.00 | **$98.75** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/23/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 09/23/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/23/2019 - Report and Document Preparation / Megan Annitto | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/23/2019 - Report and Document Preparation / Kevin Ryan | 2.00 | $425.00 | **$850.00** |
| Service | Texas Permanent Injunction - 09/23/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/23/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 7.00 | $85.00 | **$595.00** |
| Service | Texas Permanent Injunction - 09/23/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/23/2019 - Project Management & Planning / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/23/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/23/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/23/2019 - Report and Document Preparation / Kevin Ryan | 2.50 | $425.00 | **$1,062.50** |
| Service | Texas Permanent Injunction - 09/23/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/23/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.00 | $325.00 | **$650.00** |
| Service | Texas Permanent Injunction - 09/23/2019 - Document Review/Data Analysis/Verification Work / Peggy McHale | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/23/2019 - Confer with the Court, a Party, Monitor or Consultants / John Ducoff | 1.25 | $325.00 | **$406.25** |

| Service | Texas Permanent Injunction - 09/23/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 0.50 | $325.00 | $162.50 |
|---------|---------|---------|---------|---------|
| Service | Texas Permanent Injunction - 09/23/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 09/24/2019 - Project Management & Planning / Lisa Taylor | 1.25 | $395.00 | $493.75 |
| Service | Texas Permanent Injunction - 09/24/2019 - Report and Document Preparation / Megan Annitto | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Permanent Injunction - 09/24/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 1.75 | $395.00 | $691.25 |
| Service | Texas Permanent Injunction - 09/24/2019 - Report and Document Preparation / Lisa Taylor | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 09/24/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 6.75 | $85.00 | $573.75 |
| Service | Texas Permanent Injunction - 09/24/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Natalie Nunez | 0.50 | $85.00 | $42.50 |
| Service | Texas Permanent Injunction - 09/24/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 09/24/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 09/24/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 09/24/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 09/24/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 09/24/2019 - Report and Document Preparation / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 09/24/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 09/24/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 3.00 | $395.00 | $1,185.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/24/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/24/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 0.50 | $120.00 | **$60.00** |
| Service | Texas Permanent Injunction - 09/25/2019 - Report and Document Preparation / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/25/2019 - Project Management & Planning / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/25/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/25/2019 - Project Management & Planning / Lisa Taylor | 2.75 | $395.00 | **$1,086.25** |
| Service | Texas Permanent Injunction - 09/25/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 7.00 | $85.00 | **$595.00** |
| Service | Texas Permanent Injunction - 09/25/2019 - Project Management & Planning / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/25/2019 - Report and Document Preparation / Lisa Taylor | 1.75 | $395.00 | **$691.25** |
| Service | Texas Permanent Injunction - 09/25/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 09/25/2019 - Report and Document Preparation / Megan Annitto | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Permanent Injunction - 09/25/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/25/2019 - Report and Document Preparation / Kevin Ryan | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Permanent Injunction - 09/25/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 09/25/2019 - Report and Document Preparation / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 09/25/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 3.75 | $325.00 | **$1,218.75** |
| Service | Texas Permanent Injunction - 09/25/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.75 | $395.00 | **$296.25** |

| Service | Texas Permanent Injunction - 09/25/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.00 | $395.00 | **$395.00** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/25/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 0.50 | $120.00 | **$60.00** |
| Service | Texas Permanent Injunction - 09/26/2019 - Project Management & Planning / Lisa Taylor | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 09/26/2019 - Confer with the Court, a Party, Monitor or Consultants / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/26/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/26/2019 - Report and Document Preparation / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/26/2019 - Report and Document Preparation / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/26/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Eileen Crummy | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/26/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Lisa Taylor | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/26/2019 - Project Management & Planning / Lisa Taylor | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 09/26/2019 - Report and Document Preparation / Megan Annitto | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 09/26/2019 - Project Management & Planning / Megan Annitto | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/26/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 7.00 | $85.00 | **$595.00** |
| Service | Texas Permanent Injunction - 09/26/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/26/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/26/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/26/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 09/26/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/27/2019 - Project Management & Planning / Lisa Taylor | 2.75 | $395.00 | **$1,086.25** |
| Service | Texas Permanent Injunction - 09/27/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/27/2019 - Report and Document Preparation / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/27/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/27/2019 - Confer with the Court, a Party, Monitor or Consultants / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/27/2019 - Project Management & Planning / Lisa Taylor | 2.75 | $395.00 | **$1,086.25** |
| Service | Texas Permanent Injunction - 09/27/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 09/27/2019 - Report and Document Preparation / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/27/2019 - Project Management & Planning / Megan Annitto | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Permanent Injunction - 09/27/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 09/27/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 1.50 | $325.00 | **$487.50** |
| Service | Texas Permanent Injunction - 09/28/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/28/2019 - Report and Document Preparation / Kevin Ryan | 1.25 | $425.00 | **$531.25** |
| Service | Texas Permanent Injunction - 09/28/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.00 | $325.00 | **$650.00** |
| Service | Texas Permanent Injunction - 09/28/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 7.25 | $325.00 | **$2,356.25** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 09/29/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.75 | $425.00 | **$1,168.75** |
| Service | Texas Permanent Injunction - 09/29/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/29/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 09/29/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 3.00 | $325.00 | **$975.00** |
| Service | Texas Permanent Injunction - 09/29/2019 - Project Management & Planning / Megan Annitto | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/29/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 7.50 | $325.00 | **$2,437.50** |
| Service | Texas Permanent Injunction - 09/30/2019 - Report and Document Preparation / Kevin Ryan | 1.75 | $425.00 | **$743.75** |
| Service | Texas Permanent Injunction - 09/30/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 09/30/2019 - Project Management & Planning / Lisa Taylor | 1.75 | $395.00 | **$691.25** |
| Service | Texas Permanent Injunction - 09/30/2019 - Document Review/Data Analysis/Verification Work / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 09/30/2019 - Report and Document Preparation / Megan Annitto | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 09/30/2019 - Project Management & Planning / Megan Annitto | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Permanent Injunction - 09/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/30/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/30/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/30/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 09/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | **$212.50** |

| Service | Texas Permanent Injunction - 09/30/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
|---------|-----------------------------------------------------------------------------------------|------|---------|-------------|
| Service | Texas Permanent Injunction - 09/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 09/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/30/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Permanent Injunction - 09/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/30/2019 - Confer with the Court, a Party, Monitor or Consultants / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 09/30/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs, consultants or other providers. / Megan Annitto | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 09/30/2019 - Confer with the Court, a Party, Monitor or Consultants / John Ducoff | 1.25 | $325.00 | **$406.25** |
| Service | Texas Permanent Injunction - 09/30/2019 - Document Review/Data Analysis/Verification Work / Peggy McHale | 1.00 | $395.00 | **$395.00** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Airfare / Lisa Taylor | 1.00 | $731.00 | **$731.00** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Ground Transportation / Eileen Crummy | 1.00 | $66.00 | **$66.00** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Airfare / Eileen Crummy | 1.00 | $645.60 | **$645.60** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Ground Transportation / Lisa Taylor | 1.00 | $36.12 | **$36.12** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Airfare / Diane Scott | 1.00 | $403.80 | **$403.80** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Meals / Diane Scott | 1.00 | $7.49 | **$7.49** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Ground Transportation / Diane Scott | 1.00 | $18.22 | **$18.22** |

| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Airfare / John Ducoff | 1.00 | $342.61 | **$342.61** |
|---|---|---|---|---|
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Ground Transportation / John Ducoff | 1.00 | $165.06 | **$165.06** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Airfare / Megan Annitto | 1.00 | $1,021.80 | **$1,021.80** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Ground Transportation / Megan Annitto | 1.00 | $18.14 | **$18.14** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Ground Transportation / Megan Annitto | 1.00 | $23.37 | **$23.37** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Ground Transportation / Tim Ross | 1.00 | $38.61 | **$38.61** |
| Expense | Texas Permanent Injunction - 09/08/2019 - Travel: Airfare / Tim Ross | 1.00 | $460.58 | **$460.58** |
| Expense | Texas Permanent Injunction - 09/09/2019 - Travel: Meals / Lisa Taylor | 1.00 | $7.66 | **$7.66** |
| Expense | Texas Permanent Injunction - 09/09/2019 - Travel: Meals / Eileen Crummy | 1.00 | $79.22 | **$79.22** |
| Expense | Texas Permanent Injunction - 09/09/2019 - Travel: Ground Transportation / Lisa Taylor | 1.00 | $8.95 | **$8.95** |
| Expense | Texas Permanent Injunction - 09/09/2019 - Travel: Ground Transportation / Lisa Taylor | 1.00 | $7.61 | **$7.61** |
| Expense | Texas Permanent Injunction - 09/09/2019 - Travel: Meals / Diane Scott | 1.00 | $7.48 | **$7.48** |
| Expense | Texas Permanent Injunction - 09/09/2019 - Travel: Hotels / Tim Ross | 1.00 | $241.11 | **$241.11** |
| Expense | Texas Permanent Injunction - 09/09/2019 - Travel: Ground Transportation / Tim Ross | 1.00 | $27.22 | **$27.22** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Airfare / Kevin Ryan | 1.00 | $164.00 | **$164.00** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Ground Transportation / Eileen Crummy | 1.00 | $66.00 | **$66.00** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Hotels / Eileen Crummy | 1.00 | $507.86 | **$507.86** |

| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Ground Transportation / Lisa Taylor | 1.00 | $145.00 | **$145.00** |
|---|---|---|---|---|
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Hotels / Lisa Taylor | 1.00 | $585.72 | **$585.72** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Ground Transportation / Lisa Taylor | 1.00 | $31.81 | **$31.81** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Hotels / Kevin Ryan | 1.00 | $626.89 | **$626.89** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Parking and Tolls / Kevin Ryan | 1.00 | $93.10 | **$93.10** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Ground Transportation / Kevin Ryan | 1.00 | $166.97 | **$166.97** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Ground Transportation / Kevin Ryan | 1.00 | $500.70 | **$500.70** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Hotels / Diane Scott | 1.00 | $437.52 | **$437.52** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Meals / Diane Scott | 1.00 | $6.73 | **$6.73** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Incidental (No Receipt) / Diane Scott | 1.00 | $5.00 | **$5.00** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Ground Transportation / Diane Scott | 1.00 | $16.98 | **$16.98** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Mileage / Diane Scott | 1.00 | $33.75 | **$33.75** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Hotels / John Ducoff | 1.00 | $632.77 | **$632.77** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Ground Transportation / John Ducoff | 1.00 | $254.36 | **$254.36** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Meals / John Ducoff | 1.00 | $12.72 | **$12.72** |
| Expense | Texas Permanent Injunction - 09/10/2019 - Travel: Ground Transportation / Tim Ross | 1.00 | $70.80 | **$70.80** |
| Expense | Texas Permanent Injunction - 09/11/2019 - Travel: Ground Transportation / Megan Annitto | 1.00 | $34.80 | **$34.80** |

| Expense | Texas Permanent Injunction - 09/11/2019 - Travel: Hotels / Megan Annitto | 1.00 | $632.77 | **$632.77** |
| --- | --- | --- | --- | --- |

| | **Amount Due** | **$248,821.40** |
| --- | --- | --- |