**American Airlines**

AA RECORD LOCATOR: BACXVT





Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

## Philadelphia to Austin

1 Adult

**Sunday** September 8, 2019 – **Tuesday** September 10, 2019

| AA Record Locator | Reservation Name |
|---|---|
| **BACXVT** | **PHL/AUS** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Ticketed Aug 02, 2019 |

**Total Paid:**

**$927.30 USD**

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **796** | **Philadelphia (PHL)** September 8, 2019 11:05 AM Travel Time : 3 h 45 m Class : First Seat : 2D | **Austin (AUS)** September 8, 2019 01:50 PM Booking Code : D Plane Type : 319 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1629** | **Austin (AUS)** September 10, 2019 10:50 AM Travel Time : 2 h 42 m Class : First Seat : 4E | **Chicago (ORD)** September 10, 2019 01:32 PM Booking Code : I Plane Type : 738 |
| **American Airlines** **2608** | **Chicago (ORD)** September 10, 2019 02:50 PM Travel Time : 2 h 1 m Class : First Seat : 2D | **Philadelphia (PHL)** September 10, 2019 05:51 PM Booking Code : I Plane Type : 321 |

**Fare Amount**

Adult
1 × $827.91 USD        $827.91 USD

**AAdvantage® Benefits**

Priority Access℠        $0.00 USD

Same-Day Standby        $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes        $99.39 USD

Carrier-Imposed Fees        $0.00 USD

**Flight Subtotal**

**$927.30 USD**

731.00
coach

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ALEXANDER TAYLOR,LISA | 0012369801757 | ▮▮▮▮ | $827.91 USD | 99.39 | 927.30 |
| **Payment Type:** MASTER CARD ▮▮▮▮ | | | | **Total** | $927.30 USD |

### Endorsements/Restrictions

NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

### Terms and conditions:

If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | September 8, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | |
| | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | ██████████ |
| Fax: | |

| Description | | Trip | Cost Per Unit | | Amount | |
|---|---|---|---|---|---|---|
| Car Service from. | Cranford to Newark Airport | 1 | $ | 55.00 | $ | 55.00 |

| | | | |
|---|---|---|---|
| Invoice Subtotal | $ | | 55.00 |
| Gratuity | | | $11.00 |
| **TOTAL** | $ | | **66.00** |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

 **UNITED**

Fri, Aug 02, 2019

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

# PK320K

| Flight 1 of 2 UA2317 | Cabin: United First (P) |
|---|---|

Sun, Sep 08, 2019

## 10:45 AM
New York/Newark, NJ, US (EWR)

Sun, Sep 08, 2019

## 01:39 PM
Austin, TX, US (AUS)

| Flight 2 of 2 UA904 | Cabin: United First (Z) |
|---|---|

Tue, Sep 10, 2019

## 11:15 AM
Austin, TX, US (AUS)

Tue, Sep 10, 2019

## 04:02 PM
New York/Newark, NJ, US (EWR)

### Traveler Details

CRUMMY/EILEENMARIE
eTicket number: **0162465872943**
Frequent Flyer: ███████████

Seats: **EWR-AUS 02B**
**AUS-EWR 02E**

### Purchase Summary

Method of payment:                      **Visa ending in** ████
Date of purchase:                       **Fri, Aug 02, 2019**

| | |
|---|---|
| Airfare: | 826.05 USD |
| U.S. Transportation Tax: | 61.95 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Flight Segment Tax: | 8.40 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |

Total Per Passenger:                    916.60 USD

**Total:**          $ 645.60          **916.60 USD**

**Lisa Taylor**

Aus/hotel

| | |
|---|---|
| **From:** | Cooptaxi cap #204 via Square <receipts@messaging.squareup.com> |
| **Sent:** | Sunday, September 8, 2019 3:14 PM |
| **To:** | Lisa Taylor |
| **Subject:** | Receipt from Cooptaxi  cap #204 |

Now when you shop at sellers who use Square, your
receipts will be delivered automatically.
Not your receipt?



$ **36.12**

| | |
|---|---|
| Custom Amount | $30.10 |
| | |
| Purchase Subtotal | $30.10 |
| Tip | $6.02 |
| | |
| **Total** | **$36.12** |



Cooptaxi cap #204

2303 Mimosa Trl

Round Rock, TX 78664-6416

512-716-9021

MasterCard ██████████          Sep 8
                              2019 at
LISA ALEXANDER TAYLOR          2:13
                              PM
                              #JTXg
                              Auth
                              code:
                              09704P

AID: A0000000041010

Signature Verified

Square Just Got More Rewarding
Your favorite businesses may send you news and rewards via
Square. Learn more and update preferences.

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt?
Manage preferences for digital receipts

From: United Airlines, Inc. <Receipts@united.com>
To: ███████████████████████
Subject: eTicket Itinerary and Receipt for Confirmation JGPRDC
Date: Thu, Aug 8, 2019 6:19 pm

# UNITED

Thu, Aug 08, 2019

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

# JGPRDC

Flight 1 of 3 UA1520

Cabin: Economy (L)

Sun, Sep 08, 2019

## 01:00 PM

Washington, DC, US (IAD)

Sun, Sep 08, 2019

## 03:19 PM

Austin, TX, US (AUS)

Flight 2 of 3 UA1920

Cabin: Economy (V)

Tue, Sep 10, 2019

## 05:45 AM

Austin, TX, US (AUS)

Tue, Sep 10, 2019

## 06:43 AM

Houston, TX, US (IAH)

Flight 3 of 3 UA981

Cabin: Economy (V)

Tue, Sep 10, 2019

## 07:50 AM

Houston, TX, US (IAH)

Tue, Sep 10, 2019

## 11:08 AM

Tampa, FL, US (TPA)

Traveler Details

SCOTT/DIANEL
eTicket number: **0162466881683**
Frequent Flyer: ███████████████

Seats: **IAD-AUS 21F**
**AUS-IAH 21F**
**IAH-TPA 21F**

Purchase Summary

Method of payment:                                                    **Visa ending in** ███
Date of purchase:                                                     **Thu, Aug 08, 2019**

Airfare:                                                              **345.12 USD**
U.S. Transportation Tax:                                              **25.88 USD**
September 11th Security Fee:                                          **11.20 USD**
U.S. Flight Segment Tax:                                              **12.60 USD**
U.S. Passenger Facility Charge:                                       **9.00 USD**

Total Per Passenger:                                                  **403.80 USD**

## Total:                                                            **403.80 USD**

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Dianel Scott | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| Sun, Sep 08, 2019 | 1520 | Washington, DC, US (IAD) to Austin, TX, US (AUS) | 1276 | 1294 | 1.0 | 116 |
| Tue, Sep 10, 2019 | 1920 | Austin, TX, US (AUS) to Houston, TX, US (IAH) | 396 | 500 | 1.0 | 36 |
| Tue, Sep 10, 2019 | 981 | Houston, TX, US (IAH) to Tampa, FL, US (TPA) | 2145 | 787 | 1.0 | 195 |
| MileagePlus accrual totals: | | | 3817 | 2581 | 3.0 | 347 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Sep 08, 2019 Washington, DC, US (IAD - Dulles) to Austin, TX, US (AUS) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Tue, Sep 10, 2019 Austin, TX, US (AUS) to Tampa, FL, US (TPA) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### Important Information about MileagePlus Earning

Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied

# au bon pain
## the bakery café

*Dine*

```
        STORE # 000265
      One Saarinen Circle
      Sterling, VA 20166
        (703)996-0160
---------------------------
      QUESTIONS - CONCERNS?
    Call us at 1 800 TALK ABP
     Visit us at our website:
     http://WWW.AUBONPAIN.COM
---------------------------
      TICKET #  489946
  9/8/2019        11:30:03 AM
            OUT

 1 Blueberry Muffin          2.49
 1 Bran Muffin               2.49
 1 Spring Water 20oz         2.09

      SubTotal               7.07
      State                  0.37
      Local                  0.05
      Total                  7.49

      CASH                  50.00

      Change                42.51
```

*Breakfast & lunch*

```
   Save Time and Order Online!
 Try ABP Pickup and skip the line.
   Order at aubonpain.com/order
```

**From:** Uber Receipts <uber.us@uber.com>
**To:** ███████████
**Subject:** [Personal] Your Sunday afternoon trip with Uber
**Date:** Sun, Sep 8, 2019 4:58 pm

*Aus/hotel*

Total: $18.22
Sun, Sep 08, 2019

# Thanks for riding, Diane

We're glad to have you as an Uber
Rewards Diamond Member.



# Total                           $18.22

◆ You earned 36 points on this trip

| | |
|---|---|
| Trip Fare | $13.87 |
| Subtotal | $13.87 |
| Tolls, Surcharges, and Fees ❓ | $4.35 |
| **VISA** ████████Switch | $18.22 |

A temporary hold of $18.22 was placed on your payment method ██████ at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly. Learn More

You rode with Eliandris



4.88 ★ Rating

Eliandris is known for:

Excellent Service

How was your ride?

RATE OR TIP

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    15.97 mi | 24 min

■ 03:33pm
3819 Presidential Blvd, Austin, TX

03:58pm
203 E 7th St, Austin, TX



 travelocity·

# Receipt for Austin

Sep 8, 2019 - Sep 11, 2019          Itinerary ██████████

## Booked Items

**Flight:** Newark (EWR) to Austin (AUS)
**Flight:** Austin (AUS) to Newark (EWR)

Depart: 9/8/2019 | Return: 9/11/2019 ,1 round trip ticket

## Traveler Information

**John Ducoff** - Adult

Ticket # 0167391978963

## Cost Summary

**Booked Date:** Aug 20, 2019

| **Traveler 1: Adult** | **$342.61** |
|---|---|
| Flight | $292.10 |
| Taxes & Fees | $50.51 |

|  | Total: | **$342.61** |
|---|---|---|

Paid: **$342.61**
All prices quoted in US dollars.



# ARROW LIMOUSINE WORLDWIDE

*208 South Pearl Street*
*Red Bank, NJ  07701*

*Phone:(732) 747-4844*
*Fax:(732) 747-9015*
*Email : info@arrowlimo.com*
*Web : www.arrowlimo.com*

**TRIP CONFIRMATION**                                    **STATUS: ** ACTIVE ****

| | | | | | |
|---|---|---|---|---|---|
| Reservation#: | **822718*1** | Vehicle Type: | **Sedan** | Customer: | **WEBUSER** |
| Passenger Name: | **John** | Chauffeur: | | | **Retail Web User** |
| | **Ducoff** | | | Contact: | **John Ducoff** |
| Passenger Mobile: | | # of Pax: | **1** | Contact#: | |
| Pickup Date: | **Sep 08 2019  Sunday** | Start Time: | | Pay Method: VI | |
| Pickup Time: | **08:15 AM   Morning** | End Time: | | | |

| Reservation Detail | Description | Charges |
|---|---|---|
| Pickup Address: ⸱             , Whitehouse Station, NJ 08889,US | Base Flat Charge: | $131.00 |
| Dropoff Address: **EWR (Newark Intl Airport), United Airlines Flight# 2317** | Gratuity: | $23.58 |
| **Departing to AUS at: 10:45 AM** | STC: | $10.48 |
| | | |
| | Total: | **$165.06** |
| | Total Payments: | $0.00 |
| | Balance Due: | **$165.06** |

**Special Instructions**

**Location Directions/Notes**

Pickup:            Dirs:        [NT Transit Station – Ticket Machines]

**Terms & Conditions**

The prices above are estimates only. Additional charges for stops, waiting time, parking, etc. may apply.

Final charges for the trip are determined upon ride completion.

Parking is $8.00 at EWR, JFK & LGA regardless of duration.

Tolls are cash rate round trip.

Arrow is not responsible for any items left in vehicles.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date/Time** | Sep 07 2019 10:19 AM | | **Taken By** | WebConnect | **Run Type** | Departure | |

----- Forwarded Message -----
**From:** American Airlines <no-reply@notify.email.aa.com>
**To:** ████████████████████
**Sent:** Saturday, September 7, 2019, 05:27:04 PM EDT
**Subject:** Your trip confirmation-FEBIJZ 08SEP

 

Hello Megan Annitto!                               Issued: Sep 7, 2019



## Your trip confirmation and receipt

Record locator: **FEBIJZ**

### Sunday, September 8, 2019

| | | |
|---|---|---|
| CLT | AUS | Seats: 20F |
| **1:10** PM → **2:57** PM | | Class: Coach (M) |
| Charlotte | Austin | Meals: Food For Purchase |
| American Airlines 644 | | |

### Tuesday, September 10, 2019

| | | |
|---|---|---|
| AUS | DFW | Seats: 20E |
| **6:23** PM → **7:34** PM | | Class: Coach (M) |
| Austin | Dallas/Fort Worth | Meals: |
| American Airlines 1373 | | |

| | | |
|---|---|---|
| DFW | CLT | Seats: 25D |
| **8:45** PM → **12:20** AM | | Class: Coach (M) |
| Dallas/Fort Worth | Charlotte | Meals: Food For Purchase |
| American Airlines 1774 | | |

⚠ Flight arrives Wednesday, September 11, 2019

## Megan Annitto



The AAdvantage MileUP℠ Card
No annual fee. Earn a $50
statement credit + 10,000
bonus miles after qualifying
purchases. Learn more ››

### Earn miles with this trip.

Join AAdvantage »

**Ticket # 0012376693905**

## Your trip receipt



American Express ████████████

*Megan Annitto*

| | |
|---|---|
| FARE-USD | $ 917.21 |
| TAXES AND CARRIER-IMPOSED FEES | $ 104.59 |
| TICKET TOTAL | $ 1021.80 |



**Hotel offers**



**Car rental offers**



**Buy trip insurance**



**SuperShuttle**



Up to 35% off base rates
+ 5,000 bonus miles
AVIS  Budget

Earn miles on
hotel bookings.
Search now



American Airlines
Need more miles?
Buy or gift miles today

Get inspired with our
Manaus guide

----- Forwarded Message -----
**From:** Lyft Ride Receipt <no-reply@lyftmail.com>
**To:** ████████████████
**Sent:** Sunday, September 8, 2019, 03:50:02 PM EDT
**Subject:** Your ride with Jerry on September 8

*Megan  Lowe / CLT*



**SEPTEMBER 8, 2019 AT 11:32 AM**

# Thanks for riding with Jerry!



| | |
|---|---|
| Lyft fare (11.47mi, 21m 13s) | $20.12 |
| Tip | $3.02 |
| Lyft Credits | -$5.00 |

American Express ████

## $18.14



- **Pickup  11:32 AM**
  ⌐, Charlotte, NC

- **Drop-off  11:54 AM**
  R C Josh Birmingham Pkwy, Charlotte, NC

Receipt #1312765950270158938

----- Forwarded Message -----
**From:** Lyft Ride Receipt <no-reply@lyftmail.com>
**To:** ███████████
**Sent:** Sunday, September 8, 2019, 04:35:21 PM EDT
**Subject:** Your ride with Carlos on September 8





**SEPTEMBER 8, 2019 AT 3:12 PM**

# Thanks for riding with Carlos!



| | |
|---|---:|
| Base fare | $1.00 |
| 18m 39s | $4.85 |
| 10.88 mi | $10.12 |
| Service fee | $2.35 |
| AUS Airport - Airport Fee | $2.00 |
| Tip | $3.05 |

 American Express ███████                     **$23.37**

- **Pickup  3:12 PM**
  3698 Presidential Blvd, Austin, TX

- **Drop-off  3:31 PM**
  135 E 7th St, Austin, TX

Receipt #1312839176522623836

**From:** Taxi Services via Square
**To:**
**Subject:** Receipt from Taxi Services
**Date:** Sunday, September 8, 2019 1:27:32 PM

*Tim*



Now when you shop at sellers who use Square, your receipts will be delivered automatically.

Not your receipt?

Taxi Services

How was your experience?

Positive   Negative

$38.61

| Custom Amount | $29.70 |
|---|---|
| Purchase Subtotal | $29.70 |
| Tip | $8.91 |
| Total | $38.61 |



AMEX ████████        Sep 8 2019 at 12:26 PM

▢                              #Tx6A

TIMOTHY ROSS                 Auth code: 503904

Square Just Got More Rewarding
Your favorite businesses may send you news and rewards via Square.
Learn more and update preferences.

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt?
Manage preferences  for digital receipts





# Receipt for Austin

Sep 8, 2019 - Sep 9, 2019          Itinerary ████████

## Booked Items

**Flight:** New York (JFK) to Austin (AUS)

Depart: 9/8/2019 ,1 one way ticket

**Flight:** Austin (AUS) to New York (JFK)

Depart: 9/9/2019 ,1 one way ticket

## Traveler Information

**Tim Ross** - Adult

Ticket # 0067336901957

## Cost Summary

**Booked Date:** Aug 26, 2019

| | | |
|---|---|---|
| **Traveler 1: Adult** | | **$456.60** |
| JFK to AUS | | |
| Flight | | $268.84 |
| Taxes & Fees | | $34.46 |
| AUS to JFK | | |
| Flight | | $129.30 |
| Taxes & Fees | | $24.00 |
| Expedia Booking Fee | | $3.98 |

Total: **$460.58**

Paid: **$460.58**

All prices quoted in US dollars.

Lisa



The Chuckwagon Cafe
701 W 51st  Austin, TX 78751
(512) 438-2225
thechuckwagoncafe@gmail.com
Send us an email and ask to be added to
our weekly menu distribution list.

Server: Kim C                    09/09/19 12:16 PM
Check #467                                  Lisa


Cheeseburger                              $4.49
 Fries Combo w/16oz                       $2.59

Subtotal                                  $7.08
Tax                                       $0.58
Total                                     $7.66

Cash Tendered                            $10.00
Change                                    $2.34

Powered by Toast



Eileen
glen
Megan
Lisa

**guero's TACO BAR**

1412 S. CONGRESS
AUSTIN, TX 78704

713 SHAE K

Tbl E3/1   Chk 2764   Gst 3
Sep09'19 06:09PM

1 FAJITA ENSALADA          12.35
1 DINNER VEGGIES           12.45
1 2oz SALSA side            4.04
  GUAC
1 CHK TAMP PLT             15.85
1 ENCH PLATE 2 MOLE        14.10
1 TEA                       2.20

FOOD                       58.79
N/A BEV                     2.20
Sales Tax                   5.03
07:06PM Total Due  66.02

SALES TAX                   5.03

GRACIAS POR SU VISITA
PLEASE PAY YOUR SERVER
VISIT US ONLINE AT

**guero's TACO BAR**

1412 S. CONGRESS
AUSTIN, TX 78704
Date:        Sep09'19 07:06PM
Card Type:   AMEX
Acct #:
Card Entry.  SWIPED
Trans Type:  PURCHASE
Auth Code:   588945
Check:       2764
Table:       E3/1
Server:      713 SHAE K

Subtotal:          66.02

Tip:              13.20

Total:            79.22.

Signature: Eileen Guay
I agree to pay above total
according to my card issuer
agreement.

*** CUSTOMER COPY ***



Mon, Sep 09, 2019

# Here's your receipt for your ride

We hope you enjoyed your ride this evening.

| Total | $8.95 |
|---|---|

| Trip Fare | $6.60 |
|---|---|

| Subtotal | $6.60 |
|---|---|
| Tolls, Surcharges, and Fees | $2.35 |

**Amount Charged**



$8.95

**You rode with Glory**

UberX    1.76 miles | 11 min

05:50pm | 619 Congress Ave, Austin, TX

06:02pm | 101 W Elizabeth St, Austin, TX

 *Lisa    dinner/hotel*

Mon, Sep 09, 2019

# Here's your updated ride receipt

Thanks for tipping! We've updated your Monday evening trip receipt

| Total | $7.61 |
|---|---|

| Trip Fare | $4.26 |
|---|---|

| Subtotal | $4.26 |
|---|---|
| Tolls, Surcharges, and Fees | $2.35 |
| Tip | $1.00 |

Amount Charged

 ▆▆▆▆▆▆    $6.61

 Pay ▆▆▆▆▆▆▆    $1.00

You rode with Clayton

UberX    1.63 miles | 8 min

07:14pm | 101 W Elizabeth St, Austin, TX

07:22pm | 203 E 7th St, Austin, TX



*Dine*

The Chuckwagon Cafe
701 W 51st  Austin, TX 78751
(512) 438-2225
thechuckwagoncafe@gmail.com
Send us an email and ask to be added to
our weekly menu distribution list.

Server: Francis L
Check #478

09/09/19
12:19 PM

Sub Sandwiches
Chips
Water

$5.99
$0.69
$0.25

Subtotal
Tax
Total

$6.93
$0.55
$7.48

Cash Tendered
Change

$20.00
$12.52

Powered by Toast

*lunch*

**Aloft Austin Downtown**
**109 East 7th Street**
**Austin, TX  78701**
**United States**
**Tel: 512 476 2222**



TIMOTHY ROSS

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 242867 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19    12:29 |
| Depart Date | : | 09-SEP-19 |
| No. Of Guest | : | 1 |
| Room Number | : | 2206 |
| Marriott Bonvoy Number : | | ▮▮▮ |

Aloft Austin D AUSDA  SEP-09-2019  03:30  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 08-SEP-19 | RT2206 | Room Chrg - Advance Purchase | 205.00 | |
| 08-SEP-19 | RT2206 | City Tax | 22.55 | |
| 08-SEP-19 | RT2206 | State Tax | 12.30 | |
| 08-SEP-19 | RT2206 | State Recovery | 1.26 | |
| SEP-09-2019 AX | | American Express | | -241.11 |

Approve EMV Receipt for ▮▮▮ Signature Captured
TC:36201C128E5F09EE   TVR:0000008000
Application Label:AMERICAN EXPRESS

| | | | |
|---|---|---|---|
| | ** Total | 241.11 | -241.11 |
| | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page



| From: | Uber Receipts |
| To: | |
| Subject: | Thanks for tipping! We've updated your Monday afternoon trip receipt |
| Date: | Monday, September 9, 2019 5:33:47 PM |
| Attachments: | map_808b2957-0dcc-4fcd-a034-34ae3b546b09 |
| | map_808b2957-0dcc-4fcd-a034-34ae3b546b09_wide |

*Tim Mtg/AUS*

Total: $27.22
Mon, Sep 09, 2019

# Thanks for tipping, Timothy

Thanks for tipping! We've updated your Monday afternoon trip receipt

# Total                    $27.22

☐ You earned 45 points on this trip

| Trip Fare | $18.34 |
|---|---|
| | |
| Subtotal | $18.34 |
| Tolls, Surcharges, and Fees ☐ | $4.35 |
| Tip | $4.53 |

Amount Charged

| ▣ ████ Switch | $22.69 |
|---|---|
| ▣ ████ Switch | $4.53 |

You rode with Eyosias



4.93 ☐ Rating

Eyosias is known for:

Excellent Service

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

 UberX    14.74 mi | 28 min

04:04pm
701 W 51st St, Austin, TX

04:32pm
Barbara Jordan Terminal,
Austin, TX



Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: timothyr3660ue



# Receipt for confirmation number NK5D5D

**U N I T E D** ® | A STAR ALLIANCE MEMBER ✈

**Confirmation: NK5D5D**

**Issue Date: August 16, 2019**

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| RYAN/KEVINMICHAEL | 0162468132799 | ▮▮▮▮▮ Premier Silver / *S | 2B |

**FLIGHT INFORMATION**

| Day, Date | Flight Class | Departure City and Time | Arrival City and Time | Aircraft Meal |
|---|---|---|---|---|
| Tue, 10SEP19 | UA701 P | AUSTIN, TX (AUS) **7:30 PM** | NEWARK, NJ (EWR - LIBERTY) **12:15 AM (11SEP)** | 737-900 Dinner |

**FARE INFORMATION**

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 374.88USD | MISC DOCUMENT |
| U.S. Transportation Tax: | 28.12 | |
| September 11th Security Fee: | 5.6 | |
| U.S. Flight Segment Tax: | 4.2 | |
| U.S. Passenger Facility Charge: | 4.5 | |
| Per Person Total: | 417.30USD | $164.00 |
| **eTicket Total:** | **417.30USD** | |

The airfare you paid on this itinerary totals: 374.88 USD

**The taxes, fees, and surcharges paid total: 42.42 USD**

Fare Rules:

    Additional charges may apply for changes in addition to any fare rules listed.

    NONREF/0VALUAFTDPT/CHGFEE
    Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

| Additional Charges: | Fri., Aug. 16, 2019/American Express ▮▮▮▮ was charged 200 USD for the / EDD 01615286951459 |
|---|---|
| | 200.00 USD for: Change Fee |

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 9/10/2019 Austin, TX (AUS) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**MileagePlus Accrual Details**

| RYAN/KEVINMICHAEL | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| 9/10/2019 | 701 | Austin, TX (AUS)-Newark, NJ (EWR - Liberty) | 2625 | 2252 | 1.5 | 375 |
| | | | Award Miles | PQM | PQS | PQD |
| Kevinmichael's MileagePlus Accrual totals: | | | 2625 | 2252 | 1.5 | 375 |

**Important Information about MileagePlus Earning**

## Quigley Transportation – D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | September 10, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | |
| | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | ████████████ |
| Fax: | |

| Description | | Trip | Cost Per Unit | | Amount | |
|---|---|---|---|---|---|---|
| Car Service from Newark Airport to ▢ | Cranford | 1 | $ | 55.00 | $ | 55.00 |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 55.00 |
| Gratuity | | $11.00 |
| **TOTAL** | $ | 66.00 |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

Aloft Austin Downtown
109 East 7th Street
Austin, TX  78701
United States
Tel: 512 476 2222



EILEEN CRUMMY

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 236440 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19    12:11 |
| Depart Date | : | 10-SEP-19 |
| No. Of Guest | : | 1 |
| Room Number | : | 3009 |
| Marriott Bonvoy Number : | | ▇▇▇▇ |

Aloft Austin D AUSDA  SEP-10-2019  04:21  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 08-SEP-19 | RT3009 | Room Chrg - Senior Discount | 203.15 | |
| 08-SEP-19 | RT3009 | City Tax | 22.35 | |
| 08-SEP-19 | RT3009 | State Tax | 12.19 | |
| 08-SEP-19 | RT3009 | State Recovery | 1.25 | |
| 09-SEP-19 | RT3009 | Room Chrg - Senior Discount | 228.65 | |
| 09-SEP-19 | RT3009 | City Tax | 25.15 | |
| 09-SEP-19 | RT3009 | State Tax | 13.72 | |
| 09-SEP-19 | RT3009 | State Recovery | 1.40 | |
| SEP-10-2019 AX | | American Express | | -507.86 |
| | | ** Total | 507.86 | -507.86 |
| | | *** Balance | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

Tell us about your stay. www.spg.com/reviews

Continued on the next page

# A.R.T. Enterprises LLC

RECEIPT

**For Your Transportation Needs**

204 Andrews Avenue
Moorestown, NJ  08057
609-500-7313

*Date:*  September 10, 2019
*Invoice:*  **19-359**

Bill To:
Lisa Taylor

Marlton, NJ  08053

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Sept 8 | Transportation to Philadelphia Int'l Airport | 60.00 |
| Sept 10 | Transportation from Philadelphia Int'l Airport | 60.00 |
| | Gratuity . . . | 25.00 |
| | *· · · Paid · · ·*<br>*· · · Thank You · · ·* | |
| | **TOTAL** | $      145.00 |

Make all checks payable to  **A.R.T Enterprises LLC**
204 Andrew Avenue, Moorestown, NJ 08057

**THANK YOU FOR YOUR BUSINESS! - Al Wenzke**

Aloft Austin Downtown
109 East 7th Street
Austin, TX  78701
United States
Tel: 512 476 2222



LISA ALEXANDERTAYLOR

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 236437 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19  12:17 |
| Depart Date | : | 10-SEP-19 |
| No. Of Guest | : | 1 |
| Room Number | : | 2902 |
| Marriott Bonvoy Number : | | ▮▮▮ |

Aloft Austin D AUSDA  SEP-10-2019  04:21  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 08-SEP-19 | RT2902 | Room Chrg - Standard Retail | 234.00 | |
| 08-SEP-19 | RT2902 | City Tax | 25.74 | |
| 08-SEP-19 | RT2902 | State Tax | 14.04 | |
| 08-SEP-19 | RT2902 | State Recovery | 1.44 | |
| 09-SEP-19 | RT2902 | Room Chrg - Standard Retail | 264.00 | |
| 09-SEP-19 | RT2902 | City Tax | 29.04 | |
| 09-SEP-19 | RT2902 | State Tax | 15.84 | |
| 09-SEP-19 | RT2902 | State Recovery | 1.62 | |
| SEP-10-2019 AX | | American Express | | -585.72 |
| | | ** Total | 585.72 | -585.72 |
| | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

 *Lisa     Hotel/AUS*                          Tue, Sep 10, 2019

# Here's your receipt for your ride

We hope you enjoyed your ride this morning.

## Total                                                                $31.81

| | |
|---|---|
| Base Fare | $1.00 |
| **Time** | $4.59 |
| Distance | $10.56 |

| | |
|---|---|
| Normal Fare | $16.15 |
| Surge x1.7 | $11.31 |

| | |
|---|---|
| **Subtotal** | **$27.46** |
| Booking Fee | $2.35 |
| Airport Surcharge | $2.00 |

### Amount Charged

Pay ███████                                                           $31.81

A temporary hold of $30.50 was placed on your payment method ███████ the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

You rode with Eric

# Uber

Tue, Sep 10, 2019

UberX    11.35 miles | 17 min

08:12am | 203 E 7th St, Austin, TX

08:30am | Austin, TX

Aloft Austin Downtown
109 East 7th Street
Austin, TX 78701
United States
Tel: 512 476 2222



KEVIN RYAN

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 236906 | |
| Folio ID | : | A | |
| Arrive Date | : | 07-SEP-19 | 21:46 |
| Depart Date | : | 10-SEP-19 | |
| No. Of Guest | : | 1 | |
| Room Number | : | 3214 | |
| Marriott Bonvoy Number : | | ▮▮▮ | |

Aloft Austin D AUSDA SEP-10-2019 04:20 9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 08-SEP-19 | 3214 | Valet Overnight | 43.00 | |
| 08-SEP-19 | 3214 | Sales Tax | 3.55 | |
| 08-SEP-19 | RT3214 | Room Chrg - Standard Retail | 234.00 | |
| 08-SEP-19 | RT3214 | City Tax | 25.74 | |
| 08-SEP-19 | RT3214 | State Tax | 14.04 | |
| 08-SEP-19 | RT3214 | State Recovery | 1.44 | |
| 09-SEP-19 | 3214 | Valet Overnight | 43.00 | |
| 09-SEP-19 | 3214 | Sales Tax | 3.55 | |
| 09-SEP-19 | RT3214 | Room Chrg - Standard Retail | 322.00 | |
| 09-SEP-19 | RT3214 | City Tax | 35.42 | |
| 09-SEP-19 | RT3214 | State Tax | 19.32 | |

*299.00*
*32.89*
*17.94*

Continued on the next page

Aloft Austin Downtown
109 East 7th Street
Austin, TX  78701
United States
Tel: 512 476 2222

**aloft**

KEVIN RYAN

| | | | |
|---|---|---|---|
| Page Number | : | 2 | |
| Guest Number | : | 236906 | |
| Folio ID | : | A | |
| Arrive Date | : | 07-SEP-19 | 21:46 |
| Depart Date | : | 10-SEP-19 | |
| No. Of Guest | : | 1 | |
| Room Number | : | 3214 | |
| Marriott Bonvoy Number : | | ████ | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-SEP-19 | RT3214 | State Recovery | 1.98  *1.84* | |
| SEP-10-2019 AX | | American Express | | -1328.73 |
| | | Approve EMV Receipt for AX████Signature Captured | | |
| | | TC:42EDB74DD0712D25   TVR:0000008000 | | |
| | | Application Label:AMERICAN EXPRESS | | |
| | | ** Total | 1328.73 | -1328.73 |
| | | *** Balance | -0.00 | |

*$ 719.99*

I agreed to pay all room & incidental charges.

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

*Total = $ 626.89*
*parking = 93. 10*

Tell us about your stay. www.spg.com/reviews

Continued on the next page



# ARROW LIMOUSINE WORLDWIDE

*208 South Pearl Street*
*Red Bank, NJ 07701*

*Phone:(732) 747-4844*
*Fax:(732) 747-9015*
*Email : info@arrowlimo.com*
*Web : www.arrowlimo.com*

**TRIP RECEIPT**

| | | | | |
|---|---|---|---|---|
| Reservation#: | **822534*1** | Vehicle Type: | **Sedan** | Customer: **RYAN125X** |
| Passenger Name: | **Kevin M.** | Chauffeur: | **MCVK** | **Kevin M. Ryan** |
| | **Ryan** | | | Contact: **Lundgren** |
| Pickup Date/Time: | **Sep 11 2019** | Start Time: | | Contact #: ▮▮▮▮▮ |
| | **12:00 AM** | End Time: | | |

## Reservation Detail

| | |
|---|---|
| Pickup Address: | **EWR (Newark Intl Airport), United Airlines Flight# 701** |
| | **Arriving from AUS at: 12:15 AM** |
| Dropoff Address: | **Home,** ▮▮▮▮ **, Fair Haven, NJ 07704,US** |
| Custom Fields: | |
| Payment Billed To: | **DN** |
| Credit card: | **AX** ▮▮▮▮ |
| Payment Info: | 1. AX ▮▮▮▮ $166.97 charged on 09/11/2019 02:36 PM;Kevin M. Ryan |

## Charges Detail

| | |
|---|---|
| Base Flat Charge: | $112.00 |
| Off Hour Surcharge: | $20.00 |
| Tolls: | $5.85 |
| Gratuity: | $20.16 |
| STC: | $8.96 |
| | |
| Total: | **$166.97** |
| Total Payments: | $166.97 |

## Terms & Conditions

Arrow is not responsible for any items left in vehicles.

*Page 1 of 1*

**THE HERTZ CORPORATION**
Phone:    800-654-4173
Fax:
Web:    www.hertz.com

**Hertz**

Rental Agreement No: 110922103
Invoice Date:    09/11/2019
Document:    919004112623

REPRINT

**Direct All Inquiries To:**
   THE HERTZ CORPORATION
   PO BOX 26120
   OKLAHOMA CITY, OK 73126-0120

Renter:    KEVIN RYAN
Account No.:    AMX
CDP No.:
CDP Name:    PUBLIC CATALYST

KEVIN RYAN

**RENTAL REFERENCE**
Rental Agreement No: 110922103
Reservation ID:    J14413719C6
Frequent Traveler:    ZE1

**RENTAL DETAILS**
Rate Plan:    IN: RCUD3    OUT: RCUD3
Rented On:    09/07/2019 21:21    LOC# 163615
   AUSTIN, TX
Returned On:    09/10/2019 17:53    LOC# 163615
   AUSTIN, TX
Car Description:    SIRTRAV FWD 7PN  DFIE80
Veh. No.:    9326406
CAR CLASS Charged: L4    MILEAGE    In: 9,736
   Rented:    K6    Out: 9,694
   Reserved: L4    Driven:    42

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 3 @ | 144.96 | 434.88 |
| SUBTOTAL | | | 434.88 |
| DISCOUNT | | 20.00% | -86.98 |
| SUBTOTAL | | | 347.90 |
| | | | |
| FUEL & SERVICE | | | 23.31 |
| CONCESSION FEE RECOVERY | | | 42.06 |
| VEHICLE LICENSE FEE | | | 5.82 |
| CUSTOMER FACILITY CHARGE | | | 17.85 |
| ENERGY SURCHARGE | | | 1.49 |
| TAX | | 15.00% | 62.27 |

**MISCELLANEOUS INFORMATION**
CC AUTH:  159579  DATE: 2019/09/07  AMT:  726.00

AMOUNT DUE                          500.70 USD

**Gold Plus Rewards Points**
Earned this rental:    464

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Phone:    800-654-4173
Web:    www.hertz.com

AMOUNT BILLED TO ACCOUNT:        500.70 USD

**Aloft Austin Downtown**
109 East 7th Street
Austin, TX 78701
United States
Tel: 512 476 2222

**aloft**

DIANE (MILAN) SCOTT

34202
United States Of America

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 247041 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19  16:05 |
| Depart Date | : | 10-SEP-19  07:24 |
| No. Of Guest | : | 1 |
| Room Number | : | 2107 |
| Marriott Bonvoy Number : | | ▇ |

Aloft Austin D AUSDA SEP-10-2019  08:30  COLEGIB

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 08-SEP-19 | RT2107 | Rm Chrg - AAA | 186.00 | |
| 08-SEP-19 | RT2107 | City Tax | 20.46 | |
| 08-SEP-19 | RT2107 | State Tax | 11.16 | |
| 08-SEP-19 | RT2107 | State Recovery | 1.14 | |
| 09-SEP-19 | RT2107 | Rm Chrg - AAA | 186.00 | |
| 09-SEP-19 | RT2107 | City Tax | 20.46 | |
| 09-SEP-19 | RT2107 | State Tax | 11.16 | |
| 09-SEP-19 | RT2107 | State Recovery | 1.14 | |
| 10-SEP-19 | VI | Visa ▇ | | -437.52 |

Approve EMV Receipt for VI - ▇: no CVM
TC:B73097361907A196   TVR:0080008000
Application Label:CHASE VISA

Approve EMV Receipt for VI - ▇no CVM
TC:F33518AE4F4B7252   TVR:0080008000
Application Label:CHASE VISA

Continued on the next page

Aloft Austin Downtown
109 East 7th Street
Austin, TX 78701
United States
Tel: 512 476 2222

**aloft**

DIANE/MILAN) Scott

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 247041 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19  16:05 |
| Depart Date | : | 10-SEP-19  07:24 |
| No. Of Guest | : | 1 |
| Room Number | : | 2107 |
| Marriott Bonvoy Number : | | |

| | | |
|---|---|---|
| ** Total | 437.52 | -437.52 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.spg.com/reviews

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room | Rm Tax | Food/Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 09-08-2019 | 0.00 | 0.00 | 0.00 | 218.76 | 218.76 | 0.00 |
| 09-09-2019 | 0.00 | 0.00 | 0.00 | 218.76 | 218.76 | 0.00 |
| 09-10-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -437.52 |

Continued on the next page



**Delaware North**

*Diane*

**Einstein's Coffee and Bagels**
**Austin-Bergstrom International Airport**

| | |
|---|---|
| Tbl:0 | Ref:155075 |
| DIANE | Chk:155076 |
| Albert | 9/10/2019 4:29 am |

| | |
|---|---|
| Niagara Water 20oz | 3.75 |
| Bagel | 2.25 |
| Cinn Raisin | |
| ... Butter Blend | 0.50 |
| SubTotal | 6.50 |
| State Tax | 0.23 |
| Total | 6.73 |
| Cash | 50.73 |
| Amount Paid | 50.73 |
| Change | 44.00 |

Tell us about your experience by visiting
DelawareNorthListens.com.



**From:** Uber Receipts <uber.us@uber.com>
**To:** ███████████
**Subject:** [Personal] Your Tuesday morning trip with Uber
**Date:** Tue, Sep 10, 2019 5:05 am

*hotel / Aus.*

Total: $16.98
Tue, Sep 10, 2019

# Thanks for riding, Diane

We're glad to have you as an Uber
Rewards Diamond Member.



# Total                                    # $16.98

◆ You earned 33 points on this trip

| | |
|---|---|
| Trip Fare | $12.63 |
| Subtotal | $12.63 |
| Tolls, Surcharges, and Fees ❓ | $4.35 |
| **VISA** ████ Switch | $16.98 |

A temporary hold of $16.98 was placed on your payment method ██████ at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly. Learn More

**YOUR TRIP:**

Total Route: 59 min - 58.2 miles

Est. Fuel cost: $3.84 – IRS Reimbursement: $33.77

mapquest

Print a full health report of your car with HUM
vehicle diagnostics (800) 906-2501

*Diane*

58.2 miles
x .58 = 2019 Maximum
mileage Reimburse
$33.75 next for Texas
Total

**A** Tampa International Airport (TPA)

**1.** Start out going north on George J Bean Pkwy toward Ground Transportation.

Then 1.86 miles

**2.** Merge onto I-275 S toward St Petersburg (Portions toll).

Then 39.72 miles

**3.** Stay straight to go onto I-75 S.

Then 10.40 miles

**4.** Take the FL-70 exit, EXIT 217, toward Bradenton/Arcadia.

Then 0.33 miles

**5.** Keep left at the fork in the ramp.

Then 0.03 miles

**6.** Turn left onto 53rd Ave/FL-70. Continue to follow FL-70.

Then 0.26 miles

**7.** Stay straight to go onto E State Road 70/FL-70.

Then 4.60 miles

**8.** Turn right onto Greenbrook Blvd.

Then 0.70 miles

**9.** Turn left onto Ladyfish Trl.

Then 0.18 miles

**10.** Turn right onto Sundial Pl.

Then 0.15 miles

**11.** 14711 SUNDIAL PL is on the right.

**B** Lakewood Ranch, FL 34202-5897

This leg: 59 min – 58.23 miles

New Port
Richey

Aloft Austin Downtown
109 East 7th Street
Austin, TX  78701
United States
Tel: 512 476 2222



John Ducoff

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 241268 | |
| Folio ID | : | A | |
| Arrive Date | : | 08-SEP-19 | 14:17 |
| Depart Date | : | 10-SEP-19 | |
| No. Of Guest | : | 1 | |
| Room Number | : | 704 | |
| Marriott Bonvoy Number : | | | |

Aloft Austin D AUSDA  SEP-10-2019  04:20  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 08-SEP-19 | RT704 | Room Chrg - Standard Retail | 239.00 | |
| 08-SEP-19 | RT704 | City Tax | 26.29 | |
| 08-SEP-19 | RT704 | State Tax | 14.34 | |
| 08-SEP-19 | RT704 | State Recovery | 1.47 | |
| 09-SEP-19 | RT704 | Room Chrg - Standard Retail | 299.00 | |
| 09-SEP-19 | RT704 | City Tax | 32.89 | |
| 09-SEP-19 | RT704 | State Tax | 17.94 | |
| 09-SEP-19 | RT704 | State Recovery | 1.84 | |
| SEP-10-2019 DI | | Discover Network | | -632.77 |

Approve EMV Receipt for DI ███ Signature Captured
TC:0FE75BBF83394A30   TVR:0000008000
Application Label:Discover Credit

| | | | |
|---|---|---|---|
| ** Total | | 632.77 | -632.77 |
| *** Balance | | 0.00 | |

Continued on the next page

Aloft Austin Downtown
109 East 7th Street
Austin, TX  78701
United States
Tel: 512 476 2222



John Ducoff

| | | | |
|---|---|---|---|
| Page Number | : | 2 | |
| Guest Number | : | 241268 | |
| Folio ID | : | A | |
| Arrive Date | : | 08-SEP-19 | 14:17 |
| Depart Date | : | 10-SEP-19 | |
| No. Of Guest | : | 1 | |
| Room Number | : | 704 | |
| Marriott Bonvoy Number | : | | |

I agreed to pay all room & incidental charges.

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

Tell us about your stay. www.spg.com/reviews

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room | Rm Tax | Food/Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 09-08-2019 | 0.00 | 0.00 | 0.00 | 281.10 | 281.10 | 0.00 |

Continued on the next page



# ARROW LIMOUSINE WORLDWIDE

*208 South Pearl Street*
*Red Bank, NJ  07701*

*Phone:(732) 747-4844*
*Fax:(732) 747-9015*
*Email : info@arrowlimo.com*
*Web : www.arrowlimo.com*

## TRIP CONFIRMATION

## STATUS: ** ACTIVE **

| | | | | | |
|---|---|---|---|---|---|
| Reservation#: | **822694*1** | Vehicle Type: | **Sedan** | Customer: | **WEBUSER** |
| Passenger Name: | **John** | Chauffeur: | | | Retail Web User |
| | **Ducoff** | | | Contact: | John Ducoff |
| Passenger Mobile: | ▮▮▮ | # of Pax: | **1** | Contact#: | ▮▮▮ |
| Pickup Date: | **Sep 11 2019  Wednesday** | Start Time: | | Pay Method: VI ▮▮ | |
| Pickup Time: | **12:15 AM    Midnight** | End Time: | | | |

| Reservation Detail | Description | Charges |
|---|---|---|
| Pickup Address: **EWR (Newark Intl Airport), United Airlines Flight# 701** | Base Flat Charge: | $161.00 |
| **Arriving from AUS at: 12:15 AM** | Gratuity: | $28.98 |
| Dropoff Address:                                    Brooklyn, NY 11217,US | Tolls / Parking: | $31.50 |
| | STC: | $12.88 |
| | Other: | $20.00 |
| | Total: | **$254.36** |
| | Total Payments: | $0.00 |
| | Balance Due: | **$254.36** |

## Special Instructions

Extra Services:  DOOR/CURBSIDE PICK UP

## Location Directions/Notes

## Terms & Conditions

The prices above are estimates only. Additional charges for stops, waiting time, parking, etc. may apply.

Final charges for the trip are determined upon ride completion.

Parking is $8.00 at EWR, JFK & LGA regardless of duration.

Tolls are cash rate round trip.

Arrow is not responsible for any items left in vehicles.

| | | | | | |
|---|---|---|---|---|---|
| **Date/Time** | Sep 06 2019 07:08 PM | **Last Modified By** | KelleyB | **Run Type** | Arrival |



**Delaware North**

Fiyrite Chicken
Austin-Bergstrom International Airport

Tbl:0                                    Ref:124509
                                          Chk:124509
Aiden                          9/10/2019 6:23 pm

Garden Salad                                8.29
Grilled
Niagara Water 20oz                          3.75

                    SubTotal               12.04
FD/Retail Sales Tax                         0.68

                    Total                  12.72

VISA ███████                                12.72

        Amount Paid                        12.72

Tell us about your experience by
visiting DelawareNorthListens.com

```
            I ♥ NEW YORK

HACK #:              05940337
  DALLION              4B53
   10/2019 23:41 - 00:19
 TRIP#   121 RATE#        1
  TAND. CITY RATE
 MILES P1            26.07
 FARE M1      $      69.50
    CHARGE    $       0.50
 TOTAL $             70.00
    L SRCHG$          0.50
     SRCHG$           0.30
     TOTAL $         70.80

   Contact TLC Dial 3-1-1
```

Tim.
JFK | home

DR. ID: 00016063
DRIVERNAME: N/A
CAB#: 09/11/0905


-- CROWN CAB --
CROWNCABINC.COM
(704) 334-6666
CHARLOTTE, NC

DRIVER COPY
CREDIT SALE
MID: 2420845703
TID: P288922935
DR. ID: 00016063
DRIVERNAME: N/A
CAB#:        0905
DATE: 09/11/2019
00:46 - 01:03
RT:2 TR:10069
FARE:    $ 27.50
EXTRA:   $  0.00
CLT USAGE FEE
         $  1.50
TIP:     $  5.80
TOTAL: $  34.80
AMEX#:
AUTH#:     889159
ENTRY METHOD:
CONTACT CHIP
AID:A00000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:        0072
AC:
B5BE27F652A86D97

DOWNLOAD TODAY
IOS/ANDROID APPS
CROWNCABINC.COM

Aloft Austin Downtown
109 East 7th Street
Austin, TX 78701
United States
Tel: 512 476 2222



Megan Annitto

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 241398 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19    15:38 |
| Depart Date | : | 10-SEP-19 |
| No. Of Guest | : | 1 |
| Room Number | : | 2202 |
| Marriott Bonvoy Number | : | |

Aloft Austin D AUSDA  SEP-10-2019  04:30  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 08-SEP-19 | RT2202 | Room Chrg - Standard Retail | 239.00 | |
| 08-SEP-19 | RT2202 | City Tax | 26.29 | |
| 08-SEP-19 | RT2202 | State Tax | 14.34 | |
| 08-SEP-19 | RT2202 | State Recovery | 1.47 | |
| 09-SEP-19 | RT2202 | Room Chrg - Standard Retail | 299.00 | |
| 09-SEP-19 | RT2202 | City Tax | 32.89 | |
| 09-SEP-19 | RT2202 | State Tax | 17.94 | |
| 09-SEP-19 | RT2202 | State Recovery | 1.84 | |
| SEP-10-2019 AX | | American Express | | -632.77 |

Approve EMV Receipt for AX ▮▮▮ Signature Captured
TC:5153CD3A64FA33DD   TVR:0000008000
Application Label:AMERICAN EXPRESS

| | | | | |
|---|---|---|---|---|
| | ** Total | | 632.77 | -632.77 |
| | *** Balance | | 0.00 | |

Continued on the next page

Aloft Austin Downtown
109 East 7th Street
Austin, TX 78701
United States
Tel: 512 476 2222



Megan Annitto

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 241398 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19 | 15:38 |
| Depart Date | : | 10-SEP-19 |
| No. Of Guest | : | 1 |
| Room Number | : | 2202 |
| Marriott Bonvoy Number : | |

I agreed to pay all room & incidental charges.



For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

Tell us about your stay. www.spg.com/reviews

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room | Rm Tax | Food/Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 09-08-2019 | 0.00 | 0.00 | 0.00 | 281.10 | 281.10 | 0.00 |

Continued on the next page