



**Origin: HAMILTON**
**Destination: NEW YORK PENN**
**Via: SECAUCUS**
**Type: Round Trip Adult 1 of 2**
**Amount: $ 32.50**
**Transaction Sequence No.: 37425020**
**Ticket No.: 54351756**
**Activation Start: Oct 08, 2019 07:02:34 AM**
**Activation End: Oct 08, 2019 09:52:34 AM**



Lisa

*Charmaine*



NJ TRANSIT
The Way To Go.

RECEIPT

10/08/19        06:58

NJ TRANSIT Rail
1 ADULT              ROUND TRIP RT-F
HAMILTN              NYP NYP
SERIAL NR :          04842
FARE       :         $32.50

TOTAL      :         $32.50

PAYMENT    :         Debit
AMOUNT     :         $32.50
MERCHANT   :         04003250008
TRANS. ID  :         032-0010181109
ACCT NO    :
NAME       :         THOMAS/CHARMAINE
AUTH NO    :         880316

325 HAMILTN

*Natalie*

# NJ TRANSIT
The Way To Go.

## RECEIPT

10/08/19          07:22

NJ TRANSIT Rail
1 ADULT            ROUND TRIP RT-F
NWBRLDG            NYP NYP
SERIAL NR :        06703
FARE       :       $15.50

TOTAL      :       $15.50

PAYMENT    :       Debit
AMOUNT     :       $15.50
MERCHANT   :       04003920006
TRANS. ID  :       032-0010183671
ACCT NO    :       ████████████████
NAME       :       NUNEZ/NATALIE J
AUTH NO    :       881161

392 NWBRLDG

Receipt for confirmation number O17RV6

# UNITED    A STAR ALLIANCE MEMBER        Confirmation: **O17RV6**

Issue Date: September 30, 2019

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| SCOTT/DIANEL | 0162475162190 | ▮▮▮▮ Premier 1K / *G | 2F/20F/2F/2F |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 10OCT19 | UA0586 | PZ | TAMPA/ST. PETERSBURG, FL (TPA) **9:55 AM** | CHICAGO, IL (ORD - O'HARE) **11:45 AM** | | |
| Thu, 10OCT19 | UA1787 | V | CHICAGO, IL (ORD - O'HARE) **1:04 PM** | AUSTIN, TX (AUS) **3:51 PM** | | |
| Sat, 12OCT19 | UA0790 | PZ | AUSTIN, TX (AUS) **2:20 PM** | CHICAGO, IL (ORD - O'HARE) **5:05 PM** | A-320 | Purchase |
| Sat, 12OCT19 | UA0246 | PZ | CHICAGO, IL (ORD - O'HARE) **5:58 PM** | TAMPA/ST. PETERSBURG, FL (TPA) **9:43 PM** | 737-800 | Purchase |

**FARE INFORMATION**

**Fare Breakdown**

| | |
|---|---|
| Airfare: | 445.58USD |
| U.S. Transportation Tax: | 33.42 |
| U.S. Flight Segment Tax: | 16.8 |
| September 11th Security Fee: | 11.2 |
| U.S. Passenger Facility Charge: | 18 |
| Per Person Total: | 525.00USD |

**Form of Payment:**
VISA
Last Four Digits ▮▮▮▮

**eTicket Total:**        **525.00USD**

The airfare you paid on this itinerary totals: 445.58 USD

**The taxes, fees, and surcharges paid total: 79.42 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/10/2019 Tampa/St. Petersburg, FL (TPA) to Austin, TX (AUS) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 10/12/2019 Austin, TX (AUS) to Tampa/St. Petersburg, FL (TPA) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**From:** Uber Receipts <uber.us@uber.com>
**To:** ██████████████████
**Subject:** [Personal] Your Thursday afternoon trip with Uber
**Date:** Thu, Oct 10, 2019 5:41 pm

Total: $27.96
Thu, Oct 10, 2019

# Thanks for riding, Diane

We're glad to have you as an Uber
Rewards Diamond Member.



# Total                                    $27.96

◆ You earned 55 points on this trip

| | |
|---|---|
| Trip Fare | $22.92 |
| Subtotal | $22.92 |
| Wait Time | $0.19 |
| Tolls, Surcharges, and Fees | $4.85 |



VISA ██████                              $27.96

A temporary hold of $27.77 was placed on your payment method ██████ at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly.

*Trip from Austin airport to J Hotel*

You rode with Mukul



4.68 ★ Rating

Mukul is known for:

Excellent Service

How was your ride?

RATE OR TIP

When you ride with Uber, your trips are insured in case of a covered accident.

UberX     13.35 mi | 24 min

■  04:16pm
   3819 Presidential Blvd,
   Austin, TX

▮  04:40pm
   7619 N Interstate Hwy 35,
   Austin, TX




```
              Chick Fil A #126
       Tampa International Airport
              Tampa, Fl

           1151 La'Triec

Chk 6410         DIANN          Gst  0
               Oct10'19 08:36AM

 1 Btl Water                    1.93
 1 Mini 4 Ct                    3.73

 Visa                           5.98

 Subtotal                       5.66
 Tax                            0.32
 Payment                        5.98

 If we did or did not exceed your
  expectations, we would like to
    hear from you.  Please call
  800-426-5971 x1021 or email
        126@hbfcares.com
```

*Diane*





**Einstein's Coffee and Bagels**
**Austin-Bergstrom International Airport**

Tbl:0                                    Ref:167990
      DIANN                              Chk:167990
Alyssa                          11/10/2019 4:11 pm
------------------------    ------------------------
   Albacore Tuna Sal Sand                      7.25
------------------------    ------------------------
                  SubTotal                     7.25
                 State Tax                     0.60
                                       -----------
                     Total                     7.85

                      Cash                    20.00
                                       -----------
               Amount Paid                    20.00
                    Change                    12.15

          Tell us about your experience by visiting
                DelawareNorthListens.com.

**From:** Uber Receipts <uber.us@uber.com>
**To** ███████████████
**Subject:** [Personal] Your Friday morning trip with Uber
**Date:** Fri, Oct 11, 2019 9:46 am

Total: $8.83
Fri, Oct 11, 2019

# Thanks for riding, Diane

We're glad to have you as an Uber
Rewards Diamond Member.



# Total                                 $8.83

◆  You earned 17 points on this trip

| Trip Fare | $5.98 |
|---|---|
| Subtotal | $5.98 |
| Tolls, Surcharges, and Fees | $2.85 |
| VISA ████ | $8.83 |

A temporary hold of $8.83 was placed on your payment method ████ at the start of the trip. This
is not a charge and has or will be removed. It should disappear from your bank statement shortly.

*Trip from Hotel to SWI —
Meeting at 9AM*

You rode with Ryan



4.92 ★ Rating

Ryan is known for:

Excellent Service

How was your ride?

RATE OR TIP

When you ride with Uber, your trips are insured in case of a covered accident.

UberX Diamond     2.61 mi | 9 min

■ 08:37am
7619 N Interstate Hwy 35,
Austin, TX

▮ 08:46am
2401 Ridgepoint Dr, Austin,
TX



**From:** Uber Receipts <uber.us@uber.com>
**To:** ███████
**Subject:** [Personal] Your Friday afternoon trip with Uber
**Date:** Fri, Oct 11, 2019 5:45 pm

Total: $14.81
Fri, Oct 11, 2019

# Thanks for riding, Diane

We're glad to have you as an Uber
Rewards Diamond Member.



# Total                               $14.81

◆ You earned 29 points on this trip

| | |
|---|---|
| Trip Fare | $11.36 |
| Subtotal | $11.36 |
| Wait Time | $0.60 |
| Tolls, Surcharges, and Fees | $2.85 |
|  | $14.81 |

A temporary hold of $14.21 was placed on your payment method ████ at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly.



You rode with Keith



4.96 ★ Rating

Keith is known for:

Great Conversation

How was your ride?

RATE OR TIP

When you ride with Uber, your trips are insured in case of a covered accident.

UberX Diamond    1.94 mi | 6 min

04:38pm
2401 Ridgepoint Dr, Austin, TX

04:45pm
7619 N Interstate Hwy 35, Austin, TX

Google    Map data ©2019 Google

**From:** Uber Receipts <uber.us@uber.com>
**To:** █████████████
**Subject:** [Personal] Your Friday evening trip with Uber
**Date:** Fri, Oct 11, 2019 8:57 pm

Total: $7.64
Fri, Oct 11, 2019

# Thanks for riding, Diane

We're glad to have you as an Uber
Rewards Diamond Member.



# Total                            $7.64

◆ You earned 15 points on this trip

| | |
|---|---|
| Trip Fare | $4.79 |
| Subtotal | $4.79 |
| Tolls, Surcharges, and Fees | $2.85 |
| VISA ████ | $7.64 |

A temporary hold of $7.64 was placed on your payment method ████ at the start of the trip. This
is not a charge and has or will be removed. It should disappear from your bank statement shortly.

*Trip from hotel to SW1 —*
*To Review evening/on shift*

You rode with Martin



4.96 ★ Rating

Martin is known for:

Excellent Service

How was your ride?

RATE OR TIP

When you ride with Uber, your trips are insured in case of a covered accident.

UberX Diamond    1.69 mi | 5 min

■    07:50pm
     7619 N Interstate Hwy 35,
     Austin, TX

▮    07:56pm
     2323 Ridgepoint Dr, Austin,
     TX

Google                          Map data ©2019 Google

**From:** Uber Receipts <uber.us@uber.com>
**To:** ███████
**Subject:** [Personal] Your Friday evening trip with Uber
**Date:** Sat, Oct 12, 2019 12:53 am

Total: $9.62
Fri, Oct 11, 2019

# Thanks for riding, Diane

We're glad to have you as an Uber
Rewards Diamond Member.



# Total                          $9.62

❖ You earned 19 points on this trip

| | |
|---|---|
| Trip Fare | $6.65 |
| Subtotal | $6.65 |
| Wait Time | $0.12 |
| Tolls, Surcharges, and Fees | $2.85 |
| VISA ███████ | $9.62 |

A temporary hold of $9.50 was placed on your payment method ███████ at the start of the trip. This
is not a charge and has or will be removed. It should disappear from your bank statement shortly.

*Trip from SWI to hotel
Return from evening/on fire review*

You rode with Emile



4.87 ★ Rating

Emile is known for:

Excellent Service

How was your ride?

RATE OR TIP

When you ride with Uber, your trips are insured in case of a covered accident.

UberX Diamond        3.06 mi | 12 min

■  11:40pm
   2401 Ridgepoint Dr, Austin,
   TX

▮  11:53pm
   7619 N Interstate Hwy 35,
   Austin, TX

Google                    Map data ©2019 Google

# Uber Eats

**B1374**                    Diane

*Diane*

Placed at October 11, 2019 5:04 PM
Due at October 11, 2019 5:10 PM

# DELIVERY

| | |
|---|---|
| **1 x Chicken Dinner (3 Pcs)** | $8.79 |
| CHOICE OF PREPARATION | |
| 1x Mild | |
| CHOICE OF CHICKEN STYLE | |
| 1x Leg, Thigh & Wing | |
| CHOOSE A REGULAR SIGNATURE SIDE | |
| 1x Reg Coleslaw | |
| ADD EXTRA BISCUITS | |
| 1x 1 Biscuit | $1.19 |
| ADD A DESSERT | |
| 1x Apple Pie | $1.59 |

| | |
|---|---|
| Subtotal | $11.57 |
| Tax | $0.95 |
| **Amount paid** | **$12.52** |

Thank you for ordering from Popeyes (5630 Cameron Rd)

7619   I-35 NORTH
AUSTIN, TX  78752
TELEPHONE 512-452-3300   • FAX 512-452-3124

SCOTT, DIANE

229/KXTY
10/10/2019  4:45:00 PM
10/12/2019

1/0
146.78

Rate Plan:
HH #                           4AP
AL:
Car:

Confirmation Number: 82345129

10/12/2019

| 10/10/2019 | 2138304 | GUEST ROOM | $146.78 |
| 10/10/2019 | 2138304 | STATE TAX | $8.81 |
| 10/10/2019 | 2138304 | CITY TAX | $16.15 |
| 10/11/2019 | 2138536 | GUEST ROOM | $130.38 |
| 10/11/2019 | 2138536 | STATE TAX | $7.82 |
| 10/11/2019 | 2138536 | CITY TAX | $14.34 |
| 10/12/2019 | 2138690 | VS | ($324.28) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels
and resorts in 113 countries, please visit Honors.com

10/12/2019          503888 A

SCOTT, DIANE                    03053D

It is always our goal to provide 10 Service, if we fell short of our goal
please email me directly, Joseph.Trousdale@Hilton.com, so we may
have the opportunity to correct any issues. Thank you for staying with us!

-324.28

**From:** Uber Receipts <uber.us@uber.com>
**To:** █████████
**Subject:** [Personal] Your Saturday afternoon trip with Uber
**Date:** Sat, Oct 12, 2019 1:33 pm

Total: $45.87
Sat, Oct 12, 2019

# Thanks for riding, Diane

We're glad to have you as an Uber
Rewards Diamond Member.



# Total                                    $45.87

◆ You earned 91 points on this trip

| | |
|---|---|
| Trip Fare | $41.02 |
| Subtotal | $41.02 |
| Tolls, Surcharges, and Fees | $4.85 |
| VISA ████ | $45.87 |

A temporary hold of $45.87 was placed on your payment method ████ at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly.

*Trip from hotel to Austin Airport*

You rode with Michael



4.88 ★ Rating

Michael is known for:

Great Conversation

How was your ride?

RATE OR TIP

When you ride with Uber, your trips are insured in case of a covered accident.

UberX Diamond    12.81 mi | 16 min

■ 12:16pm
7619 N Interstate Hwy 35, Austin, TX

▮ 12:32pm
Barbara Jordan Terminal, Austin, TX



```
                Thundercloud
             Paradies Lagardere
                  Austin, TX
```

*Diane*

```
3508 Tricia
-----------------------------------------
CHK 138509                          GST 1
           10/12/2019 1:06 PM
-----------------------------------------
1 TURKEY                       7.75
1 LAYS P CHIP REG              2.29
  Cash                      $20.00

  Food                      $10.04
  Tax                        $0.83
  Payment                   $10.87
```

## Change Due          $9.13

```
      ----------- Check Closed -----------
              10/12/2019 1:06 PM
```

Tell us about your experience and enter
for a chance to win a $500 GIFT CARD!

In the next 7 days, please visit
MyFoodFeedback.smg.com to take the
survey & for official sweepstakes rules.

To enter the survey, you will need to
provide specific information from
this receipt.

SURVEY CODE
6151 8309 0311 2041 8139

PARADIES LAGARDERE - AUS
AUS IN BERGSTROM INTERNATIONAL AIRPORT
AUSTIN, TX

*Diane*

SALESPERSON # 505018

EVIAN 50 ML WATER      0-706365000
                                 1.99  T

TOTAL                              $3.95
CASH                               $4.00
CHANGE                             $0.05

CUSTOMER  COPY

ITEMS 1
11/13/2019  01:15PM
03189 01 108 118                    6780

THANK YOU FOR SHOPPING AT
PARADIES LAGARDERE
AUS IN BERGSTROM INTERNATIONAL AIRPORT
VISIT US ON THE WEB
WWW.PARADIESLAGARDERE.COM

## YOUR TRIP TO:

Tampa International Airport (TPA)

**59 MIN | 56.8 MI** 🚗

*handwritten:* 56.8 miles X 2 (round trip) = 113.5 miles X .58 = $65⁸³

 mapquest

**Est. fuel cost: $3.97**

Trip time based on traffic conditions as of 11:50 PM on October 18, 2019. Current Traffic: Light

Print a full health report of your car with HUM vehicle diagnostics **(800) 906-2501**

---

**1.** Start out going **east** on Sundial Pl toward Quillback Ln.

    Then 0.15 miles

0.15 total miles

**2.** Take the 2nd **left** onto Ladyfish Trl.

    *Ladyfish Trl is 0.1 miles past Quillback Ln.*

    *If you reach Topminnow Ln you've gone about 0.1 miles too far.*

    Then 0.18 miles

0.33 total miles

**3.** Turn **left** onto Greenbrook Blvd.

    Then 0.34 miles

0.67 total miles

**4.** Take the 1st **right** onto Lorraine Rd.

    *Lorraine Rd is 0.1 miles past Pirate Perch Trl.*

    *If you reach Field Sparrow Gln you've gone about 0.1 miles too far.*

    Then 0.55 miles

1.22 total miles

**5.** Turn **left** onto E State Road 70/FL-70.

    *If you reach 59th Ave you've gone about 0.2 miles too far.*

    Then 3.79 miles

5.01 total miles

**6.** Merge onto I-75 N toward **Tampa/St Petersburg**.

    Then 10.52 miles

15.53 total miles

**7.** Merge onto I-275 N via EXIT 228 toward **St Petersburg** (Portions toll).

    Then 37.92 miles

53.45 total miles

**8.** Take the **FL-60 W** exit, EXIT 39, toward **Tampa Int'l/Clearwater/FL-589 N/Veterans Expy**.

    Then 0.52 miles

53.97 total miles

**9.** Keep **left** at the fork in the ramp.

    Then 1.22 miles

55.19 total miles

**10.** Keep **right** at the fork in the ramp.

Then 0.05 miles                                                                 55.24 total miles

**11.** Keep **left** at the fork in the ramp.

Then 0.42 miles                                                                 55.66 total miles

**12.** Keep **right** at the fork in the ramp.

Then 0.06 miles                                                                 55.72 total miles

**13.** Merge onto George J Bean Pkwy.

Then 1.04 miles                                                                 56.76 total miles

**14.** Tampa International Airport (TPA), 4100 George J Bean Pkwy, Tampa, FL,
4100 GEORGE J BEAN PKWY.

*If you reach Ground Transportation you've gone about 0.1 miles too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.



Sun, Oct 20, 2019

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

# BSC3WQ

| Flight 1 of 2 UA2317 | Class: United First (C) |
|---|---|

| Wed, Oct 23, 2019 | Wed, Oct 23, 2019 |
|---|---|
| **10:45 AM** | **01:34 PM** |
| New York/Newark, NJ, US (EWR) | Austin, TX, US (AUS) |

| Flight 2 of 2 UA904 | Class: United First (C) |
|---|---|

| Fri, Oct 25, 2019 | Fri, Oct 25, 2019 |
|---|---|
| **11:15 AM** | **04:00 PM** |
| Austin, TX, US (AUS) | New York/Newark, NJ, US (EWR) |

## Traveler Details

CRUMMY/EILEENMARIE

eTicket number: **0162475489215**

Frequent Flyer ███████████████

Seats: **EWR-AUS 03E**
**AUS-EWR 04B**

## Purchase Summary

Method of payment:
Date of purchase:

**Visa ending in** ██████
**Wed, Oct 02, 2019**

| Airfare: | 1287.44 USD |
|---|---|
| U.S. Transportation Tax: | 96.56 USD |
| U.S. Flight Segment Tax: | 8.40 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |

| Total Per Passenger: | 1412.60 USD |
|---|---|

| **Total:** | **1412.60 USD** |
|---|---|

$716.60

Eileen Crummey
Comparison fare
10/23 - 25/19. Austin



Hi, Eileen        View Account | Sign out

**Roundtrip (1 traveler)**        Edit search

**Wed, Oct 23, 2019**        Revise
EWR - AUS 10:45 am - 1:34 pm

**Fri, Oct 25, 2019**        Revise
AUS - EWR 11:15 am - 4:00 pm

Fare        $640.00
Taxes and fees        $76.60

**TOTAL**        **$716.60**

1 ticket left at this price

## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | October 23, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | |
| | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | ▮▮▮▮▮▮▮ |
| Fax: | |

| Description | | Trip | Cost Per Unit | | Amount |
|---|---|---|---|---|---|
| Car Service from ▮▮▮▮ | Cranford to Newark Airport | 1 | $ | 55.00 | $ 55.00 |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 55.00 |
| Gratuity | | $11.00 |
| **TOTAL** | **$** | **66.00** |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**



**Date of Purchase: Oct 02, 2019**

# Philadelphia, PA ▸ Atlanta, GA

**Passenger Information**

Confirmation Number: **GL2O8L**
Ticket Number: **0062401159300**

**LISA ALEXIS ALEXANDER TAYLOR**
SkyMiles#: ███████

## FLIGHT

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| **PHL ▸ ATL | Wed 23Oct2019 | DL 1478 |** | OPEN | I | 3C |
| **ATL ▸ AUS | Wed 23Oct2019 | DL 691 |** | OPEN | I | 2B |
| **AUS ▸ ATL | Fri 25Oct2019 | DL 1868 |** | OPEN | I | 2B |
| **ATL ▸ PHL | Fri 25Oct2019 | DL 1661 |** | OPEN | I | 3C |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare: $989.77 USD

**Taxes, Fees and Charges**
United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY)    $11.20 USD
United States - Transportation Tax (US)    $74.23 USD
United States - Passenger Facility Charge (XF)    $18.00 USD
United States - Flight Segment Tax (ZP)    $16.80 USD
Total Price:    $1,110.00 USD

Paid with American Express ending ███    $1,110.00 USD

$569.00

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner

F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.
Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-in requirements and baggage guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov
Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.



*Lisa Taylor*
*Comparison fare*
*10/23-25/19.*



# Express Checkout

**Book Better, Fly Better**

**DELTA ✈  PHL - AUS   Round Trip   Oct 23-25   1 Passenger   MODIFY ▾**

**Outbound**          DL1478, DL491
Change Flight         PHL - AUS        Wed, Oct 23   10:11am - 3:00pm      1 stop, 5h 49m      SKY PRIORITY
                                                                          Main              ⟩

**Return**            DL968, DL560
Change Flight         AUS - PHL        Fri, Oct 25   10:40am - 5:16pm      1 stop, 9h 36m
                                                                          Main              ⟩

Changeable / Nonrefundable     View Upgrade Eligibility

**Trip Total**
1 Passenger
Flights                              $486.51

Taxes, Fees & Charges                 $82.49

**Amount Due**                    **$569.00 USD**

Currency Calculator

Start Over    Express Checkout    Confirmation

# Receipt for confirmation number ATEWB4

**UNITED**  | A STAR ALLIANCE MEMBER

**Confirmation: ATEWB4**

Check-In >

**Issue Date: October 02, 2019**

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| RYAN/KEVINMICHAEL | 0162475377976 | ▄▄▄▄ Premier Silver / *S | 2F/3A |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 23OCT19 | UA1944 | J | NEWARK, NJ (EWR - LIBERTY) 3:55 PM | AUSTIN, TX (AUS) 6:54 PM | A-320 | Lunch |
| Fri, 25OCT19 | UA904 | C | AUSTIN, TX (AUS) 11:15 AM | NEWARK, NJ (EWR - LIBERTY) 4:00 PM | 737-800 | Lunch |

## FARE INFORMATION

### Fare Breakdown

| | | **Form of Payment:** |
|---|---|---|
| Airfare: | 2,288.37USD | AMERICAN EXPRESS |
| U.S. Transportation Tax: | 171.63 | Last Four Digits ▄▄▄▄ |
| U.S. Flight Segment Tax: | 8.4 | |
| September 11th Security Fee: | 11.2 | *1520.61* |
| U.S. Passenger Facility Charge: | 9 | |
| Per Person Total: | 2,488.60USD | |

**eTicket Total:** 2,488.60USD

The airfare you paid on this itinerary totals: 2,288.37 USD

**The taxes, fees, and surcharges paid total: 200.23 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/23/2019 Newark, NJ (EWR - Liberty) to Austin, TX (AUS) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 10/25/2019 Austin, TX (AUS) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## MileagePlus Accrual Details

RYAN/KEVINMICHAEL

| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
|---|---|---|---|---|---|---|
| 10/23/2019 | 1944 | Newark, NJ (EWR - Liberty)-Austin, TX (AUS) | 11515 | 4503 | 1.5 | 1645 |
| 10/25/2019 | 904 | Austin, TX (AUS)-Newark, NJ (EWR - Liberty) | 4508 | 3002 | 1.5 | 644 |
| | | | Award Miles | PQM | PQS | PQD |
| Kevinmichael's MileagePlus Accrual totals: | | | 16023 | 7505 | 3 | 2289 |

## Important Information about MileagePlus Earning

Kevin Ryan
Comparison
fare
10/23-25/19



7:29      ••ıl LTE 🔋

Oct 23 - 25   EWR - AUS
Roundtrip, 1 traveler

**Total price**       **$520.61**
Includes taxes & fees ℹ️

View checked bag charges    ›

Wed,    3:55pm          6:54pm
Oct 23   EWR             AUS

Fri,    11:15am          4:00pm
Oct 25   AUS             EWR

Legal information      ⓘ

**Continue**

OR

Hold fare with FareLock

Hold this itinerary and fare with ✈️ FareLock℠

starting at $11



*Eileen*
*AuS / hotel.*

.ıll Verizon 📶          2:44 PM          70% 🔋

‹ **Inbox**   **Thanks for tipping! W...**  ⌄

# Total          **$27.48**

Trip Fare                          $17.84

**Subtotal**                       **$17.84**

Tolls, Surcharges, and Fees ⓘ      $5.06

Tip                                $4.58

**Amount Charged**

 Switch          $27.48

A temporary hold of $22.90 was placed on your payment
method ██ at the start of the trip. This is not a
charge and has or will be removed. It should disappear
from your bank statement shortly. Learn More

 



*Lisa. AUS/hotel*

Wed, Oct 23, 2019

# Here's your receipt for your ride

We hope you enjoyed your ride this afternoon.

| Total | $19.58 |
|---|---|

| Trip Fare | $14.73 |
|---|---|

| Subtotal | $14.73 |
|---|---|
| Tolls, Surcharges, and Fees | $4.85 |

**Amount Charged**

Pay ▓▓▓▓▓

$19.58

You rode with Benjamin

UberX    10.92 miles | 26 min

03:37pm | 3819 Presidential Blvd, Austin, TX

04:03pm | 903 Neches St, Austin, TX

# A.R.T. Enterprises LLC

*For Your Transportation Needs*

204 Andrews Avenue
Moorestown, NJ 08057
609-500-7313

*Date:* October 25, 2019
*Invoice:* **19-422**

*Bill To:*

Lisa Tavlor

Marlton, NJ 08053

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Oct 23 | *Transportation to Philadelphia Int'l Airport* | 60.00 |
| Oct 25 | *Transportation from Philadelphia Int'l Airport* | 60.00 |
| | Gratuity . . . | 25.00 |
| | *. . . Paid . . .*<br>*. . . Thank You . . .* | |
| | **TOTAL** | 145.00 |

Make all checks payable to  **A.R.T Enterprises LLC**
204 Andrew Avenue, Moorestown, NJ 08057

**THANK YOU FOR YOUR BUSINESS! - Al Wenzke**



Dinner
Lisa & Eileen

Eileen
Lisa

Iron Cactus 6th Street
606 Trinity
Austin Tx 78701
512-472-9240

Server: Caleigh          10/23/2019
Table 12/1                5:48 PM
Guests: 2                   20026

Baja Fish Tacos (Cod)       16.50
  Grilled
  Black Beans
  Cilantro Lime Rice
Brisket Enchiladas          16.00
  Black Beans
  Mexican Rice

Subtotal                    32.50
Tax                          2.68

Total                       35.18

**Balance Due**         **35.18**
                          7.00

****Suggested Tip****
Excellent Service (20%) = 6.62
Great Service (18%) = 5.85
Good Service (15%) = 4.88
Join us for



Charmaine

PELONS TEX MEX
Lunch
To Go

Server: Brittni B          10/23/19
Check #35                  3:37 PM

Southwest Salad            $10.00
  Portabella                $3.00
  Chip Lime Vinaigrette On Side

Subtotal                   $13.00
Tax                         $1.07
Total                      $14.07

Credit Card               Swiped
Visa
Time                       3:42 PM

Transaction Type            Sale
Authorization
Approval Code           Approved
Payment ID                054251
Card Reader          WMWcWtcyWCnW
                 MAGTEK_DYNAMAG

        Amount             $14.07

        + Tip:             3.00

        = Total:          17.07
         $16.03

X



Charmaine

Dinner

# HYATT
### house

901 Neches Street
Austin, Texas, USA, 78701
(512) 391-0000

6117946 Mason                            1

CHK 132                    GST   1
              B
       10/23/2019 8:03 PM

1 Open Food                        13.50
  BURG--SHROOMS--CHIPS
1 Btl Water                         3.00
1 Bottled Teas                      3.00

Food                              $19.50
Tax Rate 1                         $1.61
Total Due                        $21.11

Tip:_____$4.00_____

Total:_____$25.11_____

Room #:_____

Print Name:_____

Signature:_____



Charmaine
Aus/hotel

**Trip Details**

| | |
|---|---|
| 10/23/19, 3:44 PM | $25.59 |
| Kia Sorento HHD6556 | +$4.74 |
| | Add to your tip |

- 3819 Presidential Blvd, Austin, TX...
- 500 E 9th St, Austin, TX 78701, USA

You rated MURT... ★ ★ ★ ★ ★

Need help with this trip?

**Switch payment method**
I want to switch my
payment method for

**Chan**
I want
driver

| From: | Charmaine Thomas ███████████████ |
|---|---|
| Sent: | Tuesday, October 29, 2019 9:36 AM |
| To: | Charmaine Thomas |
| Subject: | Fwd: AIR TICKET NUMBER  & AIRLINE CONFIRMATION. |

Sent from my iPhone

Begin forwarded message:

> **From:** cheapoair@cheapoair.com
> **Date:** October 11, 2019 at 4:06:33 PM EDT
> **To:** ███████████████████
> **Subject: AIR TICKET NUMBER  & AIRLINE CONFIRMATION.**
> ████████████████

Dear Charmaine l thomas,

Thank you for choosing CheapOair.com!

 **For any changes with your flight, date, route or names call us at** ☎1-800-525-0400 **or** ⬤**Click here to chat 24/7**

**View on website**
🖶 **Print Itinerary**

# Booking Confirmation

Terms and Conditions

CheapOair Booking: █████████████████ | Booked on Fri, Oct 11, 2019

✈ Flight Details

✅Status: Check now

## Departing Flight

✏ **Make Changes**

 **American Airlines**
Flight 796
Aircraft: 319
Airbus Jet 124 STD SEATS

**Wed, Oct 23, 2019**
Philadelphia, Pennsylvania
**PHL - 11:05 am**
Austin Bergstrom, Texas
**AUS - 01:57 pm**
**Wed, Oct 23, 2019**

Travel Time:
**3h 52m**

Airline Confirmation:
**JAZOSK**

Nonstop | Coach - **Basic Economy**
Baggage Fees | Visa & Passport Info

**Click here to chat**
for help & support

Basic Economy is the most economical fare class. This is a great way to save money if your travel plans aren't going to change, you don't mind where you sit on the plane, and you only bring a carry-on bag that will fit under the seat in front of you.

## Return Flight  Make Changes



**American Airlines**
Flight 1683
Aircraft: 319
Airbus Jet 124 STD SEATS

Nonstop | Coach - **Basic Economy**
Baggage Fees | Visa & Passport Info

**Fri, Oct 25, 2019**
Austin Bergstrom, Texas
**AUS - 12:18 pm**
Philadelphia, Pennsylvania
**PHL - 04:45 pm**
**Fri, Oct 25, 2019**

Travel Time:
**3h 27m**

Airline Confirmation:
**JAZOSK**

Click here to chat
for help & support

Basic Economy is the most economical fare class. This is a great way to save money if your travel plans aren't going to change, you don't mind where you sit on the plane, and you only bring a carry-on bag that will fit under the seat in front of you.

Check airline Fare Rules . Most airlines charge baggage fees, check the Baggage Fees for complete details.

## Important Flight Details
**American Airlines Basic Economy Fare Rules:**

**Restrictions include:**

- Seats assigned at airport check in
- Not eligble for upgrades

- No flight changes or refunds
- Board in last group

## Traveler Information

Please verify traveler names below. Rules require traveler full names match exactly with their Passport or Government issued photo ID. If you need to make a name change, please call 1-866-654-5204

|   | E-Ticket Number | Traveler Name | Requests | Gender |
|---|---|---|---|---|
| 1 | 0017465516596 | **Charmaine Lynette Thomas** | | **Female** |

**Disclaimer:** Not all flights offer free meals. Any specific request you may have will be sent to the airline(s). Please contact your airline(s) directly, prior to your departure date, to confirm what meal options may be available and if your other requests can be fulfilled.

## Boarding Pass

$3 .95 Per person

| Method: | Credit Card ending in ████ |
| | Credit Card ending in ████ |
| Phone: | ███████ |
| Email: | ████████ |

### Flight Price Details

| | |
|---|---:|
| 1 Adult Ticket | $254.88 |
| Subtotal | $254.88 |
| Taxes and Fees | $47.72 |
| Agency Fees | $30.00 |
| Flight Total | $332.60 |

| | |
|---|---:|
| **Total Charge:** | **$332.60** |

**Please Note:**

- All fares are quoted in USD
- Your credit card may be billed in multiple charges totaling the above amount.
- Some airlines may charge Baggage Fees.



Get **2X** points *only* when you book through our app.

✓ Book flights, hotels & cars
✓ Apple Pay & Google Pay
✓ Track flights & manage your trips
✓ CheapOair & Air Miles rewards



**Refer a friend**
$25 for you, $25 for a friend*



**Hyatt House Austin Downtown**
901 Neches Street
Austin, TX 78701
Tel: 512-391-0000
Fax:
austindowntown.house.hyatt.com

HYATT
house

INVOICE

Charmaine Thomas
United States

| | |
|---|---|
| Room No. | 0320 |
| Arrival | 10-23-2019 |
| Departure | 10-25-2019 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 25747231 |

Confirmation No.     4578956801
Booking No.          3617709595

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-23-2019 | Guest Room | 339.00  299.00 | |
| 10-23-2019 | State Tax 6% | 20.34  17.94 | |
| 10-23-2019 | Occupancy Tax 11% | 37.29  32.89 | |
| 10-23-2019 | State Cost Recovery Fee | 0.78  0.78 | |
| 10-23-2019 | State Cost Recovery Fee | 0.06  0.06 | |
| | Occupancy Tax | | |
| 10-24-2019 | Guest Room | 339.00  299.00 | |
| 10-24-2019 | State Tax 6% | 20.34  17.94 | |
| 10-24-2019 | Occupancy Tax 11% | 37.29  32.89 | |
| 10-24-2019 | State Cost Recovery Fee | 0.78  0.78 | |
| 10-24-2019 | State Cost Recovery Fee | 0.06  0.06 | |
| | Occupancy Tax | | |
| 10-25-2019 | Visa | | -794.94 |

| | | |
|---|---|---|
| **Total** | 794.94 | |
| **Balance** | 0.00 | |

$701.34

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start earning
points for stays, dining and more.

Visit www.worldofhyatt.com



**Hyatt House Austin Downtown**
901 Neches Street
Austin, TX 78701
Tel: 512-391-0000
Fax:
austindowntown.house.hyatt.com

INVOICE

**Megan Annitto**

| | |
|---|---|
| Room No. | 0902 |
| Arrival | 10-23-2019 |
| Departure | 10-24-2019 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 25738397 |

Confirmation No.          4551809801

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-23-2019 | Accommodation | 310.97  *299.00* | |
| 10-23-2019 | State Tax 6% | 18.66  *17.94* | |
| 10-23-2019 | Occupancy Tax 11% | 34.21  *32.89* | |
| 10-23-2019 | State Cost Recovery Fee | 0.78 | |
| 10-23-2019 | State Cost Recovery Fee Occupancy Tax | 0.06 | |
| 10-24-2019 | American Express | | -364.68 |

| | | | |
|---|---|---|---|
| **Total** | | 364.68 | -364.68 |
| **Balance** | | 0.00  *$350.67* | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**World of Hyatt Summary**

Membership
Bonus Codes:
Qualifying Nights: 1
Eligible Spend: 310.97
Redemption Eligible: 53.65

Summary Invoice, please see front desk
for eligibility details.

10/29/2019                                    Yahoo Mail - Receipt from Black Car/ Limo Service/taxi service

## Receipt from Black Car/ Limo Service/taxi service

*Megan    Aus/hotel*

From: Black Car/ Limo Service/taxi service via Square (receipts@messaging.squareup.com)

To: ▇▇▇▇▇▇▇▇▇▇▇

Date: Wednesday, October 23, 2019, 06:02 PM EDT

Square automatically sends receipts to the email address you used at any Square seller. Learn more

Black Car/ Limo Service/taxi service

▲

How was your experience?

# $52.44

| Custom Amount | $43.70 |
|---|---|
| Purchase Subtotal | $43.70 |
| Tip | $8.74 |
| **Total** | **$52.44** |

| AMEX ▇▇▇ (Swipe) | Oct 23 2019 at 5:01 PM |
|---|---|
| | #QFOx |
| MEGAN ANNITTO | Auth code: 566549 |

# PELONS TEX-MEX

Megan

## PELONS TEX MEX

Server: Ashley J
                    10/23/19 6:39 PM
Check #85                  Table 411

TOPO CHICO                      $3.00
Southwest Salad                $10.00
Spanish Rice                    $2.50
Black Beans                     $2.50

Subtotal                       $18.00
Tax                             $1.49
Total                          $19.49

            Powered by Toast   +4 tip   $23.49



# Receipt

Daily Garage
Daily temp exit 207

from:        10/23/19 10:38:00
to:          10/28/19 15:43:59
Amount to pay:  $56.00

American Express

megan

$23.00



hotel / appleseed

Kevin
Eileen
Lisa
Charmaine
Megan



Appleseed / hotel

Kevin
Eileen
Lisa
Charmaine
Megan



*Lisa     hotel/dinner (fn 4)*     Thu, Oct 24, 2019

# Here's your receipt for your ride

We hope you enjoyed your ride this evening.

| Total | $13.64 |
|---|---|

| Trip Fare | $10.79 |
|---|---|

| Subtotal | $10.79 |
|---|---|
| Tolls, Surcharges, and Fees | $2.85 |

Amount Charged

 Pay ██████     $13.64

You rode with Omid

UberX   1.91 miles | 16 min

05:33pm | 903 Neches St, Austin, TX

05:49pm | 1412 S Congress Ave, Austin, TX

Your United reservation for Austin, TX, US (AUS) is processing

From:  United Airlines, Inc. (unitedairlines@united.com)

To:    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date:  Tuesday, October 8, 2019, 03:42 PM EDT



Add UnitedAirlines@news.united.com to your address book. See instructions.

Tuesday, October 08, 2019

# Thank you for choosing United

Once we've finished processing your reservation, you'll receive a second email containing your eTicket itinerary so that you can request additional receipts, export to your calendar, check in, cancel, upgrade, email or print your itinerary. This may take up to 24 hours.

We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:

Charlotte, NC, US (CLT)
to Austin, TX, US (AUS)

# LGNSPK

View trip details

## Purchase summary

| | |
|---|---|
| 1 Adult (18-64) | $186.05 |
| Taxes and fees | $35.45 |
| **Total** | **$221.50** |

Credit card payment: $221.50 (American Express-▓▓▓▓▓

## Trip summary

Wed, Oct 23, 2019

10/29/2019                    Yahoo Mail - Your United reservation for Austin, TX, US (AUS) is processing

**UA 6218** Operated By MESA AIRLINES DBA UNITED EXPRESS

|  | | 1 Connection |
|  | | 4h 40m total |

| **11:45 am** | **1:37 pm** | Duration: 2h 52m |
| Charlotte, NC, US (CLT) | Houston, TX, US (IAH) | United Economy (T) |
| | | Snacks for Purchase |
| Wi-Fi | | |
| Terminal change | | |

48m Layover

**UA 2095**

| **2:25 pm** | **3:25 pm** | Duration: 1h |
| Houston, TX, US (IAH) | Austin, TX, US (AUS) | United Economy (T) |
| Wi-Fi | | |
| Terminal change | | |

# Travelers

| Megan Annitto | CLT to IAH | 18C | Known Traveler/Pass ID: |
| | IAH to AUS | 34D | Frequent flyer: |
| | | | Email address: |
| | | | Home phone: |





# Additional trip planning tools

Baggage Policies: View current baggage acceptance allowances.
Passport and Visa Information: International Travel Documentation requirements

2/3



Paradies Lagardere
# 3187 Second Bar and Kitchen
Austin-Bergstrom Intl Airport
Austin, TX
407-496-1319

3666 Brandon

CHK 339459      TBL 307/2          GST 1

1 FRIED EGG & AVOCADO      13.50
1 SALAD - SIDE              7.00
1 TOPO CHICO                2.75

Food              $23.25
Tax                $1.92
Total  Due        $25.17

+ 5 tip
30 . 17

Tell us about your experience and enter
for a chance to win a $500 GIFT CARD!

In the next 7 days, please visit
MyFoodFeedback.smg.com to take the
survey & for official sweepstakes rules.

To enter the survey, you will need to
provide specific information from
this receipt.

SURVEY CODE

Megan

926.00

## Spirit Airlines Flight Confirmation: JFJJKD

From: Spirit Airlines (booking@fly.spirit-airlines.com)

To: ███████████████

Date: Tuesday, October 8, 2019, 04:02 PM EDT

**spirit**

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

### YOUR CONFIRMATION CODE                                        **JFJJKD**

**BOOKING DATE**   Tuesday, October 08, 2019

## Flight

| **THURSDAY, OCTOBER 24, 2019** | **TIME** | **DURATION** |
|---|---|---|
| Austin, TX | 7:24 PM | 02 h 49 min |
| Fort Lauderdale, FL | 11:13 PM | |
| **FLIGHT** | **TERMINAL** | |
| 512 | | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

Online check-in begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

## Customer Information

| **NAME** | **ASSISTANCE** | **FREE SPIRIT #** |
|---|---|---|
| Megan Annitto | None | ████████ |

## Bags

| **NAME** | **CARRY-ON** | **CHECKED** |
|---|---|---|
| Megan Annitto | 1 | 0 |

10/29/2019                     Yahoo Mail - Spirit Airlines Flight Confirmation: JFJJKD

## Seats

| NAME | SEATS |
|------|-------|
| Megan Annitto | - |

## Contact Information

Megan Annitto

## Purchase Price

| | |
|---|---|
| **Flight Price** | $20.78 |
| **Bags** | $37.00 |
| **Government's Cut** | $14.51 |
| **Total** | **$72.29** |

Thank you for booking through Spirit.com



## Additional Information

At some airports we serve, **cash is not accepted** as a form of payment. For more information, visit here.

Click here for full terms and conditions.

Haga clic aquí para los términos y condiciones completos.

**BAGGAGE**
You'll save yourself some money if you buy your bags online right now! You'll automatically get our Fast Bag Drop service, which'll save you time when you get to the airport.

**IMPORTANT:** Remember, our personal item changed on April 4, 2017. You may carry one free personal item on board (like a purse or laptop bag) if its dimensions do not exceed 18 x 14 x 8 inches including handles and wheels.



**Hyatt House Austin Downtown**
901 Neches Street
Austin, TX 78701
Tel:  512-391-0000
Fax:
austindowntown.house.hyatt.com

INVOICE

Eileen Crummy

| | | | |
|---|---|---|---|
| | Room No. | 0218 | |
| | Arrival | 10-23-2019 | |
| | Departure | 10-25-2019 | |
| | Page No. | 1 of 1 | |
| | Folio Window | 1 | |
| Confirmation No. | 4425882301 | Folio No. | 25697471 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-23-2019 | Accommodation | 150.00 | |
| 10-23-2019 | State Tax 6% | 9.00 | |
| 10-23-2019 | Occupancy Tax 11% | 16.50 | |
| 10-23-2019 | State Cost Recovery Fee | 0.78 | |
| 10-23-2019 | State Cost Recovery Fee Occupancy Tax | 0.06 | |
| 10-24-2019 | Accommodation | 150.00 | |
| 10-24-2019 | State Tax 6% | 9.00 | |
| 10-24-2019 | Occupancy Tax 11% | 16.50 | |
| 10-24-2019 | State Cost Recovery Fee | 0.78 | |
| 10-24-2019 | State Cost Recovery Fee Occupancy Tax | 0.06 | |
| 10-25-2019 | American Express | | -352.68 |
| | **Total** | 352.68 | -352.68 |
| | **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**World of Hyatt Summary**

Membership:
Bonus Codes:
Qualifying Nights: 2
Eligible Spend: 300.00
Redemption Eligible: 52.56

Summary Invoice, please see front desk
for eligibility details.

## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | October 25, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | |
| | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | |
| Fax: | |

| Description | Trip | Cost Per Unit | | Amount | |
|---|---|---|---|---|---|
| Car Service from Newark Airport to _____ Cranford | 1 | $ | 55.00 | $ | 55.00 |
| | | Invoice Subtotal | $ | | 55.00 |
| | | Gratuity | | | $11.00 |
| | | | | | - |
| | | **TOTAL** | $ | | 66.00 |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

# hi.

**Hyatt House Austin Downtown**
901 Neches Street
Austin, TX 78701
Tel: 512-391-0000
austindowntown.house.hyatt.com

INVOICE

Lisa Alexander-Taylor

| | |
|---|---|
| Room No. | 0418 |
| Arrival | 10-23-19 |
| Departure | 10-25-19 |

Confirmation No.   4425810801

Group Name

| | |
|---|---|
| Folio Window | 1 |
| Folio No. | 69985 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-23-19 | Accommodation | 150.00 | |
| 10-23-19 | State Tax 6% | 9.00 | |
| 10-23-19 | Occupancy Tax 11% | 16.50 | |
| 10-23-19 | State Cost Recovery Fee | 0.78 | |
| 10-23-19 | State Cost Recovery Fee Occupancy Tax | 0.06 | |
| 10-24-19 | Accommodation | 150.00 | |
| 10-24-19 | State Tax 6% | 9.00 | |
| 10-24-19 | Occupancy Tax 11% | 16.50 | |
| 10-24-19 | State Cost Recovery Fee | 0.78 | |
| 10-24-19 | State Cost Recovery Fee Occupancy Tax | 0.06 | |
| 10-25-19 | American Express | | 352.68 |

| | Total | 352.68 | 352.68 |
|---|---|---|---|
| | **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt House Austin Downtown. Our goal is to provide every guest with an exceptional stay, and we are interested in any comments regarding your visit. Please let us know your thoughts by telephone at 512-391-0000.

Please remit payment to:
Hyatt House Austin Downtown
901 Neches Street
Austin, TX 78701

**World of Hyatt Summary**

Membership:
Bonus Codes:
Qualifying Nights:      2
Eligible Spend:      300.00
Redemption Eligible:  52.56

Summary Invoice, please see front desk for eligibility details.

*Kevin*

**Google** Maps    Fair Haven, New Jersey to Newark Liberty International Airport    Drive 36.8 miles, 43 min

## Fair Haven
New Jersey

**Take River Rd and E Front St to Garden State Pkwy in Middletown**

14 min (4.4 mi)

⬆  1.  Head northwest on ▇▇▇▇ toward River Rd

0.1 mi

↰  2.  Turn left onto River Rd

1.3 mi

⬆  3.  Continue onto E Front St

2.0 mi

↰  4.  Turn left onto Half Mile Rd

0.3 mi

↱  5.  Turn right onto Schulz Dr
⚠ Toll road

0.7 mi

**Continue on Garden State Pkwy. Drive from I-95 N to Elizabeth. Take the exit toward US 1-9/Newark from NJ-81 N**

30 min (31.7 mi)

⬆  6.  Merge onto Garden State Pkwy
⚠ Toll road

16.0 mi

⬈  7.  Keep left at the fork to stay on Garden State Pkwy

2.6 mi

⬑  8.  Use the right 2 lanes to take exit 129 for I-95 N
⚠ Toll road

1.2 mi

⬈  9.  Keep left at the fork and merge onto I-95 N
⚠ Toll road

10.0 mi

⬑  10.  Take exit 13A toward Elizabeth Seaport/Newark Airport
⚠ Toll road

0.6 mi

⬏  11.  Continue onto NJ-81 N
⚠ Toll road

0.1 mi

↰  12.  Keep left to stay on NJ-81 N, follow signs for US 1/US 9/Newark/Elizabeth
⚠ Toll road

0.7 mi

⬎  13.  Use the left 2 lanes to take the exit toward US 1-9/Newark

0.4 mi

**Drive to your destination in Newark**

58 s (0.6 mi)

↱  14.  Slight right

0.5 mi

⬑  15.  Use the right 2 lanes to take the Terminal A exit toward Parking A/Parking B/Parking C/Terminal B/Terminal C/Newark Airport

0.1 mi

## Newark Liberty International Airport



**Google** Maps    Newark Liberty International Airport to Fair Haven, NJ 07704                    Drive 38.7 miles, 48 min

## Newark Liberty International Airport

3 Brewster Rd, Newark, NJ 07114

**Get on US-1 S/U.S. 9 S from Newark International Airport St**

3 min (1.5 mi)

1. Head southeast

10 ft

2. Use the left lane to keep left at the fork

0.3 mi

3. Slight left toward Newark International Airport St

400 ft

4. Continue onto Newark International Airport St

0.3 mi

5. Keep left to stay on Newark International Airport St

0.3 mi

6. Keep right at the fork, follow signs for US-1 S/US 9 S/Elizabeth and merge onto US-1 S/U.S. 9 S

0.6 mi

**Take I-95 S and Garden State Pkwy to County Rd 520/Newman Springs Rd in Middletown. Take exit 109 from Garden State Pkwy**

32 min (32.9 mi)

7. Merge onto US-1 S/U.S. 9 S

0.8 mi

8. Take the exit toward Interstate 95/Dowd Ave/North Ave/Eliz Seaport/New Jersey Turnpike

0.2 mi

9. Continue onto NJ-81 S
   ⚠ Toll road

1.1 mi

10. Take the I-95 S exit
    ⚠ Toll road

361 ft

11. Keep left at the fork and merge onto I-95 S
    ⚠ Toll road

10.0 mi

12. Use the right 2 lanes to take exit 11 for U.S. 9 toward Woodbridge
    ⚠ Toll road

1.9 mi

13. Merge onto Garden State Pkwy
    ⚠ Toll road

3.2 mi

14. Use the middle 2 lanes to keep left at the fork and stay on Garden State Pkwy
    ⚠ Toll road

0.7 mi

15. Keep right at the fork to stay on Garden State Pkwy
    ⚠ Toll road

14.8 mi

16. Take exit 109 for County Rd 520 toward Red Bank/Lincroft
    ⚠ Toll road

0.3 mi

**Take W Front St and River Rd to ███████ n Fair Haven**

14 min (4.3 mi)

↰ 17. Turn left onto County Rd 520/Newman Springs
Rd

0.2 mi

↱ 18. Slight right

0.1 mi

↰ 19. Use the middle lane to turn left onto Half Mile Rd

0.6 mi

↱ 20. Turn right onto W Front St

2.0 mi

↑ 21. Continue onto River Rd

1.3 mi

↱ 22. Turn right onto ███████

0.1 mi

## Fair Haven
New Jersey

These directions are for planning purposes only.
You may find that construction projects, traffic,
weather, or other events may cause conditions to
differ from the map results, and you should plan
your route accordingly. You must obey all signs or
notices regarding your route.



Lotel / AUS

Kevin

Eileen

 *lisa    hotel / Aus*

Fri, Oct 25, 2019

# Here's your receipt for your ride

We hope you enjoyed your ride this morning.

| Total | $36.57 |
|---|---|

| | |
|---|---|
| Base Fare | $1.04 |
| Time | $3.78 |
| Distance | $10.91 |

| | |
|---|---|
| Normal Fare | $15.73 |
| Surge x2.0 | $15.73 |

| | |
|---|---|
| Subtotal | $31.46 |
| Booking Fee | $2.85 |
| Long Pickup Fee | $0.26 |
| Airport Surcharge | $2.00 |

Amount Charged

 Pay ▇▇▇▇

$36.57

A temporary hold of $36.49 was placed on your payment method ▇▇▇▇ at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

You rode with Brandon

# Uber

Fri, Oct 25, 2019

UberX    11.27 miles | 13 min

07:47am | 903 Neches St, Austin, TX

08:01am | Barbara Jordan Terminal, Austin, TX



Charmaine



**HYATT house·**

**Hyatt House Austin Downtown**
901 Neches Street
Austin, TX 78701
Tel: 512-391-0000
Fax:
austindowntown.house.hyatt.com

## INVOICE

Kevin Ryan

Confirmation No.                 4443499701

| | |
|---|---|
| Room No. | 0603 |
| Arrival | 10-23-2019 |
| Departure | 10-25-2019 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 25703200 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-23-2019 | Accommodation | 278.77 | |
| 10-23-2019 | State Tax 6% | 16.73 | |
| 10-23-2019 | Occupancy Tax 11% | 30.66 | |
| 10-23-2019 | State Cost Recovery Fee | 0.78 | |
| 10-23-2019 | State Cost Recovery Fee Occupancy Tax | 0.06 | |
| 10-24-2019 | Accommodation | 278.77 | |
| 10-24-2019 | State Tax 6% | 16.73 | |
| 10-24-2019 | Occupancy Tax 11% | 30.66 | |
| 10-24-2019 | State Cost Recovery Fee | 0.78 | |
| 10-24-2019 | State Cost Recovery Fee Occupancy Tax | 0.06 | |
| 10-25-2019 | American Express | | -654.00 |
| | **Total** | 654.00 | -654.00 |
| | **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

### World of Hyatt Summary

Membership:
Bonus Codes:
Qualifying Nights: 2
Eligible Spend: 557.54
Redemption Eligible: 96.34

Summary Invoice, please see front desk
for eligibility details.



Charmaine
hotel / AUS

**10/25/19, 12:04 PM**      **$21.45**
Honda Odyssey KGV8684      +$3 21
Add to your tip

 903 Neches St, Austin, TX 78701
Barbara Jordan Terminal, Austin ...

You rated Sesbes... ★ ★ ★ ★ ★

Need help with this trip?

**Switch payment method**     **Chan**
I want to switch my     I want
payment method for     driver'



Charmaine

PHL/home

**10/25/19, 6:43 PM**        **$60.53**
Nissan Versa KVM3152        +$11.81
                            Add to your tip

Philadelphia, PA 19153, USA
                    , Williamstown,...

You rated Rais        ★ ★ ★ ★ ★

**Need help with this trip?**

Switch payment method        Chan

I want to switch my            I want
payment method for            driver'



*E-ZPass® Payment Receipt for 10/25/2019*

Account Number : ▮▮▮▮▮▮▮▮

Transaction Date : 10/25/2019

Transaction Id : 113670818340

Transaction Amount : $90.00

Payment Type : AMEX

*Kevin*