

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

FEIN #: 26-3119454

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 19-04 Summary | **Invoice For** | Texas M.D. Monitoring |
| **Issue Date** | 12/02/2019 | | |
| **Due Date** | 1/02/2020 | | |
| **Subject** | Texas Monitoring Team: November 2019 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $363,811.25 |
| Expense | **PROJECT EXPENSES** (see attached report) (11/01/2019-11/30/2019) | $11,553.77 |

**Amount Due**   $375,365.02