10/29/2019                     Yahoo Mail - Megan Annitto's 11/03 Dallas (Love) trip (UIWUSH): Your reservation is confirmed.

## Megan Annitto's 11/03 Dallas (Love) trip (UIWUSH): Your reservation is confirmed.

From: Southwest Airlines (southwestairlines@ifly.southwest.com)

To: ██████████████

Date: Saturday, October 12, 2019, 09:51 PM EDT

Here's your itinerary and other important travel information.
View our mobile site | View in browser

 **Southwest**            **Manage Flight | Flight Status | My Account**

 **Hi Megan,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**NOVEMBER 3 - NOVEMBER 6**

# CLT  DAL

Charlotte to Dallas (Love)

Confirmation # **UIWUSH**                              Confirmation date: 10/12/2019

| PASSENGER | Megan Annitto |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262130347232 |
| EXPIRATION[1] | October 12, 2020 |
| EST. POINTS EARNED | 1,303 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:**   Sunday, 11/03/2019    Est. Travel Time: **3h**    Wanna Get Away®

| FLIGHT # 5966 | DEPARTS CLT 01:05PM Charlotte | ARRIVES DAL 03:05PM Dallas (Love) |
|---|---|---|

**Flight 2:**   Wednesday, 11/06/2019    Est. Travel Time: **2h 20m**    Wanna Get Away®

1/3

10/29/2019                    Yahoo Mail - Megan Annitto's 11/03 Dallas (Love) trip (UIWUSH): Your reservation is confirmed.

| FLIGHT | DEPARTS | | ARRIVES |
| --- | --- | --- | --- |
| # 0279 | **DAL 12:25**PM |  | **CLT 03:45**PM |
| | Dallas (Love) | | Charlotte |

# Payment information

**Total cost**

**Air - UIWUSH**

| | | |
| --- | --- | --- |
| Base Fare | $ | 217.08 |
| U.S. Transportation Tax | $ | 16.28 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 8.40 |
| U.S. Passenger Facility Chg | $ | 7.50 |
| **Total** | **$** | **260.46** |

**Payment**

Amer Express ending in ▮▮▮▮
Date: October 12, 2019

**Payment Amount: $260.46**

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262130347232

# Prepare for **takeoff**

   **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

   **30 minutes** before your departure:

Arrive at the gate prepared to board.

   **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

> See more travel tips

# Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

**Get it now >**



Dallas,TX 75201
214-749-4766

Server: Jordan                    11/03/2019  *megan*
Table 30/1                        5:57 PM
Guests: 1

#10048

Reprint #: 1

Iron Salad                              6.00
  Citrus Vinaigrette
Water                                   0.00
Small Topo Chico                        2.99
Side Guacamole                          0.99
Roasted Veggie Enchiladas              28.00
  (2)Black Beans                  *mistaken*
  (2)Cilantro Lime Rice           *double*
                                  *charge correct*
Complete Subtotal                  37.98  *below*

6 Items
                                        *✓*
GDL-Food                              -14.00
Subtotal                               23.98
Tax                                     1.98

Total                                  25.96

                                       25.96
AMEX #XXXXXXXXXX ████
Auth:509120
Balance Due                             0.00

JOIN US FOR BRUNCH !
SUNDAY 10-3
**** Suggested Tip ****
Excellent Service (20%) =  4.80
Great Service (18%) =  4.32

11/29/2019                                Receipt from Walaaal corporations DBA Ambassador Cab

Square automatically sends receipts to the email address you used at any Square seller. Learn more

*Megan*
*DAL/ hotel*

Walaaal corporations DBA Ambassador Cab

How was your experience?



$24.15

Custom Amount   $21.00

Purchase Subtotal  $21.00
Tip                $3.15

Total              $24.15



Walaaal corporations DBA Ambassador Cab
11928 Luna Rd
Dallas, TX 75229
214-905-1111

11/29/2019

Receipt from Walaaal corporations DBA Ambassador Cab

AMEX ▮(Swipe)

MEGAN ANNITTO

Nov 3
2019 at
4:03
PM
#fRax
Auth
code:
565421

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt?
Manage preferences for digital receipts



## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | November 4, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | |
| | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | |
| Fax: | |

| Description | | Trip | Cost Per Unit | | Amount |
|---|---|---|---|---|---|
| Car Service from ___ Cranford to Newark Airport | | 1 | $ | 55.00 | $ 55.00 |
| | | | | | |
| | | | Invoice Subtotal | $ | 55.00 |
| | | | Gratuity | | $11.00 |
| | | | **TOTAL** | $ | 66.00 |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

## Receipt for confirmation number OQ724W

**UNITED** | A STAR ALLIANCE MEMBER ✦                    Confirmation: **OQ724W**

Issue Date: October 10, 2019

**Traveler**                    **eTicket Number**            **Frequent Flyer**            **Seats**
CRUMMY/EILEENMARIE       0162476761971                                          3B/2B

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|-----------|--------|-------|-------------------------|------------------------|----------|------|
| Mon, 04NOV19 | UA2032 | C | NEWARK, NJ (EWR - LIBERTY) **12:29 PM** | DALLAS/FORT WORTH, TX (DFW) **3:29 PM** | 737-700 | Lunch |
| Tue, 05NOV19 | UA1714 | Z | DALLAS/FORT WORTH, TX (DFW) **1:45 PM** | NEWARK, NJ (EWR - LIBERTY) **5:58 PM** | A-320 | Lunch |

**FARE INFORMATION**

**Fare Breakdown**                                   **Form of Payment:**
Airfare:                              1,063.26USD    VISA
U.S. Transportation Tax:              79.74          Last Four Digits ▬▬▬
U.S. Flight Segment Tax:              8.4
September 11th Security Fee:          11.2                *$998.30*
U.S. Passenger Facility Charge:       9
Per Person Total:                     1,171.60USD

**eTicket Total:**                    **1,171.60USD**

The airfare you paid on this itinerary totals: 1,063.26 USD

**The taxes, fees, and surcharges paid total: 108.34 USD**

Fare Rules:        Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary.

#### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---------------------------------------------|---------|---------|------------------------|
| 11/4/2019 Newark, NJ (EWR - Liberty) to Dallas/Fort Worth, TX (DFW) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 11/5/2019 Dallas/Fort Worth, TX (DFW) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

#### MileagePlus Accrual Details

CRUMMY/EILEENMARIE

| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
|------|--------|---------|-------------|-----|-----|-----|
| 2019-11-04 | 2032 | Newark, NJ (EWR - Liberty)-Dallas/Fort Worth, TX (DFW) | 3350 | 2744 | 1.5 | 670 |
| | | | Award Miles | PQM | PQS | PQD |
| Eileenmarie's MileagePlus Accrual totals: | | | 3350 | 2744 | 1.5 | 670 |

#### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Our Premier Program changes January 1, 2020: If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.



Eileen Cumming
Comparism fare - one way
11/4/19.

**American**Airlines<sup></sup>

AA RECORD LOCATOR: QHMURW





**Get your boarding pass faster!**
Scan this barcode at any
American Airlines Self-Service
Machine.

## Multiple Destinations

1 Adult
**Monday** November 4, 2019 – **Tuesday** November 5, 2019

| AA Record Locator | Reservation Name |
|---|---|
| **QHMURW** | **PHL/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Oct 22, 2019 |

**Total Paid:**

$1,692.60 USD

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **2562** | Philadelphia (PHL) November 4, 2019 11:00 AM Travel Time : 3 h 57 m Class : Business Seat : 4A | Dallas/ Fort Worth (DFW) November 4, 2019 01:57 PM Booking Code : R Plane Type : 757 |

$436.00

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **5948** Operated by Mesa Airlines As American Eagle | Dallas/ Fort Worth (DFW) November 5, 2019 02:25 PM Travel Time : 1 h 20 m Class : Business Seat : 3A | Jackson (JAN) November 5, 2019 03:45 PM Booking Code : D Plane Type : CR9 |

**Fare Amount**

**Adult**
1 × $1,547.91 USD    $1,547.91 USD

**AAdvantage® Benefits**

Priority Access℠    $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $144.69 USD

Carrier-Imposed Fees    $0.00 USD

Flight Subtotal    436,00

$1,692.60 USD

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ALEXANDER TAYLOR,LISA | 0012384945614 | ▮▮▮▮ | $1,547.91 USD | 144.69 | 1692.60 |
| **Payment Type:** | Ticket Exchange - 0012382829460 | | | **Total** | **$1,692.60 USD** |

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| ALEXANDER TAYLOR,LISA | 0012384945614 | | | | 894.01 |
| **Payment Type:** | MASTER CARD*▮▮▮ | | | **Total** | **894.01 USD** |

## Endorsements/Restrictions
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

## Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

Lisa Taylor
comparison fare
11/4/19 trip



**Hilton Garden Inn**

HILTON GARDEN INN DALLAS DOWNTOWN
1600 PACIFIC AVENUE
DALLAS, TX  75201
United States of America
TELEPHONE 214-299-8982   • FAX 214-305-6940
Reservations
www.hilton.com or 1 800 HILTONS

ALEXANDER-TAYLOR, LISA

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 608/K1 |
| Arrival Date: | 11/4/2019  2:42:00 PM |
| Departure Date: | 11/5/2019 10:18:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | JRUSSELL21 |
| Room Rate: | 199.00 |
| AL: | |
| HH #: | ▉▉▉▉▉▉ |
| VAT #: | |
| Folio No/Che | 197348 A |

Confirmation Number: 3155825468

HILTON GARDEN INN DALLAS DOWNTOWN 11/5/2019 10:17:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|------|-------------|-----|--------|---------|--------|---------|
| 11/4/2019 | GUEST ROOM | VCARBIN | 703127 | $199.00 | | |
| 11/4/2019 | RM - CITY TAX | VCARBIN | 703127 | $14.21 | | |
| 11/4/2019 | RM - STATE TAX | VCARBIN | 703127 | $11.94 | | |
| 11/4/2019 | RM - DTPID FEE | VCARBIN | 703127 | $3.98 | | |
| 11/5/2019 | AX ▉▉▉ | JRUSSELL 21 | 703315 | | ($229.13) | |

**BALANCE**                                                                $0.00

EXPENSE REPORT
SUMMARY

| | 11/4/2019 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $229.13 | $229.13 |
| DAILY TOTAL | $229.13 | $229.13 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

OUR GOAL IS TO MAKE YOUR STAY BETTER AND BRIGHTER. IF SOMETHING ISN'T JUST THE WAY YOU LIKE IT, SIMPLY LET ANY HOTEL TEAM MEMBER KNOW, AND WE WILL MAKE IT RIGHT.  GUARANTEED.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 891972 | MERCHANT ID | 4410109011 |
| CARD NUMBER | ▉▉▉▉ | EXP DATE | 07/24 |
| TRANSACTION ID | 703315 | TRANS TYPE | Sale |

EXXON EXPRESS PAY

7-ELEVEN 27693
FG48315082001
7815 GARLAND RD.
DALLAS          , TX
75218
11/04/2019 483989788
12:56:37 PM

Am Express
INVOICE 055317
AUTH 540858

PUMP# 5
Regular           14.668G
PRICE/GAL       $2.139

FUEL TOTAL   $  31.36

CREDIT       $  31.36

================================
Customer-activated Purchase/Capture
Site #: 8888888884814471
Shift Number 1
Sequence Number 65118
Swiped
APPROVED 540858

*Kevin*

# Uber

**4 November 2019, 3:01 pm Request**

Rate trip ★ ★ ★ ★ ★

**Resend Receipt**



| Car | Miles | Trip Time | Total Fare |
|-----|-------|-----------|------------|
| UberX | 21.59 | 00:31:36 | $19.79 |

○ Terminal A, Arrivals
03:01 PM

▢ 1600 Pacific Ave, Dallas, TX 75201, US
03:37 PM

**Fare Breakdown**

*Lisa - Airport to Hotel*



Eileen
Lisa
Kevin

02573

CREDIT CARD

PURCHASE

The Crafty Irishman
1800 Main St.
Dallas, Tx. 75201

Server: Maggie          11/04/2019
Table 15/2               8:30 PM
Guests: 3                  30025
Menu: Server

Seat 1
**********************************

The Jameson Burger          12.50
Fish & Chips (2 @14.00)      28.00
        Subtotal            40.50
        Tax                  3.34
        Total               43.84

Complete Subtotal           40.50

3 Items

Subtotal                    40.50
Tax                          3.34

Total                       43.84

**Balance Due       43.84**

Thank you For Dining
With Us!

---

SFO #:
Ilp Card:          AMERICAN EXPRESS
I:                 A0000000250108G1
T:                            0058
C:  E800           ARC: 820045
                   E3B8465C853D05F3
NOICE:             470200020
proval Code:       820045
try Method:        Chip Read
ce:                Issuer

SubTotal           USD $   43.84

Tip                USD $    8.76

Total              USD $   52.60
APPROVED BY ISSUER

nature: _Eileen Guy_

gree to pay above total amount
ording to card issuer agreement
rchant agreement if Credit Voucher)
ain this copy for your records

CUSTOMER COPY

Thank you For Dining
With Us!

Customer Copy

Village Burger Bar - Woodall Rodgers
1845 Woodall Rodgers #200
Dallas, TX 75201
469-250-9057

*Megan*

| | |
|---|---|
| Server: Reg1 | 11/04/2019 |
| 34/1 | 12:30 PM |
| Guests: 1 | 10034 |

| | |
|---|---|
| Village Cobb Salad | 9.80 |
| | |
| Subtotal | 9.80 |
| Tax | 0.81 |
| | |
| Total | 10.61 |
| | |
| AMEX ███████ | 10.61 |
| Auth:541537 | |
| **Balance Due** | **0.00** |

Thank You!
Join our VIP Club to

# A.R.T. Enterprises LLC
**For Your Transportation Needs**

## RECEIPT

204 Andrews Avenue
Moorestown, NJ 08057
609-500-7313

Date: November 7, 2019
Invoice: 19-437

Bill To:
Lisa Taylor

Marlton, NJ 08053

| DESCRIPTION | AMOUNT |
|---|---|
| Nov 7    Transportation from Philadelphia Int'l Airport | 60.00 |
| Gratuity . . . | 12.50 |
| . . . Paid . . . | |
| . . . Thank You . . . | |
| **TOTAL** | **72.50** |

Make all checks payable to **A.R.T Enterprises LLC**
204 Andrew Avenue, Moorestown, NJ 08057

THANK YOU FOR YOUR BUSINESS! - Al Wenzke

 **travelocity**

## Dallas

Nov 4, 2019 - Nov 5, 2019  |  Itinerary ▉▉▉▉▉▉

### Important Information

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

---

**Newark (EWR) → Dallas (DFW)**
Nov 4, 2019 - Nov 5, 2019 , 1 round trip ticket

COMPLETED
United          **ODCH1B**

We hope you had a great trip. Thank you for choosing Travelocity for your travel reservations.

**Traveler Information**

| JOHN DUCOFF | United Mileage Plus | Ticket # |
|---|---|---|
| Adult | ▉▉▉▉ | 0167471013939 |

*\* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.*

**Nov 4, 2019 - Departure Nonstop**    Total travel time: 4 h 15 m

| | Newark | Dallas | 4 h 15 m |
|---|---|---|---|
| UNITED AIRLINES | EWR 6:45pm | DFW 10:00pm | |
| | United 1038 | | |

Economy / Coach (H) | Confirm seats with the airline*

**Nov 5, 2019 - Return Nonstop**    Total travel time: 3 h 20 m

| | Dallas | Newark | 3 h 20 m |
|---|---|---|---|
| UNITED AIRLINES | DFW 4:25pm | EWR 8:45pm | |
| | United 2313 | | |

Economy / Coach (E) | Confirm seats with the airline*

**Airline Rules & Regulations**

- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- **Tickets are nonrefundable and nontransferable. Itinerary changes are permitted, fee may apply.** A change fee of $200.00 per ticket is charged by the airline for all itinerary changes.

### Price Summary

| **Traveler 1: Adult** | **$938.60** |
|---|---|
| Flight | $846.51 |
| Taxes & Fees | $92.09 |
| **Total:** | **$938.60** |

All prices quoted in US dollars.

### Additional Flight Services

- **The airline may charge additional fees for checked baggage or other optional services.**
  - Additional fees for your flight to Dallas
  - Additional fees for your flight to Newark

- **Please read the** complete penalty rules for changes and cancellations **applicable to this fare.**
- **Please read important information regarding** airline liability limitations .

## Need help with your reservation?

- **Visit our** Customer Support **page.**
- **Call Travelocity customer care at 1-855-201-7820**
- For faster service, mention **itinerary** █████████████



**Confirmation**

Create Account   Manage Booking   Login

   

1 — Select travel dates    2 — Choose your space    3 — Your details    4 — Confirmation

**Thank you for booking official on-airport parking at Newark Liberty International Airport.**

Your booking confirmation email will be with you shortly

# Booking Reference ██████████

| | |
|---|---|
| **Entry:** | 8:00 AM 11/04/2019 |
| **Exit:** | 9:15 PM 11/05/2019 |
| **Parking Lot:** | Daily Parking P4 |
| **Email:** | ████████████ |
| **Booking Date:** | 1:10 PM 11/02/2019 |

**Total**   **$57.00**

Home

Manage Booking

 Gmail

John Ducoff ███████████

**Receipt from Md Alam**
1 message

*DFW/hotel*

**Md Alam via Square** <receipts@messaging.squareup.com>                    Mon, Nov 4, 2019 at 11:10 PM
Reply-To: Md Alam via Square
<CAESKBIAGhpyX29pMmRzcmNya2UydGd3c2RqdmllMnNzdSIIZGlhbG9ndWUilB5sKWCR76FEHQkAGdIqTVgR2IxMkgtgsXkN2gPCROMg@reply2.squareup.com>
To: ███████████████

Now when you shop at sellers who use Square, your receipts will be delivered automatically.
Not your receipt?

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Md Alam



How was your experience?

# $58.30

Custom Amount                    $55.00

Actual fare

| | |
|---|---|
| Purchase Subtotal | $55.00 |
| Credit Card Processing Fee (6%) | $3.30 |
| | |
| Total | **$58.30** |



**Md Alam**

**Last Location**

Visa ▇ (Swipe)          Nov 4 2019 at 10:09 PM

VISA                                    #Lq76

JOHN DUCOFF              Auth code: 00551C

Square Just Got More Rewarding
Your favorite businesses may send you news and rewards via Square.
Learn more and update preferences.

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

**Google** Maps    . Flemington, NJ to Daily Parking P4,    Drive 40.4 miles, 45 min

Newark, NJ

*John.*

Flemington, NJ 08822

**Get on I-78 E in Bedminster from US-202 N**

18 min (12.9 mi)

↑    1.    Head southeast on ▮▮▮▮▮▮ oward
Cardinal Dr

0.5 mi

↑    2.    Continue onto Centerville Rd

0.6 mi

↱    3.    Turn right onto Old York Rd

0.2 mi

↰    4.    Turn left onto Whiton Rd

0.3 mi

↰    5.    Turn left onto US-202 N

2.6 mi

↑    6.    Continue straight to stay on US-202 N

1.5 mi

↑    7.    Continue straight to stay on US-202 N

3.6 mi

⚟    8.    Use the left 2 lanes to take the I-287 N/I-78 E ramp
to Morristown

2.8 mi

�156    9.    Keep right at the fork to continue on Exit 21A,
follow signs for I-78/N.Y.City and merge onto I-78
E

0.8 mi

**Follow I-78 E to Newark. Take exit 57 from I-78 E**

26 min (27.3 mi)

⚟    10.    Merge onto I-78 E

17.1 mi

156    11.    Keep right at the fork to stay on I-78 E, follow
signs for Newark

7.8 mi

↑    12.    Continue straight to stay on I-78 E

0.8 mi

↱    13.    Use the right 2 lanes to take exit 57 for NJ-21 N
toward Newark/Newark Airport

0.4 mi

↰    14.    Keep left, follow signs for Main Terminals/North
Area/South Area

0.8 mi

15. Use the left lane to take the exit toward US-1 S/US-9 S

0.6 mi

**Take Brewster Rd and Martin Rd to your destination**

1 min (0.3 mi)

16. Turn left toward Brewster Rd

121 ft

17. Turn left at the 1st cross street onto Brewster Rd

0.1 mi

18. Slight right toward Martin Rd

226 ft

19. Continue onto Martin Rd

315 ft

20. Turn right

23 ft

# Daily Parking P4

Newark, NJ 07114

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.



*Charmaine*

Lunch

**freshii**
412 Main St Ste 101
Dallas, TX 75202

206660  5 Lydia

CHK 785

sharmain
NOV 04 13 12:40PM

Carry Out

Fiesta Salad        8.29
  Chicken           2.29

Subtotal           10.58
Tax                 0.87
Payment          11.45
*DEBIT             11.45
206660 15 Closed NOV04 12:41PM-

Thank You.
Tel: (214) 748-6000
Fax: (214) 748-6003

Help is energize the world.
Tell us how we did at
freshii.com/feedback



*Charmaine*

**From:** Charmaine Thomas ███████████
**Sent:** Wednesday, November 13, 2019 9:35 AM
**To:** Charmaine Thomas
**Subject:** Fwd: getaroom - Reservation Confirmation ████████

Sent from my iPhone

Begin forwarded message:

> **From:** confirmations@getaroom.com
> **Date:** October 21, 2019 at 9:10:04 PM EDT
> **To:** ████████████████
> **Subject: getaroom - Reservation Confirmation** ███████████

## getaroom





View

Reservation

Directions

Thank you for booking your hotel reservation with Getaroom. Your reservation has been prepaid and is fully guaranteed. Rest assured, your reservation has been successfully submitted to the hotel.

Upon check in, please present a valid ID and major credit card for incidentals only.

If you have any questions or require any additional information regarding your reservation, please contact our customer care department.

### Reservation Details

**Status** **CONFIRMED**

**Conf. #** ████████

**Arrival** Monday, Nov 04, 2019

**Departure** Tuesday, Nov 05, 2019

### Costs & Fees

**Subtotal** US$148.36

**Tax Recovery Charges & Service Fees** (See Details Below) US$61.99

**Total**  US$210.35

This payment will be processed in the United States and will appear on your statement as "cci*Hotel Res".

By booking this reservation you have accepted the Terms and Conditions.

## Hotel Details

**Hotel**  Magnolia Hotel Dallas Downtown
1401 Commerce Street
Dallas, TX 75201

**Rooms**  1 Standard Double
Free Cancellation

## Customer and Travelers

**Guest**  Charmaine Thomas

**Adults**  1                    **Children**  0

**Customer**  Charmaine L Thomas

**Phone**  █████████

**Email**  █████████████

**Address**

## Need Help?

**Online**  https://garops.zendesk.com

**US toll-free**  1 (800) 327-1200

**International**  1 (214) 960-2646



**For any changes with your flight, date, route or names call us at** ☎1-800-525-0400 **or** ◯Click here to chat 24/7

<u>View on website</u>
🖶 <u>Print Itinerary</u>

*Charmaine*

# Booking Confirmation

<u>Terms and Conditions</u>

**CheapOair Booking** ███████ | ████████████ | Booked on Mon, Oct 21, 2019

 Flight Details

✓Status: <u>Check now</u>

## Departing Flight

 <u>Make Changes</u>

**American Airlines**
Flight 792
Aircraft: 321
Airbus Jet 321 120-180 STD SEATS

Nonstop | Coach - **MAIN CABIN**
<u>Baggage Fees</u> | <u>Visa & Passport Info</u>

**Mon, Nov 04, 2019**
Philadelphia, Pennsylvania
**PHL - 07:00 am**

Dallas Fort Worth, Texas
**DFW - 09:53 am**
**Mon, Nov 04, 2019**

Travel Time:
**3h 53m**

Airline Confirmation:
**BFDOOQ**

Seats Selected:
25F - Pending

<u>Click here to chat</u>
for help & support

## Return Flight

 <u>Make Changes</u>

**American Airlines**
Flight 2537
Aircraft: 321
Airbus Jet 321 120-180 STD SEATS

Nonstop | Coach - **MAIN CABIN**
<u>Baggage Fees</u> | <u>Visa & Passport Info</u>

**Tue, Nov 05, 2019**
Dallas Fort Worth, Texas
**DFW - 08:35 pm**

Philadelphia, Pennsylvania
**PHL - 12:40 am**
**Wed, Nov 06, 2019**

Travel Time:
**3h 05m**

Airline Confirmation:
**BFDOOQ**

Seats Selected:
16F - Pending

<u>Click here to chat</u>
for help & support

Check airline <u>Fare Rules</u> . Most airlines charge baggage fees, check the <u>Baggage Fees</u> for complete details.

## Traveler Information

Please verify traveler names below. Rules require traveler full names match exactly with their Passport or Government issued photo ID. If you need to make a name change, please call 1-866-654-5204

| | E-Ticket Number | Traveler Name | Requests | Gender |
|---|---|---|---|---|
| 1 | 0017468512048 | Charmaine L Thomas | | Female |

**Disclaimer:** Not all flights offer free meals. Any specific request you may have will be sent to the airline(s). Please contact your airline(s) directly, prior to your departure date, to confirm what meal options may be available and if your other requests can be fulfilled.

## Billing Details (USD)

Method:     Credit Card ending in █████

Phone:      ████████████

Email:      █████████████████

### Flight Price Details

| | |
|---|---|
| 1 Adult Ticket | $464.19 |
| Travel Protection Plan Cost | $35.95 |
| Subtotal | $500.14 |
| Taxes and Fees (incl. Enhanced Seat Assignment) | $78.36 |
| **Flight Total** | $578.50 |

| | |
|---|---|
| **Total Charge:** | **$578.50** |

**Please Note:**

- All fares are quoted in USD
- Your credit card may be billed in multiple charges totaling the above amount.
- Some airlines may charge Baggage Fees.



| Name and Address |
|---|
| CRUMMY, EILEEN |



**HILTON GARDEN INN DOWNTOWN DALLAS**

| Hotel Address |
|---|
| 1600 PACIFIC AVENUE<br>DALLAS, TX 75201 |

Reservations
www.hiltongardeninn.com or
1-877-STAY-HGI

| | |
|---|---|
| Room | 609/Q2 |
| Arrival Date | 11/04/19 |
| Departure Date | 11/05/19 |

Confirmation #   3150721089

| | |
|---|---|
| Adult/Child | 1/0 |
| Room Rate | $199.00 |

11/05/19   PAGE  1

| | |
|---|---|
| Rate Plan | L-2E |
| Honors # | |
| Airline: | |

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/04/19 | 703128 | GUEST ROOM | $199.00 |
| 11/04/19 | 703128 | RM - CITY TAX | $13.93 |
| 11/04/19 | 703128 | RM - STATE TAX | $11.94 |
| 11/04/19 | 703128 | RM - DTPID FEE TAX | $3.98 |
| 11/04/19 | 703128 | RM - CITY TAX | $0.28 |
| 11/05/19 | 703324 | | ($263.77) |
| | | ** BALANCE ** | $0.00 |

*$229.13*

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.



               



**UNITED**

Sat, Oct 12, 2019

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

## CG77P5

| Flight 1 of 1 UA2313 | Class: United First (D) |
|---|---|

Tue, Nov 05, 2019

## 04:25 PM

Dallas, TX, US (DFW)

Tue, Nov 05, 2019

## 08:45 PM

New York/Newark, NJ, US (EWR)

### Traveler Details

RYAN/KEVINMICHAEL

eTicket number: **0162477094906**

Seats: **DFW-EWR 03B**

Frequent Flyer: ▮▮▮▮▮▮▮ **Premier Silver**

### Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in** ▮▮▮ |
| Date of purchase: | **Sun, Oct 13, 2019** |
| | |
| Airfare: | **499.53 USD** |
| U.S. Transportation Tax: | **37.47 USD** |
| U.S. Flight Segment Tax: | **4.20 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |
| | |
| Total Per Passenger: | **551.30 USD** |

**Total:** **551.30 USD**

$545.30

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE



8:08    LTE

Nov 5 DFW - EWR
Oneway, 1 traveler    ✕

**Total price**    **$545.30**
Includes taxes & fees ⓘ

Tue, Nov 5    4:25pm    8:45pm
DFW    EWR

Mr. Kevin Michael Ryan    ›
MileagePlus ▓▓▓▓▓

Select travel options    ›

Select seats    ›

Add travel insurance    ›

American Express    ›
▓▓▓▓▓▓▓▓

**Book without worry**    ⓘ
Cancel for free within 24 hours of booking

**Revise my itinerary**

**Agree and purchase**

Legal information    ⓘ

Purchase of this ticket means you understand and agree to all
fare rules associated with this ticket, all terms and conditions
associated with any additional offer/product purchases made,
United's dangerous goods policy, and the terms and conditions
in United's Contract of Carriage.

*Handwritten note:* Kevin companion late 11/5 - DFW/EWR

**AC Hotel Dallas Downtown**
1712 Commerce Street
Dallas, TX 75201 US
+1 214-290-0111

## Summary of Charges

| Guest Information | KEVIN RYAN | | Dates of Stay | 11/02/2019 - 11/05/2019 |
|---|---|---|---|---|
| | | | Room number | 803 |
| | | | Guest number | 53536 |
| | | | Member Number | ▮▮▮▮▮ |
| | | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 11/02/2019 | ROOM CHARGE | RB803 | 113.00 | |
| 11/02/2019 | City Tax | T3803 | 8.07 | |
| 11/02/2019 | STATE HOTEL TAX | T2803 | 6.92 | |
| 11/02/2019 | TPID | T8803 | 2.26 | |
| 11/02/2019 | STATE COST RECEEVORY FEE | T7803 | 0.90 | |
| 11/03/2019 | Valet Parking | PV803 | 32.00 | |
| 11/03/2019 | Sales Tax | T9803 | 2.64 | |
| 11/03/2019 | ROOM CHARGE | RB803 | 107.00 | |
| 11/03/2019 | City Tax | T3803 | 7.64 | |
| 11/03/2019 | STATE HOTEL TAX | T2803 | 6.55 | |
| 11/03/2019 | TPID | T8803 | 2.14 | |
| 11/03/2019 | STATE COST RECEEVORY FEE | T7803 | 0.86 | |
| 11/04/2019 | ROOM CHARGE | RB803 | 195.00 | |
| 11/04/2019 | City Tax | T3803 | 13.92 | |
| 11/04/2019 | STATE HOTEL TAX | T2803 | 11.93 | |
| 11/04/2019 | TPID | T8803 | 3.90 | |
| 11/04/2019 | STATE COST RECEEVORY FEE | T7803 | 1.56 | |
| 11/05/2019 | American Express | AX07:15AM | | 535.53 |
| **Total balance** | | | | 0.00 USD |

*hotel = $481.65*
*parking = $34.64*

$516.29

**THE HERTZ CORPORATION**
Phone:    800-654-4173
Fax:
Web:      www.hertz.com

**Hertz**

REPRINT

| | |
|---|---|
| Rental Agreement No: | 160916696 |
| Invoice Date: | 11/06/2019 |
| Document: | 999004591431 |

| | |
|---|---|
| Renter: | KEVIN RYAN |
| Account No.: | ███████AMX |
| CDP No.: | 1959919 |
| CDP Name: | PUBLIC CATALYST |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

KEVIN RYAN

**RENTAL REFERENCE**
Rental Agreement No: 160916696
Reservation ID:      J1984188546
Frequent Traveler:   ZE1

**RENTAL DETAILS**
| | | |
|---|---|---|
| Rate Plan: | IN: ICPB3 | OUT: ICPB3 |
| Rented On: | 11/02/2019 10:59  LOC# 160211 | |
| | DALLAS LOVE FLD, TX | |
| Returned On: | 11/05/2019 15:17  LOC# 160020 | |
| | DALLAS - DFW AP, TX | |
| Car Description: | SIR GR CRVN2W3N  8JOE867 | |
| Veh. No.: | 2431336 | |
| CAR CLASS Charged: Q4 | MILEAGE | In: 23,894 |
| Rented: R | | Out: 23,504 |
| Reserved: Q4 | | Driven:   390 |

**MISCELLANEOUS INFORMATION**
CC AUTH:  120469  DATE: 2019/11/02  AMT:   447.00

**RENTAL CHARGES**
| | | | |
|---|---|---|---|
| DAYS | 3 @ | 53.22 | 159.66 |
| EXTRA HRS | 4 @ | 5.32 | 21.28 |
| SUBTOTAL | | | 180.94 |
| DISCOUNT | | 20.00% | -36.19 |
| SUBTOTAL | | | 144.75 |
| | | | |
| FUEL PURCHASE OPTION | | | 45.98 |
| CONCESSION FEE RECOVERY | | | 17.11 |
| VEHICLE LICENSE FEE | | | 7.76 |
| CUSTOMER FACILITY CHARGE | | | 12.00 |
| ENERGY SURCHARGE | | | 1.49 |
| TAX | | 10.00% | 18.32 |

**Gold Plus Rewards Points**
Earned this rental:   239

AMOUNT DUE                    247.41 USD

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Phone:        800-654-4173                    AMOUNT BILLED TO ACCOUNT:        247.41 USD

ELM STREET CASK & KITCHEN   *Lisa &*
1525 Elm Street            *Eileen*
Dallas, TX 75201
(214) 299-8982

153 Diana N

------------------------------------
Chk 6855         TB 52            Gst  1
                Nov05'19 01:34PM
------------------------------------

## Eat In
 1 Iced Tea                        4.00
 1 Iced Tea                        4.00
 1 HAM & CHESE                    12.00
    No Choice
  ON HAMBURGER BUN
    Special Prep
  SUB BUN
    Special Prep
 1 Wagyu Sliders                  15.00
    Medium
  ADD GRILLED ONIONS
    Special Prep

  Food                           27.00
  N/A Beverage                    8.00
  Tax          *34.00*            2.89
  Total                          *37.89*

DALLAS, TX 75201
AMERICANO
214-748-1300

*Megan*

91 MATT S                                    1
--------------------------------------------
CHK  17478        TBL  51/1
                       GST  2
         5 Nov'19 6:18 PM
--------------------------------------------
1 SPAGHETTI                    16.00
1 $ADD VEG                      2.00
1 CHEESE BRD                   14.00

  Subtotal                    $32.00
  Tax                          $2.64
7:18 PM
      Total Due $34.64

                    $28.00



& & & 401 & & &
Westin Dallas Downtown
Grill and Vine
1201 Main St.
Dallas, TX 75202
942680017 Mulugojam G.

CHK 42060                               TBL 12/1
          11/5/2019 1:12 PM

1 Turkey Club                    15.00
1 Create a Pairing               13.00
1 Grilled Cheese Sandwich        12.00
1 Spinach & Fennel Salad         14.00
  Add Chicken                     5.00
1 Iced Tea                        3.00
1 Coffee                          3.00

  Subtotal                      $65.00
  Food Tax                       $5.36
Total Due                       $70.36

     FOR ROOM CHARGES ONLY

  GRATUITY: _____ 14 —

  TOTAL: _____ 84 36.
                          $68.00

  ROOM # _____

  PRINT NAME: _____

  SIGNATURE: _____
          Thank You

Kevin
Charmaine
Megan
John

 Maps

**Daily Parking P4, Newark, NJ to Flemington, NJ**

Drive 41.4 miles, 46 min

# Daily Parking P4

Newark, NJ 07114

**Get on I-78 W**

5 min (2.4 mi)

↑ 1. Head southwest

371 ft

↰ 2. Turn left

0.3 mi

↖ 3. Use the left 2 lanes to turn slightly left

0.2 mi

↟ 4. Use the right 2 lanes to turn slightly right onto the Turnpike N ramp to I-78/I-95/New York/Garden State Pkwy

1.1 mi

↱ 5. Keep left at the fork, follow signs for Interstate 78 W/Clinton/Garden State Parkway and merge onto I-78 W

0.9 mi

**Continue on I-78 W to Bridgewater Township. Take exit 17 from I-287 S**

28 min (30.0 mi)

↟ 6. Merge onto I-78 W

7.6 mi

↰ 7. Keep left

0.2 mi

↟ 8. Merge onto I-78 W

17.8 mi

↱ 9. Take exit 29 toward US 202 S/US 206 S/Somerville

1.4 mi

↟ 10. Merge onto I-287 S

2.4 mi

↰ 11. Use the left 2 lanes to take exit 17 to merge onto US-202 S/US-206 S toward US-22 W/Somerville/Flemington

0.6 mi

**Continue on US-202 S. Drive to ██████████ in Readington Township**

13 min (9.0 mi)

↟ 12. Merge onto US-202 S/US-206 S
   ⓘ Continue to follow US-202 S

4.7 mi

⬆  13.   Continue straight to stay on US-202 S

                                               161 ft

⬆  14.   Continue straight to stay on US-202 S

                                               2.6 mi

➡  15.   Turn right onto Whiton Rd

                                               0.4 mi

➡  16.   Turn right onto Old York Rd

                                               0.2 mi

⬅  17.   Turn left onto Centerville Rd

                                               0.6 mi

⬆  18.   Continue straight onto ███████████

      ⓘ Destination will be on the right

                                               0.5 mi

Flemington, NJ 08822

These directions are for planning purposes only.
You may find that construction projects, traffic,
weather, or other events may cause conditions to
differ from the map results, and you should plan
your route accordingly. You must obey all signs or
notices regarding your route.

Breakfast

Charmaine

Hampton Hotel
Puro Hospitality
1401 Commerce Street
Dallas, TX 75202
(214) 915-6500

Server: Kenneth
Table 7/1
Guests: 1

11/05/2019
7:45 AM
40007

Bagel                                          5.00
Orange Juice                                   3.00

Subtotal                                       8.00

Exclusive Tax                                  0.66

Total Tax                                      0.66

Total                                          8.66

**Balance Due**                              8.66

Room #_____

Print Name_____

+ Tip:              _____

= Total:            _____



*Dinner*

*Charmaine*

OPERATED BY

**HMS**
**H O S T**

COWBOYS CLUB
DFW AIRPORT

323467 Trevor                    2
- - - - - - - - - - - - - - - - -
2 15/2          2898       GST 1
       NOV05'19  2:53PM
- - - - - - - - - - - - - - - - -
   DINE IN

     **** SEAT 1 ****
 1 WINGS R BUFFALO    13.18
TAX   1.09  AMOUNT D 14.27
     ******* *******
TAX   0.00  AMOUNT DU 0.00
     ******* *******

   SUBTOTAL        13.18
   TAX              1.09
   AMOUNT DUE   $14.27

WE WANT TO HEAR YOUR FEEDBACK!
PLEASE CONTACT 1-877-672-7467
OR CUSTOMERSERVICE@HMSHOST.COM
  TO SHARE YOUR EXPERIENCE.

   STOREID: DFWCLB01



hotel
to
Courthouse

**Uber**

Total $9.84
Tue, Nov 05, 2019

# Thanks for tipping, Charmaine

Thanks for tipping! We've updated your Tuesday morning trip receipt

## Total                              $9.84
$8.24

◆ You earned 13 points on this trip

Trip Fare                              $3.99

Subtotal                               $3.99

Tolls, Surcharges, and Fees ●          $2.85

Tip                                    $3.00
$1.40



**Uber**

Total $35.71
Tue, Nov 05, 2019

# Thanks for tipping, Charmaine

Thanks for tipping! We've updated your Tuesday afternoon trip receipt

## Total                    $35.71

◆ You earned 58 points on this trip

| | |
|---|---|
| Base Fare | $1.00 |
| Time | $3.81 |
| Distance | $16.77 |
| | |
| | $21.58 |
| Subtotal | |
| South Airport Entrance Surcharge | $2.00 |
| | $2.85 |
| Booking Fee | |
| DFW Airport Surcharge | $3.00 |
| | $6.28 |
| Tip | |

*hotel to airport*



**AC HOTELS BY MARRIOTT®**
**DALLAS DOWNTOWN**
1712 COMMERCE ST
DALLAS, TX 75201
T: 214 290 0111

M. ANNITTO

ROOM: 410
ROOM TYPE: DBDB
NUMBER OF GUESTS: 1
RATE: $489.00    CLERK:

ARRIVE: 03NOV19
DEPART: 06NOV19
FOLIO NUMBER: 53818

TIME: 04:07PM
TIME:

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 03Nov19 | Room Charge | 107.00 | |
| 03Nov19 | City Tax | 7.64 | |
| 03Nov19 | State Hotel Tax | 6.55 | |
| 03Nov19 | Tpid | 2.14 | |
| 03Nov19 | State Cost Receovery Fee | 0.86 | |
| 04Nov19 | Room Charge | 293.00 | |
| 04Nov19 | City Tax | 20.92 | |
| 04Nov19 | State Hotel Tax | 17.93 | |
| 04Nov19 | Tpid | 5.86 | |
| 04Nov19 | State Cost Receovery Fee | 2.34 | |
| 05Nov19 | Room Charge | ~~489.00~~ *299.00* | |
| 05Nov19 | City Tax | ~~34.91~~ *21.35* | |
| 05Nov19 | State Hotel Tax | ~~29.93~~ *18.30* | |
| 05Nov19 | Tpid | ~~9.78~~ *5.98* | |
| 05Nov19 | State Cost Receovery Fee | ~~3.91~~ *2.39* | |
| 06Nov19 | American Express | | 1031.77 |
| | Card #: | | |

*$811.26*

Amount: 1031.77  Auth: 566959
Signature on File
This card was electronically
swiped on 03Nov19

**Balance:**    **0.00**

11/6/2019                    Yahoo Mail - Your ride with Felix on November 6

Your ride with Felix on November 6

From: Lyft Ride Receipt (no-reply@lyftmail.com)

To:

Date:  Wednesday, November 6, 2019, 12:59 PM EST

*megan*    *airport to hotel*



**NOVEMBER 6, 2019 AT 10:32 AM**

# Thanks for riding with Felix!



| | |
|---|---|
| Lyft fare (8.57mi, 16m 14s) | $14.99 |
| Tip | $3.00 |

 American Express                 **$17.99**

- **Pickup  10:32 AM**
  1726 Commerce St, Dallas, TX

- **Drop-off  10:48 AM**
  7881 Cedar Springs Rd, Dallas, TX

**TIP DRIVER**

**FIND LOST ITEM**

# Receipt

*Megan*

**Daily Garage**
**Daily temp exit 206**

from:       11/03/19 11:28:00
to:         11/06/19 16:09:03
Amount to pay:   $35.00

American Express

# Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | November 7, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | ██████████ |
| Fax: | |

| Description | Trip | Cost Per Unit | Amount |
|---|---|---|---|
| Car Service from Newark Airport to : Cranford | 1 | $ 55.00 | $ 55.00 |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 55.00 |
| Gratuity | | $11.00 |
| | | - |
| **TOTAL** | **$** | **66.00** |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

Print trip and receipt – Your trip details – American Airlines

# American Airlines

**AA RECORD LOCATOR: FXVPDK**

 

Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

## Philadelphia to Dallas/ Fort Worth

1 Adult

**Sunday** November 17, 2019 – **Tuesday** November 19, 2019

| AA Record Locator | Reservation Name |
|---|---|
| **FXVPDK** | **PHL/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Nov 13, 2019 |

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **2562** | Philadelphia (PHL) November 17, 2019 11:00 AM Travel Time : 3 h 57 m Class : First Seat : 4B | Dallas/ Fort Worth (DFW) November 17, 2019 01:57 PM Booking Code : I Plane Type : 757 |

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **2340** | Dallas/ Fort Worth (DFW) November 19, 2019 08:49 AM Travel Time : 3 h 7 m Class : First Seat : 3E | Philadelphia (PHL) November 19, 2019 12:56 PM Booking Code : I Plane Type : 757 |

**Total Paid:**

**$1,128.60 USD**

Fare Amount

Adult
1 × $1,023.26 USD   $1,023.26 USD

AAdvantage® Benefits

Priority Access℠   $0.00 USD

Taxes & Carrier-Imposed Fees

Taxes   $105.34 USD

Carrier-Imposed Fees   $0.00 USD

Flight Subtotal

**$1,128.60 USD**

$861.00

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ALEXANDER TAYLOR,LISA | 0012388902663 | ▮ | $1,023.26 USD | 105.34 | 1128.60 |
| **Payment Type:** | MASTER CARD ▮ | | | **Total** | $1,128.60 USD |

## Endorsements/Restrictions
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

## Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

*Lisa Pecht*
*Comparison for*
*11/17-19/19 trip*



American Airlines

Plan Travel    Travel Information    AAdvantage

Choose flights

« New search

## Your trip summary

**Depart** Philadelphia, PA to Dallas/ Fort Worth, TX
Sunday, November 17, 2019

12:44 PM → 3:33 PM    3h 49m    Nonstop    Main Cabin

Details | Change

**Return** Dallas/ Fort Worth, TX to Philadelphia, PA
Tuesday, November 19, 2019

8:49 AM → 12:56 PM    3h 7m    Nonstop    Main Cabin

Details | Change

**Main Cabin**
Round trip (Non-refundable)

$861 per person

Total $860.91 (all passengers)
Price and tax information ⓘ

**Good value with benefits**
■ Choose your seat (fee may apply)
■ Eligible for upgrades on American flights
■ Flight changes allowed ( fees apply)

Includes taxes and carrier imposed fees.
Bag and optional fees ⓘ

**Best way to travel**
✓ Our largest, most comfortable seats
✓ 2 free checked bags
✓ Up to 3 OQMs per mile flown on eligible flights
✓ Same-day flight change & standby when available

**Upgrade to First**
Round trip (Non-refundable)

+$268 person

Total $1,128.99 (all passengers)

Upgrade

## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | | | |
|---|---|---|---|
| Trip Date: | November 17, 2019 | | |
| Proposal To: | Eileen Crummy | | |
| Address: | Cranford, NJ 01701 | | |
| Phone: | | | |
| E-mail: | ███████████████ | | |
| Fax: | | | |

| Description | Trip | Cost Per Unit | Amount |
|---|---|---|---|
| Car Service from _____ Cranford to Newark Airport | 1 | $    55.00 | $    55.00 |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 55.00 |
| Gratuity | | $11.00 |
| **TOTAL** | **$** | **66.00** |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

# Receipt for confirmation number EJVRJB

**UNITED** ▪▪▪ ▪ A STAR ALLIANCE MEMBER ✷

**Confirmation:** EJVRJB

Issue Date: November 13, 2019

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| CRUMMY/EILEENMARIE | 0162482006134 | | 1B/1D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 17NOV19 | UA2032 | D | NEWARK, NJ (EWR - LIBERTY) 12:30 PM | DALLAS/FORT WORTH, TX (DFW) 3:30 PM | | Lunch |
| Tue, 19NOV19 | UA3464 | C | DALLAS/FORT WORTH, TX (DFW) 10:00 AM | NEWARK, NJ (EWR - LIBERTY) 2:23 PM | ERJ 170 | Lunch |

Flight operated by REPUBLIC AIRLINES doing business as UNITED EXPRESS.

**FARE INFORMATION**

| | | Form of Payment: |
|---|---|---|
| **Fare Breakdown** | | MISC DOCUMENT |
| Airfare: | 1,198.14USD | |
| U.S. Transportation Tax: | 89.86 | |
| U.S. Flight Segment Tax: | 8.4 | |
| September 11th Security Fee: | 11.2 | |
| U.S. Passenger Facility Charge: | 9 | *$998.60* |
| Per Person Total: | 1,316.60USD | |
| | | |
| eTicket Total: | **1,316.60USD** | |

The airfare you paid on this itinerary totals: 1,198.14 USD

**The taxes, fees, and surcharges paid total: 118.46 USD**

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 11/17/2019 Newark, NJ (EWR - Liberty) to Dallas/Fort Worth, TX (DFW) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 11/19/2019 Dallas/Fort Worth, TX (DFW) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

## MileagePlus Accrual Details

CRUMMY/EILEENMARIE

| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
|---|---|---|---|---|---|---|
| 2019-11-17 | 2032 | Newark, NJ (EWR - Liberty)-Dallas/Fort Worth, TX (DFW) | 2620 | 2744 | 1.5 | 524 |
| 2019-11-19 | 3464 | Dallas/Fort Worth, TX (DFW)-Newark, NJ (EWR - Liberty) | 3375 | 2744 | 1.5 | 675 |
| | | | Award Miles | PQM | PQS | PQD |
| Eileenmarie's MileagePlus Accrual totals: | | | 5995 | 5488 | 3 | 1199 |

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Our Premier Program changes January 1, 2020: If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

Eileen Crummy
Comparison fare
11/17 - 19/19.



Hi, Eileen                    View Account  |  Sign out

Roundtrip (1 traveler)                        Edit search

**Sun, Nov 17, 2019**                              Revise
EWR - DFW 12:30 pm - 3:30 pm

**Tue, Nov 19, 2019**                              Revise
DFW - EWR 10:00 am - 2:23 pm

Fare                                          $902.33
Taxes and fees                                 $96.27

**TOTAL**                                    **$998.60**
                                                  or
        starting from **$90/month** ⑦
                        1 ticket left at this price

# Uber

*Lisa*
*DFW/hotel*

👤

**17 November 2019, 3:08 pm** Request

Rate trip  ★ ★ ★ ★ ★          ADD A TIP

**Resend Receipt** 🔖          **View Receipt** 🔖



| Car | Miles | Trip Time | Total Fare |
|-----|-------|-----------|------------|
| UberX | 21.40 | 00:24:56 | $31.57 |

○ Terminal C, Arrivals
  03:08 PM

☐ 1201 Main St, Dallas, TX 75202, US
  03:39 PM

*Eileen*
*DFW/hotel*



**Trip Details**

**11/17/19, 3:21 PM**          **$37.50**
Lincoln MKZ MMF0055          +$7.50

Add to your tip

● Grapevine, TX 75261, USA
■ 1202 Elm St, Dallas, TX 75270, USA

You rated Thaer          ★ ★ ★ ★ ★

**Need help with this trip?**

**Change star rating**          Switch
I want to change my          I want
driver's rating.          paym

Kevin
DFW/hotel



**How was your experience?**

**$61.05**


Custom Amount                    $61.05

Total                            $61.05



Walaaal corporations DBA Ambassador Cab
11298 Luna Rd. 11
Dallas, TX 75229
214-905-1111

# Receipt for confirmation number E7GDCN

**UNITED**  |  A STAR ALLIANCE MEMBER          **Confirmation: E7GDCN**

Issue Date: November 13, 2019

| Traveler | eTicket Number | **Frequent Flyer** | Seats |
|---|---|---|---|
| RYAN/KEVINMICHAEL | 0162481948655 | ▅▅▅ Premier Silver / *S | 1C |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 17NOV19 | UA6296 | J | WASHINGTON, DC (IAD - DULLES) 5:40 PM | DALLAS/FORT WORTH, TX (DFW) 8:16 PM | | Dinner |

**FARE INFORMATION**

**Fare Breakdown**

| | | **Form of Payment:** |
|---|---|---|
| Airfare: | 1,566.51USD | AMERICAN EXPRESS |
| U.S. Transportation Tax: | 117.49 | Last Four Digits ▅▅▅ |
| U.S. Flight Segment Tax: | 4.2 | |
| September 11th Security Fee: | 5.6 | |
| U.S. Passenger Facility Charge: | 4.5 | |
| Per Person Total: | 1,698.30USD | |

*$504.30*

**eTicket Total:**          **1,698.30USD**

The airfare you paid on this itinerary totals: 1,566.51 USD

**The taxes, fees, and surcharges paid total: 131.79 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

Add Collect:     An additional amount for the difference in fare was charged to AMERICAN EXPRESS ▅▅▅ on Wednesday, November 13, 2019. $1,338.00 USD per ticket for an additional total of $1,338.00 USD was collected.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 11/17/2019 Washington, DC (IAD - Dulles) to Dallas/Fort Worth, TX (DFW) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**MileagePlus Accrual Details**

RYAN/KEVINMICHAEL

| Date | Flight From/To | | Award Miles | PQM | PQS | PQD |
|---|---|---|---|---|---|---|
| 2019-11-17 | 6296 | Washington, DC (IAD - Dulles)-Dallas/Fort Worth, TX (DFW) | 10969 | 3513 | 1.5 | 1567 |
| | | | Award Miles | PQM | PQS | PQD |
| Kevinmichael's MileagePlus Accrual totals: | | | 10969 | 3513 | 1.5 | 1567 |

**Important Information about MileagePlus Earning**

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

*Kevin Ryan - Comparison fare 11/17/19 - one way*



**The Westin Dallas Downtown**

1201 Main Street
Dallas, TX 75202 US
+1 972-584-6650

## Summary of Charges

| Guest Information | KEVIN RYAN | Dates of Stay | 11/17/2019 - 11/18/2019 |
|---|---|---|---|
| | | Room number | 2630 |
| | | Guest number | 281093W1 |
| | | Member Number | ███████ |
| | | Group Number | 281093 |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 11/17/2019 | Room Chrg - Standard Retail | RT2630 | 205.00 | |
| 11/17/2019 | Occupancy Tax | RT2630 | 12.55 | |
| 11/17/2019 | City/Local Tax | RT2630 | 14.64 | |
| 11/17/2019 | TPID Fee | RT2630 | 4.10 | |
| 11/17/2019 | SCR Fee * | RT2630 | 1.65 | |
| 11/18/2019 | American Express ████ | AX | | 237.94 |
| **Total balance** | | | | 0.00 USD |

## Important information

**Authenticity of Hotel Bills**

Marriott retains official records of all charges and credits to your account and will honor only these records.

**Privacy**

Your privacy is important to us. For full details, please view our Privacy Statement.

**Credit of Marriott Bonvoy Points**

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 972-584-6650



Kevin

hotel /DFW

Eileen
Lisa
Keven

Keven, Lisa, Eileen

**& & & 401 & & &**
Westin Dallas Downtown
Grill and Vine
1201 Main St.
Dallas, TX 75202

942680200 Audrey

CHK 43568                                14/2

11/18/2019 9:03 AM

| | |
|---|---|
| 1 Apple-Spinach Juice | 9.00 |
| 1 Breakfast Burrito | 11.00 |
| 1 Two Egg Breakfast | 12.00 |
| 1 Egg White Tomato Omelet | 14.00 |
| 1 Side Turkey Sausage | 6.00 |
| 3 Coffee @ 3.00 | 9.00 |

| | |
|---|---|
| Subtotal | $61.00 |
| Food Tax | $5.03 |
| **Total Due** | **$66.03** |

34.64
(coupon)

FOR ROOM CHARGES ONLY

GRATUITY: ____6.90____

TOTAL: ____41.54____

ROOM #: _____

PRINT NAME: _____

SIGNATURE: _____

Thank You!

---

Grill and Vine
The Westin Dallas Downtown
TX

TABLE#        /0
SERVER       942680200/Audrey
CHECK#       43568
    2019/11/18 09:43:47
    *****Authorize*****
MERC ID:001060000199434501731
REF No: 1118154347 CHIP
CT No: ████████
EXP:     XX/XX
CARD:    AMERICAN EXPRESS
CheckNo:43568
TableNo:/0
APPROVAL CODE: 826024
    EMV Receipt Section
Application Label: AMERICAN EXPR.
TC: 161F48FD024A42EB
TVR: 0000008000
AID: A000000025010801
        Subtotal: $34.64

        Tip: 6.90

        Total: 41.54

X _Eileen Cummings_
        Signature
        CUSTOMER COPY



## ARROW LIMOUSINE WORLDWIDE

*208 South Pearl Street*
*Red Bank, NJ 07701*

*Phone:(732) 747-4844*
*Fax:(732) 747-9015*
*Email : info@arrowlimo.com*
*Web : www.arrowlimo.com*

**TRIP RECEIPT**

| | | | |
|---|---|---|---|
| Reservation#: | **831430*1** | Vehicle Type: | **Sedan** |
| Passenger Name: | **Kevin M. Ryan** | Chauffeur: | **UDDJ** |
| Pickup Date/Time: | **Nov 18 2019 11:54 PM** | Start Time: End Time: | |

Customer: **RYAN125X**
**Kevin M. Ryan**
Contact: **Lundgren**
Contact #: ▇▇▇▇▇▇

### Reservation Detail

Pickup Address: **EWR (Newark Intl Airport), United Airlines Flight# 1834 Arriving from DFW at: 12:19 AM**

Dropoff Address: **METX (Amtrak - Metropark - Iselin, N),**

Custom Fields:

Payment Billed To: **DN**

Credit card: **AX**▇▇▇▇▇

Payment Info: 1. AX *▇▇▇   **$124.26 charged on 11/20/2019 03:23 PM;Kevin M. Ryan**

### Charges Detail

| | |
|---|---|
| Base Flat Charge: | $96.00 |
| Tolls: | $3.30 |
| Gratuity: | $17.28 |
| STC: | $7.68 |
| **Total:** | **$124.26** |
| Total Payments: | $124.26 |

### Terms & Conditions

Arrow is not responsible for any items left in vehicles.

*Page 1 of 1*

# Receipt for confirmation number E77KMF

  A STAR ALLIANCE MEMBER

**Confirmation: E77KMF**

Issue Date: November 13, 2019

**Traveler**
RYAN/KEVINMICHAEL

**eTicket Number**
0162481991152

**Frequent Flyer**
█████████ Premier Silver / *S

**Seats**
2A

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|-----------|--------|-------|--------------------------|------------------------|----------|------|
| Mon, 18NOV19 | UA1834 | D | DALLAS/FORT WORTH, TX (DFW) **8:00 PM** | NEWARK, NJ (EWR - LIBERTY) **12:19 AM** | | Dinner |

**FARE INFORMATION**

**Fare Breakdown**

**Form of Payment:**
MISC DOCUMENT

| | |
|---|---|
| Airfare: | 523.72USD |
| U.S. Transportation Tax: | 39.28 |
| U.S. Flight Segment Tax: | 4.2 |
| September 11th Security Fee: | 5.6 |
| U.S. Passenger Facility Charge: | 4.5 |
| Per Person Total: | 577.30USD |

*$388.30*

**eTicket Total:** **577.30USD**

The airfare you paid on this itinerary totals: 523.72 USD

**The taxes, fees, and surcharges paid total: 53.58 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 11/18/2019 Dallas/Fort Worth, TX (DFW) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## MileagePlus Accrual Details

RYAN/KEVINMICHAEL

| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
|---|---|---|---|---|---|---|
| 2019-11-18 | 1834 | Dallas/Fort Worth, TX (DFW)-Newark, NJ (EWR - Liberty) | 3668 | 2744 | 1.5 | 524 |
| | | | Award Miles | PQM | PQS | PQD |
| | | | 3668 | 2744 | 1.5 | 524 |

Kevinmichael's MileagePlus Accrual totals:

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

*Kevin Ryan - Comparison fare  11/18/19 - One way*





*Lisa & Eileen Dinner*

NOLA BRASSERIE
VISIT US ON FACEBOOK!
1201 Main St
Dallas TX 75202
469-872-1820

Server: Katie                    11/18/2019
33/1                              6:51 PM
Guests: 2

#20016

                                    26.00
Choose 4

                                    26.00
Complete Subtotal

                                    26.00
Subtotal                             2.03
Tax

                                    28.03
Total

**Balance Due    28.03**

Room #_____

Print Name_____

  + Gratuity:    _____5.60_____

  = Total:       _____33.63_____

X _____Lisa Taylor_____

Your Suggested Gratuity:
20% = $ 5.20
Let us cater your next event!

**The Westin Dallas Downtown**

1201 Main Street
Dallas, TX 75202 US
+1 972-584-6650

## Summary of Charges

| Guest Information | EILEEN M CRUMMY | Dates of Stay | 11/17/2019 - 11/19/2019 |
|---|---|---|---|
| | | Room number | 2311 |
| | | Guest number | 281202W1 |
| | | Member Number | ███████ |
| | | Group Number | 281202 |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 11/17/2019 | Room Chrg - Senior Discount | RT2311 | 160.65 | |
| 11/17/2019 | Occupancy Tax | RT2311 | 9.83 | |
| 11/17/2019 | City/Local Tax | RT2311 | 11.47 | |
| 11/17/2019 | TPID Fee | RT2311 | 3.21 | |
| 11/17/2019 | SCR Fee * | RT2311 | 1.30 | |
| 11/18/2019 | Room Chrg - Senior Discount | RT2311 | 237.15 | |
| 11/18/2019 | Occupancy Tax | RT2311 | 14.51 | |
| 11/18/2019 | City/Local Tax | RT2311 | 16.93 | |
| 11/18/2019 | TPID Fee | RT2311 | 4.74 | |
| 11/18/2019 | SCR Fee * | RT2311 | 1.91 | |
| 11/19/2019 | American Express ████ | AX | | 461.70 |
| **Total balance** | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

Questions about your bill? Please contact your hotel directly at +1 972-584-6650

## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | November 19, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | ████████████ |
| Fax: | |

| Description | Trip | Cost Per Unit | | Amount |
|---|---|---|---|---|
| Car Service from Newark Airport to          Cranford | 1 | $ | 55.00 | $          55.00 |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 55.00 |
| Gratuity | | $11.00 |
| | | - |
| **TOTAL** | **$** | **66.00** |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**



Eileen
hotel /DFW

**Trip Details**

Yesterday, 8:45 AM $32.80
Chevrolet Silverado 2500 CLB9242 +$6.56
Add to your tip

• Dallas, TX 75270, USA
■ Grapevine, TX 75261, USA

You rated Brad (Bradley) ★ ★ ★ ★ ★

Need help with this trip?

Switch payment method        Change
I want to switch my payment        I want to
method for this trip        rating.

# Uber

*Lisa*
*hotel /DFW*

**19 November 2019, 7:45 am** Request

Rate trip ☆ ☆ ☆ ☆ ☆                      ADD A TIP

**Resend Receipt** 🔖                      **View Receipt** 🔖



| Car | Miles | Trip Time | Total Fare |
|-----|-------|-----------|------------|
| UberX | 25.85 | 00:51:40 | $36.84 |

○ 1201 Main St, Dallas, TX 75202, US
   07:45 AM

□ 2400 Aviation Dr, DFW Airport, TX 75261, USA
   08:39 AM

# A.R.T. Enterprises LLC

## RECEIPT

*For Your Transportation Needs*

204 Andrews Avenue
Moorestown, NJ  08057
609-500-7313

*Date:*  November 19, 2019
*Invoice:*  **19-450**

*Bill To:*

Lisa Taylor

Marlton, NJ  08053

| DESCRIPTION | AMOUNT |
|---|---|
| Nov 17  *Transportation to Philadelphia Int'l Airport* | 60.00 |
| Nov 19  *Transportation from Philadelphia Int'l Airport* | 60.00 |
| Gratuity . . . | 25.00 |
| . . .  *Paid*  . . . | |
| . . .  *Thank You*  . . . | |
| **TOTAL** | 145.00 |

Make all checks payable to  **A.R.T Enterprises LLC**
204 Andrew Avenue, Moorestown, NJ 08057

**THANK YOU FOR YOUR BUSINESS! - Al Wenzke**

**The Westin Dallas Downtown**

1201 Main Street
Dallas, TX 75202 US
+1 972-584-6650

## Summary of Charges

| Guest Information | LISA ALEXANDER TAYLOR | Dates of Stay | 11/17/2019 - 11/19/2019 |
| --- | --- | --- | --- |
| | | Room number | 2428 |
| | | Guest number | 281179W1 |
| | | Member Number | ██████ |
| | | Group Number | 281179 |

| Date | Description | Reference | Charges | Credits |
| --- | --- | --- | --- | --- |
| 11/17/2019 | Room Chrg - Standard Retail | RT2428 | 205.00 | |
| 11/17/2019 | Occupancy Tax | RT2428 | 12.55 | |
| 11/17/2019 | City/Local Tax | RT2428 | 14.64 | |
| 11/17/2019 | TPID Fee | RT2428 | 4.10 | |
| 11/17/2019 | SCR Fee * | RT2428 | 1.65 | |
| 11/18/2019 | Room Chrg - Standard Retail | RT2428 | 254.00 | |
| 11/18/2019 | Occupancy Tax | RT2428 | 15.54 | |
| 11/18/2019 | City/Local Tax | RT2428 | 18.14 | |
| 11/18/2019 | TPID Fee | RT2428 | 5.08 | |
| 11/18/2019 | SCR Fee * | RT2428 | 2.05 | |
| 11/19/2019 | American Express ████ | AX | | 532.75 |
| | | | | 0.00 USD |
| **Total balance** | | | | |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

Questions about your bill? Please contact your hotel directly at +1 972-584-6650

Page 1 of 1