

# INVOICE

From **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

FEIN #: 26-3119454

| | | | |
|---|---|---|---|
| Invoice ID | **Texas M.D. Monitoring 19-05** | Invoice For | **Texas M.D. Monitoring** |
| Issue Date | 01/06/2020 | | |
| Due Date | 02/06/2020 | | |
| Subject | **Texas Monitoring Team: December 2019** | | |

| Item Type | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/01/2019 - Project Management & Planning / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/01/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/01/2019 - Project Management & Planning / Eileen Crummy | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 12/01/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 12/01/2019 - Travel / Kevin Ryan | 7.00 | $425.00 | **$2,975.00** |
| Service | Texas Permanent Injunction - 12/01/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 3.00 | $175.00 | **$525.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Project Management & Planning / Megan Annitto | 8.25 | $395.00 | **$3,258.75** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 3.50 | $85.00 | **$297.50** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 2.00 | $85.00 | **$170.00** |

| Service | Texas Permanent Injunction - 12/02/2019 - Travel / Kevin Ryan | 1.50 | $425.00 | **$637.50** |
|---------|----------------------------------------------------------------|------|---------|-------------|
| Service | Texas Permanent Injunction - 12/02/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 1.00 | $85.00 | **$85.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Travel / Lisa Taylor | 6.50 | $395.00 | **$2,567.50** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Lisa Taylor | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 6.50 | $395.00 | **$2,567.50** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 7.50 | $425.00 | **$3,187.50** |
| Service | Texas Permanent Injunction - 12/02/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 1.75 | $425.00 | **$743.75** |
| Service | Texas Permanent Injunction - 12/02/2019 - Travel / Eileen Crummy | 9.00 | $395.00 | **$3,555.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Project Management & Planning / Charmaine Thomas | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 12/02/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 2.50 | $120.00 | **$300.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Project Management & Planning / Megan Annitto | 7.00 | $395.00 | **$2,765.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.25 | $175.00 | **$43.75** |
| Service | Texas Permanent Injunction - 12/03/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 6.25 | $85.00 | **$531.25** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Project Management & Planning / Eileen Crummy | 1.75 | $395.00 | **$691.25** |
| Service | Texas Permanent Injunction - 12/03/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 12/03/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 4.50 | $425.00 | **$1,912.50** |
| Service | Texas Permanent Injunction - 12/03/2019 - Travel / Kevin Ryan | 1.75 | $425.00 | **$743.75** |
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 0.75 | $85.00 | **$63.75** |
| Service | Texas Permanent Injunction - 12/03/2019 - Travel / Kevin Ryan | 7.25 | $425.00 | **$3,081.25** |
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Project Management & Planning / Lisa Taylor | 1.75 | $395.00 | **$691.25** |
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/03/2019 - Document Review/Data Analysis/Verification Work / Lisa Taylor | 7.00 | $395.00 | **$2,765.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 7.00 | $395.00 | **$2,765.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Project Management & Planning / Lisa Taylor | 2.00 | $395.00 | **$790.00** |

| Service | Texas Permanent Injunction - 12/03/2019 - Project Management & Planning / Eileen Crummy | 2.00 | $395.00 | **$790.00** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/03/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 2.75 | $120.00 | **$330.00** |
| Service | Texas Permanent Injunction - 12/04/2019 - Travel / Lisa Taylor | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 12/04/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/04/2019 - Project Management & Planning / Megan Annitto | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Permanent Injunction - 12/04/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 5.50 | $85.00 | **$467.50** |
| Service | Texas Permanent Injunction - 12/04/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 0.75 | $85.00 | **$63.75** |
| Service | Texas Permanent Injunction - 12/04/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 0.75 | $85.00 | **$63.75** |
| Service | Texas Permanent Injunction - 12/04/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Jody Drebes | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 12/04/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Permanent Injunction - 12/04/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Charmaine Thomas | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 12/04/2019 - Project Management & Planning / Charmaine Thomas | 5.50 | $395.00 | **$2,172.50** |

| Service | Texas Permanent Injunction - 12/04/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 2.50 | $395.00 | **$987.50** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/04/2019 - Travel / Eileen Crummy | 8.00 | $395.00 | **$3,160.00** |
| Service | Texas Permanent Injunction - 12/04/2019 - Project Management & Planning / Lisa Taylor | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 12/04/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Claudia Tahan | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 12/04/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Permanent Injunction - 12/05/2019 - Project Management & Planning / Megan Annitto | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Permanent Injunction - 12/05/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 6.50 | $85.00 | **$552.50** |
| Service | Texas Permanent Injunction - 12/05/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 12/05/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.25 | $175.00 | **$43.75** |
| Service | Texas Permanent Injunction - 12/05/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 12/05/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Charmaine Thomas | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 12/05/2019 - Project Management & Planning / Charmaine Thomas | 6.25 | $395.00 | **$2,468.75** |
| Service | Texas Permanent Injunction - 12/05/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 0.50 | $85.00 | **$42.50** |
| Service | Texas Permanent Injunction - 12/05/2019 - Document Review/Data Analysis/Verification Work / Lisa Taylor | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 12/05/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.25 | $395.00 | **$98.75** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/05/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 12/05/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/05/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/05/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/05/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 12/05/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/05/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 12/05/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 12/06/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 5.75 | $85.00 | **$488.75** |
| Service | Texas Permanent Injunction - 12/06/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.50 | $175.00 | **$87.50** |
| Service | Texas Permanent Injunction - 12/06/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 12/06/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 2.25 | $395.00 | **$888.75** |
| Service | Texas Permanent Injunction - 12/06/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 12/06/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/06/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/06/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 4.50 | $395.00 | **$1,777.50** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/06/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 1.25 | $85.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/06/2019 - Project Management & Planning / Megan Annitto | 6.25 | $395.00 | **$2,468.75** |
| Service | Texas Permanent Injunction - 12/06/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 12/06/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/06/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/06/2019 - Project Management & Planning / Charmaine Thomas | 7.50 | $395.00 | **$2,962.50** |
| Service | Texas Permanent Injunction - 12/06/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 12/06/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 1.00 | $120.00 | **$120.00** |
| Service | Texas Permanent Injunction - 12/07/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 12/07/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/07/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/07/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 12/08/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/09/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/09/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 5.75 | $85.00 | **$488.75** |

| Service | Texas Permanent Injunction - 12/09/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.50 | $175.00 | $87.50 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/09/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 12/09/2019 - Project Management & Planning / Megan Annitto | 6.25 | $395.00 | $2,468.75 |
| Service | Texas Permanent Injunction - 12/09/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 1.25 | $85.00 | $106.25 |
| Service | Texas Permanent Injunction - 12/09/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 12/09/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 12/09/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Permanent Injunction - 12/09/2019 - Project Management & Planning / Charmaine Thomas | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Permanent Injunction - 12/09/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Permanent Injunction - 12/09/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 6.00 | $120.00 | $720.00 |
| Service | Texas Permanent Injunction - 12/10/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 7.00 | $85.00 | $595.00 |
| Service | Texas Permanent Injunction - 12/10/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.50 | $175.00 | $87.50 |
| Service | Texas Permanent Injunction - 12/10/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/10/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 12/10/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | $106.25 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/10/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 2.75 | $425.00 | $1,168.75 |
| Service | Texas Permanent Injunction - 12/10/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.75 | $425.00 | $318.75 |
| Service | Texas Permanent Injunction - 12/10/2019 - Project Management & Planning / Charmaine Thomas | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 12/10/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Charmaine Thomas | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 12/10/2019 - Project Management & Planning / Megan Annitto | 4.25 | $395.00 | $1,678.75 |
| Service | Texas Permanent Injunction - 12/10/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 3.75 | $395.00 | $1,481.25 |
| Service | Texas Permanent Injunction - 12/10/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 12/10/2019 - Project Management & Planning / Lisa Taylor | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 12/10/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Permanent Injunction - 12/10/2019 - Document Review/Data Analysis/Verification Work / David Howard | 0.75 | $325.00 | $243.75 |
| Service | Texas Permanent Injunction - 12/11/2019 - Project Management & Planning / Megan Annitto | 6.50 | $395.00 | $2,567.50 |
| Service | Texas Permanent Injunction - 12/11/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 12/11/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 5.25 | $85.00 | $446.25 |
| Service | Texas Permanent Injunction - 12/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 12/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 2.00 | $395.00 | $790.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/11/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.50 | $175.00 | **$87.50** |
| Service | Texas Permanent Injunction - 12/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 12/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 3.25 | $395.00 | **$1,283.75** |
| Service | Texas Permanent Injunction - 12/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 0.75 | $85.00 | **$63.75** |
| Service | Texas Permanent Injunction - 12/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 1.50 | $395.00 | **$592.50** |
| Service | Texas Permanent Injunction - 12/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 3.25 | $395.00 | **$1,283.75** |
| Service | Texas Permanent Injunction - 12/11/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 12/11/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 7.00 | $395.00 | **$2,765.00** |
| Service | Texas Permanent Injunction - 12/11/2019 - Project Management & Planning / Charmaine Thomas | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 12/11/2019 - Document Review/Data Analysis/Verification Work / David Howard | 1.25 | $325.00 | **$406.25** |
| Service | Texas Permanent Injunction - 12/11/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 2.50 | $395.00 | **$987.50** |
| Service | Texas Permanent Injunction - 12/11/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 5.00 | $120.00 | **$600.00** |
| Service | Texas Permanent Injunction - 12/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Oliver Ponce | 1.25 | $120.00 | **$150.00** |
| Service | Texas Permanent Injunction - 12/12/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.75 | $175.00 | **$131.25** |
| Service | Texas Permanent Injunction - 12/12/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 7.00 | $85.00 | **$595.00** |

| Service | Texas Permanent Injunction - 12/12/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 1.75 | $395.00 | **$691.25** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/12/2019 - Project Management & Planning / Megan Annitto | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 12/12/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 12/12/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Permanent Injunction - 12/12/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 0.50 | $325.00 | **$162.50** |
| Service | Texas Permanent Injunction - 12/12/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 4.75 | $325.00 | **$1,543.75** |
| Service | Texas Permanent Injunction - 12/12/2019 - Project Management & Planning / Charmaine Thomas | 1.75 | $395.00 | **$691.25** |
| Service | Texas Permanent Injunction - 12/12/2019 - Travel / Megan Annitto | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Permanent Injunction - 12/12/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Permanent Injunction - 12/12/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 7.50 | $120.00 | **$900.00** |
| Service | Texas Permanent Injunction - 12/13/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 7.00 | $85.00 | **$595.00** |
| Service | Texas Permanent Injunction - 12/13/2019 - Project Management & Planning / Lisa Taylor | 1.25 | $395.00 | **$493.75** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Permanent Injunction - 12/13/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 5.00 | $395.00 | **$1,975.00** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Charmaine Thomas | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 1.00 | $425.00 | **$425.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 3.50 | $425.00 | **$1,487.50** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/13/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 2.50 | $395.00 | **$987.50** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 12/13/2019 - Document Review/Data Analysis/Verification Work / David Howard | 2.25 | $325.00 | **$731.25** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 3.50 | $325.00 | **$1,137.50** |
| Service | Texas Permanent Injunction - 12/13/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.00 | $325.00 | **$650.00** |
| Service | Texas Permanent Injunction - 12/13/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.25 | $325.00 | **$731.25** |
| Service | Texas Permanent Injunction - 12/13/2019 - Project Management & Planning / Charmaine Thomas | 2.25 | $395.00 | **$888.75** |
| Service | Texas Permanent Injunction - 12/13/2019 - Travel / John Ducoff | 1.25 | $325.00 | **$406.25** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / John Ducoff | 3.50 | $325.00 | **$1,137.50** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / John Ducoff | 0.75 | $325.00 | **$243.75** |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 7.75 | $395.00 | **$3,061.25** |
| Service | Texas Permanent Injunction - 12/13/2019 - Document Review/Data Analysis/Verification Work / Nadia Sexton | 6.00 | $325.00 | **$1,950.00** |

| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Tim Ross | 6.00 | $395.00 | $2,370.00 |
|---------|------|------|------|------|
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Oliver Ponce | 6.00 | $120.00 | $720.00 |
| Service | Texas Permanent Injunction - 12/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Yana Mayevskaya | 6.00 | $250.00 | $1,500.00 |
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / David Howard | 3.00 | $325.00 | $975.00 |
| Service | Texas Permanent Injunction - 12/14/2019 - Project Management & Planning / Lisa Taylor | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 12/14/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/14/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.50 | $325.00 | $487.50 |
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 3.00 | $325.00 | $975.00 |

| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 0.50 | $325.00 | $162.50 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/14/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Nadia Sexton | 3.00 | $325.00 | $975.00 |
| Service | Texas Permanent Injunction - 12/15/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/15/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/15/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 1.50 | $325.00 | $487.50 |
| Service | Texas Permanent Injunction - 12/15/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/15/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 12/15/2019 - Project Management & Planning / Lisa Taylor | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 12/15/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.00 | $325.00 | $325.00 |
| Service | Texas Permanent Injunction - 12/15/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 1.25 | $395.00 | $493.75 |
| Service | Texas Permanent Injunction - 12/16/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 5.50 | $85.00 | $467.50 |
| Service | Texas Permanent Injunction - 12/16/2019 - Project Management & Planning / Lisa Taylor | 1.25 | $395.00 | $493.75 |
| Service | Texas Permanent Injunction - 12/16/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 6.00 | $395.00 | $2,370.00 |
| Service | Texas Permanent Injunction - 12/16/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.50 | $325.00 | $812.50 |
| Service | Texas Permanent Injunction - 12/16/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 2.75 | $325.00 | $893.75 |

| Service | Texas Permanent Injunction - 12/16/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 3.25 | $395.00 | $1,283.75 |
|---------|---|---|---|---|
| Service | Texas Permanent Injunction - 12/16/2019 - Project Management & Planning / Megan Annitto | 4.25 | $395.00 | $1,678.75 |
| Service | Texas Permanent Injunction - 12/16/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 12/16/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/16/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 12/16/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 12/16/2019 - Project Management & Planning / Charmaine Thomas | 1.75 | $395.00 | $691.25 |
| Service | Texas Permanent Injunction - 12/16/2019 - Document Review/Data Analysis/Verification Work / David Howard | 0.50 | $325.00 | $162.50 |
| Service | Texas Permanent Injunction - 12/16/2019 - Project Management & Planning / Yana Mayevskaya | 0.75 | $250.00 | $187.50 |
| Service | Texas Permanent Injunction - 12/17/2019 - Project Management & Planning / Kevin Ryan | 0.25 | $425.00 | $106.25 |
| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/17/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.50 | $175.00 | $87.50 |
| Service | Texas Permanent Injunction - 12/17/2019 - Project Management & Planning / Lisa Taylor | 0.75 | $395.00 | $296.25 |
| Service | Texas Permanent Injunction - 12/17/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 6.50 | $395.00 | $2,567.50 |
| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.75 | $395.00 | $296.25 |

| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 5.75 | $85.00 | **$488.75** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/17/2019 - Project Management & Planning / Charmaine Thomas | 6.25 | $395.00 | **$2,468.75** |
| Service | Texas Permanent Injunction - 12/17/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.00 | $425.00 | **$425.00** |
| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.75 | $325.00 | **$893.75** |
| Service | Texas Permanent Injunction - 12/17/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 1.25 | $85.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 12/17/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 2.75 | $120.00 | **$330.00** |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Megan Annitto | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 4.50 | $85.00 | **$382.50** |
| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 2.50 | $395.00 | **$987.50** |
| Service | Texas Permanent Injunction - 12/18/2019 - Project Management & Planning / Charmaine Thomas | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Charmaine Thomas | 2.50 | $395.00 | **$987.50** |
| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 2.50 | $85.00 | **$212.50** |

| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 4.25 | $395.00 | $1,678.75 |
|---------|---------|------|---------|-----------|
| Service | Texas Permanent Injunction - 12/18/2019 - Project Management & Planning / Megan Annitto | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 1.25 | $325.00 | $406.25 |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.25 | $325.00 | $406.25 |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Eileen Crummy | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.50 | $425.00 | $637.50 |
| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 2.25 | $425.00 | $956.25 |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.00 | $425.00 | $850.00 |
| Service | Texas Permanent Injunction - 12/18/2019 - Report and Document Preparation / Charmaine Thomas | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Tim Ross | 2.00 | $395.00 | $790.00 |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 12/18/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 1.75 | $120.00 | $210.00 |
| Service | Texas Permanent Injunction - 12/18/2019 - Project Management & Planning / Oliver Ponce | 1.00 | $120.00 | $120.00 |
| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Oliver Ponce | 2.25 | $120.00 | $270.00 |
| Service | Texas Permanent Injunction - 12/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Yana Mayevskaya | 2.25 | $250.00 | $562.50 |

| Service | Texas Permanent Injunction - 12/19/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
|---------|---------|------|---------|-----------|
| Service | Texas Permanent Injunction - 12/19/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 3.25 | $395.00 | **$1,283.75** |
| Service | Texas Permanent Injunction - 12/19/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/19/2019 - Report and Document Preparation / Charmaine Thomas | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Permanent Injunction - 12/19/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/19/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 7.00 | $85.00 | **$595.00** |
| Service | Texas Permanent Injunction - 12/19/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.25 | $425.00 | **$106.25** |
| Service | Texas Permanent Injunction - 12/19/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/19/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 12/19/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 12/19/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Permanent Injunction - 12/19/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 12/19/2019 - Project Management & Planning / Megan Annitto | 4.75 | $395.00 | **$1,876.25** |
| Service | Texas Permanent Injunction - 12/19/2019 - Document Review/Data Analysis/Verification Work / Nadia Sexton | 2.00 | $325.00 | **$650.00** |
| Service | Texas Permanent Injunction - 12/19/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 2.25 | $395.00 | **$888.75** |
| Service | Texas Permanent Injunction - 12/19/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Oliver Ponce | 2.00 | $120.00 | **$240.00** |

| Service | Texas Permanent Injunction - 12/19/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 2.00 | $120.00 | **$240.00** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/19/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Yana Mayevskaya | 2.50 | $250.00 | **$625.00** |
| Service | Texas Permanent Injunction - 12/20/2019 - Project Management & Planning / Kevin Ryan | 2.75 | $425.00 | **$1,168.75** |
| Service | Texas Permanent Injunction - 12/20/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / John Ducoff | 0.50 | $325.00 | **$162.50** |
| Service | Texas Permanent Injunction - 12/20/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.75 | $425.00 | **$743.75** |
| Service | Texas Permanent Injunction - 12/20/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/20/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 3.50 | $85.00 | **$297.50** |
| Service | Texas Permanent Injunction - 12/20/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 7.00 | $395.00 | **$2,765.00** |
| Service | Texas Permanent Injunction - 12/20/2019 - Project Management & Planning / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/20/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 3.25 | $325.00 | **$1,056.25** |
| Service | Texas Permanent Injunction - 12/20/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 8.50 | $395.00 | **$3,357.50** |
| Service | Texas Permanent Injunction - 12/20/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 0.75 | $395.00 | **$296.25** |
| Service | Texas Permanent Injunction - 12/20/2019 - Project Management & Planning / Megan Annitto | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Permanent Injunction - 12/20/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/20/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 7.50 | $120.00 | **$900.00** |
| Service | Texas Permanent Injunction - 12/21/2019 - Report and Document Preparation / Charmaine Thomas | 3.25 | $395.00 | **$1,283.75** |

| Service | Texas Permanent Injunction - 12/21/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 4.50 | $325.00 | $1,462.50 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/21/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 1.25 | $325.00 | $406.25 |
| Service | Texas Permanent Injunction - 12/21/2019 - Document Review/Data Analysis/Verification Work / David Howard | 1.75 | $325.00 | $568.75 |
| Service | Texas Permanent Injunction - 12/21/2019 - Document Review/Data Analysis/Verification Work / Nadia Sexton | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Permanent Injunction - 12/22/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 2.00 | $325.00 | $650.00 |
| Service | Texas Permanent Injunction - 12/23/2019 - Project Management & Planning / Eileen Crummy | 0.75 | $395.00 | $296.25 |
| Service | Texas Permanent Injunction - 12/23/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | $212.50 |
| Service | Texas Permanent Injunction - 12/23/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Permanent Injunction - 12/23/2019 - Project Management & Planning / Lisa Taylor | 0.25 | $395.00 | $98.75 |
| Service | Texas Permanent Injunction - 12/23/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.00 | $425.00 | $425.00 |
| Service | Texas Permanent Injunction - 12/23/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.75 | $325.00 | $568.75 |
| Service | Texas Permanent Injunction - 12/23/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 2.00 | $325.00 | $650.00 |
| Service | Texas Permanent Injunction - 12/23/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Permanent Injunction - 12/23/2019 - Document Review/Data Analysis/Verification Work / Nadia Sexton | 3.00 | $325.00 | $975.00 |
| Service | Texas Permanent Injunction - 12/23/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Nadia Sexton | 2.00 | $325.00 | $650.00 |
| Service | Texas Permanent Injunction - 12/23/2019 - Project Management & Planning / Charmaine Thomas | 3.75 | $395.00 | $1,481.25 |

| Service | Texas Permanent Injunction - 12/23/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / David Howard | 2.00 | $325.00 | **$650.00** |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/23/2019 - Document Review/Data Analysis/Verification Work / David Howard | 0.50 | $325.00 | **$162.50** |
| Service | Texas Permanent Injunction - 12/23/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/23/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 3.50 | $120.00 | **$420.00** |
| Service | Texas Permanent Injunction - 12/24/2019 - Project Management & Planning / Lisa Taylor | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/24/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.25 | $325.00 | **$406.25** |
| Service | Texas Permanent Injunction - 12/24/2019 - Document Review/Data Analysis/Verification Work / David Howard | 1.00 | $325.00 | **$325.00** |
| Service | Texas Permanent Injunction - 12/24/2019 - Document Review/Data Analysis/Verification Work / Tim Ross | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 12/24/2019 - Document Review/Data Analysis/Verification Work / Oliver Ponce | 4.00 | $120.00 | **$480.00** |
| Service | Texas Permanent Injunction - 12/26/2019 - Document Review/Data Analysis/Verification Work / Nadia Sexton | 3.00 | $325.00 | **$975.00** |
| Service | Texas Permanent Injunction - 12/27/2019 - Document Review/Data Analysis/Verification Work / Claudia Tahan | 7.00 | $395.00 | **$2,765.00** |
| Service | Texas Permanent Injunction - 12/27/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 1.50 | $325.00 | **$487.50** |
| Service | Texas Permanent Injunction - 12/27/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 1.75 | $325.00 | **$568.75** |
| Service | Texas Permanent Injunction - 12/27/2019 - Project Management & Planning / Charmaine Thomas | 6.25 | $395.00 | **$2,468.75** |
| Service | Texas Permanent Injunction - 12/27/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.25 | $325.00 | **$406.25** |
| Service | Texas Permanent Injunction - 12/27/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Permanent Injunction - 12/27/2019 - Project Management & Planning / Megan Annitto | 1.00 | $395.00 | **$395.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/27/2019 - Project Management & Planning / Lisa Taylor | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/27/2019 - Document Review/Data Analysis/Verification Work / David Howard | 0.50 | $325.00 | **$162.50** |
| Service | Texas Permanent Injunction - 12/28/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 2.00 | $395.00 | **$790.00** |
| Service | Texas Permanent Injunction - 12/28/2019 - Project Management & Planning / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/28/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 1.25 | $325.00 | **$406.25** |
| Service | Texas Permanent Injunction - 12/28/2019 - Document Review/Data Analysis/Verification Work / David Howard | 2.25 | $325.00 | **$731.25** |
| Service | Texas Permanent Injunction - 12/29/2019 - Document Review/Data Analysis/Verification Work / David Howard | 1.75 | $325.00 | **$568.75** |
| Service | Texas Permanent Injunction - 12/29/2019 - Project Management & Planning / Megan Annitto | 1.00 | $395.00 | **$395.00** |
| Service | Texas Permanent Injunction - 12/29/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 1.25 | $325.00 | **$406.25** |
| Service | Texas Permanent Injunction - 12/30/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.25 | $175.00 | **$43.75** |
| Service | Texas Permanent Injunction - 12/30/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 2.50 | $325.00 | **$812.50** |
| Service | Texas Permanent Injunction - 12/30/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 1.75 | $425.00 | **$743.75** |
| Service | Texas Permanent Injunction - 12/30/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 1.75 | $425.00 | **$743.75** |
| Service | Texas Permanent Injunction - 12/30/2019 - Project Management & Planning / Kevin Ryan | 0.75 | $425.00 | **$318.75** |
| Service | Texas Permanent Injunction - 12/30/2019 - Project Management & Planning / Eileen Crummy | 0.25 | $395.00 | **$98.75** |
| Service | Texas Permanent Injunction - 12/30/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/30/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 0.50 | $425.00 | **$212.50** |

| Service | Texas Permanent Injunction - 12/30/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Megan Annitto | 3.00 | $395.00 | $1,185.00 |
|---|---|---|---|---|
| Service | Texas Permanent Injunction - 12/30/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 6.00 | $85.00 | $510.00 |
| Service | Texas Permanent Injunction - 12/30/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Natalie Nunez | 1.00 | $85.00 | $85.00 |
| Service | Texas Permanent Injunction - 12/30/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | $197.50 |
| Service | Texas Permanent Injunction - 12/30/2019 - Project Management & Planning / Megan Annitto | 6.00 | $395.00 | $2,370.00 |
| Service | Texas Permanent Injunction - 12/30/2019 - Document Review/Data Analysis/Verification Work / Jody Drebes | 6.00 | $395.00 | $2,370.00 |
| Service | Texas Permanent Injunction - 12/30/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Charmaine Thomas | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 12/30/2019 - Document Review/Data Analysis/Verification Work / Charmaine Thomas | 6.00 | $395.00 | $2,370.00 |
| Service | Texas Permanent Injunction - 12/30/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Jody Drebes | 1.00 | $395.00 | $395.00 |
| Service | Texas Permanent Injunction - 12/30/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 0.25 | $325.00 | $81.25 |
| Service | Texas Permanent Injunction - 12/30/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Diane Scott | 0.25 | $325.00 | $81.25 |
| Service | Texas Permanent Injunction - 12/30/2019 - Document Review/Data Analysis/Verification Work / Diane Scott | 0.50 | $325.00 | $162.50 |
| Service | Texas Permanent Injunction - 12/30/2019 - Document Review/Data Analysis/Verification Work / David Howard | 1.50 | $325.00 | $487.50 |
| Service | Texas Permanent Injunction - 12/31/2019 - Document Review/Data Analysis/Verification Work / Natalie Nunez | 7.00 | $85.00 | $595.00 |
| Service | Texas Permanent Injunction - 12/31/2019 - Monitoring Administration, Document Control, Research, Analysis (Administrator Only) / Maria Lundgren | 0.50 | $175.00 | $87.50 |

| Service | Texas Permanent Injunction - 12/31/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 4.75 | $325.00 | **$1,543.75** |
| Service | Texas Permanent Injunction - 12/31/2019 - Project Management & Planning / Megan Annitto | 3.50 | $395.00 | **$1,382.50** |
| Service | Texas Permanent Injunction - 12/31/2019 - Document Review/Data Analysis/Verification Work / Kevin Ryan | 2.00 | $425.00 | **$850.00** |
| Service | Texas Permanent Injunction - 12/31/2019 - Project Management & Planning / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/31/2019 - Project Management & Planning / Lisa Taylor | 0.50 | $395.00 | **$197.50** |
| Service | Texas Permanent Injunction - 12/31/2019 - Project Management & Planning / Kevin Ryan | 1.25 | $425.00 | **$531.25** |
| Service | Texas Permanent Injunction - 12/31/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Kevin Ryan | 0.50 | $425.00 | **$212.50** |
| Service | Texas Permanent Injunction - 12/31/2019 - Project Management & Planning / Jody Drebes | 3.50 | $395.00 | **$1,382.50** |
| Service | Texas Permanent Injunction - 12/31/2019 - Document Review/Data Analysis/Verification Work / John Ducoff | 0.50 | $325.00 | **$162.50** |
| Expense | Texas Permanent Injunction - 12/01/2019 - Travel: Airfare / Kevin Ryan | 1.00 | $750.00 | **$750.00** |
| Expense | Texas Permanent Injunction - 12/02/2019 - Travel: Airfare / Eileen Crummy | 1.00 | $644.60 | **$644.60** |
| Expense | Texas Permanent Injunction - 12/02/2019 - Travel: Ground Transportation / Eileen Crummy | 1.00 | $66.00 | **$66.00** |
| Expense | Texas Permanent Injunction - 12/02/2019 - Travel: Airfare / Lisa Taylor | 1.00 | $1,017.00 | **$1,017.00** |
| Expense | Texas Permanent Injunction - 12/02/2019 - Travel: Hotels / Kevin Ryan | 1.00 | $174.33 | **$174.33** |
| Expense | Texas Permanent Injunction - 12/02/2019 - Travel: Meals / Lisa Taylor | 1.00 | $17.96 | **$17.96** |
| Expense | Texas Permanent Injunction - 12/02/2019 - Travel: Ground Transportation / Eileen Crummy | 1.00 | $24.54 | **$24.54** |
| Expense | Texas Permanent Injunction - 12/03/2019 - Travel: Ground Transportation / Kevin Ryan | 1.00 | $267.09 | **$267.09** |

| Expense | Texas Permanent Injunction - 12/03/2019 - Travel: Hotels / Kevin Ryan | 1.00 | $124.92 | **$124.92** |
|---|---|---|---|---|
| Expense | Texas Permanent Injunction - 12/03/2019 - Travel: Meals / Lisa Taylor | 1.00 | $39.76 | **$39.76** |
| Expense | Texas Permanent Injunction - 12/03/2019 - Travel: Meals / Lisa Taylor | 1.00 | $10.39 | **$10.39** |
| Expense | Texas Permanent Injunction - 12/03/2019 - Travel: Meals / Eileen Crummy | 1.00 | $28.00 | **$28.00** |
| Expense | Texas Permanent Injunction - 12/03/2019 - Travel: Parking and Tolls / Kevin Ryan | 1.00 | $94.00 | **$94.00** |
| Expense | Texas Permanent Injunction - 12/03/2019 - Travel: Mileage / Kevin Ryan | 1.00 | $43.79 | **$43.79** |
| Expense | Texas Permanent Injunction - 12/04/2019 - Travel: Ground Transportation / Eileen Crummy | 1.00 | $66.00 | **$66.00** |
| Expense | Texas Permanent Injunction - 12/04/2019 - Travel: Hotels / Eileen Crummy | 1.00 | $388.02 | **$388.02** |
| Expense | Texas Permanent Injunction - 12/04/2019 - Travel: Ground Transportation / Lisa Taylor | 1.00 | $328.05 | **$328.05** |
| Expense | Texas Permanent Injunction - 12/04/2019 - Travel: Ground Transportation / Lisa Taylor | 1.00 | $145.00 | **$145.00** |
| Expense | Texas Permanent Injunction - 12/04/2019 - Travel: Hotels / Lisa Taylor | 1.00 | $388.02 | **$388.02** |
| Expense | Texas Permanent Injunction - 12/04/2019 - Travel: Parking and Tolls / Lisa Taylor | 1.00 | $64.96 | **$64.96** |
| Expense | Texas Permanent Injunction - 12/04/2019 - Travel: Ground Transportation / Lisa Taylor | 1.00 | $22.28 | **$22.28** |
| Expense | Texas Permanent Injunction - 12/11/2019 - Travel: Hotels / Megan Annitto | 1.00 | $142.60 | **$142.60** |
| Expense | Texas Permanent Injunction - 12/11/2019 - Travel: Airfare / Megan Annitto | 1.00 | $608.11 | **$608.11** |
| Expense | Texas Permanent Injunction - 12/12/2019 - Travel: Ground Transportation / Megan Annitto | 1.00 | $14.25 | **$14.25** |
| Expense | Texas Permanent Injunction - 12/12/2019 - Travel: Ground Transportation / Megan Annitto | 1.00 | $10.00 | **$10.00** |

| Expense | Texas Permanent Injunction - 12/12/2019 - Travel: Meals / Megan Annitto | 1.00 | $23.00 | **$23.00** |
|---------|---|------|--------|------------|
| Expense | Texas Permanent Injunction - 12/12/2019 - Travel: Parking and Tolls / Megan Annitto | 1.00 | $27.00 | **$27.00** |
| Expense | Texas Permanent Injunction - 12/12/2019 - Travel: Ground Transportation / Megan Annitto | 1.00 | $26.73 | **$26.73** |
| Expense | Texas Permanent Injunction - 12/13/2019 - Travel: Ground Transportation / John Ducoff | 1.00 | $17.45 | **$17.45** |
| Expense | Texas Permanent Injunction - 12/13/2019 - Travel: Ground Transportation / John Ducoff | 1.00 | $17.45 | **$17.45** |

**Amount Due**    **$304,156.30**