## Receipt for confirmation number FH3MMG

# UNITED ▪ | A STAR ALLIANCE MEMBER ✈

**Confirmation: FH3MMG**

Check-In >

Issue Date: October 24, 2019

| Traveler | eTicket Number | Frequent Flyer | | Seats |
|---|---|---|---|---|
| RYAN/KEVINMICHAEL | 0162478952225 | Premier Silver / *S | | 2B/2A |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 01DEC19 | UA1837 | J | NEWARK, NJ (EWR - LIBERTY) 7:59 PM | AUSTIN, TX (AUS) 11:13 PM | A-320 | Dinner |
| Tue, 03DEC19 | UA572 | D | AUSTIN, TX (AUS) 4:30 PM | NEWARK, NJ (EWR - LIBERTY) 8:58 PM | A-320 | Dinner |

**FARE INFORMATION**

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 2,221.40USD | AMERICAN EXPRESS |
| U.S. Transportation Tax: | 166.6 | Last Four Digits |
| U.S. Flight Segment Tax: | 8.4 | |
| September 11th Security Fee: | 11.2 | |
| U.S. Passenger Facility Charge: | 9 | |
| Per Person Total: | 2,416.60USD | |
| | | $750.ᴹ |
| **eTicket Total:** | **2,416.60USD** | |

The airfare you paid on this itinerary totals: 2,221.40 USD

**The taxes, fees, and surcharges paid total: 195.20 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary.

#### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 12/1/2019 Newark, NJ (EWR - Liberty) to Austin, TX (AUS) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 12/3/2019 Austin, TX (AUS) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### MileagePlus Accrual Details

RYAN/KEVINMICHAEL

| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
|---|---|---|---|---|---|---|
| 2019-12-01 | 1837 | Newark, NJ (EWR - Liberty)-Austin, TX (AUS) | 11515 | 4503 | 1.5 | 1645 |
| 2019-12-03 | 0572 | Austin, TX (AUS)-Newark, NJ (EWR - Liberty) | 3521 | 3002 | 1.5 | 503 |
| | | | Award Miles | PQM | PQS | PQD |
| Kevinmichael's MileagePlus Accrual totals: | | | 15036 | 7505 | 3 | 2148 |

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Our Premier Program changes January 1, 2020: If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

  1) you booked prior to May 1, 2019 and are viewing an emailed receipt or



*Kevin Ryan*
*Comparison rate*

5:12

Tue., Dec. 3, 2019
Roundtrip, 1 traveler

Austin to New York/Newark

| UA572 | 4:30pm | 3h 28m | 8:58pm |
| --- | --- | --- | --- |
| Airbus A320 | AUS | | EWR |

United Economy (Q) / Meals for purchase

Seat map

Total distance: 1,501 miles

Choose your travel experience          Compare ⟩

| Economy | Economy (flexible) | First (2-cabin, lowest) |
| --- | --- | --- |
| Our economy fare with options for customizing your travel | Refundable fare; cancellation and change fees may apply | Our lowest available fare |
| Roundtrip $2,198 | Roundtrip $2,582 | Roundtrip $2,417 |
| Select | Select | Select |

**Book without worry**
Cancel for free within 24 hours of booking

## Receipt for confirmation number FNTZ8W

**UNITED** | A STAR ALLIANCE MEMBER    **Confirmation: FNTZ8W**

Check-In >

**Issue Date:** October 25, 2019

| Traveler | eTicket Number | | Seats |
|---|---|---|---|
| CRUMMY/EILEENMARIE | 0162478973413 | | 2B/2B |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 02DEC19 | UA2317 | C | NEWARK, NJ (EWR - LIBERTY) **9:30 AM** | AUSTIN, TX (AUS) **12:56 PM** | A-320 | Breakfast |
| Wed, 04DEC19 | UA904 | D | AUSTIN, TX (AUS) **11:30 AM** | NEWARK, NJ (EWR - LIBERTY) **4:00 PM** | 737-800 | Lunch |

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 1,193.49USD | VISA |
| U.S. Transportation Tax: | 89.51 | Last Four Digits ▮▮▮▮ |
| U.S. Flight Segment Tax: | 8.4 | |
| September 11th Security Fee: | 11.2 | |
| U.S. Passenger Facility Charge: | 9 | |
| Per Person Total: | 1,311.60USD | |
| **eTicket Total:** | **1,311.60USD** | |

*$644.60*

The airfare you paid on this itinerary totals: 1,193.49 USD

**The taxes, fees, and surcharges paid total: 118.11 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary.

#### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 12/2/2019 Newark, NJ (EWR - Liberty) to Austin, TX (AUS) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 12/4/2019 Austin, TX (AUS) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

### MileagePlus Accrual Details

CRUMMY/EILEENMARIE

| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
|---|---|---|---|---|---|---|
| 2019-12-02 | 0791 | Newark, NJ (EWR - Liberty)-Austin, TX (AUS) | 3460 | 3002 | 1.5 | 692 |
| 2019-12-04 | 0904 | Austin, TX (AUS)-Newark, NJ (EWR - Liberty) | 1865 | 2252 | 1.5 | 373 |
| | | | Award Miles | PQM | PQS | PQD |
| Eileenmarie's MileagePlus Accrual totals: | | | 5325 | 5254 | 3 | 1065 |

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Our Premier Program changes January 1, 2020: If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

*Eileen Crummy*
*Comparison rate*
*12/2 - 4/19*



Hi, Eileen                    View Account | Sign out

Roundtrip (1 traveler)                    Edit search

**Mon, Dec 02, 2019**                         Revise
EWR - AUS 12:29 pm - 3:40 pm

**Wed, Dec 04, 2019**                         Revise
AUS - EWR 11:30 am - 4:00 pm

Fare                                      $573.02
Taxes and fees                             $71.58

TOTAL                                     $644.60

## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | December 2, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | |
| Fax: | |

| Description | Trip | Cost Per Unit | Amount |
|---|---|---|---|
| Car Service from          Cranford to Newark Airport | 1 | $     55.00 | $     55.00 |
| | | Invoice Subtotal | $     55.00 |
| | | Gratuity | $11.00 |
| | | **TOTAL** | $     66.00 |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

**AmericanAirlines**

AA RECORD LOCATOR: LAKDGW

 

Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

### Philadelphia to Austin

1 Adult
**Monday December 2, 2019 – Wednesday December 4, 2019**

| AA Record Locator | Reservation Name |
|---|---|
| **LAKDGW** | **PHL/AUS** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Ticketed Oct 24, 2019 |

**Total Paid:**

**$1,168.59 USD**

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **1794** | **Philadelphia (PHL)** December 2, 2019 11:15 AM Travel Time : 4 h 17 m Class : Business Seat : 3A | **Austin (AUS)** December 2, 2019 02:32 PM Booking Code : I Plane Type : E90 |

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **2774** | **Austin (AUS)** December 4, 2019 06:57 AM Travel Time : 3 h 23 m Class : Business Seat : 2A | **Philadelphia (PHL)** December 4, 2019 11:20 AM Booking Code : D Plane Type : E90 |

**Fare Amount**

Adult
1 × $1,060.46 USD    $1,060.46 USD

**AAdvantage® Benefits**

Priority Access℠    $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $108.13 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$1,168.59 USD**

## Receipt

$1017.00

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ALEXANDER TAYLOR,LISA | 0012385397265 | ■■■■ | $1,060.46 USD | 108.13 | 1168.59 |
| **Payment Type:** MASTER CARD | ■■■■ | | | Total | $1,168.59 USD |

### Endorsements/Restrictions
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

### Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.



*Lisa Taylor*
*Comparison rate*
*12/2 - 4/19*

Your trip summary

« New search

Main Cabin

Round trip (Non-refundable)

$1,017 per person

Total $1,016.59 (all passengers)
Price and tax information 🛈

Good value with benefits
■ Choose your seat (fee may apply)
■ Eligible for upgrades on American flights
■ Flight changes allowed (fee applies)

Includes taxes and carrier imposed fees.
Bag and optional fees 🛈

Depart Philadelphia, PA to Austin, TX
Monday, December 2, 2019

11:15 AM    →    2:32 PM    4h 17m    Nonstop    Main Cabin
AA 1794 : E90-Embraer RJ-190 🛇
Details | Change

Return Austin, TX to Philadelphia, PA
Wednesday, December 4, 2019

6:57 AM    →    11:20 AM    3h 23m    Nonstop    Main Cabin
AA 274 : E90-Embraer RJ-190 🛇
Details | Change

**Residence Inn Austin Airport**

3201 Caseybridge Court

Austin, TX 78744 US

+1 512-326-1100

## Summary of Charges

| Guest Information | KEVIN RYAN | Dates of Stay | 12/01/2019 - 12/02/2019 |
|---|---|---|---|
| | | Room number | 127 |
| | | Guest number | 63544 |
| | | Member Number | ███████ |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 12/01/2019 | Room Charge | J1127 | 149.00 | |
| 12/01/2019 | State Occupancy Tax | T2127 | 8.94 | |
| 12/01/2019 | City Tax | T3127 | 16.39 | |
| 12/02/2019 | American Express | AX08:42AM | | 174.33 |
| **Total balance** | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

Marker 10
208 Barton Springs Rd
Austin, TX 78704
512-477-1234

Opened By: Lauren

------------------------------

TBL 31A/0                        CHK 435659
        2019-12-02  18:30:57

1      Bat Bridge Burger              14.00
------------------------------
  FOOD                               14.00
            Sub Total:               14.00
           *Tax Total:                1.16
           Check Total:              15.16
18:32:03 Printed By: Lauren
------------------------------

Tip:        _____   2.80

Total:      _____   17.96

Room:       _____

Name:       _____

Signature:  _____

Join World of Hyatt today
and start earning points for
stays, dining and more.
Visit worldofhyatt.com
*Not point earning eligible.
#Not point redemption eligible

        SUGGESTED TIPS:
          20% is $2.80
          18% is $2.52
          15% is $2.10



Eileen
Aus/hotel

**← Trip Details**

**12/2/19, 7:24 PM**      **$20.45**
Toyota Highlander BP4S780    +$4.09
                         Add to your tip

- 3819 Presidential Blvd, Austin, TX...
- 208 Barton Springs Rd, Austin, TX...

 **You rated Haji**      ★★★★★

**Need help with this trip?**

**Switch payment method**      **Chan**

I want to switch my        I want
payment method for        driver'

 PRINT

**THE HERTZ CORPORATION**
Phone:    800-654-4173
Fax:
Web:    www.hertz.com

**Hertz**

**REPRINT**

Rental Agreement No: 179634674
Invoice Date:    12/04/2019
Document:    949004794560

Renter:    KEVIN RYAN
Account No.:    ▮▮▮▮▮▮▮AMX
CDP No.:    1959919
CDP Name:    PUBLIC CATALYST

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

KEVIN RYAN

**RENTAL REFERENCE**
Rental Agreement No: 179634674
Reservation ID:    J2323273994
Frequent Traveler:    ZE1

**MISCELLANEOUS INFORMATION**
CC AUTH:  104714  DATE: 2019/12/02  AMT:  494.00

**Gold Plus Rewards Points**
Earned this rental:    243

**RENTAL DETAILS**
Rate Plan:    IN: RCUD1    OUT: RCUD1
Rented On:    12/02/2019 01:40  LOC# 163615
              AUSTIN, TX
Returned On:  12/03/2019 15:21  LOC# 163615
              AUSTIN, TX
Car Description:   SIREQUINOXAWD1N DSY2564
Veh. No.:          2388684
CAR CLASS Charged: F    MILEAGE    In: 46,566
          Rented:  L               Out: 46,538
          Reserved: F           Driven:     28

**RENTAL CHARGES**
| | | | |
|---|---|---|---|
| DAYS | 2 @ | 114.17 | 228.34 |
| SUBTOTAL | | | 228.34 |
| DISCOUNT | | 20.00% | -45.67 |
| SUBTOTAL | | | 182.67 |
| | | | |
| FUEL & SERVICE | | | 11.65 |
| CONCESSION FEE RECOVERY | | | 22.18 |
| VEHICLE LICENSE FEE | | | 3.88 |
| CUSTOMER FACILITY CHARGE | | | 11.90 |
| ENERGY SURCHARGE | | | 1.49 |
| TAX | | 15.00% | 33.32 |

AMOUNT DUE    267.09 USD

Hertz incorrectly calculated mileage for this rental.  Mileage should have reflected Austin Airport to Residence Inn Austin; Residence Inn Austin to San Antonio; San Antonio to Austin Airport. Should be approximately 180 miles.

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Phone:        800-654-4173
Web:          www.hertz.com

AMOUNT BILLED TO ACCOUNT:    267.09 USD

**Residence Inn San Antonio North/Stone Oak**
1115 North Loop 1604 East
San Antonio, TX 78232 US
+1 210-490-1333

## Summary of Charges

| Guest Information | KEVIN RYAN | Dates of Stay | 12/02/2019 - 12/03/2019 |
|---|---|---|---|
| | | Room number | 323 |
| | | Guest number | 69730 |
| | | Member Number | ▮▮▮▮ |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 12/02/2019 | Room Charge | J1323 | 107.00 | |
| 12/02/2019 | State Occupancy Tax | T2323 | 6.42 | |
| 12/02/2019 | City Tax | T3323 | 9.63 | |
| 12/02/2019 | County Tax | T4323 | 1.87 | |
| 12/03/2019 | American Express | AX12:29PM | | 124.92 |
| **Total balance** | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our <u>Privacy Statement.</u>

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

Questions about your bill? Please contact your hotel directly at +1 210-490-1333

Page 1 of 1

EC & LT

```
              Marker 10
          208 Barton Springs Rd
            Austin, TX 78704
              512-477-1234
                 Reprint
Opened By: Jamie                    3
                 ladies 1
-----------------------------------------
TBL 110/2                    CHK 435879
         2019-12-03  19:30:24
-----------------------------------------
1      From the Pit Single      20.00
1      Mini Tacos               11.00
-----------------------------------------
  FOOD                          31.00
           Sub Total:           31.00
          *Tax Total:            2.56
          Check Total:          33.56
20:59:34 Printed By: Jamie
-----------------------------------------

Tip:          _____    6.20

Total:        _____    39.76

Room:         _____

Name:         _____

Signature:    _____  Lisa Taylor
          _____

Join World of Hyatt today
and start earning points for
stays, dining and more.
Visit worldofhyatt.com
*Not point earning eligible.
#Not point redemption eligible

             SUGGESTED TIPS:
               20% is $6.20
               18% is $5.58
               15% is $4.65
```

Lisa
Eileen

BILL MILLER BAR B-Q #47

Date: 12/ /2019    Time  1:50:34 PM

Status:         Approved

Card Type       Master
Card Number:    ▮▮▮▮▮▮▮▮
Swipe/Manual:   chip

Server ID:      894/CANDACE94
Check Number:   473153
Profit Center:  For Here
Card Owner:     ALEXANDER TAYLOR/LISA

     AMOUNT   10 39

     Approval: 01524P


EC ? LT


Order Number: 153

          BILL MILLER BAR B-Q #47
             (210)645-9303

Check No 473153/
Tab 2203      Server  894

        COMBO MEAL #09         5.77
           SMALL FRIES         0.00
    2   BEAN & CHEESE TACO      1.98
           FLOUR TORTILLA       0.00

        Food Sub-Total         7.75

           SWEET TEA           0.00
        LARGE DRINK            1.85

        Beverage Sub-Total     1.85


        US TOTAL               9.60
        Sales Tax              0.79
        ---------------------------
        TOTAL: 10.39


        Thank You
        CANDACE94

:50:51 P-                  12/3/2019


        OUR FAMILY SERVING YOURS
          FOR OVER 65 YEARS!!



Breakfast - Eileen & Lisa

Eileen
Lisa

**Southwest Bistro**
208 Barton Springs Rd
Austin, TX 78704
512-477-1234

Opened By: Yuri                    1

- - - - - - - - - - - - - - - - - - - - - - -

TBL 30/2                    CHK 103090
        2019-12-03  07:38:06

1      Two Eggs Any Way          14.00
1      Loaded Omelet             15.00
2      Coffee                     7.00
_____
  FOOD                           36.00
          Sub Total:             36.00
         *Tax Total:              2.97
        Check Total:             38.97
08:05:12 Printed By: Yuri
- - - - - - - - - - - - - - - - - - - - - - -

Tip:          $28.00

Total:

```
        NEWARK AIRPORT
      SHORT TERM PARKING

   EXIT LANE NO.:          954
   RECEIPT:             93606
   CASHIER:                 0
   TRANSACTION:             0
   EZPass
   NO:          ██████████████
   CC VALID     12/30
   SNR:         02 009 1120803
   EXPIRES:     12.01.24 23:59
   ENTRY:       12.01.19 20:15
   PAID AT:     12.03.19 22:07
   TICKET TYPE: TRANSIENT TICKE
   FEE:             94.00 USD
   PAID:            94.00 USD
   ---------------------
   TOTAL:           94.00 USD

   CAR:             X665FSA
   STAY 2D 1:52
       TAXES INCLUDED
      THANK YOU FOR
         PARKING AT
      NEWARK AIRPORT
      HAVE A SAFE TRIP
```

Kevin

*Kevin*

**Google Maps**     Fair Haven, New Jersey to Newark Liberty International Airport          Drive 36.8 miles, 43 min

## Fair Haven
New Jersey

**Take River Rd and E Front St to Garden State Pkwy in Middletown**

                                                                14 min (4.4 mi)

⬆  1.  Head northwest on ▮▮▮▮▮ oward River Rd

                                                                0.1 mi

↰  2.  Turn left onto River Rd

                                                                1.3 mi

⬆  3.  Continue onto E Front St

                                                                2.0 mi

↰  4.  Turn left onto Half Mile Rd

                                                                0.3 mi

↱  5.  Turn right onto Schulz Dr
        ⚠ Toll road

                                                                0.7 mi

**Continue on Garden State Pkwy. Drive from I-95 N to Elizabeth. Take the exit toward US 1-9/Newark from NJ-81 N**

                                                                30 min (31.7 mi)

🚶 6.  Merge onto Garden State Pkwy
        ⚠ Toll road

                                                                16.0 mi

⬈  7.  Keep left at the fork to stay on Garden State Pkwy

                                                                2.6 mi

↱  8.  Use the right 2 lanes to take exit 129 for I-95 N
        ⚠ Toll road

                                                                1.2 mi

⬈  9.  Keep left at the fork and merge onto I-95 N
        ⚠ Toll road

                                                                10.0 mi

↱  10.  Take exit 13A toward Elizabeth Seaport/Newark Airport
         ⚠ Toll road

                                                                0.6 mi

⬉  11.  Continue onto NJ-81 N
         ⚠ Toll road

                                                                0.1 mi

↰  12.  Keep left to stay on NJ-81 N, follow signs for US 1/US 9/Newark/Elizabeth
         ⚠ Toll road

                                                                0.7 mi

⬊  13.  Use the left 2 lanes to take the exit toward US 1-9/Newark

                                                                0.4 mi

**Drive to your destination in Newark**

                                                                58 s (0.6 mi)

↱  14.  Slight right

                                                                0.5 mi

↱  15.  Use the right 2 lanes to take the Terminal A exit toward Parking A/Parking B/Parking C/Terminal B/Terminal C/Newark Airport

                                                                0.1 mi

## Newark Liberty International Airport

**Google Maps**     Newark Liberty International Airport to Fair Haven, NJ 07704     *Kevin*     Drive 38.7 miles, 48 min

## Newark Liberty International Airport
3 Brewster Rd, Newark, NJ 07114

**Get on US-1 S/U.S. 9 S from Newark International Airport St**

3 min (1.5 mi)

1. Head southeast

10 ft

2. Use the left lane to keep left at the fork

0.3 mi

3. Slight left toward Newark International Airport St

400 ft

4. Continue onto Newark International Airport St

0.3 mi

5. Keep left to stay on Newark International Airport St

0.3 mi

6. Keep right at the fork, follow signs for US-1 S/US 9 S/Elizabeth and merge onto US-1 S/U.S. 9 S

0.6 mi

**Take I-95 S and Garden State Pkwy to County Rd 520/Newman Springs Rd in Middletown. Take exit 109 from Garden State Pkwy**

32 min (32.9 mi)

7. Merge onto US-1 S/U.S. 9 S

0.8 mi

8. Take the exit toward Interstate 95/Dowd Ave/North Ave/Eliz Seaport/New Jersey Turnpike

0.2 mi

9. Continue onto NJ-81 S
   ⚠ Toll road

1.1 mi

10. Take the I-95 S exit
    ⚠ Toll road

361 ft

11. Keep left at the fork and merge onto I-95 S
    ⚠ Toll road

10.0 mi

12. Use the right 2 lanes to take exit 11 for U.S. 9 toward Woodbridge
    ⚠ Toll road

1.9 mi

13. Merge onto Garden State Pkwy
    ⚠ Toll road

3.2 mi

14. Use the middle 2 lanes to keep left at the fork and stay on Garden State Pkwy
    ⚠ Toll road

0.7 mi

15. Keep right at the fork to stay on Garden State Pkwy
    ⚠ Toll road

14.8 mi

16. Take exit 109 for County Rd 520 toward Red Bank/Lincroft
    ⚠ Toll road

0.3 mi

**Take W Front St and River Rd to Locust Ave in Fair Haven**

14 min (4.3 mi)

↰ 17. Turn left onto County Rd 520/Newman Springs Rd

0.2 mi

↱ 18. Slight right

0.1 mi

↰ 19. Use the middle lane to turn left onto Half Mile Rd

0.6 mi

↱ 20. Turn right onto W Front St

2.0 mi

↑ 21. Continue onto River Rd

1.3 mi

↱ 22. Turn right onto ███████

0.1 mi

## Fair Haven
New Jersey

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | December 4, 2019 |
| Proposal To: | Eileen Crummy |
| Address: | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | ▮▮▮▮▮▮▮▮ |
| Fax: | |

| Description | Trip | Cost Per Unit | Amount |
|---|---|---|---|
| Car Service from Newark Airport to ▮▮▮▮▮ Cranford | 1 | $    55.00 | $    55.00 |
| | | Invoice Subtotal | $    55.00 |
| | | Gratuity | $11.00 |
| | | | - |
| | | **TOTAL** | $    66.00 |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**



**HYATT**
**REGENCY**

**Hyatt Regency Austin**
208 Barton Springs Road
Austin, TX 78704
Tel:  1-512-477-1234
Fax: 1-512-480-2069
www.austin.hyatt.com

INVOICE

Eileen Crummy

| | | |
|---|---|---|
| Room No. | 1417 |
| Arrival | 2019-12-02 |
| Departure | 2019-12-04 |
| Page No. | 1 of 1 |

| | | |
|---|---|---|
| Confirmation No. | 4620615601 | Folio Window | 1 |
| Group Name | | Folio No. | 39163187 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-02-2019 | Accommodation | 165.82 | |
| 12-02-2019 | State Occupancy Tax | 9.95 | |
| 12-02-2019 | City Occupancy Tax | 18.24 | |
| 12-03-2019 | Accommodation | 165.82 | |
| 12-03-2019 | State Occupancy Tax | 9.95 | |
| 12-03-2019 | City Occupancy Tax | 18.24 | |
| 12-04-2019 | American Express | | -388.02 |

| | | | |
|---|---|---|---|
| **Total** | | 388.02 | -388.02 |
| **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**World of Hyatt Summary**

Membership:

Bonus Codes:

Qualifying Nights: 2

Eligible Spend: 331.64

Redemption Eligible: 0.00

Summary Invoice, please see front desk
for eligibility details.

**THE HERTZ CORPORATION**
Phone:    800-654-4173
Web:      www.hertz.com



CHARGE DETAIL

| Rental Agreement No: | 180129294 |
|---|---|
| Date: | 12/04/2019 |
| Document: | 929004798379 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

| Renter: | LISA ALEXANDER-TAYLO |
|---|---|
| Account No.: | ███████ AMX |
| CDP No.: | 1959919 |
| CDP Name: | PUBLIC CATALYST |

MS LISA ALEXANDER-TAYLOR
PUBLIC CATALYST GROUP
99 WOOD AVENUE SOUTH
SUITE 301
ISLEIN, NJ 08830

## RENTAL REFERENCE

| Rental Agreement No: | 180129294 |
|---|---|
| Reservation ID: | J22639429B1 |
| Frequent Traveler: | ZE1 |

## RENTAL DETAILS

| Rate Plan: | IN: RCUD2    OUT: RCUD2 |
|---|---|
| Rented On: | 12/02/2019 14:53  LOC# 163615 |
| | AUSTIN, TX |
| Returned On: | 12/04/2019 09:08  LOC# 163615 |
| | AUSTIN, TX |
| Car Description: | SIRESCAPE FWD2N  KCTK56 |
| Veh. No.: | 3013620 |

| CAR CLASS Charged: | Q4 | MILEAGE | In: 7,149 |
|---|---|---|---|
| Rented: | Q5 | | Out: 6,969 |
| Reserved: | Q4 | | Driven: 180 |

## MISCELLANEOUS INFORMATION

CC AUTH: 115668 DATE: 2019/12/02 AMT: 440.00

## RENTAL CHARGES

| DAYS | 2 @ 107.15 | 214.30 |
|---|---|---|
| SUBTOTAL | | 214.30 |
| DISCOUNT | 20.00% | -42.86 |
| SUBTOTAL | | 171.44 |
| | | |
| FUEL & SERVICE | | 78.42 |
| CONCESSION FEE RECOVERY | | 28.36 |
| VEHICLE LICENSE FEE | | 3.88 |
| CUSTOMER FACILITY CHARGE | | 11.90 |
| ENERGY SURCHARGE | | 1.49 |
| TAX | 15.00% | 32.56 |

## Gold Plus Rewards Points

Earned this rental:    312

| TOTAL CHARGES | 328.05 USD |
|---|---|

**E-RETURN RECEIPT**

THANK YOU FOR RENTING FROM HERTZ

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

| Rental Agreement No: | 180129294 |
|---|---|
| Date: | 12/04/2019 |
| Document: | 929004798379 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Renter: | LISA ALEXANDER-TAYLO |
|---|---|
| Account No.: | ███████ AMX |

Phone:    800-654-4173
Web:      www.hertz.com

GCM1A4        0090 GC

| TOTAL CHARGES | 328.05 USD |
|---|---|

# A.R.T. Enterprises LLC

**RECEIPT**

*For Your Transportation Needs*

204 Andrews Avenue
Moorestown, NJ  08057
609-500-7313

*Date:*    December 4, 2019
*Invoice:*    19-470

*Bill To:*
Lisa Taylor

Marlton, NJ  08053

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Dec 2 | Transportation to Philadelphia Int'l Airport | 60.00 |
| Dec 4 | Transportation from Philadelphia Int'l Airport | 60.00 |
| | Gratuity . . . | 25.00 |
| | · · ·  *Paid*  · · · <br> · · ·  *Thank You*  · · · | |
| | **TOTAL** | 145.00 |

Make all checks payable to  **A.R.T Enterprises LLC**
204 Andrew Avenue, Moorestown, NJ 08057

**THANK YOU FOR YOUR BUSINESS! - Al Wenzke**



**Hyatt Regency Austin**
208 Barton Springs Road
Austin, TX 78704
Tel: 1-512-477-1234
Fax: 1-512-480-2069
www.austin.hyatt.com

INVOICE

Lisa Alexander-Taylor

|                    |             |
|--------------------|-------------|
| Room No.           | 1233        |
| Arrival            | 12/02/19    |
| Departure          | 12/04/19    |
| Folio Window       | 1           |
| Folio No.          | 1039241     |

United States

Confirmation No.    4620622001

Group Name

| Date | Description | | Charges | Credits |
|------|-------------|--|--------|---------|
| 12/02/19 | Parking Overnight-Self | Room# 1233 : | 26.00 | |
| 12/02/19 | Sales Tax | | 2.15 | |
| 12/02/19 | Accommodation | | 165.82 | |
| 12/02/19 | State Occupancy Tax | | 9.95 | |
| 12/02/19 | City Occupancy Tax | | 18.24 | |
| 12/03/19 | Parking Overnight-Valet | | 34.00 | |
| 12/03/19 | Sales Tax | | 2.81 | |
| 12/03/19 | Accommodation | | 165.82 | |
| 12/03/19 | State Occupancy Tax | | 9.95 | |
| 12/03/19 | City Occupancy Tax | | 18.24 | |
| 12/04/19 | American Express | ███████████ | | 481.13 |
| 12/04/19 | American Express | refund ████████ | | -28.15 |

|         |        |        |
|---------|--------|--------|
| **Total**   | 452.98 | 452.98 |
| **Balance** |        | 0.00   |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

We thank you for your business and appreciate your loyalty.

**World of Hyatt Summary**

Membership:          ██████████
Bonus Codes:
Qualifying Nights:    2
Eligible Spend:       331.64
Redemption Eligible:  7.11

Summary Invoice, please see front desk
for eligibility details.

Please remit payment to:
Hyatt Regency Austin
P.O. Box 301145
Dallas, TX 75303

For inquiries concerning your bill please call 888-587-4589.

Hotel - $388.02
Parking - $ 64.96

# Uber

**4 December 2019, 6:21 am Request**

**Rate trip**  ☆ ☆ ☆ ☆ ☆                     ADD A TIP

**Resend Receipt** 🔖                          **View Receipt** 🔖



| Car | Miles | Trip Time | Total Fare |
|-----|-------|-----------|------------|
| UberX | 11.03 | 00:21:06 | $22.28 |

○ 208 Barton Springs Rd, Austin, TX 78704, US
06:21 AM

☐ 3600 Presidential Blvd, Austin, TX 78719, USA
06:44 AM

Lisa    Hotel to Airport

| | |
|---|---|
| **From:** | info@apahotelwoodbridge.com |
| **To:** | Megan Annitto |
| **Subject:** | Thank you for your reservation! Your Reservation has been confirmed 500069507 |
| **Date:** | Wednesday, December 11, 2019 8:52:42 AM |



**Confirmation Number: 500069507 Your Reservation has been confirmed**

| **Welcome** | |
|---|---|
| Dear   Megan Annitto: | |

| **Guest Info** | **Credit Card Info** |
|---|---|
| Megan Annitto<br>Email: ██████████████<br>Phone ████████████<br>⌐<br>(<br>UNITED STATES | Card Type: AMEX<br>Card Number: ████████████<br>Expiration Date: xx/xx<br>Card Holder: Megan Annitto |

| **Reservation Info** | **Charge** |
|---|---|
| Confirmation Number: 500069507<br>Book Date: December 11, 2019<br>Number of Rooms: 1<br>Number of Adults: 1<br>Number of Children: 0<br>Number of Infants: 0<br>Check In: December 12, 2019<br>Check Out: December 13, 2019<br>Total Stay: 1 night(s)<br>WEB | USD 124.00 |

Room Type: King Bed
Relax in this elegant room that has been designed with comfort and convenience in mind.
Unwind watching a range of premium entertainment on the 37-inch TV or listen to your own
music via the iHome clock radio/charging station in your room. Stay up-to-date with
complimentary WiFi or finish off the day's work at the desk with ergonomic chair.

Room Amenities:

- Air Conditioned
- Alarm Clock
- Bathtub
- Bidet
- Coffeemaker
- Hairdryer In Room
- Iron
- Ironing Board
- King Bed
- Free Newspaper
- Personal Refrigerator
- Shower
- Smoke Detectors
- Telephone
- Toilet
- TV
- WC
- Electrical Outlet Desk
- High Speed Internet
- Modem Dataport

- News
- Phone Two Lines
- Voicemail
- Bathroom Amenities
- Coffee Tea
- Safe For Laptop
- Speaker Phone
- Complimentary Internet Access

Rate Type: Best Available Rate

Daily Rate: Best Available Rate

- 12/12/2019 ------ USD 124.00

Policy: Check-in time after 3 p.m.
Check-out time before 12 p.m.
Rates subject to change.
Children 18 and under stay free in parents room. Children 19 and over will be charged an extra person charge.
Extra person -20.00 USD
Rollaway - 20.00 USD
Crib charge - 0 USD

Cancellation Policy: Reservations must be cancelled 24 hours prior to arrival date to avoid a penalty of one night room and tax charge
Please note there is also an early departure fee of One night Room & Tax, which will be assessed should you need to leave sooner than expected.

Guarantee Policy: A credit card guarantee is required on all reservations

| | |
|---|---|
| Enhancements:<br>N/A | USD 0.00 |
| **Tax** | **USD 18.60** |
| **Total Charge** | **USD 142.60** |

## Service Requests

Service Request: N/A

## Comments or Special Request

N/A

## Hotel Info

| Hotel Description | APA Hotel Woodbridge |
|---|---|
| Rating: 4 Star<br>120 South Wood Ave<br>Iselin,NJ 08830<br>USA<br>Phone: 1-732-494-6200<br>Fax: 1-732-603-7777<br><br>Checkin Time: 3 PM<br>Checkout Time: 12 Noon | Situated in the heart of central New Jersey, APA Hotel Woodbridge is the hub to major corporations in the Metropark Corporate Complex. Our Newly upgraded guest rooms provide the perfect balance between convenience and refinement featuring pillow-top bedding, free Wi-Fi, and luxurious TOTO Washlet toilets.<br><br>The hotel boasts a state-of-the-art conference facilities including 25,000 square feet of flexible meeting space as well as an elegantly appointed ballroom for weddings, bar mitzvahs or corporate affairs. Cafe Metro offers casual dining overlooking the lobby serving breakfast seven days a week.<br><br>Enjoy dinner at any of our three on-site restaurants including Bogarts lounge, Japanese restaurant AOI and Cafe Metro.<br><br>Do not miss out on We proudly serve Starbucks in the lobby , serving |

## Your trip confirmation-RNQDRV 12DEC

From: American Airlines (no-reply@notify.email.aa.com)

To: ███████████████

Date: Tuesday, December 3, 2019, 12:44 PM EST

Hello Megan Annitto!                                   Issued: Dec 3, 2019

# Your trip confirmation and receipt

## Record locator: **RNQDRV**

Manage Your Trip

## Thursday, December 12, 2019

CLT                         EWR                    Seats: 26A
**4:14** PM    →    **6:10** PM         Class: Coach (L)
Charlotte                   Newark                 Meals:
American Airlines 1370

Free entertainment with the American app »

12/11/2019                                    Yahoo Mail - Your trip confirmation-RNQDRV 12DEC

## Sunday, December 15, 2019

**EWR**                          **CLT**                    Seats: <u>24D</u>
**5:24** PM      →      **7:33** PM           Class: Coach (M)
Newark                           Charlotte                  Meals:

American Airlines 1891

---

Megan Annitto



The AAdvantage MileUp℠ Card
No annual fee. Earn a $50
statement credit + 10,000
bonus miles after qualifying
purchases. Learn more >>

### Earn miles with this trip.

Join AAdvantage »

Ticket # 0012392067746

---

## Your trip receipt

   American Express ███████████████

***Megan Annitto***

| | |
|---|---:|
| FARE-USD | $ 540.47 |
| TAXES AND CARRIER-IMPOSED FEES | $ 67.64 |
| **TICKET TOTAL** | **$ 608.11** |

*megan — EWR/Metropark*

# NJ TRANSIT

## The Way To Go.

## RECEIPT

12/12/19                18:55

NJ TRANSIT Rail
1 ADULT                 One Way
**EWR**                 MET-PK
SERIAL NR   :           01435
FARE        :           $14.25

TOTAL       :           $14.25

PAYMENT     :           Credit-AE
AMOUNT      :           $14.25
MERCHANT    :           04003640000
TRANS. ID   :           039-0011563899
ACCT NO     :           ████████████
NAME        :           ANNITTO/MEGAN
AUTH NO     :           584734

364 **EWR**



# $10.00

Custom Amount                                    $10.00

**Total**                                        **$10.00**



### Scooter Taxi
## 25 HENRY ST
## EDISON, NJ 08820-2817

AMEX ▮▮▮▮ (Keyed)              Dec 12 2019 at 7:55 PM

                                   #RycZ

                                              Auth code: 241677



Megan

$ 23.00

**Bogarts**
120 Wood Ave South
Islin NJ 08830

101 Poco
------------------------------------
Tbl B10/1        Chk 5287        Gst 1
            Dec12'19 08:22PM
------------------------------------
1 Ginger Beer              5.00
  SIDE SALAD
1 Open Food                6.95
1 Penne Pasta             18.00

  Subtotal                29.95
  Tax                      1.98
08:39PM Total Due         **31.93**

ROOM#_____
TIP_____
TOTAL_____
SIGNATURE_____

PRINT NAME_____
Thank you for dining with us!



*Iselin/EWR*



**Meg Annitto**

**$26.73**
Total amount

Ride report

## December 15 - December 15 2019

1 selected ride



**December 15, 2:29PM**
- 21 Wood Ave, Iselin
- Express Rd, Newark

**$26.73**

**Google** Maps

Flemington, NJ 08822 to 99 South Wood Avenue, Iselin, NJ

Drive 30.1 miles, 41 min

Flemington, NJ 08822

**Take Readington Rd to US-22 E in Branchburg**

9 min (5.0 mi)

↑    1.  Head northwest on ▮▮▮▮▮▮ Rd toward Hillcrest Rd

0.2 mi

↱    2.  Turn right onto Hillcrest Rd

1.0 mi

↱    3.  Turn right onto Readington Rd

0.9 mi

↰    4.  Turn left to stay on Readington Rd

3.0 mi

**Continue on US-22 E. Take I-287 S to S Wood Ave in Woodbridge Township. Take exit 131A from Garden State Pkwy**

28 min (24.5 mi)

↱    5.  Turn right onto US-22 E (signs for Somerville)

6.3 mi

⬩    6.  Use the left 2 lanes to merge onto I-287 S via the ramp to I-95/Perth Amboy

13.8 mi

↱    7.  Take exit 1A to merge onto US-1 N toward Newark

3.0 mi

⬩    8.  Slight right onto the Garden State Pkwy N ramp

0.3 mi

⬩    9.  Merge onto Garden State Pkwy

0.7 mi

↱    10. Take exit 131A toward Metropark

0.4 mi

**Continue on S Wood Ave to your destination**

3 min (0.6 mi)

↑    11. Continue onto S Wood Ave

0.3 mi

↱    12. Turn right

472 ft

↰    13. Turn left
      ⓘ  Destination will be on the right

0.2 mi

**99 S Wood Ave**
Iselin, NJ 08830

**Google** Maps    99 South Wood Avenue, Iselin, NJ to Flemington, NJ 08822    ,    Drive 30.1 miles, 41 min

## 99 S Wood Ave
Iselin, NJ 08830

**Get on Garden State Pkwy from S Wood Ave**

3 min (0.8 mi)

↑   1.   Head northwest

0.2 mi

↱   2.   Turn right toward S Wood Ave

472 ft

↰   3.   Turn left onto S Wood Ave

0.4 mi

⑂   4.   Keep right at the fork, follow signs for US-1 and merge onto Garden State Pkwy

0.2 mi

**Take I-287 N and US-202 S to Whiton Rd in Branchburg**

31 min (27.6 mi)

↟   5.   Merge onto Garden State Pkwy

0.3 mi

↱   6.   Take exit 130 to merge onto US-1 S toward Trenton

3.7 mi

↟   7.   Use the right lane to take the Interstate 287 N ramp to Morristown/Mahwah

0.5 mi

↟   8.   Merge onto I-287 N

13.1 mi

↰   9.   Use the left 2 lanes to take exit 14B to merge onto US-22 W toward US-202/US-206/Clinton

3.0 mi

↟   10.   Use the right lane to merge onto US-202 S/US-206 S via the ramp to Flemington/Princeton
🛈 Continue to follow US-202 S

4.4 mi

↑   11.   Continue straight to stay on US-202 S

463 ft

↰   12.   Keep left to stay on US-202 S

2.6 mi

**Take Centerville Rd to Sunset View Rd in Readington Township**

3 min (1.7 mi)

↱   13.   Turn right onto Whiton Rd

0.4 mi

↱   14.   Turn right onto Old York Rd

0.2 mi

15. **Turn left onto Centerville Rd**

0.6 mi

16. **Continue straight onto** ███████████

   ⓘ Destination will be on the right

0.5 mi

Flemington, NJ 08822

These directions are for planning purposes only.
You may find that construction projects, traffic,
weather, or other events may cause conditions to
differ from the map results, and you should plan
your route accordingly. You must obey all signs or
notices regarding your route.