

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 19-06 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 2/04/2020 | | |
| **Due Date** | 3/04/2020 | | |
| **Subject** | Texas Monitoring Team: January 2020 | | |

**All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.**

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $408,223.75 |
| Expense | **PROJECT EXPENSES** (see attached report) (1/01/2020-1/31/2020) | $1,736.25 |

**Amount Due**     **$409,960.00**