# Receipt for confirmation number PEM8R8

**UNITED** ⬛ | A STAR ALLIANCE MEMBER ✦    **Confirmation: PEM8R8**

**Issue Date: January 13, 2020**

| Traveler | eTicket Number | Frequent Flyer | | Seats |
|---|---|---|---|---|
| RYAN/KEVINMICHAEL | 0162490194225 | ▉▉▉▉ Premier Gold / *G | | 3B/2E |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 26JAN20 | UA791 | C | NEWARK, NJ (EWR - LIBERTY) **1:29 PM** | AUSTIN, TX (AUS) **4:42 PM** | | Lunch |
| Mon, 27JAN20 | UA1279 | P | AUSTIN, TX (AUS) **2:20 PM** | NEWARK, NJ (EWR - LIBERTY) **7:00 PM** | A-320 | Lunch |

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 1,023.25USD | |
| U.S. Transportation Tax: | 76.75 | |
| September 11th Security Fee: | 11.2 | |
| U.S. Flight Segment Tax: | 8.6 | |
| U.S. Passenger Facility Charge: | 9 | |
| Per Person Total: | 1,128.80USD | |
| **eTicket Total:** | **1,128.80USD** | |

**Form of Payment:**
AMERICAN EXPRESS
Last Four Digits ▉▉▉▉

*$507.00* (handwritten)

The airfare you paid on this itinerary totals: 1,023.25 USD

**The taxes, fees, and surcharges paid total: 105.55 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 1/26/2020 Newark, NJ (EWR - Liberty) to Austin, TX (AUS) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 1/27/2020 Austin, TX (AUS) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Gold membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## MileagePlus Accrual Details

RYAN/KEVINMICHAEL

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| 2020-01-26 | 0791 | Newark, NJ (EWR - Liberty)-Austin, TX (AUS) | 5192 | 649 | 1 |
| 2020-01-27 | 1279 | Austin, TX (AUS)-Newark, NJ (EWR - Liberty) | 3000 | 375 | 1 |
| | | | Award Miles | PQP | PQF |
| Kevinmichael's MileagePlus Accrual totals: | | | 8192 | 1024 | 2 |

## IMPORTANT CONSUMER NOTICES

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States



Kevin Ryan
Comparison Fare
1/26-27/2020





**Google Maps**  Fair Haven, New Jersey to Newark Liberty International Airport

Drive 36.8 miles, 43 min

**Fair Haven**
New Jersey

**Take River Rd and E Front St to Garden State Pkwy in Middletown**

|  |  |  | 14 min (4.4 mi) |
|---|---|---|---|
| ↑ | 1. | Head northwest on ▇▇▇▇ toward River Rd | |
|  |  |  | 0.1 mi |
| ↰ | 2. | Turn left onto River Rd | |
|  |  |  | 1.3 mi |
| ↑ | 3. | Continue onto E Front St | |
|  |  |  | 2.0 mi |
| ↰ | 4. | Turn left onto Half Mile Rd | |
|  |  |  | 0.3 mi |
| ↱ | 5. | Turn right onto Schulz Dr | |
|  |  | ⚠ Toll road | |
|  |  |  | 0.7 mi |

**Continue on Garden State Pkwy. Drive from I-95 N to Elizabeth. Take the exit toward US 1-9/Newark from NJ-81 N**

|  |  |  | 30 min (31.7 mi) |
|---|---|---|---|
| ⅄ | 6. | Merge onto Garden State Pkwy | |
|  |  | ⚠ Toll road | |
|  |  |  | 16.0 mi |
| ↰ | 7. | Keep left at the fork to stay on Garden State Pkwy | |
|  |  |  | 2.6 mi |
| ↱ | 8. | Use the right 2 lanes to take exit 129 for I-95 N | |
|  |  | ⚠ Toll road | |
|  |  |  | 1.2 mi |
| ↰ | 9. | Keep left at the fork and merge onto I-95 N | |
|  |  | ⚠ Toll road | |
|  |  |  | 10.0 mi |
| ↱ | 10. | Take exit 13A toward Elizabeth Seaport/Newark Airport | |
|  |  | ⚠ Toll road | |
|  |  |  | 0.6 mi |
| ↰ | 11. | Continue onto NJ-81 N | |
|  |  | ⚠ Toll road | |
|  |  |  | 0.1 mi |
| ↰ | 12. | Keep left to stay on NJ-81 N, follow signs for US 1/US 9/Newark/Elizabeth | |
|  |  | ⚠ Toll road | |
|  |  |  | 0.7 mi |
| ↰ | 13. | Use the left 2 lanes to take the exit toward US 1-9/Newark | |
|  |  |  | 0.4 mi |

**Drive to your destination in Newark**

|  |  |  | 59 s (0.5 mi) |
|---|---|---|---|
| ↱ | 14. | Slight right | |
|  |  |  | 0.5 mi |
| ↱ | 15. | Use the right 2 lanes to take the Terminal A exit toward Parking A/Parking B/Parking C/Terminal B/Terminal C/Newark Airport | |
|  |  |  | 0.1 mi |

**Newark Liberty International Airport**

**Google** Maps    Newark Liberty International Airport to Fair Haven, NJ 07704

*Kevin*

Drive 38.7 miles, 48 min

## Newark Liberty International Airport
3 Brewster Rd, Newark, NJ 07114

**Get on US-1 S/U.S. 9 S from Newark International Airport St**

3 min (1.5 mi)

1. Head southeast

   10 ft

2. Use the left lane to keep left at the fork

   0.3 mi

3. Slight left toward Newark International Airport St

   400 ft

4. Continue onto Newark International Airport St

   0.3 mi

5. Keep left to stay on Newark International Airport St

   0.3 mi

6. Keep right at the fork, follow signs for US-1 S/US 9 S/Elizabeth and merge onto US-1 S/U.S. 9 S

   0.6 mi

**Take I-95 S and Garden State Pkwy to County Rd 520/Newman Springs Rd in Middletown. Take exit 109 from Garden State Pkwy**

32 min (32.9 mi)

7. Merge onto US-1 S/U.S. 9 S

   0.8 mi

8. Take the exit toward Interstate 95/Dowd Ave/North Ave/Eliz Seaport/New Jersey Turnpike

   0.2 mi

9. Continue onto NJ-81 S
   ⚠ Toll road

   1.1 mi

10. Take the I-95 S exit
    ⚠ Toll road

    361 ft

11. Keep left at the fork and merge onto I-95 S
    ⚠ Toll road

    10.0 mi

12. Use the right 2 lanes to take exit 11 for U.S. 9 toward Woodbridge
    ⚠ Toll road

    1.9 mi

13. Merge onto Garden State Pkwy
    ⚠ Toll road

    3.2 mi

14. Use the middle 2 lanes to keep left at the fork and stay on Garden State Pkwy
    ⚠ Toll road

    0.7 mi

15. Keep right at the fork to stay on Garden State Pkwy
    ⚠ Toll road

    14.8 mi

16. Take exit 109 for County Rd 520 toward Red Bank/Lincroft
    ⚠ Toll road

    0.3 mi

**Take W Front St and River Rd to Locust Ave in Fair Haven**

14 min (4.3 mi)

↰ 17. Turn left onto County Rd 520/Newman Springs Rd

0.2 mi

↱ 18. Slight right

0.1 mi

↰ 19. Use the middle lane to turn left onto Half Mile Rd

0.6 mi

↱ 20. Turn right onto W Front St

2.0 mi

↑ 21. Continue onto River Rd

1.3 mi

↱ 22. Turn right onto ███████

0.1 mi

**Fair Haven**
New Jersey

These directions are for planning purposes only.
You may find that construction projects, traffic,
weather, or other events may cause conditions to
differ from the map results, and you should plan
your route accordingly. You must obey all signs or
notices regarding your route.

**Aloft Austin Downtown**
109 East 7th Street
Austin, TX 78701 US
+1 512-476-2222

## Summary of Charges

| Guest Information | KEVIN RYAN | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Dates of Stay | 01/26/2020 - 01/27/2020 |
| Room number | 2405 |
| Guest number | 278001W1 |
| Member Number | ████ |
| Group Number | 278001 |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 01/26/2020 | Room Chrg - Advance Purchase | RT2405 | 254.00 | |
| 01/26/2020 | City Tax | RT2405 | 27.94 | |
| 01/26/2020 | State Tax | RT2405 | 15.24 | |
| 01/26/2020 | State Recovery | RT2405 | 1.56 | |
| 01/26/2020 | Advance Deposit | DEPOSIT | | 298.74 |
| Total balance | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

Questions about your bill? Please contact your hotel directly at +1 512-476-2222

Page 1 of 1

**Uber**

Total: **$12.08**
Mon, Jan 27, 2020

# Thanks for riding, Kevin

We hope you enjoyed your ride this morning.

| Total | $12.08 |
|---|---|

| Trip Fare | $9.23 |
|---|---|
| Subtotal | $9.23 |
| Tolls, Surcharges, and Fees | $2.85 |

Kevin

hotel / DFPS office

## Thanks for riding, Kevin

We hope you enjoyed your ride this morning.



Kevin
DFPS/hotel

## Total          $12.77

| | |
|---|---|
| Trip Fare | $9.39 |
| Subtotal | $9.39 |
| Wait Time ❓ | $0.53 |
| Tolls, Surcharges, and Fees ❓ | $2.85 |
| ⬛ Switch | $12.77 |



Kevin

$16.00

# Receipt for confirmation number MVHHQB

## UNITED ® | A STAR ALLIANCE MEMBER ✈

**Confirmation: MVHHQB**

**Issue Date: December 20, 2019**

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| RYAN/KEVINMICHAEL | 0162486995709 | ▮ Premier Gold / *G | 2A/3E |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 30JAN20 | UA570 | C | NEWARK, NJ (EWR - LIBERTY) **4:00 PM** | DALLAS/FORT WORTH, TX (DFW) **7:10 PM** | | Dinner |
| Fri, 31JAN20 | UA2313 | C | DALLAS/FORT WORTH, TX (DFW) **5:30 PM** | NEWARK, NJ (EWR - LIBERTY) **9:44 PM** | 737-700 | Dinner |

**FARE INFORMATION**

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 1,222.32USD | AMERICAN EXPRESS |
| U.S. Transportation Tax: | 91.68 | Last Four Digits ▮ |
| September 11th Security Fee: | 11.2 | |
| U.S. Flight Segment Tax: | 8.4 | |
| U.S. Passenger Facility Charge: | 9 | |
| Per Person Total: | 1,342.60USD | *$ 408.60* |
| | | |
| **eTicket Total:** | **1,342.60USD** | |

The airfare you paid on this itinerary totals: 1,222.32 USD

**The taxes, fees, and surcharges paid total: 120.28 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 1/30/2020 Newark, NJ (EWR - Liberty) to Dallas/Fort Worth, TX (DFW) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 1/31/2020 Dallas/Fort Worth, TX (DFW) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Gold membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**MileagePlus Accrual Details**

RYAN/KEVINMICHAEL

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| 2020-01-30 | 0570 | Newark, NJ (EWR - Liberty)-Dallas/Fort Worth, TX (DFW) | 4284 | 612 | 1 |
| 2020-01-31 | 2313 | Dallas/Fort Worth, TX (DFW)-Newark, NJ (EWR - Liberty) | 4284 | 612 | 1 |
| | | | Award Miles | PQP | PQF |
| Kevinmichael's MileagePlus Accrual totals: | | | 8568 | 1224 | 2 |



Kevin Ryan
Companion Fare
1/30-31/2020

11:13                    .ıll LTE ▭

‹          Jan 30 - 31   EWR - DFW          ✕
                Roundtrip, 1 traveler

**Total price**                    **$408.60**
Includes taxes & fees  ⓘ

View checked bag charges                    ›

Thu,      4:00pm                    7:10pm
Jan 30    EWR                       DFW

Fri,      5:30pm                    9:44pm
Jan 31    DFW              📶        EWR

Legal information                          ⓘ

**Continue**

OR

**Hold fare with FareLock**

Hold this itinerary and fare with 🔒 FareLock℠

starting at $10

**Aloft Dallas Downtown**
1033 Young Street
Dallas, TX 75202 US
+1 214-761-0000

## Summary of Charges

| Guest Information | KEVIN RYAN | | Dates of Stay | 01/30/2020 - 01/31/2020 |
|---|---|---|---|---|
| | | | Room number | 818 |
| | | | Guest number | 434741W1 |
| | | | Member Number | ███████ |
| | | | Group Number | 434741 |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 01/30/2020 | Room Chrg - Advance Purchase | RT818 | 184.24 | |
| 01/30/2020 | State Tax | RT818 | 11.05 | |
| 01/30/2020 | City/Local Tax | RT818 | 12.90 | |
| 01/30/2020 | Occupancy/Tourism | RT818 | 3.68 | |
| 01/31/2020 | American Express-███ | AX | | 211.87 |
| **Total balance** | | | | **0.00 USD** |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.



Kevin
airport/hotel



Aloft Dallas Downtown
ReFuel
1033 Young Street
Dallas, TX 75202

Contact Us: 214-761-0000
931460110  Dylan M

CHK 10942                          kevin

1 Hamburger          12.93 T2

Subtotal             $12.93
Food Tax             $1.07
Payment              $14.00
American Express     $14.00

A0000000138R

---------- Check Closed ----------
1/30/2020 8:07 PM

*Kevin*

# Trip Details



*Kevin*
*meeting / airport*

**Today, 1:23 PM**
Nissan LEAF MDZ4646

**$32.37**
+$6.47
Add to your tip

 9219 Gaston Pkwy, Dallas, TX 75218, USA

Grapevine, TX 75261, USA

 **You rated Jason**        ★ ★ ★ ★ ★



```
       NEWARK AIRPORT
    SHORT TERM PARKING

  EXIT LANE NO. :
  RECEIPT:                  958
  CASHIER:                69544
  TRANSACTION:                0
  EZPass                      0
  NO:
  CC VALID      12/30
  SNR:          02 009 1216863
  EXPIRES:      01.30.25 23:59
  ENTRY:        01.30.20 14:45
  PAID AT:      01.31.20 21:54
  TICKET TYPE:  TRANSIENT TICKE
  T
  FEE:              78.00 USD
  PAID:             78.00 USD
  ---------------------
  TOTAL:            78.00 USD

  CAR:
  STAY 1D 7:09
     TAXES INCLUDED
     THANK YOU FOR
       PARKING AT
     NEWARK AIRPORT
     HAVE A SAFE TRIP
```