# INVOICE



From | **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | | |
|---|---|---|---|---|
| Invoice ID | 1 | | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 09/03/2019 | | | |
| Due Date | 09/24/2019 | | | |
| Subject | Texas Appleseed Monitoring Team; July- Aug 2019 | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring (07/30/2019 - 08/31/2019) | 81.17 | $425.00 | $34,497.25 |
| Product | Expenses for Texas Foster Care Monitoring (07/30/2019 - 08/31/2019) | 1.00 | $1,295.30 | $1,295.30 |
| | | | **Amount Due** | **$35,792.55** |

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# INVOICE



From | **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | Invoice For | **Texas DFPS/HHSC** |
|---|---|---|---|---|
| Invoice ID | 1 | | | |
| Issue Date | 09/03/2019 | | | |
| Due Date | 09/24/2019 | | | |
| Subject | Texas Appleseed Monitoring Team; July- Aug 2019 | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/31/2019 - Project Management & Planning / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 07/31/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/01/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 08/01/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.42 | $425.00 | $603.50 |
| Service | Texas Foster Care Monitoring - 08/01/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 08/02/2019 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 08/03/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 08/08/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 08/08/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 08/08/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/08/2019 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 08/09/2019 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 08/12/2019 - Project Management & Planning / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 08/13/2019 - Project Management & Planning / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 08/14/2019 - Travel / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 08/15/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 5.00 | $425.00 | $2,125.00 |
| Service | Texas Foster Care Monitoring - 08/15/2019 - Travel / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/16/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 08/16/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/16/2019 - Travel / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/17/2019 - Travel / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 08/18/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/19/2019 - Project Management & Planning / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 08/20/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/20/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 08/20/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 08/20/2019 - Project Management & Planning / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 08/21/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/21/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 08/22/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/24/2019 - Project Management & Planning / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 08/25/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 08/26/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 08/26/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 08/27/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/27/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 08/28/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 08/28/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/28/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 08/29/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/30/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/30/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 08/30/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 08/31/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 08/31/2019 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Product | Texas Foster Care Monitoring - 08/14/2019 - Meals / Deborah Fowler | 1.00 | $18.14 | $18.14 |
| Product | Texas Foster Care Monitoring - 08/14/2019 - Transportation / Deborah Fowler | 1.00 | $706.00 | $706.00 |
| Product | Texas Foster Care Monitoring - 08/14/2019 - Lodging / Deborah Fowler | 1.00 | $284.05 | $284.05 |
| Product | Texas Foster Care Monitoring - 08/16/2019 - Meals / Deborah Fowler | 1.00 | $26.60 | $26.60 |
| Product | Texas Foster Care Monitoring - 08/16/2019 - Lodging / Deborah Fowler | 1.00 | $260.51 | $260.51 |

**Amount Due**     **$35,792.55**

# Expense Report for Invoice #1

Texas Appleseed

| | |
|---|---|
| 08/14/2019 | $18.14 |

Client    M.D. ex rel. Stukenberg
Project   Texas Foster Care Monitoring
Category  Meals
Person    Deborah Fowler

Travel to meet with Judge



| | |
|---|---|
| 08/14/2019 | $706.00 |

Client    M.D. ex rel. Stukenberg
Project   Texas Foster Care Monitoring
Category  Transportation
Person    Deborah Fowler

Airplane ticket to meet with Judge



Corina Golea <cgolea@texasappleseed.net>

---

**Fwd: Deborah Jea Fitzgerald Fowler's 08/14 Portland, ME trip (MEOR8N): Your reservation is confirmed.**
1 message

**Deborah Fowler** <dfowler@texasappleseed.net>
To: Corina Golea <cgolea@texasappleseed.net>

Wed, Aug 7, 2019 at 4:43 PM

Deborah Fowler
Executive Director
Texas Appleseed
1609 Shoal Creek, Ste. 201
Austin, TX 78701
(512) 473-2800 X106
(512) 757-1458 (cell)

---------- Forwarded message ----------
From: **Southwest Airlines** <southwestairlines@ifly.southwest.com>
Date: Thu, Aug 1, 2019 at 4:55 PM
Subject: Deborah Jea Fitzgerald Fowler's 08/14 Portland, ME trip (MEOR8N): Your reservation is confirmed.
To: <dfowler@texasappleseed.net>

Here's your itinerary and other important travel information.
View our mobile site | View in browser

**Southwest**

Manage Flight | Flight Status | My Account



Hi Deborah Jea,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### AUGUST 14 - AUGUST 16
# AUS ✈ PWM

Austin to Portland, ME

Confirmation # MEOR8N                                    Confirmation date: 08/01/2019
PASSENGER           Deborah Jea Fitzgerald Fowler
TICKET #            5262104600124
EXPIRATION[1]       July 31, 2020
EST. POINTS EARNED  3,406

Rapid Rewards® points are only estimations.

## Your itinerary

Flight 1: Wednesday, 08/14/2019   Est. Travel Time: 5h 35m   Wanna Get Away?

| FLIGHT #1573 | DEPARTS<br>**AUS 04:45**PM<br>Austin | ✈ | ARRIVES<br>**BWI 08:55**PM<br>Baltimore |

Stop: Change planes

| FLIGHT #1848 | DEPARTS<br>**BWI 09:50**PM<br>Baltimore | ✈ | ARRIVES<br>**PWM 11:20**PM<br>Portland, ME |

Flight 2: Friday, 08/16/2019   Est. Travel Time: 5h 45m   Wanna Get Away?

| FLIGHT #1192 | DEPARTS<br>**PWM 05:10**PM<br>Portland, ME | ✈ | ARRIVES<br>**BWI 06:40**PM<br>Baltimore |

Stop:  Change planes

| FLIGHT<br># 0732 | DEPARTS<br>BWI 07:35PM<br>Baltimore |  | ARRIVES<br>AUS 09:55PM<br>Austin |

## Payment information

Total cost

**Air - MEOR8N**

| Base Fare | $ | 567.44 |
| U.S. Transportation Tax | $ | 42.56 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 16.80 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| EarlyBird | $ | 50.00 |
| **Total** | **$** | **706.00** |

Payment



Date: August 1, 2019
**Payment Amount: $656.00**

Date: August 1, 2019
**Payment Amount: $25.00**

Date: August 1, 2019
**Payment Amount: $25.00**

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262104600124

## Prepare for takeoff

 **24 hours before your departure:**
Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes before your departure:**
Arrive at the gate prepared to board.

 **10 minutes before your departure:**
This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips





**Earn up to 10,000 Rapid Rewards® points per night**
Choose a hotel in Portland.

Have questions about your upcoming trip?
Get all the answers before you leave for the airport.

Book hotel >     Prepare now >

5262104600124: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y-BC WN AUS WN X/BWI WN PWM199.84WN X/BWI WN AUS378.60USD567.44END ZP AUS4.20BWI4.20PWM4.20BWI4.20 XF AUS4.5BWI4.5PWM4.5BWI4.5

ILA7WNRO|ILA7WNRO
QLA7WNRO|QLA7WNRO

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting

or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively cancelled reservations by Southwest will be refunded to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

Mobile app

Get the mobile app

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.

08/14/2019     $284.05

| | |
|---|---|
| Client | M.D. ex rel. Stukenberg |
| Project | Texas Foster Care Monitoring |
| Category | Lodging |
| Person | Deborah Fowler |

Hotel - trip to meet Judge



HILTON GARDEN INN PORTLAND AIRPORT
145 JETPORT BLVD
PORTLAND, ME 04102
United States of America
TELEPHONE 207-828-1117 • FAX 207-8281118
Reservations
www.hilton.com or 1 800 HILTONS

Fowler, Deborah

TEXAS APPLESEED
1609 SHOAL CREEK, STE. 201
AUSTIN TX 78701
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 225/K1RZ |
| Arrival Date: | 8/14/2019 12:21:00 AM |
| Departure Date: | 8/15/2019 12:20:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | STEPHANIM |
| Room Rate: | 260.60 |
| AL: | |
| HH # | 1149847186 BLUE |
| VAT # | |
| Folio No/Che | 530707 A |

Confirmation Number: 3135699748

HILTON GARDEN INN PORTLAND AIRPORT 8/15/2019 12:19:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 8/14/2019 | 2017745 | GUEST ROOM | $260.60 |
| 8/14/2019 | 2017745 | TAXES | $23.45 |
| 8/15/2019 | 2017902 | VS *2434 | ($284.05) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 04129G | MERCHANT ID | 000194039500 |
| ~~CARD NUMBER~~ | ~~~~ | EXP DATE | 01/20 |
| TRANSACTION ID | 2017902 | TRANS TYPE | Sale |

Page:1

08/16/2019                                          $26.60

| | |
|---|---|
| Client | M.D. ex rel. Stukenberg |
| Project | Texas Foster Care Monitoring |
| Category | Meals |
| Person | Deborah Fowler |

Travel to meet with Judge



08/16/2019 $260.51

Client     **M.D. ex rel. Stukenberg**
Project    **Texas Foster Care Monitoring**
Category   **Lodging**
Person     **Deborah Fowler**

Hotel 2 - trip to meet with Judge



HAMPTON INN - PORTLAND
171 PHILBROOK AVE.
SOUTH PORTLAND, ME 04106
United States of America
TELEPHONE 207-773-4400  • FAX 207 773 6786
Reservations
www.hamptoninn.com or 1 800 HAMPTON

FOWLER, DEBORAH

1609 SHOAL CREEK BLVD SUIT 201

AUSTIN TX 78701
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 326/KXTD |
| Arrival Date: | 8/16/2019 2:45:00 PM |
| Departure Date: | 8/17/2019 12:02:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | ERICK |
| Room Rate: | 239.00 |
| AL: | |
| HH # | 1149847186 BLUE |
| VAT # | |
| Folio No/Che | 619798 A |

Confirmation Number: 82310042

HAMPTON INN - PORTLAND 8/17/2019 12:01:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 8/16/2019 | 1758488 | GUEST ROOM | $239.00 |
| 8/16/2019 | 1758488 | STATE TAX | $21.51 |
| 8/17/2019 | 1758562 | VS *2434 | ($260.51) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 09544G | MERCHANT ID | 008022919636 |
| | | EXP DATE | 01/20 |
| TRANSACTION ID | 1758562 | TRANS TYPE | Sale |

Page 8 of 9