

# INVOICE

| | |
|---|---|
| From | **Texas Appleseed** |
| | 1609 Shoal Creek Blvd |
| | Ste 201 |
| | Austin, TX 78701 |

| | | | | |
|---|---|---|---|---|
| Invoice ID | 2 | | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 10/03/2019 | | | |
| Due Date | 11/02/2019 (Net 30) | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---:|---:|---:|
| Service | Texas Foster Care Monitoring (09/01/2019 - 09/30/2019) | 334.27 | $385.47 | $128,852.25 |
| Product | Expenses for Texas Foster Care Monitoring (09/01/2019 - 09/30/2019) | 1.00 | $1,163.61 | $1,163.61 |

**Amount Due**     **$130,015.86**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.



# INVOICE

From | **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | | |
|---|---|---|---|---|
| Invoice ID | 2 | | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 10/03/2019 | | | |
| Due Date | 11/02/2019 (Net 30) | | | |
| Subject | Texas Appleseed Monitoring Team; September 2019 | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 09/01/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 09/02/2019 - Project Management & Planning / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 09/02/2019 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 09/04/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 09/04/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/04/2019 - Project Management & Planning / Deborah Fowler | 0.42 | $425.00 | $178.50 |
| Service | Texas Foster Care Monitoring - 09/05/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/05/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 09/05/2019 - Project Management & Planning / Deborah Fowler | 0.42 | $425.00 | $178.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 09/06/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/06/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 09/06/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.33 | $425.00 | $140.25 |
| Service | Texas Foster Care Monitoring - 09/06/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.17 | $425.00 | $72.25 |
| Service | Texas Foster Care Monitoring - 09/06/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/06/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/06/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/07/2019 - Project Management & Planning / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 09/07/2019 - Project Management & Planning / Deborah Fowler | 1.25 | $425.00 | $531.25 |
| Service | Texas Foster Care Monitoring - 09/07/2019 - Project Management & Planning / Deborah Fowler | 0.42 | $425.00 | $178.50 |
| Service | Texas Foster Care Monitoring - 09/08/2019 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 09/08/2019 - Project Management & Planning / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 09/08/2019 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 8.00 | $395.00 | $3,160.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 09/09/2019 - Project Management & Planning / Linda Brooke | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 09/09/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 09/09/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/10/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/10/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 09/10/2019 - Travel / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 09/10/2019 - Project Management & Planning / Deborah Fowler | 7.00 | $425.00 | $2,975.00 |
| Service | Texas Foster Care Monitoring - 09/10/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/10/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/11/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 09/11/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 09/11/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/11/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 09/11/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/12/2019 - Project Management & Planning / Deborah Fowler | 5.00 | $425.00 | $2,125.00 |
| Service | Texas Foster Care Monitoring - 09/12/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 09/12/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/13/2019 - Project Management & Planning / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring - 09/13/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/14/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 09/14/2019 - Project Management & Planning / Deborah Fowler | 2.25 | $425.00 | $956.25 |
| Service | Texas Foster Care Monitoring - 09/14/2019 - Project Management & Planning / Linda Brooke | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Foster Care Monitoring - 09/15/2019 - Project Management & Planning / Linda Brooke | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 09/15/2019 - Project Management & Planning / Deborah Fowler | 3.50 | $425.00 | $1,487.50 |
| Service | Texas Foster Care Monitoring - 09/15/2019 - Project Management & Planning / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 09/15/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/16/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 09/16/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 09/16/2019 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 09/16/2019 - Project Management & Planning / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 09/16/2019 - Project Management & Planning / Viveca Martinez | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 09/16/2019 - Project Management & Planning / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring - 09/17/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 09/17/2019 - Project Management & Planning / Linda Brooke | 9.00 | $395.00 | $3,555.00 |
| Service | Texas Foster Care Monitoring - 09/17/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.42 | $425.00 | $178.50 |
| Service | Texas Foster Care Monitoring - 09/17/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/17/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/18/2019 - Project Management & Planning / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 09/18/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 09/18/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 09/18/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/18/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/19/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 09/19/2019 - Project Management & Planning / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 09/19/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/19/2019 - Project Management & Planning / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 09/20/2019 - Project Management & Planning / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring - 09/20/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/22/2019 - Project Management & Planning / Linda Brooke | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 09/22/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 09/23/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/23/2019 - Project Management & Planning / Linda Brooke | 9.00 | $395.00 | $3,555.00 |
| Service | Texas Foster Care Monitoring - 09/24/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 09/24/2019 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 09/24/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/25/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 09/25/2019 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 09/26/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 09/26/2019 - Project Management & Planning / Linda Brooke | 8.50 | $395.00 | $3,357.50 |
| Service | Texas Foster Care Monitoring - 09/27/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 09/29/2019 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 09/29/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 09/29/2019 - Project Management & Planning / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.42 | $425.00 | $178.50 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Project Management & Planning / Deborah Fowler | 0.42 | $425.00 | $178.50 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 09/30/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Project Management & Planning / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 09/30/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Product | Texas Foster Care Monitoring - 09/08/2019 - Mileage / Linda Brooke | 215.00 | $0.58 | $124.70 |
| Product | Texas Foster Care Monitoring - 09/09/2019 - Meals / Deborah Fowler | 1.00 | $57.44 | $57.44 |
| Product | Texas Foster Care Monitoring - 09/10/2019 - Lodging / Linda Brooke | 1.00 | $725.87 | $725.87 |
| Product | Texas Foster Care Monitoring - 09/10/2019 - Meals / Deborah Fowler | 1.00 | $77.99 | $77.99 |
| Product | Texas Foster Care Monitoring - 09/10/2019 - Meals / Deborah Fowler | 1.00 | $52.91 | $52.91 |
| Product | Texas Foster Care Monitoring - 09/11/2019 - Mileage / Linda Brooke | 215.00 | $0.58 | $124.70 |

**Amount Due       $130,015.86**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# Expense Report for Invoice #2

Texas Appleseed

| 09/08/2019 | $124.70 |
|---|---|

| Client | Texas DFPS/HHSC |
| Project | Texas Foster Care Monitoring |
| Category | Mileage |
| Person | Linda Brooke |

| 09/09/2019 | $57.44 |
|---|---|

| Client | Texas DFPS/HHSC |
| Project | Texas Foster Care Monitoring |
| Category | Meals |
| Person | Deborah Fowler |

Lunch for monitoring team on day of meeting with State



Order Online
snapkitchen.com or download the iOS app

Snap Kitchen
4616 Triangle Avenue
Austin, TX 78751
(512) 459-9000



Order Online
snapkitchen.com or download the iOS app

Snap Kitchen
4616 Triangle Avenue
Austin, TX 78751
(512) 459-9000

```
Subtotal                      $49.39
Texas Sales Tax                $0.70
Total Due                     $50.09

Account Charge                 $5.00
Funds: Vice a
Credit                        $45.09

Payment Total                 $50.09
Default Points             44.39 pts
```

| | |
|---|---|
| Order type: | Take Out |
| Date: | 9/9/2019 12:28:11 PM |
| Clerk: | Kimberly |
| Receipt No: | 2846 |
| Order No: | 1 |
| Invoice Number: | 745 |
| Account Number: | 16870000185321 |
| Account Name: | Funds: Vice a |
| Member Card No. | 16870000185321 |
| Member Name: | Funds: Vice a |
| Member Tier: | Funds |
| Current Credit: | $5.00 |
| New Credit: | $0.00 |
| Default Points | 44.39 |

| | |
|---|---|
| Order type: | Take Out |
| Date: | 9/9/2019 12:26:53 PM |
| Clerk: | Aidan |
| Receipt No: | 20316 |
| Order No: | 1 |
| Terminal: | 001 Term2 (13784) |

* Indicates tax free item(s)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Share your snapcode for a meal on us, visit snapkitchen.com to get your code.



09/10/2019                                $725.87

Client      Texas DFPS/HHSC
Project     Texas Foster Care Monitoring
Category    Lodging
Person      Linda Brooke

Aloft Austin Downtown
109 East 7th Street
Austin, TX 78701
United States
Tel: 512 476 2222



Linda Brooke
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX, 78701-1022
United States Of America

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 240051 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19   15:36 |
| Depart Date | : | 10-SEP-19   08:36 |
| No. Of Guest | : | 1 |
| Room Number | : | 2205 |

Aloft Austin D AUSDA  SEP-10-2019  09:40  COLEGIB

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 08-SEP-19 | 2205 | Valet Overnight | 43.00 | |
| 08-SEP-19 | 2205 | Sales Tax | 3.55 | |
| 08-SEP-19 | RT2205 | Room Chrg - Standard Retail | 239.00 | |
| 08-SEP-19 | RT2205 | City Tax | 26.29 | |
| 08-SEP-19 | RT2205 | State Tax | 14.34 | |
| 08-SEP-19 | RT2205 | State Recovery | 1.47 | |
| 09-SEP-19 | 2205 | Valet Overnight | 43.00 | |
| 09-SEP-19 | 2205 | Sales Tax | 3.55 | |
| 09-SEP-19 | RT2205 | Room Chrg - Standard Retail | 299.00 | |
| 09-SEP-19 | RT2205 | City Tax | 32.89 | |
| 09-SEP-19 | RT2205 | State Tax | 17.94 | |
| 09-SEP-19 | RT2205 | State Recovery | 1.84 | |
| 10-SEP-19 | AX | American Express-2004 | | -725.87 |

Approve EMV Receipt for AX - 2004: Signature Captured
TC:68858CEE84384BB6  TVR:0000008000

Continued on the next page

Aloft Austin Downtown
109 East 7th Street
Austin, TX 78701
United States
Tel: 512 476 2222

# aloft

Linda Brooke
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX, 78701-1022
United States Of America

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 240051 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19  15:36 |
| Depart Date | : | 10-SEP-19  08:36 |
| No. Of Guest | : | 1 |
| Room Number | : | 2205 |

| | | | |
|---|---|---|---|
| ** Total | | 725.87 | -725.87 |
| *** Balance | | 0.00 | |

I agreed to pay all room & incidental charges.         [signature]

Tell us about your stay. www.spg.com/reviews

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room | Rm Tax | Food/Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 09-08-2019 | 0.00 | 0.00 | 0.00 | 327.65 | 327.65 | 0.00 |
| 09-09-2019 | 0.00 | 0.00 | 0.00 | 398.22 | 398.22 | 0.00 |
| 09-10-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -725.87 |

Continued on the next page

Aloft Austin Downtown
109 East 7th Street
Austin, TX 78701
United States
Tel: 512 476 2222

**aloft**

Linda Brooke
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX, 78701-1022
United States Of America

| | | |
|---|---|---|
| Page Number | : | 3 |
| Guest Number | : | 240051 |
| Folio ID | : | A |
| Arrive Date | : | 08-SEP-19  15:36 |
| Depart Date | : | 10-SEP-19  08:36 |
| No. Of Guest | : | 1 |
| Room Number | : | 2205 |

| Total | 0.00 | 0.00 | 0.00 | 725.87 | 725.87 | -725.87 |
|---|---|---|---|---|---|---|

| | |
|---|---:|
| 09/10/2019 | $77.99 |

Client      Texas DFPS/HHSC
Project     Texas Foster Care Monitoring
Category    Meals
Person      Deborah Fowler

Court Monitoring Team Meeting Lunch

*Central Market*

**Event Sheet**
Contract Number: 00085423
Golea--pick up

### CUSTOMER
Corina Golea

Phone: 718-578-7399

### DELIVERY INFORMATION
Event Date: Tuesday, September 10, 2019
Guest Count: 1
Delivery:
Catering Representative: sw

### EVENT TIMES
Food Ready By: 9:30 am
Pick Up Pre-Pay: 10:30 am

### SPECIAL INSTRUCTIONS

### ORDER

| Name | Unit | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| Signature Sandwiches Small | Guests | 1 | $70.00 | $70.00 |
| Notes: NO MAYO | | | | |
| Chicken Salad Sandwich - 3ct | Each | 1 | | |
| Roast Beef And Cheddar Sandwich - 3ct | Each | 1 | | |
| Turkey Bacon Chipotle Sandwich - 3ct | Each | 1 | | |
| Avocado Delight | Each | 1 | $7.99 | $7.99 |
| Mayo Packets | | 6 | | |
| Serving Utensils | | | | |

### TOTALS
| | |
|---|---|
| Delivery Charge | 0.00 |
| Subtotal of Charges | 77.99 |
| Tax 1 | 0.00 |
| Total of Charges | 77.99 |

ed, and have verified that it meets my requirements.

_____  _____  ____
Date                    Central Market Catering @ N. Lamar Representative    Da

*Central Market*

```
     1072 0780 0909 1913 1100 061
1 CATERING PURCHASE       T   77.99
*********** Sale Subtotal***    77.99
     Sales Tax      6.43
************* Total Sale***    84.42
*** TAX EXEMPT              6.43
Account No.:************2288
Appr No.:094646
Ref No.:372465
*** VISA EPS                77.99
   ITEMS PURCHASED: 1

   RECEIPT EXPIRES ON 12-08-19
   |||||||||||||||||||||||||||
   1072 0780 0909 1913 1100 061

Central Market #/061
4001 N. Lamar Blvd, Austin, TX 78756
Phone:        (512) 206-1000
Fax:          (512) 206-1010
Store Hours:  8 a.m. to 10 p
   ashier: PHEANA W.
   780 09-09-19  1:11P 270/
```

Catering @ N. Lamar 4001 North Lamar Austin
Catering Phone: 512 206-1000 Fax

Page 1 of 1

Page 8 of 11

| 09/10/2019 | $52.91 |
|---|---|

| | |
|---|---|
| Client | Texas DFPS/HHSC |
| Project | Texas Foster Care Monitoring |
| Category | Meals |
| Person | Deborah Fowler |

Court Monitoring Team Meeting Lunch



```
         1072 5223 0910 1910 3200 061
 1  CENTRAL MARKET 2201 COULE T    5.99
 2  ROASTED TOMATO SALSA       TF  3.52
 3  KALE CRNBERRY PEPITA SLD   TF  3.42
 4  GRILLED VEGETABLE PROVOLO  TF  5.99
 5  XOCHITL TORT CHPS NACHO C  F   3.69
 6  EL MILAGRO THICK TOTOPO C  F   3.69
 7  XOCHITL PREM BLUE CORN CB  F   3.69
 8  WATERLOO WATERMELON 12PK   TF  4.99
 9  WATERLOO GRAPEFRUIT        TF  4.99
10  FRESH MILD GUACAMOLE 15 O  TF  5.98
11  REDDY ICE 10# ICE BAG
       1 Ea. @  2/   4.00   TF     2.00

*********** Sale Subtotal***    49.72
      Sales Tax         3.19
************* Total Sales**     52.91
*** VISA EPS                    52.91

    ITEMS PURCHASED: 11

Chip Read              USD$  52.91
Appr No : 00048G   Ref No : 376398
Mode: Issuer
AID : A0000000031010
TVR : 8000008000
TAD : 06010A03A02000
TSI : 6800          ARC : 00

       RECEIPT EXPIRES ON 12-09-19

       ||||| |||||||||||||||||||||||||||
        1072 5223 0910 1910 3200 061

Central Market #/061
4001 N. Lamar Blvd, Austin, TX 78756
Phone:          (512) 206-1000
Fax:            (512) 206-1010
Store Hours:   8 a.m. to 10 p.m.
 Your Cashier :ZULEMA G
    725/23 09-10-19 10:32A 308/19/00061
```

| | |
|---|---|
| 09/11/2019 | $124.70 |

| | |
|---|---|
| Client | Texas DFPS/HHSC |
| Project | Texas Foster Care Monitoring |
| Category | Mileage |
| Person | Linda Brooke |