# INVOICE



## Texas
### APPLESEED

From   **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | |
|---|---|---|
| Invoice ID | 3 | Invoice For   **Texas DFPS/HHSC** |
| Issue Date | 11/07/2019 | |
| Due Date | 12/07/2019 (Net 30) | |
| Subject | Texas Appleseed Monitoring Team; October 2019 | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring (10/01/2019 – 10/31/2019) | 1,121.75 | $362.26 | **$406,364.25** |
| Product | Expenses for Texas Foster Care Monitoring (10/01/2019 – 10/31/2019) | 1.00 | $11,719.93 | **$11,719.93** |

**Amount Due**   **$418,084.18**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.



# INVOICE

From **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | **3** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 11/07/2019 | | |
| Due Date | 12/07/2019 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; Oct 2019 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/01/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 10/01/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | **$3,160.00** |
| Service | Texas Foster Care Monitoring - 10/01/2019 - Project Management & Planning / Deborah Fowler | 0.75 | $425.00 | **$318.75** |
| Service | Texas Foster Care Monitoring - 10/01/2019 - Travel / Deborah Fowler | 5.00 | $425.00 | **$2,125.00** |
| Service | Texas Foster Care Monitoring - 10/01/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 10/02/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 10/02/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | **$106.25** |
| Service | Texas Foster Care Monitoring - 10/02/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 10/02/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.33 | $425.00 | **$140.25** |
| Service | Texas Foster Care Monitoring - 10/02/2019 - Project Management & Planning / Linda Brooke | 9.00 | $395.00 | **$3,555.00** |

| Service | Texas Foster Care Monitoring – 10/03/2019 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.75 | $425.00 | $318.75 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring – 10/03/2019 – Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring – 10/03/2019 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.25 | $395.00 | $493.75 |
| Service | Texas Foster Care Monitoring – 10/03/2019 – Project Management & Planning / Linda Brooke | 8.75 | $395.00 | $3,456.25 |
| Service | Texas Foster Care Monitoring – 10/03/2019 – Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring – 10/03/2019 – Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring – 10/04/2019 – Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring – 10/04/2019 – Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring – 10/04/2019 – Project Management & Planning / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring – 10/04/2019 – Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring – 10/05/2019 – Project Management & Planning / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring – 10/05/2019 – Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring – 10/05/2019 – Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring – 10/06/2019 – Project Management & Planning / Linda Brooke | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring – 10/07/2019 – Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 3.50 | $425.00 | $1,487.50 |

| Service | Texas Foster Care Monitoring - 10/07/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
|---------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|---------|
| Service | Texas Foster Care Monitoring - 10/07/2019 - Project Management & Planning / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
| Service | Texas Foster Care Monitoring - 10/07/2019 - Project Management & Planning / Clarice Rogers | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 10/07/2019 - Travel / Linda Brooke | 4.50 | $395.00 | $1,777.50 |
| Service | Texas Foster Care Monitoring - 10/07/2019 - Project Management & Planning / Linda Brooke | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Foster Care Monitoring - 10/07/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 10/07/2019 - Travel / Viveca Martinez | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Foster Care Monitoring - 10/07/2019 - Project Management & Planning / Viveca Martinez | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 10/07/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 2.25 | $425.00 | $956.25 |
| Service | Texas Foster Care Monitoring - 10/08/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 10/08/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 10/08/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 10/08/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 4.00 | $395.00 | $1,580.00 |

| Service | Texas Foster Care Monitoring - 10/08/2019 - Travel / Linda Brooke | 9.00 | $395.00 | $3,555.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/08/2019 - Travel / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 10/08/2019 - Travel / Viveca Martinez | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 10/08/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 10/08/2019 - Project Management & Planning / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 10/09/2019 - Confer with the Court, a Party, Special Master or Consultants / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 10/09/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 10/09/2019 - Travel / Linda Brooke | 3.25 | $395.00 | $1,283.75 |
| Service | Texas Foster Care Monitoring - 10/09/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 10/09/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 10/09/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 10/09/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 10/09/2019 - Project Management & Planning / Nancy Arrigona | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 10/10/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 10/10/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 10/10/2019 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 10/10/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/10/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | **$3,160.00** |
| Service | Texas Foster Care Monitoring - 10/10/2019 - Project Management & Planning / Clarice Rogers | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 10/10/2019 - Project Management & Planning / Nancy Arrigona | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 10/11/2019 - Project Management & Planning / Viveca Martinez | 9.00 | $325.00 | **$2,925.00** |
| Service | Texas Foster Care Monitoring - 10/11/2019 - Project Management & Planning / Linda Brooke | 7.00 | $395.00 | **$2,765.00** |
| Service | Texas Foster Care Monitoring - 10/11/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 3.84 | $325.00 | **$1,248.00** |
| Service | Texas Foster Care Monitoring - 10/11/2019 - Project Management & Planning / Clarice Rogers | 1.83 | $325.00 | **$594.75** |
| Service | Texas Foster Care Monitoring - 10/11/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 4.50 | $425.00 | **$1,912.50** |
| Service | Texas Foster Care Monitoring - 10/11/2019 - Project Management & Planning / Deborah Fowler | 3.50 | $425.00 | **$1,487.50** |
| Service | Texas Foster Care Monitoring - 10/11/2019 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 10/11/2019 - Project Management & Planning / Nancy Arrigona | 6.50 | $325.00 | **$2,112.50** |
| Service | Texas Foster Care Monitoring - 10/12/2019 - Project Management & Planning / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 10/12/2019 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 10/12/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 10/12/2019 - Project Management & Planning / Nancy Arrigona | 8.50 | $325.00 | **$2,762.50** |
| Service | Texas Foster Care Monitoring - 10/12/2019 - Report and Document Preparation / Clarice Rogers | 3.00 | $325.00 | **$975.00** |

| Service | Texas Foster Care Monitoring - 10/12/2019 - Project Management & Planning / Linda Brooke | 6.50 | $395.00 | $2,567.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/13/2019 - Project Management & Planning / Linda Brooke | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Foster Care Monitoring - 10/13/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 10/13/2019 - Confer with the Court, a Party, Special Master or Consultants / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 10/13/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 10/13/2019 - Project Management & Planning / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 10/13/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 10/13/2019 - Project Management & Planning / Nancy Arrigona | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Project Management & Planning / Nancy Arrigona | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Report and Document Preparation / Clarice Rogers | 5.83 | $325.00 | $1,894.75 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Travel / Linda Brooke | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Project Management & Planning / Linda Brooke | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Travel / Deborah Fowler | 1.50 | $425.00 | $637.50 |

| Service | Texas Foster Care Monitoring - 10/14/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | $637.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/14/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Travel / Viveca Martinez | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 10/14/2019 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Travel / Clarice Rogers | 3.83 | $325.00 | $1,244.75 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Travel / Nancy Arrigona | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Travel / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 10.00 | $395.00 | $3,950.00 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Travel / Clarice Rogers | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Project Management & Planning / Linda Brooke | 1.75 | $395.00 | $691.25 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Travel / Deborah Fowler | 1.25 | $425.00 | $531.25 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 10/15/2019 - Travel / Deborah Fowler | 1.25 | $425.00 | $531.25 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring – 10/15/2019 – Document Review/Data Analysis/Verification Work / Viveca Martinez | 12.50 | $325.00 | $4,062.50 |
| Service | Texas Foster Care Monitoring – 10/15/2019 – Travel / Viveca Martinez | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.42 | $325.00 | $2,736.50 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Travel / Clarice Rogers | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Travel / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.25 | $325.00 | $2,681.25 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Travel / Linda Brooke | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Document Review/Data Analysis/Verification Work / Linda Brooke | 8.25 | $395.00 | $3,258.75 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Travel / Deborah Fowler | 1.25 | $425.00 | $531.25 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Travel / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Travel / Viveca Martinez | 4.50 | $325.00 | $1,462.50 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.25 | $325.00 | $2,681.25 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Project Management & Planning / Nancy Arrigona | 1.25 | $325.00 | $406.25 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Project Management & Planning / Clarice Rogers | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring – 10/16/2019 – Project Management & Planning / Linda Brooke | 1.25 | $395.00 | $493.75 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring – 10/16/2019 – Project Management & Planning / Viveca Martinez | 1.25 | $325.00 | **$406.25** |
| Service | Texas Foster Care Monitoring – 10/17/2019 – Travel / Clarice Rogers | 0.42 | $325.00 | **$136.50** |
| Service | Texas Foster Care Monitoring – 10/17/2019 – Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.83 | $325.00 | **$2,869.75** |
| Service | Texas Foster Care Monitoring – 10/17/2019 – Document Review/Data Analysis/Verification Work / Linda Brooke | 8.50 | $395.00 | **$3,357.50** |
| Service | Texas Foster Care Monitoring – 10/17/2019 – Travel / Clarice Rogers | 0.42 | $325.00 | **$136.50** |
| Service | Texas Foster Care Monitoring – 10/17/2019 – Travel / Linda Brooke | 0.50 | $395.00 | **$197.50** |
| Service | Texas Foster Care Monitoring – 10/17/2019 – Travel / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring – 10/17/2019 – Document Review/Data Analysis/Verification Work / Deborah Fowler | 8.00 | $425.00 | **$3,400.00** |
| Service | Texas Foster Care Monitoring – 10/17/2019 – Project Management & Planning / Viveca Martinez | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring – 10/18/2019 – Document Review/Data Analysis/Verification Work / Clarice Rogers | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring – 10/18/2019 – Travel / Clarice Rogers | 1.50 | $325.00 | **$487.50** |
| Service | Texas Foster Care Monitoring – 10/18/2019 – Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.50 | $325.00 | **$2,112.50** |
| Service | Texas Foster Care Monitoring – 10/18/2019 – Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring – 10/18/2019 – Document Review/Data Analysis/Verification Work / Linda Brooke | 6.25 | $395.00 | **$2,468.75** |
| Service | Texas Foster Care Monitoring – 10/18/2019 – Travel / Linda Brooke | 3.25 | $395.00 | **$1,283.75** |
| Service | Texas Foster Care Monitoring – 10/18/2019 – Travel / Clarice Rogers | 1.50 | $325.00 | **$487.50** |
| Service | Texas Foster Care Monitoring – 10/18/2019 – Travel / Deborah Fowler | 1.50 | $425.00 | **$637.50** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/18/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.50 | $425.00 | $1,487.50 |
| Service | Texas Foster Care Monitoring - 10/18/2019 - Travel / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 10/18/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.75 | $425.00 | $1,168.75 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Travel / Linda Brooke | 6.50 | $395.00 | $2,567.50 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Travel / Clarice Rogers | 4.25 | $325.00 | $1,381.25 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.75 | $425.00 | $1,168.75 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Travel / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 10/19/2019 - Travel / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 10/20/2019 - Project Management & Planning / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 10/21/2019 - Project Management & Planning / Linda Brooke | 8.50 | $395.00 | $3,357.50 |
| Service | Texas Foster Care Monitoring - 10/21/2019 - Project Management & Planning / Nancy Arrigona | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 10/21/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 10/21/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |

| Service | Texas Foster Care Monitoring - 10/22/2019 - Travel / Linda Brooke | 2.00 | $395.00 | $790.00 |
|---------|-------------------------------------------------------------------|------|---------|---------|
| Service | Texas Foster Care Monitoring - 10/22/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 11.50 | $395.00 | $4,542.50 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Travel / Clarice Rogers | 2.25 | $325.00 | $731.25 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Travel / Clarice Rogers | 0.75 | $325.00 | $243.75 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Project Management & Planning / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Travel / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 5.50 | $425.00 | $2,337.50 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Travel / Viveca Martinez | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 10/22/2019 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 11.50 | $325.00 | $3,737.50 |
| Service | Texas Foster Care Monitoring - 10/23/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 10/23/2019 - Travel / Linda Brooke | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 10/23/2019 - Travel / Clarice Rogers | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 10/23/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 10/23/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Foster Care Monitoring - 10/23/2019 - Travel / Deborah Fowler | 1.00 | $425.00 | $425.00 |

| Service | Texas Foster Care Monitoring - 10/23/2019 - Travel / Viveca Martinez | 3.00 | $325.00 | $975.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/23/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.00 | $425.00 | $2,975.00 |
| Service | Texas Foster Care Monitoring - 10/23/2019 - Travel / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 10/23/2019 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 5.25 | $395.00 | $2,073.75 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Travel / Linda Brooke | 8.50 | $395.00 | $3,357.50 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 5.25 | $325.00 | $1,706.25 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 5.50 | $425.00 | $2,337.50 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Travel / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Travel / Deborah Fowler | 5.50 | $425.00 | $2,337.50 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Travel / Clarice Rogers | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Travel / Nancy Arrigona | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Viveca Martinez | 5.25 | $325.00 | $1,706.25 |
| Service | Texas Foster Care Monitoring - 10/24/2019 - Travel / Viveca Martinez | 8.50 | $325.00 | $2,762.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/24/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 5.25 | $325.00 | $1,706.25 |
| Service | Texas Foster Care Monitoring - 10/25/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 14.00 | $395.00 | $5,530.00 |
| Service | Texas Foster Care Monitoring - 10/25/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 10/25/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 10/25/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 13.00 | $325.00 | $4,225.00 |
| Service | Texas Foster Care Monitoring - 10/25/2019 - Travel / Clarice Rogers | 0.50 | $325.00 | $162.50 |
| Service | Texas Foster Care Monitoring - 10/25/2019 - Travel / Nancy Arrigona | 0.50 | $325.00 | $162.50 |
| Service | Texas Foster Care Monitoring - 10/25/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 13.00 | $325.00 | $4,225.00 |
| Service | Texas Foster Care Monitoring - 10/25/2019 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 14.00 | $325.00 | $4,550.00 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.75 | $395.00 | $2,666.25 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Travel / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Travel / Linda Brooke | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Project Management & Planning / Clarice Rogers | 0.50 | $325.00 | $162.50 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Travel / Clarice Rogers | 6.50 | $325.00 | $2,112.50 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.00 | $325.00 | $1,950.00 |

| Service | Texas Foster Care Monitoring - 10/26/2019 - Project Management & Planning / Nancy Arrigona | 0.50 | $325.00 | $162.50 |
|---------|---------------------------------------------------------------------|-------|---------|---------|
| Service | Texas Foster Care Monitoring - 10/26/2019 - Travel / Nancy Arrigona | 6.50 | $325.00 | $2,112.50 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Travel / Viveca Martinez | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 10/26/2019 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.75 | $325.00 | $2,193.75 |
| Service | Texas Foster Care Monitoring - 10/27/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 10/27/2019 - Travel / Linda Brooke | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 10/27/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 10/27/2019 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 10/28/2019 - Project Management & Planning / Linda Brooke | 10.00 | $395.00 | $3,950.00 |
| Service | Texas Foster Care Monitoring - 10/28/2019 - Report and Document Preparation / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 10/28/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 10/28/2019 - Report and Document Preparation / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 10/28/2019 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 10/28/2019 - Project Management & Planning / Clarice Rogers | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 10/28/2019 - Project Management & Planning / Viveca Martinez | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 10/28/2019 - Travel / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |

| Service | Texas Foster Care Monitoring - 10/29/2019 - Report and Document Preparation / Deborah Fowler | 1.00 | $425.00 | $425.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 10/29/2019 - Report and Document Preparation / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 10/29/2019 - Report and Document Preparation / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 10/29/2019 - Travel / Linda Brooke | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 10/29/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 11.75 | $395.00 | $4,641.25 |
| Service | Texas Foster Care Monitoring - 10/29/2019 - Travel / Viveca Martinez | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 10/29/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 11.50 | $325.00 | $3,737.50 |
| Service | Texas Foster Care Monitoring - 10/29/2019 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 11.75 | $325.00 | $3,818.75 |
| Service | Texas Foster Care Monitoring - 10/30/2019 - Travel / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 10/30/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.25 | $395.00 | $3,258.75 |
| Service | Texas Foster Care Monitoring - 10/30/2019 - Report and Document Preparation / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 10/30/2019 - Travel / Viveca Martinez | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 10/30/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 10.50 | $325.00 | $3,412.50 |
| Service | Texas Foster Care Monitoring - 10/30/2019 - Report and Document Preparation / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 10/30/2019 - Report and Document Preparation / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 10/30/2019 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.25 | $325.00 | $2,681.25 |
| Service | Texas Foster Care Monitoring - 10/31/2019 - Project Management & Planning / Viveca Martinez | 10.00 | $325.00 | $3,250.00 |

| Service | Texas Foster Care Monitoring - 10/31/2019 - Report and Document Preparation / Linda Brooke | 11.25 | $395.00 | $4,443.75 |
|---------|------|-------|---------|-----------|
| Service | Texas Foster Care Monitoring - 10/31/2019 - Report and Document Preparation / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 10/31/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 13.50 | $325.00 | $4,387.50 |
| Product | Texas Foster Care Monitoring - 10/01/2019 - Transportation / Deborah Fowler: Oct 1, 2019 - Claras Store - Deborah Fowler $38.27 | 1.00 | $38.27 | $38.27 |
| Product | Texas Foster Care Monitoring - 10/06/2019 - Lodging / Deborah Fowler: Oct 06-08, 2019 - Fairfield - NY - Deborah Fowler (Rm510) $581.40 | 1.00 | $581.40 | $581.40 |
| Product | Texas Foster Care Monitoring - 10/06/2019 - Transportation / Deborah Fowler: Oct 06-08, 2019 - Southwest Airlines - NYC - Deborah Fowler $ 554.50 | 1.00 | $554.50 | $554.50 |
| Product | Texas Foster Care Monitoring - 10/06/2019 - Transportation / Deborah Fowler: Oct 6, 2019 - Taxi - Deborah Fowler $62.30 | 1.00 | $62.30 | $62.30 |
| Product | Texas Foster Care Monitoring - 10/07/2019 - Lodging / Deborah Fowler: Oct 07, 2019 - Fairfield - NY(Deborah Fowler) (Rm508) $275.46 | 1.00 | $275.46 | $275.46 |
| Product | Texas Foster Care Monitoring - 10/07/2019 - Lodging / Deborah Fowler: Oct 07, 2019 - Fairfield - NY (Deborah Fowler) (Rm606) $275.46 | 1.00 | $275.46 | $275.46 |
| Product | Texas Foster Care Monitoring - 10/07/2019 - Lodging / Linda Brooke: Oct 7-9, 2019 - Wyndham Austin - Linda Brooke (Rm542)$153.18 | 1.00 | $153.18 | $153.18 |
| Product | Texas Foster Care Monitoring - 10/07/2019 - Transportation / Linda Brooke: Oct 7-9, 2019 -Southwest Airlines- NY- Linda Brooke $448.48 | 1.00 | $448.48 | $448.48 |
| Product | Texas Foster Care Monitoring - 10/08/2019 - Meals / Deborah Fowler: Oct 8, 2019 - Cool River Dal - Deborah Fowler - Dinner for Team - $89.09 | 1.00 | $89.09 | $89.09 |
| Product | Texas Foster Care Monitoring - 10/08/2019 - Transportation / Linda Brooke: Oct 8, 2019 - Uber - Linda Brooke $48.61 | 1.00 | $48.61 | $48.61 |
| Product | Texas Foster Care Monitoring - 10/09/2019 - Transportation / Linda Brooke: Oct 9, 2019 - Uber - Linda Brooke $8.97 | 1.00 | $8.97 | $8.97 |
| Product | Texas Foster Care Monitoring - 10/09/2019 - Transportation / Linda Brooke: Oct 9, 2019 - Vonlane - Linda Brooke $99 | 1.00 | $99.00 | $99.00 |

| Product | Texas Foster Care Monitoring - 10/14/2019 - Transportation / Deborah Fowler: Oct 14, 2019 - Paleface Grocery - Deborah Fowler $31.13 | 1.00 | $31.13 | $31.13 |
|---|---|---|---|---|
| Product | Texas Foster Care Monitoring - 10/14/2019 - Lodging / Linda Brooke: Oct 14, 2019 - Holiday Inn Austin - Linda Brooke (Rm228) $189.38 | 1.00 | $189.38 | $189.38 |
| Product | Texas Foster Care Monitoring - 10/14/2019 - Mileage / Linda Brooke: Fort Worth to Austin (187 Miles) | 187.00 | $0.58 | $108.46 |
| Product | Texas Foster Care Monitoring - 10/15/2019 - Meals / Deborah Fowler: Oct 15, 2019 - The Lakehouse Restaurant - Deborah Fowler $77.26 | 1.00 | $77.26 | $77.26 |
| Product | Texas Foster Care Monitoring - 10/15/2019 - Lodging / Clarice Rogers: Oct 15, 2019 - La Quinta - Clarice Roberts (Rm208) $110.74 | 1.00 | $110.74 | $110.74 |
| Product | Texas Foster Care Monitoring - 10/15/2019 - Lodging / Nancy Arrigona: Oct 15, 2019 - La Quinta - Nancy Arrigona (Rm210) $110.74 | 1.00 | $110.74 | $110.74 |
| Product | Texas Foster Care Monitoring - 10/15/2019 - Lodging / Viveca Martinez: Oct 15, 2019 - La Quinta - Viveca Martinez (Rm212) $110.74 | 1.00 | $110.74 | $110.74 |
| Product | Texas Foster Care Monitoring - 10/15/2019 - Mileage / Linda Brooke: Austin to Ingram TX (90 miles) | 90.00 | $0.58 | $52.20 |
| Product | Texas Foster Care Monitoring - 10/16/2019 - Meals / Deborah Fowler: Oct 16, 20019 - Ole Ingram Grocery - Deborah Fowler - Lunch for team- $39.61 | 1.00 | $39.61 | $39.61 |
| Product | Texas Foster Care Monitoring - 10/16/2019 - Lodging / Linda Brooke: Oct 16, 2019 - Hampton Inn - Linda Brooke (Rm306) $352.28 | 1.00 | $352.28 | $352.28 |
| Product | Texas Foster Care Monitoring - 10/16/2019 - Meals / Linda Brooke: Oct 16, 2019 - Jimmy Johns - Linda Brooke- meal for team $19.31 | 1.00 | $19.31 | $19.31 |
| Product | Texas Foster Care Monitoring - 10/16/2019 - Mileage / Linda Brooke: Ingram to Big Springs (67 miles) | 67.00 | $0.58 | $38.86 |
| Product | Texas Foster Care Monitoring - 10/16/2019 - Mileage / Linda Brooke: Big Springs to Converse (114 miles) Converse to Yoakum | 114.00 | $0.58 | $66.12 |
| Product | Texas Foster Care Monitoring - 10/17/2019 - Meals / Deborah Fowler: Oct 17, 2019 - Chuy's - Deborah Fowler - Meal for Team $73.24 | 1.00 | $73.24 | $73.24 |

| Product | Texas Foster Care Monitoring - 10/17/2019 - Lodging / Deborah Fowler: Oct 17, 2019 - Hampton Inn - Deborah Fowler (Rm 408) $238.68 | 1.00 | $238.68 | $238.68 |
|---|---|---|---|---|
| Product | Texas Foster Care Monitoring - 10/18/2019 - Transportation / Deborah Fowler: Oct 18, 2019 - Luling Mint Mart - Deborah Fowler $22.55 | 1.00 | $22.55 | $22.55 |
| Product | Texas Foster Care Monitoring - 10/18/2019 - Meals / Clarice Rogers: Oct 18,2019 - Buc-Ees - Clarice Rogers $8.89 | 1.00 | $8.89 | $8.89 |
| Product | Texas Foster Care Monitoring - 10/18/2019 - Mileage / Linda Brooke: Return (172) | 172.00 | $0.58 | $99.76 |
| Product | Texas Foster Care Monitoring - 10/19/2019 - Meals / Clarice Rogers: Oct 19, 2019 - Fast Break - Clarice Roberts $3.17 | 1.00 | $3.17 | $3.17 |
| Product | Texas Foster Care Monitoring - 10/19/2019 - Mileage / Linda Brooke: Convers to Pettus (96 miles) | 96.00 | $0.58 | $55.68 |
| Product | Texas Foster Care Monitoring - 10/19/2019 - Mileage / Linda Brooke: Pettus to Fort Worth (317 miles) | 317.00 | $0.58 | $183.86 |
| Product | Texas Foster Care Monitoring - 10/22/2019 - Meals / Deborah Fowler: Oct 22, 2019 - BB's Tex-Orleans - Deborah Fowler-Meal for Team $59.70 | 1.00 | $59.70 | $59.70 |
| Product | Texas Foster Care Monitoring - 10/22/2019 - Lodging / Deborah Fowler: Oct 22-23, 2019 - Hilton Cypress TX - Deborah Fowler (Rm502) $103.50 | 1.00 | $103.50 | $103.50 |
| Product | Texas Foster Care Monitoring - 10/22/2019 - Lodging / Deborah Fowler: Oct 22-23, 2019 - Hilton Cypress TX - Deborah Fowler (Rm508) $103.50 | 1.00 | $103.50 | $103.50 |
| Product | Texas Foster Care Monitoring - 10/22/2019 - Meals / Linda Brooke: Oct 22, 2019 - Buffalo Wild Wings - Linda Brooke-meal for team- $26.36 | 1.00 | $26.36 | $26.36 |
| Product | Texas Foster Care Monitoring - 10/22/2019 - Lodging / Linda Brooke: Oct 22, 2019 - Holiday Inn - Linda Brooke - Waco TX (Rm235) $141.86 | 1.00 | $141.86 | $141.86 |
| Product | Texas Foster Care Monitoring - 10/22/2019 - Lodging / Viveca Martinez: Oct 22, 2019 - Holiday Inn -Viveca Martinez - Waco TX (Rm416) $141.86 | 1.00 | $141.86 | $141.86 |
| Product | Texas Foster Care Monitoring - 10/22/2019 - Mileage / Linda Brooke: Travel to Waco(86 Miles) | 86.00 | $0.58 | $49.88 |
| Product | Texas Foster Care Monitoring - 10/23/2019 - Lodging / Linda Brooke: Oct 23, 2019 - La Quinta - Austin - Linda Brooke (Rm 103) $108.68 | 1.00 | $108.68 | $108.68 |

| Product | Texas Foster Care Monitoring - 10/23/2019 - Mileage / Linda Brooke: Travel from Waco to Austin | 107.00 | $0.58 | $62.06 |
|---------|---|---|---|---|
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Deborah Fowler: Oct 24, 2019 - Lyft - Austin - Deborah Fowler $38.32 | 1.00 | $38.32 | $38.32 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Deborah Fowler: Oct 24. 2019 - United Airlines - Deborah Fowler ( Amarillo TX) - receipt $660 | 1.00 | $660.00 | $660.00 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Lodging / Deborah Fowler: Oct 24-26, 2019 - Embassy Suites - Deborah Fowler - Amarillo TX (Rm344) $366.13 | 1.00 | $366.13 | $366.13 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Lodging / Deborah Fowler: Oct 24-26, 2019 - Embassy Suites - Deborah Fowler - Amarillo TX (Rm312) $308.02 | 1.00 | $308.02 | $308.02 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Lodging / Deborah Fowler: Oct 24-26, 2019 - Embassy Suites - Deborah Fowler - Amarillo TX (Rm319) $314.02 | 1.00 | $314.02 | $314.02 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Deborah Fowler: Oct 24-26, 2019 - National Rental - Deborah Fowler - Amarillo TX $129.85 | 1.00 | $129.85 | $129.85 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Deborah Fowler: Oct 24-26, 2019 - United Airlines - Deborah Fowler $60 | 1.00 | $60.00 | $60.00 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Clarice Rogers: Oct 24, 2019 - Austin Airport Parking - Clarice Rogers $24 | 1.00 | $24.00 | $24.00 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Meals / Clarice Rogers: Oct 24, 2019 - Delaware North - Clarice Rogers $4.87 | 1.00 | $4.87 | $4.87 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Lodging / Clarice Rogers: Oct 24, 2019 - Fairfield by Marriott Lubbock -Clarice Rogers $220.80 (Rm127) | 1.00 | $220.80 | $220.80 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Clarice Rogers: Oct 24. 2019 - United Airlines - Clarice Roberts (Lubbock, TX) - receipt $558. | 1.00 | $558.00 | $558.00 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Linda Brooke: Oct 24, 2019 - Austin Airport Parking Linda Brooke $71 | 1.00 | $71.00 | $71.00 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Linda Brooke: Oct 24. 2019 - United Airlines - Linda Brooke ( Amarillo TX) - receipt $660 | 1.00 | $660.00 | $660.00 |

| Product | Texas Foster Care Monitoring - 10/24/2019 - Lodging / Nancy Arrigona: Oct 24, 2019 - Fairfield by Marriott Lubbock - Nancy Arrigona $220.80 Rm311) | 1.00 | $220.80 | $220.80 |
|---------|--------------------|------|---------|---------|
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Nancy Arrigona: Oct 24, 2019 - National Rent a Car - Lubbock - Nancy Arrigona $84.62 | 1.00 | $84.62 | $84.62 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Nancy Arrigona: Oct 24. 2019 - United Airlines - Nancy Arrigona (Lubbock, TX) - receipt $558 | 1.00 | $558.00 | $558.00 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Nancy Arrigona: Oct 24-26, 2019 - United Airlines - Nancy Arrigona ($60) | 1.00 | $60.00 | $60.00 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Meals / Deborah Fowler: Oct 24, 2019 - Central Market - Lunch for all Team - Austin $153.51 | 1.00 | $153.51 | $153.51 |
| Product | Texas Foster Care Monitoring - 10/24/2019 - Transportation / Viveca Martinez: Oct 24. 2019 - United Airlines - Viveca Martinez ( Amarillo TX) - receipt $660 | 1.00 | $660.00 | $660.00 |
| Product | Texas Foster Care Monitoring - 10/25/2019 - Meals / Clarice Rogers: Oct 25, 2019 - Target - Clarice Rogers $9.48 | 1.00 | $9.48 | $9.48 |
| Product | Texas Foster Care Monitoring - 10/25/2019 - Meals / Nancy Arrigona: Oct 25, 2019 - Qdoba Mexican Eats - Nancy Arrigona $8.71 | 1.00 | $8.71 | $8.71 |
| Product | Texas Foster Care Monitoring - 10/25/2019 - Meals / Nancy Arrigona: Oct 25, 2019 - Target - Nancy Arrigona $15.92 | 1.00 | $15.92 | $15.92 |
| Product | Texas Foster Care Monitoring - 10/25/2019 - Meals / Viveca Martinez: Oct 25, 2019 - Embassy Suites Amarillo - Viveca Martinez- meal for team $96.34 | 1.00 | $96.34 | $96.34 |
| Product | Texas Foster Care Monitoring - 10/25/2019 - Meals / Clarice Rogers: Oct 25, 2019 - Qdoba Mexican Eats - Clarice Roberts $8.71 | 1.00 | $8.71 | $8.71 |
| Product | Texas Foster Care Monitoring - 10/26/2019 - Transportation / Clarice Rogers: Oct 26, 2019 - United Airlines - Clarice Rogers $30 | 1.00 | $30.00 | $30.00 |
| Product | Texas Foster Care Monitoring - 10/26/2019 - Transportation / Nancy Arrigona: Oct 26, 2019 - 7 Eleven - Nancy Arrigona $7.17 | 1.00 | $7.17 | $7.17 |
| Product | Texas Foster Care Monitoring - 10/26/2019 - Transportation / Nancy Arrigona: Oct 26, 2019 - World Duty Free - Nancy Arrigona $4.59 | 1.00 | $4.59 | $4.59 |

| Product | Texas Foster Care Monitoring - 10/26/2019 - Transportation / Viveca Martinez: Oct 26, 2019 - Lyft - Viveca Martinez $26.09 | 1.00 | $26.09 | $26.09 |
|---|---|---|---|---|
| Product | Texas Foster Care Monitoring - 10/27/2019 - Mileage / Linda Brooke: Return Travel to Fort Worth (195 miles) | 195.00 | $0.58 | $113.10 |
| Product | Texas Foster Care Monitoring - 10/28/2019 - Transportation / Viveca Martinez: Oct 28, 2019 - Buc-EEs - Viveca Martinez $ 24.50 | 1.00 | $24.50 | $24.50 |
| Product | Texas Foster Care Monitoring - 10/28/2019 - Lodging / Viveca Martinez: Oct 28, 2019 - Holiday Inn, Fort Worth TX - Viveca Martinez $235.59 | 1.00 | $235.59 | $235.59 |
| Product | Texas Foster Care Monitoring - 10/28/2019 - Transportation / Viveca Martinez: Oct 28-31, 2019 - Enterprise Rentacar - Viveca Martinez $302.84 | 1.00 | $302.84 | $302.84 |
| Product | Texas Foster Care Monitoring - 10/29/2019 - Lodging / Linda Brooke: Oct 29, 2019 - Holiday Inn Express - Linda Brooke $124.55 | 1.00 | $124.55 | $124.55 |
| Product | Texas Foster Care Monitoring - 10/29/2019 - Lodging / Viveca Martinez: Oct 29, 2019 - Holiday Inn, Abilene TX - Viveca Martinez $119.60 | 1.00 | $119.60 | $119.60 |
| Product | Texas Foster Care Monitoring - 10/30/2019 - Meals / Linda Brooke: Oct 30, 2019 - Starbucks - Linda Brooke $16.02 | 1.00 | $16.02 | $16.02 |

**Amount Due**  $418,084.18

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# Expense Report for Invoice #3

Texas Appleseed

---

**10/01/2019**                          **$38.27**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 1, 2019 - Claras Store - Deborah Fowler $38.27

```
Claras Store
00208190
708 TX 71
Smithville, TX


10/01/2019 610075691
12:01:55 PM
```



```
INVOICE E/9070034
AUTH 045066

REPRINT *** REPRINT
PUMP#  3
UNLEAD REG   15.952G
PRICE/GAL    $2.399

FUEL TOTAL  $  38.27


   Total = $  38.27
REPRINT *** REPRINT

CREDIT      $  38.27
Swiped

Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.
```

**10/06/2019**                          **$581.40**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Oct 06-08, 2019 - Fairfield - NY - Deborah Fowler
(Rm510) $581.40



**Fairfield by Marriott®**
325 West 33rd St, New York, Ny 10001 P 212.563.0900
**Fairfield.Marriott.com**

| | |
|---|---|
| D. Fowler | Room: 510 |
| | Room Type: KING |
| | Number of Guests: 1 |
| | Rate: $274.00 |
| | Clerk: |
| Arrive: 06Oct19      Time: 05:45PM      Depart: 08Oct19 | Time:      Folio Number: 97802 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Aug19 | Advance Deposit | | 581.90 |
| 06Oct19 | Room Charge | 227.00 | |
| 06Oct19 | Occupancy Sales Tax | 13.34 | |
| 06Oct19 | State Occupancy Tax | 9.08 | |
| 06Oct19 | City Tax | 11.07 | |
| 06Oct19 | Convention and Tourism Tax | 1.50 | |
| 06Oct19 | Sales Tax Other Room Tax | 2.00 | |
| 07Oct19 | Room Charge | 274.00 | |
| 07Oct19 | Occupancy Sales Tax | 16.10 | |
| 07Oct19 | State Occupancy Tax | 10.96 | |
| 07Oct19 | City Tax | 13.36 | |
| 07Oct19 | Convention and Tourism Tax | 1.50 | |
| 07Oct19 | Sales Tax Other Room Tax | 2.00 | |
| 08Oct19 | Visa | | 0.01 |

Amount:    0.01  Auth: 07587G  Signature on File
*This card was electronically swiped on 06Oct19*

**BALANCE:      0.00**

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

Thank you for Staying at the Fairfield Inn & Suites Penn Station! We hope your stay was everything you expected and more. However if you have any suggestions for what we may have done differently to enhance your visit, or if you would like to share anything about your past visit, please do not hesitate to contact us directly.  Next time you choose to visit the Big Apple, whether it be for business or pleasure, let the Fairfield Inn & Suites in Penn Station be your first choice. We look forward to having another opportunity to serve you in the near future.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.



**Fairfield by Marriott®**
325 West 33rd St, New York, Ny 10001 P 212.563.0900
Fairfield.Marriott.com

D. Fowler

Room: 510
Room Type: KING
Number of Guests: 1
Rate: $274.00
Clerk:

Arrive: 06Oct19          Time: 05:45PM          Depart: 08Oct19          Time:          Folio Number: 97802

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 06Oct19 | Market Beer | 7.35 | |
| 06Oct19 | Tax - Liquor | 0.65 | |
| 08Oct19 | Visa | | 8.00 |
| | **BALANCE:** | **0.00** | |

Marriott Bonvoy account ~~~~~~~~~~~~. Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

Thank you for Staying at the Fairfield Inn & Suites Penn Station!  We hope your stay was everything you expected and more. However if you have any suggestions for what we may have done differently to enhance your visit, or if you would like to share anything about your past visit, please do not hesitate to contact us directly.  Next time you choose to visit the Big Apple, whether it be for business or pleasure, let the Fairfield Inn & Suites in Penn Station be your first choice. We look forward to having another opportunity to serve you in the near future.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

10/06/2019                          $554.50

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 06-08, 2019 – Southwest Airlines – NYC – Deborah
Fowler $ 554.50



Corina Golea <cgolea@texasappleseed.net>

**Fwd: Deborah Jea Fitzgerald Fowler's 10/06 NYC (LaGuardia) trip (R6EAHN): Your reservation is confirmed.**
1 message

Deborah Fowler <dfowler@texasappleseed.net>
To: Corina Golea <cgolea@texasappleseed.net>

Wed, Aug 21, 2019 at 5:41 PM

Deborah Fowler
Executive Director
Texas Appleseed
1609 Shoal Creek, Ste. 201
Austin, TX  78701
(512) 473-2800 X105
(512) 757-1458 (cell)



---------- Forwarded message ----------
From: **Southwest Airlines** <southwestairlines@ifly.southwest.com>
Date: Wed, Aug 21, 2019 at 5:39 PM
Subject: Deborah Jea Fitzgerald Fowler's 10/06 NYC (LaGuardia) trip (R6EAHN): Your reservation is confirmed.
To: <dfowler@texasappleseed.net>

Here's your itinerary and other important travel information.
View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account

Hi Deborah Jea,

We're looking forward to flying together a lot more soon enough. So now would be your time to plan all the important reservations, and the fun part, the real amount. Soon!

OCTOBER 6 - OCTOBER 8

# AUS ✈ LGA

Austin to NYC (LaGuardia)

Confirmation # R6EAHN          Confirmation date: 08/21/2019

PASSENGER          Deborah Jea Fitzgerald Fowler
RAPID REWARDS #
TICKET #          5262111602476
EXPIRATION¹          August 20, 2020
EST. POINTS EARNED          2,586

Rapid Rewards points are only estimates.

## Your itinerary

Flight 1 · Sunday (10/06/2019) · Est. Travel Time: 5H · Nonstop Service

| FLIGHT # 2652 | DEPARTS AUS 09:35AM Austin | ARRIVES LGA 03:35PM NYC (LaGuardia) |

Stop: Dallas (Love) no plane change

Flight 2 · Tuesday (10/08/2019) · Est. Travel Time: 6H 45m · Nonstop Service

| FLIGHT # 1137 | DEPARTS LGA 04:05PM NYC (LaGuardia) | ARRIVES MDW 05:35PM Chicago (Midway) |

Stop: ✈ Change planes

FLIGHT          DEPARTS_ _ _          ARRIVES_ _ _



| # 2290 | MDW 07:10PM | | AUS 09:50PM |
|--------|-------------|--|-------------|
| | Chicago (Midway) | | Austin |

## Payment information



Total cost

Air - R6EAHN

| Base Fare | $ | 430.70 |
|-----------|---|--------|
| U.S. Transportation Tax | $ | 32.30 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 16.80 |
| U.S. Passenger Facility Chg | $ | 13.50 |
| EarlyBird | $ | 50.00 |
| **Total** | **$** | **554.50** |

Payment

Date: August 21, 2019
**Payment Amount: $504.50**

Date: August 21, 2019
**Payment Amount: $25.00**

Date: August 21, 2019
**Payment Amount: $25.00**

Fare Rules: If you decide to make a change to your current itinerary may result in a fare increase. In the case yourfarell withtravel funds from this confirmation number, you're issued travel funds and use these funds for a future flight for the individual named on the ticket, as long as the new ticket is completed by the expiration date.

Your ticket number: 5262111692476

## Prepare for takeoff

**24 hours** before your departure:
Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:
Arrive at the gate prepared to board.

**10 minutes** before your departure:
This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



Save up to 30%
and earn up to 2,400 Rapid Rewards® points
with Budget® on your trip

Budget

Book car >



**Earn up to 10,000 Rapid Rewards® points per night**
Choose a hotel in New York.



Have questions about your upcoming trip?
Get all the answers before you leave for the airport.

Book hotel >                                    Prepare now >

5262111692476:NONREFMONTRANSFERABLE STANDBY REQ UPGRADE TO Y •EG VW AUS VW NYC264.18/AN XCHI VW/ AUS186.51/USD1#3176END ZP AUS4.27DAL4.29LGA4.29MDW4.39 XF AUS4.5LGA4.5MDW4.5

CLAS/WRD
CLM/WRD/CLM/WRD

**No Show Policy:** you must notify Southwest at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to provide seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures to the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from unactively cancelled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have travel credit applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Connect with us**

**Contact us**

Customer service | FAQs

Get the mobile app

All ticket Marketing funds from the Confirmation Number must be completed by the departure date.

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Intersection

Cualquier información publicitaria, promocional o de mercadotecnia contenida en esta forma sólo será válida y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-8000-FLY-SWA (1-800-435-9792)

Copyright 2018 Southwest Airlines Co. All Rights Reserved.

**10/06/2019**                          **$62.30**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 6, 2019 - Taxi - Deborah Fowler $62.30

```
        CREDIT SALE

HACK #       :    00456099
MEDALLION    :        5E41
10/06/19 16:44-17:40
TRIP #       :           2
RATE #       :           1
STAND. CITY RATE
Miles R1     :       11.64
FARE R1      :      $42.50
TOLLS :
RFK.Br.:$6.12
STATE SRCHG:        $0.50
IMP.SRCHG.   :      $0.30
CGN. SRCH. :        $2.50
TIPS         :     $10.38
GRAND TOTAL:       $62.30
VISA               ***2434
AUTHOR.      :     00348G
MID:       ***********503
ENTRY METHOD:
CONTACT CHIP
AID:       A0000000031010
APPL. NAME:
VISA CREDIT
ATC:                 007A
AC:
69B6886E4D553166
REC/INV#:               2
TID:

------- PANYNJ -------
START (25):
LGA_TermA
END (109):
23rdStMN


Contact TLC DIAL 3-1-1
```

**10/07/2019**                           **$275.46**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Oct 07, 2019 - Fairfield - NY(Deborah Fowler) (Rm508)
$275.46



**Fairfield by Marriott®**
325 West 33rd St, New York, Ny 10001 P 212.563.0900
**Fairfield.Marriott.com**

| D. Fowler | | | | Room: 508 | |
| | | | | Room Type: KING | |
| | | | | Number of Guests: 1 | |
| | | | | Rate: $237.00 | |
| | | | | | Clerk. |
| Arrive: 07Oct19 | Time: 07:49PM | Depart: 08Oct19 | Time: | | Folio Number: 52301 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 22Sep19 | Advance Deposit | | 275.46 |
| 07Oct19 | Room Charge | | |
| 07Oct19 | Occupancy Sales Tax | 237.00 | |
| 07Oct19 | State Occupancy Tax | 13.92 | |
| 07Oct19 | City Tax | 9.48 | |
| 07Oct19 | Convention and Tourism Tax | 11.55 | |
| 07Oct19 | Sales Tax Other Room Tax | 1.50 | |
| 08Oct19 | Visa | 2.00 | |
| | | 0.01 | |

Amount:   0.01-  09416G  Signature on File

**BALANCE:     0.00**

~~Marriott Bonvoy~~. Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

Thank you for Staying at the Fairfield Inn & Suites Penn Station! We hope your stay was everything you expected and more. However if you have any suggestions for what we may have done differently to enhance your visit, or if you would like to share anything about your past visit, please do not hesitate to contact us directly.  Next time you choose to visit the Big Apple, whether it be for business or pleasure, let the Fairfield Inn & Suites in Penn Station be your first choice. We look forward to having another opportunity to serve you in the near future.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

10/07/2019                    $275.46

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Oct 07, 2019 – Fairfield – NY (Deborah Fowler) (Rm606)
$275.46



**Fairfield by Marriott®**
325 West 33rd St, New York, Ny 10001 P 212.563.0900
**Fairfield.Marriott.com**

D. Fowler

Room: 606
Room Type: KING
Number of Guests: 1
Rate: $237.00
Clerk:

Arrive: 07Oct19      Time: 02:54PM      Depart: 08Oct19      Time:      Folio Number: 52302

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 22Sep19 | Advance Deposit | | 275.46 |
| 07Oct19 | Room Charge | | |
| 07Oct19 | Occupancy Sales Tax | 237.00 | |
| 07Oct19 | State Occupancy Tax | 13.92 | |
| 07Oct19 | City Tax | 9.48 | |
| 07Oct19 | Convention and Tourism Tax | 11.55 | |
| 07Oct19 | Sales Tax Other Room Tax | 1.50 | |
| 08Oct19 | Visa | 2.00 | |
| | | 0.01 | |

Amount:   0.01-  05591G  Signature on File

**BALANCE:      0.00**

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

Thank you for Staying at the Fairfield Inn & Suites Penn Station! We hope your stay was everything you expected and more. However if you have any suggestions for what we may have done differently to enhance your visit, or if you would like to share anything about your past visit, please do not hesitate to contact us directly.  Next time you choose to visit the Big Apple, whether it be for business or pleasure, let the Fairfield Inn & Suites in Penn Station be your first choice. We look forward to having another opportunity to serve you in the near future.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

**10/07/2019**                              **$153.18**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Oct 7-9, 2019 - Wyndham Austin - Linda Brooke
(Rm542)$153.18





## WYNDHAM®
### Hotels and Resorts

Wyndham Austin and Woodward Conf. Ctr.
Physical Address: 3401 South IH-35
Street Address: 1500 Woodward Street
Austin, TX 78741

| | | | INFORMATION INVOICE |
|---|---|---|---|
| Arrival | : 10-08-19 | | |
| Departure | : 10-09-19 | Folio / Invoice # | : |
| Company Name | : AARP | Reference # | : 80416EC149134 |
| | | Room No. | : 0542 |
| Linda Brooke | | Page No. | : 1 of 1 |
| 2625 Ryan Place | | Membership No. | : ~~▆▆▆▆▆~~ |
| Fort Worth TX 76110 | | Conf. No. | : 28323180 |
| US | | Cashier No. | : |
| | | A/R Number | : |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 10-08-19 | Room Charge | | 133.20 | |
| 10-08-19 | State-Occupancy Tax 6% | | 7.99 | |
| 10-08-19 | City- Occupancy Tax 9% | | 11.99 | |
| 10-09-19 | ~~▆▆▆▆▆▆▆~~ | ~~▆▆▆▆▆▆▆▆▆▆~~ | | 153.18 |

| | Total | 153.18 | 153.18 |
|---|---|---|---|
| | Balance | | 0.00 |

Please contact the Hotel Manager about any issues with your stay.  Wyndham Hotels and Resorts or affiliates may contact you about goods and services unless you call 888-946-4283 or write to Wyndham Worldwide Hotels, Inc, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our Wyndham Hotels and Resorts website about privacy.

**10/07/2019**                                   $448.48

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Linda Brooke** |

Oct 7-9, 2019 -Southwest Airlines- NY- Linda Brooke

$448.48

**To:** "lpb21@hotmail.com" <lpb21@hotmail.com>
**Subject: Linda Pritchett Brooke's 10/07 NYC (LaGuardia) trip (KMPO3Z): Your reservation is confirmed.**
**Reply-To:** "Southwest Airlines" <no-reply@ifly.southwest.com>

Here's your itinerary and other important travel information.
View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account



### Hi Linda Pritchett,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

OCTOBER 7

# DAL  LGA

Dallas (Love) to NYC (LaGuardia)

Confirmation # **KMPO3Z**                                    Confirmation date: 09/25/2019

| PASSENGER | **Linda Pritchett Brooke** |
| --- | --- |
| RAPID REWARDS # | 131380130 |
| TICKET # | 5262123961766 |
| EXPIRATION[1] | September 24, 2020 |
| EST. POINTS EARNED | 2,321 |

Rapid Rewards® points are only estimations.

## Your itinerary

| Flight 1: | Monday, 10/07/2019 | Est. Travel Time: **3h 25m** | Wanna Get Away® |
| --- | --- | --- | --- |

| FLIGHT<br># 0948 | DEPARTS | | ARRIVES |
| --- | --- | --- | --- |



**DAL 08:55**AM

Dallas (Love)

**LGA 01:20**PM

NYC (LaGuardia)

| Flight 2: | Tuesday, 10/08/2019 | Est. Travel Time: 6h 35m | Wanna Get Away® |

FLIGHT
# 2524

**DEPARTS**

**LGA 03:25**PM

NYC (LaGuardia)

**ARRIVES**

**DAL 06:10**PM

Dallas (Love)

Stop: Change planes

FLIGHT
# 0526

**DEPARTS**

**DAL 08:00**PM

Dallas (Love)

**ARRIVES**

**AUS 09:00**PM

Austin

## Payment information

| Total cost | | | Payment |

**Air - KMPO3Z**

| | | | |
|---|---|---|---|
| Base Fare | $ | 386.68 | Date: September 25, 2019 |
| U.S. Transportation Tax | $ | 29.00 | **Payment Amount: $448.48** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 12.60 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **448.48** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262123961786

**From:** Vonlane <passenger.service@vonlane.com>
**Date:** October 9, 2019 at 2:20:44 PM CDT
**To:** lbrooke@texasappleseed.net
**Cc:** passenger.service@vonlane.com
**Subject:** Your  October 09, 2019 Vonlane Confirmation Receipt
**Reply-To:** Vonlane <passenger.service@vonlane.com>

**10/08/2019**                                              **$89.09**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Deborah Fowler** |

Oct 8, 2019 - Cool River Dal - Deborah Fowler - Dinner
for Team - $89.09



Cool River DAL
DALLAS LOVE FIELD AIRPORT

Merchant ID :
Terminal ID : 1427930
Check No    : 1783
Table No    : 1400/1
Server      : 415357 Chemary
Name on Card: FOWLER/DEBORAH

Expiry Date : **/**
Card Type   : VISA
Trans Type  : AUTHORIZE
Trans Date  : 10/8/2019
Trans Time  : 7:05 PM
Entry Mode  : Chip
Auth Code   : C29506
Resp Code   : 00
Mode        : Issuer
App Label   : VISA CREDIT
AID         : A0000000031010
ARC         : 00
TVR         : 8000008000
TSI         : 6800
IAD         : 06010A03600400


00   APPROVED - THANK YOU   000


SUBTOTAL      USD$        89.09

Gratuity :

Total :                  89.09


X_____
              Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
          MERCHANT COPY

**10/08/2019**                                    **$48.61**

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Linda Brooke** |

Oct 8, 2019 - Uber - Linda Brooke $48.61

**From:** Uber Receipts <uber.us@uber.com>
**Date:** October 8, 2019 at 12:43:17 PM CDT
**To:** "lpb21@hotmail.com" <lpb21@hotmail.com>
**Subject: Your Tuesday afternoon trip with Uber**

**Uber**

Total: $48.61
Tue, Oct 08, 2019

# Thanks for riding, Linda

We hope you enjoyed your ride
this afternoon.



# Total                    $48.61

> In addition to other government-mandated taxes and fees, you'll also notice a new Congestion Surcharge on Manhattan trips below 96th St. Learn more

| | |
|---|---|
| Trip Fare | $35.06 |
| Subtotal | $35.06 |
| NY Congestion Fee | $2.75 |
| State Sales Tax | $3.65 |
| NY Black Car Fund | $1.03 |
| Tolls, Surcharges, and Fees | $6.12 |

Amount Charged

 Switch                          $48.61

Affiliated with EINS-NY,LLC (B02872)

Dispatched by Eins (B02872)

To submit a complaint to the NYC TLC, please call 311.

**10/09/2019**                                             **$8.97**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Linda Brooke** |

Oct 9, 2019 - Uber - Linda Brooke $8.97



**From:** Uber Receipts <uber.us@uber.com>
**Date:** October 9, 2019 at 10:19:08 PM CDT
**To:** "lpb21@hotmail.com" <lpb21@hotmail.com>
**Subject: Your Wednesday evening trip with Uber**

Uber

Total: $8.97
Wed, Oct 09, 2019

# Thanks for riding, Linda

We hope you enjoyed your ride
this evening.



| Total | $8.97 |
|---|---|

| Trip Fare | $6.12 |
|---|---|
| Subtotal | $6.12 |
| Tolls, Surcharges, and Fees | $2.85 |

10/09/2019                          $99.00

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Monitoring**
Category     **Transportation**
Person       **Linda Brooke**

Oct 9, 2019 - Vonlane - Linda Brooke $99



Confirmation Email



Locator: 891456

Departure:

Wednesday, October 09, 2019     7:00 PM

Austin: Hyatt Regency to Fort Worth: 916 Main Street
Seat 4A

Passenger 1: Linda Brooke
Fare                    $99.00
Net Fare                $99.00
Card Type:
Billed to card ending:

Terminals:

Austin: Hyatt Regency
208 Barton Springs Road Austin, Texas 78704
Parking: Vonlane passengers may self-park in the hotel's multi-story parking garage located to the right of the hotel's main entrance for $30 per 24-hour period or portion thereof. Valet services are also available for $34 plus tax per night. The motor coach will board in front of the hotel or adjacent the main drive next to the Zilker Ballroom.

Fort Worth: 916 Main Street
916 Main Street Fort Worth, Texas 76102 Next to the JFK Tribute
Parking: Vonlane passengers may self-park at 615 Commerce Street for $12 per 24-hour period. This garage is .2 miles from the Vonlane boarding location. The motor coach will board in front of the JFK Tribute on Main Street.

10/14/2019                              $31.13

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 14, 2019 - Paleface Grocery - Deborah Fowler $31.13

Paleface Grocery
00207095
3511s. Pace Bend Rd
Spicewood, Tx

10/14/2019 381391617
02:00:57 PM

INVOICE F/9612948
AUTH 080316

PUMP# 5
UNLEAD REG    12.8686
PRICE/GAL      $2.419

FUEL TOTAL  $  31.13
            --------
     Total = $  31.13

CREDIT      $  31.13
Swiped

Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.

10/14/2019                              $189.38

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Oct 14, 2019 - Holiday Inn Austin - Linda Brooke (Rm228)
$189.38





10-15-19

| Linda Brooke | Folio No. | : | Room No. | : | **228** |
| 2625 Ryan Place D | A/R Number | : | Arrival | : | **10-14-19** |
| Fort Worth TX 76110 | Group Code | : | Departure | : | **10-15-19** |
| United States | Company | : **Business Travel** | Conf. No. | : | **44170518** |
| | Membership No. : | **PC    535730172** | Rate Code | : | **IDARP** |
| | Invoice No. | : | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 10-14-19 | Parking | Room# 228 : | 30.00 | |
| 10-14-19 | Parking Tax - 8.25% | | 2.48 | |
| 10-14-19 | *Accommodation | | 134.10 | |
| 10-14-19 | State Tax - 6% | | 8.05 | |
| 10-14-19 | City Tax - 11% | | 14.75 | |
| 10-15-19 | ███████████████ | | | 189.38 |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review. We look forward to welcoming you back soon.

| | Total | 189.38 | 189.38 |
| | Balance | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express and Suites Austin Downtown - University
805 Neches Street
Austin, Texas 78701
Telephone: 512-474-8600 Fax: 512-474-8601

**10/14/2019**                                        **$108.46**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Fort Worth to Austin (187 Miles) [187.0 miles]

**10/15/2019**                                        **$77.26**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Deborah Fowler** |

Oct 15, 2019 - The Lakehouse Restaurant - Deborah
Fowler $77.26

```
              The Lakehouse Restaurant
                  1655 Junction Hwy
                 Kerrville, TX 78028
                    (830) 895-3188

Server: Maryann K
                        10/15/19 1:10 PM
Check #50                    Table 45


LU/SR FISH                    $11.99
  Fried Okra
  Dinner Salad
   Ranch
  PUPS
  Coke
  *
LU/SR FISH                    $11.99
  Green Beans
  Dinner Salad
   Ranch
  PUPS
  Iced Tea
  *
2 FISH TACOS                   $9.99
  Beans
  Iced Tea                     $2.29
  *
LU DINNER CFS                 $11.99
  BOS - GRAVY ON SIDE
  Mashed Potato
  Fried Okra
  Cole Slaw
  ROLL
  Raspberry Tea
  *
LU/SR FISH                    $11.99
  Baked Potato
  Fried Okra
  PUPS
  Iced Tea
  *


Subtotal                     $60.24
Tax                           $4.97
Tip                          $12.05
Total                        $77.26

Credit Card                  Swiped

Time                        1:45 PM

Transaction Type               Sale
Authorization              Approved
Approval Code                072810
Payment ID            RxFndXwhdNjF
Card Reader         MAGTEK_DYNAMAG
           DEBORAH FOWLER

             Thank You!
```

**10/15/2019**                                        **$110.74**

Client        **Texas DFPS/HHSC**
Project       **Texas Foster Care Monitoring**
Category      **Lodging**
Person        **Clarice Rogers**

Oct 15, 2019 - La Quinta - Clarice Roberts (Rm208)
$110.74



**LA QUINTA BY WYNDHAM KERRVILLE**
1940 SIDNEY BAKER ST.
KERRVILLE, TX 78028 US
Phone: 8308969200
Fax: 8308962422
Email: lq0778gm@laquinta.com
Printed: 10/21/2019 2:02:30 PM

**Card Transaction Receipt**

Name: ROGERS, CLARICE

Confirmation        89458EC008967

Room: 208                          Room Type: NK2

Rate Plan: RACK                    Daily Stay Amount: $98.00

Arrival: 10/15/2019                Departure: 10/16/2019

Nights: 1                          Guests: 1/0

Merchant:    LA QUINTA BY WYNDHAM KERRVILLE
             1940 SIDNEY BAKER ST.
             KERRVILLE, 78028
             Phone: 8308969200

Date: 10/15/2019                Time: 2:22 PM                    Currency Code: USD

                                Authorization Code: 04897G       Trans Type: Authorization

Transaction Amount: $110.74

                                                        SIGNATURE



**LA QUINTA BY WYNDHAM KERRVILLE**
1940 SIDNEY BAKER ST.
KERRVILLE, TX 78028 US
Phone: 8308969200
Fax: 8308962422
Email: lq0778gm@laquinta.com
Printed: 10/21/2019 2:02:30 PM

**Card Transaction Receipt**

Name: ROGERS, CLARICE

Confirmation        89458EC008967

Room: 208                          Room Type: NK2

Rate Plan: RACK                    Daily Stay Amount: $98.00

Arrival: 10/15/2019                Departure: 10/16/2019

Nights: 1                          Guests: 1/0

Merchant:    LA QUINTA BY WYNDHAM KERRVILLE
             1940 SIDNEY BAKER ST.
             KERRVILLE, 78028
             Phone: 8308969200

Date: 10/16/2019              Time: 1:51 PM                 Currency Code: USD

                             Authorization Code: 04897G     Trans Type:
                                                            PriorAuthorizedSale

Transaction Amount: $110.74

SIGNATURE



**LA QUINTA BY WYNDHAM KERRVILLE**
1940 SIDNEY BAKER ST.
KERRVILLE, TX  78028 US
Phone: 8308969200
Fax: 8308962422
Email: lq0778gm@laquinta.com
Printed: 10/21/2019 2:02:57 PM

## Card Transaction Receipt

Name: ARRIGONA, NANCY

Confirmation          89458EC008966

Room: 210                         Room Type: NK2

Rate Plan: RACK                   Daily Stay Amount: $98.00

Arrival: 10/15/2019               Departure: 10/16/2019

Nights: 1                         Guests: 1/0

Merchant:   LA QUINTA BY WYNDHAM KERRVILLE
            1940 SIDNEY BAKER ST.
            KERRVILLE, 78028
            Phone: 8308969200

Date: 10/15/2019          Time: 2:20 PM              Currency Code: USD

                          Authorization Code: 09026G    Trans Type: Authorization

Transaction Amount: $110.74

SIGNATURE
_____

**10/15/2019**                              **$110.74**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Nancy Arrigona** |

Oct 15, 2019 - La Quinta - Nancy Arrigona (Rm210)

$110.74





**LA QUINTA BY WYNDHAM KERRVILLE**
1940 SIDNEY BAKER ST.
KERRVILLE, TX 78028 US
Phone: 8308969200
Fax: 8308962422
Email: lq0778gm@laquinta.com
Printed: 10/21/2019 2:02:57 PM

## Card Transaction Receipt

Name: ARRIGONA, NANCY

Confirmation          89458EC008966

Room: 210                         Room Type: NK2
Rate Plan: RACK                   Daily Stay Amount: $98.00
Arrival: 10/15/2019               Departure: 10/16/2019
Nights: 1                         Guests: 1/0

Merchant:     LA QUINTA BY WYNDHAM KERRVILLE
              1940 SIDNEY BAKER ST.
              KERRVILLE, 78028
              Phone: 8308969200

Date: 10/16/2019            Time: 1:44 PM              Currency Code: USD

                           Authorization Code: 09026G  Trans Type:
Transaction Amount: $110.74                            PriorAuthorizedSale

                                      SIGNATURE

10/15/2019                              $110.74

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Viveca Martinez** |

Oct 15, 2019 - La Quinta - Viveca Martinez (Rm212)
$110.74





**LA QUINTA BY WYNDHAM KERRVILLE**
1940 SIDNEY BAKER ST.
KERRVILLE, TX 78028 US
Phone: 8308969200
Fax: 8308962422
Email: lq0778gm@laquinta.com
Printed: 10/21/2019 2:03:38 PM

**Card Transaction Receipt**

Name: MARTINEZ, VIVECA

Confirmation    89458EC008964

Room: 212

Rate Plan: RACK

Arrival: 10/15/2019

Nights: 1

Room Type: NK2

Daily Stay Amount: $98.00

Departure: 10/16/2019

Guests: 1/0

Merchant:    LA QUINTA BY WYNDHAM KERRVILLE
1940 SIDNEY BAKER ST.
KERRVILLE, 78028
Phone: 8308969200

Date: 10/15/2019

Transaction Amount: $110.74

Time: 2:18 PM

Authorization Code: 03957G

Currency Code: USD

Trans Type: Authorization

SIGNATURE



**LA QUINTA BY WYNDHAM KERRVILLE**
1940 SIDNEY BAKER ST.
KERRVILLE, TX 78028 US
Phone: 8308969200
Fax: 8308962422
Email: lq0778gm@laquinta.com
Printed: 10/21/2019 2:03:38 PM

**Card Transaction Receipt**

Name: MARTINEZ, VIVECA

Confirmation        89458EC008964

Room: 212                          Room Type: NK2

Rate Plan: RACK                    Daily Stay Amount: $98.00

Arrival: 10/15/2019                Departure: 10/16/2019

Nights: 1                          Guests: 1/0

Merchant:    LA QUINTA BY WYNDHAM KERRVILLE

             1940 SIDNEY BAKER ST.

             KERRVILLE, 78028

             Phone: 8308969200

Date: 10/16/2019                   Time: 12:59 PM                    Currency Code: USD

                                   Authorization Code: 03957G        Trans Type:
                                                                     Prior Authorized Sale

Transaction Amount: $110.74

                                                   SIGNATURE

**10/15/2019**                                          **$52.20**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Austin to Ingram TX (90 miles) [90.0 miles]


**10/16/2019**                                          **$39.61**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Deborah Fowler** |

Oct 16, 20019 - Ole Ingram Grocery - Deborah Fowler -
Lunch for team- $39.61

OLE INGRAM GROCERY
3298 JUNCTION HWY
INGRAM, TX 78025
830-367-5379
CT=2063511501

10/16/2019                    13:16

Sale

Trans #: 11 Batch #: 588

VISA                          CHIP
************2434              **/**

BASE AMT:           $38.09
SVC:                 $1.52
DISC:                $0.00
TOTAL AMT:          $39.61

Resp:       APPROVAL 068436
Code:                068436
Ref #:         928918406074
TransID:   3092896597749523

App Name:       VISA CREDIT
AID:       A000000003101O
TVR:            8080008800
TSI:                  6800


THANK YOU
COME AGAIN!

**CUSTOMER COPY**

**10/16/2019**                                    **$352.28**

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Oct 16, 2019 - Hampton Inn - Linda Brooke (Rm306)
$352.28



HAMPTON INN & SUITES SELMA-SAN ANTONIO
RANDOLPH AF
HAMPTON INN & SUITES,14655 IH 35 N ACCESS RD
SELMA-LIVE OAK, TX  78154
United States of America
TELEPHONE 210-590-3388  • FAX 210-590-3377
Reservations
www.hilton.com or 1 800 HILTONS

Brooke, Linda

2625 RYAN PLACE

FORT WORTH TX  76110
UNITED STATES OF AMERICA

| | |
| --- | --- |
| Room No: | 306/SXQL |
| Arrival Date: | 10/16/2019 9:36:00 PM |
| Departure Date: | 10/19/2019 8:45:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | MIRACLE |
| Room Rate: | 99.00 |
| AL: | |
| HH #: | |
| VAT #: | |
| Folio No/Che | 141815 A |

Confirmation Number: 81982298

HAMPTON INN & SUITES SELMA-SAN ANTONIO RANDOLPH AF 10/19/2019
8:45:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
| --- | --- | --- | --- |
| 10/16/2019 | 425282 | GUEST ROOM | $99.00 |
| 10/16/2019 | 425282 | RM-STATE TAX | $5.94 |
| 10/16/2019 | 425282 | RM-CITY TAX | $6.93 |
| 10/16/2019 | 425282 | RM-OCCUPANCY TAX | $1.73 |
| 10/17/2019 | 425430 | GUEST ROOM | $99.00 |
| 10/17/2019 | 425430 | RM-STATE TAX | $5.94 |
| 10/17/2019 | 425430 | RM-CITY TAX | $6.93 |
| 10/17/2019 | 425430 | RM-OCCUPANCY TAX | $1.73 |
| 10/18/2019 | 425583 | GUEST ROOM | $109.00 |
| 10/18/2019 | 425583 | RM-STATE TAX | $6.54 |
| 10/18/2019 | 425583 | RM-CITY TAX | $7.63 |
| 10/18/2019 | 425583 | RM-OCCUPANCY TAX | $1.91 |
| 10/19/2019 | 425660 | VS *2434 | ($352.28) |
| | | **BALANCE** | $0.00 |

| | Revenue | Tax |
| --- | --- | --- |
| Total Invoice Amount | $307.00 | $45.28 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL
APPR CODE                04031G                    MERCHANT ID                825285882881

| | | | |
|---|---|---|---|
| CARD NUMBER | VS *2434 | EXP DATE | 01/20 |
| TRANSACTION ID | 425660 | TRANS TYPE | Sale |

Page:1

10/16/2019                          $19.31

| Client | Texas DFPS/HHSC |
| Project | Texas Foster Care Monitoring |
| Category | Meals |
| Person | Linda Brooke |

Oct 16, 2019 - Jimmy Johns - Linda Brooke- meal for
team $19.31

# INSHOP

Jimmy Johns #3059
6018 FM 3009 Suite 104
210-590-9100

10-16-2019 Chk# 155 Open 9:17 PM
Tkr 171  Reg# 1 9:17 PM

J.J.B.L.T.                          5.35
..Wheat
ADD mayo
ADD cheese                          1.00

Regular Chips                       1.50

#6 The Veggi (6
Regular Chips
Choc Chunk Cookie

9.99

Subtotal        17.84
Sales Tax (8.25%)     1.47
============
Total  $ 19.31

*** PAID ***

Credit Tendered 19.31  Tip 0.00

INSHOP

Order Taker: Bri-Bri


Chk# 155

**10/16/2019**                                      **$38.86**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Ingram to Big Springs (67 miles) [67.0 miles]


**10/16/2019**                                      **$66.12**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Big Springs to Converse (114 miles) Converse to Yoakum
[114.0 miles]


**10/17/2019**                                      **$73.24**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Deborah Fowler** |

Oct 17, 2019 - Chuy's - Deborah Fowler - Meal for Team
$73.24

*Chuy's*

Always Fun! Always Fresh!
14955 1-35 Frontage Rd.
Selma, TX 78154
(210) 657-2489

```
TABLE#          24.1
SERVER          73/Will
CHECK#          2685
TYPE            PRE AUTH
ACCOUNT TYPE    Visa
CARD NUMBER     ************2434
DATE/TIME       10/17/2019 19:55
REC             059179
INV/CHK         2685
REFERENCE       N90041514973
SEQUENCE        596
AUTH.           093940
ENTRY METHOD    CHIP
TOTAL               $60.24

TIP:    __13__

TOTAL: _____
APPROVED - THANK YOU
FOWLER/DEBORAH
MODE            Issuer
APP             VISA CREDIT
AID             A000000031010
TVR             8080000800
TSI             6800
ARC             00
IMPORTANT -- retain this copy
for your records.
CUSTOMER COPY
```

10/17/2019            $238.68

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Oct 17, 2019 - Hampton Inn - Deborah Fowler (Rm 408)
$238.68



HAMPTON INN & SUITES SELMA-SAN ANTONIO
RANDOLPH AF
HAMPTON INN & SUITES,14655 IH 35 N ACCESS RD
SELMA-LIVE OAK, TX  78154
United States of America
TELEPHONE 210-590-3388  • FAX 210-590-3377
Reservations
www.hilton.com or 1 800 HILTONS

Fowler, Deborah

| | |
| --- | --- |
| Room No: | 408/SXQL |
| Arrival Date: | 10/17/2019 8:14:00 PM |
| Departure Date: | 10/19/2019 9:15:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | MIRACLE |
| Room Rate: | 99.00 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 141819 A |

Confirmation Number: 85673434

HAMPTON INN & SUITES SELMA-SAN ANTONIO RANDOLPH AF 10/19/2019
9:15:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
| --- | --- | --- | --- |
| 10/17/2019 | 425456 | GUEST ROOM | $99.00 |
| 10/17/2019 | 425456 | RM-STATE TAX | $5.94 |
| 10/17/2019 | 425456 | RM-CITY TAX | $6.93 |
| 10/17/2019 | 425456 | RM-OCCUPANCY TAX | $1.73 |
| 10/18/2019 | 425609 | GUEST ROOM | $109.00 |
| 10/18/2019 | 425609 | RM-STATE TAX | $6.54 |
| 10/18/2019 | 425609 | RM-CITY TAX | $7.63 |
| 10/18/2019 | 425609 | RM-OCCUPANCY TAX | $1.91 |
| 10/19/2019 | 425664 | VS *2434 | ($238.68) |
| | | **BALANCE** | $0.00 |

| | Revenue | Tax |
| --- | --- | --- |
| Total Invoice Amount | $208.00 | $30.68 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and
resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL
| | | | |
| --- | --- | --- | --- |
| APPR CODE | 05253G | MERCHANT ID | 825286882881 |
| CARD NUMBER | | EXP DATE | |
| TRANSACTION ID | 425664 | TRANS TYPE | Sale |

Page:1

**10/18/2019**                                             **$22.55**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 18, 2019 - Luling Mint Mart - Deborah Fowler $22.55

```
LULING MINI MART
2130 STATE HWY 80
LULING TX  78648
L348098332001


        10/18/2019 12:32:18 PM
    Register: 1 Trans #: 2642 dp ID: 6
        Your cashier: STEVEN

UNLEADED CA   PUMP# 9
9.80E GAL @ $2.299/GAL        $22.55  '99
                    --------------------
            Subtotal =   $22.55
                 Tax =    $0.00
                    --------------------
               Total =   $22.55

           Change Due =    $0.00

Credit                       $22.55

━━━━━━━━━━━━━━━━━━━━━━━━━━━
INVOICE: 058104
AUTH 01004G
━━━━━━━━━━━━━━━━━━━━━━━━━━━
POS Purchase/Capture
Sequence Number 42708
Chip Read
VISA CREDIT
Mode: Issuer
AID: A000000031010
TVR: 80B0008000
IAD: 06010A03600400
TSI: 6800
ARC: 00
APPROVED  01004G
━━━━━━━━━━━━━━━━━━━━━━━━━━━
I agree to pay the above total amount
according to the card issuer agreement.
━━━━━━━━━━━━━━━━━━━━━━━━━━━


    THANK YOU FOR SHOPPING WITH US!!
```

Page 56 of 139

10/18/2019                                                    $8.89

| Client | Texas DFPS/HHSC |
| Project | Texas Foster Care Monitoring |
| Category | Meals |
| Person | Clarice Rogers |

Oct 18,2019 - Buc-Ees - Clarice Rogers $8.89



**10/18/2019**                          **$99.76**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Return (172) [172.0 miles]

**10/19/2019**                          **$3.17**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Clarice Rogers** |

Oct 19, 2019 - Fast Break - Clarice Roberts $3.17





**10/19/2019**                          **$55.68**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Convers to Pettus (96 miles) [96.0 miles]

**10/19/2019**                          **$183.86**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Pettus to Fort Worth (317 miles) [317.0 miles]

**10/22/2019**                              **$59.70**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Deborah Fowler** |

Oct 22, 2019 - BB's Tex-Orleans - Deborah Fowler- Meal
for Team $59.70

```
             BB's Tex-Orleans
                  Cypress
             26010 Hempstead Rd
             Cypress Tx. 77429
                281-369-4633

      Server: Britney L
                  10/22/19 7:17 PM
      Check #77              Table 02


      Credit Card             Swiped

      Time                    7:57 PM

      Transaction Type          Sale
      Authorization         Approved
      Approval Code           033148
      Payment ID        FNHnFsYgmnHf
      Card Reader       MAGTEK_EDYNAMO

           Amount           $49.70

           + Tip:            10—

           = Total:          59.70


      X
              DEBORAH FOWLER



           Suggested Tip:
       18%: (Tip $8.26  Total $57.96)
       20%: (Tip $9.18  Total $58.88)
       25%: (Tip $11.48  Total $61.18)
      Tip percentages are based on the check price
                 before taxes.

           Customer Copy


      Join us for Voo Doo Half Hour
      The best Happy Hour in town!
           Mon-Fri 3-6:30p
```

**10/22/2019**                               **$103.50**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Oct 22-23, 2019 - Hilton Cypress TX - Deborah Fowler
(Rm502) $103.50



TRU BY HILTON CYPRESS HOUSTON
27204 US HWY 290
CYPRESS, TX 77433
United States of America
TELEPHONE 346-818-6000  • FAX 346-818-6001
Reservations
www.hilton.com or 1 800 HILTONS

Fowler, Deborah

1609 SHOAL CREEK, STE 201

AUSTIN TX  78702
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 502/K1 |
| Arrival Date: | 10/22/2019  8:10:00 PM |
| Departure Date: | 10/23/2019 7:05:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | AAGUILAR94 |
| Room Rate: | 90.00 |
| AL: | |
| VAT # | |
| Folio No/Che | 40278 A |

Confirmation Number: 3149927160

TRU BY HILTON CYPRESS HOUSTON 10/23/2019 7:04:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 10/22/2019 | GUEST ROOM | AAGUILAR 94 | 54614 | $90.00 | | |
| 10/22/2019 | RM - COUNTY TAX | AAGUILAR 94 | 54614 | $8.10 | | |
| 10/22/2019 | RM - STATE TAX | AAGUILAR 94 | 54614 | $5.40 | | |
| 10/23/2019 | VS:*2434 | AAGUILAR 94 | 54672 | | ($103.50) | |
| | | | **BALANCE** | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

| | | | |
|---|---|---|---|
| CREDIT CARD DETAIL | | | |
| APPR CODE | 08603G | MERCHANT ID | 000100682400 |
| TRANSACTION ID | 54672 | TRANS TYPE | Sale |

Page:1



10/22/2019 $103.50

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Oct 22-23, 2019 - Hilton Cypress TX - Deborah Fowler
(Rm508) $103.50



TRU BY HILTON CYPRESS HOUSTON
27204 US HWY 290
CYPRESS, TX 77433
United States of America
TELEPHONE 346-818-6000 • FAX 346-818-6001
Reservations
www.hilton.com or 1 800 HILTONS

Fowler, Deborah

1609 SHOAL CREEK, STE 201

AUSTIN TX 78702
UNITED STATES OF AMERICA

| Room No: | 508/K1 |
| Arrival Date: | 10/22/2019  8:11:00 PM |
| Departure Date: | 10/23/2019 8:00:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | KLE1006 |
| Room Rate: | 90.00 |
| AL: | |
| VAT # | |
| Folio No/Che | 40279 A |

Confirmation Number: 3149927160

TRU BY HILTON CYPRESS HOUSTON 10/23/2019 7:59:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|------|-------------|-----|--------|---------|--------|---------|
| 10/22/2019 | GUEST ROOM | AAGUILAR 94 | 54621 | $90.00 | | |
| 10/22/2019 | RM - COUNTY TAX | AAGUILAR 94 | 54621 | $8.10 | | |
| 10/22/2019 | RM - STATE TAX | AAGUILAR 94 | 54621 | $5.40 | | |
| 10/23/2019 | VS-*2434 | KLE1006 | 54682 | | ($103.50) | |
| | | | **BALANCE** | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL
APPR CODE           03394G                    MERCHANT ID           000100682400
CARD NUMBER:                                  CARD DATE:
TRANSACTION ID      54682                      TRANS TYPE             Sale

Page:1



**10/22/2019**                                        **$26.36**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |

Oct 22, 2019 - Buffalo Wild Wings - Linda Brooke- meal
for team- $26.36

*Linda - CPA*

Buffalo Wild Wings
Grill and Bar #0677
2312 West Loop 340

Server: Brady                    DOB: 10/22/2019
10:07 PM                              10/22/2019
linda/1                                 2/20032

                    Sale

VISA
~~████████████████~~
Card Entry Method: CHIP
*****          EMV PURCHASE         ***×××
App Label:                         VISA CREDIT
Mode:                                 Issuer
AID: a000000031010
TVR: 8000008000
TSI: 6800
IAD: 06010a03603400
ARC: 00

Approval: 06273G

                   Amount::    USD $23.36

                   + Tip::      USD $3.00

                   = Total::   USD $26.36


        Yes, I'd like to help more kids
          play team sports by donating
            to the BWWF Foundation:
              $_____

        Suggested Tip is based on $ 23.36
                 (15%) $  3.50
                 (18%) $  4.20
                 (20%) $  4.67


             ***Customer Copy***

10/22/2019                          $141.86

| Client | **Texas DFPS/HHSC** |
|---|---|
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Oct 22, 2019 - Holiday Inn - Linda Brooke - Waco TX
(Rm235) $141.86



|  |  | 100 |  | 10-23-19 |
|---|---|---|---|---|

| Linda Brooke<br>2625 Ryan Place D<br>Fort-Worth TX 76110<br>United States | Folio No.   :   **96366**<br>A/R Number   :<br>Group Code   :<br>Company   :   **Work**<br>Invoice No.   : | Room No.   :   **235**<br>Arrival   :   **10-22-19**<br>Departure   :   **10-23-19**<br>Conf. No.   :   **28855566**<br>Rate Code   :   **IDARP**<br>Page No.   :   **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-22-19 | *Accommodation | 122.99 | |
| 10-22-19 | State Tax 6% | 7.38 | |
| 10-22-19 | City Tax 7% | 8.61 | |
| 10-22-19 | County Tax 2% | 2.46 | |
| 10-22-19 | Recovery Fee | 0.42 | |
| | | | 141.86 |

**Thank you for staying with us!** Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | Total | 141.86 | 141.86 |
|---|---|---|---|
| | Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown herin. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express & Suites Waco South
5701 Legend Lake Pkwy.
Waco, TX 76712
Telephone: (254) 732-1028 Fax: (254) 732-1036

Owned by Supreme Bright Waco II, LLC Operated by NewcrestImage

10/22/2019                     $141.86

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Viveca Martinez** |

Oct 22, 2019 - Holiday Inn -Viveca Martinez - Waco TX
(Rm416) $141.86



|  |  | 100 | 10-27-19 |

| | | |
|---|---|---|
| Linda Brooke | Folio No.    : **96364** | Room No.  : **416** |
| 2625 Ryan Place D | A/R Number : | Arrival     : **10-22-19** |
| Fort-Worth TX 76110 | Group Code  : | Departure : **10-23-19** |
| United States | Company    : **Work** | Conf. No.  : **43590688** |
| | ~~Membership No~~ | Rate Code : **IDARP** |
| | Invoice No.  : | Page No.  : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-22-19 | *Accommodation | 122.99 | |
| 10-22-19 | State Tax 6% | 7.38 | |
| 10-22-19 | City Tax 7% | 8.61 | |
| 10-22-19 | County Tax 2% | 2.46 | |
| 10-22-19 | Recovery Fee | 0.42 | |
| 10-23-19 | Visa | | 141.86 |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to
your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews.
We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | 141.86 | 141.86 |
| **Balance** | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown herin. I agree that my liablity for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express & Suites Waco South
5701 Legend Lake Pkwy.
Waco, TX 76712
Telephone: (254) 732-1028 Fax: (254) 732-1036

Owned by Supreme Bright Waco II, LLC Operated by NewcrestImage

**10/22/2019**                                        **$49.88**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Travel to Waco(86 Miles) [86.0 miles]

**10/23/2019**                                        **$108.68**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Oct 23, 2019 - La Quinta - Austin - Linda Brooke (Rm 103) $108.68



**LA QUINTA BY WYNDHAM AUSTIN
ROUND ROCK**
150 PARKER DR.
AUSTIN, TX  78728 US
Phone: 5122462800
Fax: 5122462824
Email: lq2000gm@laquinta.com
Hotel ID: 53164
Printed: 10/24/2019 9:07:24 AM

## Folio (Detailed)

| | | | |
|---|---|---|---|
| Name: | BROOKE, LINDA | Confirmation Number: | 88784EC008533 |
| | | ACCOUNT/ INVOICE# : | 681-265663 |
| Address: |  US | | |

| | | | |
|---|---|---|---|
| Room: | 103 | Room Type: | NK2, 1 KING BED, NON-SMOKING/MIC/FRIG | Nights: 1 | Guests: 1/0 |
| Rate Plan: | SAP | Daily Rate: | $94.50 + $14.18 Tax | GTD: | |
| Arrival: | 10/23/2019 (Wed) | Departure: | 10/24/2019 (Thu) | | |

Room Rate:
   10/23/2019 (Wed) - 10/23/2019 (Wed)   $94.50 + $14.18 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 10/23/2019 | RM | ROOM CHARGE | $94.50 | $94.50 |
| 10/23/2019 | OCTXCI | TAX - OCCUPANCY - CITY | $8.51 | $103.01 |
| 10/23/2019 | OCTXST | TAX - OCCUPANCY - STATE | $5.67 | $108.68 |
| 10/24/2019 | | | ($108.68) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $94.50 | $14.18 | $0.00 | $0.00 | ($108.68) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk. visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/ Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy.

**10/23/2019**                              **$62.06**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Travel from Waco to Austin [107.0 miles]

**10/24/2019**                              **$38.32**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 24, 2019 - Lyft - Austin - Deborah Fowler $38.32



Corina Golea <cgolea@texasappleseed.net>

**Fwd: Your ride with Rene on October 24**
1 message

**Deborah Fowler** <dfowler@texasappleseed.net>                     Sun, Oct 27, 2019 at 9:45 AM
To: Corina Golea <cgolea@texasappleseed.net>

Deborah Fowler
*Executive Director*
Texas Appleseed
1609 Shoal Creek Blvd., Ste. 201
Austin, TX 76701
512.473.2800, ext. 105
512.757.1458 (cell)
www.texasappleseed.org



---------- Forwarded message ----------
From: **Lyft Ride Receipt** <no-reply@lyftmail.com>
Date: Thu, Oct 24, 2019 at 8:57 AM
Subject: Your ride with Rene on October 24
To: <dfowler@texasappleseed.net>



OCTOBER 24, 2019 AT 8:25 AM

# Thanks for riding with Rene!



Lux Black fare (3.99mi, 26m 18s)                                  $31.93
Tip                                                              $6.39

                                             **$38.32**



● **Pickup** 8:25 AM
   2108 Kenwood Ave, Austin, TX

◎ **Drop-off** 8:51 AM
   1615 N Lamar Blvd, Austin, TX



## Round Up & Donate

By rounding up their payments, our riders have
donated over $15 million to causes they believe in.

<u>SUPPORT YOUR CAUSE</u>

**TIP DRIVER**

**FIND LOST ITEM**

**REQUEST REVIEW**

Review price in the Lyft app help tab

To protect against unauthorized behavior, you may see an authorization hold on your bank
statement. This is to verify your payment method and will not be charged.

Help Center

Receipt #132980398044876958B

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

® Mapbox ® OpenStreetMap Improve this map

© 2019 Lyft, Inc.
548 Market St., P.O. Box 668814
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

**10/24/2019**                              **$660.00**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 24. 2019 - United Airlines - Deborah Fowler ( Amarillo
TX) - receipt $660

## Receipt for confirmation number AEBQR4



**Confirmation: AEBQR4**

Check-In >

Issue Date: October 21, 2019

| Traveler | eTicket Number | Seats |
|---|---|---|
| FITZGERALDFOWLER/DEBORAHJEANNE | 0162473403542 | 36F/8D/9A/25A |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 24OCT19 | UA281 | H | AUSTIN, TX (AUS) 4:20 PM | HOUSTON, TX (IAH -BUSH INTL) 5:25 PM | 737-900 | |
| Thu, 24OCT19 | UA4023 | H | HOUSTON, TX (IAH -BUSH INTL) 6:35 PM | AMARILLO, TX (AMA) 8:21 PM | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Sat, 26OCT19 | UA4066 | H | AMARILLO, TX (AMA) 5:15 PM | HOUSTON, TX (IAH -BUSH INTL) 7:00 PM | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Sat, 26OCT19 | UA2038 | H | HOUSTON, TX (IAH -BUSH INTL) 8:01 PM | AUSTIN, TX (AUS) 9:02 PM | 737-900 | |

**FARE INFORMATION**

**Fare Breakdown**          **Form of Payment:**



| Airfare: | 571.16USD |
|---|---|
| U.S. Transportation Tax: | 42.84 |
| U.S. Flight Segment Tax: | 16.8 |
| September 11th Security Fee: | 11.2 |
| U.S. Passenger Facility Charge: | 18 |
| Per Person Total: | 660.00USD |

**eTicket Total:**          **660.00USD**

The airfare you paid on this itinerary totals: 571.16 USD

**The taxes, fees, and surcharges paid total: 88.84 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

### Baggage allowance and charges for this itinerary.

#### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt/ dim per piece |
|---|---|---|---|
| 10/24/2019 Austin, TX (AUS) to Amarillo, TX (AMA) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 10/26/2019 Amarillo, TX (AMA) to Austin, TX (AUS) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

### MileagePlus Accrual Details

FITZGERALDFOWLER/DEBORAHJEANNE

| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
|---|---|---|---|---|---|---|
| 2019-10-24 | 6281 | Austin, TX (AUS)-Houston, TX (IAH -Bush Intl) | 310 | 143 | 1 | 62 |
| 2019-10-24 | 4023 | Houston, TX (IAH -Bush INTL)-Amarillo, TX (AMA) | 1120 | 517 | 1 | 224 |
| 2019-10-26 | 4066 | Amarillo, TX (AMA)-Houston, TX (IAH -Bush Intl) | 1120 | 517 | 1 | 224 |
| 2019-10-26 | 2038 | Houston, TX (IAH -Bush INTL)-Austin, TX (AUS) | 310 | 143 | 1 | 62 |
| | | | Award Miles | PQM | PQS | PQD |
| Deborahjeanne's MileagePlus Accrual totals: | | | 2860 | 1320 | 4 | 572 |

#### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

- PQD are a Premier status requirement for members in the U.S. only.

- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify

- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

  1) you booked prior to May 1, 2019 and are viewing an emailed receipt or

  2) you booked prior to August 1, 2019 and are viewing a receipt online.

The terms and conditions of Premier qualification can be found at united.com/qualify.

**eTicket Reminders**

**10/24/2019**                    **$366.13**

| Client | **Texas DFPS/HHSC** |
|---|---|
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Oct 24-26, 2019 - Embassy Suites - Deborah Fowler -
Amarillo TX (Rm344) $366.13



EMBASSY SUITES HOTELS
~ Hilton ~

EMBASSY SUITES AMARILLO DOWNTOWN
550 S BUCHANAN STREET SE
AMARILLO, TX 79101
United States of America
TELEPHONE 806-803-5500  • FAX 806-803-5501
Reservations
www.hilton.com or 1 800 HILTONS

Fowler, Deborah

2109 KENWOOD AVE

AUSTIN TX 78704
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 344/NKS |
| Arrival Date: | 10/24/2019 11:23:00 PM |
| Departure Date: | 10/26/2019 8:13:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | JAHA |
| Room Rate: | 133.00 |
| AL: | |
| VAT # | |
| Folio No/Che. | 153643 A |

Confirmation Number: 54156836

EMBASSY SUITES AMARILLO DOWNTOWN 10/26/2019 8:12:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/24/2019 | 569208 | GIFT SHOP | $3.69 |
| 10/24/2019 | 569208 | MISC – SALES TAX | $0.30 |
| 10/24/2019 | 569243 | VALET PARKING | $25.00 |
| 10/24/2019 | 569243 | MISC – SALES TAX | $2.06 |
| 10/24/2019 | 569344 | GUEST ROOM | $133.00 |
| 10/24/2019 | 569344 | RM - CITY OCC TAX | $9.31 |
| 10/24/2019 | 569344 | RM - STATE OCC TAX | $7.98 |
| 10/24/2019 | 569344 | RM - COUNTY TAX | $2.66 |
| 10/24/2019 | 569344 | STATE COST RECOVERY FEE | $1.06 |
| 10/25/2019 | 569795 | VALET PARKING | $25.00 |
| 10/25/2019 | 569795 | MISC – SALES TAX | $2.06 |
| 10/25/2019 | 569923 | GUEST ROOM | $133.00 |
| 10/25/2019 | 569923 | RM - CITY OCC TAX | $9.31 |
| 10/25/2019 | 569923 | RM - STATE OCC TAX | $7.98 |
| 10/25/2019 | 569923 | RM - COUNTY TAX | $2.66 |
| 10/25/2019 | 569923 | STATE COST RECOVERY FEE | $1.06 |
| 10/26/2019 | 570077 | VS *0815 | ($366.13) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or plan your next stay at close to 200 destinations.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 09155G | MERCHANT ID | 000100682400 |
| CARD NUMBER | VS | EXP DATE | 11/22 |
| TRANSACTION ID | 570077 | TRANS TYPE | Sale |

Page:1

10/24/2019                         $308.02

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Oct 24-26, 2019 - Embassy Suites - Deborah Fowler -
Amarillo TX (Rm312) $308.02

EMBASSY SUITES
HOTELS
— Hilton —

EMBASSY SUITES AMARILLO DOWNTOWN
550 S BUCHANAN STREET SE
AMARILLO, TX 79101
United States of America
TELEPHONE 806-803-5500  • FAX 806-803-5501
Reservations
www.hilton.com or 1 800 HILTONS

Fowler, Deborah

1609 SHOAL CREEK, STE. 201

AUSTIN TX  78701
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 312/NKS |
| Arrival Date: | 10/24/2019 11:27:00 PM |
| Departure Date: | 10/26/2019 8:07:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | BROCKMILLER89 |
| Room Rate: | 133.00 |
| AL: | |
| VAT # | |
| Folio No/Che. | 153645 A |

Confirmation Number: 54156836

EMBASSY SUITES AMARILLO DOWNTOWN 10/26/2019 8:06:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/24/2019 | 569316 | GUEST ROOM | $133.00 |
| 10/24/2019 | 569316 | RM - CITY OCC TAX | $9.31 |
| 10/24/2019 | 569316 | RM - STATE OCC TAX | $7.98 |
| 10/24/2019 | 569316 | RM - COUNTY TAX | $2.66 |
| 10/24/2019 | 569316 | STATE COST RECOVERY FEE | $1.06 |
| 10/25/2019 | 569909 | GUEST ROOM | $133.00 |
| 10/25/2019 | 569909 | RM - CITY OCC TAX | $9.31 |
| 10/25/2019 | 569909 | RM - STATE OCC TAX | $7.98 |
| 10/25/2019 | 569909 | RM - COUNTY TAX | $2.66 |
| 10/25/2019 | 569909 | STATE COST RECOVERY FEE | $1.06 |
| 10/26/2019 | 570076 | VS *0807 | ($308.02) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and
resorts in 113 countries. please visit Honors.com

Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or
plan your next stay at close to 200 destinations.

CREDIT CARD DETAIL

| APPR CODE | | MERCHANT ID | 000100682400 |
|---|---|---|---|
| | 02116G | | |
| TRANSACTION ID | 570076 | TRANS TYPE | Sale |

Page:1



10/24/2019                        $314.02

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Lodging**
Person      **Deborah Fowler**

Oct 24-26, 2019 - Embassy Suites - Deborah Fowler -
Amarillo TX (Rm319) $314.02



EMBASSY SUITES AMARILLO DOWNTOWN
550 S BUCHANAN STREET SE
AMARILLO, TX  79101
United States of America
TELEPHONE 806-803-5500  • FAX 806-803-5501
Reservations
www.hilton.com or 1 800 HILTONS

Fowler, Deborah

1609 SHOAL CREEK, STE. 201

AUSTIN TX  78701
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 319/NKS |
| Arrival Date: | 10/24/2019  11:25:00 PM |
| Departure Date: | 10/26/2019 9:01:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | BROCKMILLER89 |
| Room Rate: | 133.00 |
| AL: | |
| VAT # | |
| Folio No/Che | |
| | 153644 A |

Confirmation Number: 54156836

EMBASSY SUITES AMARILLO DOWNTOWN 10/26/2019 9:01:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/24/2019 | 569207 | GIFT SHOP | $5.54 |
| 10/24/2019 | 569207 | MISC – SALES TAX | $0.46 |
| 10/24/2019 | 569323 | GUEST ROOM | $133.00 |
| 10/24/2019 | 569323 | RM - CITY OCC TAX | $9.31 |
| 10/24/2019 | 569323 | RM - STATE OCC TAX | $7.98 |
| 10/24/2019 | 569323 | RM - COUNTY TAX | $2.66 |
| 10/24/2019 | 569323 | STATE COST RECOVERY FEE | $1.06 |
| 10/25/2019 | 569914 | GUEST ROOM | $133.00 |
| 10/25/2019 | 569914 | RM - CITY OCC TAX | $9.31 |
| 10/25/2019 | 569914 | RM - STATE OCC TAX | $7.98 |
| 10/25/2019 | 569914 | RM - COUNTY TAX | $2.66 |
| 10/25/2019 | 569914 | STATE COST RECOVERY FEE | $1.06 |
| 10/26/2019 | 570085 | VS *2434 | ($314.02) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and
resorts in 113 countries, please visit Honors.com

Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or
plan your next stay at close to 200 destinations.

CREDIT CARD DETAIL
APPR CODE              04691G                    MERCHANT ID              000100682400

TRANSACTION ID         570085                    TRANS TYPE               Sale

Page:1



10801 AIRPORT BLVD
AMARILLO, TX 79111-1211

Rental Agreement #:                    231942599
Bill Ref #:                      2002-5792-203
Invoice Date:                      10/26/2019
Account #:                        GA65309

| BILLING DETAIL | | | |
|---|---|---|---|
| Description | Qty/Per | Rate | Amount |
| TIME & DISTANCE | 2 DAY | 48.23 | 96.46 |
| DISCOUNT | | 5.00 % | -4.82 |
| | Subtotal | | 91.64 |
| CUSTOMER FACILITY CHARGE 3.00/DAY | 2 DAY | 3.00 | 6.00 |
| AIRPORT CONCESSION FEE 11.11 PCT | PCT | 11.11 | 10.69 |
| AMARILLO EVENTS VENUE TAX 5 PCT | PCT | 5.00 | 5.65 |
| VLF REC 2.29/DAY | 2 DAY | 2.29 | 4.58 |
| TX MOTOR VEH RENTAL TAX | PCT | 10.00 | 11.29 |
| **Total Charges (USD)** | | | **129.85** |

**BILL TO**

TEXAS APPLESEED
ATTN: FERNANDO GUERRERO
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX - 78701-1022

**RENTAL INFORMATION**

Date/Time Out                    Date/Time In
10/24/2019 10:52 PM              10/26/2019 03:55 PM
Renter
FOWLER, DEBORAH

**RENTAL VEHICLES**

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| GREEN | LDM0788 | PATHFIND | 7RX47Q | 18,842 | 18,990 |

VIN:5N1DR2MN3KC576669

**CLAIM INFORMATION**

| PAYMENTS | | | |
|---|---|---|---|
| Payment | Master Card | | -129.85 |
| **Total Payments (USD)** | | | **-129.85** |
| **Amount Due (USD)** | | | **0.00** |

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g. sales taxes and fees, or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

Claim# / PO# / RO#                Insured

Date of Loss        Type of Loss        Type of Vehicle

Repair Shop

**For Billing Inquiries / Payment Terms :**

Tel#:+1 8443662651
AskInsuranceBillingInquiries@erac.com
Payments are due immediately.
Late payments are subject to a finance charge.

Thank You For Choosing National Car Rental

**Please Return This Portion With Remittance**        Amount Due (USD)        0.00

Remit To :                                Paid By:
EAN SERVICES, LLC                         TEXAS APPLESEED
PO BOX 840086                             1609 SHOAL CREEK BLVD STE 201
KANSAS CITY, MO 64184-0086                AUSTIN, TX 78701-1022

| Fed Tax Id: 430724835 | Account # | Rental Agreement | Amount | GPBR |
|---|---|---|---|---|
| | | | 0.00 | 65X4 |

Page 1 of 2

**10/24/2019**                                    **$129.85**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 24-26, 2019 - National Rental - Deborah Fowler - Amarillo TX $129.85



5401 N MARTIN LUTHER KING BLVD
LUBBOCK, TX 79403

| Rental Agreement #: | 945282414 |
|---|---|
| Bill Ref #: | 9012-0985-584 |
| Invoice Date: | 10/26/2019 |
| Account #: | GA65309 |

**BILLING DETAIL**

| Description | Qty/Per | Rate | Amount |
|---|---|---|---|
| TIME & DISTANCE | 2 DAY | 29.77 | 59.54 |
| DISCOUNT | | 5.00 % | -2.98 |
| | Subtotal | | 56.56 |
| CUSTOMER FACILITY CHARGE 4.50/DAY | 2 DAY | 4.50 | 9.00 |
| CONCESSION FEE RECOVERY 11.11 PCT | PCT | 11.11 | 6.79 |
| VLF REC 2.29/DAY | 2 DAY | 2.29 | 4.58 |
| TX MOTOR VEH RENTAL TAX | PCT | 10.00 | 7.69 |
| **Total Charges (USD)** | | | **84.62** |

**BILL TO**

TEXAS APPLESEED
ATTN: FERNANDO GUERRERO
1609 SHOAL CREEK STE 201
AUSTIN, TX - 78701-1022

**RENTAL INFORMATION**

| Date/Time Out | Date/Time In |
|---|---|
| 10/24/2019 10:31 PM | 10/26/2019 03:50 PM |

Renter
ARRIGONA, NANCY

**PAYMENTS**

| Payment | Master Card | -84.62 |
|---|---|---|
| **Total Payments (USD)** | | **-84.62** |

**RENTAL VEHICLES**

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| SILVER | MKW4006 | MAXIMA | 7SYXVX | 3,690 | 3,756 |

VIN:1N4AA6DV4LC362111

**Amount Due (USD)**   0.00

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., taxes, sales and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

**CLAIM INFORMATION**

| Claim# / PO# / RO# | Insured |
|---|---|

| Date of Loss | Type of Loss | Type of Vehicle |
|---|---|---|

Repair Shop

**For Billing Inquiries / Payment Terms :**

Tel#:+1 8448910535
AskInsuranceBillingInquiries@erac.com
Payments are due immediately.
Late payments are subject to a finance charge.

---

Thank You For Choosing National Car Rental
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please Return This Portion With Remittance**

| Amount Due (USD) | 0.00 |
|---|---|

Remit To :
EAN SERVICES, LLC
PO BOX 840086
KANSAS CITY, MO  64184-0086

Paid By:
TEXAS APPLESEED
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX  78701-1022

| Fed Tax Id: 430724835 | Account # | Rental Agreement | Amount | GPBR |
|---|---|---|---|---|
| | | | 0.00 | 65X6 |

Page 2 of 2

10/24/2019                              $60.00

| Client | **Texas DFPS/HHSC** |
|---|---|
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Oct 24-26, 2019 - United Airlines - Deborah Fowler $60

# UNITED

**PASSENGER RECEIPT**          1 OF 1    US
260CT19
VL/DB5026     /AMARILLO
**TRANSPORTATION**     PSGR TICKET    0162478403542

FITZGERALDFOWLER/DEBORAHJEANNE
**NOT VALID FOR**
**TRANSPORTATION**                          AEBQR4

AMA UA IAH UA AUS
UA FIRST CHECKED BAG 1X 30.00

USD     30.00

USD     30.00          V1XXXXXXXX2434/XXXX/062370

                       1 016 1543932025 5

Do not expose to excessive heat or direct sunlight.

**STAPLE
HERE**

PRINTED IN U.S.A. BY UNICHECK INDEX AND LABEL CORP., DALLAS, TX

**MISCELLANEOUS
TICKET**

**THIS IS YOUR RECEIPT**

FOR CONDITIONS OF
CONTRACT - SEE
PASSENGER TICKET AND
BAGGAGE CHECK

**NOT VALID FOR TRAVEL**

A STAR ALLIANCE MEMBER ✦

---

# UNITED

## Baggage Receipt
Issue Date: 20 OCT 2019 AUS ATO

| Description | Qty | Fees |
|---|---|---|
| First Bag Fee | 1 | $30.00 |

**Total Baggage Fees: USD $30.00**

Baggage Document
0161541405037

Ticket Number
0162478403542

Confirmation:
**AEBQR4**

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a limited representative.

A STAR ALLIANCE MEMBER ✦

Method of Payment

Cardholder Name
DEBORAH J FOWLER

Carrier          Routing
UA               AUS - IAH
UA               IAH - AMA

AGENT REFERENCE: GG ESG BAG

**10/24/2019**                           **$24.00**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Clarice Rogers** |

Oct 24, 2019 - Austin Airport Parking - Clarice Rogers
$24



**10/24/2019**                           **$4.87**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Clarice Rogers** |

Oct 24, 2019 - Delaware North - Clarice Rogers $4.87



**10/24/2019**                                  **$220.80**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Clarice Rogers** |

Oct 24, 2019 - Fairfield by Marriott Lubbock -Clarice
Rogers $220.80 (Rm127)



**Fairfield by Marriott® Fairfield Inn Lubbock SW**
6435 50 St., Lubbock, TX 79407 P 806.993.9000
Fairfield.Marriott.com

| | |
|---|---|
| C. Rogers | Room: 127 |
| | Room Type: KING |
| | Number of Guests: 1 |
| | Rate: $96.00       Clerk: |

| Arrive: 24Oct19 | Time: 11:12PM | Depart: 26Oct19 | Time: | Folio Number: 93597 |
|---|---|---|---|---|

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 24Oct19 | Room Charge | 96.00 | |
| 24Oct19 | State Occupancy Tax | 5.76 | |
| 24Oct19 | City Tax | 6.72 | |
| 24Oct19 | County Tax | 1.92 | |
| 25Oct19 | Room Charge | 96.00 | |
| 25Oct19 | State Occupancy Tax | 5.76 | |
| 25Oct19 | City Tax | 6.72 | |
| 25Oct19 | County Tax | 1.92 | |
| 26Oct19 | Master Card | | 220.80 |

Amount:  220.80  Auth: 3D0C11  Signature on File
This card was electronically swiped on 24Oct19

**BALANCE:      0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

**10/24/2019**                                    **$558.00**

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Transportation**
Person      **Clarice Rogers**

Oct 24. 2019 - United Airlines - Clarice Roberts
(Lubbock, TX) - receipt $558.

## Receipt for confirmation number AE89XX



**Confirmation: AE89XX**

Check-In >

Issue Date: October 21, 2019

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ROGERS/CLARICEJOYCE | 0162478405251 | | 37A/12B/20C/32D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 24OCT19 | UA281 | Q | AUSTIN, TX (AUS) 4:20 PM | HOUSTON, TX (IAH -BUSH INTL) 5:25 PM | 737-900 | |
| Thu, 24OCT19 | UA5662 | Q | HOUSTON, TX (IAH -BUSH INTL) 6:30 PM | LUBBOCK, TX (LBB) 8:12 PM | CRJ-200 | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

| Sat, 26OCT19 | UA6352 | Q | LUBBOCK, TX (LBB) 5:00 PM | HOUSTON, TX (IAH -BUSH INTL) 6:42 PM | ERJ 175 | |

Flight operated by MESA AIRLINES doing business as UNITED EXPRESS.

| Sat, 26OCT19 | UA2038 | Q | HOUSTON, TX (IAH -BUSH INTL) 8:01 PM | AUSTIN, TX (AUS) 9:02 PM | 737-900 | |

**FARE INFORMATION**

**Fare Breakdown**

**Form of Payment:**

| | |
|---|---|
| Airfare: | 476.28USD |
| U.S. Transportation Tax: | 35.72 |
| U.S. Flight Segment Tax: | 16.8 |
| September 11th Security Fee: | 11.2 |
| U.S. Passenger Facility Charge: | 18 |
| Per Person Total: | 558.00USD |

**eTicket Total:** 558.00USD

The airfare you paid on this itinerary totals: 476.28 USD

**The taxes, fees, and surcharges paid total: 81.72 USD**

Fare Rules:  Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

### Baggage allowance and charges for this itinerary.

#### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/24/2019 Austin, TX (AUS) to Lubbock, TX (LBB) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 10/26/2019 Lubbock, TX (LBB) to Austin, TX (AUS) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

#### MileagePlus Accrual Details

**Important Information about MileagePlus Earning**

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Our Premier Program changes January 1, 2020: If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

   1) you booked prior to May 1, 2019 and are viewing an emailed receipt or

   2) you booked prior to August 1, 2019 and are viewing a receipt online.

   The terms and conditions of Premier qualification can be found at united.com/qualify.

**eTicket Reminders**

- **Check-In Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

   **EXCEPTION:** When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville,

10/24/2019                              $71.00

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Linda Brooke** |

Oct 24, 2019 - Austin Airport Parking Linda Brooke $71



# Austin-Bergstrom
# International Airport Parking
## City of Austin
## Thank you for parking with ABIA

3003 10/24 14:49 10/20 21:20 $71.00 0007

**10/24/2019**                    **$660.00**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Linda Brooke** |

Oct 24, 2019 - United Airlines - Linda Brooke ( Amarillo
TX) - receipt $660

# Receipt for confirmation number AEPZ6R

**UNITED** ☰ | A STAR ALLIANCE MEMBER ✦

**Confirmation: AEPZ6R**

Check-In >

Issue Date: October 21, 2019

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| BROOKE/LINDAP | 0162478405413 | | ---/9D/10A/--- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 24OCT19 | UA281 | H | AUSTIN, TX (AUS) 4:20 PM | HOUSTON, TX (IAH -BUSH INTL) 5:25 PM | 737-900 | |
| Thu, 24OCT19 | UA4023 | H | HOUSTON, TX (IAH -BUSH INTL) 6:35 PM | AMARILLO, TX (AMA) 8:21 PM | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sat, 26OCT19 | UA4066 | H | AMARILLO, TX (AMA) 5:15 PM | HOUSTON, TX (IAH -BUSH INTL) 7:00 PM | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sat, 26OCT19 | UA2038 | H | HOUSTON, TX (IAH -BUSH INTL) 8:01 PM | AUSTIN, TX (AUS) 9:02 PM | 737-900 | |

**FARE INFORMATION**

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 571.16USD | |
| U.S. Transportation Tax: | 42.84 | |
| U.S. Flight Segment Tax: | 16.8 | |
| September 11th Security Fee: | 11.2 | |
| U.S. Passenger Facility Charge: | 18 | |
| Per Person Total: | 660.00USD | |

eTicket Total: **660.00USD**

The airfare you paid on this itinerary totals: 571.16 USD

**The taxes, fees, and surcharges paid total: 88.84 USD**

Fare Rules:

   Additional charges may apply for changes in addition to any fare rules listed.

   REFUNDABLE

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/24/2019 Austin, TX (AUS) to Amarillo, TX (AMA) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 10/26/2019 Amarillo, TX (AMA) to Austin, TX (AUS) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**MileagePlus Accrual Details**

**Important Information about MileagePlus Earning**

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

- PQD are a Premier status requirement for members in the U.S. only.

- Our Premier Program changes January 1, 2020: If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify

- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

   1) you booked prior to May 1, 2019 and are viewing an emailed receipt or

   2) you booked prior to August 1, 2019 and are viewing a receipt online.

   The terms and conditions of Premier qualification can be found at united.com/qualify.

**eTicket Reminders**

- **Check-In Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

   **EXCEPTION:** When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville,

| 10/24/2019 | $220.80 |
|---|---|

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Nancy Arrigona** |

Oct 24, 2019 - Fairfield by Marriott Lubbock - Nancy
Arrigona $220.80 Rm311)



**Fairfield by Marriott® Fairfield Inn Lubbock SW**
6435 50 St., Lubbock, TX 79407 P 806.993.9000
**Fairfield.Marriott.com**

Nancy Arrigona                          Room: 311
7701 Long Point Dr                      Room Type: KING
Austin TX 78731-1219                    Number of Guests: 1
Appleseed                               Rate: $96.00                      Clerk: JJI

Arrive: 24Oct19      Time: 11:10PM      Depart: 26Oct19    Time: 08:37AM    Folio Number: 93594

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 24Oct19 | Room Charge | 96.00 | |
| 24Oct19 | State Occupancy Tax | 5.76 | |
| 24Oct19 | City Tax | 6.72 | |
| 24Oct19 | County Tax | 1.92 | |
| 25Oct19 | Room Charge | 96.00 | |
| 25Oct19 | State Occupancy Tax | 5.76 | |
| 25Oct19 | City Tax | 6.72 | |
| 25Oct19 | County Tax | 1.92 | |
| 26Oct19 | Visa | | 220.80 |

Amount: 220.80  Auth: 00121D  Signature on File
*This card was electronically swiped on 24Oct19*

**BALANCE:      0.00**

**Marriott Bonvoy Account # XXXXX8906.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

10/24/2019                              $84.62

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Nancy Arrigona** |

Oct 24, 2019 - National Rent a Car - Lubbock - Nancy
Arrigona $84.62

----------------------------------------------------------------

## Trip to Lubbock, TX

**Status:** Confirmed
**Traveler:** Nancy Arrigona
**Trip ID:** 970291571756980052
**Date Booked:** Tuesday, October 22, 2019
**Agency:** EHIDirect
**Message:** For en route changes or last minute assistance with this trip please contact EHIDirect Support at 1-855-573-0012 or ehidirectsupport@ehi.com for assistance.

----------------------------------------------------------------



## Car Rental in: Lubbock, TX

### National Car Rental

**Pick Up:** Thu 24 Oct, 2019 at 8:30 PM
**Location:** LUBBOCK INTL ARPT
**Address:** 5401 N MARTIN LUTHER KING BLVD
LUBBOCK,TX ,79403
**Phone:** 8448910535
**Hours of operation:** 6:30 AM - 11:59 PM
**Drop Off:** Sat 26 Oct, 2019 at 4:30 PM
**Location:** LUBBOCK INTL ARPT
**Address:** 5401 N MARTIN LUTHER KING BLVD
LUBBOCK,TX ,79403
**Phone:** 8448910535
**Hours of operation:** 7:30 AM - 9:00 PM
**Intermediate:** 2/4 Door, Automatic, Air Conditioning
**Car:** Hyundai Elantra Or Similar

**Rate:** USD $42.31 per day, Unlimited Mileage
**Drop Off Charge:** USD $0.00
**Approximate price including taxes:** USD $84.62
**Contract:** Texas Appleseed
**Billing Number:** ~~████████████████████~~

**Reservation number:** 1311347342COUNT
**Status:** Confirmed
**Mileage And Rates**

| | Daily Rate | Extra Day | Extra Hour |
|---|---|---|---|
| Price | USD $28.28 | | |
| Mileage | Unlimited | - | - |
| Charge Per Mile/KM | - | - | - |

----------------------------------------------------------------

### Trip Cost Summary

| Reserve Car Rental | Estimated Cost | Taxes & Fees | Subtotal |
|---|---|---|---|
| Reserve Car Rental | USD $56.56 | USD $28.06 | USD $84.62 |

| Reserve Car Rental | Estimated Cost | Taxes & Fees | Subtotal |
|---|---|---|---|

Total trip cost: **USD $84.62**

Totals are estimated. Car Rental charges are finalized at time of payment.
For changes to this trip, please contact EHIDirect at 855-573-0012

**10/24/2019**                     **$558.00**

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Monitoring**
Category     **Transportation**
Person       **Nancy Arrigona**

Oct 24, 2019 - United Airlines - Nancy Arrigona
(Lubbock, TX) - receipt $558



## Receipt for confirmation number AF7Z5V



Confirmation: **AF7Z5V**
Check-In >

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ARRIGONA/NANCYL | 0162478408827 | | 24F/7D/17D/37C |

Issue Date: October 21, 2019

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 24OCT19 | UA281 | Q | AUSTIN, TX (AUS) **4:20 PM** | HOUSTON, TX (IAH -BUSH INTL) **5:25 PM** | 737-900 | |
| Thu, 24OCT19 | UA5662 | Q | HOUSTON, TX (IAH -BUSH INTL) **6:30 PM** | LUBBOCK, TX (LBB) **8:12 PM** | CRJ-200 | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

| Sat, 26OCT19 | UA6352 | Q | LUBBOCK, TX (LBB) **5:00 PM** | HOUSTON, TX (IAH -BUSH INTL) **6:42 PM** | ERJ 175 | |

Flight operated by MESA AIRLINES doing business as UNITED EXPRESS.

| Sat, 26OCT19 | UA2038 | Q | HOUSTON, TX (IAH -BUSH INTL) **8:01 PM** | AUSTIN, TX (AUS) **9:02 PM** | 737-900 | |

**FARE INFORMATION**

**Fare Breakdown**

Form of payment:

| | |
|---|---|
| Airfare: | 476.28USD |
| U.S. Transportation Tax: | 35.72 |
| U.S. Flight Segment Tax: | 16.8 |
| September 11th Security Fee: | 11.2 |
| U.S. Passenger Facility Charge: | 18 |
| Per Person Total: | 558.00USD |
| **eTicket Total:** | **558.00USD** |

The airfare you paid on this itinerary totals: 476.28 USD

**The taxes, fees, and surcharges paid total: 81.72 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1ST bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/24/2019 Austin, TX (AUS) to Lubbock, TX (LBB) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 10/26/2019 Lubbock, TX (LBB) to Austin, TX (AUS) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**MileagePlus Accrual Details**

**Important Information about MileagePlus Earning**

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

- PQD are a Premier status requirement for members in the U.S. only.

- Our Premier Program changes January 1, 2020: If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify

- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

  1) you booked prior to May 1, 2019 and are viewing an emailed receipt or

  2) you booked prior to August 1, 2019 and are viewing a receipt online.

The terms and conditions of Premier qualification can be found at united.com/qualify.

**eTicket Reminders**

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

  **EXCEPTION:** When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville,

**UNITED** 

### Baggage Receipt
Issue Date: 24 OCT 2019 AUS ATO

A STAR ALLIANCE MEMBER ✦

| Baggage Document | Description | Qty | Fees |
|---|---|---|---|
| 0161543495494 | First Bag Fee | 1 | $30.00 |

Method of Payment

Ticket Number
0162478408827

Card older Name
NANC ARRIGONA

Confirmation:
**AF7Z5V**

| Carrier | Routing | |
|---|---|---|
| UA | AUS | IAH |
| UA | IAH | LBB |

### Total Baggage Fees: USD $30.00

Excess Baggage Terms and Conditions:
  All excess baggage is subject to space availability.
  Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

AGENT REFERENCE: GG ESC BAG

---

**UNITED**

### Baggage Receipt
Issue Date: 26 OCT 2019 LBB ATO

\ STAR ALLIANCE MEMBER ✦

| Baggage Document | Description | Qty | Fees |
|---|---|---|---|
| 0161543933501 | First Bag Fee | 1 | $30.00 |

Method of Payment

Ticket Number
0162478408827

Cardholder Name
NANCY ARRIGONA

Confirmation:
**AF7Z5V**

| Carrier | Routing | |
|---|---|---|
| UA | LBB | IAH |
| UA | IAH - AUS | |

### Total Baggage Fees: USD $30.00

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
  Receipt for payment must be presented at bag check.
  For refunds or adjustments, see a United representative.

AGENT REFERENCE: GG ESC BAG

**10/24/2019**                               **$60.00**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Nancy Arrigona** |

Oct 24-26, 2019 – United Airlines – Nancy Arrigona ($60)

*Central Market*

1000 5147 1024 1910 4500 061

1 WATERLOO ORIGINAL
    3 Ea. @   1/   5.96 1F  17.88
2 REDDY ICE 10# ICE BAG    TF   1.99

********* Sale Subtotal*** 19.87
    Sales Tax          1.64
************ Total Sale***  21.51
*** VISA EPS               21.51
  ITEMS PURCHASED: 4
VISA CREDIT

Chip Read            USD$  21.51
Appr No : 04549G   Ref No : 11295
Mode: Issuer
AID : A0000000031010
TVR : 8000008000
IAD : 05010A03A02000
TSI : 6800            ARC : 00

RECEIPT EXPIRES ON 01-22-20

1000 5147 1024 1910 4500 061

Central Market #/061
4001 N. Lamar Blvd, Austin, TX 78756
Phone:          (512) 206-1000
Fax:            (512) 206-1010
Store Hours:     8 a.m. to 10 p.m.
 Your Cashier:SELF CHECKOUT 682
  005147 10-24-19 10:45A 682/81/00061

*Central Market*

1000 0137 1023 1912 3500 061

1 CATERING PURCHASE      T 132.00
********* Sale Subtotal*** 132.00
   Sales Tax          10.89
************ Total Sale*** 142.89
*** TAX EXEMPT             10.89
Appr No :06530G
Ref No.:005783
*** VISA EPS              132.00
  ITEMS PURCHASED: 1

RECEIPT EXPIRES ON 01-21-20

1000 0137 1023 1912 3500 061

Central Market #/061
4001 N. Lamar Blvd, Austin, TX 78756
Phone:          (512) 206-1000
Fax:            (512) 206-1010
Store Hours:     8 a.m. to 10 p.m.
 Your Cashier:JOY M.
  000137 10-23-19 12:35P 173/26/00061

**10/24/2019**                          **$153.51**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Deborah Fowler** |

Oct 24, 2019 - Central Market - Lunch for all Team -
Austin $153.51

**10/24/2019**                                    **$660.00**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Viveca Martinez** |

Oct 24, 2019 - United Airlines - Viveca Martinez ( Amarillo
TX) - receipt $660

## Receipt for confirmation number AECHZX



**Confirmation: AECHZX**
Check-In >

Issue Date: October 21, 2019

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| MARTINEZ/VIVECAM | 0162478403645 | | 36A/---/---/--- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 24OCT19 | UA281 | H | AUSTIN, TX (AUS) 4:20 PM | HOUSTON, TX (IAH -BUSH INTL) 5:25 PM | 737-900 | |
| Thu, 24OCT19 | UA4023 | H | HOUSTON, TX (IAH -BUSH INTL) 6:35 PM | AMARILLO, TX (AMA) 8:21 PM | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| Sat, 26OCT19 | UA4066 | H | AMARILLO, TX (AMA) 5:15 PM | HOUSTON, TX (IAH -BUSH INTL) 7:00 PM | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

| Sat, 26OCT19 | UA2038 | H | HOUSTON, TX (IAH -BUSH INTL) 8:01 PM | AUSTIN, TX (AUS) 9:02 PM | 737-900 | |

**FARE INFORMATION**

**Fare Breakdown**                          **Form of Payment:**

| Airfare: | 571.16USD |  |
|---|---|---|
| U.S. Transportation Tax: | 42.84 | |
| U.S. Flight Segment Tax: | 16.8 | |
| September 11th Security Fee: | 11.2 | |
| U.S. Passenger Facility Charge: | 18 | |
| Per Person Total: | 660.00USD | |

**eTicket Total:**          **660.00USD**

The airfare you paid on this itinerary totals: 571.16 USD

**The taxes, fees, and surcharges paid total: 88.84 USD**

Fare Rules:
        Additional charges may apply for changes in addition to any fare rules listed.

        REFUNDABLE

### Baggage allowance and charges for this itinerary.

#### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/24/2019 Austin, TX (AUS) to Amarillo, TX (AMA) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 10/26/2019 Amarillo, TX (AMA) to Austin, TX (AUS) | 30.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

#### MileagePlus Accrual Details

**Important Information about MileagePlus Earning**

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Our Premier Program changes January 1, 2020: If your itinerary includes travel with a scheduled departure in 2020, the terms and conditions of Premier qualification can be found at united.com/qualify.
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

    1) you booked prior to May 1, 2019 and are viewing an emailed receipt or

    2) you booked prior to August 1, 2019 and are viewing a receipt online.

The terms and conditions of Premier qualification can be found at united.com/qualify.

**eTicket Reminders**

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

    **EXCEPTION:** When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville,

**10/25/2019**                                    **$9.48**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Clarice Rogers** |

Oct 25, 2019 - Target - Clarice Rogers $9.48



**10/25/2019**                                    **$8.71**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Nancy Arrigona** |

Oct 25, 2019 - Qdoba Mexican Eats - Nancy Arrigona $8.71

Fast - dinner

Abuela Mexican Eats
3957 Milwaukee Ave, Ste 3
Lubbock, TX 79407

                                    12/25/2015
Your Orders 1                       6:55 PM
SN1245                              52243

Burrito Chicken                         5.00
   Bowl                                 3.00
   Bottle Peppers                      -1.00
Guacamole (1 Side)

*******************************************
*    TAKE OUR SURVEY AND RECEIVE          *
*     FREE CHIPS & SALSA or               *
*    A FREE COOKIE or BROWNIE             *
*    with purchase of an entrée           *
*******************************************
Step 1) Within 3 days visit
www.Abuelalistens.com
Step 2) Enter the below code:

  310 490 220 190 222

Step 3) Write the validation code here.

Step 4) Bring this receipt to a Abuela to
Redeem. One per order, valid within 30
days from 10/25/2015.   Coupon code: 435
Store #2900
*******************************************

Subtotal                              7.00
Tax                                   0.66
HERE Total                            8.71

  Visa                                8.71
   Auth: 073050

**10/25/2019**                              **$15.92**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Nancy Arrigona** |

Oct 25, 2019 - Target - Nancy Arrigona $15.92



*Food/drink/Snack for Breakfast & lunch*

10/25/2019                    $96.34

Client        **Texas DFPS/HHSC**
Project       **Texas Foster Care Monitoring**
Category      **Meals**
Person        **Viveca Martinez**

Oct 25, 2019 - Embassy Suites Amarillo - Viveca
Martinez- meal for team $96.34

Embassy Suites Amarillo
550 S. Buchanan St
Amarillo, TX 79101
(806) 419-1470
Date:          Oct25'19 09:02PM
Card Type:
Acct #:
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:  05758G
Check:      3094
Table:      3/1
Server:     110 Geneviev

Subtotal:        96.34

Tip:_____

Total:_____

I Agree To Pay Above Total
According To My Card issuer
Agreement.

** Customer Copy **



Meal For DP, LB, VM

10/25/2019                                    $8.71

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Clarice Rogers** |

Oct 25, 2019 - Qdoba Mexican Eats - Clarice Roberts
$8.71





**10/26/2019**                              **$30.00**

| Client   | **Texas DFPS/HHSC** |
| Project  | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person   | **Clarice Rogers** |

Oct 26, 2019 - United Airlines - Clarice Rogers $30



10/26/2019                                      $7.17

| Client | Texas DFPS/HHSC |
|--------|-----------------|
| Project | Texas Foster Care Monitoring |
| Category | Transportation |
| Person | Nancy Arrigona |

Oct 26, 2019 - 7 Eleven - Nancy Arrigona $7.17

Corp. Use Rental Car

```
54549966 09704
AJAN 71 Steven 1400
9922 Gateway Dr
Laburne TX 19046
305 - 955 1051

DUPLICATE RECEIPT

Item price            Q y    Amount

Insurance CR #35   -5,1740       7.17
     SLT #7 207.8

            Subtotal           7.17
            Tax               0.00

        TOTAL                 7.17
            CREDIT $          7.17

A/C Type VISA
Name ABRISHONAZHAN V
xxxxxxxxxxxx3573
STOREI834
TRANSTYPE COMPLETE
AUTH 035740
Entry  SWIPE Swiped
AUTH #FS9 025959
Size 455516
APL 5459280002046713
TERMINAL ID 00666537
S DATA 0E0646266701
SEC586700580A VISA
739309000       &
AVS PASSED   RETAIN CUST 7

  ALL  SALES  FINAL
  RENTAL OF 10 SE REQUIRED
       T Steven 111
     SERVICE ID 204/698
STR 1400   LOC 7777 UNIT TRANS 935,7950
CSR 0            08/26/19 8:55:08 AV
```

**10/26/2019**                                        **$4.59**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Nancy Arrigona** |

Oct 26, 2019 - World Duty Free - Nancy Arrigona $4.59



**10/26/2019**                     **$26.09**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Viveca Martinez** |

Oct 26, 2019 - Lyft - Viveca Martinez $26.09



Corina Golea <cgolea@texasappleseed.net>

## Fwd: Your ride with Emad on October 26
1 message

**Viveca Martinez** <\~\~\~\~\~\~\~\~\~\~\~\~\~>                                                       Sat, Oct 26, 2019 at 10:41 PM
To: Corina Golea <cgolea@texasappleseed.net>, vmartinez@texasappleseed.net

I'll need help to file this later.
Thanks!

---------- Forwarded message ----------
From: **Lyft Ride Receipt** <no-reply@lyftmail.com>
Date: Sat, Oct 26, 2019, 10:23 PM
Subject: Your ride with Emad on October 26
To: <martinez.viveca@gmail.com>



**OCTOBER 26, 2019 AT 9:51 PM**

# Thanks for riding with Emad!



Lyft fare (13.04mi, 30m 36s)                                              $26.09

visa   Visa *6910                                                    **$26.09**



● **Pickup**  9:51 PM
   3672 Presidential Blvd, Austin, TX

◎ **Drop-off**  10:22 PM
   1604 Shoal Creek Blvd, Austin, TX

# Have a good ride?

ADD TIP

100% of tips go to drivers

  

## This and every ride is carbon neutral

LEARN MORE



## Ride for work? Get Rewarded

Create a business profile to earn $5 in personal
credit for every 5 work rides you take.

GET REWARDS

**FIND LOST ITEM**

**REQUEST REVIEW**

Review price in the Lyft app help tab

Help Center

Receipt #1330754651886134058

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© Mapbox © OpenStreetMap Improve this map

© 2019 Lyft, Inc.
548 Market St., P.O. Box 66514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

**10/27/2019**                          **$113.10**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Return Travel to Fort Worth (195 miles) [195.0 miles]

**10/28/2019**                          **$24.50**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Viveca Martinez** |

Oct 28, 2019 - Buc-EEs - Viveca Martinez $ 24.50

```
          BUC-EE'S
    4155 North General B
       Temple      TX
      (979)-238-6390
   Term: 102
   Appr : 06057G


   PUMP No.         42
   GALLONS      11.785
```

PRICE/G        $2.079
TOTAL FUEL     $24.50
Unleaded
SALE
Visa
Card Num : (S)

Swiped

10/28/2019 19:59:04

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.
TOTAL SALE    $24.50
10/28/2019
8:01:27 PM

Diesel Fuel Contains
 Up to 5% Biodiesel
Or Renewable Diesel
  State diesel tax
  $0.19 per gallon

10/28/2019                          $235.59

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Viveca Martinez** |

Oct 28, 2019 - Holiday Inn, Fort Worth TX - Viveca
Martinez $235.59



10-29-19

| **Ms Viveca Martinez** | | | Folio No. | : | | Room No. : | **209** |
|---|---|---|---|---|---|---|---|
| | | | A/R Number | : | | Arrival | **10-28-19** |
| | | | Group Code | : | | Departure : | **10-29-19** |
| **United States** | | | Company | : Leisure | | Conf. No. : | **45485469** |
| | | | | | | Rate Code : | **ISHD2** |
| | | | Invoice No. | : | | Page No. . | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-28-19 | *Accommodation | 187.00 | |
| 10-28-19 | Fort Worth Tourism PID Fee | 3.74 | |
| 10-28-19 | City Room Tax 9% | 17.17 | |
| 10-28-19 | State Room Tax 6% | 11.44 | |
| 10-28-19 | Daily Parking Fee | 15.00 | |
| 10-28-19 | Sales Tax | 1.24 | |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to
your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews.
We look forward to welcoming you back soon.

| | Total | 235.59 | 0.00 |
|---|---|---|---|
| | Balance | 235.59 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part of the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



Holiday Inn Hotel Express & Suites Downtown Fort Worth
1111 West Lancaster Avenue Fort Worth, TX 76102
Telephone: (817) 698-9595 Fax: (817) 698-9596 Email: FrontDesk@HIEFtWorth.com

10/28/2019                    $302.84

Client          **Texas DFPS/HHSC**
Project         **Texas Foster Care Monitoring**
Category        **Transportation**
Person          **Viveca Martinez**

Oct 28-31, 2019 - Enterprise Rentacar - Viveca Martinez
$302.84



Corina Golea <cgolea@texasappleseed.net>

## Fwd: ENTERPRISE RENTAL AGREEMENT 7JCT4F

Viveca Martinez <martinez.viveca@gmail.com>
To: Corina Golea <cgolea@texasappleseed.net>

Thu, Nov 7, 2019 at 12:48 PM

Corina, my apologies. This is the one reciept I forgot to send to you. The rental had been taken prior to you telling us about the appleseed rental car account. I rented it and drove to ft worth, abiliene, stephensville, ft. Worth, then austin.

———— Forwarded message ————
From: <Customerservice@enterprise.com>
Date: Thu, Oct 31, 2019, 1:03 PM
Subject: ENTERPRISE RENTAL AGREEMENT 7JCT4F
To: <MARTINEZ.VIVECA@gmail.com>

EAN HOLDINGS, LLC, 319 S LAMAR, AUSTIN, TX 787041019 (512) 472-1373

| RENTAL AGREEMENT REF# | |
|---|---|
| 421194 | 7JCT4F |

| RENTER |
|---|
| MARTINEZ, VIVECA |

| DATE & TIME OUT |
|---|
| 10/28/2019 05:07 PM |

| DATE & TIME IN |
|---|
| 10/31/2019 07:30 AM |

| BILLING CYCLE |
|---|
| 24-HOUR |

| VEH #1 2019 FORD FLEX 3LM2 |
|---|
| VIN# 2FMGK5D80KBA19649 |
| LIC# N528660 |

| MILES DRIVEN | 723 |
|---|---|

| RATE SOURCE ACCOUNT |
|---|
| ENTERPRISE PLUS |



## SUMMARY OF CHARGES

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 10/28 – 10/31 | 3 | DAY | $85.49 | $256.47 |
| REFUELING CHARGE | 10/28 – 10/31 | | | | $0.00 |
| | | | | Subtotal: | $256.47 |
| **Taxes & Surcharges** | | | | | |
| CITY OF AUSTIN TAX | 10/28 – 10/31 | | | 5% | $13.17 |
| TX MOTOR VEHICLE RENTAL TAX | 10/28 – 10/31 | | | 10% | $26.33 |
| VLF REC | 10/28 – 10/31 | 3 | DAY | $2.29 | $6.87 |
| | | | Total Charges: | | $302.84 |

| Bill-To / Deposits | |
|---|---|
| DEPOSITS | ($302.84) |

| Total Amount Due | $0.00 |
|---|---|

**PAYMENT INFORMATION**

| AMOUNT PAID | TYPE | CREDIT CARD NUMBER |
|---|---|---|
| $302.84 | | |

| 10/29/2019 | $124.55 |
|---|---|

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Oct 29, 2019 - Holiday Inn Express - Linda Brooke

$124.55



10-30-19

| Linda Brooke | Folio No. | : | | Room No. | : | **335** |
|---|---|---|---|---|---|---|
| 2625 Ryan Place D | A/R Number | : | | Arrival | : | **10-29-19** |
| Fort-Worth TX 76110 | Group Code | : | | Departure | : | **10-30-19** |
| United States | Company | : | none | Conf. No. | : | **23867671** |
| | | | | Rate Code | : | **IDME0** |
| | Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-29-19 | *Accommodation | 108.30 | |
| 10-29-19 | State Tax - Room | 6.50 | |
| 10-29-19 | City Tax - Room | 7.58 | |
| 10-29-19 | Venue District Tax | 2.17 | |
| 10-30-19 | Visa | | 124.55 |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | |
|---|---|
| **Total** | **124.55**   **124.55** |
| **Balance** | **0.00** |

**Guest Signature:**

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express & Suites
Abilene Mall South
3112 South Clack St.
Abilene, TX 79606

10/29/2019                          $119.60

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Lodging**
Person      **Viveca Martinez**

Oct 29, 2019 - Holiday Inn, Abilene TX - Viveca Martinez

$119.60



|  |  | 109 | 10-30-19 |
|---|---|---|---|

| Viveca Martinez<br>222 E Riverside Dr<br>Austin TX 78704-8924<br>United States | Folio No.<br>A/R Number        :<br>Group Code<br>Company          : none<br>Membership No.<br>Invoice No.        : | Room No.  : 333<br>Arrival        : 10-29-19<br>Departure  : 10-30-19<br>Conf. No.  : 47540219<br>Rate Code : IGCOR<br>Page No.  : 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-29-19 | *Accommodation | 104.00 | |
| 10-29-19 | State Tax - Room | 6.24 | |
| 10-29-19 | City Tax - Room | 7.28 | |
| 10-29-19 | Venue District Tax | 2.08 | |
| 10-30-19 | Visa | | 119.60 |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to
your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews.
We look forward to welcoming you back soon.

| | | |
|---|---|---|
| Total | 119.60 | 119.60 |
| Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express & Suites
Abilene Mall South
3112 South Clack St.
Abilene, TX 79606

10/30/2019                    $16.02

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |

Oct 30, 2019 - Starbucks - Linda Brooke $16.02

```
STARBUCKS  Store #6637
   4150 Buffalo Gap Road
Abilene, Tx (325) 793-2197


       CHK 725275
   10/30/2019 07:52 AM
 2479865  Drawer: 1  Reg: 1


Gr Latte                 3.85
Blueberry Scone          2.75
Spinach Feta Wrap        3.85
Gr Skn Syrup Latte       4.35
   Sf Vanilla
   130 Degrees
   No Foam


Visa                    16.02


Card Entry: CHIP/MAG
Trans Type: PURCHASE
Reference #: 00000007
```

Auth #: 05838G

Subtotal                    $14.80
Tax 8.25%                    $1.22
Total                       $16.02
Change Due              $0.00

---------- Check Closed ----------------
          10/30/2019 07:52 AM

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply