# INVOICE



From **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | 4 | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 12/09/2019 | | |
| Due Date | 01/08/2020 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; November 2019 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring (11/01/2019 – 11/30/2019) | 603.21 | $352.41 | **$212,577.25** |
| Product | Expenses for Texas Foster Care Monitoring (11/01/2019 – 11/30/2019) | 1.00 | $2,198.76 | **$2,198.76** |

**Amount Due**    **$214,776.01**

### Notes

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# INVOICE



## Texas
### APPLESEED

From **Texas Appleseed**

1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | 4 | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 12/09/2019 | | |
| Due Date | 01/08/2020 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; November 2019 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/01/2019 - Report and Document Preparation / Linda Brooke | 12.00 | $395.00 | **$4,740.00** |
| Service | Texas Foster Care Monitoring - 11/01/2019 - Report and Document Preparation / Clarice Rogers | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/01/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.00 | $325.00 | **$2,925.00** |
| Service | Texas Foster Care Monitoring - 11/01/2019 - Report and Document Preparation / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/01/2019 - Report and Document Preparation / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/01/2019 - Project Management & Planning / Viveca Martinez | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 11/02/2019 - Travel / Linda Brooke | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 11/02/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 9.50 | $395.00 | **$3,752.50** |
| Service | Texas Foster Care Monitoring - 11/02/2019 - Travel / Clarice Rogers | 3.00 | $325.00 | **$975.00** |

| Service | Texas Foster Care Monitoring - 11/02/2019 - Travel / Clarice Rogers | 9.83 | $325.00 | $3,194.75 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/02/2019 - Report and Document Preparation / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/02/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Travel / Linda Brooke | 3.25 | $395.00 | $1,283.75 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.25 | $395.00 | $2,468.75 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Travel / Clarice Rogers | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Travel / Clarice Rogers | 6.75 | $325.00 | $2,193.75 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Travel / Clarice Rogers | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Travel / Clarice Rogers | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Report and Document Preparation / Linda Brooke | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Project Management & Planning / Viveca Martinez | 6.25 | $325.00 | $2,031.25 |
| Service | Texas Foster Care Monitoring - 11/03/2019 - Travel / Viveca Martinez | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 11/04/2019 - Travel / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 11/04/2019 - Project Management & Planning / Linda Brooke | 6.50 | $395.00 | $2,567.50 |
| Service | Texas Foster Care Monitoring - 11/04/2019 - Project Management & Planning / Clarice Rogers | 3.83 | $325.00 | $1,244.75 |
| Service | Texas Foster Care Monitoring - 11/04/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |

| Service | Texas Foster Care Monitoring - 11/04/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/04/2019 - Travel / Viveca Martinez | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/04/2019 - Project Management & Planning / Viveca Martinez | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 11/04/2019 - Travel / Nancy Arrigona | 3.50 | $325.00 | **$1,137.50** |
| Service | Texas Foster Care Monitoring - 11/04/2019 - Project Management & Planning / Nancy Arrigona | 5.50 | $325.00 | **$1,787.50** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Judicial Proceeding / Linda Brooke | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Project Management & Planning / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Travel / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Judicial Proceeding / Clarice Rogers | 4.83 | $325.00 | **$1,569.75** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Confer with the Court, a Party, Special Master or Consultants / Clarice Rogers | 1.83 | $325.00 | **$594.75** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Travel / Clarice Rogers | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Travel / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.83 | $425.00 | **$352.75** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Judicial Proceeding / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.83 | $425.00 | **$352.75** |

| Service | Texas Foster Care Monitoring - 11/05/2019 - Travel / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/05/2019 ~ Judicial Proceeding / Viveca Martinez | 4.50 | $325.00 | $1,462.50 |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Judicial Proceeding / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Project Management & Planning / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Travel / Nancy Arrigona | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 11/05/2019 - Project Management & Planning / Viveca Martinez | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/06/2019 - Judicial Proceeding / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/06/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/06/2019 - Project Management & Planning / Nancy Arrigona | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 11/06/2019 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 11/07/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/07/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/07/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/07/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/07/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |

| Service | Texas Foster Care Monitoring - 11/07/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/07/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 11/07/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.25 | $325.00 | $1,056.25 |
| Service | Texas Foster Care Monitoring - 11/07/2019 - Project Management & Planning / Nancy Arrigona | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 11/07/2019 - Project Management & Planning / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 11/08/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/08/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/08/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 11/08/2019 - Project Management & Planning / Nancy Arrigona | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 11/08/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 11/08/2019 - Project Management & Planning / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 11/09/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/09/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/09/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/09/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.50 | $425.00 | $212.50 |

| Service | Texas Foster Care Monitoring - 11/11/2019 - Report and Document Preparation / Clarice Rogers | 3.00 | $325.00 | $975.00 |
|---------|----------|------|---------|---------|
| Service | Texas Foster Care Monitoring - 11/11/2019 - Project Management & Planning / Linda Brooke | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Foster Care Monitoring - 11/11/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.50 | $395.00 | $1,777.50 |
| Service | Texas Foster Care Monitoring - 11/11/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/11/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 11/11/2019 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/11/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 11/11/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/12/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/12/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/12/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/12/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/12/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Foster Care Monitoring - 11/12/2019 - Project Management & Planning / Nancy Arrigona | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 11/12/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 10.25 | $395.00 | $4,048.75 |
| Service | Texas Foster Care Monitoring - 11/12/2019 - Project Management & Planning / Viveca Martinez | 11.50 | $325.00 | $3,737.50 |

| Service | Texas Foster Care Monitoring - 11/13/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 12.50 | $395.00 | $4,937.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/13/2019 - Report and Document Preparation / Clarice Rogers | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 11/13/2019 - Report and Document Preparation / Clarice Rogers | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 11/13/2019 - Project Management & Planning / Nancy Arrigona | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 11/13/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/13/2019 - Project Management & Planning / Viveca Martinez | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 11/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.58 | $425.00 | $246.50 |
| Service | Texas Foster Care Monitoring - 11/13/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/14/2019 - Project Management & Planning / Nancy Arrigona | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 11/14/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 11/14/2019 - Project Management & Planning / Linda Brooke | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Foster Care Monitoring - 11/14/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/14/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 11/15/2019 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/15/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 11/15/2019 - Project Management & Planning / Linda Brooke | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Foster Care Monitoring - 11/15/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/15/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Clarice Rogers | 2.83 | $325.00 | $919.75 |
| Service | Texas Foster Care Monitoring - 11/15/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/16/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 11/16/2019 - Report and Document Preparation / Deborah Fowler | 5.50 | $425.00 | $2,337.50 |
| Service | Texas Foster Care Monitoring - 11/17/2019 - Report and Document Preparation / Clarice Rogers | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/17/2019 - Report and Document Preparation / Clarice Rogers | 1.83 | $325.00 | $594.75 |
| Service | Texas Foster Care Monitoring - 11/17/2019 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.50 | $395.00 | $1,777.50 |
| Service | Texas Foster Care Monitoring - 11/17/2019 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 11/17/2019 - Report and Document Preparation / Deborah Fowler | 5.00 | $425.00 | $2,125.00 |
| Service | Texas Foster Care Monitoring ~ 11/17/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Report and Document Preparation / Clarice Rogers | 2.83 | $325.00 | $919.75 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Project Management & Planning / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Project Management & Planning / Nancy Arrigona | 5.50 | $325.00 | $1,787.50 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Project Management & Planning / Linda Brooke | 4.50 | $395.00 | $1,777.50 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Travel / Linda Brooke | 1.75 | $395.00 | $691.25 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Judicial Proceeding / Linda Brooke | 2.00 | $395.00 | $790.00 |

| Service | Texas Foster Care Monitoring - 11/18/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/18/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.33 | $425.00 | $140.25 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Judicial Proceeding / Deborah Fowler | 0.42 | $425.00 | $178.50 |
| Service | Texas Foster Care Monitoring - 11/18/2019 - Project Management & Planning / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 11/19/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 11/19/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.83 | $325.00 | $2,869.75 |
| Service | Texas Foster Care Monitoring - 11/19/2019 - Project Management & Planning / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/19/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/19/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/20/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 2.25 | $325.00 | $731.25 |
| Service | Texas Foster Care Monitoring - 11/20/2019 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.83 | $325.00 | $2,869.75 |
| Service | Texas Foster Care Monitoring - 11/20/2019 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 11/20/2019 - Project Management & Planning / Nancy Arrigona | 9.25 | $325.00 | $3,006.25 |
| Service | Texas Foster Care Monitoring - 11/21/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/21/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Clarice Rogers | 3.42 | $325.00 | $1,111.50 |
| Service | Texas Foster Care Monitoring - 11/21/2019 - Project Management & Planning / Clarice Rogers | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/21/2019 - Project Management & Planning / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |

| Service | Texas Foster Care Monitoring - 11/21/2019 - Project Management & Planning / Linda Brooke | 9.00 | $395.00 | $3,555.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/21/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/22/2019 - Project Management & Planning / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 11/22/2019 - Project Management & Planning / Nancy Arrigona | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 11/22/2019 - Project Management & Planning / Linda Brooke | 9.25 | $395.00 | $3,653.75 |
| Service | Texas Foster Care Monitoring - 11/22/2019 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/23/2019 - Project Management & Planning / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 11/23/2019 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/24/2019 - Project Management & Planning / Nancy Arrigona | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 11/25/2019 - Report and Document Preparation / Clarice Rogers | 2.83 | $325.00 | $919.75 |
| Service | Texas Foster Care Monitoring - 11/25/2019 - Report and Document Preparation / Clarice Rogers | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 11/25/2019 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/25/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/26/2019 - Project Management & Planning / Linda Brooke | 4.25 | $395.00 | $1,678.75 |
| Service | Texas Foster Care Monitoring - 11/26/2019 - Project Management & Planning / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/26/2019 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/26/2019 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |

| Service | Texas Foster Care Monitoring - 11/27/2019 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/27/2019 - Project Management & Planning / Nancy Arrigona | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 11/27/2019 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 11/28/2019 - Project Management & Planning / Linda Brooke | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 11/29/2019 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/29/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/29/2019 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/30/2019 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 11/30/2019 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/30/2019 - Project Management & Planning / Clarice Rogers | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 11/30/2019 - Project Management & Planning / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
| Product | Texas Foster Care Monitoring - 11/01/2019 - Lodging / Clarice Rogers | 1.00 | $210.45 | $210.45 |
| Product | Texas Foster Care Monitoring - 11/02/2019 - Lodging / Clarice Rogers | 1.00 | $257.03 | $257.03 |
| Product | Texas Foster Care Monitoring - 11/02/2019 - Mileage / Linda Brooke | 88.00 | $0.58 | $51.04 |
| Product | Texas Foster Care Monitoring - 11/02/2019 - Transportation / Clarice Rogers | 1.00 | $35.52 | $35.52 |
| Product | Texas Foster Care Monitoring - 11/03/2019 - Transportation / Deborah Fowler | 1.00 | $30.00 | $30.00 |
| Product | Texas Foster Care Monitoring - 11/03/2019 - Lodging / Deborah Fowler | 1.00 | $320.33 | $320.33 |

| Product | Texas Foster Care Monitoring - 11/03/2019 - Mileage / Linda Brooke | 190.00 | $0.58 | $110.20 |
|---|---|---|---|---|
| Product | Texas Foster Care Monitoring - 11/03/2019 - Meals / Clarice Rogers | 1.00 | $9.74 | $9.74 |
| Product | Texas Foster Care Monitoring - 11/04/2019 - Transportation / Nancy Arrigona | 1.00 | $8.37 | $8.37 |
| Product | Texas Foster Care Monitoring - 11/04/2019 - Lodging / Nancy Arrigona | 1.00 | $174.10 | $174.10 |
| Product | Texas Foster Care Monitoring - 11/04/2019 - Lodging / Viveca Martinez | 1.00 | $210.36 | $210.36 |
| Product | Texas Foster Care Monitoring - 11/04/2019 ~ Meals / Linda Brooke | 1.00 | $21.27 | $21.27 |
| Product | Texas Foster Care Monitoring - 11/04/2019 ~ Lodging / Linda Brooke | 1.00 | $208.74 | $208.74 |
| Product | Texas Foster Care Monitoring - 11/04/2019 - Lodging / Clarice Rogers | 1.00 | $208.74 | $208.74 |
| Product | Texas Foster Care Monitoring - 11/04/2019 - Meals / Clarice Rogers | 1.00 | $8.91 | $8.91 |
| Product | Texas Foster Care Monitoring - 11/05/2019 - Meals / Nancy Arrigona | 1.00 | $16.67 | $16.67 |
| Product | Texas Foster Care Monitoring - 11/05/2019 - Transportation / Deborah Fowler | 1.00 | $254.00 | $254.00 |
| Product | Texas Foster Care Monitoring - 11/05/2019 - Transportation / Clarice Rogers | 1.00 | $35.00 | $35.00 |
| Product | Texas Foster Care Monitoring - 11/05/2019 - Meals / Clarice Rogers | 1.00 | $10.29 | $10.29 |
| Product | Texas Foster Care Monitoring - 11/18/2019 - Transportation / Linda Brooke | 1.00 | $18.00 | $18.00 |

**Amount Due**      **$214,776.01**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# Expense Report for Invoice #4

Texas Appleseed

| 11/01/2019 | $210.45 |
|---|---|

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Clarice Rogers** |

Nov 1-3, 2019 - Fairfield Inn - Dallas - Clarice Rogers
$210.45



Corina Goles <cgoles@texasappleseed.net>

Reservation Confirmation #87925409 for Fairfield Inn & Suites Dallas Downtown

Fairfield Inn By Marriott Reservations <reservations@res-marriott.com>
Reply-To "reservations@res-marriott.com" <reservations-MPVx0020016c134da194fbcebb6e968a5264645@res-marriott>
You replied to textasappleseed.net

Tue, Oct 29, 2019 at 3:52 PM

SUMMARY OF CHARGES   |   CONTACT US



Fairfield Inn & Suites Dallas Downtown

555 Evergreen Street Dallas Texas 75201   •   1-214-473-1899
USA

Thank you for booking directly with us, Clarice Rogers.

## You're ready to go.

Fri, Nov 01, 2019 – Sun, Nov 03, 2019
Confirmation Number: 67925409

| | |
|---|---|
| Check-In:   Friday, November 1, 2019 | 03:00 PM |
| Check-Out:  Sunday, November 3, 2019 | 12:00 PM |
| Number of rooms | 1 Room |
| Guests per room | 1 Adult |
| Guarantee Method | Credit Card Guarantee, Visa |
| Total for Stay (all rooms) | 210.45 USD |

Room 1

| | |
|---|---|
| Room Type › | Guest room, 1 King |

Guaranteed Requests:
None

ALL REQUESTS ›

Modify or Cancel Reservation



### Inspired by calm.

Discover amenities and spaces designed to keep
you healthy and productive while on the road.
Enjoy warmth, comfort, and simplicity from
Fairfield.

MARRIOTT
BONV⊙Y
My Account



Clarice Rogers

Your Stay: 2 Nights

View Account

Enjoy these Member benefits* during your stay.    Learn More >

- Free Standard In-room Wi-Fi

- Mobile Check-In + Room Ready Alerts— find out the instant your room is ready

*Benefits vary by brand and hotel. Select benefits are subject to availability. Please see full terms and conditions.

## Summary Of Charges

Friday, November 1, 2019 – Saturday, November 2, 2019

1 Night at 89.00 USD per night per room

AAA rate, AAA membership card required

Saturday, November 2, 2019 – Sunday, November 3, 2019

1 Night at 94.00 USD per night per room

AAA rate, AAA membership card required

Taxes & Fees (per night per room)

Estimated Government Taxes & Fees          13.72 USD

Totals

Total for Stay (all rooms)                210.45 USD

Other Charges

Valet parking, fee: 30 USD daily

## Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Wednesday, October 30, 2019 (2 day[s] before arrival).**

- Please note that we will assess a fee of 192.32 USD if you must cancel after this deadline.

- Please be prepared to show proof of eligibility for your rate (such as a membership card, corporate or government identification card, or proof of your age).

- Please note that a change in the length or dates of your reservation may result in a rate change.

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Upon check-in an authorization request will be placed on your credit/debit card in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

Enjoy instant benefits because you booked directly with us

Member Rates        Free Wi-Fi        Mobile Check-In

Learn More >

## Contact Us

Page 3 of 36



Phone Numbers
Call 1-800-228-2800 in the US and Canada
For everywhere else, call our Worldwide Telephone Numbers

*FREQUENTLY ASKED QUESTIONS ›*

Terms of Use | Privacy Policy | About Us | Find a Hotel

Contact Us

This email confirmation is an auto-generated message. Replies to automated messages are not monitored. Our Marriott Customer Care team is available to assure you 24 hours per day, 7 days per week.

Confirmation Authenticity

We're sending you this confirmation to be electronically for your convenience. Marriott keeps an official record of all electronic reservations. We honor our official record only and will disregard any alterations to this confirmation that may have been made after we send it to you.

Email Unsubscribe

You may opt out of promotional emails at any time here. Each email also includes a link to unsubscribe. Please note, should you unsubscribe, you will continue to receive emails such as reservation confirmations, hotel stay receipts and changes to program terms and conditions.

© 2015 MARRIOTT INTERNATIONAL, INC. ALL RIGHTS RESERVED.
MARRIOTT PROPRIETARY INFORMATION

| 11/02/2019 | $257.03 |
| --- | --- |

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Lodging**
Person      **Clarice Rogers**

Nov 2-4, 2019 - Fairfield Dallas - Clarice Rogers (Rm219)
$257.03



**Fairfield by Marriott®**
555 Evergreen St, Dallas, TX 75201 P 214.573.6555
Fairfield.Marriott.com

C. Rogers

Room: 219
Room Type: KING
Number of Guests: 1
Rate: $134.00
Clerk:

Arrive: 02Nov19          Time: 01:51AM          Depart: 04Nov19          Time:          Folio Number: 81583

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 02Nov19 | Room Charge | 89.00 | |
| 02Nov19 | State Occupancy Tax | 5.45 | |
| 02Nov19 | City Tax | 6.35 | |
| 02Nov19 | Convention and Tourism F | 1.78 | |
| 03Nov19 | Room Charge | 134.00 | |
| 03Nov19 | State Occupancy Tax | 8.20 | |
| 03Nov19 | City Tax | 9.57 | |
| 03Nov19 | Convention and Tourism F | 2.68 | |
| 04Nov19 | Master Card | | 257.03 |

Amount:  257.03  Auth: 634D30  Signature on File
This card was electronically swiped on 03Nov19

**BALANCE:**          0.00

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

11/02/2019                                    $51.04

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Travel to Itasa/ Return [88.0 miles]

11/02/2019                                    $35.52

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Clarice Rogers** |

Nov 2, 2019 - 7 Eleven - Clarice Rogers - $35.52





11/03/2019                                    $30.00

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Nov 3, 2019 - Kahsay Taxi - Dallas - Deborah Fowler $30



Corina Golea <cgolea@texasappleseed.net>

## Fwd: Receipt from Kahsay Taxi
1 message

**Deborah Fowler** <dfowler@texasappleseed.net>
To: Corina Golea <cgolea@texasappleseed.net>

Sun, Nov 3, 2019 at 6:07 PM

Cab from airport in Dallas
Sent from my iPhone

Begin forwarded message:

**From:** Kahsay Taxi via Square <receipts@messaging.squareup.com>
**Date:** November 3, 2019 at 6:04:07 PM CST
**To:** dfowler@texasappleseed.net
**Subject: Receipt from Kahsay Taxi**
**Reply-To:** Kahsay Taxi via Square <CAESOhIAGixyX21memdpNmx3aWZ1eG
11dHpsanpncXQyemI6aWZvdHNqaXYyd3k1c25peSllZGlhbG9ndWUiIF0mCS
/Wh5KxQyFXdBKV541SxTCDYBQDnJrgN6Habkk9@reply2.squareup.com>

Square automatically sends receipts to the email address you used at any Square
seller. Learn more

Kahsay Taxi

How was your experience?

 

# $30.00

| Custom Amount | $25.00 |
|---|---|

| | |
|---|---|
| Purchase Subtotal | $25.00 |
| Tip | $5.00 |
| **Total** | **$30.00** |



Kahsay Taxi
6307 Melody Ln, 2820
DALLAS, TX 75231

VISA

DEBORAH FOWLER

Nov 3 2019 at 6:04 PM

#dyvA

Auth code: 08657G

© 2019 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt?
Manage preferences for digital receipts





AC HOTELS BY MARRIOTT®
DALLAS DOWNTOWN
1712 COMMERCE ST
DALLAS, TX 75201
T: 214 290 0111

D. FOWLER

ROOM: 806
ROOM TYPE: KING
NUMBER OF GUESTS: 1
RATE: $185.00      CLERK:

ARRIVE: 03NOV19
DEPART: 05NOV19
FOLIO NUMBER: 53385

TIME: 06:09PM
TIME:

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 03Nov19 | Room Charge | 91.00 | |
| 03Nov19 | City Tax | 6.50 | |
| 03Nov19 | State Hotel Tax | 5.57 | |
| 03Nov19 | Tpid | 1.82 | |
| 03Nov19 | State Cost Receovery Fee | 0.73 | |
| 04Nov19 | Room Charge | 185.00 | |
| 04Nov19 | City Tax | 13.21 | |
| 04Nov19 | State Hotel Tax | 11.32 | |
| 04Nov19 | Tpid | 3.70 | |
| 04Nov19 | State Cost Receovery Fee | 1.48 | |
| 05Nov19 | Visa | | 320.33 |
| | Card #: | | |
| | Amount:  320.33  Auth: 05878G | | |
| | Signature on File | | |
| | This card was electronically | | |
| | swiped on 03Nov19 | | |
| | Balance: | 0.00 | |

Marriott Bonvoy Account        Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to
your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

**11/03/2019**                                          **$320.33**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Nov 3-5, 2019 - AC Hotels, Dallas - Deborah Fowler (Rm
806) $320.33

**11/03/2019**                              $110.20

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Linda Brooke** |

Travel to Quinlin TX / Return [190.0 miles]

**11/03/2019**                              $9.74



| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Clarice Rogers** |

Nov 3, 2019 - JFKEG and Kitcken - Clarice Rogers - $9.74

**11/04/2019**                              $8.37

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Nancy Arrigona** |

Nov 4, 2019 - Lyft Nancy Arrigona $8.37

11/7/2019                        Gmail - Your ride with Bakri on November 4

 Gmail                                   Nancy Arrigona ▮▮▮▮▮▮▮▮▮▮▮▮▮>

**Your ride with Bakri on November 4**
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>                    Tue, Nov 5, 2019 at 9:14 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮



NOVEMBER 4, 2019 AT 9:10 PM

# Thanks for riding with Bakri!                                 

100% of tips go to drivers. Add a tip

Lyft XL fare (0.83mi, 3m 41s)                                   $8.37

                                           **$8.37**

https://mail.google.com/mail/u/1?ik=4e77e8478f&view=pt&search=all&permthid=thread-f%3A1649420609845253495&simpl=msg-f%3A16494206098...   1/3

11/7/2019                                    Gmail - Your ride with Bakri on November 4



- ● **Pickup**  9:10 PM
   2039 Woodall Rodgers Fwy, Dallas, TX

- ○ **Drop-off**  9:13 PM
   1204 Elm St, Dallas, TX



# Round Up & Donate

https://mail.google.com/mail/u/1?ik=4e77e8478f&view=pt&search=all&permthid=thread-f%3A1649420609845253495&simpl=msg-f%3A16494206098...   2/3

Gmail - Your ride with Bakri on November 4

By rounding up their payments, our riders have
donated over $15 million to causes they believe in.

### SUPPORT YOUR CAUSE

### TIP DRIVER

### FIND LOST ITEM

### REQUEST REVIEW

Review price in the Lyft app help tab

Help Center

Receipt #1334098034696285542

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© Mapbox © OpenStreetMap Improve this map

© 2019 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver

**11/04/2019**                           **$174.10**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Nancy Arrigona** |

Nov 4, 2019 - Westin Hotels (Rm 2527) - Nancy Arrigona
$174.10

Westin Dallas Downtown
1201 Main Street
Dallas, TX  75202
United States
Tel: 972-584-6650 Fax: 972-584-6675

NANCY ARRIGONA

# WESTIN®
## HOTELS & RESORTS

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 278396 |
| Folio ID | : | A |
| Arrive Date | : | 04-NOV-19   17:09 |
| Depart Date | : | 05-NOV-19   12:10 |
| No. Of Guest | : | 1 |
| Room Number | : | 2527 |
| Marriott Bonvoy Number : | | ▓▓▓▓ |

Westin Dallas  DALDW NOV-05-2019  12:20  CTORC364

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 04-NOV-19 | RT2527 | Room Chrg - Govt./Military | 150.00 | |
| 04-NOV-19 | RT2527 | Occupancy Tax | 9.18 | |
| 04-NOV-19 | RT2527 | City/Local Tax | 10.71 | |
| 04-NOV-19 | RT2527 | TPID Fee | 3.00 | |
| 04-NOV-19 | RT2527 | SCR Fee * | 1.21 | |
| 05-NOV-19 | VI | ▓▓▓▓▓▓ | | -174.10 |

Approve EMV Receipt for ▓▓▓▓▓ no CVM
TC:8AC66D718911D6DF  TVR:0080008000
Application Label▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| ** Total | 174.10 | -174.10 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.westin.com/reviews

* Represents 0.7% of Room Revenue plus applicable taxes

Continued on the next page

Westin Dallas Downtown
1201 Main Street
Dallas, TX  75202
United States
Tel: 972-584-6650 Fax: 972-584-6675

**WESTIN**®

HOTELS & RESORTS

NANCY ARRIGONA

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 278396 |
| Folio ID | : | A |
| Arrive Date | : | 04-NOV-19   17:09 |
| Depart Date | : | 05-NOV-19   12:10 |
| No. Of Guest | : | 1 |
| Room Number | : | 2527 |
| Marriott Bonvoy Number | : | ~~████~~ |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 11-04-2019 | 0.00 | 0.00 | 0.00 | 174.10 | 174.10 | 0.00 |
| 11-05-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -174.10 |
| Total | 0.00 | 0.00 | 0.00 | 174.10 | 174.10 | -174.10 |

* Represents 0.7% of Room Revenue plus applicable taxes

Bring the Westin experience home. Shop WestinStore.com.

11/04/2019                    $210.36

| Client | Texas DFPS/HHSC |
| Project | Texas Foster Care Monitoring |
| Category | Lodging |
| Person | Viveca Martinez |

Nov 4, 2019 - Westin Hotels - Dallas - Viveca Martinez
(Rm2315) $210.36

Westin Dallas Downtown
1201 Main Street
Dallas, TX  75202
United States
Tel: 972-584-6650 Fax: 972-584-6675

**WESTIN**®

HOTELS & RESORTS

Viveca Martinez
5604 SW PKWY
AUSTIN, TX, 787356222

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 278429 | |
| Folio ID | : | A | |
| Arrive Date | : | 04-NOV-19 | 11:18 |
| Depart Date | : | 05-NOV-19 | 07:28 |
| No. Of Guest | : | 1 | |
| Room Number | : | 2315 | |
| Marriott Bonvoy Number : | | | |

Westin Dallas   DALDW  NOV-05-2019  07:30  ADOMI382

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 04-NOV-19 | RT2315 | Room Chrg - Govt./Military | 150.00 | |
| 04-NOV-19 | RT2315 | Occupancy Tax | 9.18 | |
| 04-NOV-19 | RT2315 | City/Local Tax | 10.71 | |
| 04-NOV-19 | RT2315 | TPID Fee | 3.00 | |
| 04-NOV-19 | RT2315 | SCR Fee * | 1.21 | |
| 04-NOV-19 | RT2315 | Parking Valet - Overnight | 32.00 | |
| 04-NOV-19 | RT2315 | State Tax | 2.64 | |
| 05-NOV-19 | 009A | 972-584-6650 0:02 | 1.50 | |
| 05-NOV-19 | 009A | Telephone Tax State | 0.12 | |
| 05-NOV-19 | VI | | | -210.36 |

Approve EMV Receipt for VI▒▒▒▒ no CVM
TC:9D1E1679C33A797C  TVR:8080008000
Application Label:V▒▒▒▒▒▒▒▒

| | | | |
|---|---|---|---|
| ** Total | | 210.36 | -210.36 |
| *** Balance | | 0.00 | |

I agreed to pay all room & incidental charges.

T▒▒▒▒▒▒▒▒ ▒▒▒% ▒▒ ▒▒▒▒ ▒▒▒▒▒ ▒▒▒▒▒ ▒▒▒▒▒▒▒▒ taxes

Continued on the next page

Westin Dallas Downtown
1201 Main Street
Dallas, TX 75202
United States
Tel: 972-584-6650 Fax: 972-584-6675

# WESTIN®
## HOTELS & RESORTS

Viveca Martinez

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 278429 |
| Folio ID | : | A |
| Arrive Date | : | 04-NOV-19    11:18 |
| Depart Date | : | 05-NOV-19    07:28 |
| No. Of Guest | : | 1 |
| Room Number | : | 2315 |
| Marriott Bonvoy Number | : | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 11-04-2019 | 0.00 | 0.00 | 0.00 | 208.74 | 208.74 | 0.00 |
| 11-05-2019 | 0.00 | 0.00 | 0.00 | 1.62 | 1.62 | -210.36 |
| Total | 0.00 | 0.00 | 0.00 | 210.36 | 210.36 | -210.36 |

* Represents 0.7% of Room Revenue plus applicable taxes

Bring the Westin experience home. Shop WestinStore.com.

11/04/2019                                $21.27

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |

Nov 4, 2019 - Power House Deli - Linda Brooke $21.27

```
POWER HOUSE DELI
  214-871-7126


12:56           11-04-2019
MC NO.0000           8430
DEPT#001         $2.50T1
DEPT#001         $1.39T1
DEPT#001         $6.49T1
DEPT#001         $6.49T1
DEPT#013         $1.50
DEPT#001         $1.39T1
```

```
SUBTOTAL                    $19.76
TAX1                         $1.51
TOTAL-TAX                    $1.51

TOTAL                       $21.27
CASH                        $21.27
```

HAVE A NICE DAY
PLEASE COME AGAIN

**11/04/2019**                                     **$208.74**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Nov 4, 2019 - Westin Hotels - Dallas - Linda Brooke
(Rm2519) $208.74

Westin Dallas Downtown
1201 Main Street
Dallas, TX  75202
United States
Tel: 972-584-6650 Fax: 972-584-6675

**WESTIN**®

HOTELS & RESORTS

LINDA BROOKE

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 278431 |
| Folio ID | : | A |
| Arrive Date | : | 04-NOV-19 | 11:20 |
| Depart Date | : | 05-NOV-19 | 07:30 |
| No. Of Guest | : | 1 |
| Room Number | : | 2519 |
| Marriott Bonvoy Number : | | |

Westin Dallas  DALDW  NOV-05-2019  07:40  LJCOO680

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 04-NOV-19 | RT2519 | Room Chrg - Govt./Military | 150.00 | |
| 04-NOV-19 | RT2519 | Occupancy Tax | 9.18 | |
| 04-NOV-19 | RT2519 | City/Local Tax | 10.71 | |
| 04-NOV-19 | RT2519 | TPID Fee | 3.00 | |
| 04-NOV-19 | RT2519 | SCR Fee * | 1.21 | |
| 04-NOV-19 | RT2519 | Parking Valet - Overnight | 32.00 | |
| 04-NOV-19 | RT2519 | State Tax | 2.64 | |
| 05-NOV-19 | VI | | | -208.74 |

Approve EMV Receipt for            no CVM
TC:D525EA62BC368EEE  TVR:8080008000
Application Label:

| | | | | |
|---|---|---|---|---|
| | ** Total | | 208.74 | -208.74 |
| | *** Balance | | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.westin.com/reviews

* Represents 0.7% of Room Revenue plus applicable taxes

Continued on the next page

Westin Dallas Downtown
1201 Main Street
Dallas, TX  75202
United States
Tel: 972-584-6650 Fax: 972-584-6675

# WESTIN®

## HOTELS & RESORTS

LINDA BROOKE

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 278431 |
| Folio ID | : | A |
| Arrive Date | : | 04-NOV-19 |
| Depart Date | : | 05-NOV-19 |
| No. Of Guest | : | 1 |
| Room Number | : | 2519 |
| Marriott Bonvoy Number : | | ~~██████~~ |

Arrive Date 11:20
Depart Date 07:30

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 11-04-2019 | 0.00 | 0.00 | 0.00 | 208.74 | 208.74 | 0.00 |
| 11-05-2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -208.74 |
| Total | 0.00 | 0.00 | 0.00 | 208.74 | 208.74 | -208.74 |

* Represents 0.7% of Room Revenue plus applicable taxes

Bring the Westin experience home. Shop WestinStore.com.

11/04/2019                          $208.74

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Clarice Rogers** |

Nov 4, 2019 - Westin Hotels - Dallas - Clarice Rogers
(Rm2615) $208.74

Westin Dallas Downtown
1201 Main Street
Dallas, TX 75202
United States
Tel: 972-584-6650 Fax: 972-584-6675

LINDA BROOKE

# WESTIN®
## HOTELS & RESORTS

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 278432 |
| Folio ID | : | A |
| Arrive Date | : | 04-NOV-19   11:19 |
| Depart Date | : | 05-NOV-19   07:29 |
| No. Of Guest | : | 1 |
| Room Number | : | 2615 |
| Marriott Bonvoy Number : | | |

Westin Dallas  DALDW  NOV-05-2019  09:47  LJCOO680

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 04-NOV-19 | RT2615 | Room Chrg - Govt./Military | 150.00 | |
| 04-NOV-19 | RT2615 | Occupancy Tax | 9.18 | |
| 04-NOV-19 | RT2615 | City/Local Tax | 10.71 | |
| 04-NOV-19 | RT2615 | TPID Fee | 3.00 | |
| 04-NOV-19 | RT2615 | SCR Fee * | 1.21 | |
| 05-NOV-19 | VI | | | -174.10 |
| 05-NOV-19 | PRKV | Parking Valet - Overnight | 32.00 | |
| 05-NOV-19 | PRKV | State Tax | 2.64 | |
| 05-NOV-19 | VI | Visa-0807 | | -34.64 |

Approve EMV Receipt for : no CVM
TC:5E006201241AB7AA  TVR:8080008000
Application Label:

| | | Total | 208.74 | -208.74 |
|---|---|---|---|---|
| | | Balance | 0.00 | |

I agreed to pay all room & incidental charges.  *Linda D Brooke*

Tell us about your stay. www.westin.com/reviews
* Represents 0.7% of Room Revenue plus applicable taxes

Continued on the next page

Westin Dallas Downtown
1201 Main Street
Dallas, TX 75202
United States
Tel: 972-584-6650 Fax: 972-584-6675

# WESTIN®
## HOTELS & RESORTS

LINDA BROOKE

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 278432 |
| Folio ID | : | A |
| Arrive Date | : | 04-NOV-19   11:19 |
| Depart Date | : | 05-NOV-19   07:29 |
| No. Of Guest | : | 1 |
| Room Number | : | 2615 |
| Marriott Bonvoy Number | : | ~~████~~ |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 11-04-2019 | 0.00 | 0.00 | 0.00 | 174.10 | 174.10 | 0.00 |
| 11-05-2019 | 0.00 | 0.00 | 0.00 | 34.64 | 34.64 | -208.74 |
| Total | 0.00 | 0.00 | 0.00 | 208.74 | 208.74 | -208.74 |

* Represents 0.7% of Room Revenue plus applicable taxes

Bring the Westin experience home. Shop WestinStore.com.

**11/04/2019**                                    **$8.91**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Clarice Rogers** |

Nov 4, 2019 - Power House Deli - Clarice Rogers $8.91



**11/05/2019**                                    **$16.67**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Nancy Arrigona** |

Nov 5, 2019 - Buc-EEs - Nancy Arrigona $16.67

 Ford 4/5/19

```
                    BUC-EE'S
          4155 North General Bruce Dr (I-35)
                  Temple   TX
ORDER #774
CKN FAJ TACO                        $2.99
  1+      ADD CHSE TACOS$0.55
  1+         GUACAMOLE$0.68
MASTER TRAN
LV TRL STHWST                       $4.99
BUC SOUR GUMMI BRS                  $2.99
TOPO CHICO MIN WTR 20OZ             $1.99
MUNCHIES CHSE FX XXVL               $1.89
                  Sub Total        $16.08
                        Tax         $0.59
                  Total            $16.67
                      Visa:        $16.67
                     Change         $0.00

SALE
Visa
Card Num :
Chip Read
Terminal : 101
Approval : 03944D

USD$ 16.67

AID: A0000000031010
TVR: 0000008000
IAD: 0602120360A002
TSI: E800
ARC: 00
TC: 81303265CA407469

            (979)-238-6390
POS:     33  Cashier: Dakota, P
11/5/2019    14:51:41   TRAN:13602
```

11/05/2019                                    $254.00

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Deborah Fowler** |

Nov 5, 2019 - Southwest Dallas - Deborah Fowler $254.



Book hotel > Prepare now >

[illegible]

[illegible]

[illegible]

[illegible]

Need help?

Contact us

Customer service | FAQs

Connect with us

Get the mobile app

[illegible]

[illegible]

[illegible]

[illegible]

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.

**11/05/2019**                          **$35.00**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Clarice Rogers** |

Nov 5 2019 - 7 Eleven - Clarice Rogers $35.00



**11/05/2019**                          **$10.29**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Clarice Rogers** |

Nov 5, 2019 - Schlotzsky's - Clarice Rogers $10.29



**11/18/2019**                          **$18.00**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Linda Brooke** |

Nov 18, 2019 - Parking - Linda Brooke $18.

Terminal#:1 Cashier#:7

```
11/18/2019 12:22 PM
11/18/2019 2:46 PM - 02:24
94887840 / #561829
Rate 1      : $      18.00
            : $      18.00
   Credit   : $      18.00
***********████ S
VISA
Seq# 142964 06800063
Purchase 19/11/18 14:41:56
Auth# 03556G
APPROVED
```

WELCOME TO
700 COMMERCE

