

# INVOICE

From | **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | Invoice For | **Texas DFPS/HHSC** |
|---|---|---|---|
| Invoice ID | 6 | | |
| Issue Date | 02/05/2020 | | |
| Due Date | 03/06/2020 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; January 2020 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring (01/01/2020 – 01/31/2020) | 944.38 | $348.29 | **$328,914.80** |
| Product | Expenses for Texas Foster Care Monitoring (01/01/2020 – 01/31/2020) | 1.00 | $2,064.61 | **$2,064.61** |

**Amount Due**    **$330,979.41**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.



# INVOICE

From | **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | 6 | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 02/05/2020 | | |
| Due Date | 02/05/2020 | | |
| Subject | Texas Appleseed Monitoring Team; January 2020 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/01/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 01/01/2020 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 01/01/2020 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 01/01/2020 - Project Management & Planning / Linda Brooke | 10.50 | $395.00 | **$4,147.50** |
| Service | Texas Foster Care Monitoring - 01/01/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.50 | $325.00 | **$1,137.50** |
| Service | Texas Foster Care Monitoring - 01/01/2020 - Project Management & Planning / Viveca Martinez | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 01/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 01/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.75 | $425.00 | **$318.75** |

| Service | Texas Foster Care Monitoring - 01/02/2020 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
|---------|---------|------|---------|---------|
| Service | Texas Foster Care Monitoring - 01/02/2020 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 01/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 01/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
| Service | Texas Foster Care Monitoring - 01/02/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.75 | $325.00 | $2,193.75 |
| Service | Texas Foster Care Monitoring - 01/02/2020 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Viveca Martinez | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 01/02/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 0.75 | $325.00 | $243.75 |
| Service | Texas Foster Care Monitoring - 01/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 2.42 | $325.00 | $786.50 |
| Service | Texas Foster Care Monitoring - 01/03/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.25 | $325.00 | $2,681.25 |
| Service | Texas Foster Care Monitoring - 01/03/2020 - Project Management & Planning / Linda Brooke | 8.75 | $395.00 | $3,456.25 |
| Service | Texas Foster Care Monitoring - 01/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.58 | $425.00 | $246.50 |
| Service | Texas Foster Care Monitoring - 01/03/2020 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 01/03/2020 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 01/03/2020 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 0.33 | $425.00 | $140.25 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/03/2020 - Project Management & Planning / Viveca Martinez | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 01/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 01/04/2020 - Project Management & Planning / Deborah Fowler | 6.00 | $425.00 | **$2,550.00** |
| Service | Texas Foster Care Monitoring - 01/04/2020 - Project Management & Planning / Linda Brooke | 6.75 | $395.00 | **$2,666.25** |
| Service | Texas Foster Care Monitoring - 01/04/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 01/04/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 01/05/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.50 | $325.00 | **$2,437.50** |
| Service | Texas Foster Care Monitoring - 01/05/2020 - Travel / Linda Brooke | 3.25 | $395.00 | **$1,283.75** |
| Service | Texas Foster Care Monitoring - 01/05/2020 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 01/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 5.67 | $395.00 | **$2,239.65** |
| Service | Texas Foster Care Monitoring - 01/06/2020 - Project Management & Planning / Linda Brooke | 2.75 | $395.00 | **$1,086.25** |
| Service | Texas Foster Care Monitoring - 01/06/2020 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Clarice Rogers | 6.42 | $325.00 | **$2,086.50** |
| Service | Texas Foster Care Monitoring - 01/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 5.50 | $425.00 | **$2,337.50** |
| Service | Texas Foster Care Monitoring - 01/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.17 | $425.00 | **$497.25** |
| Service | Texas Foster Care Monitoring - 01/06/2020 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | **$425.00** |

| Service | Texas Foster Care Monitoring – 01/06/2020 – Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring – 01/06/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring – 01/06/2020 – Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring – 01/07/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring – 01/07/2020 – Project Management & Planning / Clarice Rogers | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring – 01/07/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring – 01/07/2020 – Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.50 | $425.00 | $1,487.50 |
| Service | Texas Foster Care Monitoring – 01/07/2020 – Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring – 01/07/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring – 01/07/2020 – Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.25 | $325.00 | $1,706.25 |
| Service | Texas Foster Care Monitoring – 01/07/2020 – Project Management & Planning / Viveca Martinez | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring – 01/08/2020 – Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Clarice Rogers | 8.83 | $325.00 | $2,869.75 |
| Service | Texas Foster Care Monitoring – 01/08/2020 – Project Management & Planning / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring – 01/08/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 8.50 | $395.00 | $3,357.50 |

| Service | Texas Foster Care Monitoring - 01/08/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/08/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 01/08/2020 - Project Management & Planning / Nancy Arrigona | 0.25 | $325.00 | $81.25 |
| Service | Texas Foster Care Monitoring - 01/08/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 01/08/2020 - Project Management & Planning / Viveca Martinez | 9.75 | $325.00 | $3,168.75 |
| Service | Texas Foster Care Monitoring - 01/09/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 01/09/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 01/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 7.83 | $325.00 | $2,544.75 |
| Service | Texas Foster Care Monitoring - 01/09/2020 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Clarice Rogers | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 01/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring - 01/09/2020 - Project Management & Planning / Linda Brooke | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 01/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 01/09/2020 - Project Management & Planning / Viveca Martinez | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 01/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 4.75 | $395.00 | $1,876.25 |

| Service | Texas Foster Care Monitoring - 01/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 3.50 | $325.00 | $1,137.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/10/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.50 | $325.00 | $1,787.50 |
| Service | Texas Foster Care Monitoring - 01/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 5.25 | $325.00 | $1,706.25 |
| Service | Texas Foster Care Monitoring - 01/10/2020 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 01/11/2020 - Travel / Linda Brooke | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Foster Care Monitoring - 01/11/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 01/11/2020 - Project Management & Planning / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 01/12/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
| Service | Texas Foster Care Monitoring - 01/12/2020 - Project Management & Planning / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 01/12/2020 - Project Management & Planning / Deborah Fowler | 3.50 | $425.00 | $1,487.50 |
| Service | Texas Foster Care Monitoring - 01/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 1.83 | $325.00 | $594.75 |
| Service | Texas Foster Care Monitoring - 01/13/2020 - Project Management & Planning / Linda Brooke | 10.25 | $395.00 | $4,048.75 |
| Service | Texas Foster Care Monitoring - 01/13/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 01/13/2020 - Project Management & Planning / Viveca Martinez | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 01/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 5.00 | $325.00 | $1,625.00 |

| Service | Texas Foster Care Monitoring - 01/14/2020 - Project Management & Planning / Linda Brooke | 7.33 | $395.00 | $2,895.35 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 01/14/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 01/14/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 01/14/2020 - Project Management & Planning / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 01/14/2020 - Project Management & Planning / Viveca Martinez | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 01/15/2020 - Project Management & Planning / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 01/15/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Robert McManus | 1.50 | $300.00 | $450.00 |
| Service | Texas Foster Care Monitoring - 01/15/2020 - Project Management & Planning / Linda Brooke | 8.75 | $395.00 | $3,456.25 |
| Service | Texas Foster Care Monitoring - 01/15/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.50 | $325.00 | $2,112.50 |
| Service | Texas Foster Care Monitoring - 01/15/2020 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 01/16/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 01/16/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.31 | $300.00 | $93.00 |
| Service | Texas Foster Care Monitoring - 01/16/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.67 | $300.00 | $201.00 |
| Service | Texas Foster Care Monitoring - 01/16/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.40 | $300.00 | $120.00 |

| Service | Texas Foster Care Monitoring – 01/16/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 2.00 | $425.00 | $850.00 |
|---------|---|------|---------|---------|
| Service | Texas Foster Care Monitoring – 01/16/2020 – Document Review/Data Analysis/Verification Work / Ellen Stone | 1.92 | $250.00 | $480.00 |
| Service | Texas Foster Care Monitoring – 01/16/2020 – Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring – 01/16/2020 – Document Review/Data Analysis/Verification Work / Robert McManus | 0.31 | $300.00 | $93.00 |
| Service | Texas Foster Care Monitoring – 01/16/2020 – Project Management & Planning / Linda Brooke | 9.50 | $395.00 | $3,752.50 |
| Service | Texas Foster Care Monitoring – 01/16/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring – 01/16/2020 – Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring – 01/16/2020 – Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring – 01/16/2020 – Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring – 01/17/2020 – Document Review/Data Analysis/Verification Work / Robert McManus | 1.75 | $300.00 | $525.00 |
| Service | Texas Foster Care Monitoring – 01/17/2020 – Document Review/Data Analysis/Verification Work / Yamanda Wright | 1.50 | $250.00 | $375.00 |
| Service | Texas Foster Care Monitoring – 01/17/2020 – Document Review/Data Analysis/Verification Work / Robert McManus | 0.39 | $300.00 | $117.00 |
| Service | Texas Foster Care Monitoring – 01/17/2020 – Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring – 01/17/2020 – Project Management & Planning / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring – 01/17/2020 – Project Management & Planning / Linda Brooke | 8.08 | $395.00 | $3,191.60 |
| Service | Texas Foster Care Monitoring – 01/17/2020 – Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |

| Service | Texas Foster Care Monitoring - 01/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 2.83 | $325.00 | $919.75 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/18/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.61 | $300.00 | $183.00 |
| Service | Texas Foster Care Monitoring - 01/18/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.58 | $300.00 | $174.00 |
| Service | Texas Foster Care Monitoring - 01/18/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.02 | $300.00 | $306.00 |
| Service | Texas Foster Care Monitoring - 01/18/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 01/19/2020 - Project Management & Planning / Deborah Fowler | 7.00 | $425.00 | $2,975.00 |
| Service | Texas Foster Care Monitoring - 01/19/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Document Review/Data Analysis/Verification Work / Yamanda Wright | 0.74 | $250.00 | $185.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.00 | $300.00 | $300.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.78 | $300.00 | $234.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Project Management & Planning / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Project Management & Planning / Jennifer Carreon | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Project Management & Planning / Nancy Arrigona | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 01/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |

| Service | Texas Foster Care Monitoring – 01/21/2020 – Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Robert McManus | 0.14 | $300.00 | $42.00 |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring – 01/21/2020 – Document Review/Data Analysis/Verification Work / Robert McManus | 0.14 | $300.00 | $42.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Document Review/Data Analysis/Verification Work / Robert McManus | 1.29 | $300.00 | $387.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Document Review/Data Analysis/Verification Work / Ellen Stone | 1.19 | $250.00 | $297.50 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Project Management & Planning / Linda Brooke | 11.75 | $395.00 | $4,641.25 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Document Review/Data Analysis/Verification Work / Jennifer Carreon | 1.50 | $250.00 | $375.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Project Management & Planning / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring – 01/21/2020 – Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring – 01/22/2020 – Document Review/Data Analysis/Verification Work / Robert McManus | 1.16 | $300.00 | $348.00 |
| Service | Texas Foster Care Monitoring – 01/22/2020 – Document Review/Data Analysis/Verification Work / Ellen Stone | 0.57 | $250.00 | $142.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/22/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.88 | $300.00 | $264.00 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.10 | $300.00 | $330.00 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 4.42 | $325.00 | $1,436.50 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Project Management & Planning / Linda Brooke | 9.00 | $395.00 | $3,555.00 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Project Management & Planning / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Document Review/Data Analysis/Verification Work / Jennifer Carreon | 3.00 | $250.00 | $750.00 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.25 | $325.00 | $3,006.25 |
| Service | Texas Foster Care Monitoring - 01/22/2020 - Project Management & Planning / Viveca Martinez | 9.50 | $325.00 | $3,087.50 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.60 | $300.00 | $180.00 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Robert McManus | 0.13 | $300.00 | $39.00 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Project Management & Planning / Linda Brooke | 10.00 | $395.00 | $3,950.00 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.58 | $395.00 | $229.10 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Document Review/Data Analysis/Verification Work / Jennifer Carreon | 4.00 | $250.00 | $1,000.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 5.83 | $325.00 | $1,894.75 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Viveca Martinez | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 01/23/2020 - Project Management & Planning / Viveca Martinez | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 01/24/2020 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Robert McManus | 0.80 | $300.00 | $240.00 |
| Service | Texas Foster Care Monitoring - 01/24/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.36 | $300.00 | $108.00 |
| Service | Texas Foster Care Monitoring - 01/24/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.91 | $300.00 | $273.00 |
| Service | Texas Foster Care Monitoring - 01/24/2020 - Document Review/Data Analysis/Verification Work / Jennifer Carreon | 3.50 | $250.00 | $875.00 |
| Service | Texas Foster Care Monitoring - 01/24/2020 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 01/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 01/24/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.25 | $325.00 | $2,681.25 |

| Service | Texas Foster Care Monitoring - 01/24/2020 - Project Management & Planning / Deborah Fowler | 1.50 | $425.00 | $637.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/24/2020 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 01/25/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.65 | $300.00 | $195.00 |
| Service | Texas Foster Care Monitoring - 01/25/2020 - Project Management & Planning / Linda Brooke | 2.08 | $395.00 | $821.60 |
| Service | Texas Foster Care Monitoring - 01/25/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.68 | $300.00 | $204.00 |
| Service | Texas Foster Care Monitoring - 01/25/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.54 | $300.00 | $162.00 |
| Service | Texas Foster Care Monitoring - 01/25/2020 - Document Review/Data Analysis/Verification Work / Jennifer Carreon | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 01/25/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
| Service | Texas Foster Care Monitoring - 01/25/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 01/26/2020 - Document Review/Data Analysis/Verification Work / Yamanda Wright | 4.17 | $250.00 | $1,042.50 |
| Service | Texas Foster Care Monitoring - 01/26/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.51 | $300.00 | $153.00 |
| Service | Texas Foster Care Monitoring - 01/26/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.45 | $300.00 | $135.00 |
| Service | Texas Foster Care Monitoring - 01/26/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.12 | $300.00 | $36.00 |
| Service | Texas Foster Care Monitoring - 01/26/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.22 | $300.00 | $66.00 |
| Service | Texas Foster Care Monitoring - 01/26/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.31 | $300.00 | $93.00 |
| Service | Texas Foster Care Monitoring - 01/26/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.27 | $300.00 | $81.00 |
| Service | Texas Foster Care Monitoring - 01/26/2020 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Robert McManus | 0.24 | $300.00 | $72.00 |

| Service | Texas Foster Care Monitoring - 01/26/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.50 | $325.00 | $1,462.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/27/2020 - Document Review/Data Analysis/Verification Work / Yamanda Wright | 4.22 | $250.00 | $1,055.00 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Document Review/Data Analysis/Verification Work / Jennifer Carreon | 3.00 | $250.00 | $750.00 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Travel / Clarice Rogers | 1.83 | $325.00 | $594.75 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 1.25 | $325.00 | $406.25 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Travel / Linda Brooke | 5.00 | $395.00 | $1,975.00 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Project Management & Planning / Linda Brooke | 6.00 | $395.00 | $2,370.00 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 0.75 | $395.00 | $296.25 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Communication or Meeting with the Court, a Party, Monitor/Monitors' Staff / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Project Management & Planning / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Travel / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.50 | $325.00 | $2,112.50 |

| Service | Texas Foster Care Monitoring - 01/27/2020 - Travel / Viveca Martinez | 1.75 | $325.00 | $568.75 |
|---------|----------------------------------------------------------------------|------|---------|---------|
| Service | Texas Foster Care Monitoring - 01/27/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 0.75 | $325.00 | $243.75 |
| Service | Texas Foster Care Monitoring - 01/27/2020 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Document Review/Data Analysis/Verification Work / Yamanda Wright | 1.73 | $250.00 | $432.50 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Document Review/Data Analysis/Verification Work / Jennifer Carreon | 4.50 | $250.00 | $1,125.00 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 9.67 | $325.00 | $3,142.75 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Travel / Clarice Rogers | 1.42 | $325.00 | $461.50 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Travel / Linda Brooke | 1.42 | $395.00 | $560.90 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 9.67 | $395.00 | $3,819.65 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.00 | $425.00 | $2,975.00 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Travel / Deborah Fowler | 1.17 | $425.00 | $497.25 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Travel / Viveca Martinez | 1.25 | $325.00 | $406.25 |
| Service | Texas Foster Care Monitoring - 01/28/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 9.50 | $325.00 | $3,087.50 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Document Review/Data Analysis/Verification Work / Yamanda Wright | 3.05 | $250.00 | $762.50 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Travel / Clarice Rogers | 1.42 | $325.00 | $461.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/29/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 4.83 | $325.00 | $1,569.75 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Travel / Clarice Rogers | 2.25 | $325.00 | $731.25 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Travel / Linda Brooke | 1.58 | $395.00 | $624.10 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.08 | $395.00 | $2,006.60 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Travel / Deborah Fowler | 1.17 | $425.00 | $497.25 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 5.00 | $425.00 | $2,125.00 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Travel / Deborah Fowler | 1.17 | $425.00 | $497.25 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Document Review/Data Analysis/Verification Work / Jennifer Carreon | 3.00 | $250.00 | $750.00 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.50 | $325.00 | $3,087.50 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 5.75 | $325.00 | $1,868.75 |
| Service | Texas Foster Care Monitoring - 01/29/2020 - Travel / Viveca Martinez | 1.75 | $325.00 | $568.75 |
| Service | Texas Foster Care Monitoring - 01/30/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.01 | $300.00 | $303.00 |
| Service | Texas Foster Care Monitoring - 01/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 7.42 | $325.00 | $2,411.50 |
| Service | Texas Foster Care Monitoring - 01/30/2020 - Project Management & Planning / Linda Brooke | 12.75 | $395.00 | $5,036.25 |
| Service | Texas Foster Care Monitoring - 01/30/2020 - Travel / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 01/30/2020 - Project Management & Planning / Deborah Fowler | 2.00 | $425.00 | $850.00 |

| Service | Texas Foster Care Monitoring - 01/30/2020 - Project Management & Planning / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
|---------|---------|------|---------|-----------|
| Service | Texas Foster Care Monitoring - 01/30/2020 - Project Management & Planning / Jennifer Carreon | 7.00 | $250.00 | $1,750.00 |
| Service | Texas Foster Care Monitoring - 01/30/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Foster Care Monitoring - 01/30/2020 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.99 | $300.00 | $297.00 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.61 | $300.00 | $183.00 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Document Review/Data Analysis/Verification Work / Yamanda Wright | 0.75 | $250.00 | $187.50 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.45 | $300.00 | $135.00 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 7.25 | $325.00 | $2,356.25 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Project Management & Planning / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 3.33 | $425.00 | $1,415.25 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Travel / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Project Management & Planning / Jennifer Carreon | 6.00 | $250.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 01/31/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | $2,762.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 01/31/2020 - Project Management & Planning / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring - 01/31/2020 – Document Review/Data Analysis/Verification Work / Viveca Martinez | 9.00 | $325.00 | $2,925.00 |
| Product | Texas Foster Care Monitoring - 01/05/2020 - Meals / Linda Brooke | 1.00 | $11.64 | $11.64 |
| Product | Texas Foster Care Monitoring - 01/05/2020 - Lodging / Linda Brooke | 1.00 | $489.08 | $489.08 |
| Product | Texas Foster Care Monitoring - 01/07/2020 - Meals / Linda Brooke | 1.00 | $7.47 | $7.47 |
| Product | Texas Foster Care Monitoring - 01/07/2020 - Meals / Linda Brooke | 1.00 | $25.43 | $25.43 |
| Product | Texas Foster Care Monitoring - 01/09/2020 - Meals / Linda Brooke | 1.00 | $9.04 | $9.04 |
| Product | Texas Foster Care Monitoring - 01/10/2020 - Lodging / Linda Brooke | 1.00 | $136.71 | $136.71 |
| Product | Texas Foster Care Monitoring - 01/27/2020 - Lodging / Viveca Martinez | 1.00 | $119.25 | $119.25 |
| Product | Texas Foster Care Monitoring - 01/28/2020 - Meals / Linda Brooke | 1.00 | $25.62 | $25.62 |
| Product | Texas Foster Care Monitoring - 01/28/2020 - Lodging / Linda Brooke | 1.00 | $112.32 | $112.32 |
| Product | Texas Foster Care Monitoring - 01/28/2020 - Lodging / Linda Brooke | 1.00 | $112.32 | $112.32 |
| Product | Texas Foster Care Monitoring - 01/28/2020 - Lodging / Clarice Rogers | 1.00 | $112.32 | $112.32 |
| Product | Texas Foster Care Monitoring - 01/29/2020 - Meals / Linda Brooke | 1.00 | $12.99 | $12.99 |
| Product | Texas Foster Care Monitoring - 01/29/2020 - Meals / Linda Brooke | 1.00 | $1.99 | $1.99 |
| Product | Texas Foster Care Monitoring - 01/29/2020 - Meals / Linda Brooke | 1.00 | $6.17 | $6.17 |
| Product | Texas Foster Care Monitoring - 01/30/2020 - Lodging / Linda Brooke | 1.00 | $276.48 | $276.48 |

| Product | Texas Foster Care Monitoring - 01/30/2020 - Lodging / Deborah Fowler | 1.00 | $231.75 | $231.75 |
|---|---|---|---|---|
| Product | Texas Foster Care Monitoring - 01/30/2020 - Mileage / Deborah Fowler | 195.00 | $0.58 | $113.10 |
| Product | Texas Foster Care Monitoring - 01/31/2020 - Lodging / Linda Brooke | 1.00 | $147.83 | $147.83 |
| Product | Texas Foster Care Monitoring - 01/31/2020 - Mileage / Deborah Fowler | 195.00 | $0.58 | $113.10 |

**Amount Due**       **$330,979.41**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# Expense Report for Invoice #6

Texas Appleseed

---

**01/05/2020**                    **$489.08**

---

Client     **Texas DFPS/HHSC**
Project    **Texas Foster Care Monitoring**
Category   **Lodging**
Person     **Linda Brooke**

01-05-20 - Hampton Inn Austin- Linda Brooke - $489.08 (321)





BROOKE, LINDA

UNITED STATES OF AMERICA

HAMPTON INN AUSTIN-NW
3908 W BRAKER LANE
AUSTIN, TX 78759
United States of America
TELEPHONE 512-349-9898   • FAX 512-349-9494
Reservations
www.hamptoninn.com or 1 800 HAMPTON

| | |
|---|---|
| Room No: | 321/KXTY |
| Arrival Date: | 1/5/2020  4:44:00 PM |
| Departure Date: | 1/9/2020 7:30:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | BRYANTC |
| Room Rate: | 78.32 |
| AL: | |
| VAT # | |
| Folio No/Che | 499368 A |

Confirmation Number: 90054916

HAMPTON INN AUSTIN-NW 1/9/2020 7:30:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 1/5/2020 | 1861915 | GUEST ROOM | $78.32 |
| 1/5/2020 | 1861915 | STATE TAX | $4.70 |
| 1/5/2020 | 1861915 | CITY TAX | $7.05 |
| 1/5/2020 | 1861915 | CITY VENUE PROJ TAX 2PCT | $1.57 |
| 1/6/2020 | 1862032 | GUEST ROOM | $110.52 |
| 1/6/2020 | 1862032 | STATE TAX | $6.63 |
| 1/6/2020 | 1862032 | CITY TAX | $9.95 |
| 1/6/2020 | 1862032 | CITY VENUE PROJ TAX 2PCT | $2.21 |
| 1/6/2020 | 1862033 | ST JUDE $3 DND 01-06-2020 | $3.00 |
| 1/7/2020 | 1862235 | GUEST ROOM | $113.52 |
| 1/7/2020 | 1862235 | STATE TAX | $6.81 |
| 1/7/2020 | 1862235 | CITY TAX | $10.22 |
| 1/7/2020 | 1862235 | CITY VENUE PROJ TAX 2PCT | $2.27 |
| 1/8/2020 | 1862378 | GUEST ROOM | $110.52 |
| 1/8/2020 | 1862378 | STATE TAX | $6.63 |

| 1/8/2020 | 1862378 | CITY TAX | $9.95 |
| 1/8/2020 | 1862378 | CITY VENUE PROJ TAX 2PCT | $2.21 |
| 1/8/2020 | 1862379 | ST JUDE $3 DND 01-08-2020 | $3.00 |
| 1/9/2020 | 1862512 | VS *0807 | ($489.08) |
| | | **BALANCE** | $0.00 |

WWW.SERVICECOUNTS.ORG / COMMENT CARD

CREDIT CARD DETAIL

| APPR CODE | 06319G | MERCHANT ID | 8014684214 |
| CARD NUMBER | | EXP DATE | 03/23 |
| TRANSACTION ID | 1862512 | TRANS TYPE | Sale |

Page:1

01/05/2020                          $11.64

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |

01-05-20 - Zen - Linda Brooke - $11.64

167



ZEN Japanese Food Fast
2900 W Anderson Ln
Austin, TX 78757
512-451-4811

TAKE OUT    Inspected

By _____

```
Server: PM 300 C      01/05/20
Check #167               5:47 PM

Organic Steak           $7.50
  Buddha Mix
  Teriyaki
  Rice Noodles          $0.50
Fountain Drink          $2.75

Subtotal               $10.75
Tax                     $0.89
Total                  $11.64

        Powered by Toast
```

**01/07/2020**                                    **$25.43**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |

01-07-20 - Jack Allen's Kitchen - Linda Brooke - $25.43

```
              Jack Allen's Kitchen
                    Anderson
               3010 W ANDERSON LN
               AUSTIN, TX  78757


Server: Rebecca              01/07/2020
Table 26/1                     7:26 PM
Guests: 1                        70036
Reprint #: 1


Grilled Trout                    16.99
Sub Salad                         1.50
Smashed Guacamole                 5.00
WATER                             0.00

Subtotal                         23.49
Tax                               1.94

Total                            25.43


                                 25.43
   Auth:06920G
```

+ Tip: _____

= Total: _____

X_____

**Balance Due          0.00**

Our service stands alone.
Jack Allen's will NOT add gratuity
to large parties.
Please visit our other three Jack Allen's
and our sister restaurant,  Salt Traders C
Oak Hill, Round Rock and 360/Westlake

01/07/2020                                    **$7.47**

Client        **Texas DFPS/HHSC**
Project       **Texas Foster Care Monitoring**
Category      **Meals**
Person        **Linda Brooke**

01-07-20 - Starbucks - Linda Brooke - $7.47

```
        STARBUCKS Store #6328
            4400 N Lamar
    Austin, TX  (512) 374-9784

            CHK 711898
        01/07/2020 08:11 AM
    1741071   Drawer: 1  Reg: 1


Gr Latte                        3.95
    Upside Down
Morning Bun
                                2.95

Visa
                                7.47

Card Entry: CHIP/MAG
Trans Type: PURCHASE
Reference #: 00000040
Auth #: 07055G

Subtotal                     $6.90
Tax 8.25%                    $0.57
```

Total                    $0.57
                         $7.47
Change Due          $0.00

---------- Check Closed ---------- -- ----
01/07/2020 08:11 AM

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply

**01/09/2020**                                                    **$9.04**

| Client | **Texas DFPS/HHSC** |
|---|---|
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |



**01/10/2020**                                                   **$136.71**

| Client | **Texas DFPS/HHSC** |
|---|---|
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |



DOUBLETREE
BY HILTON

DOUBLETREE HOTEL ARBORETUM
8901 BUSINESS PARK DRIVE
AUSTIN, TX 78759
United States of America
TELEPHONE 512-343-0888 • FAX 512-343-6891
Reservations
www.hilton.com or 1 800 HILTONS

BROOKE, LINDA

2625 RYAN PLACE DR

FORT WORTH TX 76110
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 309/NDR |
| Arrival Date: | 1/9/2020  7:37:00 PM |
| Departure Date: | 1/10/2020 7:44:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | YBALDERAS2 |
| Room Rate: | 116.85 |
| AL: | |
| HH # | 248034195 BLUE |
| VAT # | |
| Folio No/Che | 219021 A |

Confirmation Number: 90495242

DOUBLETREE HOTEL ARBORETUM 1/10/2020 7:43:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|------|--------|-------------|---------|
| 1/9/2020 | 1072013 | GUEST ROOM | $116.85 |
| 1/9/2020 | 1072013 | STATE TAX | $7.01 |
| 1/9/2020 | 1072013 | CITY TAX | $12.85 |
| 1/10/2020 | 1072185 | VS *0807 | ($136.71) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 02241G | MERCHANT ID | 000100682400 |
| CARD NUMBER | VS *0807 | EXP DATE | 03/23 |
| TRANSACTION ID | 1072185 | TRANS TYPE | Sale |

Page:1

01/27/2020                          $119.25

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Viveca Martinez** |

1-27-20 - Hampton Inn - Viveca Martinez $119.25





Hampton Inn Bulverde
499 Singing Oaks • Spring Branch, TX 78070
Phone (830) 438-5007 • Fax (830) 438-2364

| | | | |
|---|---|---|---|
| MARTINEZ, VIVECA | name address | room number: | 300/NKRU |
| 10124 BARBROOK DRIVE | | arrival date: | 1/27/2020  9:34:00 PM |
| AUSTIN TX 78726 | | departure date: | 1/28/2020 |
| UNITED STATES OF AMERICA | | adult/child: | 1/0 |
| | | room rate: | 101.92 |
| | | Rate Plan: | H1P |

Car:

Confirmation Number: 90240701

1/28/2020

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of checkout and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. A fee of up to 250 USD will be assessed for smoking in a non-smoking room. Please ask the Front Desk for locations of designated outdoor smoking areas.

| date | reference | description | amount |
|---|---|---|---|
| 1/27/2020 | 166673 | GUEST ROOM | $101.92 |
| 1/27/2020 | 166673 | STATE TAX | $6.12 |
| 1/27/2020 | 166673 | CITY TAX | $7.13 |
| 1/27/2020 | 166673 | WORD TAX | $4.08 |
| 1/28/2020 | 166719 | | ($119.25) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

for reservations call **1.800.hampton**  or visit us online at **hampton.com**                    **thanks.**

| account no. | | date of charge | folio/check no. | |
|---|---|---|---|---|
| AX *8776 | | 1/28/2020 | 72919 A | |
| card member name | | authorization | | initial |
| MARTINEZ, VIVECA | | 965028 | | |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | | |
| | | taxes | | |
| | | tips & misc. | | |
| signature  of card member | | | | |
| X | | **total**  amount | -119.25 | |

01/28/2020                          $112.32

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | Lodging |
| Person | Linda Brooke |



HAMPTON INN BULVERDE, TX
499 SINGING OAKS
SPRING BRANCH, TX  78070
United States of America
TELEPHONE 830-438-5007  • FAX 830-438-2364
Reservations
www.hilton.com or 1 800 HILTONS

BROOKE, LINDA

2625 RYAN PLACE DR

FORT WORTH TX  76110
UNITED STATES OF AMERICA

| | |
| Room No: | 102/NKRU |
| Arrival Date: | 1/27/2020  9:33:00 PM |
| Departure Date: | 1/28/2020  9:26:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | THERESA8724 |
| Room Rate: | 96.00 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 72927 A |

Confirmation Number: 92889534

HAMPTON INN BULVERDE, TX 1/28/2020 9:25:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|------|--------|-------------|---------|
| 1/27/2020 | 166665 | GUEST ROOM | $96.00 |
| 1/27/2020 | 166665 | STATE TAX | $5.76 |
| 1/27/2020 | 166665 | CITY TAX | $6.72 |
| 1/27/2020 | 166665 | WORD TAX | $3.84 |
| 1/28/2020 | 166722 | | ($112.32) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
| APPR CODE | 106196 | MERCHANT ID | 4410109011 |
| CARD NUMBER | | EXP DATE | |
| TRANSACTION ID | 166722 | TRANS TYPE | Sale |

Page:1



01/28/2020                           $112.32

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Lodging**
Person      **Linda Brooke**

Deborah's hotel



| | |
|---|---|
| | HAMPTON INN BULVERDE, TX |
| | 499 SINGING OAKS |
| | SPRING BRANCH, TX  78070 |
| | United States of America |
| | TELEPHONE 830-438-5007   • FAX 830-438-2364 |
| | Reservations |
| | www.hilton.com or 1 800 HILTONS |

BROOKE, LINDA                          Room No:         100/NKRU

2625 RYAN PLACE DR                     Arrival Date:    1/27/2020  9:32:00 PM
                                       Departure Date:  1/28/2020  9:25:00 AM
FORT WORTH TX  76110                   Adult/Child:     1/0
UNITED STATES OF AMERICA               Cashier ID:      THERESA8724
                                       Room Rate:        93.60
                                       AL:
                                       HH #             248034195 BLUE
                                       VAT #
                                       Folio No/Che     72926 A

Confirmation Number: 90004222

HAMPTON INN BULVERDE, TX 1/28/2020 9:25:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 1/27/2020 | 166663 | GUEST ROOM | $93.60 |
| 1/27/2020 | 166663 | STATE TAX | $5.62 |
| 1/27/2020 | 166663 | CITY TAX | $6.55 |
| 1/27/2020 | 166663 | WORD TAX | $3.74 |
| 1/28/2020 | 166721 |  | ($109.51) |
|  |  | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com.

CREDIT CARD DETAIL
APPR CODE                141652              MERCHANT ID        4410109011

TRANSACTION ID           166721              TRANS TYPE         Sale

Page:1



01/28/2020                          $25.62

| Client | **Texas DFPS/HHSC** |
|--------|---------------------|
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |

See hotel receipt.

---

01/28/2020                          $112.32

| Client | **Texas DFPS/HHSC** |
|--------|---------------------|
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Clarice Rogers** |

HAMPTON INNS HOTELS

~~(830) 438-3007 • Fax (830) 438-2564~~

| OGERS, CLARICE | name address | room number: | 424/NKRU | If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution. |
| 41 PRAIRIE VERBENA LN | | arrival date: | 1/27/2020  9:33:00 PM | |
| GIN TX  78621 | | departure date: | 1/28/2020  9:19:00 AM | |
| TED STATES OF AMERICA | | adult/child: | 1/0 | |
| | | room rate: | 96.00 | |
| | | Rate Plan: | GVS | |
| | | HH # | 1238986283 BLUE | |
| | | AL: | | |
| irmation Number: 96641054 | | Car: | | |

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. A fee of up to 250 USD will be assessed for smoking in a non-smoking room. Please ask the Front Desk for locations of designated outdoor smoking areas.

| e | reference | description | amount | |
|---|-----------|-------------|--------|---|
| )20 | 166687 | GUEST ROOM | $96.00 | |
| )20 | 166687 | STATE TAX | $5.76 | |
| )20 | 166687 | CITY TAX | $6.72 | |
| )20 | 166687 | WORD TAX | $3.84 | |
| 020 | 166718 | ███████ | ($112.32) | |
| | | **BALANCE** | $0.00 | |

n Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels
resorts in 113 countries, please visit Honors.com

  

      

servations call **1.800.hampton** or visit us online at **hampton.com**                                    **thanks.**

| t no. | | date of charge | folio/check no. | |
|---|---|---|---|---|
| 33 | | 1/28/2020 | 72935 A | |
| nber name | | authorization | | initial |
| S, CLARICE | | 03880G | | |
| nent no. and location | establishment agrees to transmit to card holder for payment | purchases & services | | |
| | | taxes | | |
| | | tips & misc. | | |
| of card member | | **total** amount | -112.32 | |

01/29/2020                                     $1.99

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |



01/29/2020                    $6.17

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |



| | |
|---|---|
| 01/29/2020 | $12.99 |

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Linda Brooke** |



01/30/2020                                $276.48

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |



01/30/2020                                $231.75

| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

Hotel & food

Aloft Dallas Downtown
1033 Young Street
Dallas, TX  75202
United States
Tel: 214 761 0000 Fax: 214 761 0001



DEBORAH FOWLER

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : 202140 |
| Guest Number | : | 439093 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 30-JAN-20 | 15:22 | | |
| Depart Date | : | 31-JAN-20 | 09:31 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 911 | | | |
| Marriott Bonvoy Number : | | | | | |

Tax Invoice

Tax ID :
Aloft Dallas D DALDL  JAN-31-2020  09:40  DSMOB642

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 30-JAN-20 | 28306 | WXYZ | 19.00 | |
| 30-JAN-20 | RT911 | Room Chrg - Weekend Retail/SFB | 185.00 | |
| 30-JAN-20 | RT911 | State Tax | 11.10 | |
| 30-JAN-20 | RT911 | City/Local Tax | 12.95 | |
| 30-JAN-20 | RT911 | Occupancy/Tourism | 3.70 | |
| 31-JAN-20 | VI | | | -231.75 |

***For Authorization Purpose Only***

| Date | Time | Code | Authorized |
|---|---|---|---|
| 30-JAN-20 | 15:21 | 06373G | 240.50 |

Approve EMV Receipt for VI - 2434: no CVM
IAD:06010A0360B400  TVR:8080008000  AID:A0000000031010
Application Label:                    TSI:6800  ARC:00
CHIP READ

| | | | |
|---|---|---|---|
| ** Total | | 231.75 | -231.75 |

Continued on the next page

Aloft Dallas Downtown
1033 Young Street
Dallas, TX  75202
United States
Tel: 214 761 0000 Fax: 214 761 0001



DEBORAH FOWLER

| | | | | |
|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 202140 |
| Guest Number | : | 439093 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 30-JAN-20 | 15:22 | |
| Depart Date | : | 31-JAN-20 | 09:31 | |
| No. Of Guest | : | 1 | | |
| Room Number | : | 911 | | |
| Marriott Bonvoy Number | : | | | |

*** Balance                                    -0.00

I agreed to pay all room & incidental charges.

Tell us about your stay. www.alofthotels.com/reviews

Signature_____

**01/30/2020**        **$113.10**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Deborah Fowler** |

Austin to Dallas [195.0 miles]

**01/31/2020**        **$147.83**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Linda Brooke** |



DOUBLETREE HOTEL ARBORETUM
8901 BUSINESS PARK DRIVE
AUSTIN, TX  78759
United States of America
TELEPHONE 512-343-0888  • FAX 512-343-6891
Reservations
www.hilton.com or 1 800 HILTONS

BROOKE, LINDA

2625 RYAN PLACE DR

FORT WORTH TX 76110
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 424/NKR |
| Arrival Date: | 1/30/2020  6:46:00 PM |
| Departure Date: | 1/31/2020  7:31:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | YBALDERAS2 |
| Room Rate: | 126.35 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 221231 A |

Confirmation Number: 52045486

DOUBLETREE HOTEL ARBORETUM 1/31/2020 7:31:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 1/30/2020 | 1084515 | GUEST ROOM | $126.35 |
| 1/30/2020 | 1084515 | STATE TAX | $7.58 |
| 1/30/2020 | 1084515 | CITY TAX | $13.90 |
| 1/31/2020 | 1084641 | | ($147.83) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL
| | | | |
|---|---|---|---|
| APPR CODE | 08595G | | |
| CARD NUMBER | | MERCHANT ID | 000100682400 |
| TRANSACTION ID | 1084641 | TRANS TYPE | Sale |

Page:1

01/31/2020                              $113.10

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Mileage** |
| Person | **Deborah Fowler** |

Dallas to Austin [195.0 miles]