**EXHIBIT A**
**Acknowledgment**

I, _Brendan Tholp_ [print or type full name], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality Order that was issued by the United States District Court for the Southern District of Texas on ~~August 6,~~ September 2019 in the case of *M.D. et al. v. Abbott, et al.*, No. 2:11-cv-00084. I agree to comply with and to be bound by all the terms of the Confidentiality Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

Date: _3/02/2020_. 2019

City and State where sworn and signed: _Iselin, NJ_

Printed name: _Brendan Tholp_
Signature: _[signed]_

- 3 -