

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 19-07 Summary | **Invoice For** | Texas M.D. Monitoring |
| **Issue Date** | 3/04/2020 | | |
| **Due Date** | 4/04/2020 | | |
| **Subject** | Texas Monitoring Team: February 2020 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $462,069.38 |
| Expense | **PROJECT EXPENSES** (see attached report) (2/01/2020-2/29/2020) | $4,383.29 |

**Amount Due**   $466,452.67