## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | February 4, 2020 |
| Proposal To: | Eileen Crummy |
| Address: | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | |
| Fax: | |

| Description | Trip | Cost Per Unit | | Amount | |
|---|---|---|---|---|---|
| Car Service from  Cranford to Newark Airport | 1 | $ | 55.00 | $ | 55.00 |
| | | | | | |
| | | | Invoice Subtotal | $ | 55.00 |
| | | | Gratuity | | $11.00 |
| | | | **TOTAL** | $ | 66.00 |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

# Receipt for confirmation number GEDJDP

**UNITED** | A STAR ALLIANCE MEMBER

**Confirmation: GEDJDP**

Check-In >

**Issue Date: January 28, 2020**

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| ALEXANDERTAYLOR/LISA | 0162492683833 | UA- | 2E/2B |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 04FEB20 | UA791 | Z | NEWARK, NJ (EWR - LIBERTY) **1:29 PM** | AUSTIN, TX (AUS) **4:42 PM** | 737-700 | Lunch |
| Thu, 06FEB20 | UA817 | P | AUSTIN, TX (AUS) **7:00 AM** | NEWARK, NJ (EWR - LIBERTY) **11:29 AM** | A-320 | Breakfast |

**FARE INFORMATION**

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 805.58USD | AMERICAN EXPRESS |
| U.S. Transportation Tax: | 60.42 | Last Four Digits |
| September 11th Security Fee: | 11.2 | |
| U.S. Flight Segment Tax: | 8.6 | |
| U.S. Passenger Facility Charge: | 9 | |
| Per Person Total: | 894.80USD | |

**eTicket Total:** ~~894.80USD~~ $406.80

The airfare you paid on this itinerary totals: 805.58 USD

**The taxes, fees, and surcharges paid total: 89.22 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 2/4/2020 Newark, NJ (EWR - Liberty) to Austin, TX (AUS) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 2/6/2020 Austin, TX (AUS) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

**MileagePlus Accrual Details**

| ALEXANDERTAYLOR/LISA | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | | Award Miles | PQP | PQF |
| 2020-02-04 | 0791 | Newark, NJ (EWR - Liberty)-Austin, TX (AUS) | | 2135 | 427 | 1 |
| 2020-02-06 | 0817 | Austin, TX (AUS)-Newark, NJ (EWR - Liberty) | | 1900 | 380 | 1 |



 **UNITED**

Mon, Jan 13, 2020

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

# PM400V

| Flight 1 of 2 UA791 | Class: United First (P) |
|---|---|

| Tue, Feb 04, 2020 | Tue, Feb 04, 2020 |
|---|---|
| **01:29 PM** | **04:42 PM** |
| New York/Newark, NJ, US (EWR) | Austin, TX, US (AUS) |

| Flight 2 of 2 UA405 | Class: United First (C) |
|---|---|

| Thu, Feb 06, 2020 | Thu, Feb 06, 2020 |
|---|---|
| **11:30 AM** | **04:01 PM** |
| Austin, TX, US (AUS) | New York/Newark, NJ, US (EWR) |

| Traveler Details | |
|---|---|

**CRUMMY/EILEENMARIE**

| eTicket number: **0162490235200** | Seats: **EWR-AUS 03B** |
|---|---|
| Frequent Flyer: **UA-~~~~~~~~~~~~ Premier Silver** | **AUS-EWR 02B** |

| Purchase Summary | |
|---|---|

| Method of payment: | **Visa ending in** |
|---|---|
| Date of purchase: | **Mon, Jan 13, 2020** |

| Airfare: | **1023.25 USD** |
|---|---|
| U.S. Transportation Tax: | **76.75 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Flight Segment Tax: | **8.60 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |

*$571. 80* (handwritten)

| Total Per Passenger: | **1128.80 USD** |
|---|---|

| **Total:** | **1128.80 USD** |
|---|---|

*Eileen Crumbling Comparison Cost 2/4-6/2020*

☆

**Hi, Eileen**

View Account | Sign out

Roundtrip (1 traveler)

Edit search

**Tue, Feb 04, 2020**

Revise

EWR - AUS 1:29 pm - 4:42 pm

**Thu, Feb 06, 2020**

Revise

AUS - EWR 11:30 am - 4:01 pm

| | |
|---|---|
| Fare | $505.12 |
| Taxes and fees | $66.68 |

**TOTAL** **$571.80**

or

starting from **$51**/month ⑦

*Megan*

## Your trip confirmation-YYALOE 04FEB

From: American Airlines (no-reply@notify.email.aa.com)

To:

Date: Saturday, January 25, 2020, 06:33 PM EST

Hello Megan Annitto!                                   Issued: Jan 25, 2020

## Your trip confirmation and receipt

### Record locator: **YYALOE**

| Manage Your Trip |
|---|

## Tuesday, February 4, 2020

CLT                          AUS                Seats: 23C
**4:15** PM    →    **6:16** PM                Class: (M)
Charlotte                    Austin             Meals: Food For Purchase

American Airlines 1756

Free entertainment with the American app »

## Wednesday, February 5, 2020

| AUS | | DFW | Seats: 25A |
|-----|---|-----|------------|

**6:27** PM    →    **7:35** PM    Class: (L)
Meals:

Austin                          Dallas/Fort Worth

American Airlines 1373

DFW    →    CLT    Seats: 23F
Class: (L)

**8:53** PM    →    **12:21** AM    Meals: Food For Purchase

Dallas/Fort Worth               Charlotte

American Airlines 1774

⚠ Flight arrives Thursday, February 6, 2020

## Megan Annitto



**The AAdvantage MileUP℠ Card**
No annual fee. Earn a $50
statement credit + 10,000
bonus miles after quatifying
purchases. Learn more >>

## Earn miles with this trip.

Join AAdvantage »

**Ticket # 0012111629339**

# Your trip receipt

    American Express

2/3/2020                        Yahoo Mail - Your trip confirmation-YYALOE 04FEB

### *Megan Annitto*

| | |
|---|---:|
| FARE-USD | $ 798.14 |
| TAXES AND CARRIER-IMPOSED FEES | $ 95.96 |
| **TICKET TOTAL** | **$ 894.10** |



**Hotel offers**    **Car rental offers**    **Buy trip insurance**    **SuperShuttle**

Contact us  |  Privacy policy

Get the American Airlines app



**Baggage information**
Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -
CLTAUS-NIL/American AirlinesBAG ALLOWANCE -AUSCLT-NIL/American Airlines1STCHECKED
BAG FEE-CLTAUS-USD30.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR
IN/158 LINEAR CM**1STCHECKED BAG FEE-AUSCLT-USD30.00/American Airlines/UP TO 50
LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR CM**2NDCHECKED BAG FEE-CLTAUS-
USD40.00/American Airlines/UP TO 50 LB/23 KGAND UP TO 62 LINEAR IN/158 LINEAR
CM**2NDCHECKED BAG FEE-AUSCLT-USD40.00/American Airlines/UP TO 50 LB/23 KGAND
UP TO 62 LINEAR IN/158 LINEAR CM****BAG FEES APPLY AT EACH CHECK IN
LOCATIONADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the
ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows
changes, a fee may be assessed for changes and restrictions may apply.

**Some American Airlines check-in counters do not accept cash as a form of payment. For
more information, visit our Airport Information page.**

**SERVICE & SUPPORT ANIMAL REQUIREMENTS**

3/5

*Lisa Eileen*

**Great American Grill**
12400 N IH 35 Bldg C
Austin, TX 78753
(512) 339-3626

202 Steve K

------------------------------------------
Tbl 16/1      Chk 3932      Gst   1
Feb04'20 06:35PM
------------------------------------------
Eat In
1 Mobley Burger        13.00
1 Quesadilla        9.00

Food            22.30
Tax             1.84
Total         24.14

Tip:_____ 4.80

Total:_____ 28.94

Room #:_____

Print Name:_____

Signature:___*Lisa Taylor*___

Thank you for joining us today.

*EC & LT*

# Uber

Tue, Feb 04, 2020

# Here's your receipt for your ride

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$9.99** |

| | |
|---|---|
| Trip Fare | $6.14 |

| | |
|---|---|
| Subtotal | $6.14 |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $3.35 |

**Amount Charged**

 Apple Pay

$9.99

A temporary hold of $9.99 was placed on your payment method          at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Claude**

UberX    4.11 miles | 11 min

11:27am |              , Newark, NJ

11:38am | United States, New Jersey, Newark,

**Lisa Taylor to EWR**

2/8/2020                        Yahoo Mail - Thanks for tipping! We've updated your Tuesday afternoon trip receipt

*Megan -
to aurpnt*

# Thanks for tipping! We've updated your Tuesday afternoon trip receipt

From: Uber Receipts (uber.us@uber.com)

To:

Date: Tuesday, February 4, 2020, 08:20 PM EST

---

**Uber**

Total: **$23.87**
Tue, Feb 04, 2020

# Thanks for tipping, Meg

Thanks for tipping! We've updated
your Tuesday afternoon trip
receipt



# Total                          # $23.87

| | |
|---|---|
| **Trip fare** | $19.87 |
| **Subtotal** | $19.87 |
| **Tip** | $4.00 |

2/8/2020                    Yahoo Mail - Thanks for tipping! We've updated your Tuesday afternoon trip receipt

## Amount Charged

 _ _ Switch                                              **$23.87**

A temporary hold of $19.87 was placed on your payment method          at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly. Learn More

# You rode with Donny

  

&#128100;✓
Has passed a multi-step
safety screen

**4.88★** Rating

Donny is known for:
Excellent Service

How was your ride?



When you ride with Uber, your trips are insured in case of a covered
accident. Learn more.

UberX    10.81 mi | 26 min

■    **02:27pm**
                    , Charlotte,
     NC

┃    **02:54pm**

5489 Josh Birmingham Pkwy,

Charlotte, NC



### Invite your friends and family.

Get up to $5 off your next ride when you refer a
friend to try Uber. Share code: mega116

**REPORT LOST ITEM  ›**          **CONTACT SUPPORT  ›**

**MY TRIPS  ›**

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms



**Great American Grill**
12400 N IH 35 Bldg C
Austin, TX 78753
(512) 339-3626

114 Ali F

---

Tbl B7/1          Chk 3998              Gst  1
           Feb05'20 09:12AM

---

**Eat In**
1 Buffet                                11.95

Food                                    11.95
Tax                                      0.99
Total                                 12.94

Tip:_____  1.00

Total:_____  13.94

Room #:_____

Print Name:_____

Signature:___ *Lisa Taylor* _____

Thank you for joining us today.

*Lisa*
*Eileen.*

**Great American Grill**
12400 N IH 35 Bldg C
Austin, TX 78753
(512) 339-3626

202 Steve K

---

Tbl 16/1          Chk 2020               Gst  1
          Feb05'20 06:06PM

---

    Eat In
1 Pork Sliders                    9.00
1 Ck FlatBread                   11.00

  Food                           20.00
  Tax                             1.65
  Total                       21.65

Tip:_____           4.00

Total:_____          25.65

Room #:_____

Print Name:_____

Signature:_____

Thank you for joining us today.

*Megan*

*Eileen*

Great American Grill
12400 N IH 35 Bldg C
Austin, TX 78753
(512) 339-3626

114 Ali F

-------------------------------------
Tbl 17/1          Chk 3996          Gst  1
          Feb05'20 09:12AM
-------------------------------------
Eat In
1 Buffet                          11.95

Food                              11.95
Tax                                0.99
Total                           12.94

Tip:_____ 1.00

Total:_____ 13.94

Room #:_____

Print Name:_____

Signature:_____



*Eileen*

Great American Grill
12400 N IH 35 Bldg C
Austin, TX 78753
(512) 339-3626

114 Ali F

----------------------------------------
Tbl 17/1          Chk 3996          Gst   1
           Feb05'20 09:12AM
----------------------------------------
Eat  In
1 Buffet                        11.95

Food                            11.95
Tax                              0.99
Total                        12.94

Tip:_____ 1,00

Total:_____ 13,94

Room #:_____

2/8/2020                          Yahoo Mail - Your ride with Seung on February 5

*Megan*
*hotel / meeting*

## Your ride with Seung on February 5

From: Lyft Ride Receipt (no-reply@lyftmail.com)

To:

Date: Thursday, February 6, 2020, 08:26 AM EST



**FEBRUARY 5, 2020 AT 8:22 AM**

# Thanks for riding with Seung!



| | |
|---|---:|
| Lyft fare (5.98mi, 17m 21s) | $12.23 |
| Tip | $2.00 |
|  Lyft Credits | -$1.22 |

| | |
|---|---:|
| American Express | **$13.01** |

- **Pickup** 8:22 AM
  7599 Duval St, Austin, TX

- **Drop-off** 8:39 AM
  N I- 35 Svc Rd, Austin, TX

**TIP DRIVER**



# HYATT
## PLACE

**Hyatt Place Austin North Central**
7522 North IH-35
Austin, TX 78752
Tel: 512-323-2121
Fax: 512-323-5118
austinnorthcentral.place.hyatt.com

**INVOICE**

Megan Annitto

| | |
|---|---|
| Room No. | 0321 |
| Arrival | 02-04-2020 |
| Departure | 02-06-2020 |
| Page No. | 1 of 1 |
| Folio Window | 1 |

Confirmation No.    5453044901

Folio No.    25891467

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-04-2020 | Guest Room | 179.55 | |
| 02-04-2020 | State Occupancy Tax | 10.77 | |
| 02-04-2020 | County Occupancy Tax | 19.75 | |
| 02-05-2020 | Guest Room | 179.55 | |
| 02-05-2020 | State Occupancy Tax | 10.77 | |
| 02-05-2020 | County Occupancy Tax | 19.75 | |
| 02-06-2020 | American Express | | -420.14 |
| | **Total** | 420.14 | -420.14 |
| Guest Signature | **Balance** | 0.00 | |

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

## World of Hyatt Summary

Membership:
Bonus Codes: H1
Qualifying Nights: 2
Eligible Spend: 359.10
Redemption Eligible: 0.00

Summary Invoice, please see front desk
for eligibility details.

10225 Ke~~~~~ ~~ Blvd Ste.
512-345-9586

*Megan*
*Eileen*
*Lisa*

# Annitto, Megan

Host: ATOD_IT                          02/05/2020
Cashier: Tara H
Annitto, Megan                         11:57 AM
                                       180003

Order Type:  Delivery

Grill Chz & Tomato Combo (2 @6.99)     13.98
Can Soda (2 @1.39)                      2.78
  (2)Diet Coke Can
Bowl Vegetable Soup                     5.79
  French Bread                          0.79
 Jason's Water                          2.09
Plates, Forks, Napkins (1 Utensils)     0.00
  @ 0.00 per Utensils
  Plates Forks and Napkins
DELIVERY FEE                            7.00
  Delivery $7

Subtotal                               32.43
Tax                                     2.51

# Delivery Total    34.94

AMEX ~~~~~~~~~~~~~~~~                   34.94
  Auth:184027

Tip        :_____

## Quigley Transportation - D.B.A Clover Coaches

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | February 6, 2020 |
| Proposal To: | Eileen Crummy |
| Address: | |
| | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | |
| Fax: | |

| Description | Trip | Cost Per Unit | | Amount | |
|---|---|---|---|---|---|
| Car Service from Newark Airport to Cranford | 1 | $ | 55.00 | $ | 55.00 |

| | | | |
|---|---|---|---|
| Invoice Subtotal | $ | | 55.00 |
| Gratuity | | | $11.00 |
| | | | - |
| **TOTAL** | $ | | 66.00 |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

**Hilton Garden Inn**

HILTON GARDEN INN - AUSTIN NORTH
12400 NORTH IH-35
AUSTIN, TX  78753
United States of America
TELEPHONE 512-339-3626   • FAX 512-833-6926
Reservations
www.hilton.com or 1 800 HILTONS

CRUMMY, EILEEN

.

| | |
|---|---|
| Room No: | 104/K1RZ |
| Arrival Date: | 2/4/2020  5:44:00 PM |
| Departure Date: | 2/6/2020 9:00:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | TIBRAHIM21 |
| Room Rate: | 155.80 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 274388 A |

Confirmation Number: 3168553813

HILTON GARDEN INN - AUSTIN NORTH 2/6/2020 8:59:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|------|-------------|-----|--------|---------|--------|---------|
| 2/4/2020 | GUEST ROOM | JDBOR | 1138302 | $155.80 | | |
| 2/4/2020 | RM - CITY TAX | JDBOR | 1138302 | $17.14 | | |
| 2/4/2020 | RM - STATE TAX | JDBOR | 1138302 | $9.35 | | |
| 2/5/2020 | GUEST ROOM | TYM | 1138659 | $155.80 | | |
| 2/5/2020 | RM - CITY TAX | TYM | 1138659 | $17.14 | | |
| 2/5/2020 | RM - STATE TAX | TYM | 1138659 | $9.35 | | |
| 2/6/2020 | AX * | TIBRAHIM 21 | 1138871 | | ($364.58) | |
| | | | **BALANCE** | | | $0.00 |

EXPENSE REPORT
SUMMARY

| | 2/4/2020 | 2/5/2020 | STAY TOTAL |
|---|---------|---------|-----------|
| ROOM AND TAX | $182.29 | $182.29 | $364.58 |
| DAILY TOTAL | $182.29 | $182.29 | $364.58 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

XXXXXXXXX,

**THE HERTZ CORPORATION**
Phone:      800-654-4173
Web:        www.hertz.com



**CHARGE DETAIL**

| Rental Agreement No: | 387816601 |
|---|---|
| Date: | 02/06/2020 |
| Document: | 900002157970 |

Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120

| Renter: | LISA ALEXANDER-TAYLO |
|---|---|
| Account No.: | ***********  AMX |
| CDP No.: | 1959919 |
| CDP Name: | PUBLIC CATALYST |

MS LISA ALEXANDER-TAYLOR
PUBLIC CATALYST GROUP
99 WOOD AVENUE SOUTH
SUITE 301
ISLEIN, NJ 08830

## RENTAL REFERENCE

Rental Agreement No: 387816601
Reservation ID:      J2901687016
Frequent Traveler:   ZE1

## RENTAL DETAILS

| Rate Plan: | IN: RCUD1    OUT: RCUD1 |
|---|---|
| Rented On: | 02/04/2020 17:06  LOC# 163615 |
|  | AUSTIN, TX |
| Returned On: | 02/06/2020 09:54  LOC# 163615 |
|  | AUSTIN, TX |
| Car Description: | SIRCHER 2.4 FWN  LWN5410 |
| Veh. No.: | 9334343 |

| CAR CLASS Charged: | Q4 | MILEAGE | In: 20,533 |
|---|---|---|---|
| Rented: | Q5 | | Out: 20,469 |
| Reserved: | Q4 | | Driven:    64 |

## MISCELLANEOUS INFORMATION

CC AUTH: 106748  DATE: 2020/02/04  AMT:  406.00

## RENTAL CHARGES

| DAYS | 2 @ | 71.14 | 142.28 |
|---|---|---|---|
| SUBTOTAL | | | 142.28 |
| DISCOUNT | | 20.00% | -28.46 |
| SUBTOTAL | | | 113.82 |
| | | | |
| FUEL & SERVICE | | | 29.06 |
| CONCESSION FEE RECOVERY | | | 16.48 |
| VEHICLE LICENSE FEE | | | 3.88 |
| CUSTOMER FACILITY CHARGE | | | 11.90 |
| ENERGY SURCHARGE | | | 1.49 |
| TAX | | 15.00% | 22.13 |

## Gold Plus Rewards Points

Earned this rental:   143

TOTAL CHARGES                198.76 USD

**E-RETURN RECEIPT**

**THANK YOU FOR RENTING FROM HERTZ**

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

| Rental Agreement No: | 387816601 |
|---|---|
| Date: | 02/06/2020 |
| Document: | 900002157970 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Renter: | LISA ALEXANDER-TAYLO |
|---|---|
| Account No.: | ***********  AMX |

Phone:      800-654-4173
Web:        www.hertz.com

GCM5A4      0090 GC

| TOTAL CHARGES | 198.76 USD |
|---|---|

**Hilton Garden Inn**

HILTON GARDEN INN - AUSTIN NORTH
12400 NORTH IH-35
AUSTIN, TX 78753
United States of America
TELEPHONE 512-339-3626 • FAX 512-833-6926
Reservations
www.hilton.com or 1 800 HILTONS

ALEXANDER-TAYLOR, LISA

| | |
|---|---|
| Room No: | 214/K1RZ |
| Arrival Date: | 2/4/2020  5:44:00 PM |
| Departure Date: | 2/6/2020 4:51:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | TYM |
| Room Rate: | 159.08 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 274387 A |

Confirmation Number: 3169960576

HILTON GARDEN INN - AUSTIN NORTH 2/6/2020 4:50:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 2/4/2020 | GUEST ROOM | JDBOR | 1138323 | $159.08 | | |
| 2/4/2020 | RM - CITY TAX | JDBOR | 1138323 | $17.50 | | |
| 2/4/2020 | RM - STATE TAX | JDBOR | 1138323 | $9.54 | | |
| 2/5/2020 | GUEST ROOM | TYM | 1138679 | $159.08 | | |
| 2/5/2020 | RM - CITY TAX | TYM | 1138679 | $17.50 | | |
| 2/5/2020 | RM - STATE TAX | TYM | 1138679 | $9.54 | | |
| 2/6/2020 | AX * | TYM | 1138801 | | ($372.24) | |
| | | | **BALANCE** | | | $0.00 |

EXPENSE REPORT
SUMMARY

| | 2/4/2020 | 2/5/2020 | STAY TOTAL |
|---|---|---|---|
| ROOM AND TAX | $186.12 | $186.12 | $372.24 |
| DAILY TOTAL | $186.12 | $186.12 | $372.24 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

xxxxxxxxx,

**Uber**

Thu, Feb 06, 2020

# Here's your updated ride receipt

Thanks for tipping! We've updated your Thursday morning trip receipt

## Total                                                    $34.89

| | |
|---|---:|
| Base Fare | $1.04 |
| Time | $6.15 |
| Distance | $17.13 |

| | |
|---|---:|
| Subtotal | $24.32 |
| Booking Fee | $2.85 |
| Long Pickup Fee | $0.48 |
| Airport Surcharge | $2.50 |
| Tip | $4.74 |

**Amount Charged**

$30.15

$4.74

A temporary hold of $31.61 was placed on your payment method          at the start of the trip. This
is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Robert**

# Uber

Thu, Feb 06, 2020

UberX     17.69 miles | 22 min

**05:02am** | 12358 S IH 35 Frontage Rd, Austin, TX

**05:25am** | 3600 Presidential Blvd, Austin, TX

Lisa Taylor  - Hotel to AUS



*Eileen*

**Great American Grill**
12400 N IH 35 Bldg C
Austin, TX 78753
(512) 339-3626

115 Lucija K

Tbl 14/1          Chk 2110          Gst  1
Feb06'20 08:48AM

Eat In
1 Buffet                              11.95

Food                                  11.95
Tax                                    0.99
Total                                 12.94

Tip:_____ 1.00

Total:_____ 13.94

Room #:_____



Thu, Feb 06, 2020

# Here's your updated ride receipt

Thanks for tipping! We've updated your Thursday afternoon trip receipt

| | |
|---|---|
| **Total** | **$10.82** |

| | |
|---|---|
| Trip Fare | $5.97 |

| | |
|---|---|
| Subtotal | $5.97 |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $3.35 |
| Tip | $1.00 |

**Amount Charged**

| | |
|---|---|
| | $9.82 |
| | $1.00 |

A temporary hold of $9.82 was placed on your payment method     at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Eugenio**

UberX    3.24 miles | 11 min

**12:14pm** | United States, New Jersey, Newark,

**12:25pm** |            , Newark, NJ

**Lisa Taylor from EWR**

*Megan*
*airport / home*

## Thanks for tipping! We've updated your Thursday evening trip receipt

From: Uber Receipts (uber.us@uber.com)

To:

Date: Friday, February 7, 2020, 08:06 AM EST

---

**Uber**                                        Total: **$42.66**
                                                Thu, Feb 06, 2020

# Thanks for tipping, Meg

Thanks for tipping! We've updated
your Thursday evening trip receipt



## Total                              ## $42.66

Trip fare                                        $35.55

Subtotal                                         $35.55

Tip                                                  $
                                                     7
                                                     .
                                                     1
                                                     1



## Amount Charged

| | | | |
|---|---|---|---|
|  | | Switch | $35.55 |
| | | Switch | $7.11 |

A temporary hold of $35.55 was placed on your payment method •••• None at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

# You rode with Elliot

 

Has passed a multi-step safety screen

**4.91★** Rating

Elliot is known for:
Excellent Service

How was your ride?



When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX      11.93 mi | 20 min

■  **11:09pm**
   Charlotte, NC

■  **11:29pm**

2/8/2020                    Yahoo Mail - Thanks for tipping! We've updated your Thursday evening trip receipt

, Charlotte,
NC



## Invite your friends and family.

Get up to $5 off your next ride when you refer a
friend to try Uber. Share code: mega116

**REPORT LOST ITEM**  ›           **CONTACT SUPPORT**  ›

**MY TRIPS**  ›

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

Your ride with Xavier on February 6

*Megan*

*Lotel / AUS*

From:  Lyft Ride Receipt (no-reply@lyftmail.com)
To:              '
Date:  Thursday, February 6, 2020, 09:28 PM EST



**FEBRUARY 6, 2020 AT 8:33 AM**

# Thanks for riding with Xavier!



| | |
|---|---|
| Lyft fare (13.32mi, 24m 40s) | $30.62 |
| Tip | $6.12 |
|  Lyft Credits | -$3.00 |

American Express                            **$33.74**

● **Pickup**  8:33 AM
7599 Duval St, Austin, TX

● **Drop-off**  8:58 AM
3668 Presidential Blvd, Austin, TX

**TIP DRIVER**

*Megan*



# Delaware North

**I Vini**
**Austin-Bergstrom International Airport**

Tbl:0                                      Ref:430358
    MEG                                    Chk:430359
Diana                                      2/6/2020 4:25 pm

------------------------------------------------

Tom Mozzarella Misto                              11.99

------------------------------------------------

                    SubTotal                      11.99
        FD/Retail Sales Tax                        0.99

                       Total                     --------
                                                  12.98

AMEX                                              12.98

            Amount Paid                          --------
                                                  12.98

Tell us about your experience by
visiting DelawareNorthListens.com.

# Receipt for confirmation number A9YWHD

**UNITED** ® · A STAR ALLIANCE MEMBER ✶

**Confirmation: A9YWHD**

Check-In >

**Issue Date: January 14, 2020**

| Traveler | eTicket Number | Frequent Flyer | | Seats |
|---|---|---|---|---|
| RYAN/KEVINMICHAEL | 0162490393876 | UA- Premier Gold / *G | | 2A/2B |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 18FEB20 | UA3632 | P | TULSA, OK (TUL) **3:46 PM** | HOUSTON, TX (IAH -BUSH INTL) **5:25 PM** | ERJ 170 | |

Flight operated by REPUBLIC AIRLINES doing business as UNITED EXPRESS.

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 19FEB20 | UA443 | C | HOUSTON, TX (IAH -BUSH INTL) **3:03 PM** | NEWARK, NJ (EWR - LIBERTY) **7:30 PM** | A-320 | Lunch |

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 805.58USD | AMERICAN EXPRESS |
| U.S. Transportation Tax: | 60.42 | Last Four Digits |
| September 11th Security Fee: | 11.2 | |
| U.S. Flight Segment Tax: | 8.6 | |
| U.S. Passenger Facility Charge: | 9 | |
| Per Person Total: | 894.80USD | *9300.80* |

**eTicket Total:**                                    **894.80USD**

The airfare you paid on this itinerary totals: 805.58 USD

**The taxes, fees, and surcharges paid total: 89.22 USD**

Fare Rules:

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 2/18/2020 Tulsa, OK (TUL) to Houston, TX (IAH -Bush INTL) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 2/19/2020 Houston, TX (IAH -Bush INTL) to Newark, NJ (EWR - Liberty) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Gold membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### MileagePlus Accrual Details

RYAN/KEVINMICHAEL

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| 2020-02-18 | 3632 | Tulsa, OK (TUL)-Houston, TX (IAH -Bush INTL) | 1656 | 207 | 1 |
| 2020-02-19 | 0443 | Houston, TX (IAH -Bush INTL)-Newark, NJ (EWR - Liberty) | 4800 | 600 | 1 |
| | | | Award Miles | PQP | PQF |
| Kevinmichael's MileagePlus Accrual totals: | | | 6456 | 807 | 2 |



Kevin Ryan
Comparison Fare
Feb 19/2020



Kevin
airport / hotel
2/18/2020



Kevin

8:46
◄ Messages
🔒 toasttab.com

BOH Pasta & Pizza
409 Travis St.
Houston, TX 77002

\*\*\*DINE IN\*\*\*

Server: Thomas N                    02/18/20
Check #110                          8:44 PM

2 Slice Margherita                    $9.00
2 Root Beer                           $7.00

Subtotal                             $16.00
Tax                                   $1.32
Tip                                   $3.20
Total                                $20.52

Input Type                  C (EMV Chip Read)
AMERICAN EXPRESS

Transaction Type                       Sale
Authorization                      Approved
Approval Code                        838571
Payment ID                    pWTknmLYtrNK
Application ID            A00000002501080 1
Application Label        AMERICAN EXPRESS
Terminal ID              69034824c7b0a347
Merchant ID                      031535609
Card Reader             MAGTEK_EDYNAMO
          KEVIN RYAN

We do catering!

Like us on social media
Facebook: BOH Pasta & Pizza
Instagram: @bohpasta

**Google** Maps     Newark Liberty International Airport to Fair Haven, NJ 07704     *Kevin*     Drive 39.7 miles, 48 min

## Newark Liberty International Airport
3 Brewster Rd, Newark, NJ 07114

**Get on US-1 S/U.S. 9 S from Newark International Airport St**

3 min (1.6 mi)

↑ 1. Head southeast

10 ft

2. Use the left lane to keep left at the fork

0.3 mi

3. Slight left toward Newark International Airport St

400 ft

4. Continue onto Newark International Airport St

0.3 mi

5. Keep left to stay on Newark International Airport St

0.3 mi

6. Keep right at the fork, follow signs for US-1 S/US 9 S/Elizabeth and merge onto US-1 S/U.S. 9 S

0.6 mi

**Take I-95 S and Garden State Pkwy to County Rd 520/Newman Springs Rd in Middletown. Take exit 109 from Garden State Pkwy**

32 min (32.9 mi)

7. Merge onto US-1 S/U.S. 9 S

0.8 mi

8. Take the exit toward Interstate 95/Dowd Ave/North Ave/Eliz Seaport/New Jersey Turnpike

0.2 mi

9. Continue onto NJ-81 S
   ⚠ Toll road

1.1 mi

10. Take the I-95 S exit
    ⚠ Toll road

361 ft

11. Keep left at the fork and merge onto I-95 S
    ⚠ Toll road

10.0 mi

12. Use the right 2 lanes to take exit 11 for U.S. 9 toward Woodbridge
    ⚠ Toll road

1.9 mi

13. Merge onto Garden State Pkwy
    ⚠ Toll road

2.2 mi

14. Use the middle 2 lanes to keep left at the fork and stay on Garden State Pkwy
    ⚠ Toll road

0.7 mi

15. Keep right at the fork to stay on Garden State Pkwy
    ⚠ Toll road

14.9 mi

16. Take exit 109 for County Rd 520 toward Red Bank/Lincroft
    ⚠ 

0.3 mi

**Take W Front St and River Rd to Locust Ave in Fair Haven**

14 min (4.3 mi)

↰ 17. Turn left onto County Rd 520/Newman Springs
      Rd

0.2 mi

↱ 18. Slight right

0.1 mi

↰ 19. Use the middle lane to turn left onto Half Mile Rd

0.5 mi

↱ 20. Turn right onto W Front St

2.0 mi

↑ 21. Continue onto River Rd

1.2 mi

↱ 22. Turn right onto·l

0.1 mi

**Fair Haven**

New Jersey

These directions are for planning purposes only.
You may find that construction projects, traffic,
weather, or other events may cause conditions to
differ from the map results, and you should plan
your route accordingly. You must obey all signs or
notices regarding your route.

Le Meridien Houston Downtown
1121 Walker Street
Houston, TX  77002
United States
Tel: 713-222-7777 Fax: 713-222-7778

**L**e **MERIDIEN**

KEVIN RYAN

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 152233 | |
| Folio ID | : | A | |
| Arrive Date | : | 18-FEB-20 | 18:23 |
| Depart Date | : | 19-FEB-20 | 08:28 |
| No. Of Guest | : | 1 | |
| Room Number | : | 911 | |
| Marriott Bonvoy Number : | | | |

Le Meridien Ho HOUDM  FEB-19-2020  09:30  AALIBRO

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 18-FEB-20 | RT911 | Room Chrg - Govt./Military | 125.00 | |
| 18-FEB-20 | RT911 | State Tax | 7.50 | |
| 18-FEB-20 | RT911 | Stadium Tax | 2.50 | |
| 18-FEB-20 | RT911 | City Tax | 8.75 | |
| 18-FEB-20 | RT911 | County Tax | 2.50 | |
| 18-FEB-20 | RT911 | Downtown District Fee | 2.00 | |
| 19-FEB-20 | AX | American Express· | | -148.25 |

Approve EMV Receipt for AX  ᐧ  ᐧ ᐧ  Signature Captured
TC:5803C5BA0179F3F1   TVR:0000008000
Application Label:AMERICAN EXPRESS

|  |  |  |
|---|---|---|
| ** Total | 148.25 | -148.25 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.lemeridien.com/reviews

Continued on the next page

# Trip Details

*Kevin*
*ofc / airport*
*2/19/2020*



**Today, 1:08 PM**                          **$37.90**

Honda Accord LCV3768                    Add a tip

 802 Main St, Houston, TX 77002, USA

■ Terminal C Arrivals, Houston, TX 77032, USA

 **You rated Raul**                    ★ ★ ★ ★ ★



*Kevin*

```
     NEWARK AIRPORT
     SHORT TERM PARKING

EXIT LANE NO.              920
RECEIPT:                 97775
CASHIER:                     0
TRANSACTION:                 0
EZPass
NO:          ████ ████  ████
CC VALID     12 30
SNR:         02 009 1244799
EXPIRES:     02 17 25 23 59
ENTRY:       02 17 20 09 17
PAID AT:     02 19 20 19 14
TICKET TYPE: TRANSIENT TICKE
T
FEE:             117 00 USD
PAID:            117 00 USD
-------------------
TOTAL:           117 00 USD

CAR:               X66FSA
STAY 2D 9 57
   TAXES INCLUDED    $58.50
   THANK YOU FOR
     PARKING AT
   NEWARK AIRPORT
  HAVE A SAFE TRIP
```