IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al., | § § § § | |
| *Defendants*. | § § | |

## DEFENDANTS' RESPONSE TO COURT'S REQUEST FOR INFORMATION

Defendants Greg Abbott, in his official capacity as Governor of the State of Texas, Courtney N. Phillips, in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas, and Jaime Masters, in her official capacity as Commissioner of Department of Family and Protective Services of the State of Texas ("Defendants"), file this Response as required by the Court's March 29, 2020 Order (ECF No. 838).

On March 18, 2020, the Court entered an order (ECF No. 837) adopting definitions of "pattern" and "heightened monitoring" as those terms are used in Remedial Order No. 20 of the Court's November 2018 Order (ECF No. 606). Once the requirements for those key terms were supplied by the Court, Defendants promptly began taken steps necessary to move towards compliance with Remedial Order No. 20. These steps are outlined in the Declarations of Rand Harris and Jean Shaw, attached hereto as Exhibits A and B.

1

As noted by the Court in its March 29 Order, Texas, like most of the world, is being heavily impacted by the ongoing COVID-19 pandemic. Defendants are among the state agencies at the front line of Texas's efforts to deal with the pandemic, as more fully described in Exhibits A and B. At this time, it is not known how long the effects of the COVID-19 pandemic will last or what additional resources of Defendants will be needed to combat the COVID-19 pandemic as it continues to affect Texas citizens. Defendants are committed to working with the Court and its Monitors to implement the heightened monitoring requirements from the March 18, 2020 order in a manner that also allows Defendants to continue to provide for the health and safety of the children in the foster care system during the ongoing COVID-19 pandemic.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

/s/ Kimberly Gdula
ANDREW B. STEPHENS
Assistant Attorney General
Texas Bar No. 24079396
Southern District No. 1385273
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727
Southern District No. 3029796
KIMBERLY GDULA
Assistant Attorney General
Texas Bar No. 24052209
Southern District No. 10092074

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120; (512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, a true and correct copy of the foregoing document has been filed in accordance with the Electronic Document Filing System of the Southern District of Texas, thus providing service to all participants.

/s/ Kimberly Gdula
KIMBERLY GDULA
Assistant Attorney General