# INVOICE



**From**

**Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 19-08 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 4/07/2020 | | |
| **Due Date** | 5/07/2020 | | |
| **Subject** | Texas Monitoring Team: March 2020 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $513,951.25 |
| Expense | **PROJECT EXPENSES** (see attached report) (3/01/2020-3/31/2020) | $2,062.46 |

**Amount Due**   **$516,013.71**