**Quigley Transportation - D.B.A Clover Coaches**

**Clover Coaches**

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

Trip Date: March 3, 2020

Proposal To: Eileen Crummy

Address:
Cranford, NJ 01701

Phone:
E-mail:
Fax:

| Description | Trip | Cost Per Unit | Amount |
|---|---|---|---|
| Car Service to Newark Airport | 1 | $ 55.00 | $ 55.00 |
| | | Invoice Subtotal | $ 55.00 |
| | | Gratuity | $11.00 |
| | | TOTAL | $ 66.00 |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

# American Airlines

AA RECORD LOCATOR: HNKZSB

Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

## Newark to Dallas/ Fort Worth — 1 Adult
Tuesday March 3, 2020 – Thursday March 5, 2020

| AA Record Locator | Reservation Name |
|---|---|
| **HNKZSB** | **PHL/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Feb 19, 2020 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1382** | Newark (EWR)<br>March 3, 2020 12:02 PM<br>Travel Time : 4 h 9 m<br>Class : First<br>Seat : 5E | Dallas/ Fort Worth (DFW)<br>March 3, 2020 03:11 PM<br>Booking Code : I<br>Plane Type : 738 |
| **American Airlines** **2736** | Dallas/ Fort Worth (DFW)<br>March 5, 2020 12:35 PM<br>Travel Time : 3 h 28 m<br>Class : First<br>Seat : 5E | Newark (EWR)<br>March 5, 2020 05:03 PM<br>Booking Code : I<br>Plane Type : 738 |

**Total Paid:** $893.80 USD

**Fare Amount**
Adult
1 × $804.65 USD    $804.65 USD

**AAdvantage® Benefits**
Priority Access<sup>SM</sup>    $0.00 USD
Same-Day Standby    $0.00 USD

**Taxes & Carrier-Imposed Fees**
Taxes    $89.15 USD
Carrier-Imposed Fees    $0.00 USD

*$495.00* (handwritten)

**Flight Subtotal**    $893.80 USD

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| ALEXANDER TAYLOR,LISA | 0012116590601 | | $804.65 USD | 89.15 | 893.80 |
| Payment Type: | Ticket Exchange - 0012389011085 | | | Total | $893.80 USD |

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| ALEXANDER TAYLOR,LISA | 0012116590601 | | | | 260.00 |
| Payment Type: | MASTER CARD | | | Total | 260.00 USD |

**Endorsements/Restrictions**
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

**Terms and conditions:**
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

*Lisa Taylor Companion Trip to Dallas*

## Your trip summary

**Main Cabin**
Roundtrip, Non-refundable

**$495** per person

Total $494.96 (all passengers)
Price and tax information

Good value with benefits
- Eligible for upgrades on American flights
- Flight changes allowed (fee applies)

### Depart Newark, NJ to Dallas/Fort Worth, TX
Tuesday, March 3, 2020

12:02 PM → 3:11 PM   4h 4m   Nonstop
AA 180   Main Cabin

Details  Change

### Return Dallas/Fort Worth, TX to Newark, NJ
Thursday, March 5, 2020

12:35 PM → 5:03 PM   3h 28m   Nonstop
AA 298   Main Cabin

Details  Change

Includes taxes and carrier imposed fees.
Bag and optional fees

Type here to search

# American Airlines

AA RECORD LOCATOR: QKCJZX



Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

## Newark to Dallas/ Fort Worth — 1 Adult
Tuesday March 3, 2020 – Thursday March 5, 2020

| AA Record Locator | Reservation Name |
|---|---|
| **QKCJZX** | **EWR/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Feb 05, 2020 |

**Total Paid:** $888.80 USD

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines 1382** | Newark (EWR)<br>March 3, 2020 12:02 PM<br>Travel Time : 4 h 9 m<br>Class : First<br>Seat : 5B | Dallas/ Fort Worth (DFW)<br>March 3, 2020 03:11 PM<br>Booking Code : I<br>Plane Type : 738 |
| **American Airlines 34** | Dallas/ Fort Worth (DFW)<br>March 5, 2020 09:34 AM<br>Travel Time : 3 h 22 m<br>Class : First<br>Seat : 3E | Newark (EWR)<br>March 5, 2020 01:56 PM<br>Booking Code : R<br>Plane Type : 738 |

**Fare Amount**
Adult
1 × $800.00 USD    $800.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $88.80 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

$888.80 USD

*$354.00*

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| CRUMMY, EILEEN | 0012113773565 | | $800.00 USD | 88.80 | 888.80 |
| **Payment Type:** | AMERICAN EXPRESS | | | Total | $888.80 USD |

### Endorsements/Restrictions
CXL BY FLT TIME OR NOVALUE/NONREF/SVCCHGPLUSFAREDIF/

### Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

◀ American  7:34 AM Thu Feb 6

◁ ▷ 📖  🔒 aa.com  ↻ ⬆ +

 Home | Log in » | 🇺🇸 English ▾ | Search aa.com

**American Airlines** | Plan Travel | Travel Information | AAdvantage

# Choose flights

« New search

## Your trip summary

---

**Main Cabin**
Round trip (Non-refundable)

**$ 354** per person

Total $353.80 (all passengers)
Price and tax information 

Good value with benefits
- Choose your seat (fee may apply)
- Eligible for upgrades on American flights
- Flight changes allowed (fee applies)
- General boarding

Includes taxes and carrier imposed fees.
Bag and optional fees

---

**Depart** Newark, NJ to Dallas/ Fort Worth, TX
Tuesday, March 3, 2020

12:02 PM → 3:11 PM    4h 9m   Nonstop    Main Cabin
AA 1382   738-Boeing 737
📶 🔌

Details | Change

**Return** Dallas/ Fort Worth, TX to Newark, NJ
Thursday, March 5, 2020

9:34 AM → 1:56 PM    3h 22m   Nonstop    Main Cabin
AA 34   738-Boeing 737
📶 🔌

Details | Change

---

## Upgrade to First

Round trip (Non-refundable)

**+$ 1,785** per person

Total $2,138.80 (all passengers)

[ Upgrade ]

**Best way to travel**
- Our largest, most comfortable seat
- 2 free checked bags*
- Priority security at participating airports
- Priority boarding
- Same-day flight change & standby when available on American flights

*On planes with both Business and First, you get 1 extra checked bag or 2 if you're AAdvantage Executive Platinum.



---

 **Earn up to a $200 statement credit**
Plus 40,000 bonus miles after qualifying purchases with this credit card offer

# OMNI HOTELS & RESORTS
## dallas

**Lisa Alexander-Taylor**

| | |
|---|---|
| Room No. | : 1749 |
| Arrival | : 03-03-20 |
| Departure | : 03-05-20 |
| Page No. | : 1 of 1 |
| Folio No. | : 1320912 |
| Conf. No. | : 1513075 |
| Cashier No. | : 330 |

**INFORMATION INVOICE**

Membership No. : SG
A/R Number :
Group Code :
Company Name :

03-06-20

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03-03-20 | Deposit Transfer | | 250.11 |
| 03-03-20 | Room Charge | 217.00 | |
| 03-03-20 | 2% Tourism PID Fee | 4.34 | |
| 03-03-20 | 6% State Occupancy Tax | 13.28 | |
| 03-03-20 | 7% City Occupancy Tax | 15.49 | |
| 03-04-20 | Room Charge | 191.00 | |
| 03-04-20 | 2% Tourism PID Fee | 3.82 | |
| 03-04-20 | 6% State Occupancy Tax | 11.69 | |
| 03-04-20 | 7% City Occupancy Tax | 13.64 | |
| 03-05-20 | American Express | | 220.15 |
| | XX/XX | | |
| | **Total** | **470.26** | **470.26** |
| | **Balance** | | **0.00** |

**Thank you for staying at the Omni Dallas Hotel.**

555 South Lamar Street
Dallas, TX 75202
Tel:214-744-6664  Fax:214-979-4595
Reservations: 1-800-843-6664

# Uber

Tue, Mar 03, 2020

## Here's your receipt for your ride

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| Total | $33.51 |

| | |
|---|---|
| Trip Fare | $25.66 |

| | |
|---|---|
| Subtotal | $25.66 |
| Tolls, Surcharges, and Fees | $7.85 |

**Amount Charged**


$33.51

A temporary hold of $33.51 was placed on your payment method •••• at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Cynthia**

**UberX**   21.51 miles | 37 min

03:53pm | Grapevine, TX

04:31pm | 798 Young St, Dallas, TX

**Lisa Taylor & Eileen Crummy from DFW to Hotel**

# Uber

Tue, Mar 03, 2020

## Here's your receipt for your ride

We hope you enjoyed your ride this morning.

| | |
|---|---|
| Total | $10.29 |

| | |
|---|---|
| Trip Fare | $6.44 |

| | |
|---|---|
| Subtotal | $6.44 |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $3.35 |

**Amount Charged**



$10.29

A temporary hold of $10.29 was placed on your payment method •••• at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Esther**

UberX   3.29 miles | 8 min

10:39am |            Newark, NJ

10:47am | Terminal A, 3 Brewster Rd, Newark, NJ

**Lisa Taylor to EWR**

# Uber

Wed, Mar 04, 2020

## Here's your receipt for your ride

We hope you enjoyed your ride this morning.

| | |
|---|---|
| Total | $27.88 |

| | |
|---|---|
| Trip Fare | $25.03 |

| | |
|---|---|
| Subtotal | $25.03 |
| Tolls, Surcharges, and Fees | $2.85 |

**Amount Charged**



$27.88

A temporary hold of $27.88 was placed on your payment method ••• at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Juanpablo**

UberX   7.39 miles | 26 min

08:49am | 798 Young St, Dallas, TX

09:16am | 8700 N Stemmons Fwy, Dallas, TX

**Lisa Taylor & Eileen Crummy from Hotel to DFPS Stemmons**

# Uber

Wed, Mar 04, 2020

## Here's your receipt for your ride

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| **Total** | **$11.46** |

| | |
|---|---|
| Trip Fare | $8.61 |

| | |
|---|---|
| Subtotal | $8.61 |
| Tolls, Surcharges, and Fees | $2.85 |

**Amount Charged**

 $11.46

A temporary hold of $11.46 was placed on your payment method •••• at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Gunduz**

UberX   7.58 miles | 16 min

04:09pm | 8700 N Stemmons Fwy, Dallas, TX

04:25pm | 798 Young St, Dallas, TX

**Lisa Taylor & Eileen Crummy from DFPS Stemmons to Hotel**

# OMNI HOTELS & RESORTS
## dallas

**Eileen Crummy**

| | |
|---|---|
| Room No. | : 1755 |
| Arrival | : 03-03-20 |
| Departure | : 03-05-20 |
| Page No. | : 1 of 1 |
| Folio No. | : |
| Conf. No. | : 1513069 |
| Cashier No. | : |

**INFORMATION INVOICE**
Membership No.  :SG
A/R Number      :
Group Code      :
Company Name    :

03-06-20

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03-03-20 | Deposit Transfer | | 250.11 |
| 03-03-20 | Room Charge | 217.00 | |
| 03-03-20 | 2% Tourism PID Fee | 4.34 | |
| 03-03-20 | 6% State Occupancy Tax | 13.28 | |
| 03-03-20 | 7% City Occupancy Tax | 15.49 | |
| 03-04-20 | Room Charge | 191.00 | |
| 03-04-20 | 2% Tourism PID Fee | 3.82 | |
| 03-04-20 | 6% State Occupancy Tax | 11.69 | |
| 03-04-20 | 7% City Occupancy Tax | 13.64 | |
| 03-05-20 | American Express | | 220.15 |
| | XX/XX | | |
| | **Total** | **470.26** | **470.26** |
| | **Balance** | | **0.00** |

**Thank you for staying at the Omni Dallas Hotel.**

555 South Lamar Street
Dallas, TX 75202
Tel:214-744-6664  Fax:214-979-4595
Reservations: 1-800-843-6664

**Quigley Transportation - D.B.A Clover Coaches**

Clover Coaches

5 Normandie Pl
Cranford NJ 07016

Office: 908-272-5153  Cell: 908-468-1952
cquiggs@verizon.net

| | |
|---|---|
| Trip Date: | March 5, 2020 |
| Proposal To: | Eileen Crummy |
| Address: | Cranford, NJ 01701 |
| Phone: | |
| E-mail: | |
| Fax: | |

| Description | Trip | Cost Per Unit | Amount |
|---|---|---|---|
| Car Service from Newark Airport | 1 | $ 55.00 | $ 55.00 |

| | | |
|---|---|---|
| Invoice Subtotal | $ | 55.00 |
| Gratuity | | $11.00 |
| | | - |
| **TOTAL** | $ | **66.00** |

Make all checks payable to **Quigley Transportation**

**Thank you for your business!**

# Uber

Thu, Mar 05, 2020

## Here's your receipt for your ride

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$46.77** |

| | |
|---|---|
| Trip Fare | $38.92 |

| | |
|---|---|
| **Subtotal** | **$38.92** |
| Tolls, Surcharges, and Fees | $7.85 |

**Amount Charged**



$46.77

A temporary hold of $46.77 was placed on your payment method • at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with Daniel**

**UberX**   21.27 miles | 26 min

07:05am | 798 Young St, Dallas, TX

07:32am | Grapevine, TX

**Lisa Taylor & Eileen Crummy from Hotel to DFW**

# Uber

Thu, Mar 05, 2020

## Here's your receipt for your ride

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| **Total** | **$11.03** |

| | |
|---|---|
| Trip Fare | $7.18 |

| | |
|---|---|
| **Subtotal** | **$7.18** |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $3.35 |

**Amount Charged**

   $11.03

A temporary hold of $11.03 was placed on your payment method ·at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

You rode with Franklyn

**UberX**   4.22 miles | 14 min

02:14pm | Elizabeth, NJ

02:28pm |         Newark, NJ

**Lisa Taylor from EWR**