PLEASE PRINT AND WRITE LEGIBLY!
NIGHT SHIFT DAILY PROGRESS NOTE

Client Name: ▮
Target Behavior: ▮
Level of Supervision: CO
Date: 1-19-2020

### SLEEPING PATTERNS
- ☐ Encopresis
- ☐ Enuresis
- ☐ Did Not Sleep at All
- ☐ All Night
- ☒ Most of the Night
- ☐ Often Awake

### RESTRAINTS
- ☐ Children's Control Position
- ☐ Team Control Position
- ☐ Transport
- ☐ Short Personal Restraint
- ☒ None

### SERIOUS INCIDENTS
(Fill in the type of incident.)
☒ None

### LEVEL OF SUPERVISION
- ☒ CO= Close Observations/Normal Supervision
- ☐ ES= Eyesight
- ☐ 1:1= One to One

### BEHAVIOR CONSEQUENCES
Any Behavior Consequence forms completed for this child?
☐ YES  ☒ NO

### FYI's
Any FYI Forms completed for this child?
☐ YES  ☒ NO

### GENERAL NOTATION CATEGORIES
AFFECT:
- ☐ Sad/Depressed
- ☐ Anxious/Worried
- ☐ Restless
- ☐ Angry/Irritable
- ☐ Scared
- ☐ Happy
- ☐ Disappointed
- ☐ Silly/Childish
- ☐ Frustrated
- ☐ Intrusive/Impulsive
- ☒ Compliant
- ☐ (Other)

Current Program Restrictions and/or Precautions: Close observation

### DAILY NARRATIVE (Attach an addendum for additional information)

Client was asleep in room upon arrival. Client awoke at 9:15pm and said her leg was hurting, gave her water and she went back to bed. Woke up again at 1:40am complaining of pain in her Right leg (calf area) and was limping when she walked. Tossed and turned most of the night until 2:45am. was give some ~~tylenol~~ Iboprophen. Client slept the rest of the night.

Staff Reporting: ▮
Time of Entry: 6:00 am
Signature of Facility Administrator or Designee:



**HEALTH CHECK-Only if needed**
**CIRCLE YES OR NO ON THE CHART LISTED BELOW**

1. Scrapes/ Abrasions: Yes or No
2. Birthmark: Yes or No
3. Bruises: Yes or No
4. Scratches/ Lacerations: Yes or No
5. Deformities: Yes or No
6. Pierced Ears, Nose, Body Parts: Yes or No
7. Lice: Yes or No

8. Lesions: Yes or No
9. Rashes: Yes or No
10. Scars: Yes or No
11. Tattoos: Yes or No
12. Prosthesis: Yes or No

Other: _N/A_

If a "YES" response is indicated, mark the body figures with the appropriate number in the area the abnormality is located. Add a description of these in the "Comments Section." Describe the color of all bruises and the color, length, and width of all scars.

FRONT     BACK

Comments: _N/A_

Form Completed by:

Staff Print Name            Staff Signature            Date: 1-19-20