**PLEASE PRINT AND WRITE LEGIBLY!**
**DAILY PROGRESS NOTE**

Resident Name: [redacted]   Date: Jan 21, 20   Daily Goal: Have a positive Day
Target Behavior: _____   Level of Supervision: (CO)/ES / 1:1

### SLEEPING PATTERNS
- [ ] Encopresis
- [ ] Enuresis
- [ ] Did Not Sleep at All
- [ ] All Night
- [ ] Most of the Night   [ ] Often Awake

### RESTRAINTS
- [ ] Children's Control Position
- [ ] Team Control Position
- [ ] Transport
- [ ] Short Personal Restraint
- [x] None

### SERIOUS INCIDENTS
(Fill in the type of Incident.)
- [x] None

### LEVEL OF SUPERVISION
- [x] CO=Close Observations/Normal Supervision
- [x] ES= Eyesight
- [ ] 1:1= One to One

### BEHAVIOR CONSEQUENCES
Any Behavior Consequence forms completed for this child?
[x] YES   [ ] NO

### FYI's
Any FYI Forms completed for this child?
[ ] YES   [x] NO

### MEALTIMES
- [x] 100%
- [ ] 50%
- [ ] Refused
- [ ] N/A

### REMOVED FROM SCHOOL
- [ ] AM        [ ] Holiday
- [ ] PM        [ ] Out for Summer
- [x] Attended
- [ ] Refused
- [ ] Other: _____

### ACTIVITIES
- [x] Groups: Goals
- [ ] Recreational Activity
- [x] Leisure Activity: Bulldogs
- [ ] PM Daily Level:
- [ ] AM Daily Level:

### MEDICAL CARE
- [ ] Routine Doctor Visit
- [ ] Medical Appointment due to illness
- [ ] Dental Appointment
- [ ] Psychiatric Review/Evaluation
- [ ] Other
- [ ] None

### VISITORS/TELEPHONE
- [ ] Parents        [ ] Called Parents
- [ ] Siblings       [ ] Called Siblings
- [ ] Caseworker     [ ] Called CW/PO
- [ ] Relative       [ ] Called Friend
- [ ] PO             [ ] Called Relative
- [x] None           [x] None

### RESIDENT HYGIENE/CHORES
- [x] Brushed Teeth
- [x] Washed Face
- [x] Wore Clean Clothes
- [x] Showered
- [x] Completed Chores
- [ ] Did not complete Chores

Medication Compliance: Did the resident take all prescribed medications today? [x] Yes [ ] No
If "no" list ALL medications that were refused by the resident:
_____

### GENERAL NOTATION CATEGORIES
**AFFECT**
- [ ] Sad/Depressed     [ ] Angry/Irritable   [ ] Disappointed      [ ] Intrusive/Impulsive
- [ ] Anxious/Worried   [ ] Scared            [ ] Silly/Childish    [x] Compliant
- [ ] Restless          [ ] Happy             [ ] Frustrated        [ ] (Other)

**Current Program Restrictions and/or Precautions:**   CO - 6am - 4pm
ES - 4pm - 9pm

### DAILY NARRATIVE (Attach an addendum for additional information)

Client a great start of her day. Interact with peers clean her room and completed hygiene. Participated in goals group Ate all meals @ 100%. Took all meds @ 100%. Good Day at school Back at the facility client became NC (see BC) Once back inside client later showered and sat in her bed until dinner. Ate and went to sleep. Lights Out.

Staff Reporting: [redacted] / [redacted]   Time of Entry: _____
Signature of Facility Administrator or Designee: _____
ROOM 1  2  3  4  5  6  [7]  8  9  10



**DAILY HEALTH CHECK**
CIRCLE YES OR NO ON THE CHART LISTED BELOW

1. Scrapes/Abrasions: Yes or **No**
2. Birthmark: Yes or **No**
3. Bruises: Yes or **No**
4. Scratches/Lacerations: Yes or **No**
5. Deformities: Yes or **No**
6. Pierced Ears, Nose, Body Parts: Yes or **No**
7. Lice: Yes or **No**
8. Lesions: Yes or **No**
9. Rashes: Yes or **No**
10. **Scars:** Yes or No
11. Tattoos: Yes or **No**
12. Prosthesis: Yes or **No**

Other: B. Mark

*If a "YES" response is indicated,* mark the body figures with the appropriate number in the area the abnormality is located. Add a description of these in the "Comments Section." Describe the color of all bruises and the color, length, and width of all scars.

FRONT  13/10  10  10

BACK

Comments: No New Scars

Form Completed by: _____
Staff Print Name

_____ Staff Signature

Jan 24 2020
Date

# DAILY PROGRESS NOTE

**PLEASE PRINT AND WRITE LEGIBLY!**

ient Name: _____
arget Behavior: _____
Date: 07/13/20
Level of Supervision: _____
Daily Goal: Have a Positive D

## SLEEPING PATTERNS
- ☐ Encopresis
- ☐ Enuresis
- ☐ Did Not Sleep at All
- ☐ All Night
- ☐ Most of the Night
- ☐ Often Awake

## RESTRAINTS
- ☐ Children's Control Position
- ☐ Team Control Position
- ☐ Transport
- ☐ Short Personal Restraint
- ☑ None

## SERIOUS INCIDENTS
(Fill in the type of incident.)
- ☐
- ☐
- ☐
- ☐
- ☑ None

## LEVEL OF SUPERVISION
- ☑ CO=Close Observations/Normal Supervision
- ☑ ES= Eyesight
- ☐ 1:1= One to One

## BEHAVIOR CONSEQUENCES
Any Behavior Consequence forms completed for this child?
☐ YES ☑ NO

## FYI's
Any FYI Forms completed for this child?
☐ YES ☑ NO

## MEALTIMES
- ☑ 100%
- ☐ 50%
- ☐ Refused
- ☐ N/A

## REMOVED FROM SCHOOL
- ☐ AM
- ☐ PM
- ☑ Attended
- ☐ Refused
- ☐ Other: _____
- ☐ Holiday
- ☐ Out for Summer

## ACTIVITIES
- ☑ Groups: Good
- ☑ Recreational Activity: Art & Craft
- ☑ Leisure Activity: Outside movie
- ☐ PM Daily Level:
- ☐ AM Daily Level:

## MEDICAL CARE
- ☐ Routine Doctor Visit
- ☐ Medical Appointment due to illness
- ☐ Dental Appointment
- ☐ Psychiatric Review/Evaluation
- ☐ Other
- ☑ None

## VISITORS/TELEPHONE
- ☐ Parents
- ☐ Siblings
- ☐ Caseworker
- ☐ Relative
- ☐ BC
- ☑ None
- ☐ Called Parents
- ☐ Called Siblings
- ☐ Called CW/PO
- ☐ Called Friend
- ☐ Called Relative
- ☑ None

## RESIDENT HYGIENE/CHORES
- ☑ Brushed Teeth
- ☑ Washed Face
- ☑ Wore Clean Clothes
- ☑ Showered
- ☑ Completed Chores
- ☐ Did not complete Chores

**ication Compliance:** Did the resident take all prescribed medications today? ☑ Yes ☐ No
**...o** list ALL medications that were refused by the resident: _____

## GENERAL NOTATION CATEGORIES
AFFECT:
- ☐ Sad/Depressed
- ☐ Anxious/Worried
- ☐ Restless
- ☑ Angry/Irritable
- ☐ Scared
- ☐ Happy
- ☐ Disappointed
- ☐ Silly/Childish
- ☐ Frustrated
- ☐ Intrusive/Impulsive
- ☑ Compliant
- ☐ (Other)

Current Program Restrictions and/or
Precautions: CO - 6am - 4pm
B - 4pm - 9pm

## DAILY NARRATIVE (Attach an addendum for additional information)

KC, woke up and Completed hygiene and Chores. All meals ate at 100% Meds taking @ 100% School Stayed on task. Went on a pass to see sister, no show Return Sad. Client Showered was Given her new portable DVD player Wente Ouside Watched a movie became off task after Arts and Craft (see BC) Client then her night back and Showered and later went to sleep.
Good Night.

Staff Reporting: _____
Signature of Facility Administrator or Designee: _____
Room #5
Time of Entry: _____



**DAILY HEALTH CHECK**
CIRCLE YES OR NO ON THE CHART LISTED BELOW

1. Scrapes/ Abrasions: Yes or **No**
2. Birthmark: Yes or **No**
3. Bruises: Yes or **No**
4. Scratches/ Lacerations: Yes or **No**
5. Deformities: Yes or **No**
6. Pierced Ears, Nose, Body Parts: Yes or **No**
7. Lice: Yes or **No**
8. Lesions: Yes or **No**
9. Rashes: Yes or **No**
10. Scars: **Yes** or No
11. Tattoos: Yes or **No**
12. Prosthesis: Yes or **No**

Other: (13.) 11/24

If a "*YES*" *response is indicated*, mark the body figures with the appropriate number in the area the abnormality is located. Add a description of these in the "Comments Section." Describe the color of all bruises and the color, length, and width of all scars.

FRONT — 10/0/13

BACK

Comments: _____

Form Completed by: _____
Staff Print Name

Staff Signature

Date: Jan 23, 2020

**PLEASE PRINT AND WRITE LEGIBLY!**
**DAILY PROGRESS NOTE**

Resident Name: _____
Target Behavior: _____

Date: Jun 22, 20
Level of Supervision: CO / ES / 1:1
Daily Goal: Have a Positive Day

### SLEEPING PATTERNS
- ☐ Encopresis
- ☐ Enuresis
- ☐ Did Not Sleep at All
- ☐ All Night
- ☐ Most of the Night
- ☐ Often Awake

### RESTRAINTS
- ☐ Children's Control Position
- ☐ Team Control Position
- ☐ Transport
- ☐ Short Personal Restraint
- ☒ None

### SERIOUS INCIDENTS
(Fill in the type of incident.)
_____
_____
_____
_____
☒ None

### LEVEL OF SUPERVISION
- ☒ CO=Close Observation/Normal Supervision
- ☒ ES= Eyesight
- ☐ 1:1= One to One

### BEHAVIOR CONSEQUENCES
Any Behavior Consequence forms completed for this child?
☐ YES  ☒ NO

### FYI's
Any FYI Forms completed for this child?
☐ YES  ☒ NO

### MEALTIMES
- ☒ 100%
- ☐ 50%
- ☐ Refused
- ☐ N/A

### REMOVED FROM SCHOOL
- ☐ AM
- ☐ PM
- ☒ Attended
- ☐ Refused
- ☐ Other ___
- ☐ Holiday
- ☐ Out for Summer

### ACTIVITIES
- ☒ Groups: Goals
- ☒ Recreational Activity: Music
- ☐ Leisure Activity
- ☐ PM Daily Level:
- ☐ AM Daily Level:

### MEDICAL CARE
- ☐ Routine Doctor Visit
- ☐ Medical Appointment due to Illness
- ☐ Dental Appointment
- ☐ Psychiatric Review/Evaluation
- ☐ Other
- ☒ None

### VISITORS/TELEPHONE
- ☐ Parents
- ☐ Siblings
- ☐ Caseworker
- ☐ Relative
- ☐ PO
- ☒ None
- ☐ Called Parents
- ☐ Called Siblings
- ☐ Called CW/PO
- ☐ Called Friend
- ☐ Called Relative
- ☐ None

### RESIDENT HYGIENE/CHORES
- ☒ Brushed Teeth
- ☒ Washed Face
- ☒ Wore Clean Clothes
- ☒ Showered
- ☒ Completed Chores
- ☐ Did not complete Chores

Medication Compliance: Did the resident take all prescribed medications today? ☒ Yes  ☐ No
If "No" list ALL medications that were refused by the resident: _____

### GENERAL NOTATION CATEGORIES
**AFFECT**
- ☐ Sad/Depressed
- ☐ Anxious/Worried
- ☐ Restless
- ☐ Angry/Irritable
- ☐ Scared
- ☐ Happy
- ☐ Disappointed
- ☐ Silly/Childish
- ☒ Frustrated
- ☐ Intrusive/Impulsive
- ☐ Compliant
- ☐ (Other)

Current Program Restrictions and/or
Precautions: CO — 1am — 4pm
ES — 4pm — 9pm

### DAILY NARRATIVE (Attach an addendum for additional information)

Kiana has known very long that will wake up complete daily chores and hygiene. Kiana didn't want to sleep the all of breakfast — back in bed until time for school. While @ school client stays on task, eats her lunch and when ever will ask her more. Back at the client became upset due to her being hungry. Client stated she just can't help it. Stayed in her bed listen to music. Showered, dinner and seconds, went to sleep.

Staff Reporting: _____
Time of Entry: _____
Signature of Facility Administrator or Designee: _____
ROOM 1 2 3 4 5 6 ⑦ 8 9 10

## DAILY HEALTH CHECK
### CIRCLE YES OR NO ON THE CHART LISTED BELOW

1. Scrapes/Abrasions: Yes or **No**
2. Birthmark: **Yes** or No
3. Bruises: Yes or **No**
4. Scratches/Lacerations: Yes or **No**
5. Deformities: Yes or **No**
6. Pierced Ears, Nose, Body Parts: Yes or **No**
7. Lice: Yes or **No**

8. Lesions: Yes or **No**
9. Rashes: Yes or **No**
10. **Scars:** Yes or No
11. Tattoos: Yes or **No**
12. Prosthesis: Yes or **No**

Other: B. Nut Nas

*If a "YES" response is indicated,* mark the body figures with the appropriate number in the area the abnormality is located. Add a description of these in the "Comments Section." Describe the color of all bruises and the color, length, and width of all scars.



FRONT    BACK

Comments:

Form Completed by: ▮▮▮▮   Date: Jan 22 2020

Staff Print Name   Staff Signature

## PLEASE PRINT AND WRITE LEGIBLY!
### DAILY PROGRESS NOTE

**Resident Name:** [redacted]
**Date:** Jan 21 20
**Daily Goal:** Have a positive day
**Target Behavior:**
**Level of Supervision:**

| SLEEPING PATTERNS | RESTRAINTS | SERIOUS INCIDENTS (Fill in the type of incident.) |
|---|---|---|
| ☐ Encopresis<br>☐ Enuresis<br>☐ Did Not Sleep at All<br>☐ All Night<br>☐ Most of the Night   ☐ Often Awake | ☐ Children's Control Position<br>☐ Team Control Position<br>☐ Transport<br>☐ Short Personal Restraint<br>☒ None | ☐ ____<br>☐ ____<br>☐ ____<br>☐ ____<br>☒ None |

| LEVEL OF SUPERVISION | BEHAVIOR CONSEQUENCES | FYI's |
|---|---|---|
| ☒ CO=Close Observations/Normal Supervision<br>☐ ES= Eyesight<br>☐ 1:1= One to One | Any Behavior Consequence forms completed for this child?<br>☐ YES   ☒ NO | Any FYI Forms completed for this child?<br>☐ YES   ☒ NO |

| MEALTIMES | REMOVED FROM SCHOOL | ACTIVITIES |
|---|---|---|
| ☒ 100%<br>☐ 50%<br>☐ Refused<br>☐ N/A | ☐ AM   ☐ Holiday<br>☐ PM   ☐ Out for Summer<br>☒ Attended<br>☐ Refused<br>☐ Other: ____ | ☒ Groups: Goals<br>☒ Recreational Activity  Music<br>☐ Leisure Activity ____<br>☐ PM Daily Level: ____<br>☐ AM Daily Level: ____ |

| MEDICAL CARE | VISITORS/TELEPHONE | RESIDENT HYGIENE/CHORES |
|---|---|---|
| ☐ Routine Doctor Visit<br>☐ Medical Appointment due to illness<br>☐ Dental Appointment<br>☐ Psychiatric Review/Evaluation<br>☒ Other Refused<br>☐ None | ☐ Parents      ☐ Called Parents<br>☐ Siblings     ☐ Called Siblings<br>☐ Caseworker   ☐ Called CW/PO<br>☐ Relative     ☐ Called Friend<br>☐ PO           ☐ Called Relative<br>☒ None         ☒ None | ☒ Brushed Teeth<br>☒ Washed Face<br>☒ Wore Clean Clothes<br>☒ Showered<br>☒ Completed Chores<br>☐ Did not complete Chores |

Medication Compliance: Did the resident take all prescribed medications today? ☒ Yes  ☐ No
If "no" list ALL medications that were refused by the resident:

### GENERAL NOTATION CATEGORIES
**AFFECT**

| | | | |
|---|---|---|---|
| ☐ Sad/ Depressed | ☐ Angry/ Irritable | ☐ Disappointed | ☐ Intrusive/ Impulsive |
| ☐ Anxious/ Worried | ☐ Scared | ☐ Silly/ Childish | ☒ Compliant |
| ☐ Restless | ☒ Happy | ☐ Frustrated | ☐ (Other) |

**Current Program Restrictions and/or Precautions:** CO – 6am – 4pm
ES – 4pm – 9pm

### DAILY NARRATIVE (Attach an addendum for additional information)

KC woke up and completed all hygiene and chores. Ate all meals @ 100% took meds @ 100% Participated in goals group and school. Client refused Dr's appointment. Back at the facility client showered and ate dinner. Ended her night on a positive note :)

**Staff Reporting:** [redacted]
**Time of Entry:** ____
**Signature of Facility Administrator or Designee:**

## DAILY HEALTH CHECK
### CIRCLE YES OR NO ON THE CHART LISTED BELOW

1. Scrapes/ Abrasions: Yes or **No**
2. **Birthmark**: Yes or No
3. Bruises: Yes or **No**
4. Scratches/ Lacerations: Yes or **No**
5. Deformities: Yes or **No**
6. Pierced Ears, Nose, Body Parts: Yes or **No**
7. Lice: Yes or **No**

8. Lesions: Yes or **No**
9. Rashes: Yes or **No**
10. **Scars**: Yes or No
11. Tattoos: Yes or **No**
12. Prosthesis: Yes or **No**

Other: 13. HURT

*If a "YES" response is indicated*, mark the body figures with the appropriate number in the area the abnormality is located. Add a description of these in the "Comments Section." Describe the color of all bruises and the color, length, and width of all scars.

Front figure annotations: 2, 10, 10, 2, 13 HURT, 10
Back figure annotations: 10

FRONT    BACK

Comments: Right leg hurt

Form Completed by:

Staff Print Name: [redacted]
Staff Signature: [redacted]
Date: Jan 21, 20