# INVOICE



**Texas**
APPLESEED

From | **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | **11** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 07/08/2020 | | |
| Due Date | 08/07/2020 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; June 2020 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring (06/01/2020 - 06/30/2020) | 1,622.23 | $279.78 | **$453,860.40** |

**Amount Due**     **$453,860.40**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# INVOICE



From **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | **11** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 07/08/2020 | | |
| Due Date | 07/08/2020 (upon receipt) | | |
| Subject | Texas Appleseed Monitoring Team; June 2020 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/01/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.50 | $325.00 | **$2,112.50** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Report and Document Preparation / Linda Brooke | 9.00 | $395.00 | **$3,555.00** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Project Management & Planning / Linda Brooke | 1.33 | $395.00 | **$525.35** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 10.75 | $325.00 | **$3,493.75** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Report and Document Preparation / Beth Mitchell | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |

| Service | Texas Foster Care Monitoring - 06/01/2020 - Report and Document Preparation / Deborah Fowler | 1.75 | $425.00 | **$743.75** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/01/2020 - Report and Document Preparation / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.50 | $250.00 | **$375.00** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Project Management & Planning / Shay Price | 6.50 | $250.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.75 | $200.00 | **$1,550.00** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 0.50 | $250.00 | **$125.00** |
| Service | Texas Foster Care Monitoring - 06/01/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 7.50 | $250.00 | **$1,875.00** |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Report and Document Preparation / Adrian Gaspar | 8.56 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 11.75 | $325.00 | **$3,818.75** |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Report and Document Preparation / Linda Brooke | 9.00 | $395.00 | **$3,555.00** |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.00 | $325.00 | **$2,275.00** |

| Service | Texas Foster Care Monitoring - 06/02/2020 - Report and Document Preparation / Beth Mitchell | 6.83 | $395.00 | $2,697.85 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Report and Document Preparation / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Report and Document Preparation / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.75 | $250.00 | $187.50 |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 9.50 | $200.00 | $1,900.00 |
| Service | Texas Foster Care Monitoring - 06/02/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.74 | $300.00 | $222.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.39 | $300.00 | $117.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.75 | $325.00 | $3,168.75 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Report and Document Preparation / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.75 | $325.00 | $2,518.75 |

| Service | Texas Foster Care Monitoring - 06/03/2020 - Report and Document Preparation / Beth Mitchell | 7.25 | $395.00 | $2,863.75 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/03/2020 - Report and Document Preparation / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Report and Document Preparation / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 06/03/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.33 | $300.00 | $99.00 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 12.75 | $325.00 | $4,143.75 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Report and Document Preparation / Linda Brooke | 7.58 | $395.00 | $2,994.10 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.25 | $325.00 | $2,356.25 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Report and Document Preparation / Beth Mitchell | 7.70 | $395.00 | $3,041.50 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Report and Document Preparation / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Report and Document Preparation / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.33 | $250.00 | $82.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/04/2020 - Project Management & Planning / Shay Price | 7.67 | $250.00 | **$1,917.50** |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 10.00 | $200.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/04/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Report and Document Preparation / Linda Brooke | 7.33 | $395.00 | **$2,895.35** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.50 | $250.00 | **$375.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Project Management & Planning / Shay Price | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 06/05/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 06/06/2020 - Report and Document Preparation / Deborah Fowler | 7.00 | $425.00 | **$2,975.00** |
| Service | Texas Foster Care Monitoring - 06/07/2020 - Report and Document Preparation / Deborah Fowler | 6.00 | $425.00 | **$2,550.00** |

| Service | Texas Foster Care Monitoring - 06/08/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
|---------|----------------------------------------------------------------------------------------------|------|-------|-------|
| Service | Texas Foster Care Monitoring - 06/08/2020 - Report and Document Preparation / Linda Brooke | 8.50 | $395.00 | $3,357.50 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Project Management & Planning / Linda Brooke | 2.67 | $395.00 | $1,054.65 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Report and Document Preparation / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 6.00 | $250.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 0.42 | $250.00 | $105.00 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.25 | $325.00 | $3,006.25 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | $200.00 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | $1,400.00 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.83 | $250.00 | $207.50 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Project Management & Planning / Shay Price | 7.33 | $250.00 | $1,832.50 |
| Service | Texas Foster Care Monitoring - 06/08/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.52 | $300.00 | $156.00 |

| Service | Texas Foster Care Monitoring - 06/09/2020 - Report and Document Preparation / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.42 | $425.00 | $178.50 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Report and Document Preparation / Linda Brooke | 6.42 | $395.00 | $2,535.90 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.75 | $325.00 | $2,843.75 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 2.17 | $250.00 | $542.50 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Project Management & Planning / Shay Price | 5.83 | $250.00 | $1,457.50 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/09/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Report and Document Preparation / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Report and Document Preparation / Linda Brooke | 5.00 | $395.00 | $1,975.00 |

| Service | Texas Foster Care Monitoring - 06/10/2020 - Project Management & Planning / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/10/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.25 | $325.00 | $3,006.25 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Report and Document Preparation / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.25 | $325.00 | $3,006.25 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Project Management & Planning / Shay Price | 6.75 | $250.00 | $1,687.50 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.33 | $250.00 | $332.50 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/10/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 11.00 | $250.00 | $2,750.00 |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 0.58 | $250.00 | $145.00 |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Report and Document Preparation / Linda Brooke | 2.33 | $395.00 | $920.35 |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Project Management & Planning / Linda Brooke | 2.83 | $395.00 | $1,117.85 |

| Service | Texas Foster Care Monitoring - 06/11/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.25 | $395.00 | **$888.75** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.58 | $425.00 | **$246.50** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.17 | $425.00 | **$72.25** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Report and Document Preparation / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Project Management & Planning / Nancy Arrigona | 3.25 | $325.00 | **$1,056.25** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.50 | $325.00 | **$2,437.50** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 2.00 | $200.00 | **$400.00** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.00 | $200.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.50 | $250.00 | **$125.00** |

| Service | Texas Foster Care Monitoring - 06/11/2020 - Project Management & Planning / Shay Price | 7.50 | $250.00 | **$1,875.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/11/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/11/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 2.50 | $425.00 | **$1,062.50** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Report and Document Preparation / Deborah Fowler | 5.00 | $425.00 | **$2,125.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Report and Document Preparation / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Report and Document Preparation / Linda Brooke | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 1.67 | $395.00 | **$659.65** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Project Management & Planning / Linda Brooke | 2.33 | $395.00 | **$920.35** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.25 | $325.00 | **$2,681.25** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Report and Document Preparation / Beth Mitchell | 2.50 | $395.00 | **$987.50** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.50 | $200.00 | **$300.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/12/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.50 | $200.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.75 | $250.00 | **$187.50** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Project Management & Planning / Shay Price | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/12/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 06/13/2020 - Report and Document Preparation / Deborah Fowler | 8.50 | $425.00 | **$3,612.50** |
| Service | Texas Foster Care Monitoring - 06/13/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 0.75 | $325.00 | **$243.75** |
| Service | Texas Foster Care Monitoring - 06/14/2020 - Report and Document Preparation / Deborah Fowler | 5.50 | $425.00 | **$2,337.50** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Report and Document Preparation / Linda Brooke | 7.42 | $395.00 | **$2,930.90** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 1.75 | $395.00 | **$691.25** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Project Management & Planning / Linda Brooke | 1.58 | $395.00 | **$624.10** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Project Management & Planning / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.42 | $425.00 | **$178.50** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Report and Document Preparation / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | **$637.50** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | **$2,762.50** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 0.50 | $250.00 | **$125.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 06/15/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Project Management & Planning / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Report and Document Preparation / Linda Brooke | 2.17 | $395.00 | **$857.15** |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 2.50 | $395.00 | **$987.50** |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Project Management & Planning / Linda Brooke | 2.67 | $395.00 | **$1,054.65** |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 1.83 | $395.00 | **$722.85** |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 10.50 | $325.00 | **$3,412.50** |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Report and Document Preparation / Deborah Fowler | 0.50 | $425.00 | **$212.50** |

| Service | Texas Foster Care Monitoring - 06/16/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.75 | $425.00 | $743.75 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.58 | $425.00 | $246.50 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Cassie Davis | 2.00 | $200.00 | $400.00 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | $200.00 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.00 | $200.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.67 | $250.00 | $167.50 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Project Management & Planning / Shay Price | 7.33 | $250.00 | $1,832.50 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 06/16/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.33 | $425.00 | $140.25 |

| Service | Texas Foster Care Monitoring - 06/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.17 | $425.00 | $72.25 |
|---------|--------|------|---------|--------|
| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.50 | $325.00 | $3,087.50 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Project Management & Planning / Linda Brooke | 7.67 | $395.00 | $3,029.65 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.08 | $395.00 | $821.60 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.75 | $325.00 | $2,843.75 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.25 | $200.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.75 | $200.00 | $1,350.00 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 1.25 | $250.00 | $312.50 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 6.75 | $250.00 | $1,687.50 |
| Service | Texas Foster Care Monitoring - 06/17/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |

| Service | Texas Foster Care Monitoring - 06/17/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/18/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.75 | $325.00 | $3,168.75 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 9.75 | $395.00 | $3,851.25 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.25 | $325.00 | $3,006.25 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.25 | $395.00 | $1,283.75 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.50 | $395.00 | $197.50 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 4.00 | $200.00 | $800.00 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.00 | $200.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Project Management & Planning / Shay Price | 7.00 | $250.00 | $1,750.00 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.25 | $250.00 | $312.50 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 06/18/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 06/19/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |

| Service | Texas Foster Care Monitoring - 06/19/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/19/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 06/21/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.78 | $300.00 | **$234.00** |
| Service | Texas Foster Care Monitoring - 06/21/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 4.00 | $250.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Anna Farr | 5.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 12.00 | $250.00 | **$3,000.00** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.75 | $395.00 | **$1,876.25** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Project Management & Planning / Linda Brooke | 1.92 | $395.00 | **$758.40** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Report and Document Preparation / Linda Brooke | 2.75 | $395.00 | **$1,086.25** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 5.25 | $200.00 | **$1,050.00** |

| Service | Texas Foster Care Monitoring - 06/22/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 3.75 | $200.00 | **$750.00** |
|---------|------------------------------------------------------------------------------------------------------------|------|---------|-------------|
| Service | Texas Foster Care Monitoring - 06/22/2020 - Project Management & Planning / Shay Price | 7.17 | $250.00 | **$1,792.50** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.83 | $250.00 | **$207.50** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Project Management & Planning / Nancy Arrigona | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.75 | $325.00 | **$1,218.75** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 0.75 | $250.00 | **$187.50** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 06/22/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Anna Farr | 4.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.68 | $300.00 | **$204.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 12.00 | $250.00 | **$3,000.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.67 | $395.00 | **$1,844.65** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Report and Document Preparation / Linda Brooke | 3.43 | $395.00 | **$1,354.85** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Project Management & Planning / Linda Brooke | 0.67 | $395.00 | **$264.65** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/23/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.25 | $325.00 | **$3,006.25** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.25 | $395.00 | **$888.75** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 1.50 | $200.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.67 | $250.00 | **$167.50** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Project Management & Planning / Shay Price | 7.33 | $250.00 | **$1,832.50** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Project Management & Planning / Nancy Arrigona | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 06/23/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Anna Farr | 6.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 10.00 | $250.00 | **$2,500.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.75 | $395.00 | **$2,271.25** |

| Service | Texas Foster Care Monitoring - 06/24/2020 - Report and Document Preparation / Linda Brooke | 1.33 | $395.00 | **$525.35** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 2.08 | $395.00 | **$821.60** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.25 | $325.00 | **$2,681.25** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.15 | $395.00 | **$454.25** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.25 | $395.00 | **$888.75** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 6.25 | $200.00 | **$1,250.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 1.50 | $200.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Project Management & Planning / Nancy Arrigona | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.25 | $325.00 | **$1,056.25** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 06/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 6.00 | $250.00 | **$1,500.00** |

| Service | Texas Foster Care Monitoring - 06/24/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/24/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Anna Farr | 6.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Report and Document Preparation / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.75 | $395.00 | **$1,086.25** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.75 | $325.00 | **$3,168.75** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.50 | $200.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.50 | $395.00 | **$987.50** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.82 | $395.00 | **$1,508.90** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Project Management & Planning / Linda Brooke | 3.08 | $395.00 | **$1,216.60** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Project Management & Planning / Nancy Arrigona | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Report and Document Preparation / Veronica Lockett-Villalpando | 4.00 | $250.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |

| Service | Texas Foster Care Monitoring - 06/25/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | $2,000.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/25/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 06/25/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.25 | $200.00 | $1,450.00 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | $637.50 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.25 | $325.00 | $2,356.25 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Report and Document Preparation / Linda Brooke | 4.25 | $395.00 | $1,678.75 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Project Management & Planning / Linda Brooke | 3.58 | $395.00 | $1,414.10 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 1.33 | $395.00 | $525.35 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.50 | $325.00 | $2,112.50 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Project Management & Planning / Nancy Arrigona | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 06/26/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 06/28/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.75 | $325.00 | $2,518.75 |
| Service | Texas Foster Care Monitoring - 06/28/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 5.00 | $425.00 | $2,125.00 |

| Service | Texas Foster Care Monitoring - 06/29/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/29/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Project Management & Planning / Veronica Lockett-Villalpando | 7.00 | $250.00 | $1,750.00 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.83 | $395.00 | $1,512.85 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Project Management & Planning / Linda Brooke | 2.58 | $395.00 | $1,019.10 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Project Management & Planning / Linda Brooke | 2.33 | $395.00 | $920.35 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.75 | $325.00 | $2,843.75 |
| Service | Texas Foster Care Monitoring - 06/29/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 0.58 | $250.00 | $145.00 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 7.00 | $250.00 | $1,750.00 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 1.00 | $250.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 3.00 | $250.00 | $750.00 |

| Service | Texas Foster Care Monitoring - 06/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.67 | $250.00 | $167.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 06/30/2020 - Project Management & Planning / Shay Price | 7.33 | $250.00 | $1,832.50 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.67 | $425.00 | $284.75 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.08 | $395.00 | $2,401.60 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.67 | $395.00 | $264.65 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Project Management & Planning / Linda Brooke | 2.33 | $395.00 | $920.35 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.50 | $325.00 | $3,087.50 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 06/30/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |

**Amount Due**     **$453,860.40**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.