United States District Court
Southern District of Texas
**ENTERED**
July 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D.; bnf STUKENBERG, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:11-CV-84 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your Supplements to Response in Opposition to Motion for Order to Show Cause (D.E. 919, D.E. 920, D.E. 922, D.E. 923, and D.E. 924; however, the pleadings are deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete. (LR10.1)

4. ___ No certificate of service, or explanation why service is not required. (LR5.4)

5. ___ No statement re conference w/opposing counsel. (LR7.1.D)

6. ___ Separate proposed order not attached. (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6.

8. _X_ Other: UNTIMELY; IF DEFENDANTS DESIRE TO PUT THESE MATTERS IN EVIDENCE AT HEARING ON AUGUST 14, 2020, THEY MAY PRESENT WITNESSES AT THAT TIME.

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

SIGNED and ORDERED this 27th day of July, 2020.

_____
Janis Graham Jack
Senior United States District Judge