UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., bnf STUKENBERG, *et al.*, | § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 2:11-CV-84 |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § | |

## PROPOSED ORDER TO SHOW CAUSE

On this date the Court considered Plaintiffs' Motion to Show Cause Why Defendants Should Be Held in Contempt (Dkt. 901), and for an order directing the Defendants to show cause why they should not be held in contempt and sanctioned for failing to comply with the Court's orders pursuant to the allegations enumerated and set forth in the Motion attached as EXHIBIT 1 and incorporated by reference here as if recited verbatim.

It is therefore ORDERED that the Defendants and their witnesses appear before Janis Graham Jack, Senior United States District Judge for the Southern District of Texas, on August 14, 2020 at 9:00 a.m., via Zoom, to show cause why the Defendants should not be held in contempt and sanctioned as requested in the Motion.

SIGNED and ORDERED this ___ day of July, 2020.

_____
Janis Graham Jack
Senior United States District Judge

Plaintiffs' Motion to Show Cause Why
Defendants Should Not Be Held in Contempt

EXHIBIT 1