

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 19-12 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 8/04/2020 | | |
| **Due Date** | 9/04/2020 | | |
| **Subject** | Texas Monitoring Team: July 2020 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $337,002.50 |

| | | |
|---|---|---|
| | **Amount Due** | **$337,002.50** |