# INVOICE



From | **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | **12** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 08/05/2020 | | |
| Due Date | 09/04/2020 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; July 2020 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring (07/01/2020 - 07/31/2020) | 1,395.72 | $269.99 | **$376,831.90** |

**Amount Due** **$376,831.90**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# INVOICE



| | |
|---|---|
| From | **Texas Appleseed** |
| | 1609 Shoal Creek Blvd |
| | Ste 201 |
| | Austin, TX 78701 |

| | | | |
|---|---|---|---|
| Invoice ID | **12** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 08/05/2020 | | |
| Due Date | 09/04/2020 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; July 2020 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/01/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 10.50 | $325.00 | **$3,412.50** |
| Service | Texas Foster Care Monitoring - 07/01/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 07/01/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.75 | $395.00 | **$1,876.25** |
| Service | Texas Foster Care Monitoring - 07/01/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Linda Brooke | 0.33 | $395.00 | **$130.35** |
| Service | Texas Foster Care Monitoring - 07/01/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.75 | $325.00 | **$2,518.75** |
| Service | Texas Foster Care Monitoring - 07/01/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 07/01/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.60 | $395.00 | **$1,027.00** |
| Service | Texas Foster Care Monitoring - 07/01/2020 - Project Management & Planning / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/01/2020 - Project Management & Planning / Beth Mitchell | 2.00 | $395.00 | **$790.00** |

| Service | Texas Foster Care Monitoring - 07/01/2020 - Project Management & Planning / Shay Price | 5.17 | $250.00 | $1,292.50 |
|---------|------------------------------------------------|------|---------|-----------|
| Service | Texas Foster Care Monitoring - 07/01/2020 - Report and Document Preparation / Adrian Gaspar | 6.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Report and Document Preparation / Linda Brooke | 3.42 | $395.00 | $1,350.90 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.08 | $395.00 | $1,216.60 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Project Management & Planning / Linda Brooke | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Linda Brooke | 0.75 | $395.00 | $296.25 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.75 | $325.00 | $2,843.75 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Project Management & Planning / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Project Management & Planning / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Shay Price | 0.33 | $250.00 | $82.50 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Project Management & Planning / Shay Price | 7.67 | $250.00 | $1,917.50 |
| Service | Texas Foster Care Monitoring - 07/02/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/03/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/03/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 07/03/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 07/03/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 1.50 | $250.00 | **$375.00** |
| Service | Texas Foster Care Monitoring - 07/05/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.50 | $325.00 | **$2,112.50** |
| Service | Texas Foster Care Monitoring - 07/05/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Project Management & Planning / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Project Management & Planning / Linda Brooke | 1.42 | $395.00 | **$560.90** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Report and Document Preparation / Linda Brooke | 3.75 | $395.00 | **$1,481.25** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.58 | $395.00 | **$1,019.10** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.25 | $325.00 | **$2,681.25** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.42 | $250.00 | **$105.00** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Project Management & Planning / Shay Price | 7.58 | $250.00 | **$1,895.00** |
| Service | Texas Foster Care Monitoring - 07/06/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |

| Service | Texas Foster Care Monitoring - 07/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.83 | $395.00 | **$327.85** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/07/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Project Management & Planning / Linda Brooke | 2.08 | $395.00 | **$821.60** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 3.00 | $250.00 | **$750.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Project Management & Planning / Shay Price | 7.00 | $250.00 | **$1,750.00** |

| Service | Texas Foster Care Monitoring - 07/07/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/07/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 07/07/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Project Management & Planning / Veronica Lockett-Villalpando | 0.50 | $250.00 | $125.00 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.67 | $395.00 | $2,634.65 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Project Management & Planning / Linda Brooke | 1.83 | $395.00 | $722.85 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.25 | $250.00 | $312.50 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Project Management & Planning / Shay Price | 6.75 | $250.00 | $1,687.50 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 07/08/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |

| Service | Texas Foster Care Monitoring - 07/09/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 10.00 | $250.00 | $2,500.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/09/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.00 | $395.00 | $1,975.00 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Project Management & Planning / Linda Brooke | 1.92 | $395.00 | $758.40 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Report and Document Preparation / Beth Mitchell | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Report and Document Preparation / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.33 | $250.00 | $82.50 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Project Management & Planning / Shay Price | 7.67 | $250.00 | $1,917.50 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Report and Document Preparation / Adrian Gaspar | 7.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 07/09/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 1.00 | $250.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.25 | $395.00 | $493.75 |

| Service | Texas Foster Care Monitoring - 07/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.50 | $325.00 | **$487.50** |
|---------|---------|------|---------|-------------|
| Service | Texas Foster Care Monitoring - 07/10/2020 - Project Management & Planning / Nancy Arrigona | 0.75 | $325.00 | **$243.75** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.75 | $325.00 | **$1,218.75** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.42 | $395.00 | **$1,745.90** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Project Management & Planning / Linda Brooke | 2.25 | $395.00 | **$888.75** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.25 | $425.00 | **$106.25** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.33 | $250.00 | **$332.50** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Project Management & Planning / Shay Price | 6.67 | $250.00 | **$1,667.50** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/10/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/10/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/11/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 10.00 | $250.00 | **$2,500.00** |
| Service | Texas Foster Care Monitoring - 07/11/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.50 | $425.00 | **$1,487.50** |
| Service | Texas Foster Care Monitoring - 07/11/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.50 | $325.00 | **$1,787.50** |
| Service | Texas Foster Care Monitoring - 07/12/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.25 | $325.00 | **$1,381.25** |
| Service | Texas Foster Care Monitoring - 07/12/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.50 | $425.00 | **$1,487.50** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 10.50 | $325.00 | **$3,412.50** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.83 | $395.00 | **$1,512.85** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.17 | $395.00 | **$1,647.15** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.50 | $325.00 | **$3,087.50** |

| Service | Texas Foster Care Monitoring - 07/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/13/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Report and Document Preparation / Adrian Gaspar | 7.50 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 07/13/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 6.50 | $250.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 1.50 | $250.00 | **$375.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.58 | $395.00 | **$2,599.10** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Project Management & Planning / Linda Brooke | 1.42 | $395.00 | **$560.90** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.25 | $325.00 | **$2,681.25** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |

| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.67 | $425.00 | **$284.75** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/14/2020 - Report and Document Preparation / Beth Mitchell | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Report and Document Preparation / Beth Mitchell | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.50 | $325.00 | **$1,787.50** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 2.62 | $250.00 | **$655.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Project Management & Planning / Shay Price | 5.38 | $250.00 | **$1,345.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 5.50 | $250.00 | **$1,375.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 2.50 | $250.00 | **$625.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Report and Document Preparation / Adrian Gaspar | 7.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/14/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |

| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.57 | $425.00 | $242.25 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.25 | $425.00 | $106.25 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Report and Document Preparation / Beth Mitchell | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.83 | $395.00 | $1,512.85 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Project Management & Planning / Linda Brooke | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 07/15/2020 - Project Management & Planning / Viveca Martinez | 1.00 | $325.00 | $325.00 |

| Service | Texas Foster Care Monitoring - 07/16/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.50 | $325.00 | $3,087.50 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Report and Document Preparation / Beth Mitchell | 3.20 | $395.00 | $1,264.00 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Project Management & Planning / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Project Management & Planning / Linda Brooke | 2.42 | $395.00 | $955.90 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.75 | $395.00 | $1,481.25 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 2.50 | $250.00 | $625.00 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 5.50 | $250.00 | $1,375.00 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Report and Document Preparation / Adrian Gaspar | 7.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 07/16/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Report and Document Preparation / Beth Mitchell | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Report and Document Preparation / Beth Mitchell | 1.00 | $395.00 | $395.00 |

| Service | Texas Foster Care Monitoring - 07/17/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
|---------|---------|------|---------|-------------|
| Service | Texas Foster Care Monitoring - 07/17/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.75 | $395.00 | **$1,876.25** |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Project Management & Planning / Linda Brooke | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Report and Document Preparation / Adrian Gaspar | 6.50 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/17/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/18/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.50 | $425.00 | **$1,912.50** |
| Service | Texas Foster Care Monitoring - 07/19/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.00 | $425.00 | **$2,975.00** |
| Service | Texas Foster Care Monitoring - 07/19/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.92 | $395.00 | **$1,153.40** |
| Service | Texas Foster Care Monitoring - 07/19/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/19/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Project Management & Planning / Nancy Arrigona | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.67 | $425.00 | **$284.75** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.25 | $425.00 | **$106.25** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/20/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Project Management & Planning / Linda Brooke | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Report and Document Preparation / Linda Brooke | 4.17 | $395.00 | **$1,647.15** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Project Management & Planning / Beth Mitchell | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 5.00 | $250.00 | **$1,250.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.00 | $200.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Project Management & Planning / Shay Price | 5.00 | $250.00 | **$1,250.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Report and Document Preparation / Adrian Gaspar | 5.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/20/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Project Management & Planning / Nancy Arrigona | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.50 | $325.00 | **$3,087.50** |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.25 | $395.00 | **$1,678.75** |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Project Management & Planning / Beth Mitchell | 3.75 | $395.00 | **$1,481.25** |

| Service | Texas Foster Care Monitoring - 07/21/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 5.00 | $250.00 | $1,250.00 |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/21/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 4.50 | $200.00 | $900.00 |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Project Management & Planning / Shay Price | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Report and Document Preparation / Adrian Gaspar | 5.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 07/21/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Project Management & Planning / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.50 | $395.00 | $3,357.50 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Project Management & Planning / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Project Management & Planning / Beth Mitchell | 3.75 | $395.00 | $1,481.25 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Project Management & Planning / Beth Mitchell | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 2.83 | $250.00 | $707.50 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Project Management & Planning / Shay Price | 5.17 | $250.00 | $1,292.50 |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 2.83 | $250.00 | $707.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/22/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/22/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.00 | $325.00 | **$2,925.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Project Management & Planning / Linda Brooke | 1.58 | $395.00 | **$624.10** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.42 | $395.00 | **$560.90** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.75 | $395.00 | **$2,271.25** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.50 | $395.00 | **$197.50** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Project Management & Planning / Beth Mitchell | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.75 | $325.00 | **$2,193.75** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 2.00 | $200.00 | **$400.00** |

| Service | Texas Foster Care Monitoring - 07/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.50 | $250.00 | **$375.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/23/2020 - Project Management & Planning / Shay Price | 4.50 | $250.00 | **$1,125.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/23/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Project Management & Planning / Nancy Arrigona | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Project Management & Planning / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.92 | $395.00 | **$363.40** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.25 | $395.00 | **$2,073.75** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Project Management & Planning / Linda Brooke | 1.17 | $395.00 | **$462.15** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 2.00 | $200.00 | **$400.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 1.50 | $250.00 | **$375.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/24/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/25/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 8.00 | $425.00 | **$3,400.00** |
| Service | Texas Foster Care Monitoring - 07/26/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring - 07/26/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.25 | $395.00 | **$1,283.75** |
| Service | Texas Foster Care Monitoring - 07/26/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 8.00 | $425.00 | **$3,400.00** |
| Service | Texas Foster Care Monitoring - 07/27/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/27/2020 - Project Management & Planning / Linda Brooke | 3.58 | $395.00 | **$1,414.10** |
| Service | Texas Foster Care Monitoring - 07/27/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |

| Service | Texas Foster Care Monitoring - 07/27/2020 - Project Management & Planning / Shay Price | 6.50 | $250.00 | $1,625.00 |
|---------|----------------------------------------------------------------------------------------|------|---------|-----------|
| Service | Texas Foster Care Monitoring - 07/27/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 07/27/2020 - Report and Document Preparation / Beth Mitchell | 2.25 | $395.00 | $888.75 |
| Service | Texas Foster Care Monitoring - 07/27/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.83 | $395.00 | $2,302.85 |
| Service | Texas Foster Care Monitoring - 07/27/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 07/27/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 07/27/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.67 | $425.00 | $709.75 |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 3.00 | $200.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.50 | $200.00 | $1,100.00 |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.17 | $250.00 | $292.50 |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Project Management & Planning / Shay Price | 6.33 | $250.00 | $1,582.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/28/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.58 | $395.00 | **$229.10** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.75 | $395.00 | **$2,666.25** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Report and Document Preparation / Linda Brooke | 1.75 | $395.00 | **$691.25** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/28/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.50 | $200.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.67 | $395.00 | **$1,844.65** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/29/2020 - Project Management & Planning / Linda Brooke | 2.25 | $395.00 | **$888.75** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Project Management & Planning / Linda Brooke | 2.33 | $395.00 | **$920.35** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.67 | $425.00 | **$284.75** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Judicial Proceeding / Deborah Fowler | 0.25 | $425.00 | **$106.25** |
| Service | Texas Foster Care Monitoring - 07/29/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.50 | $200.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.50 | $200.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Project Management & Planning / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Project Management & Planning / Linda Brooke | 3.08 | $395.00 | **$1,216.60** |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.67 | $395.00 | **$2,239.65** |

| Service | Texas Foster Care Monitoring - 07/30/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
|---------|---------|---------|---------|---------|
| Service | Texas Foster Care Monitoring - 07/30/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | $0.00 |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/30/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 2.50 | $200.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.00 | $200.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Project Management & Planning / Beth Mitchell | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.42 | $395.00 | $955.90 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Project Management & Planning / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.33 | $250.00 | $332.50 |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Project Management & Planning / Shay Price | 6.67 | $250.00 | $1,667.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Report and Document Preparation / Adrian Gaspar | 8.00 | $0.00 | **$0.00** |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/31/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |

**Amount Due**     **$376,831.90**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.