Honorable Judge Jack,

      I am writing with huge concerns regarding CPS & DFPS. My name is Tammy Bolin, I am a Registered Nurse & Foster mother. Our foster home became licensed 02/26/13. We have worked extremely hard ensuring our home, which is ran like an ICU, is ran safe, efficient, & in the children's best interest. My husband, Dale, & I have provided a home to 14 intense medically fragile foster children. The corruption & maltreatment we have experienced over the past few months is like none we have EVER seen. Gaynell Royea, Occupational Therapist with 35 years experience began working in our home Fall of 2013. During a recent conversation she informed me she has reported 17 homes in the past & nothing was done by CPS nor DFPS! She began crying & told me, this is the best, loving foster home she has ever worked in, & they are removing children for lies from a disgruntled ex-employee known to have spent time in a mental facility last year.

The following are reported allegations:
- 6/25/20 leaving a foster child w/ a 13 yr old
- 7/27/20 RCCL investigator claimed after searching my Facebook, there were posts reflecting I do not believe in COVID & there were pictures of me at beach not wearing a face mask. She claimed child, EB, was sent to my home to die & I took child to MD, had trach with ventilator placed, which is prolonging EB's life & causing him to suffer all for my own financial gain. She claimed my husband & I don't live in the home & reside elsewhere & I didn't have clothes/belongings in home where foster children reside.
- 7/31/20 Foster mother smokes marijuana on a regular basis & is always high while taking care of the children.
- 8/4/20 RCCL investigator claimed 6/25/2020 & 7/5/2020 LA (Foster child) was almost like a "vegetable" & "over medicated".
- 8/17/20 foster parent stays drunk all day.

The following lists corruption within this investigation:
- Falsification of documents
- RCCL investigator impersonating a federal agent with a badge till 2023
- Falsely reporting events that did not happen
- Backdating documentation to advantage the investigation.
- Forming an alliance with the disgruntle employee.
- No follow-up with professionals which could clear accused parties.
- Filing medical neglect and neglectful supervision charges with child care licensing before investigation is even finished.
- Abuse of power
- Interrogation and intimidation.
- Introducing a story within the investigation rather than investigating the story.

- RCCL investigator spreading an outcome of an investigation before it even started causing children to be moved.

All accusations have been investigated by Sheriff's Office. They had no reasoning to file charges & even found fault in RCCL investigation. However, d/t reports, CPS briskly removed 3 of 6 children from my home, placing them in new foster homes in high risk-cities & high-risk hospitals to await new placement. My home, including the children in it with weakened immune systems, have been exposed to hundreds of unnecessary workers since report, placing them in more risk then ever before. They are consuming all of my time which should be focused on caring for the children. The emotional distress they are causing the children will be detrimental to them.

I have reached out to several resources all of which have recommended contacting you.

I am begging someone to stop this corruption & stand up to CPS & CPS investigators. They can NOT treat families this way! Especially the families helping take care of these disabled children. Criminals have more rights than I have received over the past several weeks! If you hold the power to hold them accountable, please, I am begging you to help us! These children deserve better than what they are receiving from the very people that are put in place to advocate for them.

Thank you for your time in this matter. Please contact me at (830) 377-4841 to discuss the matters.


Sincerely,

Tammy Bolin
careville1@yahoo.com

Sept 14th 2020   830-377-4841

*[signature]* - RN

I would rather be A little Nobody's
Than to be A Evil Somebody's
                                Abraham Lincoln

I beg for your help!