UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D.; bnf STUKENBERG, *et al*, § § Plaintiffs, § VS. § GREG ABBOTT, *et al*, § § Defendants. § § § | CIVIL ACTION NO. 2:11-CV-00084 |

## ORDER

Before the Court is Defendants' Notification of Transcript Corrections (D.E. 994), in which Defendants propose numerous changes to the transcripts of testimony from the hearing that took place on September 3 and 4, 2020 (D.E. 990–91).

The Court DENIES Defendants' request to correct the transcripts, as many of their proposed corrections are flagrant attempts to change witnesses' testimony.

SIGNED and ORDERED this 16th day of October, 2020.

_____
Janis Graham Jack
Senior United States District Judge