UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D.; bnf STUKENBERG, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:11-CV-00084 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

## **AMENDED ORDER**

Before the Court is Defendants' Notification of Transcript Corrections (D.E. 994), in which Defendants propose numerous changes to the transcripts of testimony from the hearing that took place on September 3 and 4, 2020 (D.E. 990–91).

Defendants provide no legal basis for why the Court should adopt their proposed corrections. Moreover, many of Defendants' proposed corrections constitute attempts to change the substance of witnesses' testimony. For example, Defendants seek to change the phrase "60-month time frame" (D.E. 990 at 151:17–18) to "60-**day** time frame" (D.E. 994 at 6). Upon the Court's review of the audio recording of the hearing, it is clear that the witness said "60-month," rather than "60-day." In another example, Defendants wish to change "calendar year 2018" (D.E. 990 at 51:6) to "**calendar year 2019**" (D.E. 994 at 5). The audio recording confirms that the witness said "2018," not "2019." As a final example, Defendants seek to change the testimony that "the kinship homes that are unlicensed are a small percentage . . . of our total investigations" (D.E. 991 at 36:19–21) to "the **investigations of** kinship homes **of PMC children** that are unlicensed are a small percentage . . . of our total investigations" (D.E. 994 at 7). The audio recording confirms that the witness did not say the words that Defendants propose

1 / 2

to add to the transcript.  In these circumstances, the witnesses may have spoken in error, but the transcriptions of the recording of these testimonies are not erroneous.  Adopting these proposed changes would substantively alter the testimony given by the witnesses at the Show Cause Hearing.  Even if Defendants have identified issues with the testimony of certain witnesses, the issues are with the accuracy of the testimony itself and not with the accuracy of the transcripts.

For the foregoing reasons, the Court DENIES Defendants' request to correct the transcripts.

SIGNED and ORDERED this 16th day of October, 2020.

_____
Janis Graham Jack
Senior United States District Judge