Mrs. Karrie M. Wilson





United States Courts
Southern District of Texas
FILED
NOV 09 2020
David J. Bradley, Clerk of Court

Justice 4 Wilson Family
-kidnap By Cps!
-physically abused and neglected in foster care!
-teen runaway!
-statutory rape!
-harboring a runaway!
-corruption!
-lies!
-extortion!
-perjury!
-criminal barratry!
-tampering with evidence!
-False allegations!
-Broken Civil rules and procedures!
-Broken Human rights!
-Broken amendments!
-Guilty before innocent!
-No Justice within civil court!
-criminal actions by the State and the Department of family and Justice
Save Elanah, Elijah, Elandith, and Ellah Wilson
From Travis County CPS Corruption!

D-1-FM-20-001841
June 1, 2020

This letter is in regard to the corruption of Child Protective Services (CPS) in Travis County, Texas. On March 16, 2020, three-year-old Ellah Henrietta Wilson, five-year-old Elandith Cooper Wilson, and fourteen-year-old Elijah Richard Wilson were taken from our home by CPS. This gross misconduct was instigated due to the actions of fifteen-year-old Elanah Lynn Wilson on March 14, 2020.
At the moment, over 42 people have been involved, at my front my door in Pflugerville, Texas, in the parking lot of the Department of Family Protective Services on Summit Drive, along with online meetings with seven lawyers and multiple foster families. My family has been torn apart by two Travis County judges, one Grimes County Sheriff, two Anderson County CPS caseworkers, three sheriffs from Travis County Sheriff's Department, six sheriffs or officers from the Department of Family Protective Services, and over ten CPS caseworkers.
Due to my 15-year-old daughter, and Elanah Lynn Wilson, running away from home on March 1, 2020, my other three children have been kidnapped by the state. We were given a 32-page affidavit written by four or five different people all combined into one document. For the record, the majority of the document was not factual or true in its accounts. There were allegations of drugs, gang affiliation, family violence, and unthinkable actions which are not and many that have never been part of our family and the upbringing of my children.
The state has held three court room hearings over Zoom, all of which extended the protective orders to maintain custody of my children with no evidence or any factual allegations or statements on which the extension of temporary order was granted.
My court appointed attorney issued a withdrawal the day after she informed me that my husband and I had both passed the drug test, that we offered to take, and two days after that, she was informed I was never properly served. The third hearing was for a three-hour 262 hearing to see the evidence against my husband and me. Again, I was never properly served, Karrie Michelle Wilson, the mother of the four children whom the department kidnapped. I am not a party to this lawsuit.
Let me say nobody, not one single person has done their job to prove guilt or innocence or protect my children. It was suggested they were in immediate danger/harm's way, and that was the determining factor, a lie.
There is not one piece of evidence. It is all hearsay or simply and completely untrue allegations made by a scorned child. Not one CPS case worker has done a home study; not one person has walked in my house; no one checked to see if there was any proof of neglect or abuse. No interviews have been done, no one has contacted my kid's three schools, no one spoke to principals, teachers, or classmates, and no one has requested any medical records.

All the children have been seen by the same pediatrician for over five years. There has never been a phone call to the police department or to CPS from anyone. There is no evidence to support any form of neglect or abuse towards my four children or myself.

I would like to provide a written account as a way of introducing you to our four children and putting my statements on record.

### Ellah Henrietta Wilson - three-years-old, the youngest

Her experience thus far in state custody has been horrifying. Her caseworker, Kayla, placed her in a foster home who physically and mentally abused her. My baby girl informed me at the very first visitation, "Mama the man is mean to me. Mama the man is mean to me. Take me home please. I want to go home." I had to hear this from my baby and send her back to this abuse. I informed the CPS visitation supervisor, Sylvia, and she said there must be some kind of misunderstanding. The family she was with had been approved by the state. After THREE weeks of her living in that "approved" home, evidence was revealed to them that Ellah was being abused and spanked/ hit by her foster father. They found out that the man was hitting my child. My baby, my daughter, had never been spanked, never had hands put on her, not once in her whole entire life, but the Department of Family and Protective Services took her from the safety and familiarity of her home, with her father and I, due to allegations of abuse and neglect, only to place her in real abuse. I was horrified, and the mental and emotional damage that began with CPS taking her, then separating her from her siblings, was further amplified through true physical abuse. They took her from us with no proof, no evidence, and put her in a state approved foster home that neglected and abused her for three weeks. The state and foster home actually physically abused her, with evidence. Where is justice for Ellah Henrietta Wilson? She was then removed from this home and placed with her estranged, older sister, who she had never met! Since she's been placed in this second home, that the Department of Family Services approved, I have only physically seen my daughter in person one time. It was the weekend of Easter. Ellah Henrietta Wilson told me she was not allowed milk, and that Lexi, her sister and caregiver, and Violet, her niece of one year old, don't like her. Ellah said they were mean some times and that she wanted to come home. Since that last visit, I have been given four, 30-minute Zoom calls, and in that time, my daughter went from saying 300 words to barely saying 10 words. All she does is make faces and baby sounds. Ellah could count to 30, and now it is difficult for her to count to ten. She has regressed dramatically, and she has begged her father and me to take her home. She doesn't like it there. Whether true or not, she believes they don't like her, and they're mean to her. She went from being an advanced three-year-old to acting like she's nine months old. All she wants is to come home and be with her family.

She seems sad, scared, and lonely. She is not the little girl that was taken from my arms.

### Elandith Cooper Wilson - five-years-old

He was placed with a family in Georgetown. He told us at our visits it was okay, but he wanted to come home with us. He cries every night asking for his mommy and daddy. He said, "Sometimes I will just start crying because I think of you, and I miss you, and I want to come home." He wanted to know why he could not come home and be with us. This was stated by him on all three of our visits. He would cry when we had to leave him there. He begged me, "Mommy, take me home with you? Are you here to take me home? Why can't I come home mommy? I love you mommy. I love you daddy." We have had three, 30-minute Zoom calls with him since Easter weekend. It should have been four, but this last week, he was unable to appear with no answer as to why or where he was.

Nobody will let me talk to him or see him. He told me in a visit, "Mommy, every day I have to go see a new doctor." Why is he going to a doctor? Who is he seeing? Why am I not being told about this?

In our last 30-minute Zoom visit, he informed me that he was told I was mean and bad to him, his daddy, and his sister, and if I wouldn't be good, I would never see him again. He would never get to come home, and he wants to come home. Who says something like that to a child?

This state "approved" home is brainwashing my five-year-old to believe his parents are bad people and that he's never going to get to come home again. Where is the justice for Elandith Cooper Wilson?

He told me to please pick him up and take him home. He looked like he had been drugged and had been crying every time we've seen him. He could barely keep his eyes open the past three Zoom calls. His eyes are all puffy and swollen, and he's so tired he can barely stay awake for a 30-minute call. I asked him what was going on, and he told me he throws up every night before he goes to bed. He also throws up in his bed. I asked if the foster family knew that he was throwing up? He said, "Yes, they just let me throw up." I asked him what was wrong? He said his stomach hurts all the time, and they don't let him have milk because the virus is in the milk. He said he can't go to the store because the virus is everywhere, and he can't do school work because of the virus.

He has not completed his kindergarten school work since he was taken from my arms. He was also in speech therapy, and it was supposed to be for a year. His teacher was sure she and I could help him with his speech, and it could be permanently corrected. However, he never completed any of his speech therapy or his schoolwork, and now he is behind in his development. I asked him what he does all day, and he said he sits at the table and colors. I asked him if he goes outside and plays, and he said, "No, we're not allowed to go outside." He has to stay inside with the baby.

Then I was told that he goes to another home, and a CPS worker told me it was like a daycare, <u>Monday through Friday</u>, but when I looked it up, it is a program for special needs children, and it was to give the foster parents a break

from him. So not only was he uprooted out of his bedroom, his home, siblings, and parents to live with strangers, he doesn't even live with one set of strangers, he lives with two!

I'm a housewife. I have been a housewife for 19 years, and my children have never had a babysitter, have never gone to daycare, and the only time they have ever been apart from me was when they began school.

### Elijah Richard Wilson - fourteen-years-old

Elijah was on the track team, the football team, and is an A/ B student. Twice this year he made the A honor roll. When he is not playing football, running track, or doing kickstart, he likes to play Fortnight and jump on the trampoline with his little brother and sister. He is above average and will be entering high school in all AP classes and finishing with six college credits. He is a boy of few words. The state took him from our home and placed him in a boys' home where he was tormented on a daily basis by other kids threatening to beat him up, calling him names, bullying him, and even elbowed him in the face to shut him up and busted his lip.

So, he spent his time playing with the little kids because it reminded him of being home and with his siblings. He was told by his caseworker and foster care that his parents were in the KKK, that we are racists, we had drug charges, we were drug addicts, we were bad people, and that he was going to be living there for the next year. He was not allowed to contact us, and we were given a 30-minute phone call once a week. He was informed by the caseworker and lawyer that his father beat him and his older sister, and he couldn't go home. He didn't even know where he was. He had the opportunity to complete his eighth-grade year in Pflugerville ISD and graduate because he independently finished it on his iPhone. He has goals. He told the caseworker, foster care, the teacher, and head person of the boys' home that nothing they were saying about his parents was true. Elanah, his sister, had run away, and she was lying. He was not in danger, he was never hurt, he was never scared at home, but he was scared there. He hated it there, and every day somebody was trying to get him to believe that his parents were bad. They were trying to brainwash and poison my son against us. As they are doing to my three-year-old and five-year-old. During the first court hearing, the judge called him, and he told her that everything being said about his parents was untrue. His sister was lying, the people telling her these things were lying, and that he wanted to go home. He requested that she send his brother and sister and him home to his parents. He told her that he wanted to be involved in the upcoming evidence hearing. He has informed his lawyer that everything was untrue.

About a week before the 262 hearing, which was set on May 14, 2020, Elijah Richard Wilson was playing with the little kids, and a fire extinguisher fell on his foot and cracked two of his toes. He had to get five stitches. I talked to him the day of the hearing, and he told me he told his new lawyer that he wanted to be in the 262 hearing and that he would be at the Zoom court hearing. He wished me luck and told me he loved me, and he'll see me soon because he believed that the judge wanted to find the truth because she knew the accusations were false.

Well, needless to say, he wasn't at the 262 hearing like he had requested. Elijah's lawyer informed the judge that Elijah confirmed the accusations were false and he wanted to speak to her. This was the second time the judge would talk to him on the phone. The judge called him after the 262 hearing. She asked him two questions: What would it take for your family to be back together again? Elijah said for my sister Elanah to tell the truth.

The second question was what did he want the end court results to be? He said for him and his brother and sister to go home.

The next day Elijah Richard Wilson was brought to our front door. However, the judge did not release the other two children or return Elanah Lynn Wilson. Elandith Cooper Wilson and Ellah Henrietta Wilson are still with their kidnappers.

### Elanah Lynn Wilson – sixteen-years-old (Fifteen when this began in March.)

She was a Pflugerville High School transfer student involved in Kickstart throughout her middle school and part of her high school education, but her dream since she was five was to be a veterinarian and go to A&M. So, we transferred her to Pflugerville High School which has an FFA program. She was very determined, smart, and worked very hard to be great. Nothing came easy for her. We have dedicated the past two years to the FFA program raising goats and going to every competition. She was an officer in the FFA, she was in AP classes, and in pre-AP classes. She worked so very hard.

She always felt she didn't fit in, in middle school, and then she was sure she was going to fit in, in high school because it was with people that wanted to do the same thing she wanted to do. Her freshman year, she had ups and downs, but she did very well for herself. As a sophomore, the year seemed better until Thanksgiving. Suddenly she was having trouble with her peers, she didn't fit in, she wanted to drop out of the Officer Club in the FFA, and she said people didn't like her, people made fun of her, and said bad things about her. As a mom, I did the best I could to console her and spoke to the school, but the truth is kids are mean and anywhere she goes some people will dislike her. I told her to not worry about what everybody was saying or thinking, to only focus on what she wanted, where she wanted to go, and what she wanted to do.

Boys were not on her to do list as far as we knew, but <u>on March 1st,</u> Elanah jumped out of her window <u>at 3:17 A.M.</u> Fourteen days later, she was found in Navasota, Texas, with a boy named Freddy and his parents. She said she was happy there and wanted to stay. This conversation happened at the Navasota Sheriff's department.

I told her no. I told her it was time to come home. I pleaded with her and told her that nothing she had done was so bad that we couldn't repair it and get her back on track with her dreams. The sheriff there had informed me that she had made allegations of domestic abuse, of my husband abusing me, and that he was obligated to call CPS.

So I waited for a CPS officer from Anderson County to arrive. Two men came and talked to my daughter and then informed me of the allegations of abuse from my husband to me. Due to her accusations, they couldn't let my child come home. So, I came back to Pflugerville, Texas, without my 15-year-old daughter. That night, two CPS officers and two sheriffs showed up at our door after dark. Our children were in bed asleep. I was still crying over the fact that my beautiful, 15-year-old had told such horrendous lies and refused to come home. Heartbroken, as any mother would be, that her child had thrown away her family and her future plans to be with some boy we didn't even know was part of her life.

CPS informed my husband that they were keeping Elanah and we were to call them in the morning, so that they could talk to me and the children. My husband asked them if this was a home visit, and they said no. They left a CPS handbook on the doorstep and left.

The following afternoon they came back again with three sheriffs and guns. My husband asked again if this was a home visit. They said no. We were unclear as to why there were guns involved and why CPS arrived with sheriffs. They spoke to my husband for about an hour; they spoke to me for about 15 minutes, and in the process, all I did was sit down on the floor and cry. They wanted to make sure that I wasn't a victim, that I wasn't hurt. I lifted up my shirt and showed them I had no bruises, and I wasn't hurt. They wanted to see our children to make sure that they were not hurt. They physically saw all three of my children. There were no bruises or any marks on them. There was no reason for them to remove my children and no evidence of abuse or neglect. Yet they came back with a warrant to remove our children the next day. They came beating down the door, beating on my garage door, terrifying my babies and me.

I was home by myself with the kids as my husband was at work, and I did not let them come in. We were all so afraid of this threatened home invasion and robbing of my children. When my husband got off work, he contacted the sheriff's department, and the sheriff informed him that they weren't going to stop. They were coming for our children. They had a court order, so we packed bags for our children, told them everything would be okay, that mommy and daddy loved them, and they would be home soon.

Due to them drawing guns and being ready to take us at gunpoint. We decided to turn our kids over to protect our children from fear and extended emotional damage. We took them to the CPS parking lot, where there were at least six cops and six CPS workers.

We did the best we could, and we told our children goodbye. We promised them they would be home soon. The CPS worker said they would keep our children together. My oldest son held onto his brother and sister promising us he would take care of them like any big brother should until we were all back together. We were sure as soon as we saw a judge our children would come home. We knew we had done nothing wrong.

They later served my husband, and almost three months later, I still have not been served!

At the 262 hearing, the DA had three witnesses and then called me. After she called me to the stand, she called a CPS case worker named Mandy who completely perjured herself. She is a CPS case worker who stated on the record that she was there in Navasota and saw me come to pick up my child, then later she stated she had never seen me or met Elanah. She was never there. She had received a phone call.

Her statement was considered the proof and conclusive evidence against my husband and me; however, in the final orders, her name isn't even on the list for being called to the stand. A different caseworker supervisor, Melissa F., is on the orders. She was in the waiting room, but she was never called to the stand. How can this possibly be justice for the Wilson family?

They then called CPS worker Caleb, the man who stood at my door and told my husband it wasn't a home visit with sheriffs who pointed guns at us. He lied under oath at least three times, and he contradicted his self several times. His words were also considered proof and evidence against my husband and me. Once more, this is not justice.

They then called our caseworker, Kayla, a lady who had never seen or heard for herself anything that she stated on the stand to be facts and truth. Everything she said was hearsay and second hand allegations. These were the three state care employees who used the system to kidnap my children. The Department of Family and Protective Services used these three as "witnesses" that the DA called to show "proof" and "evidence" of neglect and abuse. All three of these CPS workers got on the stand and lied more than once objecting to anything said on behalf of my children, my husband or myself. No real evidence or proof was given on behalf of innocence or guilt. Everything was hearsay.

Elanah, my now sixteen-year-old daughter, was also called to the stand and spoke for forty minutes about five years of abuse which never happened. It was horrible. It was heartbreaking, and she no proof to back up her story. As her mother, I can tell you every single word was a lie as she turned red from the chest up. That is her tell for lying. She looked at the wall and read every word she said. I watched her eyes moving back-and-forth as she spoke, and she sounded like a psychologist had prepped her. Not one thing she said had facts or truth.

They called my husband, and of course nobody asked the right questions, nobody listened when he spoke. The Zoom app kept shutting off in the middle of his answers. I'm not even sure if anyone even heard what he said. The scheduled three-hour Zoom had lasted over four hours, so everybody was just ready to end the hearing. Nobody

offered one piece of physical evidence against my husband or myself for any type of abuse or neglect. None of our lawyers offered any evidence to prove our innocence.
I have a recording of what happened at the sheriff's department. I have a recording of what happened with the CPS officers at the sheriff's department. I have a recording of my conversation with my daughter at the sheriff's department. I have screenshots from her phone of her planning to run away a month before she ran away. I have evidence from classmates of her secret phone, her plans to spend Spring Break with her boyfriend, and I have five years of doctor records to prove that none of my children have ever been abused. I have 15 years of school records to prove that my children have never been subjected to any type of neglect or abuse. We have lived in the same neighborhood for six years and no calls or reports were ever made due to family violence or abuse of my children. My husband is a mechanic and works Monday through Saturday. I am a housewife 24-hours a day, their taxi, nurturer, cook, maid, teacher; I'm the mommy. There is always food in my cupboards, my kids always have clean clothes, and they have never wanted for anything or needed anything that their father and I could not provide. My husband nor I have ever put hands on our children, and my husband does not physically abuse me.
I am coming to you to show the corruption and the railroading that Travis County has shown my family. I an individual asking another individual to see the truth. Nobody has done their job; nobody is protecting our children. Our children were never in harm's way or any danger, but since being taken the very things we are being charged with have actually happened to our children, our innocent, beautiful children.
There have been more than fifteen procedures, federal laws, and amendments broken. My family is being bullied and dismantled. I am begging for someone to help save the Wilson children. I pray for the safety of my children. I pray for us to all be in our home together again. And I pray that I can undo the damage that my children have been through.
I am asking for one person to look at this and see what is happening to my family, and sadly I believe it's happening to hundreds, maybe even thousands, of families. Our children are being hurt. My children are in immediate danger by the Department of Family and Protective Services and the foster homes they have provided for them to live in.
Please help me get justice for the Wilson children, justice for the Wilson family. Please help me get our babies home. They belong with their mommy and daddy and their brother.
Sincerely, The Wilson's

September 14, 2020

D-1-FM-20-001841

I sent a letter on June 1, 2020, to you and more than 3000 other people. I would be very grateful if you would take a look at where my family and I are at now. If you know anyone that can help us, I am begging you to send them this letter or let me know what I need to do.
My youngest daughter, Ellah Wilson, has turned four in the system and started pre-K, and my heart is broken that I, her mother, was not with her for these precious moments. I get two phone calls with her a week for 30 minutes, and I get one three-hour, in person, supervised, weekly visit. She is still my warm, beautiful little girl who has now moved to her third foster home. It took two prior homes for her to be placed with foster parents who seem to be kind to her. It is a relief to no longer have to hear about her fear, sadness, or pain being with people who hurt her. Her only pain now is not understanding why her mother will not take her home, and I am not allowed to tell her that I am trying because this is considered talking about the case and is not allowed. So I am to let her believe that I am doing nothing to get her back with me. She always tells me how much she wants to come home and be with me and daddy, and she misses her brother. I have been forced to send her back to two different homes over the past five months where Ellah reported that they were mean to her, spanked her, yelled at her, and made her cry over and over again. She was constantly covered in bruises and only three years old.
Elandith Cooper Wilson is my second youngest. He is not with his little sister in the system even though I was told the children would remain together. Six months into this they still can't put my babies together. Elandith has started first grade without me, had his sixth birthday without his family and friends, and has now regressed to the "terrible two" stage where he is throwing tantrums, screaming, and hurting inside. The only reason I can see for this is that his heart is broken. He asks me constantly why his older brother is home and he is not. He wants to know why daddy and I won't take him home, and once more I am not allowed to soothe my son and tell him the truth, that we are trying. I get two 30-minute phone calls weekly and one three-hour, supervised visit a week. Last week, my beautiful, six-year-old boy laid on my lap for two hours, and all he could say to me is he wished every day was Friday because that means he would be with me every day. When I asked him if there's anything he needed or wanted, he said, "I need you." He doesn't understand of course why he can't come home. He doesn't understand why his brother Elijah gets to be home with us. He doesn't understand why Elanah, his sister, doesn't want anything to do with him. And the state has removed my power to support him, talk to him, and explain the world to my child. Instead, I am to stay silent or lie. How does a mother do this?
There is so much more I could say in regard to the care of my babies since they were removed. I am so very confused as to why they were removed from my care only to be put into pain, abuse, and confusion. My children have

undergone irrevocable damage because the State thought they offered better care than my children received in their home with parents who love them. How is this right? How is this legal? They were removed due to unproven allegations of abuse and neglect with no evidence only to be put in places where they have been abused physically, mentally, and emotionally. Now they have been neglected, abandoned, confused, alone, and hurt during their key and very crucial years of emotional and psychological development. Four years old and six years old are very important times in a person's life. It is when you learn what love is. I love my children. I adore my children. I carried those children, and I gave birth to those children. I have spent every waking minute of their life kissing bobos and wiping tears, holding hands, and giving them safety and security and well-being. All of this was taken from me and from them. The system has destroyed all of our lives and possibly permanently damaged their futures.

I have never, ever done any of the things that I was accused of doing. My husband has never done any of the things that he was accused. The affidavit that this case is based on, the reason CPS chose to remove my children is completely untrue. I was told yesterday that I am naïve because I believe that the truth matters. When did the world become such a place? I have never experienced such gaslighting and from my own government no less! Every single thing I have said or done has been twisted and turned by CPS through family court, from false statements, made up stories, point-blank lies, and allegations. The most aggravating aspect is that all the proof I have to show that my home is not dangerous was given to the court but never entered in as evidence! The services I was required to complete were used to show guilt rather than compliance! I am at a loss, and I am looking for help. What happened to innocent till proven guilty? Elanah Lynn Wilson, has turned 16 in the system. I have not been allowed to talk to her at all, and therefore, I cannot speak to her safety or wellbeing. The last time I got to speak to her was in the sheriff's department in March when I went to pick her up after she ran away to be with a boy. That is when she told me that she was three months pregnant. The State has since told me she is not pregnant, had an IUD placed in her body, and was placed in psychiatric care and was put on SSRIs. My daughter has never been medicated before! I tried to send her baby pictures and letters telling her how much I love her and want her to come home. That too was used against me by CPS stating that my interactions and attempts were negatively affecting my daughter and causing an unhealthy emotional state. So now I am told I cannot even love my own daughter or reach out to her in any way. She was on track to go to A&M and had a very promising future. Now, she may be lost completely, and there is nothing I can do. This is torture for a mother who wanted the very best for her daughter.

I will again state that my daughter, at 15, ran away, to a different town, with a boy who is legally an adult and whose parents harbored her as a runaway for 14 days! The sheriff's department would not give me the information to file statutory rape charges or harboring a runaway charge. The state came to interview my child and informed me that I could not bring her home, yet they put in the report that they kept the child due to inability to find the parents. I was sitting in the room waiting for them! I was there an hour and a half before they were!

This week we are at six months that my children have been in the system. I am so deeply grateful that my 14-year-old son was sent home in May, but I still have three children sitting in foster care for no reason. I have three children who need their mother and father, who have futures and desires and wants, and I cannot find any one single person who has the power to help me! I am not guilty! My husband is not guilty! I am far from perfect. I have made many mistakes in my life, but I chose 20 years ago to be a parent, and I have given every waking moment of my life to give my children every opportunity to succeed. I am loving, and I am what is in the best interest of the children. We are what is in the best interest of the children!

I have had three appointed attorneys. My husband has had two court appointed attorneys and two paid attorneys, and now we are out of money trying to fight this. My 14-year-old has had two court appointed attorneys. My four and six-year-old have had two court appointed attorneys. Everything has been done on zoom, so no real emotion or sense of humanity has been experienced, just faces on screens.

I am not coming to you because of all the pain that has been endured by my children, my husband, or me. I'm coming to you because everybody keeps talking about the best interest of the children. Where did the government go wrong? Do you think foster care is in the best interest of the children? Multiple strangers, multiple homes, multiple rules, spirit crushing physical abuse, brainwashing through censored communication and lies, and emotional tug-o-war is what is now considered in the best interest of the children?

I'm only one person. I am just a mom, so I am coming to you as a mom, as a woman who has no criminal record. I have now taken five negative drug tests, three domestic violence courses, eight therapy sessions, a four hour parenting course, and I am still no closer to a resolution.

My husband and I are innocent of all allegations. The truth is plain and simple. The facts are plain and simple. Sadly my 15, now 16-year-old daughter ran away and made up a story so big as to ensure her autonomy from parental control so she can do what she wants. All my love and bending to her will did not give her more opportunities in life. It made her headstrong and resistant to authority. I have made a mistake. I no longer know what she wants, only that, according to the State, she doesn't want to be here with her family. Her stories are so big that CPS came and took away the children who do want to be here, with mom and dad.

We've been in the same neighborhood going on seven years. They have gone to all the same schools. I was talking to my son's, friend's mother, who is also a teacher at the school where all three of my children have attended throughout the past six years, and when I told her the story of what has happened, tears came to her eyes. She told me she was

so sorry. She has known our family for so many years, and there has never been anything she has ever seen or heard to raise an alarm about our family.

I may be naïve to believe in truth, right and wrong, good and bad, but it's who I am, and I have to believe there are good people in this world. I have to believe the truth does matter! I can give you school records, doctor records, screenshots of text messages showing that my daughter was planning on running away, that my daughter was seeing an older boy, and my daughter was doing things to hurt herself and her future. We had no idea what was going on in her world. Teenagers and their understanding of technology allows them to live lives completely separate of who they are and do it all from the privacy of their bedroom. She was such a talented academic and goal oriented child, I never thought to check her phone for the type of behavior that was uncovered after she left.

My guilt is always trusting that my daughter was making the right choices and telling the truth. I don't see the light at the end of this tunnel. I have learned how corrupt, misguided, unfair, and damaging Family Court and CPS are. No one wants the truth. They just want to be right. I am a fighter, and I have fought for my children. This has not shown my love. Instead, it has been seen as insubordinate behavior and a further reason to dig in their heels and refuse the release of my babies. MY BABIES. How can they take and keep my own children? No one is fighting for us. I am only told to obey, comply, and maybe I'll have a chance at a trial. While each act of obedience and compliance takes a piece of my soul, it also gives them one more thing to use against me. I am punished if I fight, and I am punished if I acquiesce. Everything is used to benefit the removal of my children regardless of truth. The court statements and the reports that have been filed in this case infuriate me! Every day something else happens in this case. Even if it was meant to help us get our children back, it has simply made it easier for everyone else to flip our lives upside down and tear our children away from us.

The damage that has been done this far, if it's at all possible to ever be repaired, will take a lifetime of pouring love into my children and constantly proving that I do want them and did fight for them. I am watching the spirit of joy, love, security, and safety be drained out of my four-year-old and my six-year-old. This is so grossly wrong. The truth should matter. They say, the truth shall set us free. The truth should save us; however, nobody cares about the truth. Nobody will even listen to the truth.

They keep saying that my husband and I are criminals, yet no criminal charges have been pressed. What's criminal are the allegations, the fantastical stories of a 16-year-old who does not want to be grounded or reprimanded for disturbing sexual acts, running away, and has now dug a hole so deep, she cannot see a way out of it. If 10% of the allegations she's made were true, charges would've been pressed, and we would be in jail. The fact that my husband and I are sitting in our home doing everything in our power to get our kids back should speak volumes. The people my daughter has accused us of being would not be making any effort to restore their family. We are not those people.

I am asking anyone who believes in right and wrong, good and bad, innocent until proven guilty to please hear my cry! Please look at this case that has had over 62 people involved who all seem to be just covering up what the last person did to benefit the department and save everybody's jobs. They all know there are mistakes, lack of procedure, and gross negligence on the part of the department. They all know there have been direct perjuries in court, and no one wants to be the whistle blower. No one wants to get these people fired or actually put in jail for these crimes. So, they keep passing us around to new people who repeat what has already been said with no digging into the truth.

Sincerely,
The Wilson's



AUSTIN TX 787
RIO GRANDE DISTRICT
1 NOV 2020 PM 3 L



CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 4 2020
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

Judge Janis Jack
1133 N Shoreline Blvd.
Courpus Christi TX 78401

78401-204295

