# Samantha Loewen

## EXPERIENCE

**Action Research Partners**, Brooklyn, NY *Research Associate* 2020 – Present

- Support monitors in child welfare class action litigation settlements by developing data plan and conducting analysis to track State progress towards agreement commitments
- Conduct research, analysis, and evaluation to support work to improve services in child welfare in New York City

**Population Council,** New York, NY 2020
*Research Consultant*

- Conducting a systematic review of the impact of COVID-19 and other acute disasters on sexual and reproductive health in low- and middle-income countries

**APMG Health,** New York, NY 2019 – 2020
*Global Health Consultant*

- Conducts evaluations of the Global Fund's grants to prevent HIV, TB, and malaria in low- and middle-income countries
- Authors reports and abstracts related to global HIV prevention among key population groups
- Reviews and edits reports evaluating the impact of the Global Fund's grants in select countries

**Columbia University,** New York, NY 2020
*SQL and Relational Databases Graduate Teaching Assistant*

- Provided expertise on MySQL and MS Access to graduate students in weekly classes and office hours
- Graded assignments and exams, providing feedback to students and teaching team

**International Rescue Committee,** New York, NY 2019 – 2020
*Research Data Analyst*

- Performed statistical analysis for an adolescent sexual and reproductive health research study conducted in Nigeria and South Sudan
- Developed data collection and management tools, including SPSS and Excel databases, focus group discussion guides, and key informant interview guides
- Co-authored case study of research finding
- Presented initial findings of research at a technical consultation in August 2019

**Ubuntu Pathways,** New York, NY                                                                                     2015 – 2018
*Monitoring and Evaluations Associate*

- Responsible for management of data for multiple major programs, involving creating databases, ensuring integrity of data, and training of data capture staff
- Performed data analysis on clinical, educational, and psycho-social support program progress
- Prepared reports for internal and external audiences based on programmatic data
- Collaborated in development of monitoring and evaluation policies and processes

**Harlem Academy,** New York, NY                                                                                       2013 – 2015
*Development Associate*

- Managed extensive database of donors
- Led logistical planning and execution of large-scale fundraising and community events
- Led daily mentoring program for 250 students and volunteers

## EDUCATION

**Columbia University Mailman School of Public Health,** New York, NY                   2018 – 2020
*Master of Public Health: Population and Family Health, Applied Biostatistics*

- GPA: 3.9/4.0

**Vassar College,** Poughkeepsie, NY                                                                                   2009 – 2013
*Bachelor of Arts: Geography*

- GPA: 3.5/4.0

## OTHER

| | |
|---|---|
| Software | R, SQL, SAS, SPSS, ArcGIS, Tableau, MS Excel, MS Access |
| Language | English (fluent), French (beginner) |
| Awards | NYAAPOR 2020 Young Public Opinion Stars |