

# INVOICE

From    **Public Catalyst**
**99 Wood Avenue South, Suite 301**
**Iselin, NJ 08830**

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| Invoice ID | **Texas M.D. Monitoring 20-04 Summary** | Invoice For | **Texas M.D. Monitoring** |
| Issue Date | **12/02/2020** | | |
| Due Date | **1/04/2021** | | |
| Subject | **Texas Monitoring Team: November 2020** | | |

**All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.**

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | **$479,791.25** |

**Amount Due        $479,791.25**