# INVOICE





| | From | **Texas Appleseed** |
| | | 1609 Shoal Creek Blvd |
| | | Ste 201 |
| | | Austin, TX 78701 |

| Invoice ID | **16** | | Invoice For | **Texas DFPS/HHSC** |
|---|---|---|---|---|
| Issue Date | 12/03/2020 | | | |
| Due Date | 01/02/2021 (Net 30) | | | |
| Subject | Texas Appleseed Monitoring Team; November 2020 | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring (11/01/2020 - 11/30/2020) | 1,483.07 | $305.22 | **$452,661.40** |

| | **Amount Due** | **$452,661.40** |
|---|---|---|

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# INVOICE



From **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | **Texas DFPS/HHSC** |
|---|---|---|---|
| Invoice ID | **16** | Invoice For | |
| Issue Date | 12/03/2020 | | |
| Due Date | 01/02/2021 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; November 2020 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/01/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.50 | $325.00 | **$1,137.50** |
| Service | Texas Foster Care Monitoring - 11/01/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.25 | $395.00 | **$2,073.75** |
| Service | Texas Foster Care Monitoring - 11/01/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 10.00 | $250.00 | **$2,500.00** |
| Service | Texas Foster Care Monitoring - 11/01/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 11/01/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 3.00 | $250.00 | **$750.00** |
| Service | Texas Foster Care Monitoring - 11/01/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.80 | $395.00 | **$1,106.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | **$850.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 7.50 | $300.00 | **$2,250.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 1.25 | $250.00 | **$312.50** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 0.43 | $250.00 | **$107.50** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 5.00 | $250.00 | **$1,250.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.67 | $325.00 | **$2,817.75** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.75 | $325.00 | **$2,843.75** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Veronica Lockett-Villalpando | 10.00 | $250.00 | **$2,500.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Project Management & Planning / Linda Brooke | 1.75 | $395.00 | **$691.25** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.48 | $395.00 | **$2,954.60** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.50 | $395.00 | **$197.50** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.25 | $395.00 | **$493.75** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 6.17 | $250.00 | **$1,542.50** |

| Service | Texas Foster Care Monitoring - 11/02/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 1.25 | $250.00 | $312.50 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 4.00 | $300.00 | $1,200.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.50 | $300.00 | $450.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Robert McManus | 0.33 | $300.00 | $99.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.33 | $395.00 | $2,895.35 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.50 | $325.00 | $2,112.50 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 0.75 | $325.00 | $243.75 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.50 | $200.00 | $300.00 |

| Service | Texas Foster Care Monitoring - 11/03/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.50 | $200.00 | **$1,300.00** |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/04/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Robert McManus | 0.58 | $300.00 | **$174.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 4.50 | $300.00 | **$1,350.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.50 | $300.00 | **$450.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | **$2,762.50** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.25 | $395.00 | **$3,258.75** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Victoria Foster | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 5.00 | $250.00 | **$1,250.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | **$325.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/04/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Victoria Foster | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Beth Mitchell | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/04/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.38 | $300.00 | **$114.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.50 | $300.00 | **$1,650.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.75 | $325.00 | **$2,843.75** |

| Service | Texas Foster Care Monitoring - 11/05/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.25 | $395.00 | **$2,863.75** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Project Management & Planning / Linda Brooke | 1.75 | $395.00 | **$691.25** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Victoria Foster | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.75 | $325.00 | **$1,868.75** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 10.00 | $250.00 | **$2,500.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 11/05/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | **$1,400.00** |

| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.11 | $300.00 | $33.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 0.75 | $300.00 | $225.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.25 | $300.00 | $1,875.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.50 | $325.00 | $2,112.50 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.75 | $395.00 | $296.25 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.42 | $395.00 | $2,930.90 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Project Management & Planning / Linda Brooke | 0.92 | $395.00 | $363.40 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 4.00 | $250.00 | $1,000.00 |

| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 9.00 | $250.00 | $2,250.00 |
|---------|---------|------|---------|-----------|
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.50 | $395.00 | $197.50 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.83 | $250.00 | $207.50 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 7.27 | $250.00 | $1,817.50 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | $200.00 |
| Service | Texas Foster Care Monitoring - 11/06/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | $1,400.00 |
| Service | Texas Foster Care Monitoring - 11/07/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.08 | $395.00 | $1,611.60 |
| Service | Texas Foster Care Monitoring - 11/07/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.50 | $425.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 11/08/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 1.00 | $395.00 | $395.00 |

| Service | Texas Foster Care Monitoring - 11/08/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
|---------|---|------|---------|---------------|
| Service | Texas Foster Care Monitoring - 11/08/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.67 | $395.00 | **$264.65** |
| Service | Texas Foster Care Monitoring - 11/08/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 11/08/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.50 | $300.00 | **$1,650.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.25 | $325.00 | **$2,681.25** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Project Management & Planning / Linda Brooke | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.75 | $395.00 | **$2,666.25** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |

| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/09/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 6.50 | $250.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.75 | $325.00 | $893.75 |
| Service | Texas Foster Care Monitoring - 11/09/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.50 | $200.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 3.50 | $250.00 | $875.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 2.50 | $300.00 | $750.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | $900.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 5.00 | $250.00 | $1,250.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.33 | $395.00 | $2,895.35 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.50 | $395.00 | $592.50 |

| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.50 | $395.00 | $1,777.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/10/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | $300.00 |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Project Management & Planning / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Project Management & Planning / Linda Brooke | 1.50 | $395.00 | $592.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 11/11/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.50 | $300.00 | **$1,650.00** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 3.50 | $250.00 | **$875.00** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 4.00 | $250.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.33 | $395.00 | **$2,500.35** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Project Management & Planning / Linda Brooke | 2.50 | $395.00 | **$987.50** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.75 | $395.00 | **$691.25** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | **$975.00** |

| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 9.00 | $250.00 | $2,250.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.75 | $325.00 | $893.75 |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.50 | $325.00 | $162.50 |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 11/12/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.83 | $395.00 | $327.85 |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.83 | $395.00 | $1,907.85 |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Project Management & Planning / Linda Brooke | 3.42 | $395.00 | $1,350.90 |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.25 | $325.00 | $2,356.25 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.83 | $250.00 | **$207.50** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 6.17 | $250.00 | **$1,542.50** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.75 | $325.00 | **$1,543.75** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.75 | $325.00 | **$243.75** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 8.75 | $325.00 | **$2,843.75** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 3.00 | $200.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 11/13/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 4.00 | $200.00 | **$800.00** |
| Service | Texas Foster Care Monitoring - 11/14/2020 - Project Management & Planning / Viveca Martinez | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/14/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |

| Service | Texas Foster Care Monitoring - 11/15/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | **$900.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/15/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/15/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.75 | $395.00 | **$1,086.25** |
| Service | Texas Foster Care Monitoring - 11/15/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.63 | $395.00 | **$1,038.85** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 2.00 | $300.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.50 | $300.00 | **$1,650.00** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Project Management & Planning / Linda Brooke | 3.17 | $395.00 | **$1,252.15** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.50 | $325.00 | **$1,787.50** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.75 | $395.00 | **$296.25** |

| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 11/16/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.50 | $300.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 0.50 | $325.00 | $162.50 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.25 | $325.00 | $3,006.25 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.83 | $395.00 | $3,092.85 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Project Management & Planning / Linda Brooke | 1.33 | $395.00 | $525.35 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 2.50 | $325.00 | $812.50 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.25 | $395.00 | $493.75 |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.50 | $395.00 | $197.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.42 | $395.00 | **$560.90** |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 11/17/2020 - Project Management & Planning / Viveca Martinez | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.02 | $300.00 | **$306.00** |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.42 | $395.00 | **$2,535.90** |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Project Management & Planning / Linda Brooke | 2.42 | $395.00 | **$955.90** |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.50 | $325.00 | **$2,437.50** |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.75 | $325.00 | **$1,218.75** |

| Service | Texas Foster Care Monitoring - 11/18/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 2.00 | $325.00 | $650.00 |
|---------|------|------|------|------|
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.50 | $200.00 | $1,100.00 |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 11/18/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.83 | $300.00 | $249.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | $300.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.24 | $300.00 | $72.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.50 | $425.00 | $1,912.50 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | $1,000.00 |

| Service | Texas Foster Care Monitoring - 11/19/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.75 | $325.00 | $568.75 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.33 | $395.00 | $2,105.35 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.67 | $395.00 | $659.65 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.75 | $325.00 | $2,843.75 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | $200.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | $1,200.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 11/19/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | $300.00 |

| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | **$1,500.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.67 | $395.00 | **$2,239.65** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Project Management & Planning / Linda Brooke | 1.25 | $395.00 | **$493.75** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.75 | $325.00 | **$1,868.75** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.50 | $395.00 | **$197.50** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.33 | $395.00 | **$1,315.35** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 4.50 | $200.00 | **$900.00** |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.67 | $250.00 | **$167.50** |

| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 7.33 | $250.00 | $1,832.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 11/20/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 11/21/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 11/21/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.85 | $300.00 | $555.00 |
| Service | Texas Foster Care Monitoring - 11/21/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.00 | $425.00 | $2,975.00 |
| Service | Texas Foster Care Monitoring - 11/22/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 11/22/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Robert McManus | 0.14 | $300.00 | $42.00 |
| Service | Texas Foster Care Monitoring - 11/22/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.50 | $300.00 | $1,050.00 |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.25 | $395.00 | $2,468.75 |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Project Management & Planning / Linda Brooke | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |

| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
|---------|------|------|------|------|
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.50 | $325.00 | **$1,787.50** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.70 | $425.00 | **$297.50** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/23/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.79 | $300.00 | **$237.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.73 | $300.00 | **$219.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 2.00 | $300.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.00 | $395.00 | **$1,580.00** |

| Service | Texas Foster Care Monitoring - 11/24/2020 - Project Management & Planning / Linda Brooke | 2.08 | $395.00 | **$821.60** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.25 | $325.00 | **$2,031.25** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 4.00 | $200.00 | **$800.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.33 | $395.00 | **$1,710.35** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/24/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/25/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.17 | $395.00 | **$1,252.15** |
| Service | Texas Foster Care Monitoring - 11/25/2020 - Project Management & Planning / Linda Brooke | 1.17 | $395.00 | **$462.15** |
| Service | Texas Foster Care Monitoring - 11/25/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 11/25/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring - 11/25/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.75 | $325.00 | **$243.75** |

| Service | Texas Foster Care Monitoring - 11/25/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | **$325.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/25/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 11/25/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 11/26/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 11/27/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.33 | $395.00 | **$920.35** |
| Service | Texas Foster Care Monitoring - 11/27/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.00 | $425.00 | **$2,550.00** |
| Service | Texas Foster Care Monitoring - 11/28/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.43 | $300.00 | **$129.00** |
| Service | Texas Foster Care Monitoring - 11/28/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.40 | $300.00 | **$120.00** |
| Service | Texas Foster Care Monitoring - 11/28/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 11/28/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.10 | $395.00 | **$2,014.50** |
| Service | Texas Foster Care Monitoring - 11/28/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.50 | $395.00 | **$1,382.50** |
| Service | Texas Foster Care Monitoring - 11/28/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.00 | $425.00 | **$2,975.00** |
| Service | Texas Foster Care Monitoring - 11/29/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 1.25 | $325.00 | **$406.25** |
| Service | Texas Foster Care Monitoring - 11/29/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.83 | $395.00 | **$1,907.85** |
| Service | Texas Foster Care Monitoring - 11/29/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 4.50 | $300.00 | **$1,350.00** |

| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.25 | $425.00 | **$106.25** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.25 | $425.00 | **$531.25** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 0.75 | $325.00 | **$243.75** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.25 | $325.00 | **$2,356.25** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Project Management & Planning / Linda Brooke | 2.75 | $395.00 | **$1,086.25** |
| Service | Texas Foster Care Monitoring - 11/30/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.00 | $395.00 | **$2,370.00** |

**Amount Due**      **$452,661.40**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.