IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al., | § § § § | |
| *Defendants*. | § § | |

**DEFENDANTS' CERTIFICATION OF COMPLIANCE
REGARDING REMEDIAL ORDER NO. 22**

Defendants Greg Abbott, in his official capacity as Governor of the State of Texas, Cecile Erwin Young, in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas, and Jaime Masters, in her official capacity as Commissioner of Department of Family and Protective Services of the State of Texas ("Defendants"), hereby submit this certification of compliance with Remedial Order No. 22 pursuant to the Court's December 18, 2020 Order [Dkt. 1017].

Defendants' certification of compliance is set forth in the attached declarations of Lana Estevilla and William Walsh. Pursuant to the December 18, 2020 Order, documents referenced in the declarations are not being filed with this certification. Instead, Defendants are, contemporaneous with this filing, providing the Monitors with all documents referenced in the declarations that have not been previously produced to them.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

/s/ Kimberly Gdula
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727
Southern District No. 3029796
KIMBERLY GDULA
Assistant Attorney General
Texas Bar No. 24052209
Southern District No. 10092074

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120; (512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANTS*

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

/s/ Kimberly Gdula
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727
Southern District No. 3029796
KIMBERLY GDULA
Assistant Attorney General
Texas Bar No. 24052209
Southern District No. 10092074

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120; (512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, a true and correct copy of the foregoing document has been filed in accordance with the Electronic Document Filing System of the Southern District of Texas, thus providing service to all participants.

/s/ Kimberly Gdula
KIMBERLY GDULA
Assistant Attorney General