# INVOICE



From **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | **17** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 01/15/2021 | | |
| Due Date | 02/14/2021 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; December 2020 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring (12/01/2020 - 12/31/2020) | 1,323.54 | $312.55 | **$413,672.45** |

**Amount Due**   **$413,672.45**

### Notes

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# INVOICE



From **Texas Appleseed**

1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | | |
|---|---|---|---|---|
| Invoice ID | **17** | | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 01/15/2021 | | | |
| Due Date | 02/14/2021 (Net 30) | | | |
| Subject | Texas Appleseed Monitoring Team; December 2020 | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.00 | $300.00 | **$1,800.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | **$2,762.50** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.00 | $395.00 | **$3,160.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Project Management & Planning / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.50 | $325.00 | **$1,137.50** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.00 | $325.00 | **$650.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.25 | $325.00 | **$2,681.25** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.25 | $200.00 | **$1,050.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.75 | $425.00 | **$318.75** |
| Service | Texas Foster Care Monitoring - 12/01/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.75 | $425.00 | **$318.75** |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 4.50 | $300.00 | **$1,350.00** |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.00 | $325.00 | **$2,925.00** |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.50 | $395.00 | **$2,567.50** |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Project Management & Planning / Linda Brooke | 3.50 | $395.00 | **$1,382.50** |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 6.50 | $325.00 | **$2,112.50** |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.00 | $325.00 | **$2,925.00** |

| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.17 | $395.00 | $1,647.15 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/02/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 2.50 | $200.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.50 | $200.00 | $1,100.00 |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Report and Document Preparation / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 12/02/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.35 | $300.00 | $105.00 |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 3.00 | $300.00 | $900.00 |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.50 | $325.00 | $2,112.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.25 | $395.00 | **$2,468.75** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Project Management & Planning / Linda Brooke | 2.08 | $395.00 | **$821.60** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.25 | $325.00 | **$3,006.25** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 2.00 | $200.00 | **$400.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.50 | $200.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |

| Service | Texas Foster Care Monitoring - 12/03/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/03/2020 - Report and Document Preparation / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | $300.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 4.50 | $300.00 | $1,350.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.83 | $325.00 | $2,219.75 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.50 | $395.00 | $2,962.50 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.75 | $325.00 | $2,518.75 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | $200.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | $1,400.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 12/04/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/05/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 12/05/2020 - Report and Document Preparation / Deborah Fowler | 7.00 | $425.00 | **$2,975.00** |
| Service | Texas Foster Care Monitoring - 12/06/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.75 | $325.00 | **$893.75** |
| Service | Texas Foster Care Monitoring - 12/06/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 12/06/2020 - Report and Document Preparation / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.50 | $300.00 | **$1,650.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Project Management & Planning / Linda Brooke | 2.42 | $395.00 | **$955.90** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.25 | $325.00 | **$2,681.25** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Viveca Martinez | 1.50 | $325.00 | **$487.50** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.25 | $325.00 | **$2,681.25** |

| Service | Texas Foster Care Monitoring - 12/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.42 | $395.00 | **$1,350.90** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.25 | $325.00 | **$1,706.25** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 2.00 | $200.00 | **$400.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Report and Document Preparation / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Report and Document Preparation / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 12/07/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.01 | $300.00 | **$303.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Robert McManus | 0.30 | $300.00 | **$90.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | **$1,500.00** |

| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.60 | $300.00 | **$180.00** |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.83 | $395.00 | **$2,697.85** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.17 | $325.00 | **$2,005.25** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.67 | $395.00 | **$1,054.65** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.25 | $325.00 | **$1,706.25** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/08/2020 - Report and Document Preparation / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | **$900.00** |

| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.40 | $300.00 | $420.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.22 | $325.00 | $2,671.50 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.58 | $395.00 | $2,599.10 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Project Management & Planning / Linda Brooke | 1.58 | $395.00 | $624.10 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.25 | $325.00 | $1,056.25 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 2.50 | $200.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.50 | $200.00 | $1,100.00 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/09/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 12/09/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.50 | $300.00 | **$450.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.12 | $300.00 | **$36.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | **$900.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.19 | $300.00 | **$57.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.75 | $325.00 | **$2,518.75** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.00 | $395.00 | **$1,580.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Project Management & Planning / Linda Brooke | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |

| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 0.50 | $395.00 | **$197.50** |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.75 | $325.00 | **$243.75** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 7.25 | $250.00 | **$1,812.50** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.77 | $250.00 | **$192.50** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | **$212.50** |

| Service | Texas Foster Care Monitoring - 12/10/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
|---------|---|------|---------|---------|
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.55 | $300.00 | **$165.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.50 | $300.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.00 | $395.00 | **$2,765.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Project Management & Planning / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 3.00 | $325.00 | **$975.00** |

| Service | Texas Foster Care Monitoring - 12/11/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.75 | $425.00 | **$318.75** |
| Service | Texas Foster Care Monitoring - 12/11/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/12/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 12/12/2020 - Project Management & Planning / Linda Brooke | 0.33 | $395.00 | **$130.35** |
| Service | Texas Foster Care Monitoring - 12/12/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.45 | $300.00 | **$135.00** |
| Service | Texas Foster Care Monitoring - 12/12/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 1.25 | $325.00 | **$406.25** |
| Service | Texas Foster Care Monitoring - 12/12/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 12/12/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.00 | $425.00 | **$2,975.00** |
| Service | Texas Foster Care Monitoring - 12/13/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.96 | $300.00 | **$288.00** |
| Service | Texas Foster Care Monitoring - 12/13/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 12/13/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.25 | $395.00 | **$1,283.75** |
| Service | Texas Foster Care Monitoring - 12/13/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 12/13/2020 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 12/13/2020 - Report and Document Preparation / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 12/13/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |

| Service | Texas Foster Care Monitoring - 12/14/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.12 | $300.00 | $36.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.33 | $325.00 | $2,707.25 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Project Management & Planning / Linda Brooke | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.25 | $395.00 | $2,468.75 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.25 | $325.00 | $406.25 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 12/14/2020 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |

| Service | Texas Foster Care Monitoring - 12/14/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/14/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 4.00 | $300.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 10.00 | $395.00 | **$3,950.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Project Management & Planning / Linda Brooke | 0.88 | $395.00 | **$347.60** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.75 | $325.00 | **$2,843.75** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.67 | $395.00 | **$1,449.65** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 12/15/2020 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | **$975.00** |

| Service | Texas Foster Care Monitoring - 12/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | **$200.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.68 | $300.00 | **$204.00** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.96 | $300.00 | **$288.00** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 2.00 | $300.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.50 | $300.00 | **$1,050.00** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.50 | $395.00 | **$3,357.50** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Project Management & Planning / Linda Brooke | 0.67 | $395.00 | **$264.65** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.50 | $325.00 | **$2,437.50** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 10.25 | $325.00 | **$3,331.25** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 6.33 | $395.00 | **$2,500.35** |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |

| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 12/16/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.72 | $300.00 | $216.00 |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.50 | $300.00 | $1,650.00 |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.50 | $300.00 | $450.00 |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.75 | $395.00 | $691.25 |

| Service | Texas Foster Care Monitoring - 12/17/2020 - Project Management & Planning / Linda Brooke | 0.75 | $395.00 | **$296.25** |
|---------|---------|------|---------|---------|
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.75 | $395.00 | **$3,456.25** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.75 | $325.00 | **$1,218.75** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Project Management & Planning / Adrian Gaspar | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Project Management & Planning / Viveca Martinez | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 12/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 2.00 | $425.00 | **$850.00** |

| Service | Texas Foster Care Monitoring - 12/17/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/17/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.67 | $325.00 | **$2,167.75** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Document Review/Data Analysis/Verification Work / Shay Price | 6.50 | $250.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 12/18/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 5.00 | $425.00 | **$2,125.00** |
| Service | Texas Foster Care Monitoring - 12/19/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.37 | $300.00 | **$111.00** |
| Service | Texas Foster Care Monitoring - 12/19/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/19/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 12/19/2020 - Report and Document Preparation / Deborah Fowler | 7.00 | $425.00 | **$2,975.00** |

| Service | Texas Foster Care Monitoring - 12/20/2020 - Report and Document Preparation / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/21/2020 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 1.13 | $300.00 | $339.00 |
| Service | Texas Foster Care Monitoring - 12/21/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.25 | $325.00 | $2,031.25 |
| Service | Texas Foster Care Monitoring - 12/21/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 12/21/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 12/21/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.78 | $395.00 | $703.10 |
| Service | Texas Foster Care Monitoring - 12/21/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 12/21/2020 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 12/22/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.59 | $300.00 | $177.00 |
| Service | Texas Foster Care Monitoring - 12/22/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.38 | $300.00 | $114.00 |
| Service | Texas Foster Care Monitoring - 12/22/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.67 | $325.00 | $867.75 |
| Service | Texas Foster Care Monitoring - 12/22/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.67 | $395.00 | $2,239.65 |
| Service | Texas Foster Care Monitoring - 12/22/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 12/22/2020 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 12/23/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.25 | $300.00 | $375.00 |

| Service | Texas Foster Care Monitoring - 12/23/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.84 | $300.00 | **$252.00** |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/23/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/23/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.27 | $395.00 | **$1,291.65** |
| Service | Texas Foster Care Monitoring - 12/24/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.17 | $395.00 | **$857.15** |
| Service | Texas Foster Care Monitoring - 12/24/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 12/24/2020 - Report and Document Preparation / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/25/2020 - Report and Document Preparation / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 12/26/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.93 | $300.00 | **$279.00** |
| Service | Texas Foster Care Monitoring - 12/26/2020 - Report and Document Preparation / Deborah Fowler | 7.00 | $425.00 | **$2,975.00** |
| Service | Texas Foster Care Monitoring - 12/27/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 12/27/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 12/28/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.53 | $300.00 | **$159.00** |
| Service | Texas Foster Care Monitoring - 12/28/2020 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.50 | $425.00 | **$2,762.50** |
| Service | Texas Foster Care Monitoring - 12/28/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.50 | $395.00 | **$2,172.50** |
| Service | Texas Foster Care Monitoring - 12/28/2020 - Project Management & Planning / Linda Brooke | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 12/28/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/28/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 5.42 | $395.00 | **$2,140.90** |

| Service | Texas Foster Care Monitoring - 12/28/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/29/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 12/29/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Foster Care Monitoring - 12/29/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.57 | $395.00 | $1,410.15 |
| Service | Texas Foster Care Monitoring - 12/29/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 12/29/2020 - Report and Document Preparation / Deborah Fowler | 7.00 | $425.00 | $2,975.00 |
| Service | Texas Foster Care Monitoring - 12/30/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.90 | $300.00 | $270.00 |
| Service | Texas Foster Care Monitoring - 12/30/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.75 | $325.00 | $1,868.75 |
| Service | Texas Foster Care Monitoring - 12/30/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Foster Care Monitoring - 12/30/2020 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 12/30/2020 - Report and Document Preparation / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 12/31/2020 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.71 | $300.00 | $213.00 |
| Service | Texas Foster Care Monitoring - 12/31/2020 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 12/31/2020 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.33 | $325.00 | $1,407.25 |
| Service | Texas Foster Care Monitoring - 12/31/2020 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.00 | $395.00 | $1,580.00 |
| Service | Texas Foster Care Monitoring - 12/31/2020 - Report and Document Preparation / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |

**Amount Due**   **$413,672.45**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.