U.S. DISTRICT JUDGE JANIS GRAHAM JACK
U.S. DIST. COURT, SOUTHERN DIST. OF TEXAS
1133 N. SHORELINE BLVD.
CORPUS CHRISTI, TX.  78401

DAVID ████████
ALLRED UNIT-2101 FM369N
IOWA PARK, TX.  76367

2/01/2021

Your Honor;

 I am writing Directly to you to possibly bring to your attention, an on-going CPS Related
Case that I am hoping may interest you.          'CAUSE #07-19-00338-CR' (ON-GOING...)

    I am including a basic copy of letters sent to Attorney Yetter Coleman, and Attorneys
 Haynes & Boone; who represented Plaintiffs in your Court on or about November, 2019.

                                ('COPY')

RE:Request for Legal Assistance                                  12/15/2020

Dear Sirs;
 This is my second request written to your office. [First: 7/25/2020]; in which my
First letter, along with this one, has also been sent to your fellow Attorney that
participated in The Law Suit against DFPS, which I read about in the 11/06/2019
Dallas Morning News...TEXAS FOSTER CARE SUIT.

 I fault CPS for the circumstance that I am in. I believe that I possess enough
exculpatory evidence to show Fact of False and Unfounded Reports, Psychological
Coercion, Manipulation and Imprinting, to show the Courts and all those concerned,
that I have been Falsely Accused, Charged, and Coerced into False Confession and
Self Purjury Under Duress, by Confessing to A CRIME THAT DOES NOT EXIST.
 I believe that I possess enough evidence(Which never made it into Court Transcripts),
to clearly show 'FAILURE TO INVESTIGATE, FRAUDULANT INDICTMENT, FALSE IMPRISONMENT',
for the purpose of COVERING UP THE ACTUAL CRIME,,,
        "THE VIOLENT RAPE OF MY DAUGHTER IN THE FOSTERHOME-UNDER CPS CARE".

 I am including in this letter, Brief Documentation of Records that I possess that show
CPS Wrongdoing, Life Endangerment(by Disclosing Confidential Information), CPS Fraud &
Theft(Theft of Walmart Gift-Cards by CPS Worker), and Child Endangerment(by THE RAPE OF
MY DAUGHTER IN THE FOSTERHOME).

 In Reviewing the following Documentation; I hope to show that "I am not only seeking
my own Relief and Monetary Damages."
 MY DAUGHTER HAS SUFFERED THE MOST, AND I AM MOSTLY SEEKING JUSTICE FOR HER PAIN; BOTH
EMOTIONAL AND FINANCIAL.

 I am also including in this letter; Brief Documentation of Records that I possess that
show 'SUSPICIOUS TIMELINE OF EVENTS, STATEMENTS BY PROFESSIONALS, AND INSTITUTIONS AND
STATE OFFICIALS THAT I HAVE REACHED OUT TO'.
 "I am truly hoping that I can gain your Attention and Interest in this Request for
Legal Assistance; as I FEEL IT DIRECTLY FOLLOWS AND ADDS TO THE LAW SUIT THAT YOU
PARTICIPATED IN(ON or ABOUT NOV.2019), CONCERNING 'CPS WRONGDOING'. I WOULD GREATLY
LIKE TO SEE 'THE EXPOSURE OF CPS LIES & CORRUPTION' CONTINUED."

[I have recently sent a 'Request for Production of Documents(12/10/2020), to the
Department of Family and Protective Services--Attn: RMG(Y-937)--P.O.Box 149030--
Austin, Texas, 78714'--Seeking, 'Reports of Child Abuse', 'Reports of Evaluations by
Child Psychologist', 'Reports of Neglect/Injury/Treatment(Hospital Reports) that
resulted from THE RAPE OF ████████ IN THE FOSTERHOME'; along with 'Statements/
Reports gathered by CPS Workers-(Parenting Class Reports), and Interviews of my
Grandchildren'."]

 "I HAVE BEEN PURSUING THIS INJUSTICE FOR SUCH A LONG TIME. I HAVE WRITTEN ATTORNEYS,
STATE REPRESENTATIVES, ATTORNEY GENERAL, Lt. GOVERNOR, GOVERNOR, AND CHILDRENS RIGHTS
ORGANIZATIONS..."IS THERE ANY JUSTICE FOR MY DAUGHTER OUT THERE???"

12/15/1999-████████(Ex-wife) tested Positive for Drugs at Birth of my Daughter, ████████(also tested Positive). CPS filed Claim of Child Endangerment against Andrea Spurgeon. ("I possess this Document")

12/24/1999-David████took custody & responsibility of████while Andrea avoided any contact with████, and Continued Running with her 'DrugBuddy Father'(D████████). ████ Aunt(P████████) began CONTINUAL HARRASSMENT & THREATS toward David████ and his Mother ████████.

APRIL/2000-Attempted Manipulation to allow Adoption of████, by Penny H████████. David████ retained Attorney Jami Watson, against CPS for Custody of████ and Divorce from Andrea. (Andreas Manipulation & False Promises led to Cancellation of Divorce). Between July, 2000 and July, 2005-Several Evictions of Andrea Spurgeon from my home occured, Due to her Continued Drug Use, Violence, and Child/Spousal Neglect.(NEVER HOME)...'RESULT--CPS was called("I Believe by Penny H████████")'. (FALSE ALLEGATIONS--SPITE).

JULY/2005-Final Divorce Filed-(Andreas Drug Use, Violence, Abandonment, 'and After Andrea gave Birth to Drug-Dealers Baby'). CPS **WAS** AWARE OF ANDREAS DRUG PROBLEM...Yet Focused on Me. ("I possess Photos of Andreas Violence & Assaults").

[PLEASE NOTE-SUSPICIOUS TIMELINE/PATTERN OF ALLEGATIONS]

JULY/2005-Divorce Filed-(Aug.23,2005-Claimed Child Assault). "████████would have been 4yrs, 8mo. old..."WITHOUT ANY OBVIOUS PHYSICAL DAMAGE???"

APRIL/30/2006-████████ 'STORY' told at school. (AFTER Andrea had been ordered to pay Child Support; and 8 MONTHS AFTER CLAIMED INCIDENT).

MAY/12/2006-CPS took possesion of Both████ and ████████. (CONTINUAL PATTERN)

JUNE/22/2006 & JULY/13/2006-Evaluation of David████ by Psycho-Sexual Therapist, Troy Timmons. (ABEL SCREEN)
   (In Court Testimony by Troy Timmons-4/24/2013: "I BELIEVE THAT HE TOOK AN ABEL SCREEN, WHICH IS THE OTHER THAT YOU ARE REFERRING TO FOR CPS; AND AS I RECALL, IT DIDN'T SHOW PERSISTANT SEXUAL INTEREST IN PRESCHOOL CHILDREN". [Also]: "HE STATED HIS REASON FOR PLEADING GUILTY WAS A POSITION OF JUST BEING EXHAUSTED, BOTH EMOTIONALLY & FINANCIALLY; HE SHOWED NO RESPONSES, TO SAY, SCHOOL AGED CHILDREN, PREPUBESCENT CHILDREN".)

   (In Court Testimony by Troy Timmons-11/24/2015: "HE SAID THAT HE WAS JUST WORN OUT; THAT HE HAD BEEN IN JAIL FOR AN EXTENDED PERIOD OF TIME; THAT HE WAS OUT OF RESOURCES; HE'D EXHAUSTED ALL OF HIS AVENUES AND THAT HE FELT THAT THE ONLY THING HE HAD LEFT TO DO WAS TO TAKE A PLEA AND THEN TO...I THINK HIS POSITION WAS TO PROVE HIS INNOCENCE FROM THE OTHER SIDE".)

AUG./11/2006-Evaluation of David████ by Psychologist Norma Backs: "MR. KERR IS EASILY MANIPULATED".   [Both by Drug-Addict Wife & CPS]

SEPTEMBER/2006-Began Buying████ & ████████ WALMART GIFT-CARDS/$100.00 EACH..MONTHLY Until March/2008(Delivered to CPS Office along with Toys & Electronics)"Have Reciepts". [GIFT-CARDS SPENT IN AMARILLO...WHILE KIDS WERE IN AUSTIN...(Worker Clarrisa Williams)]

JULY 3/2007-EVALUATION OF ████████ BY CHILD PSYCHOLOGIST CATHY WARREN:
"████████ STATEMENTS ARE CONCIOUSLY AND PURPOSELY FABRICATED".

   "CPS WAS WELL AWARE OF THE ABOVE 'DRUG ABUSE, VIOLENCE,ABANDONMENT BY ANDREA ████████; WELL AWARE OF MY COMPLIANCE & ANDREAS NON-COMPLIANCE WITH 'CPS SAFETY-PLANS'; YET, CONTINUALLY HARRASSED ME...I BELIEVE THROUGH PENNY HARRISONS VINDICTIVE INFLUENCE.
   I POSSESS 'ACTUAL EVIDENCE' OF ANDREAS DRUG-INDUCED SCHIZOPHRENIA(Evaluation); ALONG WITH PATTERN OF CONTINUAL HARRASSMENT/FALSE ALLEGATIONS BY ANDREA & PENNY ████████; RECIEPTS FOR STOLEN GIFT-CARDS; AND ████████PROPENSITY FOR LYING(Prior Instances).

TIMELINE CONTINUED:

9/07/2007-Mislead by Attorney Ed Norfleet into signing 'POSSESORY RIGHTS' paper, after he
   assured me that "By Signing, ██████ would be home by Christmas, and ██████ would follow
   shortly after".(Duplicity-Deceptive Words or Actions). Judge Anderson Ordered CPS to
   Allow Visitation.(CPS Defied Court Order-Violation of Possesory Rights)

9/08/2007-Called CPS Worker Katy Klaen regarding 'NEXT STEP' in the return of ██████ and
   ██████(As Told). Katy Klaen Rudely Stated: "YOU WILL NEVER SEE THESE KIDS AGAIN!"

9/09/2007-Visited Attorney Cody Pirtle. Was informed that I was required to wait One Full
   Year before I could seek Reunification.

9/2008-After Waiting One Full Year...I Retained Attorney Cody Pirtle to Seek Reunification
   of ██████ & ██████. (Provided Him With Exculpatory Evidence).

***AUG./2010-"AFTER NOW BEING SEPARATED FROM MY CHILDREN FOR OVER 4 YEARS...I Voluntarily Agreed
***   to Questioning by a Detective at Randall County Sheriffs Dept., because I Knew That I had
***   NOTHING TO HIDE. (Unaware of Two CPS Workers Concealed From Sight, but Apparently Watching)
   I was somehow 'FALSELY INDICTED FOR SEXUAL ASSAULT'(5 Years AFTER Claimed Assault; and
   3 Years AFTER Child Psychologist Evaluation of ██████). "CPS HAD TO HAVE KNOWN THIS".
***   ["I WAS NOT INFORMED OF ██████ RAPE IN THE FOSTERHOME IN JUNE/JULY, 2010-UNTIL AFTER I
***   WAS INCARCERATED IN RANDALL COUNTY JAIL". (CPS ATTEMPT TO CONCEAL)]

JANUARY 19, 2012-FALSE CONFESSION UNDER DURESS-(See Troy Timmons Testimony-Page 2)
       Took Plea-8yrs Deferred....Probation Revoked 4/24/2013-75 yrs TDCJ...Reversed 11/25/2014
       Resentenced:11/24/2015-150yrs TDCJ...Reversed 11/09/2020...ONGOING.
       [Judicial Bias/Lack of Essential Evidence]


   "I HAD INDEED 'LOST EVERYTHING' INCLUDING MY CHILDREN; DUE TO MENTAL ANGUISH AND THE
   TRAUMA THAT I ENDURED WHILE MARRIED TO A DRUG-ADDICT WIFE THAT **CPS WAS AWARE OF.**
   BECAUSE OF MY EX-WIFES VENGEFUL & FALSE ALLEGATIONS, AND CONTINUAL HARRASSMENT BY
   HER & HER SPITEFUL AUNT(Penny ██████); I WAS SLOWLY BUT SURELY MANIPULATED AND THEN
   DRAINED OF EVERY RESOURCE...BOTH EMOTIONALLY AND FINANCIALLY".

   "I REAFFIRM MY INNOCENCE ON 'THE FACT THAT THIS CRIME NEVER OCCURED'; YET I BELIEVE
   THAT I WAS USED AS A 'SCAPEGOAT' IN CPS's ATTEMPT TO CONCEAL **THE RAPE OF MY DAUGHTER
   IN THE FOSTERHOME."**

   THE BELIEVABILITY OF THE CHILDS TESTIMONY IS AT THE HEART OF THIS CASE. (██████ HAD
   ACCEPTED WHATEVER SHE WAS TOLD AS FACT-Brainwashing/Implanting).

   Misperceptions Based on Repetition-"Allegations/Accusations came easy to Andrea due
   to her Drug-Use and Vindictive Animosity...INFLAMING A NON-EXISTANT CRIME".
   [ANDREAS PSYCH EVALUATION-2/25/1999-Larry Cohen D.O.-NWTH]--"ANXIETY IS WHEN YOU ARE
   WORRIED OR NERVOUS MUCH OF THE TIME. YOU ARE AFRAID THAT SOMETHING BAD IS GOING TO
   HAPPEN. YOU MAY NOT EVEN KNOW WHAT IS MAKING YOU NERVOUS. THERE DOES NOT SEEM TO BE
   A PHYSICAL CAUSE FOR YOUR SYMPTOMS. YOUR EVALUATION INDICATES A PROBLEM WITH DRUG
   ABUSE. MANY OTHER PERSONS HARM THEMSELVES FROM THE DRUG. HARM THEMSELVES OR OTHERS
   WHILE UNDER THE INFLUENCE OF THE DRUGS. AS GREAT AS THE EFFECTS ON YOUR BODY; IT IS
   OFTEN THE DAMAGING EFFECT ON THOSE AROUND YOU".

   Lindstadt v. Keane, 239 F.3d 191, 194, 205(2nd Cir.2001)-The Court granted relief in
   this child sexual abuse case, remarking: "This is a Case of UNDERWHELMING EVIDENCE".
   The Court found that the Petitioner was prejudiced by the 'Cumulative Effect of
   Errors' committed by Trial Counsel. Counsel failed to notice a One-Year Discrepency,
   [*ACTUALLY 5 YEARS*], in the Date of Alleged Abuse; which had it been noticed, could
   have been used effectively in undermining the Credibility of the States Key Witnesses.
   Counsel failed to meaningfully challenge the only physical evidence of sexual abuse
   against him, even though 'THE INFORMATION NECESSARY TO SUPPORT AN EFFECTIVE CHALLENGE
   WAS AVAILABLE, had Counsel taken the time to look!'


   [THE ABOVE CASE IS WHY I HAVE PLED WITH SO MANY ATTORNEYS..."PLEASE REVIEW THIS
   EXCULPATORY EVIDENCE COMPLETELY & ATTENTIVELY...THE ANSWERS ARE THERE"]

SCOTT McGOWN-CHILDRENS RIGHTS CLINIC-AUSTIN, TX.-12/07/2017

Dear Mr. McGown; I have written you several times with the Concerns for my Daughters Future Welfare when She Ages-Out of The CPS Foster Care System-12/15/2017.

I have written Several Attorneys, and even Three State Representatives with my concerns that THE SYSTEM THAT WAS SUPPOSED TO PROTECT HER; ULTIMATELY GOT MY DAUGHTER RAPED IN THE FOSTERHOME; THEN 'RAILROADED HER DAD INTO PRISON IN ORDER TO COVER UP THEIR CRIME'.

Because of the History of my Harrassment and False Allegations by CPS; I Greatly Fear that CPS WILL HAVE MY DAUGHTER UNKNOWINGLY SIGN HER RIGHTS TO SUE AWAY AND HER RIGHTS TO MONETARY DAMAGES OWED TO HER. To be quite straight-forward; I Feel 'ANY INVESTIGATION INTO MY DAUGHTERS RAPE BY THE SYSTEM RESPONSIBLE FOR HER RAPE...WILL BE THE SAME SYSTEM THAT WILL SCREW HER OUT OF HER RIGHT TO SUE'.

"I PLEAD WITH YOU TO HELP ENSURE THAT 'MY DAUGHTER DOES NOT GET RAPED FINANCIALLY BY CPS"


REP. JAMES FRANK-5/10/2018

"ARE YOU #)%@!*%$(#+@ KIDDING ME!?!"

I JUST HEARD ON THE LOCAL WICHITA FALLS NEWS, THAT YOU ARE RECIEVING AN AWARD FOR YOUR WORK WITH CHILD PROTECTIVE SERVICE REFORM...'HA'!

Please excuse my Frustration & Anger,...but I First Wrote You on 1/05/2017, when I first heard that you were addressing CPS Reform & Corruption...NO REPLY! I wrote you again on 3/10/2017...NO REPLY! I am sending with this letter, a copy of the THIRD LETTER TO YOU on 6/10/2017...NO REPLY!

I wrote Rep. John Smithee-6/15/2017 and Reo. Four Price-11/11/2017...NO REPLY! I wrote Attorney General Ken Paxton on 9/10/2017...NO REPLY! I wrote Lt. Gov. Dan Patrick and Gov. Greg Abbott both-12/20/2017 and 5/01/2018...NO REPLY!

I have written Buckner Children Transition Service-12/10/2017; and Texas Foster Youth Justice Project-12/20/2017...NO REPLY!

Mr. Frank; I am truly hoping that by reading this letter, that you will understand my frustration when I heard that You Were Getting An Award.....'AND MY DAUGHTER IS OUT THERE GETTING RAPED BY CPS AND I AM IMPRISONED FOR A CRIME THAT DOES NOT EXIST!'


SIRS;    (Attorneys Coleman-Haynes & Boone)

The above is to show that by 'REACHING OUT' to you for Legal Assistance, "It's NOT ALL ABOUT ME! Although I have suffered a Great Injustice by being Manipulated Through the Courts by CPS CORRUPTION...I have Remained Concerned about My Childrens Welfare.

I hope the Above Letters show that I HAVE REACHED OUT...TO MANY, over the years. "If you will notice the DATE ON PAGE 1...DECEMBER 15, 2020...MY DAUGHTER TURNS 21 YEARS OLD TODAY...and My Greatest Fear is SHE IS OUT IN THIS WORLD ALONE, BROKE, WITH NOWHERE TO TURN BUT HER DRUG-ADDICT MOTHER!

I JUST FEEL THAT 'MAYBE THERE IS NO ONE OUT THERE TO HELP', AND MY DAUGHTER MAY HAVE TO SUFFER...WHEN SHE DOESN'T HAVE TO.

"CAN YOU HELP HER?...THAT SHOULD LEAD TO HELPING ME!"


YOUR HONOR;

The preceding is what I sent to Attorney Yetter Coleman of Houston; and Attorneys Haynes & Booth of Dallas...along with the Following Page(5)-SUBJECTS & BASIS FOR LAWSUITS. I informed them that if I did not hear from them...I may write to you; "It would seem to me that Possibly, THIS IS A CASE THAT MIGHT INTEREST SOMEONE..."

AS STATED ON PAGE 3...MY CASE IS CURRENTLY ONGOING-REVERSAL ON APPEAL...SO I AM UNABLE TO DISCUSS MY TRIAL CASE YET...BUT I AM STILL SEEKING RESTITUTION FOR MY DAUGHTERS PAIN & SUFFERING. CPS MUST BE 'TOTALLY REFORMED'...ENOUGH IS ENOUGH!!!"

["Speaking from Frustration...WHY IS THERE NOT A LAW THAT 'REQUIRES AN ATTORNEY TO REPLY'"???]
(or 'STATE REPs.')

Thank You For Your Attention

*David W. Kerr*

DAVID W. KERR

(1) PENNY ███████ Defamation of Character-Harrassment-Psychological Coercion-Imprinting...
   (Leading to 'STORIES' Told by ███████). "I believe that ███████ 'REPEATED COMMENTS OVERHEARD
   FROM PENNY".-Attempted Kidnapping of ███████, July 5, 2003 and again April, 2006-Emotional
   Distress of David ███, ███████ & ███████

   POINTS: All Allegations of Drug Abuse, Violent Behavior, and Sexual Abuse can be Traced
           Back to Penny ███████ FALSE ALLEGATIONS TO CPS in Her Attempts to Take ███████
           From Me...(ONLY ███████ !?...THEY NEVER WANTED ███████ AROUND!!!)...PATTERN.

(2) CPS-Harrassment-Life Endangerment(Breach of Confidentiality)-Violation of Possesory Rights-
   Theft of Toys & Walmart Gift-Cards by CPS Caseworker(Clarrisa Williams)-Fraudulant and
   False Allegations-NEGLECTFUL SUPERVISION & CHILD ENDANGERMENT(by CPS, CASA, and MAE RANKIN;
   in THE RAPE OF ███████ IN THE FOSTERHOME.

   POINTS: CPS was Constantly Investigating Me; Despite the Fact that CPS WAS WELL AWARE OF
           ANDREA ███████ DRUG USE, HER NON-PARTICIPATION IN CPS/COURT ORDERED 'SAFETY
           PROGRAMS'(Psychology Classes, Drug Classes, AA/NA, Anger Management...etc.)
           "I attended Programs before CPS was even aware that I was!" CPS WAS AWARE of
           Andrea ███████ Drug Use, Violent Behavior, Neglectful Supervision/Child
           Endangerment...All the while, Blaming Me For What Andrea Was Actually Doing...
           (CPS Violated Confidentiality by Disclosing My Involvement With CrimeStoppers)
           (CPS FABRICATED EVIDENCE AGAINST ME IN ORDER TO 'COVER UP' THE RAPE OF ███████)

(3) CASA-Neglectful Supervision/Child Endangerment.(Improper Supervision of ███████ Welfare
   and Safety in the FosterHome.)

(4) MAE RANKIN(Foster Mother)-Neglectful Supervision/Child Endangerment.

   POINTS: "It is my understanding that 'THE STATE/TDCJ' Paroled a Convicted Pedophile to
           the FosterHome.).MAE RANKINS SON.)

(5) STATE OF TEXAS/BOARD OF PARDONS-Releasing a Convicted Pedophile to a Residence Where
   Foster Children Were Kept...(███████ Rapist..MAE RANKINS SON.)

(6) RANDALL COUNTY/STATE OF TEXAS-Fraudulant Indictment, Unlawful Incarceration, Failure to
   File a Requested Appeal/Failure to Respond to Inquiries, CPS/Attorney Collusion,(Including
   Conflict of Interest.)

   POINTS: The Prosecution(Representing State/CPS) Lied, Concealed, and Presented False
           Assumptions in order to Seek a Conviction That Lacked The Evidence of Essential
           Element of Crime. The Testimony by DA was Characterized by Such Prevaracation
           and Shuffling that Showed NO WITNESS They Have Examined During the Years That
           They Had Been Engaged in Their Investigation. ("NO EVIDENCE OF CRIME EXISTS")


   "I BELIEVE THAT 'A SIMPLE INVESTIGATION INTO CPS RECORDS' WILL REVEAL THE MANY FALSE
AND MANUFACTURED ALLEGATIONS AGAINST ME THROUGH THE YEARS, BY PENNY ███████/ANDREA
███████/CPS; AND THE CORRUPTION/DUPLICITY INVOLVED IN COERCING MY FALSE CONFESSION
TO A CRIME THAT DOES NOT EXIST...CPS WRONGDOING/COVER UP."

   "I POSSESS AND CAN PROVIDE ACTUAL EVIDENCE TO THE CONTRARY(UPON REQUEST); AND FEEL THAT
I HAVE CAUSE AND REASON FOR 'RETRIAL UNDER RULE 33', DUE TO NEW AND UNDISCLOSED EVIDENCE
TO THE CONTRARY."

   "BUT MOSTLY...I WOULD LIKE TO SEE RESTITUTION TO MY DAUGHTER BY ALL PARTIES INVOLVED
IN WHAT SHE HAS SUFFERED THROUGH".

*Copy From Records - Exculpatory Evidence*

WHILE READING A BOOK TITLED 'HIDDEN HISTORY' BY DONALD JEFFERIES,
I CAME UPON A PORTION OF THE BOOK THAT SOUNDED FAR TOO FAMILIAR.
A CHAPTER STARTING ON Pg. 306, ENTITLED 'THE FINDERS; CHILD
PROTECTIVE SERVICES, & MORE'; BEGINS WITH A DOCUMENTED SCANDAL
ABOUT 'CPS AND CORRUPTION'.    (AS FOLLOWS)

RESEARCHERS INTO CHILD SEX SCANDALS HAVE BEEN VERY CRITICAL OF
STATE CHILD PROTECTIVE SERVICE AGENCIES, AND ALLEGE THAT THEY
ARE CONNECTED TO CORRUPTION. ONE HIGHLY VOCAL CRITIC OF CPS WAS
FORMER GEORGIA STATE SENATOR-NANCY SCHAEFFER.
SCHAEFFER MADE NUMEROUS ALLEGATIONS AGAINST THE GEORGIA CPS AND
THE DEPARTMENT OF FAMILY & CHILD SERVICES, [INCLUDING THAT THEY
HAD PERMITTED CHILDREN TO BE LEFT IN FOSTER HOMES WITH KNOWN
PEDOPHILES AND HAD REFUSED TO REMOVE THEM FROM SITUATIONS IN      *Referring To Exculpatory Evidence*
WHICH THEY WERE BEING ABUSED & TORTURED.]   (PAGES 18 & 19)

CONTROVERSIAL TALK SHOW HOST-ALEX JONES, INTERVIEWED SCHAEFFER
IN DEPTH ABOUT THE SUBJECT OF 'CPS CORRUPTION NATIONALLY'.
SCHAEFFER HAD COME TO BELIEVE THAT CPS WAS INVOLVED IN BASICALLY
KIDNAPPING CHILDREN FOR PROFIT AND SEXUAL EXPLOITATION. THE ONE
ARTICLE SHE WROTE ENTITLED 'THE CORRUPT BUSINESS OF CHILD
PROTECTIVE SERVICES'; (PUBLISHED ON 'KIDJACKED .COM', WEBSITE);
SCHAEFFER CONCLUDED THAT BASED ON HER FIRST-HAND RESEARCH,
FINANCIALLY POOR PARENTS WERE FREQUENTLY TARGETED BY CPS BECAUSE
THEY COULDN'T AFFORD PROPER LEGAL SERVICES, AND THAT CASEWORKERS
AND SOCIAL WORKERS OFTEN FRAUDUENTLY WITHHOLD OR FABRICATE EVIDENCE.
                                              (SEE PAGES 21--26)

THE NATIONAL CENTER ON CHILD ABUSE & NEGLECT STATISTICS REVEAL
THAT SIX TIMES AS MANY CHILDREN DIE IN FOSTER CARE AS IN THE
GENERAL POPULATION. [THAT ONCE REMOVED TO 'THE SAFETY OF THE
SYSTEM', CHILDREN WERE FAR MORE LIKELY TO SUFFER SEXUAL & OTHER
ABUSES THAN THEY WERE IN THE GENERAL POPULATION.]   (PAGE 19)
AND 'THE ADOPTION & SAFE FAMILIES ACT', (SIGNED BY PRESIDENT
CLINTON), WAS IN REALITY A PERVERTED SLUSH FUND, WITH 'CASH BONUSES'
AWARDED TO STATES FOR EVERY CHILD ADOPTED FROM FOSTER CARE.
SOME LOCAL CPS AGENCIES, ACCORDING TO SCHAEFFER, WERE PROVIDED
AN 'EXTRA BONUS FOR SPECIAL NEEDS CHILDREN', AND ADDITIONAL FUNDS
SEEM TO BE PART OF THE PROBLEM, NOT THE SOLUTION.
THERE ARE HORROR STORIES TO BE FOUND ALL OVER THE INTERNET
REGARDING CPS OFFICIALS 'FORCING CHILDREN AS YOUNG AS THREE YEARS
OLD TO TAKE POWERFUL PSYCHOTROPIC DRUGS'.    ("ALSO OBJECTED TO")


["I HOPE THIS ARTICLE & THE PRECEDING 'EVIDENCE TO THE CONTRARY',
AIDS IN ANY & ALL MONETARY DAMAGES THAT ARE OWED TO MY DAUGHTER
BY CPS, CASA, MAE RANKIN, THE STATE BOARD OF PARDONS...ETC., FOR
NEGLECTFUL SUPERVISION, CHILD ENDANGERMENT, AND ACCESSORY TO RAPE.
I FEEL THAT I HAVE PROVIDED SUFFICIENT INFORMATION IN THE
PRECEDING PAGES TO WARRANT AN INVESTIGATION INTO MY CLAIMS OF
CPS WRONGDOING & CORRUPTION, INCLUDING FABRICATING EVIDENCE AND
COLLUSION WITH THE ATTORNEY/COURT SYSTEM."]

*** 'BIG P.S.'--JUDGE JACK;    (2/01/2021)   ('ARTICLE OF INTEREST')
***    Your Honor; I am including lastly, the Above Article 'THE FINDERS; CHILD
PROTECTIVE SERVICES & MORE'...Just to show that "I HAVE BEEN PURSUING THIS
ISSUE FOR SO LONG NOW...AND ACCORDING TO THE ABOVE ARTICLE; CPS CORRUPTION
HAS EXISTED FOR SO LONG...AND NEEDS TO STOP!" (This Article was Found In
2016).

DAVE KERR-2038906
ALRED UNIT-2101 FM369N
IOWA PARK, TX. 76367

LEGAL

NORTH TEXAS TX P&DC
DALLAS TX 750
2 FEB 2021 PM 5 L

78401-204295

U.S. DISTRICT JUDGE JANIS GRAHAM JACK.
U.S. DIST. COURT-SOUTHERN DISTRICT OF TEXAS
1133 N. SHORELINE BLVD.
CORPUS CHRISTI, TEXAS 78401

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 05 2021
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS