# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

FEB 2 5 2021

Nathan Ochsner, Clerk of Court

```
20210211-5
```

M Vasquez
231 Pearl St, Apt. A
Briggs, Tx US 78608

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, February 11, 2021
Case Number: 2:11-cv-00084
Document Number: 1032 (1 page)
Notice Number: 20210211-5
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

FEB 25 2021

Nathan Ochsner, Clerk of Court



U.S. POSTA[GE]
ZIP 77002
02 1W
00013746

UNABLE TO FORWARD/FOR REVIEW
02/23/21
**805**

C: 77208101010 DU *1565-03022-16-42

UTF

7802810561R003