Mrs. Karrie M. Wilson


Justice 4 Wilson Family
-kidnap By Cps!
-physically abused and neglected in foster care!
-teen runaway!
-statutory rape!
-harboring a runaway!
-corruption!
-lies!
-extortion!
-perjury!
-criminal barratry!
-tampering with evidence!
-False allegations!
-Broken Civil rules and procedures!
-Broken Human rights!
-Broken amendments!
-Guilty before innocent!
-No Justice within civil court!
-criminal actions by the State and the Department of family and Justice
Save Elanah, Elijah, Elandith, and Ellah Wilson
From Travis County CPS Corruption!

D-1-FM-20-001841
February 16, 2021


Update on the Wilson case (Elanah, Elijah, Elandith, and Ellah Wilson):

As this case began as an action for the safety and best interest of the children, I feel an obligation to inform those who can or will take action in this violation of civil rights.

Both children, Elandith and Ellah, have severe emotional, mental, and psychological damage due to their time out of their home. They live in fear of being taken and have digressed nearly two years in speech, behavior, and independence. They no longer sleep in their own beds and each time CPS caseworkers, lawyers, or court appointed "therapists" question them, they spend days in elevated fear and have returned to wetting the bed. Elandith wakes in fits from nightmares during his time with the fosters.

He continually talks about his time in an all Spanish speaking home and school where he couldn't communicate and was scared and alone. This caused a drastic lag in his education as well, as he could not learn in a classroom with no English in the United States!

As they both experienced cruelty, abuse, and abandonment in their foster homes, they now have those fears and insecurities in their personalities. They think they are unloved, unwanted, and "stupid" because those are the things their foster caretakers told them.

Their lawyer is supposed to help them stay at home, and instead has chosen to go against their wishes saying they are being coached to say they want to stay home. This is not the case at all. They are terrified of leaving.

All rights in this case have been given to my eldest, Elanah Wilson, to the detriment of everyone else in the home, children and parents. She and her lawyer are controlling the entire court system.

No one will help me. The OIG did find criminal activity on the part of CPS, but they told me I have to go to the D.A. I filled out a form online, and I keep calling, but they keep redirecting me. The police and sheriff have told me only emergencies are being tended to during the pandemic. How is the kidnapping, abuse, endangerment, and violation of my family, children, and rights not considered an emergency? How long will the pandemic be the excuse CPS can hide behind for delaying the return of my rights?

I have a recording from our personal case worker stating that the CPS supervisor wants to return my eldest and close this case, yet no one has taken any action to do so. No evidence has ever been presented, my husband is never included or called upon, and I have not been accused of anything myself. No one can tell me why this is still continuing.

The case was opened March 14, 2020. It's been nearly a year, and still no charges have been conclusive, no evidence found, no accusations proven, and we are still being required to prove innocence. They continually threaten the safety and stability of our home and have taken all control over my children. The three youngest, Elijah, Elandith, and Ellah have been returned conditionally, and I am listed as their foster rather than their mother.

I cannot take care of their medical, psychological, or educational needs. My rights as a mother have been stripped, and yet I am still required to provide for my children. Our family doctor informed me they do not work with CPS because CPS does not pay their bills. I am left without adequate medical services.

After their return, we were given a permanency hearing on January 12, 2021, and we were given a new judge, Judge Rodriguez. She said she didn't know anything about our case and had not reviewed it, so she extended it until September, 2021. We had jury trial set, and she extended that because termination is no longer on the table. Every step we take is just spun and past along to someone else.

The former judge, Judge Byrne, put in a court order on behalf of Elanah Wilson, contact, sibling visitation for siblings who wish to participate. I was required to drop off my two youngest with CPS and leave all premises for the duration of the visit as my eldest now says seeing me would trigger her. Both my youngest refused to be dropped off in the care of CPS for fear of never being returned. They were then questioned again by their lawyer who decided I coached them to say these things. I had nothing to do with it.

I am now required to take the two youngest children to a play therapist who is paid by my personal insurance yet selected through the CPS department. On our first visit, she did not work to heal or assist our family. She yelled at my children in front of me three different times demanding that they sit down and stop speaking. She wouldn't allow them to sit in my lap and tried to force them to sit in their own chairs and not interact. They are four and six years old.

She opened with an accusation wanting to know what drugs I take and to define the abuse in my home. I do not take any drugs and have tested negative all four tests CPS has given me. There is not abuse in my home, and I have completed all CPS parenting and domestic violence courses. Why is the therapist now accusing me?

This is the same therapist they've been sending my eldest, Elanah Wilson. She already had made up her mind about me and my family. That is an extreme conflict of interest in a therapist.

She wanted to speak to the children alone, and my son informed me she asked about sexual abuse and violence in the home. This is questioning, not therapy! And there was nothing playful about it. The children were traumatized once more, and upon leaving told me they didn't like it there and never wanted to go back.

When I told my lawyer, Rita Anderson, she informed the children's lawyer who replied that the children were being coached and fed negative information. She objected to the request for a new therapist for the children and said the children will continue with the same therapist after only one visit. My lawyer informed me that that their lawyer, Kyle Ferguson, is undermining the children at every turn.

The therapist informed me that she works for the CPS caseworker Natasha Cooper, and for that reason, will not inform me of any treatment plans or any diagnosis during sessions. I am to drop off my children and leave. This is not family therapy or play therapy. As their mother, how am I to help them if I am not privy to any of the therapist's findings.

Elanah will be 17 March 16th. I am under the impression that her lawyer is working to stall everything until that date, so she can age out of the system.

Once more I am reaching out for anyone to help me, listen to me, or tell me what more I can do. I cannot sit and do nothing when a government agency is hiding behind the law to kidnap my children, traumatize and abuse them, and then hold me liable for the damage. This must stop!

Just received an email from Rita Anderson (my lawyer), stating that there was a meeting to fail return of my 4/6 year old because my husband has not submitted to any recent drug test. Fact THE DEPARTMENT has not contacted JEFFREY WILSON at anytime since December 4, 2020!

Wrongful removal of the Wilson Children must end!

Sincerely,
Karrie Michelle Wilson

AUSTIN TX 787
RIO GRANDE DISTRICT
15 MAR 2021 PM 3 L


CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 17 2021
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

Judge Janis Jack
1133 N. Shoreline Blvd.
Corpus Christi TX 78704

78401-204295

Karrie Michelle Wilson



To whom this may concern,

Please, I don't know where else to turn, and I must believe that there is someone who can help me. On November 3, 2020, I received a reply from Jose Gonzalez, Investigator VI in regards to my case #24512- 21. They said my allegations involving Andra Manson, Investigator III, and Kayla Cantu, Investigator II, will be investigated by OIG/IA.

My children were then returned to me on December 04, 2020, under provisionary care listing myself and their father as foster parents. Since then, they have continued to heap demands on me that I have done my best to complete yet find myself breaking under the pressure and fear of removal once more. To live with all my paternal rights removed but all the responsibilities and more in place is like trying to swim with my hands tied. My reputation and identity as a mother have been destroyed as everyone in our lives, schools, doctors, etc. have been informed they can no longer communicate with me as a parent even though the children are in my care.

Yet, our case worker, Natasha Cooper and her supervisor Melisse Fabian, regularly fail to update me or tell me anything. This is where we are now, as they are retaliating with threats of permanent removal due to a missed drug test by my husband. No drug test was ever requested by anyone to myself or my husband. It was my lawyer who informed me that this had occurred, and after speaking with Melisse, she told me that the child advocates called a meeting and demanded that she fail the return and monitor for Ellah and Cooper. She even informed them that she didn't believe my husband, Jeff Wilson, had gotten the request, but they are still pressuring her.

We called the clinic to see if a request was there, and they said there was no test requested for Jeff Wilson on file. No one can find this request, and it is the very thing they are using to demand the return of my children! To this day, I have only been listed as a victim on the affidavit and have never been served. No instruments have my name on them, only my husbands, and no one has ever contacted him. He has not been asked to do anything since the return of our children.

I don't know who else to reach out to. Sarah Eckhardt, my Senate Representative in District 14, tried to look up my case and wasn't able to find any record of it. I was told to speak with the D.A. to file perjury charges, statutory rape, harboring a runaway, and to file charges on the written affidavit, and I have written many letters with no replies. I've reached out to Governor Abbott, General Attorney Paxton, the U.S. State Senator John Cornyn and Ted Cruz, the Lt. Governor Dan Patrick, and so many others, but I cannot get any replies.

Please, can you give me any assistance or guidance on how to proceed and save my family? The criminal barratry for the sake of profits, unending threats and harassment, and the complete lack of judicial process is overwhelming and horrifying. This case has shown me how few rights we actually have and how unsafe our families are in this country. Please, help me change this.

Sincerely,

Karrie Wilton



AUSTIN TX 787
RIO GRANDE DISTRICT
22 FEB 2021 PM 3 L

United States Courts
Southern District of Texas
RECEIVED
FEB 24 2021
Nathan Ochsner, Clerk of Court

Honorable Janis Graham
1133 N Shoreline Blvd.
Corpus Christi TX 78401

78401-204295

Justice For The Wilson Children

Mrs. Karrie M. Wilson

November 24, 2020

To Whom It May Concern,

I am writing on behalf of my family, all the families before, and if nothing is done, all the families after. Travis County Child Protective Services is unprofessional at best and fully corrupt at its worst. They kidnap children and constantly get away with wrongful removal because no one does or can fight back when their children's lives are held in the balance. It is unjust, cruel, and a violation of our civil rights as U.S. citizens.

I have fought back, every day for nearly nine months.

My family has been torn apart, my children kidnapped from their home, and my husband and I subjected to endless tests, classes, monitoring, and threats. We have been treated like criminals and accused of heinous acts without any proof or due process. As I am familiar with CPS protocol and the legal system, I refused to accept the wrongful removal of my children. I refused to accept the control and the lies. I have spent close to nine months documenting everything that has happened. I have written many letters and sent them to thousands of people, hoping someone would hear me, help me.

Finally someone has, but I do not know who. The CPS caseworkers who kidnapped my children have been inflexible, argumentative, perjured testimonies during trials and in paperwork, and have fought against me and my family in the cruelest of ways, always at the detriment of my children. Now, the OIG has gotten involved, and in less than ten days, those same caseworkers are apologizing and working as quickly as possible to reunite my family and get my kids home. I have been given no reason as to why, overnight, they changed their message from saying we would never get them back to wanting them returned within two to three weeks.

It made sense when someone instantly filed a motion for leave to ensure that no one sees the corruption and negligence in this office. They are doing all they can to avoid a full OIG investigation into their lies and kidnapping of innocent children from innocent homes. The office is filled with cruel women who will lie for and protect each other and have all become obsessed with the power to take and destroy at will. I sound like a wounded mother, and I am; however, I also love children and believe in family. Knowing there is an unchecked government agency that can destroy these things is something I cannot tolerate.

This has happened too many times, to too many families. The government cannot continue to allow one of their offices to rip apart American homes, kidnap their children, and answer to no one. It is only due to our continued efforts and consistent fighting that we are getting our children back, but not everyone can do what we have done. This must stop. They must be held accountable.

The wrongful removal and kidnapping of the Wilson children, my children is outlined below.

In the last nine months, my husband and I have had less than 120 hours with our children. E.H.W., three years old at the time of kidnapping, E.C.W., five years old at the time of kidnapping, E.R.W., fourteen years old at the time of kidnapping, and E.L.W., fifteen at the time of kidnapping were all held or taken without cause, inquiry, or proof.

Their wrongful removal resulted in my 15 year old, E.L.W., who ran away to be with a boy because she was pregnant, losing her FFA placement and no longer being on track for college, being subject to sexual relations with an older boy who we want to file statutory rape charges, but have been blocked by CPS. She has ran away multiple times from her foster homes, been put on a large array of medications including an SSRI, and they have allowed her to choose no communication or visitation from us, her parents, to speak with her and determine her mental state and wellbeing.

The wrongful removal resulted in my 14 year old, E.R.W., being removed from his home and his siblings and placed in a boy's home. He suffered extreme emotional damage, constant fear of the other kids, the workers, and CPS. He was tormented on a daily basis by other kids threatening him, calling him names, bullying him, and even assaulted. Two months and one day later he was finally allowed to speak up and chose to come home. He was returned to us with provisional one month check-ins until being removed from the case completely in October.

The wrongful removal of my then five, now six year old, E.C.W., has caused what I pray is not irreparable damage. He was taken from his home and separated from all of his siblings. He has been in five different homes, and now exhibits extreme emotional distress, fear, and aggression. He has been abused, neglected, left in dirty homes without running

water, showed up to visits unbathed with skin peeling off of his hands and feet from lack of hygiene, and his homework shows anger, fear, and separation. He is no longer the same child.

The wrongful removal of my then three, now four year old, E.H.W., has caused extreme mental and health issues. She was taken from her home and separated from all of her siblings. She has been placed in four different homes in less than nine months and was removed due to physical abuse, bruising, and neglect. She has had four urinary tract infections and constant issues with yeast infections. She is FOUR! This is due to a lack of hygiene and care. I have cleaned her and changed her underwear at each visit due to being severely soiled and foul.

I have asked to take my youngest children to the doctor and was told I don't have those rights. I am their mother, and a government agency has kidnapped my children, abusing, neglecting, and lying to them, and refusing to allow me to protect, comfort, or care for them. The pain we have experienced as a family has been excruciating. The inability to protect our children, the inability to protect our home, the complete violation of our rights, to be under a government with so much control that they can tear your family apart, hurt your children right in front of you, break the law, and be untouchable is something that should never happen in our country. It is unfathomable the level of corruption and the cover-ups to protect jobs and bank accounts.

The devastation this department has done to our children and family will change our lives forever. Their innocence is gone. Feeling safe in their home is gone. The trust they once so easily had with us as parents to love, protect, and provide for them is gone. They will need therapy for years. They went from a loving and safe home to an existence of pain, abuse, neglect, and disease. All of the pain and suffering they have caused has only been to cover up their own criminal acts. This is why I will never stop until

CPS has to answer for their lack of due process and damage to the minds, souls, and family of my children. We will not let this go. We will not be silenced or placated. They will return our children, and we will continue to bring light into this dirty sect of government. We will give a voice to all the children who have been kidnapped and subjected to abuse, neglect, emotional and psychological damage, and the destruction of their futures.
Help us bring these criminals to justice and protect the children and families of Travis County!

Sincerely,
Karrie M. Wilson

Charges:

-CPS kidnapping and wrongful removal on four accounts

-physical abuse and neglect in foster care

-refusing parental charges for statutory rape

-harboring a runaway

-corruption, perjury, lies, extortion, and cover-ups

-criminal barratry

-tampering with evidence

-false allegations

-broken Civil rights and procedures

-broken human rights

-broken amendments

-guilty before innocent

-no justice within civil court

-criminal actions by the State and the Department of Family and Justice Help end Travis County CPS Corruption!

AUSTIN TX 787
RIO GRANDE DISTRICT
27 NOV 2020 PM 2 L



CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 01 2020
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

Judge Jack
CCD
1133 N Shoreline Blvd
Corpus Christi TX
78401

78401-280813

Justice for The Wilson Children

Karrie Michelle Wilson



September 14, 2020

To whom this may concern,

I sent a letter on June 1, 2020, to you and more than 3000 other people. I would be very grateful if you would take a look at where my family and I are at now. If you know anyone that can help us, I am begging you to send them this letter or let me know what I need to do.

My youngest daughter, Ellah Wilson, has turned four in the system and started pre-K, and my heart is broken that I, her mother, was not with her for these precious moments. I get two phone calls with her a week for 30 minutes, and I get one three-hour, in person, supervised, weekly visit. She is still my warm, beautiful little girl who has now moved to her third foster home. It took two prior homes for her to be placed with foster parents who seem to be kind to her. It is a relief to no longer have to hear about her fear, sadness, or pain being with people who hurt her. Her only pain now is not understanding why her mother will not take her home, and I am not allowed to tell her that I am trying because this is considered talking about the case and is not allowed. So I am to let her believe that I am doing nothing to get her back with me. She always tells me how much she wants to come home and be with me and daddy, and she misses her brother. I have been forced to send her back to two different homes over the past five months where Ellah reported that they were mean to her, spanked her, yelled at her, and made her cry over and over again. She was constantly covered in bruises and only three years old.

Elandith Cooper Wilson is my second youngest. He is not with his little sister in the system even though I was told the children would remain together. Six months into this they still can't put my babies together. Elandith has started first grade without me, had his sixth birthday without his family and friends, and has now regressed to the "terrible two" stage where he is throwing tantrums, screaming, and hurting inside. The only reason I can see for this is that his heart is broken. He asks me constantly why his older brother is home and he is not. He wants to know why daddy and I won't take him home, and once more I am not allowed to soothe my son and tell him the truth, that we are trying. I get two 30-minute phone calls weekly and one three-hour, supervised visit a week. Last week, my beautiful, six-year-old boy laid on my lap for two hours, and all he could say to me is he wished every day was Friday because that means he would be with me every day. When I asked him if there's anything he needed or wanted, he said, "I need you." He doesn't understand of course why he can't come home. He doesn't understand why his brother Elijah gets to be home with us. He doesn't understand why Elanah, his sister, doesn't want anything to do with him. And the state has removed my power to support him, talk to him, and explain the world to my child. Instead, I am to stay silent or lie. How does a mother do this?

There is so much more I could say in regard to the care of my babies since they were removed. I am so very confused as to why they were removed from my care only to be put into pain, abuse, and confusion. My children have undergone irrevocable damage because the State thought they offered better care than my children received in their home with parents who love them. How is this right? How is this legal? They were removed due to unproven allegations of abuse and neglect with no evidence only to be put in places where they have been abused physically, mentally, and emotionally. Now they have been neglected, abandoned, confused, alone, and hurt during their key and very crucial years of

emotional and psychological development. Four years old and six years old are very important times in a person's life. It is when you learn what love is. I love my children. I adore my children. I carried those children, and I gave birth to those children. I have spent every waking minute of their life kissing bobos and wiping tears, holding hands, and giving them safety and security and well-being. All of this was taken from me and from them. The system has destroyed all of our lives and possibly permanently damaged their futures.

I have never, ever done any of the things that I was accused of doing. My husband has never done any of the things that he was accused. The affidavit that this case is based on, the reason CPS chose to remove my children is completely untrue. I was told yesterday that I am naïve because I believe that the truth matters. When did the world become such a place? I have never experienced such gaslighting and from my own government no less! Every single thing I have said or done has been twisted and turned by CPS through family court, from false statements, made up stories, point-blank lies, and allegations. The most aggravating aspect is that all the proof I have to show that my home is not dangerous was given to the court but never entered in as evidence! The services I was required to complete were used to show guilt rather than compliance! I am at a loss, and I am looking for help. What happened to innocent till proven guilty?

Elanah Lynn Wilson, has turned 16 in the system. I have not been allowed to talk to her at all, and therefore, I cannot speak to her safety or wellbeing. The last time I got to speak to her was in the sheriff's department in March when I went to pick her up after she ran away to be with a boy. That is when she told me that she was three months pregnant. The State has since told me she is not pregnant, had an IUD placed in her body, and was placed in psychiatric care and was put on SSRIs. My daughter has never been medicated before! I tried to send her baby pictures and letters telling her how much I love her and want her to come home. That too was used against me by CPS stating that my interactions and attempts were negatively affecting my daughter and causing an unhealthy emotional state. So now I am told I cannot even love my own daughter or reach out to her in any way. She was on track to go to A&M and had a very promising future. Now, she may be lost completely, and there is nothing I can do. This is torture for a mother who wanted the very best for her daughter.

I will again state that my daughter, at 15, ran away, to a different town, with a boy who is legally an adult and whose parents harbored her as a runaway for 14 days! The sheriff's department would not give me the information to file statutory rape charges or harboring a runaway charge. The state came to interview my child and informed me that I could not bring her home, yet they put in the report that they kept the child due to inability to find the parents. I was sitting in the room waiting for them! I was there an hour and a half before they were!

This week we are at six months that my children have been in the system. I am so deeply grateful that my 14-year-old son was sent home in May, but I still have three children sitting in foster care for no reason. I have three children who need their mother and father, who have futures and desires and wants, and I cannot find any one single person who has the power to help me! I am not guilty! My husband is not guilty! I am far from perfect. I have made many mistakes in my life, but I chose 20 years ago to be a parent, and I have given every waking moment of my life to give my children every opportunity to succeed. I am loving, and I am what is in the best interest of the children. We are what is in the best interest of the children!

I have had three appointed attorneys. My husband has had two court appointed attorneys and two paid attorneys, and now we are out of money trying to fight this. My 14- year-old has had two court appointed attorneys. My four and six-year-old have had two court appointed attorneys. Everything has been done on zoom, so no real emotion or sense of humanity has been experienced, just faces on screens.

I am not coming to you because of all the pain that has been endured by my children, my husband, or me. I'm coming to you because everybody keeps talking about the best interest of the children. Where did the government go wrong? Do you think foster care is in the best interest of the children? Multiple strangers, multiple homes, multiple rules, spirit crushing physical abuse, brainwashing through censored communication and lies, and emotional tug-o-war is what is now considered in the best interest of the children?

I'm only one person. I am just a mom, so I am coming to you as a mom, as a woman who has no criminal record. I have now taken five negative drug tests, three domestic violence courses, eight therapy sessions, a four hour parenting course, and I am still no closer to a resolution.

My husband and I are innocent of all allegations. The truth is plain and simple. The facts are plain and simple. Sadly my 15, now 16-year-old daughter ran away and made up a story so big as to ensure her autonomy from parental control so she can do what she wants. All my love and bending to her will did not give her more opportunities in life. It made her headstrong and resistant to authority. I have made a mistake. I no longer know what she wants, only that, according to the State, she doesn't want to be here with her family. Her stories are so big that CPS came and took away the children who do want to be here, with mom and dad.

We've been in the same neighborhood going on seven years. They have gone to all the same schools. I was talking to my son's, friend's mother, who is also a teacher at the school where all three of my children have attended throughout the past six years, and when I told her the story of what has happened, tears came to her eyes. She told me she was so sorry. She has known our family for so many years, and there has never been anything she has ever seen or heard to raise an alarm about our family.

I may be naïve to believe in truth, right and wrong, good and bad, but it's who I am, and I have to believe there are good people in this world. I have to believe the truth does matter! I can give you school records, doctor records, screenshots of text messages showing that my daughter was planning on running away, that my daughter was seeing an older boy, and my daughter was doing things to hurt herself and her future. We had no idea what was going on in her world. Teenagers and their understanding of technology allows them to live lives completely separate of who they are and do it all from the privacy of their bedroom. She was such a talented academic and goal oriented child, I never thought to check her phone for the type of behavior that was uncovered after she left.

My guilt is always trusting that my daughter was making the right choices and telling the truth. I don't see the light at the end of this tunnel. I have learned how corrupt, misguided, unfair, and damaging Family Court and CPS are. No one wants the truth. They just want to be right. I am a fighter, and I have fought for my children. This has not shown my love. Instead, it has been seen as insubordinate behavior and a further reason to dig in their heels and refuse the release of my babies. MY BABIES. How can they take and keep my own children? No one is fighting for us. I am only told to obey, comply, and maybe I'll have a chance at a trial. While each act of obedience and compliance takes a piece of my soul, it also

gives them one more thing to use against me. I am punished if I fight, and I am punished if I acquiesce. Everything is used to benefit the removal of my children regardless of truth. The court statements and the reports that have been filed in this case infuriate me! Every day something else happens in this case. Even if it was meant to help us get our children back, it has simply made it easier for everyone else to flip our lives upside down and tear our children away from us.

The damage that has been done this far, if it's at all possible to ever be repaired, will take a lifetime of pouring love into my children and constantly proving that I do want them and did fight for them. I am watching the spirit of joy, love, security, and safety be drained out of my four-year-old and my six-year-old. This is so grossly wrong. The truth should matter. They say, the truth shall set us free. The truth should save us; however, nobody cares about the truth. Nobody will even listen to the truth.

They keep saying that my husband and I are criminals, yet no criminal charges have been pressed. What's criminal are the allegations, the fantastical stories of a 16-year-old who does not want to be grounded or reprimanded for disturbing sexual acts, running away, and has now dug a hole so deep, she cannot see a way out of it. If 10% of the allegations she's made were true, charges would've been pressed, and we would be in jail. The fact that my husband and I are sitting in our home doing everything in our power to get our kids back should speak volumes. The people my daughter has accused us of being would not be making any effort to restore their family. We are not those people.

I am asking anyone who believes in right and wrong, good and bad, innocent until proven guilty to please hear my cry! Please look at this case that has had over 62 people involved who all seem to be just covering up what the last person did to benefit the department and save everybody's jobs. They all know there are mistakes, lack of procedure, and gross negligence on the part of the department. They all know there have been direct perjuries in court, and no one wants to be the whistle blower. No one wants to get these people fired or actually put in jail for these crimes. So, they keep passing us around to new people who repeat what has already been said with no digging into the truth.

Sincerely,

Karrie Wilson

AUSTIN TX 787
RIO GRANDE DISTRICT
9 OCT 2020 PM 3 L

CLERK U.S. DISTRICT COURT
RECEIVED
OCT 13 2020
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

Judge Janis Graham Jack
C. C. D.
1133 N. Shoreline Blvd
Corpus Christi Texas 78401

78401-280813