# Taran Dugal

taran@actionresearch.io

## EDUCATION

**Williams College,** Williamstown, MA *May 2020*
*Bachelor of Arts in Political Economy and Philosophy*

## EXPERIENCE

**Action Research Partners**, Brooklyn, NY *April 2021 – Present*
*Research Assistant*

- Responsible for supporting monitoring teams in Texas, Michigan, New Mexico, and other jurisdictions by downloading, logging, and formatting data, conducting data quality review checks, and formatting case review samples.
- Support colleagues on a range of technical assistance and evaluation projects with the New York City Administration for Chlidren's Services.

**Russel H. Bostert Memorial Fellowship,** Boston, MA *Summer 2019*
*Fellow*

- Conducted econometric and qualitative research to study the financial and social hardships of first-generation immigrant families
- Surveyed ~ 50 families regarding their financial and employment status, mental health condition, and involvement in city-funded social welfare programs
- Analyzed data to identify empirically backed trends in regard to the effect of the immigrant condition on the ability to improve socioeconomic standing

**Epstein & Weil LLC,** New York, NY *Summer 2018*
*Fellow*

- Worked with court-involved youth and their families to identify rehabilitative programs aimed at preventing future involvement in the justice system
- Liaised with high-profile incarcerated clients, as well as with lawyers, judges, and probation officers
- Drafted, formatted, and proofread operating agreements, motions, and contract proposals

**Colin and Lili Roche 1993 Fellowship,** New Haven, CT *Winter 2018*
*Fellow*

- Conducted field research on political refugees from the Middle East and North Africa, producing a report on the French social welfare system

**Integrated Refugee & Immigrant Services,** New Haven, CT　　　　　　*Summer 2017*
*Intern*

- Designed and implemented educational and recreational programming for refugee and immigrant youth

**The Williams Record,** Williamstown, MA　　　　　　*September 2017-May 2020*
*Executive Editor (Previously Opinions Editor, Online Editor, Director of Communications)*

- Edited articles for final publication

- Managed digital content for website and social media

- Organized editorial board meetings and facilitated communication between the executive board and College administration as well as liaising with potential donors

**SKILLS**
**Computer:** Stata SE, SQL, Microsoft Office
**Languages:** Hindi (Expert), Spanish (Intermediate)