IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, SARAH R. STUKENBERG, *et al.*, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| vs. | | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al., | | |
| *Defendants*. | | |

**DEFENDANT JAIME MASTERS'S WITNESS LIST FOR MAY 5, 2021, COMPLIANCE HEARING**

Defendant Jamie Masters, in her official capacity as Commissioner of the Department of Family and Protective Services of the State of Texas ("Defendant") intends to call the following witnesses at the compliance hearing scheduled for May 5, 2021. Defendant Masters may call additional witnesses if needed to show compliance with the Remedial Orders in this cause.

1. Erica Banuelos
2. Justin Lewis
3. Jim Sylvester
4. Stephen Black
5. William Walsh
6. Hector Ortiz
7. Carol Self
8. Deneen Dryden
9. Jillian Bonacquisti
10. Tamela Griffin

11. Heather Thorp

12. Marta Talbert

13. Dr. Roberto Rodriguez

14. Tom Jarlock

15. Jane Burstain

16. David Kinsey

17. Brock Boudreau

18. Melissa Hobbs

19. Ellen Letts

20. Natalie Taylor

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    NANETTE DINUNZIO
    Associate Deputy Attorney General for Civil Litigation

    ELIZABETH J. BROWN FORE
    Chief, Administrative Law Division

    */s/ Elizabeth J. Brown Fore*
    ELIZABETH J. BROWN FORE
    State Bar No. 24001795
    Southern District Bar No. 27819
    Division Chief, Administrative Law Division

    KARA HOLSINGER
    State Bar No. 24065444

        Southern District Bar No. 952327
        Deputy Chief, Administrative Law Division

        CLAYTON R. WATKINS
        State Bar No. 24103982
        *pro-hac vice*

        Assistant Attorneys General
        OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Telephone:  (512) 936-0804
        Facsimile: (512) 320-0167
        elizabeth.brownfore@oag.texas.gov
        kara.holsinger@oag.texas.gov
        clayton.watkins@oag.texas.gov

        ***Attorneys for Jaime Masters, in her official capacity as Commissioner of Department of Family and Protective Services of the State of Texas***

## CERTIFICATE OF SERVICE

    I hereby certify that on May 4, 2021, a true and correct copy of the foregoing document has been served via email on all parties of record.

        */s/ Elizabeth J. Brown Fore*
        ELIZABETH J. BROWN FORE