**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| M.D., by her next friend, SARAH R. STUKENBERG, *et al.*, | § § § § § | |
| *Plaintiffs*, | | |
| vs. | § § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al., | § § § | |
| *Defendants*. | § § | |

**DEFENDANT JAIME MASTERS'S EXHIBIT LIST FOR MAY 5, 2021,
COMPLIANCE HEARING**

Defendant Jamie Masters, in her official capacity as Commissioner of the Department of Family and Protective Services of the State of Texas ("Defendant") intends to offer the following exhibits at the compliance hearing scheduled for May 5, 2021. Defendant Masters may offer additional exhibits if needed to show compliance with the Remedial Orders in this cause.

| Exhibit A - Declaration of Erica Bañuelos (May 2021), Remedial Order 2 | | |
|---|---|---|
| **Cite** | **Document title** | **Exhibit #** |
| EBRO2 (May 2021) -- paragraph #5 | Email from Deneen Dryden, "Daily CVS Caseload Tracker Report | Ex. A-01 |
| EBRO2 (May 2021) -- paragraph #8.1 | *RO2.4 and RO1.1 DFPS CVS Grad CL and CPD grads Dec 2020 – 2-1-21 101040* | Ex. A-02 |
| EBRO2 (May 2021) -- paragraph #8.2 | *RO1.1. CPD and graduated CL for 2INgage Dec – 2-1-21* | Ex. A-03 |
| EBRO2 (May 2021) -- paragraph #8.3 | *RO1.1 CPD* and *graduated CL for OCOK Dec – 2-1-21* | Ex. A-04 |
| EBRO2 (May 2021) -- paragraph #11.1 | *Eaton Email to Monitors* dated March 4, 2021 | Ex. A-05 |

| EBRO2 (May 2021) -- paragraph #11.2 | *RO1.1. CPD and graduated CL for 2INgage June-Jan 21 (reformat)- 3-1-21* | Ex. A-06 |
|---|---|---|
| EBRO2 (May 2021) -- paragraph #11.3 | *RO1.1 CPD and graduated CL for OCOK thru Jan 21 (reformat)- 3-1-21* | Ex. A-07 |
| EBRO2 (May 2021) -- paragraph #12 | *RO2.4 and RO1.1 DFPS CVS Grad CL and CPD grads Jan 2020 – 3-1-21 101340* | Ex. A-08 |
| EBRO2 (May 2021) -- paragraph #14.1 | *Bugg Email to Monitors* | Ex. A-09 |
| EBRO2 (May 2021) -- paragraph #14.2 | *"Daily Child Counts"* | Ex. A-10 |
| EBRO2 (May 2021) -- paragraph #15 | *Caseload Tracker Message* | Ex. A-11 |
| EBRO2 (May 2021) -- paragraph #16 | *Caseload Tracker Regional Plan Template* | Ex. A-12 |
| EBRO2 (May 2021) -- paragraph #18 | *FINAL - OCOK Graduate caseload request to SSCCs - Revised 3-23-2021* | Ex. A-13 |
| EBRO2 (May 2021) -- paragraph #19.1 | *RO2.4 and RO1.1 DFPS CVS Grad CL and CPD grads Feb 2021 – 4-1-21 101645* | Ex. A-14 |
| EBRO2 (May 2021) -- paragraph #19.2 | *RO1.1. CPD and graduated CL for 2INgage Feb – 4-1-21* | Ex. A-15 |
| EBRO2 (May 2021) -- paragraph #19.3 | *RO1.1 CPD and graduated CL for OCOK Feb – 4-1-21* | Ex. A-16 |
| **Exhibit B - Declaration of Erica Bañuelos (Jan 2021) – Remedial Order 2** | | |
| EBRO2 (Jan 2021) -- paragraph #28 | *CPS Generally Applicable Internal Caseload Standards* | Ex. B-01 |
| EBRO2 (Jan 2021) -- paragraph #34.1 | *RO2.4 and RO1.1 DFPS CVS Grad CL and CPD grads July 2020 – 915-20 99520* | Ex. B-02 |
| EBRO2 (Jan 2021) -- paragraph #34.2 | *RO1.1, CPD and graduated CL for 2INgage July – 9-15-20* | Ex. B-03 |
| EBRO2 (Jan 2021) -- paragraph #34.3 | *RO1.1 CPD and graduated CL for OCOK July – 9-15-20* | Ex. B-04 |

| EBRO2 (Jan 2021) -- paragraph #35.1 | *RO2.4 and RO1.1 DFPS CVS Grad CL and CPD grads Aug 2020 – 9-30-20 99630* | Ex. B-05 |
|---|---|---|
| EBRO2 (Jan 2021) -- paragraph #35.2 | *RO1.1. CPD and graduated CL for 2INgage Aug – 9-30-20* | Ex. B-06 |
| EBRO2 (Jan 2021) -- paragraph #35.3 | *RO1.1 CPD* and *graduated CL for OCOK Aug – 9-30-20* | Ex. B-07 |
| EBRO2 (Jan 2021) -- paragraph #38.1 | *RO2.4 and RO1.1. DFPS CVS Grad CL and CPD grads Sept 2020 – 11-2-20 99963* | Ex. B-08 |
| EBRO2 (Jan 2021) -- paragraph #38.2 | *RO1.1 CPD and graduated CL for 2INgage Sept – 11-2-20* | Ex. B-09 |
| EBRO2 (Jan 2021) -- paragraph #38.3 | *RO1.1 CPD and graduated CL for OCOK Sept – 11-2-20* | Ex. B-10 |
| EBRO2 (Jan 2021) -- paragraph #41.1 | *RO2.4 and RO1.1 DFPS CVS Grad CL and CPD grads Oct 2020 – 11-30-20 100484* | Ex. B-11 |
| EBRO2 (Jan 2021) -- paragraph #41.2 | *RO1.1. CPD* and *graduated CL for 2INgage Oct – 11-30-20* | Ex. B-12 |
| EBRO2 (Jan 2021) -- paragraph #41.3 | *RO1.1 CPD* and *graduated CL for OCOK Oct – 11-30-20* | Ex. B-13 |
| EBRO2 (Jan 2021) -- paragraph #43.1 | *RO2.4 and RO1.1 DFPS CVS Grad CL and CPD grads May- Nov 2020 – 1-4-21 101199* | Ex. B-14 |
| EBRO2 (Jan 2021) -- paragraph #43.2 | *RO1.1, CPD and graduated CL for 2INgage Nov – 1-4-21* | Ex. B-15 |
| EBRO2 (Jan 2021) -- paragraph #43.3 | *RO1.1 CPD and graduated CL for OCOK Nov 20 – 1-4-21* | Ex. B-16 |
| EBRO2 (Jan 2021) -- paragraph #45.1 | *Daily Caseload Tracker Screenshot* | Ex. B-17 |
| EBRO2 (Jan 2021) -- paragraph #45.2 | *Caseload Tracker Message* | Ex. B-18 |
| EBRO2 (Jan 2021) -- paragraph #47 | *Exhibit A 3b Statement of Work 5.0_Final Draft* | Ex. B-19 |

| **Exhibit C - Declaration of Stephen Black (May 2021) – Remedial Order 3** | | |
|---|---|---|
| SBRO3 (May2021) – paragraph #10.1 | March 11, 2021 Email from Zarate to DFPS SWI, *PN Dropdown Changes Coming 3/25* | Ex. C-01 |
| SBRO3 (May2021) – paragraph #10.2 | *Maintenance Completed: IMPACT 2.0, IMPACT Legacy, SWI Maintenance for Thursday 4/8/2021 9:00 p.m. – 11:00 p.m. has completed* | Ex. C-02 |
| SBRO3 (May2021) – paragraph #12 | *DFPS Data Book* located at http://www.dfps.state.tx.us/About_DFPS/Data_Book/Statewide_Intake/Contacts.asp | Ex. C-03 |
| SBRO3 (May2021) – paragraph #13 | *DFPS Data Book* located at http://www.dfps.state.tx.us/About_DFPS/Data_Book/Statewide_Intake/Contacts.asp | Ex. C-04 |
| SBRO3 (May2021) – paragraph #16 | Statewide Intake: Phone Calls by Queue located at http://www.dfps.state.tx.us/About_DFPS/Data_Book/Statewide_Intake/Phone_Calls.asp | Ex. C-05 |
| **Exhibit D - Declaration of Stephen Black (Jan 2021) – Remedial Order 3** | | |
| SBRO3 (Jan 2021) – paragraph #9 | *Statewide Intake Policy and Procedures Section 1510* located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_1000.asp#SWP_1510 | Ex. D-01 |
| SBRO3 (Jan 2021) – paragraph #10.1 | Statewide Intake Policy and Procedures Section 2251 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_2000.asp#SWP_2251 | Ex. D-02 |
| SBRO3 (Jan 2021) – paragraph #10.2 | Statewide Intake Policy and Procedures Section 2252 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_2000.asp#SWP_2252 | Ex. D-03 |

| SBRO3 (Jan 2021) – paragraph #10.3 | Statewide Intake Policy and Procedures Section 2311 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_2000.asp#SWP_2311 | Ex. D-04 |
|---|---|---|
| SBRO3 (Jan 2021) – paragraph #12.1 | Statewide Intake Policy and Procedures Section 1510 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_1000.asp#SWP_1510 | Ex. D-05 |
| SBRO3 (Jan 2021) – paragraph #12.2 | Statewide Intake Policy and Procedures Section 2810 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_2000.asp#SWP_2810 | Ex. D-06 |
| SBRO3 (Jan 2021) – paragraph #13.1 | Statewide Intake Policy and Procedures Section 2420 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_2000.asp#SWP_2420 | Ex. D-07 |
| SBRO3 (Jan 2021) – paragraph #13.2 | Statewide Intake Policy and Procedures Section 2560 at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_2000.asp#SWP_2560 | Ex. D-08 |
| SBRO3 (Jan 2021) – paragraph #14 | Statewide Intake Policy and Procedures Section 5230 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_5000.asp#SWP_5230 | Ex. D-09 |
| SBRO3 (Jan 2021) – paragraph #15.1 | Statewide Intake Policy and Procedures Section 2681 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_2000.asp#SWP_2680 | Ex. D-10 |

| SBRO3 (Jan 2021) – paragraph #15.2 | Statewide Intake Policy and Procedures Section 2684 located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_2000.asp#SWP_2684 | Ex. D-11 |
|---|---|---|
| SBRO3 (Jan 2021) – paragraph #17 | DFPS Data Book located at http://www.dfps.state.tx.us/About_DFPS/Data_Book/Statewide_Intake/Contacts.asp | Ex. D-12 |
| SBRO3 (Jan 2021) – paragraph #18 | DFPS Data Book located at http://www.dfps.state.tx.us/About_DFPS/Data_Book/Statewide_Intake/Contacts.asp | Ex. D-13 |
| SBRO3 (Jan 2021) – paragraph #25 | Statewide Intake: Phone Calls by Queue located at http://www.dfps.state.tx.us/About_DFPS/Data_Book/Statewide_Intake/Phone_Calls.asp | Ex. D-14 |
| SBRO3 (Jan 2021) – paragraph #28 | Statewide Intake: Phone Calls by Queue located at http://www.dfps.state.tx.us/About_DFPS/Data_Book/Statewide_Intake/Phone_Calls.asp | Ex. D-15 |
| SBRO3 (Jan 2021) – paragraph #34.1 | *October 2019 Email to Monitors* | Ex. D-16 |
| SBRO3 (Jan 2021) – paragraph #34.2 | *September 2019 DFPS SWI Monthly Dashboard* | Ex. D-17 |
| SBRO3 (Jan 2021) – paragraph #34.3 | *Getting to Know Statewide Intake* | Ex. D-18 |
| SBRO3 (Jan 2021) – paragraph #35.1 | *APS In Home Intake Guidelines* | Ex. D-19 |
| SBRO3 (Jan 2021) – paragraph #35.2 | *APS Provider Investigations- Facility Intake Guidelines* | Ex. D-20 |
| SBRO3 (Jan 2021) – paragraph #35.3 | *APS Provider Investigations- Provider Intake Guidelines* | Ex. D-21 |
| SBRO3 (Jan 2021) – paragraph #35.4 | *CPS Intake Guidelines* | Ex. D-22 |
| SBRO3 (Jan 2021) – paragraph #35.5 | *DCL Intake Guidelines* | Ex. D-23 |

| SBRO3 (Jan 2021) – paragraph #35.6 | *I&R and CRSR Types and Requirements* | Ex. D-24 |
|---|---|---|
| SBRO3 (Jan 2021) – paragraph #35.7 | *RCCL Intake Guidelines* | Ex. D-25 |
| SBRO3 (Jan 2021) – paragraph #36 | *November 2019 Email to Monitors* | Ex. D-26 |
| SBRO3 (Jan 2021) – paragraph #37 | *Forty-three .wav audio recording files – Statement Document* | Ex. D-27 |
| SBRO3 (Jan 2021) – paragraph #38.1 | *December 2019 Email to Monitors* | Ex. D-28 |
| SBRO3 (Jan 2021) – paragraph #38.2 | *Verint User Guide* | Ex. D-29 |
| SBRO3 (Jan 2021) – paragraph #40 | *February 2020 Email to Monitors* | Ex. D-30 |
| SBRO3 (Jan 2021) – paragraph #41.1 | *February 26, 2020 Email to Monitors re Daily SWI Call Reports* | Ex. D-31 |
| SBRO3 (Jan 2021) – paragraph #41.2 | *January 2021 Email to Monitors re Statewide Intake Daily Call Report* | Ex. D-32 |
| SBRO3 (Jan 2021) – paragraph #42 | *March 2020 Email to Monitors re Daily SWI Call Report Cadence* | Ex. D-33 |
| SBRO3 (Jan 2021) – paragraph #43 | *March 2020 Email to Monitors re Screening Review Question,* | Ex. D-34 |
| SBRO3 (Jan 2021) – paragraph #44 | *RCCI Intake Guidelines* | Ex. D-35 |
| SBRO3 (Jan 2021) – paragraph #45.1 | *March 2020 Email to Monitors* | Ex. D-36 |
| SBRO3 (Jan 2021) – paragraph #45.2 | *SWI Abuse Hotline Call Flow and DFPS Response to March 2020 Monitor Information Request* | Ex. D-37 |
| SBRO3 (Jan 2021) – paragraph #46.1 | *October 2020 Email to Monitors* | Ex. D-38 |

| SBRO3 (Jan 2021) – paragraph #46.2 | *SWI CCI Screener Training Design Document* and *Statewide Intake Organizational Chart* | Ex. D-39 |
|---|---|---|
| **Exhibit E - Declaration of Justin Lewis (May 2021) – Remedial Orders 3, 5, 7, 10, and B5** | | |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #17 | *#13 Domestic Minor Sex Trafficking* | Ex. E-01 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #18.1 | January 25, 2021 Email from DFPS CCL Investigations, *Awake Night Supervision* | Ex. E-02 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #18.2 | *FC32_Notifications regarding 24-Hour Awake Night Supervision Compliance* | Ex. E-03 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #19.1 | *January 2021 Blueprints for Quality Investigations* | Ex. E-04 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #19.2 | *Child Care Investigations Handbook 6524*, located at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6400.asp#LPPH_6524 | Ex. E-05 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #20 | *CCI Job Aid Conducting Person Merges in IMPACT 2.0* | Ex. E-06 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #21 | *02.01.21 Investigation Supervisor Reading Guide* | Ex. E-07 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #22 | Child Care Investigations Handbook 6611.4 *Time Frame for Supervisor to Approve or Reject an Extension Report,* located at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6611_4 | Ex. E-08 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #23 | February 2021 Blueprints for Quality Investigations | Ex. E-09 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #24.1 | February 17, 2021 Email from Cox to RCCI Staff, *Survey for Weather System Face to Face Tracking* | Ex. E-10 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #24.2 | Survey screenshots, *CCI Investigations with Virtual or LE Contacts during 2021 Winter Storm* | Ex. E-11 |

| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #25 | *02.26.21 Field Communication #33 Notifying a Child's Caseworker in Emergency Situations* | Ex. E-12 |
|---|---|---|
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #26.1 | Power Point *Danger Indicators*, *Job Aid on Safety Plans and Danger Indicators*, | Ex. E-13 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #26.2 | *List of Danger Indicators* | Ex. E-14 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #27 | Child Care Investigations Handbook 6626.1, *Documenting Child Sexual Aggression Determinations for a Child in DFPS Conservatorship* at DONE http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6626_1 | Ex. E-15 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #28 | *March 2021 Blueprints – Final* | Ex. E-16 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #29.1 | *CCI Pre BSD IT Training V2 Instructor Guide* | Ex. E-17 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #29.2 | *CCI Pre BSD IT Training V2 Participant Guide* | Ex. E-18 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #30 | April 22, 2021 Email from DFPS CCL Investigations to DFPS CCL Investigations Division Staff | Ex. E-19 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #31.1 | March 9, 2021, Email from Cox, *Email 6362 Investigation Assignment Conference* | Ex. E-20 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #31.2 | *R 05 Staffing and Extension Compliance February* | Ex. E-21 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #32 | *Criteria for Identifying a Person Charge as an Alleged Perpetrator* | Ex. E-22 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #33 | *2021 February Rejections* | Ex. E-23 |

| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #35 | *I Take It Back* | Ex. E-24 |
|---|---|---|
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #36.1 | Child Care Investigations Handbook 6212, *Intake Reports Not Requiring Screening* at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6212 | Ex. E-25 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #36.2 | Child Care Licensing Handbook at 6634, *Notification to Child Care Licensing* at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6634] | Ex. E-26 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #36.3 | Child Care Investigations Handbook 6362, *Investigation Assignment Conference* at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6362 | Ex. E-27 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #36.4 | Child Care Investigations Handbook 6142.12, *Notifying the Contract Manager of Investigation Findings,* located at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6142_1 2 | Ex. E-28 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #36.5 | Child Care Investigations Handbook at 6634, *Notification to Child Care Licensing,* located at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6634 | Ex. E-29 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #36.6 | Child Care Investigations Handbook 6631.1, *Documenting the Notification to the Residential Care Operation*, located at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6631_1 | Ex. E-30 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #37 | *April DFPS HR Matters Bulletin* | Ex. E-31 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #38 | Field Communication #36 *Fatality and Near Fatality Investigations* | Ex. E-32 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #39 | *Multiple Referral, Fatal and Near Fatal Investigation Reviews* | Ex. E-33 |

| | | |
|---|---|---|
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #45.1 | Child Care Investigations Handbook 6212, *Intake Reports Not Requiring Screening* at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6212 | Ex. E-34 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #45.2 | Child Care Investigations Handbook 6142.12, *Notifying the Contract Manager of Investigation Findings,* located at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6142_12 | Ex. E-35 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #45.3 | Child Care Investigations Handbook at 6634, *Notification to Child Care Licensing,* located at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6634 | Ex. E-36 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #45.4 | Child Care Investigations Handbook 6631.1, *Documenting the Notification to the Residential Care Operation*, located at http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6631_1 | Ex. E-37 |
| JLR03, 5, 7, 10, B5 (May 2021) – paragraph #48 | Statewide Intake Policy & Procedures 3101, 3101 CVS Caseworker Notification, located at http://www.dfps.state.tx.us/handbooks/SWI_Procedures/Files/SWP_pg_3000.asp#SWP_3101 | Ex. E-38 |
| **Exhibit F - Declaration of Justin Lewis (Jan 2021) – Remedial Orders 3, 5, 7, 10, and B5** | | |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #13 | Child Care Investigations Handbook Revision, August 10, 2020, located at: https://www.dfps.state.tx.us/handbooks/CCI/Revision/LPPH_revisions_after_5-07/2020-08-10_CPI_memo.asp | Ex. F-001 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #14.1 | Email dated September 7, 2020, from Carmical to Monitors (*RE: RCCI updates*) | Ex. F-002 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #14.2 | Email dated October 14, 2020, from Carmical to Monitors (*October Blueprints training*) | Ex. F-003 |

| | | |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #14.3 | Email dated December 1, 2020, from Bugg to Monitors (*Policy Updates and Communications*) | Ex. F-004 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #14.4 | Email dated December 18, 2020, from Bugg to Monitors *(Contract update, Blueprint, and SSCC Meetings)* | Ex. F-005 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #15 | *Neglectful Supervision* Training Powerpoint | Ex. F-006 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #17 | *CCI Quality Monitoring Business Process* | Ex. F-007 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #24.1 | *Policy Section 6222 Assessing an Intake Report for Priority* | Ex. F-008 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #24.2 | *August 2020 - Policy Section 6222* | Ex. F-009 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #25.1 | *August 2020 - 6361.1 Time Frame for Initiating a Priority 1 (P1) Investigation* | Ex. F-010 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #25.2 | *August 2020 - 6361.2 Time Frame for Initiating a Priority 2 (P2) Investigation* | Ex. F-011 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #25.3 | *August 2020 - 6241.2 Downgrading and Abuse, Neglect, or Exploitations Intake Report to a Priority None (PN) Intake Report* | Ex. F-012 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #26.1 | Child Care Investigations Handbook Section 6623 located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6623 | Ex. F-013 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #26.2 | Child Care Investigations Handbook Section 6570, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6400.asp#LPPH_6570 | Ex. F-014 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #33 | *August 2020 - 6241.2 Downgrading and Abuse, Neglect, or Exploitations Intake Report to a Priority None (PN) Intake Report* | Ex. F-015 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #36 | Child Care Investigations Handbook Section 6631, located at: | Ex. F-016 |

| | http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6631 | |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #38 | *Field Communication #027* | Ex. F-017 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #39 | CCI Handbook Section 6211.1, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6211_1 | Ex. F-018 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #40 | *Field Communication #027* | Ex. F-019 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #42.1 | Email dated October 14, 2020, from Carmical to Monitors (*October Blueprints training*) and | Ex. F-020 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #42.2 | *Blueprints for Quality Investigations Memo- Oct 2020* | Ex. F-021 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #42.3 | Child Care Investigations Handbook Section 6362, located at: http:www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6362 | Ex. F-022 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #42.4 | Child Care Investigations Handbook Section 6362.1, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6362_1 | Ex. F-023 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #42.5 | Child Care Investigations Handbook Section 6627, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6627 | Ex. F-024 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #43.1 | Email dated October 14, 2020, from Carmical to Monitors (*October Blueprints training*) | Ex. F-025 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #43.2 | *Blueprints for Quality Investigations Memo - Oct 2020* | Ex. F-026 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #45.1 | Child Care Investigations Handbook Section 7712.1, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_7600.asp#LPPH_7712_1 | Ex. F-027 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #45.2 | Child Care Investigations Handbook Section 7717.3, located at: | Ex. F-028 |

| | http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_7600.asp#LPPH_7717_3 | |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #45.3 | Child Care Licensing Policy and Procedures Handbook Sections 7716.1 and 7718, located at: https://hhs.texas.gov/book/export/html/174581 | Ex. F-029 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #47.1 | *Field Communication #028* | Ex. F-030 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #47.2 | *Field Communication #029* | Ex. F-031 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #47.3 | Child Care Investigations Handbook 6211, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6211 | Ex. F-032 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #47.4 | Child Care Investigations Handbook 6211.1, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6211_1 | Ex. F-033 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #47.5 | Child Care Investigations Handbook 6241.2, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6241 | Ex. F-034 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #51.1 | Email dated December 1, 2020, from Bugg to Monitors (*Policy Updates and Communications*) | Ex. F-035 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #51.2 | *November 2020 – Blueprints For Quality Investigations Memo* | Ex. F-036 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #54 | *(November 2020 - 6143 CPI Special Investigators*) | Ex. F-037 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.1 | Child Care Investigations   Handbook Section 6140, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6140 | Ex. F-038 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.2 | Child Care Investigations Handbook Section 6141, located at: | Ex. F-039 |

| | http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6141 | |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.3 | Child Care Investigations Handbook Section 6142, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6142 | Ex. F-040 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.4 | Child Care Investigations Handbook Section 6144, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6144 | Ex. F-041 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.5 | Child Care Investigations Handbook Section 6262, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6262 | Ex. F-042 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.6 | *(November 2020- Section 6413 Documenting the Initiation and Face to Face)* | Ex. F-043 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.7 | Child Care Investigations Handbook Section 6627, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6627 | Ex. F-044 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.8 | *(September 2020 - 6413.2 Documenting Time Frame-Required Contacts in IMPACT (Numbered as Policy 6412.2 as of Jan 2021)* | Ex. F-045 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #59.9 | Child Care Investigations Handbook Section 6362, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6362 | Ex. F-046 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #60 | ARIF and SOAH Tracking Tool | Ex. F-047 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #65 | *CaseTrack Training Materials* | Ex. F-048 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #67.1 | Email dated December 18, 2020, from Bugg to Monitors *(Contract update, Blueprint, and SSCC Meetings)* | Ex. F-049 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #67.2 | *December 2020 – Blueprints For Quality Investigations Memo* | Ex. F-050 |

| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #68 | *Letter Template to Request Records from Law Enforcement Email Attachment* | Ex. F-051 |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #69.1 | Field Communication #30, *Conducting Searches in CLASS and accompanying Job Aid* | Ex. F-052 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #69.2 | *December 2020 Email from Bugg to Monitors* | Ex. F-053 |
| CCRO3,5,7,10,B5 (Jan 2021) Paragraph #069.3 | DFPS Child Care Investigations Division Field Communication | Ex. F-054 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #70.1 | Field Communication #31, Clarification on Safety Plans | Ex. F-055 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #70.2 | *December 2020 Email from Bugg to Monitors* | Ex. F-056 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #71 | Child Care Investigations Handbook Section 6362, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6362 | Ex. F-057 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #72.1 | Child Care Investigations Handbook Section 6145, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp#LPPH_6145 | Ex. F-058 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #72.2 | Child Care Investigations Handbook Section 6412, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6400.asp | Ex. F-059 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #72.3 | Child Care Investigations Handbook Section 6524, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6400.asp#LPPH_6524 | Ex. F-060 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #76 | *Initiation and Face-to-Face Contact – History of Policy Changes* | Ex. F-061 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #78 | *November 2020- 6411 What Constitutes an Initiation* | Ex. F-062 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #83 | Email dated September 7, 2020, from Carmical to Monitors (*RE: RCCI updates*) | Ex. F-063 |

| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #84 | *Field Communication #026 Publication of changes to Initiation, Face-to-Face with Alleged Victims, and RC Provider Notification* | Ex. F-064 |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #85 | *Initiation and Face-to-Face Contact – History of Policy Changes* | Ex. F-065 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #87 | Email dated November 25, 2020, from DFPS CCL Investigations to RCCI (*Policy Changes Effective December 1, 2020 Effective December 1, 2020* | Ex. F-066 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #88 | *(November 2020 - 6411 Defining What Constitutes an Initiation)* | Ex. F-067 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #91.1 | *(November 2020 - 6412 Time Frames for Face)* | Ex. F-068 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #91.2 | Email dated December 1, 2020, from Bugg to Monitors (*Policy Updates and Communications*) | Ex. F-069 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #93 | Child Care Investigations Handbook Section 6412.2, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6400.asp#LPPH_6412_2 | Ex. F-070 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #94 | *(Initiation and Face-to-Face Contact – History of Policy Changes)* | Ex. F-071 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #109 | *CCI Field Communication #26*, dated September 3, 2020 | Ex. F-072 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #112 | Email dated July 23, 2020, from CCL Investigations to CCI Staff, *Required Documentation Procedures for Automation in IMPACT 2.0* | Ex. F-073 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #115 | *(Initiation and FTF - History of Policy Changes)* | Ex. F-074 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #116 | September Blueprints provided to the Monitors on September 7, 2020 | Ex. F-075 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #117 | *(IT Automation Case Reading Checklist)* | Ex. F-076 |

| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #120 | Email dated November 25, 2020 from CCL Investigations to Staff, (*Notification of Policy Changes Effective December 1, 2020*) | Ex. F-077 |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #121 | Child Care Investigations  Handbook Section 6362, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6000.asp | Ex. F-078 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #124 | *(September 2020 - 6413.2 Documenting Time Frame-Required Contacts in IMPACT (Numbered as Policy 6412.2 as of Jan 2021)* | Ex. F-079 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #128 | Child Care Investigations Handbook Sections 6610 and 6611, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6600.asp#LPPH_6610 | Ex. F-080 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #136 | Olah Email to Monitors dated January 30, 2020 | Ex. F-081 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #139 | *RCCI Investigator Caseload Data Questions* | Ex. F-082 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #152 | Child Care Investigations Handbook 6524.5, located at: http://www.dfps.state.tx.us/handbooks/CCI/Files/LPPH_pg_6400.asp#LPPH_6524_5 | Ex. F-083 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #154.1 | *CPS Policy Section 1411* located at http://www.dfps.state.tx.us/handbooks/CPS/Files/CPS_pg_1400.asp#CPS_1411 | Ex. F-084 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #154.2 | *ACTION REQUIRED: Sub Stages Must Remain Open Until Adoption Consummation* | Ex. F-085 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #169 | *RO3.1 RCI and CPI Intakes May 2020 - July-15-20 – 98621* | Ex. F-086 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #170 | *Carmical August 27, 2020 Email to Monitors re Face-to-Face Contact Data* | Ex. F-087 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #171 | *August 27, 2020 Email to Monitors re Face-to-Face Contact Data* | Ex. F-088 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #174 | *August 27, 2020 Email from Carmical to Monitors* | Ex. F-089 |

| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #175 | *Email Dated August 28, 2020 regarding PN assessment report, RCCI PN Assessment Report* | Ex. F-090 |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #176 | *RO.B1 RCI caseloads* | Ex. F-091 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #177 | *October 1, 2020 Email to Monitors re QAT Analysis of PNs and INVs* | Ex. F-092 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #178 | *Email dated re RCCI updates* | Ex. F-093 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #179 | *RO3.1 RCI and CPI Intakes July 2020 - Sept-15-20 – 99252* | Ex. F-094 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #180 | *October 1, 2020 Email to Monitors re QAT Analysis of PNs and INVs* | Ex. F-095 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #181.1 | *Copy of RO3.1 RCI and CPI Intakes Aug 2020 - Sept-30-20 – 99654* | Ex. F-096 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #181.2 | *RO3.2 CPI Investigations Q4 FY20 - Sept 30-20 – 99714* | Ex. F-097 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #181.3 | *RO3.2 RCI Investigations Q4 FY 20 - Sept-30-20- 99229-with provider dates* | Ex. F-098 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #181.4 | *RO.B1 RCI caseloads as of 8-31-20 - sept-30-20 –99638* | Ex. F-099 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #182 | *October 2020 Email to Monitors re PN Changes* | Ex. F-100 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #183 | *Oct 1O0 Email to Monitors re QAT Analysis of PNs and INVs* | Ex. F-101 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #184 | *October 2020 Email to Monitors with Broadcast Communication, and October 2020 Broadcast Communication* | Ex. F-102 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #185 | *October 2020 Email from Bugg to Monitors* | Ex. F-103 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #186 | *October 2020 Email to Monitors re Blueprints training, October 2020 –* | Ex. F-104 |

| | *Blueprints for Quality Investigations_Preponderance of Evidence* | |
|---|---|---|
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #187 | *October 2020 Email to Monitors* | Ex. F-105 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #188 | *October 2020 Email from Bugg to Monitors re RO B5 Notifications* | Ex. F-106 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #189 | *October 2020 Email to Monitors re QAT Analysis of PNs and INVs* | Ex. F-107 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #191 | *November 2020 Email from AC to Monitors re OOS Placements* | Ex. F-108 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #192 | *November 2020 Email from Bugg to Monitors re RCCI Policy Changes and FCs* | Ex. F-109 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #193.1 | *RO3.1 RCI and CPI Intakes Sept 2020 11-2-20* | Ex. F-110 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #193.2 | *RO3.2 CPI Investigations Sept 20 11-2-20 100294* | Ex. F-111 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #193.3 | *RO3.2 RCI Investigations FY 21 – Sept 20, 100165* | Ex. F-112 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #193.4 | *RO.B1 RCI caseloads as of 9-31-20 – 11-2-20 -99965* | Ex. F-113 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #194 | *Request for meeting question* | Ex. F-114 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #195 | *Appleseed November 2020 Email to Monitors* | Ex. F-115 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #196 | *Re: Data & Information Request* | Ex. F-116 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #197.1 | *RO3.1 RCI and CPI Intakes Oct 2020 11-30-20 fcl01* | Ex. F-117 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #197.2 | *RO3.2 CPI Investigations Oct 20 11-30-20 100707* | Ex. F-118 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #197.3 | *RO3.2 RCI Investigations Oct 20, 100489 with provider dates* | Ex. F-119 |

| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #197.4 | *RO.B1 RCI caseloads as of 10-31-20 – 11-30-20 -100766* | Ex. F-120 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #198 | *Email from Bugg to Monitors re November 2020 Blueprints, November 2020 Blueprints for Quality Investigations, RCCI Policy Changes Effective December 1 2020* | Ex. F-121 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #199 | *December 2020 Email from Bugg to Monitors re Blueprints, December 2020 – Blueprints for Quality Investigations Memo* | Ex. F-122 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #200 | *December 2020 Email from Bugg to Monitors* | Ex. F-123 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #201.1 | *RO3.1 RCI and CPI Intakes Nov 2020 1-4-21 fcl* | Ex. F-124 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #201.2 | *RO3.2 CPI Investigations Nov 2020 1-4-21* | Ex. F-125 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #201.3 | *RO3.2 RCI Investigations Nov 20* | Ex. F-126 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #201.4 | *RO.B1 RCI caseloads as of 11-3—20 – 1-4-21 -100969* | Ex. F-127 |
| CCRO3,5,7,10,B5 (Jan 2021) -- paragraph #202 | *RCCI Initiation and Completion* | Ex. F-128 |
| **Exhibit G – Declaration of William Walsh (May 2021) Remedial Order 22** | | |
| WWRO22 (May 2021) – paragraph #9 | *Procedures in Response to Contractor Citation for Failure to Report Abuse/Neglect* | Ex. G-01 |
| WWRO22 (May 2021) – paragraph #14.1 | *Transmittal email* for RO22 Failure to Report ANE 11.1.20 to 11.30.20, uploaded to the Monitors' SharePoint on December 31, 2020. | Ex. G-02 |
| WWRO22 (May 2021) – paragraph #14.2 | *Transmittal email* for RO22 Failure to Report ANE 12.1.20 to 12.31.20, uploaded to the Monitors' SharePoint on February 1, 2021. | Ex. G-03 |

| WWRO22 (May 2021) – paragraph #14.3 | *Transmittal email* for RO22 Failure to Report ANE 1.1.21 to 1.31.21, uploaded to the Monitors' SharePoint on March 1, 2021. | Ex. G-04 |
|---|---|---|
| WWRO22 (May 2021) – paragraph #14.4 | *Transmittal email* for RO22 Failure to Report ANE 2.1.21 to 2.28.21, uploaded to the Monitors' SharePoint on April 1, 2021. | Ex. G-05 |

| **Exhibit H - Declaration of William Walsh (Dec 2020) – Remedial Order 22** | | |
|---|---|---|
| WWRO22 (Dec 2020) – paragraph #10 | Procedures in Response to RCC Contractor Citation for Failure to Report Abuse/Neglect Version 4 | Ex. H-01 |
| WWRO22 (Dec 2020) – paragraph #11 | Procedures in Response to RCC Contractor Citation for Failure to Report Abuse/Neglect Draft | Ex. H-02 |
| WWRO22 (Dec 2020) – paragraph #12.1 | Corrective Action Plan and Technical Assistance Letter Templates | Ex. H-03 |
| WWRO22 (Dec 2020) – paragraph #12.2 | Procedures in Response to RCC Contractor Citation for Failure to Report Abuse/Neglect, version 1 | Ex. H-04 |
| WWRO22 (Dec 2020) – paragraph #12.3 | Procedures in Response to RCC Contractor Citation for Failure to Report Abuse/Neglect, version 1 | Ex. H-05 |
| WWRO22 (Dec 2020) – paragraph #13 | Procedures in Response to RCC Contractor Citation for Failure to Report Abuse/Neglect Version 2 | Ex. H-06 |
| WWRO22 (Dec 2020) – paragraph #14 | Non-Compliance Letter | Ex. H-07 |
| WWRO22 (Dec 2020) – paragraph #16 | Procedures in Response to RCC Contractor Citation for Failure to Report Abuse/Neglect Version 3 | Ex. H-08 |

| WWRO22 (Dec 2020) – paragraph #17 | Contract Actions in SCOR Webinar | Ex. H-09 |
|---|---|---|
| WWRO22 (Dec 2020) – paragraph #19 | RO22 Failure to Report ANE 08-02-19 to 03-03-20 Ad Hoc Report | Ex. H-10 |
| WWRO22 (Dec 2020) – paragraph #20 | Procedures in Response to RCC Contractor Citation for Failure to Report Abuse/Neglect Version 4 | Ex. H-11 |
| WWRO22 (Dec 2020) – paragraph #22.1 | Compliance with Serious Incident Reporting Requirements as to RO22 Failure to Report ANE 6.1.19 to 8.31.19 | Ex. H-12 |
| WWRO22 (Dec 2020) – paragraph #22.2 | RO22 Failure to Report ANE 09.01.19-11.30.19 | Ex. H-13 |
| WWRO22 (Dec 2020) – paragraph #22.3 | RO22 Failure to Report ANE 08-02-19 to 03-03-20 Ad Hoc Report and Quarter 2 Report dated 12-1-19 to 2-29-20 | Ex. H-14 |
| WWRO22 (Dec 2020) – paragraph #22.4 | RO22 Failure to Report ANE 03.01.20 to 05.31.20 | Ex. H-15 |
| WWRO22 (Dec 2020) – paragraph #22.5 | RO22 Failure to Report ANE 06.01 .20 to 08.31.20 | Ex. H-16 |
| WWRO22 (Dec 2020) – paragraph #22.6 | RO22 Failure to Report ANE 09.01.20 to 09.30.20 | Ex. H-17 |
| WWRO22 (Dec 2020) – paragraph #22.7 | RO22 Failure to Report ANE 10.01.20 to 10.31.20 | Ex. H-18 |
| WWRO22 (Dec 2020) – paragraph #22.8 | RO 22 Failure to Report ANE 11.01.20 to 11.30.20 | Ex. H-19 |
| **Exhibit I Declaration of Carol Self (May 2021) – Remedial Orders 26, 26, 27, 29, and 31** | | |
| CSRO25, 26, 27, 29, 31 (May 2021) -- paragraph 4 | January 14, 2021 Email from DFPS Residential Contracts, *Updates to the 24-hour RCC Contracts* | Ex. I-01 |

| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 5 | January 14, 2021 Email from DFPS Residential Contracts, *ACTION REQUIRED 24-Hour RCC Requirements Section 1420* | Ex. I-02 |
|---|---|---|
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 7.1 | January 7, 2021, Email from DFPS CPS Communications, *Webinar – Refresher on Sexual Victimization History and Notice of Investigations* | Ex. I-03 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 7.2 | March 4, 2021, Email from DFPS CPS Communications, *Webinar – Refresher on Sexual Victimization History in IMPACT* | Ex. I-04 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 9 | *Case Read - Sexual History and Placement Authorization Review FY21 Q1_PM...*and *Q1-FY 21 Sexual History Report Final Draft* | Ex. I-05 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 10.1 | *13237- CPS Redline* | Ex. I-06 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 10.2 | February 8, 2021, Email from Bugg to Monitors, *Policy Updates, Blue Prints, Meeting in a Box, and Field Communications* | Ex. I-07 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 11.1 | February 12, 2021, Email from DFPS IMPACT, *IMPACT Release Notes 2/11/2021* | Ex. I-08 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 11.2 | April 9, 2021 Email from DFPS IMPACT, *IMPACT Release Notes 4/8/2021* | Ex. I-09 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 12 | March 31, 2021 Email from Eaton to Monitors, *UPDATE: Caregiver Notification Policies – Child/Youth Sexual History* | Ex. I-10 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 13.1 | *Caregiver Notification Training 2.15* | Ex. I-11 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 13.2 | *Caregiver Notification Training FAD 2.18* | Ex. I-12 |

| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 16.1 | *Attachment A Letter- Psych Hospitals* | Ex. I-13 |
|---|---|---|
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 16.2 | *FW: Hospital Letter- Attachment A* | Ex. I-14 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 19 | April 2, 2021 Email from DFPS Residential Contracts to Residential Providers, *Court Ordered Recognizing and Reporting Child Sexual Abuse: A Training for Caregivers Caregiver Update* | Ex. I-15 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 21 | February 23, 2021 Email from Bugg to Monitors, *Fw: Training Update* | Ex. I-16 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 22 | March 10, 2021 Email from Bugg to Monitors, *Red-Lined Policy, Meeting in a Box, Blue Prints, Training and Field Communications* | Ex. I-17 |
| CSRO25, 26, 27, 29, 31 (May 2021) – paragraph 23 | March 20, 2021 Email from Bugg to Monitors, *RCCI Danger Indicator Training* | Ex. I-18 |
| **Exhibit J Declaration of Carol Self (Jan 2021) – Remedial Orders 26, 26, 27, 29, and 31** | | |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #6.1 | *2Ingage Region 02 Placement Change* | Ex. J-01 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #6.2 | *OCOK-Placement Summary Form* | Ex. J-02 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #6.3 | *Family Tapestry Child Placement Information Form* | Ex. J-03 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #9 | *Cover Emails to Monitors Accompanying Recurring Reports Nov 2019 – Dec 2020* | Ex. J-04 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #40 | *May 2020 Email to Monitors* | Ex. J-05 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #49 | *July 2020 Email to Monitors* | Ex. J-06 |

| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #52 | *Emails to Monitors re Caregiver Definition* | Ex. J-07 |
|---|---|---|
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #53 | *RO24-31 Sexual History Case Read Report Q4 FY 2020* | Ex. J-08 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #54 | *October 2020 Email to Monitors* | Ex. J-09 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #55.1 | *November 2020 Email to Monitors* | Ex. J-10 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #55.2 | *November 2020 Email to Monitors re RO3 Child in Care Request* | Ex. J-11 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #56 | *November 2020 Worker Communication re FCL Caregiver Notification* | Ex. J-12 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #57 | *Cover Emails to Monitors Accompanying Recurring Reports Nov 2019 – Dec 2020* | Ex. J-13 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #58 | *December 2020 Email to Monitors* | Ex. J-14 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #59 | *December 2020 Notice to Residential Child Care Contract Providers* | Ex. J-15 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #60.1 | *December 2020 CPS Handbook Updates* | Ex. J-16 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #60.2 | *Child Sexual Aggression Resource Guide December 2020* | Ex. J-17 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #60.3 | *Kinship Caregiver Agreement December 2020* | Ex. J-18 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #60.4 | *Placement Summary Form December 2020* | Ex. J-19 |

| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #60.5 | *December 2020 Email to Monitors* | Ex. J-20 |
|---|---|---|
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #61 | *November 2020 Worker Communication re FCL Caregiver Notification* | Ex. J-21 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #62 | *PMC Caregiver Notification 1-14-21 with pp_26* | Ex. J-22 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #63 | *December 2020 Guidance to Residential Providers* | Ex. J-23 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #66.1 | *January 2021 Meeting In A Box Agenda* | Ex. J-24 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #66.2 | *Psychiatric Hospital Contact Protocol for Children* | Ex. J-25 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #67 | *January 2021 Email to Staff re Webinar* | Ex. J-26 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.1 | *24_Hour_RCC_Requirements January 2021* | Ex. J-27 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.2 | *7911 – Notice of Sexual History to Temporary Caregivers* | Ex. J-28 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.3 | *Certification of Receipt of CSA Information* | Ex. J-29 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.4 | *Certification Statement* | Ex. J-30 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.5 | *K-908-2279a* | Ex. J-31 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.6 | *Child Specific Amendments* | Ex. J-32 |

| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.7 | *Community Based Care Amendment* | Ex. J-33 |
|---|---|---|
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.8 | *Emails to Out of State Non-Contracted Caregivers* | Ex. J-34 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.9 | *FY21 24-Hour RCC Contract Update Changes on 1-14-21* | Ex. J-35 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.10 | *January 2021 Email to Providers Section 1420* | Ex. J-36 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.11 | *January 2021 Email to Residential Providers* | Ex. J-37 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.12 | *January 2021 Notification to FAD Staff* | Ex. J-38 |
| CSRO25, 26, 27, 29, 31 (Jan 2021) -- paragraph #68.13 | *Process for Out of State Non-Contracted Notifications* | Ex. J-39 |
| **Exhibit K - Declaration of Hector Ortiz (May 2021) Remedial Order 37** | | |
| HORO37 (May 2021) -- paragraph #9 | *CPS policy 4221.1* | Ex. K-01 |
| HORO37 (May 2021) -- paragraph #11 | *Source Document: Q1-FY 21 PMC Hm Hx Rev Report.pdf* | Ex. K-02 |
| HORO37 (May 2021) -- paragraph #14 | *Field Communication: Immediate Changes to Home History Review Documentation and attached Home History Reviews Communication* | Ex. K-03 |
| HORO37 (May 2021) -- paragraph #16 | *Burstain Email entitled Agenda Item for Our Next Thursday meeting* | Ex. K-04 |

| **Exhibit L – Declaration of Stephen Black (May 2021)** | | |
|---|---|---|
| SBRO37 (May 2021) -- paragraph # 8 | *Home History Review Process and Screenshots* | Ex. L-01 |
| SBRO37 (May 2021) -- paragraph #9 | CPS Policy 4221.1 | Ex. L-02 |
| SBRO37 (May 2021) -- paragraph #13.1 | March 11, 2021 Email from Zarate to DFPS SWI, *PN Dropdown Changes Coming 3/25* | Ex. L-03 |
| SBRO37 (May 2021) -- paragraph #13.2 | *Maintenance Completed: IMPACT 2.0, IMPACT Legacy, SWI Maintenance for Thursday 4/8/2021 9:00 p.m. – 11:00 p.m. has completed* | Ex. L-04 |

| **Exhibit M – Declaration of Hector Ortiz (Jan 2021) Remedial Order 37** | | |
|---|---|---|
| HORO37 (Jan 2021) -- paragraph #8 | *Home History Review Process and Screenshots* | Ex. M-01 |
| HORO37 (Jan 2021) -- paragraph #9 | *CPS Policy 4221.1* | Ex. M-02 |
| HORO37 (Jan 2021) -- paragraph #24 | *CPS Policy Handbook Section 4221.1*, October 2, 2019 version | Ex. M-03 |
| HORO37 (Jan 2021) -- paragraph #29.1 | *CPS Policy 1411* | Ex. M-04 |
| HORO37 (Jan 2021) -- paragraph #29.2 | Email *ACTION REQUIRED: Sub Stages Must Remain Open Until Adoption Consummation* | Ex. M-05 |
| HORO37 (Jan 2021) -- paragraph #33.1 | *Email re RO 37* | Ex. M-06 |
| HORO37 (Jan 2021) -- paragraph #33.2 | *Home History Review Process and Screen Shots* | Ex. M-07 |
| HORO37 (Jan 2021) -- paragraph #34.1 | *Q1-FY 20 Hm Hx Rev Report* | Ex. M-08 |
| HORO37 (Jan 2021) -- paragraph #34.2 | *RO 37 Q2 FY 2020 Home History Review Case Read Report* | Ex. M-09 |

| HORO37 (Jan 2021) -- paragraph #34.3 | *RO37 Q3 FY 2020 Home History Review Case Read Report* | Ex. M-10 |
|---|---|---|
| HORO37 (Jan 2021) -- paragraph #34.4 | *RO 37 Q4 FY 2020 Home History Review Case Read Report* | Ex. M-11 |
| HORO37 (Jan 2021) -- paragraph #37 | *Defendants' Response to the Monitors' Draft First Report to the Court* | Ex. M-12 |
| HORO37 (Jan 2021) -- paragraph #38 | *CPS policy 4221* | Ex. M-13 |
| HORO37 (Jan 2021) -- paragraph #39.1 | *Uploaded home history reviews* | Ex. M-14 |
| HORO37 (Jan 2021) -- paragraph #39.2 | Home history reviews | Ex. M-15 |
| HORO37 (Jan 2021) -- paragraph #39.3 | Home history reviews | Ex. M-16 |
| HORO37 (Jan 2021) -- paragraph #39.4 | Home history reviews | Ex. M-17 |
| HORO37 (Jan 2021) -- paragraph #39.5 | Home history reviews | Ex. M-18 |
| HORO37 (Jan 2021) -- paragraph #41.1 | *Region 1 Operations Manual* | Ex. M-19 |
| HORO37 (Jan 2021) -- paragraph #41.2 | *Region 3B Operations Manual* | Ex. M-20 |
| HORO37 (Jan 2021) -- paragraph #41.3 | *Legal Basis for CPS and Single Source Continuum Contractor Relationship* | Ex. M-21 |
| HORO37 (Jan 2021) -- paragraph #42.1 | *Home History review Notification Region 1 and 2* | Ex. M-22 |
| HORO37 (Jan 2021) -- paragraph #42.2 | *Home History Review Notification Region 8 A* | Ex. M-23 |
| HORO37 (Jan 2021) -- paragraph #42.3 | *Home History Reviews Notification 3b* | Ex. M-24 |
| HORO37 (Jan 2021) -- paragraph #43 | *Q4 case read* | Ex. M-25 |

| HORO37 (Jan 2021) -- paragraph #48.1 | Email *(EFFECTIVE IMMEDIATELY!!!! Handling Intakes Upon Receipt from SWI)* | Ex. M-26 |
|---|---|---|
| HORO37 (Jan 2021) -- paragraph #48.2 | *Procedures for RCCI Screeners Notifying CPS of Alleged Abuse or Neglect* | Ex. M-27 |
| HORO37 (Jan 2021) -- paragraph #48.3 | *Revised CPS Policy 4221.1* | Ex. M-28 |
| HORO37 (Jan 2021) -- paragraph #50.1 | Email to Monitors (*Class Training & RCCI* and *CPS Policy Updates* | Ex. M-29 |
| HORO37 (Jan 2021) -- paragraph #50.2 | *CLASS Storyboards* | Ex. M-30 |
| HORO37 (Jan 2021) -- paragraph #50.3 | *Important: Class Training* | Ex. M-31 |
| **Exhibit N – Declaration of Erica Bañuelos (May 2021) – Remedial Order B5** | | |
| EBROB5 (May 2021) – paragraph #6 | *Policy 4221.2 CPS Responsibility and Procedure after Receiving a Notification of Abuse or Neglect by either RCCI or CPI* | Ex. N-01 |
| EBROB5 (May 2021) – paragraph #7 | Eaton email to the Monitors' dated April 7, 2021 | Ex. N-02 |
| EBROB5 (May 2021) – paragraph #8 | March 2021 data (unfiled) | Ex. N-03 |
| EBROB5 (May 2021) – paragraph #9 | Email MD V Abbott | Ex. N-04 |
| EBROB5 (May 2021) – paragraph #10.1 | *Email entitled Reminder: I&R CVS Caseworker Notification* | Ex. N-05 |
| EBROB5 (May 2021) – paragraph #10.2 | *Eaton email* to Monitors' dated April 1, 2021 | Ex. N-06 |
| **Exhibit O – Declaration of Erica Bañuelos (Jan 2021) – Remedial Order B5** | | |
| EBROB5 (Jan 2021) – paragraph # 4.1 | CPS Policy 1411 updated on October 30, 2020 | Ex. O-01 |

| EBROB5 (Jan 2021) – paragraph # 4.2 | Email (*ACTION REQUIRED: Sub Stages Must Remain Open Until Adoption Consummation*) | Ex. O-02 |
|---|---|---|
| EBROB5 (Jan 2021) – paragraph #5.1 | *FCL IandR AN Notification Staffing* | Ex. O-03 |
| EBROB5 (Jan 2021) – paragraph #5.2 | *FCL IandR CVS Caseworker Notification* | Ex. O-04 |
| EBROB5 (Jan 2021) – paragraph #6 | *Procedures for RCCI Screeners Notifying CPS of Alleged Abuse or Neglect in Foster Homes* | Ex. O-05 |
| EBROB5 (Jan 2021) – paragraph #8 | *Policy 4221.2 CPS Responsibility and Procedure after Receiving a Notification of Abuse or Neglect by either RCCI or CPI* | Ex. O-06 |
| EBROB5 (Jan 2021) – paragraph #9.1 | *Policy Clarifications and IMPACT Updates Regarding Notifications of RCCI or CPI Investigations and IR Updated Communication Final* | Ex. O-07 |
| EBROB5 (Jan 2021) – paragraph #9.2 | *Policy Clarifications and IMPACT Updates Regarding Notifications of RCCI or CPI Investigations and IR Updated Communication Final* | Ex. O-08 |
| EBROB5 (Jan 2021) – paragraph #10.1 | *SSCC Notification RE Immediate Changes to Home History Review Reporting Notifications Staffings and Documentation* | Ex. O-09 |
| EBROB5 (Jan 2021) – paragraph #10.2 | *SSCC Notification RE policy Clarifications and IMPACT Updates Regarding Notifications of RCCI or CPI Investigations* | Ex. O-10 |

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

NANETTE DINUNZIO
Associate Deputy Attorney General for Civil
Litigation

ELIZABETH J. BROWN FORE
Chief, Administrative Law Division

*/s/ Elizabeth J. Brown Fore*
ELIZABETH J. BROWN FORE
State Bar No. 24001795
Southern District Bar No. 27819
Division Chief, Administrative Law Division

KARA HOLSINGER
State Bar No. 24065444
Southern District Bar No. 952327
Deputy Chief, Administrative Law Division

CLAYTON R. WATKINS
State Bar No. 24103982
*pro-hac vice*

Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-0804
Facsimile:     (512) 320-0167
elizabeth.brownfore@oag.texas.gov
kara.holsinger@oag.texas.gov
clayton.watkins@oag.texas.gov

**Attorneys for Jaime Masters, in her official capacity as Commissioner of Department of Family and Protective Services of the State of Texas**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2021, a true and correct copy of the foregoing document has been served via email on all parties of record.

*/s/ Elizabeth J. Brown Fore*
ELIZABETH J. BROWN FORE