**SEALED**

**From:** Adriene Losciale
**Sent:** Friday, April 30, 2021 11:39 AM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Attention: Judge Janice Jack Graham

CAUTION - EXTERNAL:

United States Courts
Southern District of Texas
FILED

MAY 10 2021

David J. Bradley, Clerk of Court

Dear Judge Graham,

I understand that you are a staunch advocate for children's rights. I would like to share my story with you. Thank you for advocating for us....the children who don't have a voice.

Here is my story,

I, Adriene Caldwell, DoB ▮▮▮▮▮▮, became a ward of the state when I was 12 years old (approx. 1991).

I was placed with Donna Todd, a "therapeutic" foster parent employed by Mentor Youth Network. Mentor is a for-profit company that contracted with Harris County CPS. (www.thementornetwork.com)

My mother was schizophrenic and physically beat me. I have never once had a nightmare about my mother. I still have nightmares about Donna Todd.

She forced the foster children to:
-sit on the floor (not allowed on her furniture)
-use different silverware and dishes
- didn't allow us to eat the same food as her family (they ate name brand foods; foster children were given generic)
-we were not allowed to use the toilet that her family used (the house was 1 1/2 bath, foster children used the half bath connected to the master bedroom, which we occupied, up to 7-8 people at a time.
- forced the foster child who bathed last to scrub the shower/tub (there was only one in the house) with Comet (a powered cleanser containing bleach). She refused to allow her family to use the tub/shower after the foster children without it being cleaned (again, always by a foster child, NEVER her own family).
-use bleach in the kitchen sink when we (again, only the foster children) did the dishes (dishes for Donna's family...not just our own)

There was a motion censored alarm placed outside the bedroom door (where the foster children slept, kept their possessions, etc.). If anyone left the room after Donna turned the alarm on, a loud siren sounded.

At one time during my stay with Donna, she casually said that she was surprised that I hadn't started throwing up (engaging in bulimia) to lose the fat from my thighs.

We were free labor for her. I and other foster children painted the interior and exterior of her home, mowed, did all cleaning (including cleaning her bathroom with a toothbrush)

I went to Donna with OCD, depression and anxiety.

I left Donna's with a level of self-worth that was lower than sub-human. I became bulimic.

My first attempted suicide/suicidal gesture was in Donna's care. Later, I attempted suicide another 4-6 times (razors, pills and even a 9 mm gun). I became an alcoholic.

I suffer from severe PTSD, MDD (major depressive disorder) and severe anxiety.

I hold Donna Todd, Harris County CPS, Mentor Network and the state of Texas responsible for my mental and emotional damage.

Helen West (Donna's neighbor at the time) worked in correctional facilities (prisons) for 40 years. Helen West told police that "Prisoners are treated better than the way Donna treats those girls." The police report number is 9508091985.

Helen West lives at ▅▅▅▅▅▅▅▅▅▅▅▅. She is 93, so if you would like to speak with her, you may wish to do so soon. Helen can be reached at ▅▅▅▅▅▅▅.

My social worker was Debra Thornton. My aunt (Barbara Caldwell) and I repeatedly told social workers and Mentor Youth authorities of the abuses that I was being subjected to. I told the Mentor counselor (Norma West) who made regular visits to Donna's home. Nothing ever came from it.

You may also speak with Barbara Caldwell (my aunt) for further corroboration of this. She is available by phone at: home ▅▅▅▅▅▅▅ work: ▅▅▅▅▅▅▅ or mobile ▅▅▅▅▅▅▅.

Nancy Daniels is my psychiatrist. Nancy is available at ▅▅▅▅▅▅▅. We have worked together since approximately 2008. Nancy will also speak regarding my time at Donna's and the subsequent emotional and psychological deterioration that I underwent (and quite frankly, still struggle with).

I have my CPS case files as well.

I received a Congressional scholarship to live in Germany for one year (junior year of high school). After returning to the states, I lived with Barbara Caldwell until I aged out of care at 18. I then went to college under the Texas tuition waiver.

I got my life straight at the age of 25, when my daughter was born.

My most recent nightmare about Donna was within the last three months.

If this speaks to your heart, I would welcome correspondence. I am working with Sophie Phillips from TexProtects. She has asked me to share my story before a legislative body (unsure if she means state or federal). I will share my story with anyone and everyone who is in a position to ensure that no child ever lives through what I did.

Adriene Losciale, CFP(R) (formerly Caldwell)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.