

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 20-11 Summary | **Invoice For** | Texas M.D. Monitoring |
| **Issue Date** | 7/02/2021 | | |
| **Due Date** | 8/02/2021 | | |
| **Subject** | Texas Monitoring Team: June 2021 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $623,980.63 |
| Expense | **PROJECT EXPENSES** (see attached report) (06/01/2021-06/30/2021) | $267.28 |

**Amount Due**   $624,247.91