# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our **Important notices page** for the latest updates

Confirmation Number:

## DZTJRW

| Flight 1 of 2 UA3465 | Class: United First (Z) |
|---|---|

| Mon, Jun 28, 2021 | Mon, Jun 28, 2021 |
|---|---|
| **03:00 PM** | **04:21 PM** |
| New York/Newark, NJ, US (EWR) | Portland, ME, US (PWM) |

Flight Operated by Republic Airways dba United Express.

| Flight 2 of 2 UA4816 | Class: United Economy (T) |
|---|---|

| Wed, Jun 30, 2021 | Wed, Jun 30, 2021 |
|---|---|
| **10:20 AM** | **11:53 AM** |
| Portland, ME, US (PWM) | New York/Newark, NJ, US (EWR) |

Flight Operated by Commutair dba United Express.

### Traveler Details

RYAN/KEVINMICHAEL
eTicket number: **0162351244769**
Frequent Flyer: **UA-**[redacted]** Premier Gold**

Seats: **EWR-PWM 02A**
**PWM-EWR 02A**

### Purchase Summary

Method of payment:
Date of purchase:

American Express ending in [redacted]
Thu, Jun 03, 2021

Airfare:
U.S. Transportation Tax:

**296.75 USD**
**22.25 USD**

| | |
|---|---:|
| U.S. Flight Segment Tax: | **8.60 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| Total Per Passenger: | 347.80 USD |
| **Total:** | **347.80 USD** |

$225.00



### New York/Newark to Portland

**UA 3465**  Seat map >
Embraer 170

**3:00pm** — — — — — — — — 1h 21m — — — — — — — — **4:21pm**
EWR  PWM

Operated by Republic Airways Dba United Express

⚠️ 1 ticket left at this price

United First (Z) / Meals are not offered for this flight

### Choose your travel experience



| Roundtrip $225 | **Economy** ★ Our economy fare with options for customizing your travel |



| Roundtrip $405 | **First (2-cabin)** Our lowest available fare |



**Book without worry**  >
Cancel for free within 24 hours of booking

7/1/2021                                      Fair Haven, NJ to Newark Liberty International Airport - Google Maps

  Maps     Fair Haven, NJ to Newark Liberty International Airport                       Drive 36.8 miles, 43 min

## Fair Haven
New Jersey

**Get on Garden State Pkwy in Middletown Township from River Rd and E Front St**

13 min (4.5 mi)

1. Head northwest on Locust Ave toward River Rd

    0.1 mi

2. Turn left onto River Rd

    1.3 mi

3. Continue onto E Front St

    2.0 mi

4. Turn left onto Half Mile Rd

    0.3 mi

5. Turn right onto Schulz Dr

    0.3 mi

6. Turn right to merge onto Garden State Pkwy
   ⚠ Toll road

    0.6 mi

**Follow Garden State Pkwy to U.S. 9 N in Woodbridge Township. Take exit 127 from Garden State Pkwy**

15 min (17.6 mi)

7. Merge onto Garden State Pkwy
   ⚠ Toll road

    16.0 mi

8. Keep right at the fork to stay on Garden State Pkwy

    1.1 mi

9. Use the 2nd from the left lane to take exit 127 to merge onto U.S. 9 N toward Woodbridge

    0.5 mi

**Drive from I-95 N/NJ Turnpike N to Elizabeth. Take the exit toward US-1 N/US-9 N/Newark from NJ-81 N**

14 min (13.9 mi)

10. Use the left lane to merge onto U.S. 9 N

    0.4 mi

11. Use the left 2 lanes to turn slightly left onto the NJ Turnpike ramp
    ⚠ Toll road

    1.7 mi

12. Keep left at the fork and merge onto I-95 N/NJ Turnpike N
    ⚠ Toll road
    9.9 mi

13. Take exit 13A toward Newark Airport/Elizabeth Seaport
    ⚠ Toll road
    0.7 mi

14. Continue onto NJ-81 N
    ⚠ Toll road
    0.1 mi

15. Keep left to stay on NJ-81 N
    ⚠ Toll road
    0.7 mi

16. Use the left 2 lanes to take the exit toward US-1 N/US-9 N/Newark
    0.4 mi

**Drive to your destination in Newark**

56 s (0.6 mi)

17. Slight right
    0.5 mi

18. Use the right 2 lanes to take the exit toward Newark Airport/Parking A/Parking B/Parking C/Terminal A/Terminal B/Terminal C
    0.1 mi

**Newark Liberty International Airport**
3 Brewster Rd, Newark, NJ 07114

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

 Newark Liberty International Airport to Fair Haven, NJ    Drive 38.7 miles, 47 min

## Newark Liberty International Airport
3 Brewster Rd, Newark, NJ 07114

**Get on US-1 S/U.S. 9 S from Newark International Airport St**

3 min (1.5 mi)

1. Head southeast

   10 ft

2. Use the left lane to keep left at the fork

   0.3 mi

3. Slight left toward Hotel Rd/Newark International Airport St

   354 ft

4. Turn left onto Hotel Rd/Newark International Airport St

   0.3 mi

5. Keep left to continue on Newark International Airport St

   0.3 mi

6. Keep right at the fork, follow signs for US-1 S/US-9 S/Elizabeth and merge onto US-1 S/U.S. 9 S

   0.6 mi

**Take I-95 S and Garden State Pkwy to Newman Springs Rd in Lincroft. Take exit 109 from Garden State Pkwy**

31 min (32.9 mi)

7. Merge onto US-1 S/U.S. 9 S

   0.7 mi

8. Take the exit toward NJ Turnpike/I-95/Dowd Ave/North Ave/Elizabeth Seaport

   0.2 mi

9. Continue onto NJ-81 S
   ⚠ Toll road

   1.1 mi

10. Take the I-95 S exit toward Trenton
    ⚠ Toll road

    361 ft

11. Keep left at the fork and merge onto I-95 S
    ⚠ Toll road

    10.0 mi

12. Use the right 2 lanes to take exit 11 for Garden State Parkway
⚠ Toll road

1.9 mi

13. Merge onto Garden State Pkwy
⚠ Toll road

3.2 mi

14. Keep left at the fork to stay on Garden State Pkwy
⚠ Toll road

0.7 mi

15. Keep right at the fork to stay on Garden State Pkwy, follow signs for Main St
⚠ Toll road

14.6 mi

16. Take exit 109 toward Newman Springs Rd
⚠ Toll road

0.4 mi

### Take W Front St and River Rd to Locust Ave in Fair Haven

13 min (4.2 mi)

17. Turn left onto Newman Springs Rd

0.3 mi

18. Turn left onto Half Mile Rd

0.5 mi

19. Turn right onto W Front St

2.0 mi

20. Continue onto River Rd

1.3 mi

21. Turn right onto Locust Ave

0.1 mi

## Fair Haven
New Jersey

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.