# INVOICE



From **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | **24** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 08/17/2021 | | |
| Due Date | 09/16/2021 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; July2021 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Court Monitoring - Travel (07/01/2021 - 07/31/2021) | 168.30 | $168.82 | **$28,411.88** |
| Product | Expenses for Texas Foster Care Court Monitoring - Travel (07/01/2021 - 07/31/2021) | 1.00 | $5,154.43 | **$5,154.43** |
| Service | Texas Foster Care Monitoring (07/01/2021 - 07/31/2021) | 1,923.27 | $286.07 | **$550,189.85** |
| Product | Expenses for Texas Foster Care Monitoring (07/01/2021 - 07/31/2021) | 1.00 | $1,148.87 | **$1,148.87** |

**Amount Due**    **$584,905.03**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# INVOICE



From | **Texas Appleseed**
1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | **24** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 08/17/2021 | | |
| Due Date | 09/16/2021 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; July 2021 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Court Monitoring - Travel - 07/01/2021 - Travel / Victoria Foster | 0.75 | $162.50 | **$121.88** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/01/2021 - Travel / Victoria Foster | 0.75 | $162.50 | **$121.88** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/01/2021 - Travel / Linda Brooke | 4.67 | $197.50 | **$922.33** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/01/2021 - Travel / Shay Price | 3.50 | $125.00 | **$437.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/01/2021 - Travel / Viveca Martinez | 3.50 | $162.50 | **$568.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/07/2021 - Travel / Viveca Martinez | 4.22 | $162.50 | **$685.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/08/2021 - Travel / Linda Brooke | 4.67 | $197.50 | **$922.33** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/08/2021 - EVE/WKND Travel / Deborah Fowler | 3.25 | $212.50 | **$690.63** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/08/2021 - EVE/WKND Travel / Deborah Fowler | 2.25 | $212.50 | **$478.13** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/08/2021 - Travel / Clarice Rogers | 3.00 | $162.50 | **$487.50** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Court Monitoring - Travel - 07/08/2021 - Travel / Shay Price | 5.25 | $125.00 | **$656.25** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/08/2021 - Travel / Adrian Gaspar | 5.25 | $100.00 | **$525.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/08/2021 - Travel / Viveca Martinez | 3.18 | $162.50 | **$516.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/09/2021 - Travel / Linda Brooke | 1.08 | $197.50 | **$213.30** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/09/2021 - Travel / Clarice Rogers | 3.50 | $162.50 | **$568.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/09/2021 - Travel / Shay Price | 3.83 | $125.00 | **$478.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/09/2021 - Travel / Adrian Gaspar | 3.50 | $100.00 | **$350.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/10/2021 - Travel / Linda Brooke | 3.00 | $197.50 | **$592.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/20/2021 - Travel / Nancy Arrigona | 3.75 | $162.50 | **$609.38** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/20/2021 - Travel / Beth Mitchell | 6.00 | $197.50 | **$1,185.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/20/2021 - Travel / Victoria Foster | 2.75 | $162.50 | **$446.88** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/20/2021 - Travel / Monica Santiago | 4.42 | $325.00 | **$1,436.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/20/2021 - Travel / Victoria Foster | 0.50 | $162.50 | **$81.25** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/20/2021 - EVE/WKND Travel / Deborah Fowler | 1.50 | $212.50 | **$318.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/20/2021 - Travel / Deborah Fowler | 4.50 | $212.50 | **$956.25** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Beth Mitchell | 4.75 | $197.50 | **$938.13** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Nancy Arrigona | 3.92 | $162.50 | **$637.00** |

| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Veronica Lockett-Villalpando | 1.00 | $125.00 | **$125.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Veronica Lockett-Villalpando | 1.83 | $125.00 | **$228.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Veronica Lockett-Villalpando | 2.08 | $125.00 | **$260.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Linda Brooke | 4.58 | $197.50 | **$904.55** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Monica Santiago | 4.08 | $325.00 | **$1,326.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Victoria Foster | 0.50 | $162.50 | **$81.25** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Victoria Foster | 0.75 | $162.50 | **$121.88** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Victoria Foster | 1.75 | $162.50 | **$284.38** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Shay Price | 7.75 | $125.00 | **$968.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Clarice Rogers | 7.75 | $162.50 | **$1,259.38** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Mahiri Moody | 4.08 | $125.00 | **$510.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - Travel / Deborah Fowler | 2.00 | $212.50 | **$425.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/21/2021 - EVE/WKND Travel / Deborah Fowler | 2.50 | $212.50 | **$531.25** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Nancy Arrigona | 5.83 | $162.50 | **$947.38** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Veronica Lockett-Villalpando | 0.17 | $125.00 | **$21.25** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Veronica Lockett-Villalpando | 0.17 | $125.00 | **$21.25** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Veronica Lockett-Villalpando | 2.08 | $125.00 | **$260.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Veronica Lockett-Villalpando | 1.42 | $125.00 | **$177.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Linda Brooke | 3.92 | $197.50 | **$774.20** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Shay Price | 4.83 | $125.00 | **$603.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Clarice Rogers | 4.83 | $162.50 | **$784.88** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Mahiri Moody | 0.67 | $125.00 | **$83.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/22/2021 - Travel / Mahiri Moody | 2.08 | $125.00 | **$260.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/23/2021 - Travel / Nancy Arrigona | 0.75 | $162.50 | **$121.88** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/23/2021 - Travel / Shay Price | 4.83 | $125.00 | **$603.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 07/23/2021 - Travel / Clarice Rogers | 4.83 | $162.50 | **$784.88** |
| Product | Expenses for Texas Foster Care Court Monitoring - Travel (07/01/2021 - 07/31/2021) | 1.00 | $5,154.43 | **$5,154.43** |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.90 | $300.00 | **$270.00** |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.42 | $300.00 | **$126.00** |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.56 | $300.00 | **$168.00** |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.81 | $300.00 | **$243.00** |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.32 | $300.00 | **$96.00** |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.27 | $300.00 | **$81.00** |

| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.18 | $300.00 | $54.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.50 | $300.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 3.50 | $250.00 | $875.00 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - EVE/WKND Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.58 | $425.00 | $246.50 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/01/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 3.50 | $325.00 | $1,137.50 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.41 | $300.00 | $123.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.77 | $300.00 | $531.00 |

| Service | Texas Foster Care Monitoring - 07/02/2021 - Project Management & Planning / Monica Benedict | 2.50 | $300.00 | $750.00 |
|---------|---------------------------------------------------------------------------------------------|------|---------|---------|
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | $1,400.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 6.50 | $250.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Project Management & Planning / Linda Brooke | 2.83 | $395.00 | $1,117.85 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 7.00 | $250.00 | $1,750.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 07/02/2021 - Report and Document Preparation / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 07/03/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.15 | $300.00 | $45.00 |
| Service | Texas Foster Care Monitoring - 07/03/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.82 | $300.00 | $246.00 |
| Service | Texas Foster Care Monitoring - 07/03/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.08 | $325.00 | $1,001.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/03/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 07/04/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.15 | $300.00 | **$45.00** |
| Service | Texas Foster Care Monitoring - 07/04/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.62 | $300.00 | **$186.00** |
| Service | Texas Foster Care Monitoring - 07/05/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.28 | $300.00 | **$84.00** |
| Service | Texas Foster Care Monitoring - 07/05/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.27 | $300.00 | **$81.00** |
| Service | Texas Foster Care Monitoring - 07/05/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.11 | $300.00 | **$33.00** |
| Service | Texas Foster Care Monitoring - 07/05/2021 - Project Management & Planning / Linda Brooke | 3.75 | $395.00 | **$1,481.25** |
| Service | Texas Foster Care Monitoring - 07/05/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | **$2,762.50** |
| Service | Texas Foster Care Monitoring - 07/05/2021 - EVE/WKND Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 07/05/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 07/05/2021 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Project Management & Planning / Monica Benedict | 1.50 | $300.00 | **$450.00** |

| Service | Texas Foster Care Monitoring - 07/06/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.53 | $300.00 | **$159.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 2.50 | $250.00 | **$625.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.50 | $200.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.50 | $200.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.75 | $395.00 | **$691.25** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Project Management & Planning / Linda Brooke | 1.33 | $395.00 | **$525.35** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.92 | $395.00 | **$1,943.40** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Report and Document Preparation / Veronica Lockett-Villalpando | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 1.50 | $200.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 2.00 | $200.00 | **$400.00** |

| Service | Texas Foster Care Monitoring - 07/06/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 4.50 | $200.00 | **$900.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/06/2021 - Project Management & Planning / Viveca Martinez | 9.00 | $325.00 | **$2,925.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 1.68 | $300.00 | **$504.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 4.00 | $250.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 1.50 | $250.00 | **$375.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.55 | $300.00 | **$165.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.46 | $300.00 | **$138.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.16 | $300.00 | **$48.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.50 | $300.00 | **$1,650.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Project Management & Planning / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.50 | $200.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 10.08 | $395.00 | **$3,981.60** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | **$2,600.00** |

| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
|---------|---------|------|---------|-----------|
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 4.00 | $200.00 | $800.00 |
| Service | Texas Foster Care Monitoring - 07/07/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.15 | $325.00 | $1,998.75 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 1.11 | $300.00 | $333.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.38 | $300.00 | $114.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.57 | $300.00 | $171.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.50 | $300.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 0.50 | $250.00 | $125.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.58 | $395.00 | $2,599.10 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - EVE/WKND Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 12.40 | $120.00 | $1,488.00 |

| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.25 | $325.00 | $2,356.25 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 2.75 | $250.00 | $687.50 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 2.50 | $250.00 | $625.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 1.83 | $250.00 | $457.50 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 5.00 | $395.00 | $1,975.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 6.75 | $200.00 | $1,350.00 |
| Service | Texas Foster Care Monitoring - 07/08/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 5.27 | $325.00 | $1,712.75 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.45 | $300.00 | $135.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.59 | $300.00 | $477.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Project Management & Planning / Monica Benedict | 0.50 | $300.00 | $150.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.22 | $300.00 | $66.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.00 | $395.00 | $2,765.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |

| Service | Texas Foster Care Monitoring - 07/09/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 0.50 | $250.00 | $125.00 |
|---------|---|------|---------|---------|
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 0.75 | $325.00 | $243.75 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 7.50 | $120.00 | $900.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 5.83 | $325.00 | $1,894.75 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 5.75 | $250.00 | $1,437.50 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 5.75 | $200.00 | $1,150.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/09/2021 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 07/10/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.00 | $425.00 | $2,975.00 |
| Service | Texas Foster Care Monitoring - 07/11/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 07/11/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.33 | $395.00 | $3,290.35 |
| Service | Texas Foster Care Monitoring - 07/11/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 3.00 | $250.00 | $750.00 |
| Service | Texas Foster Care Monitoring - 07/11/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 1.00 | $250.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 07/11/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 2.00 | $250.00 | $500.00 |

| Service | Texas Foster Care Monitoring - 07/11/2021 - Report and Document Preparation / Veronica Lockett-Villalpando | 4.67 | $250.00 | $1,167.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/11/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 1.33 | $250.00 | $332.50 |
| Service | Texas Foster Care Monitoring - 07/11/2021 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 2.50 | $250.00 | $625.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Project Management & Planning / Monica Benedict | 4.00 | $300.00 | $1,200.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 3.00 | $250.00 | $750.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.00 | $200.00 | $1,200.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Project Management & Planning / Linda Brooke | 1.58 | $395.00 | $624.10 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.75 | $395.00 | $2,666.25 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 1.00 | $250.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 12.00 | $250.00 | $3,000.00 |

| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.17 | $250.00 | **$292.50** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 6.83 | $250.00 | **$1,707.50** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.25 | $325.00 | **$81.25** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.50 | $325.00 | **$487.50** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 2.17 | $395.00 | **$857.15** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Santiago | 1.17 | $325.00 | **$380.25** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 1.17 | $250.00 | **$292.50** |
| Service | Texas Foster Care Monitoring - 07/12/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 6.83 | $250.00 | **$1,707.50** |

| Service | Texas Foster Care Monitoring - 07/12/2021 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/12/2021 - Report and Document Preparation / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.50 | $200.00 | $1,100.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 0.50 | $200.00 | $100.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.50 | $300.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 6.67 | $250.00 | $1,667.50 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.75 | $325.00 | $2,518.75 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Project Management & Planning / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.00 | $395.00 | $2,370.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.50 | $395.00 | $197.50 |

| Service | Texas Foster Care Monitoring - 07/13/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/13/2021 - Report and Document Preparation / Viveca Martinez | 10.00 | $325.00 | $3,250.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | $900.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 1.50 | $250.00 | $375.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 7.50 | $250.00 | $1,875.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.25 | $325.00 | $2,681.25 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.25 | $395.00 | $2,863.75 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Project Management & Planning / Linda Brooke | 2.17 | $395.00 | $857.15 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 4.00 | $200.00 | $800.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | $212.50 |

| Service | Texas Foster Care Monitoring - 07/14/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/14/2021 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 07/14/2021 - Report and Document Preparation / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Project Management & Planning / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.02 | $300.00 | $306.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | $900.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Veronica Lockett-Villalpando | 0.33 | $250.00 | $82.50 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 9.42 | $395.00 | $3,720.90 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Project Management & Planning / Linda Brooke | 0.83 | $395.00 | $327.85 |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |

| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.00 | $395.00 | **$1,185.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | **$212.50** |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 07/15/2021 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.45 | $300.00 | **$135.00** |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.55 | $300.00 | **$465.00** |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Project Management & Planning / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.08 | $395.00 | **$2,006.60** |

| Service | Texas Foster Care Monitoring - 07/16/2021 - Project Management & Planning / Linda Brooke | 1.33 | $395.00 | $525.35 |
|---------|------------------------------------------------------------------------------------------|------|---------|---------|
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.00 | $325.00 | $2,925.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.25 | $325.00 | $731.25 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.50 | $325.00 | $1,787.50 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 07/16/2021 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 07/17/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.35 | $300.00 | $105.00 |
| Service | Texas Foster Care Monitoring - 07/17/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 2.00 | $250.00 | $500.00 |

| Service | Texas Foster Care Monitoring - 07/17/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Linda Brooke | 0.75 | $395.00 | $296.25 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/17/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 5.00 | $425.00 | $2,125.00 |
| Service | Texas Foster Care Monitoring - 07/18/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.37 | $300.00 | $111.00 |
| Service | Texas Foster Care Monitoring - 07/18/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 07/18/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.42 | $395.00 | $955.90 |
| Service | Texas Foster Care Monitoring - 07/18/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.50 | $425.00 | $3,187.50 |
| Service | Texas Foster Care Monitoring - 07/18/2021 - Project Management & Planning / Viveca Martinez | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Project Management & Planning / Monica Benedict | 6.50 | $300.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 4.50 | $250.00 | $1,125.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.35 | $300.00 | $105.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Robert McManus | 0.90 | $300.00 | $270.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |

| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 6.00 | $325.00 | $1,950.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.67 | $395.00 | $659.65 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Project Management & Planning / Linda Brooke | 2.33 | $395.00 | $920.35 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.67 | $395.00 | $2,239.65 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Santiago | 1.07 | $325.00 | $347.75 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.75 | $325.00 | $243.75 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.75 | $325.00 | $893.75 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 1.00 | $250.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 7.00 | $250.00 | $1,750.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 0.67 | $250.00 | $167.50 |

| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 0.50 | $250.00 | **$125.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/19/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 07/19/2021 - Report and Document Preparation / Viveca Martinez | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.48 | $300.00 | **$144.00** |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Project Management & Planning / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.18 | $300.00 | **$54.00** |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Robert McManus | 0.95 | $300.00 | **$285.00** |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.11 | $300.00 | **$33.00** |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 0.50 | $300.00 | **$150.00** |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | **$1,500.00** |

| Service | Texas Foster Care Monitoring - 07/20/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.25 | $325.00 | $1,706.25 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.00 | $200.00 | $200.00 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 5.50 | $200.00 | $1,100.00 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.75 | $395.00 | $1,481.25 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.75 | $395.00 | $3,061.25 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Project Management & Planning / Linda Brooke | 1.92 | $395.00 | $758.40 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 3.75 | $325.00 | $1,218.75 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.75 | $325.00 | $1,218.75 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Santiago | 1.33 | $325.00 | $432.25 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |

| Service | Texas Foster Care Monitoring - 07/20/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.50 | $425.00 | **$1,487.50** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/20/2021 - Project Management & Planning / Viveca Martinez | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.35 | $300.00 | **$105.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 4.50 | $300.00 | **$1,350.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.08 | $325.00 | **$1,651.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 2.33 | $250.00 | **$582.50** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.33 | $395.00 | **$2,105.35** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Santiago | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.25 | $325.00 | **$1,056.25** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.25 | $325.00 | **$406.25** |

| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 2.33 | $250.00 | **$582.50** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.50 | $425.00 | **$1,912.50** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Viveca Martinez | 7.75 | $325.00 | **$2,518.75** |
| Service | Texas Foster Care Monitoring - 07/21/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | **$900.00** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.91 | $300.00 | **$273.00** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.83 | $300.00 | **$249.00** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Project Management & Planning / Monica Benedict | 2.00 | $300.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.17 | $325.00 | **$1,680.25** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 2.17 | $250.00 | **$542.50** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 2.50 | $250.00 | **$625.00** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.50 | $395.00 | **$1,777.50** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | **$325.00** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 9.83 | $250.00 | **$2,457.50** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.83 | $325.00 | **$3,194.75** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 4.67 | $250.00 | **$1,167.50** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Viveca Martinez | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Foster Care Monitoring - 07/22/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 9.50 | $325.00 | **$3,087.50** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.85 | $300.00 | **$255.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.29 | $300.00 | **$87.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.50 | $300.00 | **$1,050.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Project Management & Planning / Monica Benedict | 2.00 | $300.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.40 | $300.00 | **$120.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.17 | $395.00 | **$2,832.15** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Project Management & Planning / Linda Brooke | 1.75 | $395.00 | **$691.25** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Linda Brooke | 1.08 | $395.00 | **$426.60** |

| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.25 | $325.00 | **$2,356.25** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 1.83 | $250.00 | **$457.50** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 1.50 | $325.00 | **$487.50** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.67 | $425.00 | **$284.75** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | **$1,700.00** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Viveca Martinez | 5.50 | $325.00 | **$1,787.50** |
| Service | Texas Foster Care Monitoring - 07/23/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 2.50 | $325.00 | **$812.50** |
| Service | Texas Foster Care Monitoring - 07/24/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 1.50 | $325.00 | **$487.50** |
| Service | Texas Foster Care Monitoring - 07/24/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.50 | $425.00 | **$3,187.50** |
| Service | Texas Foster Care Monitoring - 07/25/2021 - Project Management & Planning / Linda Brooke | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 07/25/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 07/25/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 07/25/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 6.00 | $425.00 | **$2,550.00** |

| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 3.00 | $250.00 | **$750.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 4.00 | $250.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.72 | $300.00 | **$216.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 1.92 | $200.00 | **$384.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.30 | $300.00 | **$90.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Project Management & Planning / Monica Benedict | 4.00 | $300.00 | **$1,200.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.47 | $300.00 | **$141.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Nancy Arrigona | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Project Management & Planning / Nancy Arrigona | 1.50 | $325.00 | **$487.50** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 6.08 | $200.00 | **$1,216.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 2.00 | $200.00 | **$400.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 3.42 | $395.00 | **$1,350.90** |

| Service | Texas Foster Care Monitoring - 07/26/2021 - Project Management & Planning / Linda Brooke | 1.25 | $395.00 | $493.75 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Report and Document Preparation / Linda Brooke | 2.75 | $395.00 | $1,086.25 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.67 | $395.00 | $1,449.65 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 4.00 | $200.00 | $800.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 2.00 | $200.00 | $400.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Santiago | 1.92 | $325.00 | $624.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 6.00 | $250.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 1.92 | $250.00 | $480.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 6.08 | $250.00 | $1,520.00 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.25 | $325.00 | $1,056.25 |

| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 3.50 | $395.00 | **$1,382.50** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.50 | $425.00 | **$637.50** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Project Management & Planning / Viveca Martinez | 5.00 | $325.00 | **$1,625.00** |
| Service | Texas Foster Care Monitoring - 07/26/2021 - Report and Document Preparation / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Cassie Davis | 0.50 | $200.00 | **$100.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.50 | $200.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Project Management & Planning / Adrian Gaspar | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Project Management & Planning / Adrian Gaspar | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 4.00 | $250.00 | **$1,000.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 1.00 | $250.00 | **$250.00** |

| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.52 | $300.00 | **$156.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/27/2021 - Project Management & Planning / Monica Benedict | 3.50 | $300.00 | **$1,050.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | **$900.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Nancy Arrigona | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.33 | $325.00 | **$2,382.25** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Project Management & Planning / Adrian Gaspar | 3.00 | $200.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 3.00 | $200.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Santiago | 0.50 | $325.00 | **$162.50** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.50 | $395.00 | **$197.50** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | **$790.00** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Report and Document Preparation / Linda Brooke | 6.25 | $395.00 | **$2,468.75** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 0.75 | $395.00 | **$296.25** |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |

| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 4.00 | $325.00 | $1,300.00 |
|---------|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/27/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 0.50 | $250.00 | $125.00 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 7.50 | $250.00 | $1,875.00 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.50 | $325.00 | $162.50 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.25 | $325.00 | $1,381.25 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.75 | $325.00 | $568.75 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.50 | $395.00 | $197.50 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.50 | $395.00 | $592.50 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Project Management & Planning / Viveca Martinez | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 07/27/2021 - Report and Document Preparation / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.15 | $300.00 | $345.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.50 | $200.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Project Management & Planning / Adrian Gaspar | 2.00 | $200.00 | $400.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Project Management & Planning / Monica Benedict | 1.50 | $300.00 | $450.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.00 | $300.00 | $1,800.00 |

| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 2.00 | $200.00 | $400.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 1.00 | $250.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.92 | $325.00 | $2,899.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Project Management & Planning / Linda Brooke | 2.33 | $395.00 | $920.35 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Report and Document Preparation / Linda Brooke | 6.33 | $395.00 | $2,500.35 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 5.50 | $325.00 | $1,787.50 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.25 | $325.00 | $1,056.25 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 07/28/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | $850.00 |

| Service | Texas Foster Care Monitoring - 07/28/2021 - Project Management & Planning / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/28/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 3.43 | $300.00 | $1,029.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.84 | $300.00 | $252.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 9.67 | $325.00 | $3,142.75 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 1.50 | $325.00 | $487.50 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 3.25 | $325.00 | $1,056.25 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Project Management & Planning / Monica Benedict | 1.00 | $300.00 | $300.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.00 | $300.00 | $1,800.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 3.00 | $250.00 | $750.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Project Management & Planning / Linda Brooke | 3.25 | $395.00 | $1,283.75 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Project Management & Planning / Linda Brooke | 3.67 | $395.00 | $1,449.65 |

| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
|---------|------|------|------|------|
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.50 | $325.00 | $3,087.50 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.25 | $395.00 | $1,283.75 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Beth Mitchell | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 3.25 | $325.00 | $1,056.25 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Viveca Martinez | 3.00 | $325.00 | $975.00 |
| Service | Texas Foster Care Monitoring - 07/29/2021 - Project Management & Planning / Viveca Martinez | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.54 | $300.00 | $162.00 |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 1.38 | $300.00 | $414.00 |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Project Management & Planning / Monica Benedict | 3.00 | $300.00 | $900.00 |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | $900.00 |

| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Cassie Davis | 7.50 | $200.00 | **$1,500.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/30/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 11.00 | $250.00 | **$2,750.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 3.00 | $250.00 | **$750.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.50 | $395.00 | **$1,382.50** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Project Management & Planning / Linda Brooke | 5.00 | $395.00 | **$1,975.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Project Management & Planning / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.50 | $325.00 | **$2,437.50** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 9.25 | $325.00 | **$3,006.25** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Mahiri Moody | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 1.80 | $395.00 | **$711.00** |

| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.50 | $325.00 | **$812.50** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 4.00 | $200.00 | **$800.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 07/30/2021 - Project Management & Planning / Viveca Martinez | 6.00 | $325.00 | **$1,950.00** |
| Service | Texas Foster Care Monitoring - 07/31/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.86 | $300.00 | **$258.00** |
| Service | Texas Foster Care Monitoring - 07/31/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.28 | $300.00 | **$84.00** |
| Service | Texas Foster Care Monitoring - 07/31/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.11 | $300.00 | **$33.00** |
| Service | Texas Foster Care Monitoring - 07/31/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 07/31/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 7.50 | $425.00 | **$3,187.50** |
| Product | Expenses for Texas Foster Care Monitoring (07/01/2021 - 07/31/2021) | 1.00 | $1,148.87 | **$1,148.87** |

**Amount Due**   **$584,905.03**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# Expense Report for Invoice #24

Texas Appleseed

---

**07/01/2021** **$50.47**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Meals** |
| Person | **Linda Brooke** |

Breakfast (3 monitors)



**07/01/2021**                                    **$161.28**

---

Client    **Texas DFPS/HHSC**
Project   **Texas Foster Care Court Monitoring - Travel**
Category  **Mileage**
Person    **Linda Brooke**

Travel to Rockwall CPS; return travel [288.0 miles]


**07/01/2021**                                    **$231.28**

---

Client    **Texas DFPS/HHSC**
Project   **Texas Foster Care Court Monitoring - Travel**
Category  **Mileage**
Person    **Viveca Martinez**

CWOP Visit to Dallas Area- Personal Use of Vehicle - V. Martinez Mileage - Austin to Dallas 195, Rockwall to Austin 218 (413 total miles round trip) [413.0 miles]


**07/01/2021**                                    **$284.72**

---

Client    **Texas DFPS/HHSC**
Project   **Texas Foster Care Court Monitoring - Travel**
Category  **Other**
Person    **Viveca Martinez**

All Receipts for Meals and 1 Gas - CWOP Dallas Area



```
          Welcome To
         Stripes 2190
          923 S. Hwy 37
       George West Tx. 78022
          361-449-2214
       *****************
            STRIPES


      ***PRE-AUTHORIZED RECEIPT***

Description        Qty      Amount
-------            ---      ------
PREPAY CR #05                20.00
                            -------
              Subtotal       20.00
                   Tax        0.00
     TOTAL           20.00
              PREAUTH  $     20.00


PREPAY Receipt
USD$20.00
Acct/Card #: ************0815
Entry: Chip Read
AppName: VISA CREDIT
MODE: Issuer
AuthNet: VISA
AID: A0000000031010
Auth #: 04837G
Resp Code: 000
Stan: 0214630688
Invoice #: 346751
Shift #: 1
Store # ***************


CUSTOMER COPY



         Diesel Fuel Contains
         Up To 5% Biodiesel Or
         Renewable State Diesel
         Tax $ 0.19 Per Gallon
```

June   2021

CWoP Visits

0815

GAS



MONITORS - DALLAS
+ Employees

Welcome to Shell

SHELL
108 N COLLEGE
WEST, TX 76691
54295450032

06/30/2021 9:30:28 AM
Register: 2 Trans #: 7324 Op ID: 1
Your cashier: EVERYBODY

| | | |
|---|---|---|
| BAKE/NO-TAX | $5.99 | 99 |
| BAKE/NO-TAX | $3.99 | 99 |
| BAKE/NO-TAX | | |
| 2 @ $1.99 | $3.98 | 99 |
| BAKE/NO-TAX | $1.49 | 99 |
| BAKE/NO-TAX | $12.99 | 99 |
| BAKE/NO-TAX | $6.99 | 99 |

Subtotal = $35.43
Tax = $0.00

Total = $35.43

Change Due = $0.00

Credit                    $35.43

VISA CREDIT          USD$35.43
XXXX XXXX XXXX 0815
Chip Read
APPROVED
AUTH # 02439G          INV # 335018

Mode: Issuer
AID: A0000000031010
TVR: 8000008000
IAD: 06010A03604400
TSI: 6800
ARC: 00

Customer Copy

6/30/2021
CWP Visit
West Texas

OSIS

MONITORS - DALLAS
2 Employee

```
        STARBUCKS Store #6251
         10900 Research Blvd.
        Austin, TX  (512) 342-2737
--------------------------------------
            CHK 713204
         06/30/2021 07:43 AM
        XXX4632  Drawer: 1  Reg: 1
--------------------------------------
              Order
  Gr Almnd Hny Fw           5.45
   No Foam
   Warm
  Water Ethos 700Ml         2.45

--------------------------------------
  Subtotal                 $7.90
  Tax 8.25%                $0.45
  Total                    $8.35
  Change  Due              $0.00
--------------------------------------
              Payments

  Visa                      8.35
  XXXXXXXXXXXXX0815
  Card Entry: CHIP
  Trans Type: SALE
  App Label: VISA CREDIT
  Auth: 07622G
  AID: A0000000031010
  TVR: 8000008000
  TSI: 6800

---------- Check Closed --------------
        06/30/2021 07:43 AM



        Join our loyalty program
          Starbucks Rewards®
      Sign up for promotional emails
       Visit Starbucks.com/rewards
          Or download our app
         At participating stores
         Some restrictions apply
```

6/30/2021
Cw of Visa

0815

*MONITORS - DALLAS*
*4 Employees*

Pappadeaux Seafood    tcher (043)
10428 Lombardy Ln, Dallas, TX 75220
(214) 358-1912
www.Pappadeaux.com

0243a-1  Table  4  #Party 2
SIMON G     SvrCk: 17 18:35 06/30/21
**DINE IN**

1 Lunch Caesar Salad           5.95
3 Lunch Dinner Salad          17.85
2 Lunch Pasta Mardi Gras      43.90
1 Lunch Ginger Salmon         17.95
1 Naked Atlantic Salmon       23.95

        Sub Total:      109.60
             Tax:        9.04
        Sub Total:      118.64
06/30 19:16 **TOTAL:    118.64**

Thank you for dining at Pappadeaux!
Tip Not Included
      15%      17.80
      18%      21.36
      20%      23.73

`*****************************************`

Tell us about your dining experience
    www.Pappadeaux.com/cor    us

`*****************************`      `---`

e-Gift Card Payment (19 Digits)

6006 49__ ___  ___ ___ ___

___ ___ ___  ___ ___ ___

Present e-Gift Card PIN (4 Digits)

___ ___ ___ ___

---

0243-1
Server: SIMON G                Rec:234
06/30/21 19:45, Chip   T:  4 Term:  4

Pappadeaux #11
10428 Lombardy Ln
Dallas, Texas 75220
(214)358-1912

`=======================================`
MERCH ID: 345112768881 : 4
PURCHASE USD$118.64
**********0815  Visa
6/30/2021 7:45 PM
AUTH: 03426G Approved 000
ENTRY: CHIP READ
VISA CREDIT - A0000000031010
TC - 07C2DE71629A5360
Mode: Issuer
TVR: 8080008000
IAD: 06010A03602400
TSI: 6800
ARC: 00

MARTINEZ/VIVECA
`=======================================`

**Authorized:      118.64**

**TIP:           21.36**

**TOTAL:        140.00**

Thank you for dining at Pappadeaux!
Tip Not Included
      15%      17.80
      18%      21.36
      20%      23.73

**Guest Copy**

*6/30/21*
*CHIP*
*Visa*
*Dallas*

7/1/2021
CWOP Visits
Rockwall
North TX
0815

MONITORS - Rockwall
4 Employees

Arboleda's Mexican Grill
1103 Ridge rd
Rockwall TX, 75087
(972)722-4772

RECEIPT: 2601
72   ROOM: DEFAULT ROOM TABLE:3
DATE: 07/01/2021      TIME: 02:33 PM
WAITER: PERLA M
CLIENT NAME:

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | BOWL CHILE CON QUESO | 6.99 | 6.99 |
| 4 | ICED TEA | 2.50 | 10.00 |
| 1 | LUNCH FAJITA'S | 10.99 | 10.99 |
| 1 | BRISKET TACOS | 11.49 | 11.49 |
| 1 | POLLO CHIPOTLE | 10.99 | 10.99 |
| 1 | MELANIE'S PLATE | 7.99 | 7.99 |
| 1 | SIDE SOUR CREAM | 1.50 | 1.50 |
| 1 | SOPAPILLAS | 2.99 | 2.99 |
| 1 | SINGLE SOPAPILLA | 0.75 | 0.75 |

SUBTOTAL:   63.69
SALES TAX:   5.25

TOTAL:   68.94

Suggested Tip 15%   9.55
Suggested Tip 18%   11.46
Suggested Tip 20%   12.74
* * * THANK YOU * * *
**Please Come Again**

Duplicate (w/tip)

ARBOLEDAS MEXICAN GRILL
1103 RIDGE RD
ROCKWALL, TX 75087
2:14 648-7033

07/01/2021                    14:12:43
CREDIT CARD
VISA SALE

Card #            XXXXXXXXXXXX0815
Chip Card:               VISA CREDIT
AID:             A0000000031010
SEQ #:                       28
Batch #:                      1
Trans #:                     28
SERVER:                    0010
Approval Code:            08279C
TRANS ID:        581182705597620
Entry Method:          Chip Read
Mode:                     Issuer

SALE AMOUNT              $68.94

TIP AMOUNT               12.00

TOTAL AMOUNT             80.94

THANK YOU

CUSTOMER COPY

**07/08/2021**                                    **$479.48**

---

Client     **Texas DFPS/HHSC**

Project    **Texas Foster Care Court Monitoring -
           Travel**

Category   **Transportation**

Person     **Viveca Martinez**

Enterprise Car Rental



319 S LAMAR
AUSTIN, TX 78704-1019

| Rental Agreement #: | 3TYWCH |
|---|---|
| Bill Ref #: | 8000-4455-9733 |
| Invoice Date: | 07/15/2021 |
| Account #: | |

## BILLING DETAIL

| Description | Qty/Per | | Rate | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | 3 | DAY | 115.00 | 345.00 |
| DW | 3 | DAY | 21.99 | 65.97 |
| | | Subtotal | | 410.97 |
| VLF REC | 3 | DAY | 1.99 | 5.97 |
| CITY OF AUSTIN TAX | | PCT | 5.00 | 20.85 |
| TX MOTOR VEHICLE RENTAL TAX | | PCT | 10.00 | 41.69 |
| **Total Charges (USD)** | | | | **479.48** |

### BILL TO

VIVECA MARTINEZ
222 EAST RIVERSIDE
APT 131
AUSTIN, TX - 78704

### RENTAL INFORMATION

| **Date/Time Out** | **Date/Time In** |
|---|---|
| 07/07/2021 03:27 PM | 07/10/2021 03:00 PM |

**Renter**
MARTINEZ, VIVECA

### RENTAL VEHICLES

| | | | | Miles/Kms | |
|---|---|---|---|---|---|
| **Color** | **License** | **Model** | **Unit** | **Out** | **In** |
| GRAY DK | MTX1767 | ARMA | 7T0QWM | 43,475 | 43,799 |

**VIN:** JN8AY2ND8L9106706

### CLAIM INFORMATION

| **Claim# / PO# / RO#** | | **Insured** | |
|---|---|---|---|
| **Date of Loss** | **Type of Loss** | **Type of Vehicle** | |
| | **Repair Shop** | | |

## PAYMENTS

| Payment | Visa | -479.48 |
|---|---|---|
| **Total Payments (USD)** | | **-479.48** |

**Amount Due (USD)**      0.00

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

| **For Billing Inquiries / Payment Terms :** |
|---|
| Tel#:  5129120332 |
| NTXAUSTINADMIN@EHI.COM |

---

**Thank You For Choosing Enterprise**

---

**Please Return This Portion With Remittance**

**Amount Due (USD)**     0.00

**Remit To :**
ENTERPRISE RENT-A-CAR COMPANY
4210 S CONGRESS AVE
AUSTIN, TX 78745--110

**Paid By:**
VIVECA MARTINEZ
222 EAST RIVERSIDE
APT 131
AUSTIN, TX 78704

| **Fed Tax Id:** 26-4086616 | **Account #** | **Rental Agreement** | **Amount** | **GPBR** |
|---|---|---|---|---|
| | | 3TYWCH | 0.00 | 6526 |

Page 1 of 1

**07/08/2021**                                    **$69.20**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Other** |
| Person | **Viveca Martinez** |

CWOP San Antonio Site Visits - Gas (Meals and Gas in recipes but only Gas represented in this total)

Members - BEST San Antonio

Radio Coffee & Beer
4204 Menchaca Road
Austin, TX 78704

Server: Jake R
Check #61                           Anna
Ordered:            07/08/21 8:20 AM

Americano                          $3.25
Cinnamon Roll                      $5.25

Subtotal                           $8.50
Tax                                $0.70
Tip                                $1.84
Total                             $11.04

Input Type          C (EMV Chip Read)
VISA CREDIT              xxxxxxxx0815

Transaction Type                    Sale
Authorization                   Approved
Approval Code                     06133G
Payment ID                  JmssHsVKztzr
Application ID          A0000000031010
Application Label            VISA CREDIT
Terminal ID          e6c161c680869905
Card Reader                       BBPOS

Powered by Toast

7/08/21
San Antonio
CWoP Visits

Visa 0815

MONITORS - B-Fast - San Antonio

Radio Coffee & Beer
4204 Menchaca Road
Austin, TX 78704

Server: Jake R
Check #55
Ordered:                          AnnA
                         07/08/21 8:13 AM

Latte                            $4.25
 Vanilla                         $0.75
 Almond                          $0.50
Nitro Cold Brew                  $4.00
Lemon Pound Cake                 $4.50
Cinnamon Roll                    $5.25

Subtotal                        $19.25
Tax
Tip                              $1.58
Total                            $4.17
                                $25.00

Input Type              C (EMV Chip Read)
VISA CREDIT                xxxxxxxx0615 ◄—

Transaction Type                  Sale
Authorization                 Approved
Approval Code                   09712G
Payment ID                  pyfyNbrfCXqL
Application ID          A000000031010
Application Label           VISA CREDIT
Terminal ID             e6c161c680869905
Card Reader                      BBPOS

Powered by Toast

7/08/2021
CWoP Viols
South Central 8A

0815



```
            BUC-EE'S
         2760 IH 35 North
       New Braunfels
          ( DUPLICATE RECEIPT )
          ( DUPLICATE RECEIPT )
Pump 38
     10.656 G @Unleaded  $2.68/G $28.65
                 Sub Total    $28.65
                      Tax     $0.00
                     Total    $28.65
                   Savings    $0.00
                     Visa:    $28.65
                    Change    $0.00

SALE
Visa
Card Num : (C)
XXXXXXXXXXXX0815
Chip Read

USD$ 28.65

VISA CREDIT
AID: A0000000031010
TVR: 800000B000
IAD: XXXXXXXXXXXXX
TSI: 6800
ARC: 00
TC: BD9A4F0F5A69C1CD


07/08/2021 09:30:44

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

    Contains up to 5.0% Biodiesel or
    Renewable diesel - State diesel
         tax $0.19 per gallon
           (979)-238-6390
POS:    10  Cashier:       ICR
7/8/2021      09:31:08  TRAN:41400
```

7/8/2021
San Antonio
Cur Visits
0815

GAS

MONTOYO - B&D SAN ANTONIO (w)

```
                BUC-EE'S
             2760 IH 35 North
              New Braunfels
VOSS ARTSIN WATER 1 LTR        $2.49
BUC POP L CHDDR JLPN           $1.74
CLEAN EARTH WTR 1L             $1.49
TRU BRSKT EGG TACO             $3.49
BUC PREMIUM PURIFIED DR        $0.99
BUC TRL OMEGA 3                $3.99
LV PEPITAS RSTD SLT            $4.99
BUC SR PWR QUATTRO             $3.99
TRU BRSKT TACO                 $4.29
MXED BRRY PARTAIT SM           $2.39
BUC NSA MLK CHC PEANUTS        $4.49
LV PPCRN TRPL PLAY             $1.98
BUC DRIED APRICOTS             $1.99
BUC KTL CAJUN 2OZ              $1.29
BUC POP SS WHT CHDDR           $0.99
TRIDENT WHT SPLT PPRMNT        $1.29
                Sub Total     $41.88
                      Tax      $2.63
                    Total     $44.51
                 Savings       $0.00
                   Visa:      $44.51
                  Change       $0.00


SALE
Visa
Card Num : (C) XXXXXXXXXXXX0815
Chip Read
Terminal : 101
Approval : 01697G

USD$ 44.51

VISA CREDIT
AID: A0000000031010
TVR: 8000008000
IAD: XXXXXXXXXXXXX
TSI: 6800
ARC: 00
TC: EFD875ECC4D4C189

             (979)-238-6390
POS:      48 Cashier: Marisa, G
7/8/2021    09:42:34  TRAN:41560
```

7/8/2021
Cheep Visit
Sam Antonio
e34c

MONITORS- San Antonio

```
         Starbucks Coffee #16904
             6028 North Parkway
         San Antonio, TX 210-641-2574
-------------------------------------
              CHK 710008
           07/08/2021 03:05 PM
         XXX8251  Drawer: 1  Reg: 1
-------------------------------------
                 Order
  Gr Icd Carml Macch            4.95
    1 pump Vanilla
    Soy                         0.70
-------------------------------------
  Subtotal                     $5.65
  Tax 8.25%                     $0.47
  Total                        $6.12
  Change  Due               $0.00
-------------------------------------
                Payments

  Visa                          6.12
  XXXXXXXXXXXX0815
  Card Entry: QUICK CHIP
  Trans Type: PURCHASE
  Reference: 00000059
  App Label: VISA CREDIT
  Auth: 06438G
  AID: A0000000031010
  TVR: 8000008000
  TSI: 6800

---------- Check Closed --------------
         07/08/2021 03:05 PM
```

7/8/2021
San Antonio
Owal Visits

0815

```
         Join our loyalty program
            Starbucks Rewards®
      Sign up for promotional emails
        Visit Starbucks.com/rewards
            Or download our app
           At participating stores
          Some restrictions apply
```

MONITORS - SAN Antonio
6 Employees



**EL CHOLULAS**
**MEXICAN GRILL**
**10124 BROADWAY**
**210-824-0671**

### Table 9

Station 1
Server: MONICA                    Check 20033
THU              7/08/21          Guests 6
                                  2:29pm

| | |
|---|---|
| 1 QUESO CON CREMA | 5.99 |
| 1 carne | 0.00 |
| 1 TEA | 2.49 |
| 1 #3 | 9.99 |
| 1 no toronja | 0.00 |
| 1 ========== | 0.00 |
| 1 SM TORT SOUP | 5.99 |
| 1 PICADILLO TACO | 2.99 |
| EN MAIZ | 0.00 |
| 1 WATER | 0.00 |
| 1 ========== | 0.00 |
| 1 #1 | 7.99 |
| CHICK FAJITA | |
| 1 WATER | 0.00 |
| 1 ========== | 0.00 |
| 1 #1 | 7.99 |
| BEEF FAJITA | |
| 1 TEA | 2.49 |
| 1 ========== | 0.00 |
| 1 KID ENCH PLATE | 5.99 |
| W/CHICKEN | |
| 1 verde | 0.00 |
| 1 SOFT DRINK | 2.50 |
| COKE | |
| 1 ========== | 0.00 |
| 2 BEAN CHEES CHALUP | 5.98 |
| 1 WATER | 0.00 |
| 1 TEA | 2.49 |
| 1 TEA | 2.49 |
| 1 CUP TOGO | 0.50 |

| | |
|---|---|
| Sub/Ttl | 65.87 |
| Tax | 5.43 |

## Total Due        71.30

---

7/8/2021
CNOP Visits
San Antonio
0815

**EL CHOLULAS MEXICAN**
**GRILL**
10124 BROADWAY
SAN ANTONIO, TX 78217
2104491862

Cashier: Monica

Transaction 100032

| | |
|---|---|
| Total | $71.30 |
| Tip | $17.11 |
| CREDIT CARD SALE | $88.41 |
| VISA 0815 | |

Retain this copy for statement
validation.

08-Jul-2021 2:36:17p
$88.41 | Method: EMV
VISA CREDIT XXXXXXXXXXX0815
VIVECA MARTINEZ
Reference ID: 116900575868
Auth ID: 071416
MID: *********9884
AID: A0000000031010
AthNtwkNm: VISA

Online: https://clover.com/p
/3GEEQ79N40366

7/8/2021
Coop Visits
San Antonio
CO815

Diaper
Food

Mowtoes - San Antonio

**140**

Burleson Yard Beer Garden
430 Austin Street
San Antonio, TX  78202
(210) 210-354-3001

| | |
|---|---|
| Server: BAR | 07/08/2021 |
| MARTINEZ VIVECA/1 | 9:34 PM |
| Guests: | 10140 |
| Order Type: Order | |
| | 7.00 |
| | 1.00 |
| | |
| Double Burger | 7.00 |
| Burger | 7.00 |
| | 1.00 |
| Baby Burger | 7.00 |
| Cheese | 1.00 |
| NO ONIONS | |
| Jalapeños | 0.50 |
| WELL DONE | |
| Chicken Sa | 8.00 |
| Cheese | 1.00 |
| NO ONIONS | |
| NO BUN | |
| WINGZ | 9.00 |
| | |
| 6 Items | |

| | |
|---|---|
| Subtotal | 49.50 |
| Tax | 4.08 |
| | |
| Total | 53.58 |
| **Balance Due** | **53.58** |

Please drink responsibly!!!
Bring your dog next time!

Burleson Yard Beer Garden
430 Austin Street
San Antonio, TX  78202
(210) 210-354-3001

| | |
|---|---|
| Server: BAR | DOB: 07/08/2021 |
| 09:34 PM | 07/08/2021 |
| MARTINEZ VIVECA/1 | 1/10140 |

SALE

| | |
|---|---|
| VISA | 1048605 |

Card #XXXXXXXXXXXX0815
Magnetic card present: MART
Card Entry Method:  S

Approval: 043556

| | |
|---|---|
| Amount: | $53.58 |
| + +Tip:: | _____ |
| = Total: | _____ |

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

*** GUEST COPY ***



```
Kwik Mart #1
00376655
1200 North Lamar Blvd
Austin, TX

07/09/2021 599701581
08:11:17 PM

XXXXXXXXXXXX0815
VISA
INVOICE E/5524529
AUTH 02613G

PUMP# 3
UNLEAD REG        13.987G
PRICE/GAL         $2.899

FUEL TOTAL    $  40.55


CREDIT        $  40.55

Chip Read
VISA CREDIT
Mode: Issuer
AID: A0000000031010

Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.


I agree to pay the
above total amount
according to card
issuer agreement.



        Customer Copy
```

3 Monitors — SA

```
STARBUCKS Store #9674
3170 SE Military Drive
San Antonio, TX  (210) 333-1581
-------------------------------------
          CHK 710302
       07/09/2021 01:50 PM
    XXX1347   Drawer: 2  Reg: 1
-------------------------------------
            Order
  Tl Hot Wht Choc           3.45
  Gr Almnd Hny Fw           5.45
   125 Degrees
   No Foam
  Gr Vancrm Cold Brw        4.25

-------------------------------------
  Subtotal               $13.15
  Tax 8.25%               $1.08
  Total                  $14.23
Change  Due             $0.00
-------------------------------------
          Payments

  Visa                    14.23
  XXXXXXXXXXXX0815
  Card Entry: CHIP
  Trans Type: SALE
  App Label: VISA CREDIT
  Auth: 07267G
  AID: A0000000031010
  TVR: 8000008000
  TSI: 6800

--------- Check Closed ---------------
       07/09/2021 01:50 PM



     Join our loyalty program
      Starbucks Rewards®
   Sign up for promotional emails
    Visit Starbucks.com/rewards
      Or download our app
      At participating stores
      Some restrictions apply
```

7/9/2021

San Antonio

CWoP Visits

0815



**WHATABURGER**

Restaurant 1112
3839 E 1604 N
San Antonio, TX 78109
(210)667-9245
Operating Partner - Lisa Castillo
1-800-6Burger

7/9/2021                    5:57:56 PM
Order  185453        Cashier: Demario H

```
1 #14 6 PC WCHK'N BITES ML         6.74 *
  6 WHATACHICK'N BITES             0.00
    RANCH DIPPING SAUCE            0.00
    RANCH DIPPING SAUCE            0.00
    RANCH DIPPING SAUCE            0.00
  LG FRIES                         0.00
  TEXAS TOAST                      0.00
  SM SPRITE                        0.00
1 #4 JALAPENO & CHZ WB ML          9.38 *
  JAL & CHEESE WHATABU             0.00
  NO ONION                         0.00
  MD FRIES                         0.00
  20 OZ STRAWBERRY SHA             0.00
1 PICO WHATACKN SAND ML            8.64 *
  PICO WHATACHICK'N SA             0.00
  MD FRIES                         0.00
  MD DRINK                         0.00
1 MD FRIES                         2.39 *
1 #7 WHATABURGER JR MEAL           6.73 *
  WHATABURGER JR                   0.00
    LARGE CHEESE SLICE             0.55
    MUSTARD ONLY                   0.00
    PICKLES ONLY                   0.00
  MD FRIES                         0.00
  20 OZ STRAWBERRY SHA             0.00

          SubTotal                34.43
          Tax                      2.84
          Total                   37.27

          Visa                    37.27
          Acct:XXXXXXXX0815

          Approval:05401G
          A0000000031010
          Chip Read

          SIGNATURE
```

*(handwritten)* 7/9/2021
San Antonio
CWOP Viala

*(handwritten)* 0815

**07/08/2021**                                  **$280.16**

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Court Monitoring -
            Travel**
Category    **Meals**
Person      **Viveca Martinez**

CWOP Visits San Antonio Area for 6 Monitors -
Meals and Gas in PDF but only total for Meals
included here

Members - B East San Antonio

Radio Coffee & Beer
4204 Menchaca Road
Austin, TX 78704

Server: Jake R
Check #61                              Anna
Ordered:              07/08/21 8:20 AM

Americano                             $3.25
Cinnamon Roll                         $5.25

Subtotal                              $8.50
Tax                                   $0.70
Tip                                   $1.84
**Total**                            **$11.04**

Input Type            C (EMV Chip Read)
VISA CREDIT               xxxxxxxx0815

Transaction Type                       Sale
Authorization                      Approved
Approval Code                        06133G
Payment ID                     JmssHsVKztzr
Application ID            A0000000031010
Application Label              VISA CREDIT
Terminal ID            e6c161c680869905
Card Reader                          BBPOS

Powered by Toast

7/08/21
San Antonio
CWoP Visits

Visa 0815

MoNiTORS - B-fast - San Antonio

Radio Coffee & Beer
4204 Menchaca Road
Austin, TX 78704

Server: Jake R
Check #56
Ordered:                        AnnA
                       07/08/21 8:13 AM

Latte                           $4.25
 Vanilla                        $0.75
 Almond                         $0.50
Nitro Cold Brew                 $4.00
Lemon Pound Cake                $4.50
Cinnamon Roll                   $5.25

Subtotal                       $19.25
Tax
Tip                             $1.58
Total                           $4.17
                               $25.00

Input Type              C (EMV Chip Read)
VISA CREDIT               xxxxxxxx0615

Transaction Type                Sale
Authorization               Approved
Approval Code                 09712G
Payment ID                pyfyNbrfCXqL
Application ID          A000000031010
Application Label          VISA CREDIT
Terminal ID           e6c161c680869905
Card Reader                    BBPOS

Powered by Toast

7/08/2021

CWoP Visits

South Central 08A

0815



```
          BUC-EE'S
       2760 IH 35 North
      New Braunfels
        ( DUPLICATE RECEIPT )
        ( DUPLICATE RECEIPT )
Pump 38
   10.656 G @Unleaded  $2.68/G $28.65
              ───────────────
                Sub Total   $28.65
                      Tax    $0.00
                    Total   $28.65
                  Savings    $0.00
                    Visa:   $28.65
                   Change    $0.00

SALE
Visa
Card Num : (C)
XXXXXXXXXXXX0815
Chip Read

USD$ 28.65

VISA CREDIT
AID: A0000000031010
TVR: 800000B000
IAD: XXXXXXXXXXXXX
TSI: 6800
ARC: 00
TC: BD9A4F0F5A69C1CD


07/08/2021 09:30:44

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

   Contains up to 5.0% Biodiesel or
   Renewable diesel - State diesel
       tax $0.19 per gallon
         (979)-238-6390
POS:    10  Cashier:       ICR
7/8/2021      09:31:08   TRAN:41400
```

Handwritten notes:
7/8/2021
San Antonio
Cww Visits
0815

GAS

MONTOLS - BUC SAN ANTONIO (w)

```
              BUC-EE'S
          2760 IH 35 North
           New Braunfels
VOSS ARTSIN WATER 1 LTR        $2.49
BUC POP L CHDDR JLPN           $1.74
CLEAN EARTH WTR 1L             $1.49
TRU BRSKT EGG TACO             $3.49
BUC PREMIUM PURIFIED DR        $0.99
BUC TRL OMEGA 3                $3.99
LV PEPITAS RSTD SLT            $4.99
BUC SR PWR QUATTRO             $3.99
TRU BRSKT TACO                 $4.29
MXED BRRY PARTAIT SM           $2.39
BUC NSA MLK CHC PEANUTS        $4.49
LV PPCRN TRPL PLAY             $1.98
BUC DRIED APRICOTS             $1.99
BUC KTL CAJUN 2OZ              $1.29
BUC POP SS WHT CHDDR           $0.99
TRIDENT WHT SPLT PPRMNT        $1.29
                Sub Total     $41.88
                      Tax      $2.63
                    Total     $44.51
                 Savings       $0.00
                   Visa:      $44.51
                  Change       $0.00


SALE
Visa
Card Num : (C) XXXXXXXXXXXXX0815
Chip Read
Terminal : 101
Approval : 01697G

USD$ 44.51

VISA CREDIT
AID: A0000000031010
TVR: 8000008000
IAD: XXXXXXXXXXXXXX
TSI: 6800
ARC: 00
TC: EFD875ECC4D4C189

            (979)-238-6390
POS:      48  Cashier:  Marisa, G
7/8/2021    09:42:34   TRAN:41560
```

7/8/2021
Cheap Visa
San Antonio

6815

MONITORS- San Antonio

```
Starbucks Coffee #16904
      6028 Worth Parkway
San Antonio, TX 210-641-2574
--------------------------------
          CHK 710008
      07/08/2021 03:05 PM
   XXX8251  Drawer: 1  Reg: 1
--------------------------------
            Order
Gr Icd Carml Macch          4.95
  1 pump Vanilla
  Soy                       0.70

--------------------------------
Subtotal                   $5.65
Tax 8.25%                   $0.47
Total                      $6.12
Change  Due               $0.00
--------------------------------
          Payments

Visa                        6.12
XXXXXXXXXXXXX0815
Card Entry: QUICK CHIP
Trans Type: PURCHASE
Reference: 00000059
App Label: VISA CREDIT
Auth: 06438G
AID: A0000000031010
TVR: 8000008000
TSI: 6800

---------- Check Closed ---------------
      07/08/2021 03:05 PM



       Join our loyalty program
         Starbucks Rewards®
     Sign up for promotional emails
     Visit Starbucks.com/rewards
          Or download our app
         At participating stores
         Some restrictions apply
```

7/8/2021
San Antonio
Owal Suits

0815

MONITORS - SAN Antonio
6 Employees



EL CHOLULAS
MEXICAN GRILL
10124 BROADWAY
210-824-0671

## Table 9

Station 1
Server: MONICA
THU                7/08/21

Check 20033
Guests 6
2:29pm

| | |
|---|---|
| 1 QUESO CON CREMA | 5.99 |
| 1 carne | 0.00 |
| 1 TEA | 2.49 |
| 1 #3 | 9.99 |
| 1 no toronja | 0.00 |
| 1 =========== | 0.00 |
| 1 SN TORT SOUP | 5.99 |
| 1 PICADILLO TACO | 2.99 |
| EN MAIZ | 0.00 |
| 1 WATER | 0.00 |
| 1 =========== | 0.00 |
| 1 #1 | 7.99 |
| CHICK FAJITA | |
| 1 WATER | 0.00 |
| 1 =========== | 0.00 |
| 1 #1 | 7.99 |
| BEEF FAJITA | |
| 1 TEA | 2.49 |
| 1 =========== | 0.00 |
| 1 KID ENCH PLATE | 5.99 |
| W/CHICKEN | |
| 1 verde | 0.00 |
| 1 SOFT DRINK | 2.50 |
| COKE | |
| 1 =========== | 0.00 |
| 2 BEAN CHEES CHALUP | 5.98 |
| 1 WATER | 0.00 |
| 1 TEA | 2.49 |
| 1 TEA | 2.49 |
| 1 CUP TOGO | 0.50 |

Sub/Ttl                85.87
Tax                     5.43

## Total Due      71.30

7/8/2021
CWOP Visits
San Antonio
0815

EL CHOLULAS MEXICAN
GRILL
10124 BROADWAY
SAN ANTONIO, TX 78217
2104491862

Cashier: Monica

Transaction 100032

| | |
|---|---|
| Total | $71.30 |
| Tip | $17.11 |
| CREDIT CARD SALE | $88.41 |
| VISA 0815 | |

Retain this copy for statement
validation

08-Jul-2021 2:36:17p
$88.41 | Method: EMV
VISA CREDIT XXXXXXXXXXX0815
VIVECA MARTINEZ
Reference ID: 116900575868
Auth ID: 071416
MID: *********9884
AID: A000000031010
AtchtwkNm: VISA

Online: https://clover.com/p
/9SFFQ79N4QQ6G

7/8/2021
Coop Visits
San Antonio
C0815

Dinner
Food

Mowers - San Antonio

**140**

Burleson Yard Beer Garden
430 Austin Street
San Antonio, TX 78202
(210) 210-354-3001

| Server: | 07/08/2021 |
|---|---|
| MARTINEZ VIVECA/1 | 9:34 PM |
| Guests: | 10140 |
| Order Type: Order | |

| | | |
|---|---|---|
| | Burger | 7.00 |
| | | 1.00 |
| | d | |
| Burger | 7.00 | |
| Burger | 7.00 | |
| | 1.00 | |
| Baby Burger | 7.00 | |
|   Cheese | 1.00 | |
|   NO ONIONS | | |
|   Jalapeños | 0.50 | |
|   WELL DONE | | |
| Chicken Sa | 8.00 | |
|   Cheese | 1.00 | |
|   NO ONIONS | | |
|   NO BUN | | |
| WINGZ | 9.00 | |

6 Items

| Subtotal | 49.50 |
|---|---|
| Tax | 4.08 |
| Total | 53.58 |
| **Balance Due** | **53.58** |

Please drink responsibly!!!
Bring your dog next time!

---

Burleson Yard Beer Garden
430 Austin Street
San Antonio, TX 78202
(210) 210-354-3001

| Server: BAR | DOB: 07/08/2021 |
|---|---|
| 09:34 PM | 07/08/2021 |
| MARTINEZ VIVECA/1 | 1/10140 |

SALE

| VISA | 1048605 |
|---|---|
| Card #XXXXXXXXXXXX0815 | |

Magnetic card present: MART
Card Entry Method:  S

Approval: 043556

| Amount: | $53.58 |
|---|---|
| + +Tip:: | _____ |
| = Total: | _____ |

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

*** GUEST COPY ***



Kwik Mart #1
00376655
1200 North Lamar Blvd
Austin, TX

07/09/2021 599701581
08:11:17 PM

XXXXXXXXXXXX0815
VISA
INVOICE E/5524529
AUTH 02613G

PUMP# 3
UNLEAD REG        13.987G
PRICE/GAL        $2.899

FUEL TOTAL     $  40.55

CREDIT         $  40.55

Chip Read
VISA CREDIT
Mode: Issuer
AID: A0000000031010

Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.

I agree to pay the
above total amount
according to card
issuer agreement.

Customer Copy

2/9/2021
Gas Pics
San Antonio

0815

GAS

3 Monitors — SA

```
        STARBUCKS Store #9674
         3170 SE Military Drive
      San Antonio, TX  (210) 333-1581
    -----------------------------------
             CHK 710302
         07/09/2021 01:50 PM
       XXX1347   Drawer: 2  Reg: 1
    -----------------------------------
                Order
      Tl Hot Wht Choc         3.45
      Gr Almnd Hny Fw         5.45
       125 Degrees
       No Foam
      Gr Vancrm Cold Brw      4.25

    -----------------------------------
      Subtotal              $13.15
      Tax 8.25%              $1.08
      Total                 $14.23
      Change  Due           $0.00
    -----------------------------------
               Payments

      Visa                  14.23
      XXXXXXXXXXXX0815
      Card Entry: CHIP
      Trans Type: SALE
      App Label: VISA CREDIT
      Auth: 07267G
      AID: A0000000031010
      TVR: 8000008000
      TSI: 6800

    ----------- Check Closed ----------------
         07/09/2021 01:50 PM



         Join our loyalty program
           Starbucks Rewards®
       Sign up for promotional emails
        Visit Starbucks.com/rewards
            Or download our app
          At participating stores
          Some restrictions apply
```

7/9/2021
San Antonio
CWoP Visits

0815



**WHATABURGER**

Restaurant 1112
3839 E 1604 N
San Antonio, TX 78109
(210)667-9245
Operating Partner - Lisa Castillo
1-800-6Burger

7/9/2021                    5:57:56 PM
Order  185453        Cashier: Demario H

```
1 #14 6 PC WCHK'N BITES ML      6.74 *
  6 WHATACHICK'N BITES          0.00
    RANCH DIPPING SAUCE         0.00
    RANCH DIPPING SAUCE         0.00
    RANCH DIPPING SAUCE         0.00
  LG FRIES                      0.00
  TEXAS TOAST                   0.00
  SM SPRITE                     0.00
1 #4 JALAPENO & CHZ WB ML       9.38 *
  JAL & CHEESE WHATABU          0.00
    NO ONION                    0.00
  MD FRIES                      0.00
  20 OZ STRAWBERRY SHA          0.00
1 PICO WHATACKN SAND ML         8.64 *
  PICO WHATACHICK'N SA          0.00
  MD FRIES                      0.00
  MD DRINK                      0.00
1 MD FRIES                      2.39 *
1 #7 WHATABURGER JR MEAL        6.73 *
  WHATABURGER JR                0.00
    LARGE CHEESE SLICE          0.55
    MUSTARD ONLY                0.00
    PICKLES ONLY                0.00
  MD FRIES                      0.00
  20 OZ STRAWBERRY SHA          0.00

        SubTotal               34.43
        Tax                     2.84
        Total                  37.27

        Visa                   37.27
        Acct:XXXXXXXX0815

        Approval:06401G
        A0000000031010
        Chip Read

        SIGNATURE
```

7/9/2021
San Antonio
CWOP Viol2

0815

**07/08/2021**                               **$834.00**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Lodging** |
| Person | **Viveca Martinez** |

CWOP Visits to San Antonio Area for 6 Monitors for 1 night - Receipts route to Admin Travel Box



| | 118 | 08-12-21 |
|---|---|---|

| | | |
|---|---|---|
| **Viveca Martinez** | Folio No.      : **131282** | Room No.   : **319** |
| **222 E Riverside Dr  Apt 131** | A/R Number   : | Arrival       : **07-08-21** |
| **Austin TX 78704-8924** | Group Code   : | Departure   : **07-09-21** |
| **United States** | Company      : **LEISURE** | Conf. No.   : **46997837** |
| | Membership No. : **PC      222276144** | Rate Code  : **IKME0** |
| | Invoice No.     : | Page No.   : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-08-21 | *Accommodation | 117.80 | |
| 07-08-21 | Occupancy Tax | 2.06 | |
| 07-08-21 | State Tax | 7.07 | |
| 07-08-21 | City Tax | 10.60 | |
| 07-08-21 | SA PID TAX | 1.47 | |
| 07-09-21 | Visa | | 139.00 |
| | XXXXXXXXXXXX0815 | | |

| | | | |
|---|---|---|---|
| **Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews.  We look forward to welcoming you back soon.** | **Total** | **139.00** | **139.00** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn and Suites San Antonio
5535 University Heights
San Antonio, TX 78249
Telephone: (210) 549-2434  Fax: (210) 549-2237



| | 118 | 08-12-21 |
|---|---|---|

**Viveca Martinez**

United States

| | | | | | |
|---|---|---|---|---|---|
| Folio No. | : | **131281** | Room No. | : | **311** |
| A/R Number | : | | Arrival | : | **07-08-21** |
| Group Code | : | | Departure | : | **07-09-21** |
| Company | : | **LEISURE** | Conf. No. | : | **47888321** |
| Membership No. | : | | Rate Code | : | **IKME0** |
| Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-08-21 | *Accommodation | 117.80 | |
| 07-08-21 | Occupancy Tax | 2.06 | |
| 07-08-21 | State Tax | 7.07 | |
| 07-08-21 | City Tax | 10.60 | |
| 07-08-21 | SA PID TAX | 1.47 | |
| 07-09-21 | Visa | | 139.00 |
| | XXXXXXXXXXXX0815 | | |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| | Total | 139.00 | 139.00 |
|---|---|---|---|
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn and Suites San Antonio
5535 University Heights
San Antonio, TX 78249
Telephone: (210) 549-2434  Fax: (210) 549-2237



| | 118 | 08-12-21 |
|---|---|---|

**Viveca Martinez**

| | | | | | |
|---|---|---|---|---|---|
| Folio No. | : | **131280** | Room No. | : | **325** |
| A/R Number | : | | Arrival | : | **07-08-21** |
| Group Code | : | | Departure | : | **07-09-21** |
| Company | : | **LEISURE** | Conf. No. | : | **25578262** |
| Membership No. | : | | Rate Code | : | **IKME0** |
| Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-08-21 | *Accommodation | 117.80 | |
| 07-08-21 | Occupancy Tax | 2.06 | |
| 07-08-21 | State Tax | 7.07 | |
| 07-08-21 | City Tax | 10.60 | |
| 07-08-21 | SA PID TAX | 1.47 | |
| 07-09-21 | Visa | | 139.00 |
| | XXXXXXXXXXX0815 | | |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| | | |
|---|---|---|
| **Total** | **139.00** | **139.00** |
| **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn and Suites San Antonio
5535 University Heights
San Antonio, TX 78249
Telephone: (210) 549-2434  Fax: (210) 549-2237



|  |  | 118 | 08-12-21 |
|---|---|---|---|

| **Linda Brooke** | Folio No. | : **131285** | Room No. : **411** |
|---|---|---|---|
| | A/R Number | : | Arrival : **07-08-21** |
| | Group Code | : | Departure : **07-09-21** |
| ~~United States~~ | Company | : **Texas appleseed** | Conf. No. : **25314544** |
| | Membership No. : | | Rate Code : **IKME0** |
| | Invoice No. | : | Page No. : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-08-21 | *Accommodation | 117.80 | |
| 07-08-21 | Occupancy Tax | 2.06 | |
| 07-08-21 | State Tax | 7.07 | |
| 07-08-21 | City Tax | 10.60 | |
| 07-08-21 | SA PID TAX | 1.47 | |
| 07-09-21 | Visa | | 139.00 |

XXXXXXXXXXX9733

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| | **Total** | **139.00** | **139.00** |
|---|---|---|---|
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn and Suites San Antonio
5535 University Heights
San Antonio, TX 78249
Telephone: (210) 549-2434  Fax: (210) 549-2237



|  | | 118 | | 08-12-21 |
|---|---|---|---|---|

**Linda Brooke**

| | | | | | | |
|---|---|---|---|---|---|---|
| Folio No. | : | **131283** | Room No. | : | **417** |
| A/R Number | : | | Arrival | : | **07-08-21** |
| Group Code | : | | Departure | : | **07-09-21** |
| Company | : | **Texas appleseed** | Conf. No. | : | 24311010 |
| Membership No. | : | | Rate Code | : | **IKME0** |
| Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-08-21 | *Accommodation | 117.80 | |
| 07-08-21 | Occupancy Tax | 2.06 | |
| 07-08-21 | State Tax | 7.07 | |
| 07-08-21 | City Tax | 10.60 | |
| 07-08-21 | SA PID TAX | 1.47 | |
| 07-09-21 | Visa | | 139.00 |
| | XXXXXXXXXXXX9733 ● | | |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| **Total** | 139.00 | 139.00 |
|---|---|---|
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn and Suites San Antonio
5535 University Heights
San Antonio, TX 78249
Telephone: (210) 549-2434  Fax: (210) 549-2237



| | 118 | 08-12-21 |
|---|---|---|

**Linda Brooke**

| | | | | | |
|---|---|---|---|---|---|
| Folio No. | : | **131284** | Room No. | : | **409** |
| A/R Number | : | | Arrival | : | **07-08-21** |
| Group Code | : | | Departure | : | **07-09-21** |
| Company | : | **Texas appleseed** | Conf. No. | : | **42975581** |
| Membership No. | : | | Rate Code | : | **IKME0** |
| Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-08-21 | *Accommodation | 117.80 | |
| 07-08-21 | Occupancy Tax | 2.06 | |
| 07-08-21 | State Tax | 7.07 | |
| 07-08-21 | City Tax | 10.60 | |
| 07-08-21 | SA PID TAX | 1.47 | |
| 07-09-21 | Visa | | 139.00 |
| | XXXXXXXXXXXX9733 | | |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| | | |
|---|---|---|
| **Total** | **139.00** | **139.00** |
| **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn and Suites San Antonio
5535 University Heights
San Antonio, TX 78249
Telephone: (210) 549-2434  Fax: (210) 549-2237

**07/08/2021**                                    **$143.92**

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Court Monitoring - Travel**
Category     **Mileage**
Person       **Linda Brooke**

Travel to Region 9 CWOP locations (Nacodoches, Boerne, Zarzamora) [257.0 miles]


**07/09/2021**                                    **$29.68**

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Court Monitoring - Travel**
Category     **Mileage**
Person       **Linda Brooke**

Region 8 CWOP locations and return (Castroville, Pickwell, ChildSafe [53.0 miles]


**07/10/2021**                                    **$110.88**

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Court Monitoring - Travel**
Category     **Mileage**
Person       **Linda Brooke**

Return travel [198.0 miles]


**07/21/2021**                                    **$70.33**

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Court Monitoring - Travel**
Category     **Meals**
Person       **Linda Brooke**

Meal receipts July 21 (4 staff)



COURTYARD BY MARRIOTT
Courtyard Lufkin
2130 S First St

Cheddars 2099
3901 S Medford Drive
Lufkin, Texas 759015785

Lufkin, TX 75901
936-632-0777
BISTRO. Eat. Drink. Connect.
64462

---

CHK 5851                TBL 1/8
                        GST 1

        22 Jul'21 7:38 AM

---

1 EGGS YOUR WAY              8.00
    OVER MEDIUM
    WHOLE GRAIN
    BACON
    *POTATOES
1 GRND COFFEE VERONA         2.10

    SUBTOTAL            $10.10
    TAX                  $0.84
7:42 AM
        TOTAL DUE  $10.94


    PLEASE COMPLETE FOR ROOM CHARGES

GRATUITY_____ 2.00

TOTAL_____ 12.94

ROOM NUMBER_____

PRINT LAST NAME_____

SIGNATURE_____

---

Table 23                          Check #:13465
Jessica B
12:44:37 07/22/2021      Gst   3
- - - - - - - - - - - - - - - - - - - - -

1 Soft Drink                     2.59
1 Water                          0.00
1 Sweet Tea                      2.59
1 Water                          0.00
1 8oz Salmon                    13.79
1 w/Bourbon Glaze                0.00
1 Green Beans                    0.00
1 Green Beans                    0.00
1 Grilled Whitefish             11.99
1 Blackened                      0.00
1 Baked Potato                   0.00
1 1/2 Caesar                     0.99
1 Side Loaded BP w/Ba            3.48
1 Vegetable Plate                8.79
1 Baked Potato                   0.00
1 On Side                        0.00
1 Butter                         0.00
1 Sour Cream                     0.00
1 Cheese                         0.00
1 Broccoli                       0.00
1 Green Beans                    0.00
1 Red Beans Rice                 0.00
1 House Salad                    0.00
1 Ranch                          0.00
1 Ranch                          0.00

SUBTOTAL                  :     44.22
TAX                       :      3.65
TOTAL                     :     47.87
- - - - - - - - - - - - - - - - - - - - -

Payments:
VISA CREDIT
Auth/Chip
          72
RRN:2107221200013465
AID:A0000000031010
TVR:8000008000
IAD:F3474961EE4FFBB03030
TSI:6800
ARC:00
TRN SEQ:00001576
TRN ID:2004959819
NET:Visa
MODE:Issuer
Auth Code:07744G

    Purchase Amount            47.87
    Tip Paid                    9.52
                               ------
    TOTAL PAID           USD$ 57.39
- - - - - - - - - - - - - - - - - - - - -
Check Balance                   0.00

**07/21/2021** **$582.88**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Transportation** |
| Person | **Viveca Martinez** |

Enterprise Car Rental



319 S LAMAR
AUSTIN, TX 78704-1019

| Rental Agreement #: | 3YG8QQ |
|---|---|
| Bill Ref #: | 8000-4467-6941 |
| Invoice Date: | 07/23/2021 |
| Account #: | GA65309 |

**BILL TO**

TEXAS APPLESEED
ATTN: FERNANDO GUERRERO
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX - 78701-1022

**RENTAL INFORMATION**

**Date/Time Out**
07/20/2021 03:51 PM

**Date/Time In**
07/23/2021 05:32 PM

**Renter**
MARTINEZ, VIVECA

**RENTAL VEHICLES**

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| WHITE | 8USX997 | TAHO | 7VNWTT | 12,690 | 13,534 |

**VIN:** 1GNSKNKD7MR268228

**CLAIM INFORMATION**

**Claim# / PO# / RO#**          **Insured**

**Date of Loss      Type of Loss      Type of Vehicle**

**Repair Shop**

**BILLING DETAIL**

| Description | Qty/Per | | Rate | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | 2 | HR | 37.95 | 75.90 |
| TIME & DISTANCE | 3 | DAY | 115.00 | 345.00 |
| DW | 3 | DAY | 21.99 | 65.97 |
| REFUELING CHARGE | 3 | GAL | 4.19 | 13.83 |
| | | Subtotal | | 500.70 |
| CITY OF AUSTIN TAX | | PCT | 5.00 | 24.74 |
| VLF REC | 4 | DAY | 1.99 | 7.96 |
| TX MOTOR VEHICLE RENTAL TAX | | PCT | 10.00 | 49.48 |
| **Total Charges (USD)** | | | | **582.88** |

**PAYMENTS**

| Payment | Master Card | -582.88 |
|---|---|---|
| **Total Payments (USD)** | | **-582.88** |

**Amount Due (USD)** 0.00

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

**For Billing Inquiries / Payment Terms :**

Tel#: +1 9184016000

askaradmin@ehi.com

Payments are due immediately.

Late payments are subject to a finance charge.

**Thank You For Choosing Enterprise**

**Please Return This Portion With Remittance**

**Remit To :**
EAN SERVICES, LLC
PO BOX 402383
ATLANTA, GA 30384-2383

**Amount Due (USD)**          0.00

**Paid By:**
TEXAS APPLESEED
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX 78701-1022

**Email Remit To: ARADMIN@EHI.COM**

| **Fed Tax Id:** 430724835 | Account # | Rental Agreement | Amount | GPBR |
|---|---|---|---|---|
| | GA65309 | 3YG8QQ | 0.00 | 6526 |

**07/21/2021**                                   **$400.94**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Meals** |
| Person | **Viveca Martinez** |

CWOP Visits South Texas Meals (this includes 2 Gas receipts as I PDF'ed all receipts in dated order)

ST# 2190   TILL-XXXX DR#-N (RANK) 026541
CSH# 3                    7/21/21 10:27:47 AM

## Welcome To
## Stripes 2190
923 S. Hwy 37
George West Tx. 78022
361-449-2214
*****************
STRIPES

| Description | Qty | Amount |
| --- | --- | --- |
| T JARET SOUR PTCH KID | 1 | 2.99 |
| GM CHEX MIX CHDR | 1 | 1.99 |
| OZARKA SPRING WATER | 1 | 1.99 |
| OZARKA SPRING WATER | 1 | 1.69 |
| Subtotal | | 8.66 |
| Tax | | 0.25 |
| **TOTAL** | | **8.91** |
| CREDIT $ | | 8.91 |

SALE Receipt
USD$8.91
Acct/Card #: ***********9733
Entry: Chip Read
AppName: VISA CREDIT
AuthNet: VISA
MODE: Issuer
AID: A0000000031010
Auth #: 05598G
Resp Code: 000
Stan: 0214530699
Invoice #: 346754
Shift #: 1
Store # ****************

CUSTOMER COPY

Diesel Fuel Contains
Up To 5% Biodiesel Or
Renewable State Diesel
Tax $ 0.15 Per Gallon

*handwritten:* 7/21/2021 South TX Cal.P Visit Vm AS 9733

```
              TEJANO GRILL
          102 N. 77 Sunshine St.
            Harlingen, TX 78550
              956-412-0901

TABLE # 17
CHECK# 847684.1
Closed to Credit Card

DATE/TIME: 7/21/2021 4:37:00 PM
SERVER: ALEJANDRA WAITRESS
STATION: C2

Item Count: 22
========================================
1 GUACAMOLE*                       $6.99
       PRIMERO!! PRIMERO!!!!
1 CARNE GUISADA COMBO*            $12.99
       H
       BEEF ENCHILADAS
1 ---------------                  $0.00
1 CHICKEN FAJITA PLT*             $10.99
       H
1 ---------------                  $0.00
1 CHILD CRISPY TACOS*              $5.99
          CHICKEN GUISADO
1 NO BEANS, DOBLE RICE             $0.00
1 ---------------                  $0.00
1 FAJITA & ENCHILADA SKILL*       $15.99
       H
       BEEF ENCHILADAS
1 ICED TEA*                        $2.89
          SWEET
1 FOUNTAIN DRINK*                  $2.75
          COKE ZERO
1 LEMONADE*                        $2.75
1 FREE WATER                       $0.00
========================================
Subtotal                         $61.34
Tax                               $5.06
Total before tip:                $66.40

Tip amount:      _____

Grand total:         76.40

Credit                           $66.40

CREDIT CARD PURCHASE    $66.40
Card Type: Visa
************9733 XX/XX
Transaction Type: PRE-AUT'
Ref Num: DGMT
Auth Code: 09328G
Card Entry Method : Swiped
AP09328G

Opened: 7/21/2021 03:09:02 PM
```

7/21/2021

Harlingen

CWOP Visits

9733



7/21/2021
McAllen
CWOP Visits

9733



McAllen Northwest - 956-618-7700
3600 Nolana Ave
McAllen, Texas 78504-4594
07/22/2021 11:29 AM

GROCERY
254020010 SBUX FOOD          T    $17.85
          3 @ $5.95 ea

                       SUBTOTAL    $17.85
  T = TX TAX 8.25000 on $5.95      $1.47
                          TOTAL    $19.32
              ×9733 VISA CHARGE    $19.32
              AID: A000000031010
                           VISA CREDIT
              AUTH CODE:     02423G

REC#2-1203-2224-0157-4026-2 VCD#752-252-948
--------------------------------------------
         Help make your Target Run better.
   Take a 2 minute survey about today's trip

              informtarget.com
         User ID: 7879 6777 6984
            Password: 259 738

            CUENTENOS EN ESPAÑOL

Please take this survey within 7 days

7/22/2021

McAllen

CWoP Visits ($)

VmAS 9733



7/22/2021
Mc Allen
CWOP Visits
Visa 9733



McAllen Northwest - 956-618-7700
3600 Nolana Ave
McAllen, Texas 78504-4594
07/22/2021 11:22 AM

**GROCERY**
| | | | |
|---|---|---|---|
| 254020010 SBUX FOOD | | T | $5.95 |
| 254020056 SBUX FOOD | | N | $9.00 |
| 4 @ $2.25 ea | | | |
| 254030037 SBUX FOOD | | N | $1.75 |
| 254030256 SBUX RTDRINK | | N | $2.50 |
| 254150065 SBUX VN | | T | $3.85 |
| 254160025 SBUX GR | | T | $4.85 |
| **MISC** | | | |
| 254030195 SBUX RTDRINA | | N | $1.95 |

|  |  |
|---|---|
| SUBTOTAL | $29.85 |
| T = TX TAX 8.25000 on $14.65 | $1.21 |
| TOTAL | $31.06 |
| ×9733 VISA CHARGE | $31.06 |
| AIO: A0000000031010 | |
| | VISA CREDIT |
| AUTH CODE: | 00670G |

Your Target Circle earnings are in!
Open the Target App or visit.
Target.com/Circle to see your benefits.

REC#2-1203-2224-0157-4024-7 VCD#750-250-445
----------------------------------------
Help make your Target Run better.
Take a 2 minute survey about today's trip

informtarget.com
User ID: 7879 6777 6984
Password: 259 753

CUENTENOS EN ESPAÑOL

Please take this survey within 7 days



McAllen Northwest - 956-618-7700
3600 Nolana Ave
McAllen, Texas 78504-4594
07/22/2021 11:29 AM

# RETURN

ORIG RCPT ID# 2-1203-2224-0157-4024-7

| | | |
|---|---|---|
| 254020056 SBUX FOOD | N | $2.25- |
| 254020056 SBUX FOOD | N | $2.25- |
| 254020056 SBUX FOOD | N | $2.25- |

| | |
|---|---|
| SUBTOTAL | $6.75- |
| NO TAX | $0.00 |

| | |
|---|---|
| TOTAL REFUND | $6.75- |
| ×9733 VISA CREDIT | $6.75- |

REC # 2-1203-2224-0157-4025-4

----------------------------------------
Help make your Target Run better.
Take a 2 minute survey about today's trip

informtarget.com
User ID: 7879 6777 6984
Password: 259 746

CUENTENOS EN ESPAÑOL

Please take this survey within 7 days

```
        WELCOME TO
       STRIPES 9145
   2626 SOUTH SUGAR RD
   Edinburg Tx 78539
      956-380-1475

     Stripes #9145
          Tx

DATE 07/22/21  12:03
TRAN# 9093279
PUMP# 09
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS:        17.719
PRICE/G:    $    2.899
FUEL SALE   $   51.37
     CREDIT     $51.37


VISA
************0815
Entry Method: Swiped
Auth #: 07752G
Resp Code:
Stan: 252910715857
Invoice #: 983832
Store # *************
****


Diesel Fuel Contain
Up To 5% BioDiesel
or Renewable Diesel
State Diesel Tax
0.19 per Gallon Inc
```

7/22/2021

Edinburg

CWOP fisc3

0815

GAS



```
                Welcome to
               Stripes # 9145
            2626 South Sugar Road
            Edinburg Texas 78539
               (956) 380-1475
            *****************
              Stripes #9145

                    TX


Description        Qty      Amount
-------            ---      ------
OZARKA .5 LTR 24 PK  1        4.99
                           --------
              Subtotal        4.99
                   Tax        0.00
     TOTAL                    4.99
              CREDIT $        4.99


SALE Receipt
VISA CREDIT    USD$4.99
Acct/Card #: ************0815
Entry Method: Chip Read
Auth #: 005266
Resp Code: 000
Stan: 252910715863
Invoice #: 983839
Shift #: 1
Store # ****************


MODE: Issuer
AID: A0000000031010
MERCHANT COPY



   THANKS  COME  AGAIN
     Diesel Fuel Contains
     Up To 5% Biodiesel Or
     Renewable State Diesel
      Tax $ 0.19 Per Gallon
ST#  9145  TILL XXXX DR# 1 TRAN# 1016143
CSH: 19              07/22/21 12:03:57
```

*Handwritten:* 7/22/2021 Edinburg CWoP Visits 0815

```
              Docs Seafood & Steaks
                  13309 SPID
            Corpus Christi, TX  78418
                 (361) 949-6744

Server: Jessie                07/22/2021
Anna/1                         8:50 PM
Guests: 0                        50035

Grilled Shrimp Dinner            17.00
  Sub New Potatoes                2.00
  Sweet Potato Fries              2.00
Cole Slaw                         2.49
Mixed Vegetables                  2.50
Garlic Roast New Potato           2.49
ICED TEA                          3.25
Fried Flounder                   19.00
  Sub Salad                       3.00
Fried Flounder                   19.00
  Sub Salad                       3.00
  Add 5 Grilled Shrimp            9.00
Soda                              2.77
Key Lime Pie (2 @8.00)           16.00

  10 Items

Subtotal                        103.50
Tax                               8.54

Total                           112.04

VISA #XXXXXXXXXXXX0815          112.04
  Auth:052786

  + Tip:         _____   _____

= Total:         _____   _____


X_____

Balance Due        0.00

        Suggested  Tip Calculator:
              18%- 18.53
              20%- 20.70
        Enjoy Your Visit? Post A Review!
          www.docsseafoodandsteaks.com
        *********************************
        Please Bring This Receipt Downstairs
            To The Waterline For A
              $2 FROZEN DRINK or
            $2 DOMESTIC BEER (1/PP)
          Come See Us @ The Waterline!
```

7/22/2021
Corpus Christi
CWoP Visits

0815

```
            Starbucks Coffee #29568
             14213 Northwest Blvd
         Corpus Christi, TX 361-244-7293
    -----------------------------------------
                  CHK 721563
               07/23/2021 11:36 AM
           XXX3040   Drawer: 1  Reg: 1
    -----------------------------------------
                    Order
      Gr Almnd Hny Fw              5.45
         No Foam
         Warm
      Cinn Coffee Cake             2.95
      String Cheese                1.25
      Vanilla Almond Bar           2.50
      Gr Sltd Car Cf Cb            4.75
      Tl Pink Drink                4.05
      Tl Pink Drink                4.05
      Petite Vbean Scone           1.25
      Petite Vbean Scone           1.25
      Petite Vbean Scone           1.25

    -----------------------------------------
      Subtotal             $28.75
      Tax 8.25%             $2.37
      Total                $31.12
      Change  Due          $0.00
    -----------------------------------------
                  Payments

      Visa                  31.12
      XXXXXXXXXXXX0815
      Card Entry: QUICK CHIP
      Trans Type: PURCHASE
      Reference: 00000005
      App Label: VISA CREDIT
      Auth: 06801G
      AID: A0000000031010
      TVR: 8000008000
      TSI: 6800

    ---------- Check Closed -------- - - -
```

7/23/2021

CWOP Visa/3

South TX (C.C.)

0815



3:18 N PAN AM EXPWY
SAN ANTONIO TX 78218

**EXXON EXPRESS PAY**

7-ELEVEN 36637
XXXXXXXXX0001
6110 IH 35 NORTH
SAN ANTONIO , TX
78218
07/23/2021 681930939
01:37:03 PM

XXXXXXXXXXXXX9733
Visa
INVOICE 660896
AUTH 043546

PUMP# 6
Regular          18.140G
PRICE/GAL        $2.749

FUEL TOTAL   $  49.87

CREDIT       $  49.87

=============================
Customer-activated Purchase/Capture
Site #: 33068000E4794603
Shift Number 2
Sequence Number 20334
Chip Read
VISA CREDIT
Mode: Issuer
AID: A0000000031010
TVR: 8000E380E0
IAD: 06016A8300E5406
TSI: EE00
AFC: 00
TC: C2ABE724C1600379
APPROVED  043546
=============================

THANKS
FOR YOUR BUSINESS

7/23/2021
CWOP Visit
San Antonio

Gas

6815

7/23/2021
New Braunfels
CNoP Visits
9733

GRISTMILL RIVER
RESTAURANT AND BAR
1287 Gruene Rd
New Braunfels, Tx
(830) 606-1287

Server: MADISON                    07/23/2021
Table 504/1                        3:28 PM
Guests: 4                          100078
Reprint #: 1

GRILLED CHICKEN SALAD                   11.49
SIDE FRIES (2 @4. ))                     9.98
FRIED CATFISH                           16.99
  SIDE RINGS                             5.99
ENTREE SALAD (2 @4.99)                   9.98
GRUENE COUNTRY CLUB                     11.99
FRIED CATFISH                           16.99

8 Items

Subtotal                                83.91
Tax                                      6.92

**Total**                              90.83

Balance Due                             90.83

Thank You For Visiting!
All Alcohol Prices Include
Mixed Beverage Sales Tax
Effective Jan 1, 2014

GRISTMILL RIVER
RESTAURANT AND BAR
1287 Gruene Rd
New Braunfels, Tx
(830) 606-1287

Server: MADISON          DOB: 07/23/2021
03:29 PM                      07/23/2021
Table 504/1              10/100078

SALE

VISA                              1048633
Card #XXXXXXXXXXXX9733
Magnetic card present: ROGERS CLARICE

Card Entry Method:  S

Approval: 027336

Amount:      $90.83

+ Tip: _9.17_

= Total: _100.__

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

******CUSTOMER COPY******

**07/21/2021**                     **$101.24**

---

Client      **Texas DFPS/HHSC**

Project     **Texas Foster Care Court Monitoring -
            Travel**

Category    **Other**

Person      **Viveca Martinez**

CWOP Visits South Texas - GAS (The gas receipts
are within the meal receipts as 1 PDF and all are in
dated order)

ST# 2190    TILL XXXX DRAWER TRANS 1026843
CSH: 3                      7/21/21 10:27:47 AM

## Welcome To
## Stripes 2190
923 S. Hwy 37
George West Tx. 78022
361-449-2214
*****************
STRIPES

| Description | Qty | Amount |
| --- | --- | --- |
| T JARET SOUR PTCH KID | 1 | 2.99 |
| GM CHEX MIX CHDR | 1 | 1.99 |
| OZARKA SPRING WATER | 1 | 1.99 |
| OZARKA SPRING WATER | 1 | 1.69 |
| Subtotal | | 8.66 |
| Tax | | 0.25 |
| **TOTAL** | | **8.91** |
| CREDIT $ | | 8.91 |

SALE Receipt
USD$8.91
Acct/Card #: ************9733
Entry: Chip Read
AppName: VISA CREDIT
AuthNet: VISA
MODE: Issuer
AID: A0000000031010
Auth #: 055986
Resp Code: 000
Stan: 0214530699
Invoice #: 346754
Shift #: 1
Store # ****#**********

CUSTOMER COPY

Diesel Fuel Contains
Up To 5% Biodiesel Or
Renewable State Diesel
Tax $ 0.15 Per Gallon

7/21/2021

South TX

Cw.P Visit

VmAS    9733

```
              TEJANO GRILL
          102 N. 77 Sunshine St.
            Harlingen, TX 78550
               956-412-0901

TABLE # 17
CHECK# 847684.1
Closed to Credit Card

DATE/TIME: 7/21/2021 4:37:00 PM
SERVER: ALEJANDRA WAITRESS
STATION: C2

Item Count: 22
==================================
1 GUACAMOLE*                  $6.99
     PRIMERO!! PRIMERO!!!!
1 CARNE GUISADA COMBO*       $12.99
     H
     BEEF ENCHILADAS
1 ----------------           $0.00
1 CHICKEN FAJITA PLT*        $10.99
     H
1 ----------------           $0.00
1 CHILD CRISPY TACOS*         $5.99
     CHICKEN GUISADO
1 NO BEANS, DOBLE RICE        $0.00
1 ----------------           $0.00
1 FAJITA & ENCHILADA SKILL*  $15.99
     H
     BEEF ENCHILADAS
1 ICED TEA*                   $2.89
     SWEET
1 FOUNTAIN DRINK*             $2.75
     COKE ZERO
1 LEMONADE*                   $2.75
1 FREE WATER                  $0.00
==================================
Subtotal                     $61.34
Tax                           $5.06
Total before tip:            $66.40

Tip amount:         _____

Grand total:           76.4 0

Credit                       $66.40

CREDIT CARD PURCHASE    $66.40
Card Type: Visa
************9733 XX/XX
Transaction Type: PRE-AUT'
Ref Num: DGMT
Auth Code: 09328G
Card Entry Method : Swiped
AP09328G

Opened: 7/21/2021 03:39:02 PM
```

7/21/2021

Harlingen

CWOP Visits

9733



7/21/2021
McAllen
CWOP Visits

9733

**WHATABURGER**

Restaurant 23
2225 Highway 83
McAllen, TX 78501
(956)686-6546
Operating Partner - Joseph Martinez
1-800-6Burger

7/21/2021                          11:03:58 PM
Order  523018           Cashier: Naileya A

| | | |
|---|---|---|
| 1 | 20 OZ CHOCOLATE SHAKE | 3.49 |
| 1 | #7 WHATABURGER JR MEAL | 4.94 |
| | WHATABURGER JR | 0.00 |
| | SMALL CHEESE SLICE | 0.45 |
| | SUB MAYO | 0.00 |
| | SM FRIES | 0.00 |
| | SM DIET DR PEPPER | 0.00 |
| 2 | MD FRIES | 4.58 |
| 1 | LG FRIES | 2.49 |
| 1 | 16 OZ CHOCOLATE SHAKE | 3.04 |
| 1 | 16 OZ STRAWBERRY SHAKE | 3.04 |

SubTotal                22.03
Tax                      1.82
**Total**               23.85

Visa                    23.85
Acct:XXXXXXXX9733

Approval:05401G



McAllen Northwest - 956-618-7700
3600 Nolana Ave
McAllen, Texas 78504-4594
07/22/2021 11:29 AM

GROCERY
254020010 SBUX FOOD              T    $17.85
              3 @ $5.95 ea

                         SUBTOTAL     $17.85
     T = TX TAX 8.25000 on $5.95      $1.47
                            TOTAL     $19.32
           ×9733 VISA CHARGE         $19.32
                     AID: A0000000031010
                              VISA CREDIT
           AUTH CODE:        024236

REC#2-1203-2224-0157-4026-2 VCD#752-252-948
----------------------------------------
          Help make your Target Run better.
       Take a 2 minute survey about today's trip

                  informtarget.com
             User ID: 7879 6777 6984
                 Password: 259 738

             CUENTENOS EN ESPAÑOL

    Please take this survey within 7 days.

7/22/2021

McAllen

CWoP Visits ($)

VmAS  9733



7/22/2021
McAllen
CNOP Visits
Visa 9733



McAllen Northwest - 956-618-7700
3600 Nolana Ave
McAllen, Texas 78504-4594
07/22/2021 11:22 AM

GROCERY
254020010 SBUX FOOD          T    $5.95
254020056 SBUX FOOD          N    $9.00
       4 @ $2.25 ea
254030037 SBUX FOOD          N    $1.75
254030256 SBUX RTDRINK       N    $2.50
254150065 SBUX VN            T    $3.85
254160023 SBUX GR            T    $4.85
MISC
254030195 SBUX RTDRINA       N    $1.95

              SUBTOTAL             $29.85
T = TX TAX 8.25000 on $14.65        $1.21
              TOTAL                $31.06
       ×9733 VISA CHARGE           $31.06
              AIO: A0000000031010
                     VISA CREDIT
       AUTH CODE:     006706

Your Target Circle earnings are in!
Open the Target App or visit.
Target.com/Circle to see your benefits.

REC#2-1203-2224-0157-4024-7 VCD#750-250-446
----------------------------------------
Help make your Target Run better.
Take a 2 minute survey about today's trip

informtarget.com
User ID: 7879 6777 6984
Password: 259 753

CUENTENOS EN ESPAÑOL

Please take this survey within 7 days



McAllen Northwest - 956-618-7700
3600 Nolana Ave
McAllen, Texas 78504-4594
07/22/2021 11:29 AM

## RETURN

ORIG RCPT ID# 2-1203-2224-0157-4024-7

254020056 SBUX FOOD          N    $2.25-
254020056 SBUX FOOD          N    $2.25-
254020056 SBUX FOOD          N    $2.25-

              SUBTOTAL             $6.75-
              NO TAX             $0.00

              TOTAL REFUND         $6.75-
       ×9733 VISA CREDIT          $6.75-

REC # 2-1203-2224-0157-4025-4

----------------------------------------
Help make your Target Run better.
Take a 2 minute survey about today's trip

informtarget.com
User ID: 7879 6777 6984
Password: 259 746

CUENTENOS EN ESPAÑOL

Please take this survey within 7 days

```
        WELCOME TO
       STRIPES 9145
    2626 SOUTH SUGAR RD
    Edinburg Tx 78539
       956-380-1475

     Stripes #9145
          Tx

DATE 07/22/21   12:03
TRAN# 9093279
PUMP# 09
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS:         17.719
PRICE/G:    $    2.899
FUEL SALE   $   51.37
     CREDIT     $51.37


VISA
***********0815
Entry Method: Swiped
Auth #: 07752G
Resp Code:
Stan: 25291071585
Invoice #: 983832
Store # ************
****


Diesel Fuel Contain
Up To 5% BioDiesel
or Renewable Diesel
State Diesel Tax
0.19 per Gallon Inc
```

7/22/2021

Edinburg

CWOP fisc13

0815

GAS



```
                Welcome to
              Stripes # 9145
          2626 South Sugar Road
           Edinburg Texas 78539
              (956) 380-1475
           ****************
             Stripes #9145

                   TX


Description        Qty      Amount
-----------        ---      ------
OZARKA .5 LTR 24 PK  1        4.99
                           --------
              Subtotal        4.99
                   Tax        0.00
     TOTAL                    4.99
           CREDIT $           4.99


SALE Receipt
VISA CREDIT    USD$4.99
Acct/Card #: ************0815
Entry Method: Chip Read
Auth #: 005266
Resp Code: 000
Stan: 252910715863
Invoice #: 983839
Shift #: 1
Store # ****************


MODE: Issuer
AID: A0000000031010
MERCHANT COPY



    THANKS COME AGAIN
      Diesel Fuel Contains
      Up To 5% Biodiesel Or
      Renewable State Diesel
       Tax $ 0.19 Per Gallon
ST# 9145  TILL XXXX DR# 1 TRAN# 1016143
CSH: 19            07/22/21 12:03:57
```

7/22/2021
Edinburg
CWoP Visits

0815

```
         Docs Seafood & Steaks
             13309 SPID
        Corpus Christi, TX  78418
            (361) 949-6744

Server: Jessie                 07/22/2021
Anna/1                         8:50 PM
Guests: 0                      50035

Grilled Shrimp Dinner            17.00
  Sub New Potatoes               2.00
  Sweet Potato Fries             2.00
Cole Slaw                        2.49
Mixed Vegetables                 2.50
Garlic Roast New Potato          2.49
ICED TEA                         3.25
Fried Flounder                  19.00
  Sub Salad                      3.00
Fried Flounder                  19.00
  Sub Salad                      3.00
  Add 5 Grilled Shrimp           9.00
Soda                             2.77
Key Lime Pie (2 @8.00)          16.00

  10 Items

Subtotal                       103.50
Tax                              8.54

Total                          112.04

VISA #XXXXXXXXXXXX0815         112.04
  Auth:052786

  + Tip:          _____

= Total:          _____


X_____


Balance Due       0.00

       Suggested  Tip Calculator:
             18%- 18.53
             20%- 20.70
      Enjoy Your Visit? Post A Review!
         www.docsseafoodandsteaks.com
      ******************************
     Please Bring This Receipt Downstairs
          To The Waterline For A
           $2 FROZEN DRINK or
          $2 DOMESTIC BEER (1/PP)
        Come See Us @ The Waterline!
```

7/22/2021
Corpus Christi
CWoP Visit

0815

```
              Starbucks Coffee #29568
                14213 Northwest Blvd
            Corpus Christi, TX 361-244-7293
        ------------------------------------
                    CHK 721563
                 07/23/2021 11:36 AM
              XXX3040   Drawer: 1  Reg: 1
        ------------------------------------
                       Order
         Gr Almnd Hny Fw              5.45
           No Foam
           Warm
         Cinn Coffee Cake             2.95
         String Cheese                1.25
         Vanilla Almond Bar           2.50
         Gr Sltd Car Cf Cb            4.75
         Tl Pink Drink                4.05
         Tl Pink Drink                4.05
         Petite Vbean Scone           1.25
         Petite Vbean Scone           1.25
         Petite Vbean Scone           1.25

        ------------------------------------
         Subtotal             $28.75
         Tax 8.25%             $2.37
         Total                $31.12
         Change  Due          $0.00
        ------------------------------------
                      Payments

         Visa                        31.12
         XXXXXXXXXXXX0815
         Card Entry: QUICK CHIP
         Trans Type: PURCHASE
         Reference: 00000005
         App Label: VISA CREDIT
         Auth: 06801G
         AID: A0000000031010
         TVR: 8000008000
         TSI: 6800

        ---------- Check Closed ----------- - -
```

7/23/2021

CWOP Visic/3

South TX (CC)

0815



3:16 N PAN AM EXPWY
SAN ANTONIO TX 78218

**EXXON EXPRESS PAY**

7-ELEVEN 36637
XXXXXXXXX0001
6110 IH 35 NORTH
SAN ANTONIO , TX
78218
07/23/2021 681930939
01:37:03 PM

XXXXXXXXXXXXX9733
Visa
INVOICE 660896
AUTH 043546

PUMP# 6
Regular          18.140G
PRICE/GAL        $2.749

FUEL TOTAL  $  49.87

CREDIT      $  49.87

================================
Customer-activated Purchase/Capture
Site #: 33068909647946633
Shift Number 2
Sequence Number 20334
Chip Read
VISA CREDIT
Mode: Issuer
AID: 4000000000331013
TVR: 8000E380E0
IAD: 6801683308E5490
TST: 0E30
AFC: 00
TC: 2DAB6724C1606279
APPROVED  043546
================================

THANKS
FOR YOUR BUSINESS

7/23/2021
CWOP Visit
San Antonio

Gas

6815

7/23/2021
New Braunfels
CNoP Visits
9733

GRISTMILL RIVER
RESTAURANT AND BAR
1287 Gruene Rd
New Braunfels, Tx
(830) 606-12??

Server: MADISON                     07/23/2021
Table 504/1                          3:28 PM
Guests: 4                            100078
Reprint #: 1

GRILLED CHICKEN SALAD                  11.49
SIDE FRIES (2 @4.)                      9.98
FRIED CATFISH                         16.99
  SIDE RINGS                           5.99
ENTREE SALAD (2 @4.99)                 9.98
GRUENE COUNTRY CLUB                   11.99
FRIED CATFISH                         16.99

8 Items

Subtotal                              83.91
Tax                                    6.92

**Total**                           **90.83**

Balance Due                           90.83

Thank You For Visiting!
All Alcohol Prices Include
Mixed Beverage Sales Tax
Effective Jan 1, 2014

GRISTMILL RIVER
RESTAURANT AND BAR
1287 Gruene Rd
New Braunfels, Tx
(830) 606-1287

Server: MADISON          DOB: 07/23/2021
03:29 PM                       07/23/2021
Table 504/1               10/100078

SALE

VISA                          1048633
Card #XXXXXXXXXXXX9733
Magnetic card present: ROGERS CLARICE

Card Entry Method:  S

Approval: 027336

Amount:      $90.83

+ Tip:  9.17

= Total:  100.

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

*****CUSTOMER COPY*****

07/21/2021                    $88.41

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Meals** |
| Person | **Linda Brooke** |

Meal receipts July 21 (4 staff)



```
        0000000004729299
        EXPRESS MART 12
        196 LHS DRIVE
        LUMBERTON TX 77657


Description        Qty    Amount
-----------        ---    ------
Ozarka 20oz         1      1.19
Cheetos Chdr Pcorn  1      1.99
                        ----------
            Subtotal        3.18
    TOTAL               3.18
            CREDIT  $     3.18


SALE Receipt
USD$3.18
Acct/Card #: ************0902
Entry: Chip Read
AppName: VISA CREDIT
AuthNet: VISA
MODE: Issuer
AID: A0000000031010
Auth #: 078976
Resp Code: 000
Stan: 227814405963
Invoice #: 787102
Shift #: 1
Store # 4729299


CUSTOMER COPY
```



```
RALPH & KACOO'S
in Lufkin, Texas
3107 South First St.
Lufkin, Texas 75901
Phone: 936-634-3000

Server: JOSETTE                07/21/2021
Table: 122/1                      4:57 PM
Guests: 4                          40037

T E A (2 @2.59)                      5.18
LEMONADE                             2.59
AddOn MINICREEN (2 @2.99)            5.98
FRM TENDERLOIN                      13.99
SM SEA GUMBO                         5.99
SEAFOOD PLATTER                     19.99
LG SEA GUMBO                        11.99

Subtotal                            65.71
Tax                                  5.42

Total                               71.13

Balance Due                      71.13

FULL SERVICE CATERING, ASK YOUR SERVER
    GIFT CERTIFICATES MAKE GREAT GIFTS
    Tip Calculator (Based on $ after Tax)
        15% TIP) = 10.67
        18% TIP) = 12.80
        20% TIP) = 14.23
```

**07/21/2021**                                    **$217.96**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Two rooms (Brooke - Lockett)



**Courtyard by Marriott®** Lufkin
2130 S First St., Lufkin Tx, 75901 **P** 936.632.0777
**Marriott.com/LFKCY**

| | | | |
|---|---|---|---|
| Linda/Ms Brooke | | Room: 216 | |
| 1304 Vassar St | | Room Type: QQST | |
| Houston TX 77006-6030 | | Number of Guests: 1 | |
| Child Protective Services | | Rate:  $96.00 | Clerk: SSL |
| Arrive: 21Jul21 | Time: 03:32PM    Depart: 22Jul21 | Time: 08:52AM | Folio Number: 82036 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Jul21 | Room Charge | 96.00 | |
| 21Jul21 | Occupancy Sales Tax | 5.76 | |
| 21Jul21 | City Tax | 6.72 | |
| 21Jul21 | State Cost - Recovery Fe | 0.50 | |
| 22Jul21 | Visa | | 108.98 |

Card #: V
*Amount:   108.98  Auth: 06954G*
*This card was electronically swiped on 21Jul21*

**BALANCE:       0.00**

**Marriott Bonvoy Account # XXXXX9271.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.



**Courtyard by Marriott®** Lufkin
2130 S First St., Lufkin Tx, 75901 **P** 936.632.0777
**Marriott.com/LFKCY**

| | |
|---|---|
| Linda/Ms Brooke | Room: 218 |
| 1304 Vassar St | Room Type: QQST |
| Houston TX 77006-6030 | Number of Guests: 1 |
| Child Protective Services | Rate:  $96.00      Clerk: SSL |

Arrive: 21Jul21   Time: 03:30PM      Depart: 22Jul21      Time: 08:52AM      Folio Number: 82035

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Jul21 | Room Charge | 96.00 | |
| 21Jul21 | Occupancy Sales Tax | 5.76 | |
| 21Jul21 | City Tax | 6.72 | |
| 21Jul21 | State Cost - Recovery Fe | 0.50 | |
| 22Jul21 | Visa | | 108.98 |

Card #: ███████████
*Amount:  108.98  Auth: 08557G*
*This card was electronically swiped on 21Jul21*

**BALANCE:      0.00**

**Marriott Bonvoy Account # XXXXX9271.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account.
Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

07/21/2021 $859.20

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Lodging** |
| Person | **Viveca Martinez** |

CWOP South Texas Hotel 4 Monitors



**LA QUINTA  BY WYNDHAM MCALLEN
CONVENTION CENTER**

801 S. WARE RD.
MCALLEN, TX  78501 US
Phone: 956-682-6765
Fax: 956-688-6785
Email: lq6765gm@laquinta.com
Hotel ID: 53221
Printed: 7/22/2021 7:40:38 AM

# Folio (Detailed)

| Name: | MARTINEZ, VIVECA | | Confirmation Number: | 89170EC036171 |
| Company: | FEDERAL GOVT BWS TRACKING | | ACCOUNT/ INVOICE #: | 6 8-609830 |
| Address: |  | | WyndhamRewards #: | |

| Room: | 238 | Room Type: | NK2, 1 KING BED, NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | SGV | Daily Rate: | $96.00 + $0.00 Tax | GTD: | VI - VISA | |
| Arrival: | 7/21/2021 (Wed) | Departure: | 7/22/2021 (Thu) | | XXXX XXXX XXXX 0815 | |

Room Rate:

7/21/2021 (Wed) - 7/21/2021 (Wed)        $96.00 + $0.00 Tax per night.

| Date | Code | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 7/21/2021 | RM | ROOM CHARGE | $96.00 | $96.00 |
| 7/22/2021 | VI | VISA (0815) | ($96.00) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|------|-----|-----|-------|-----|------|-----|
| $96.00 | $0.00 | $0.00 | $0.00 | ($96.00) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk,  visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

Guest Signature:

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/ Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy.



**LA QUINTA BY WYNDHAM MCALLEN
CONVENTION CENTER**

801 S. WARE RD.
MCALLEN, TX  78501 US
Phone: 956-682-6765
Fax: 956-688-6785
Email: lq6765gm@laquinta.com
Hotel ID: 53221
Printed: 7/22/2021 7:41:20 AM

# Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | MARTINEZ, VIVECA | | | Confirmation Number: | 89170EC036170 |
| Company: | FEDERAL GOVT BWS TRACKING | | | ACCOUNT/INVOICE#: | 254-687505 |
| Address: | | | | WyndhamRewards #: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Room: | 230 | Room Type: | ENK1, 1 KING BED, SUITE, | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | SGV | Daily Rate: | NSMK | GTD: | VI - VISA | |
| Arrival: | 7/21/2021 (Wed) | Departure: | $96.00 + $0.00 Tax | | XXXX XXXX XXXX 0815 | |
| | | | 7/22/2021 (Thu) | | | |

Room Rate:

  7/21/2021 (Wed) - 7/21/2021 (Wed)          $96.00 + $0.00 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 7/21/2021 | RM | ROOM CHARGE | $96.00 | $96.00 |
| 7/22/2021 | VI | VISA (0815) | ($96.00) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $96.00 | $0.00 | $0.00 | $0.00 | ($96.00) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk,  visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

Guest Signature:

_____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/ Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy.



**LA QUINTA BY WYNDHAM MCALLEN
CONVENTION CENTER**
801 S. WARE RD.
MCALLEN, TX  78501 US
Phone: 956-682-6765
Fax: 956-688-6785
Email: lq6765gm@laquinta.com
Hotel ID: 53221
Printed: 7/22/2021 7:42:03 AM

## Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | MARTINEZ, VIVECA | | Confirmation Number: | | 89170EC036173 |
| Company: | FEDERAL GOVT BWS TRACKING | | ACCOUNT/INVOICE#: | | 267-303984 |
| Address: | | | WyndhamRewards #: | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Room: | 408 | Room Type: | NK2, 1 KING BED, NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | SGV | Daily Rate: | $96.00 + $0.00 Tax | GTD: | VI - VISA | |
| Arrival: | 7/21/2021 (Wed) | Departure: | 7/22/2021 (Thu) | | XXXX XXXX XXXX 0815 | |

**Room Rate:**

7/21/2021 (Wed) - 7/21/2021 (Wed)      $96.00 + $0.00 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 7/21/2021 | RM | ROOM CHARGE | $96.00 | $96.00 |
| 7/22/2021 | VI | VISA (0815) | ($96.00) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $96.00 | $0.00 | $0.00 | $0.00 | ($96.00) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk,  visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

**Guest Signature:**

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/ Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy.



**LA QUINTA BY WYNDHAM MCALLEN
CONVENTION CENTER**

801 S. WARE RD.
MCALLEN, TX  78501 US
Phone: 956-682-6765
Fax: 956-688-6785
Email: lq6765gm@laquinta.com
Hotel ID: 53221
Printed: 7/22/2021 7:42:39 AM

## Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | MARTINEZ, VIVECA | | Confirmation Number: | | 89170EC036172 |
| Company: | FEDERAL GOVT BWS TRACKING | | ACCOUNT/INVOICE#: | | 829-951695 |
| Address: | | | WyndhamRewards #: | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Room: | 406 | Room Type: | NK2, 1 KING BED, NSMK | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | SGV | Daily Rate: | $96.00 + $0.00 Tax | GTD: | VI - VISA | |
| Arrival: | 7/21/2021 (Wed) | Departure: | 7/22/2021 (Thu) | | XXXX XXXX XXXX 0815 | |

**Room Rate:**

7/21/2021 (Wed) - 7/21/2021 (Wed)          $96.00 + $0.00 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 7/21/2021 | RM | ROOM CHARGE | $96.00 | $96.00 |
| 7/22/2021 | VI | VISA (0815) | ($96.00) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $96.00 | $0.00 | $0.00 | $0.00 | ($96.00) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk,  visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

**Guest Signature:**

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/ Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy.



07-23-21

| Viveca ▓▓▓▓ | Folio No. | : ▓▓▓▓ | Room No. : (403) |
| ▓▓▓▓▓▓▓▓▓ | A/R Number | : | Arrival : **07-22-21** |
| **United States** | Group Code | : | Departure : **07-23-21** |
| | Company | : Leisure | Conf. No. : **27471974** |
| | Membership No. : | PC ▓▓▓▓▓ | Rate Code : **IDAFS** |
| | Invoice No. | : | Page No. : **1 of 2** |



| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-22-21 | *Accommodation | 137.74 | |
| 07-22-21 | City Tax | 12.40 | |
| 07-22-21 | State Tax | 8.26 | |
| 07-23-21 | Visa           XXXXXXXXXXX0815 | | 158.40 |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | **Total** | **158.40** | **158.40** |
| | **Balance** | **0.00** | |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part of the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express and Suites
5213 Oakhurst Drive
Corpus Christi, TX 78411
Telephone: (361)857-7772 Fax: (361)806-2319



07-23-21

Viveca ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

United States

| | |
|---|---|
| Folio No. : ▓▓▓▓▓ | |
| A/R Number : | |
| Group Code : | |
| Company : Leisure | |
| Membership No. : PC ▓▓▓▓▓▓ | |
| Invoice No. : | |

| | |
|---|---|
| Room No. : **330** | |
| Arrival : **07-22-21** | |
| Departure : **07-23-21** | |
| Conf. No. : **41127422** | |
| Rate Code : **IDAFS** | |
| Page No. : **1 of 2** | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-22-21 | *Accommodation | 137.74 | |
| 07-22-21 | City Tax | 12.40 | |
| 07-22-21 | State Tax | 8.26 | |
| 07-23-21 | Visa          XXXXXXXXXXX0815 | | 158.40 |

Thank you for staying with us! Qualifying points for this stay will be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | |
|---|---|
| **Total** | **158.40**   **158.40** |

Thank you for staying with us! Qualifying points for this stay will be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | |
|---|---|
| **Balance** | **0.00** |

Guest Signature: _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express and Suites
5213 Oakhurst Drive
Corpus Christi, TX 78411
Telephone: (361)857-7772 Fax: (361)806-2319



07-23-21

| | | |
|---|---|---|
| Viveca ▮▮▮▮ | Folio No. : ▮▮▮▮ | Room No. : 230 |
| ▮▮▮▮ | A/R Number : | Arrival : 07-22-21 |
| United States | Group Code : | Departure : 07-23-21 |
| | Company : Leisure | Conf. No. : 49937898 |
| | Membership No. : PC ▮▮▮▮ | Rate Code : IDAFS |
| | Invoice No. : | Page No. : 1 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-22-21 | *Accommodation | 137.74 | |
| 07-22-21 | City Tax | 12.40 | |
| 07-22-21 | State Tax | 8.26 | |
| 07-23-21 | Visa    XXXXXXXXXXXX0815 | | 158.40 |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

|  | | |
|---|---|---|
| **Total** | **158.40** | **158.40** |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| **Balance** | **0.00** |
|---|---|

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express and Suites
5213 Oakhurst Drive
Corpus Christi, TX 78411
Telephone: (361)857-7772 Fax: (361)806-2319

07/21/2021 $158.40

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Lodging** |
| Person | **Viveca Martinez** |

CWOP South Texas Hotel (1 Room )



| | | | 08-16-21 |
|---|---|---|---|

| **Christa Price** | Folio No. | : **140130** | Room No. : **314** |
|---|---|---|---|
| **91 N Carolina St** | A/R Number | : | Arrival : **07-22-21** |
| **Amarillo  79106-7569** | Group Code | : | Departure : **07-23-21** |
| **United States** | Company | : **Leisure** | Conf. No. : **29466526** |
| | Membership No. : | **PC    222276144** | Rate Code : **IDAFS** |
| | Invoice No. | : | Page No. : **1 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-22-21 | *Accommodation | | 137.74 | |
| 07-22-21 | City Tax | | 12.40 | |
| 07-22-21 | State Tax | | 8.26 | |
| 07-23-21 | Visa | XXXXXXXXXXXX0815 | | 158.40 |

**Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| **Total** | **158.40** | **158.40** |
|---|---|---|

**Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| **Balance** | **0.00** | |
|---|---|---|

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express and Suites
5213 Oakhurst Drive
Corpus Christi, TX 78411
Telephone: (361)857-7772 Fax: (361)806-2319



08-16-21

**Christa Price**
**91 N Carolina St**
**Amarillo  79106-7569**
**United States**

| | | | | | |
|---|---|---|---|---|---|
| Folio No. | : | **140130** | Room No. | : | **314** |
| A/R Number | : | | Arrival | : | **07-22-21** |
| Group Code | : | | Departure | : | **07-23-21** |
| Company | : | **Leisure** | Conf. No. | : | **29466526** |
| Membership No. | : | **PC     222276144** | Rate Code | : | **IDAFS** |
| Invoice No. | : | | Page No. | : | **2 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Independently owned by Oakhurst Hospitality Inc. and operated by ZJZ Hospitality Inc. | | |

Holiday Inn Express and Suites
5213 Oakhurst Drive
Corpus Christi, TX 78411
Telephone: (361)857-7772 Fax: (361)806-2319

**07/20/2021**                                    **$24.02**

---

Client     **Texas DFPS/HHSC**
Project    **Texas Foster Care Monitoring**
Category   **Meals**
Person     **Deborah Fowler**

07.20.21 - K&K Bar-B-Que - $24.02



**Corina Golea <cgolea@texasappleseed.net>**

## Fwd: Receipt from K&K Bar-B-Que
2 messages

**Deborah Fowler** <dfowler@texasappleseed.net>                    Tue, Jul 20, 2021 at 1:05 PM
To: Corina Golea <cgolea@texasappleseed.net>

Lunch for me and Beth Mitchell should go in Harvest

Sent from my iPhone

Begin forwarded message:

**From:** K&K Bar-B-Que via Square <receipts@messaging.squareup.com>
**Date:** July 20, 2021 at 12:31:51 PM CDT
**To:** dfowler@texasappleseed.net
**Subject: Receipt from K&K Bar-B-Que**
**Reply-To:** K&K Bar-B-Que via Square <CAESPxIAGjFyX21memhhMmp2bnpkZW
Vyc3NrYnF2bXUyZm5id3htM2Rsb3V6dGszMm9uYjNnY3FxIghkaWFFsb2d1ZSIg/
0OpvUj5CgTvn0oCoSVutRiMgsBvN9XqpxkCNUgCRzo=@reply2.squareup.com>

Square automatically sends receipts to the email address you used at any Square
seller. Learn more





K&K Bar-B-Que

▲

How was your experience?

😊    ☹

$24.02

---

Sliced Beef Sandwich                    $7.00

Pull pork sandwich                      $6.00

7/20/2021                          Texas Appleseed Mail - Fwd: Receipt from K&K Bar-B-Que

| | |
|---|---|
| Tea/Lemonade/Koolaid | $1.19 |
| Small Cole Slaw | $3.00 |
| Custom Amount | $5.00 |
| | |
| Purchase Subtotal | $22.19 |
| Sales Tax (8.25%) | $1.83 |
| | |
| Total | **$24.02** |



K&K Bar-B-Que
620 Madison Dr.
Corsicana, TX 75110
903-467-6530

| | |
|---|---|
| Visa 2434 (Swipe) | Jul 20 2021 at 10:31 AM |
| **VISA** | #pi5n |
| DEBORAH FOWLER | Auth code: 04045G |



**Receipt Settings**

Not your receipt?   Turn off automatic receipts
Manage preferences

© 2021 Square, Inc. Privacy Policy
1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

---

**Corina Golea** <cgolea@texasappleseed.net>                    Tue, Jul 20, 2021 at 1:50 PM
To: Deborah Fowler <dfowler@texasappleseed.net>

Will do

[Quoted text hidden]

**07/20/2021**                                    **$109.10**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Lodging**
Person      **Deborah Fowler**

07.20.21 - DF - La Quinta - Rm 219 - DF - CPC - $109.10



**LA QUINTA BY WYNDHAM TYLER SOUTH**

6702 S. BROADWAY AVE.
TYLER, TX 75703 US
Phone: 9035610863
Fax: 9035811689
Email: lq6975gm@laquinta.com
Hotel ID: 53437
Printed: 7/21/2021 10:40:40 AM

## Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | FOWLER, DEBORAH | | Confirmation Number: | | 89319EC026835 |
| | | | ACCOUNT/ INVOICE# : | | 369-478819 |
| Address: | 1609 SHOAL CREEK, STE. 201 | | WyndhamRewards #: | | 158003339G |
| | AUSTIN, TX 78701 US | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Room: | 219 | Room Type: | NK2, 1 KING BED, NON-SMOKING | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $89.00 + $13.35 Tax | GTD: | VI - VISA | |
| Arrival: | 7/20/2021 (Tue) | Departure: | 7/21/2021 (Wed) | | XXXX XXXX XXXX 2680 | |

Room Rate:

7/20/2021 (Tue) - 7/20/2021 (Tue)          $89.00 + $13.35 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 7/20/2021 | VI | VISA (2434) | ($102.34) | ($102.34) |
| 7/20/2021 | DRINKS | SUNDRY DRINKS TWO WATERS | $4.16 | ($98.18) |
| 7/20/2021 | TAX 3 | SALES | $0.34 | ($97.84) |
| 7/20/2021 | FOOD | SUNDRY SNACKS CANDY | $2.08 | ($95.76) |
| 7/20/2021 | TAX 3 | SALES | $0.17 | ($95.59) |
| 7/20/2021 | RM | ROOM CHARGE | $89.00 | ($6.59) |
| 7/20/2021 | TAX 1 | STATE | $5.34 | ($1.25) |
| 7/20/2021 | TAX 2 | CITY | $8.01 | $6.76 |
| 7/21/2021 | VI | VISA (2680) | ($6.76) | $0.00 |
| 7/21/2021 | VI | VISA (2680) | $6.76 | $6.76 |
| 7/21/2021 | VI | VISA (2434) | ($6.76) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $89.00 | $13.86 | $6.24 | $0.00 | ($109.10) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk, visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

**07/20/2021**                                    **$104.60**

Client        **Texas DFPS/HHSC**
Project       **Texas Foster Care Monitoring**
Category      **Lodging**
Person        **Deborah Fowler**

07.20.21 - DF - La Quinta Rm 216 - FD - CPC -
$104.60



**LA QUINTA BY WYNDHAM TYLER SOUTH**

6702 S. BROADWAY AVE.
TYLER, TX  75703 US
Phone: 9035610863
Fax: 9035811689
Email: lq6975gm@laquinta.com
Hotel ID: 53437
Printed: 7/21/2021 9:00:40 AM

## Folio (Detailed)

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | FOWLER, DEBORAH | | | Confirmation Number: | | 89319EC026838 |
| | | | | ACCOUNT/ INVOICE# : | | 608-066218 |
| Address: | 1609 SHOAL CREEK, STE. 201 | | | WyndhamRewards #: | | 158003339G |
| | AUSTIN, TX  78701 US | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Room: | 216 | Room Type: | NK2, 1 KING BED, NON- | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | SMOKING | GTD: | VI - VISA | |
| Arrival: | 7/20/2021 (Tue) | Departure: | $89.00 + $13.35 Tax | | XXXX XXXX XXXX 2434 | |
| | | | 7/21/2021 (Wed) | | | |

---

Room Rate:

7/20/2021 (Tue) - 7/20/2021 (Tue)      $89.00 + $13.35 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 7/20/2021 | DRINKS | SUNDRY DRINKS | $2.08 | $2.08 |
| 7/20/2021 | TAX 3 | SALES | $0.17 | $2.25 |
| 7/20/2021 | RM | ROOM CHARGE | $89.00 | $91.25 |
| 7/20/2021 | TAX 1 | STATE | $5.34 | $96.59 |
| 7/20/2021 | TAX 2 | CITY | $8.01 | $104.60 |
| 7/21/2021 | VI | VISA (2434) | ($104.60) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $89.00 | $13.52 | $2.08 | $0.00 | ($104.60) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk,  visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

**Guest Signature:**

_____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/ Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy.

**07/20/2021**          **$104.60**

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Lodging**
Person      **Deborah Fowler**

07.20.21 - DF - La Quinta Rm 328 - DF - $104.60



**LA QUINTA BY WYNDHAM TYLER SOUTH**
6702 S. BROADWAY AVE.
TYLER, TX  75703 US
Phone: 9035610863
Fax: 9035811689
Email: lq6975gm@laquinta.com
Hotel ID: 53437
Printed: 7/21/2021 9:02:29 AM

## Folio (Detailed)

| Name: | FOWLER, DEBORAH | | | Confirmation Number: | 89319EC026836 |
|---|---|---|---|---|---|
| | | | | ACCOUNT/ INVOICE# : | 633-039800 |
| Address: | 1609 SHOAL CREEK, STE. 201 | | | WyndhamRewards #: | 158003339G |
| | AUSTIN, TX  78701 US | | | | |

| Room: | 328 | Room Type: | NK2, 1 KING BED, NON-SMOKING | Nights: | 1 | Guests: 1/0 |
|---|---|---|---|---|---|---|
| Rate Plan: | RACK | Daily Rate: | $89.00 + $13.35 Tax | GTD: | VI - VISA | |
| Arrival: | 7/20/2021 (Tue) | Departure: | 7/21/2021 (Wed) | | XXXX XXXX XXXX 2434 | |

Room Rate:

7/20/2021 (Tue) - 7/20/2021 (Tue)        $89.00 + $13.35 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 7/20/2021 | DRINKS | SUNDRY DRINKS | $2.08 | $2.08 |
| 7/20/2021 | TAX 3 | SALES | $0.17 | $2.25 |
| 7/20/2021 | RM | ROOM CHARGE | $89.00 | $91.25 |
| 7/20/2021 | TAX 1 | STATE | $5.34 | $96.59 |
| 7/20/2021 | TAX 2 | CITY | $8.01 | $104.60 |
| 7/21/2021 | VI | VISA (2434) | ($104.60) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $89.00 | $13.52 | $2.08 | $0.00 | ($104.60) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk,  visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

Guest Signature:

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/ Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy.

**07/20/2021**                                    **$41.99**

---

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Monitoring**
Category     **Transportation**
Person       **Deborah Fowler**

07.20.21 - DF - Gas - CPC - $41.99

**07/21/2021**                                    **$62.96**

---

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Monitoring**
Category     **Meals**
Person       **Deborah Fowler**

07.21.21 - DF - Ritual - Lunch for CPC - 62.96



lunch for team—
monitoring visit

# RITUAL
LUNCHEONETTE · APOTHECARY · WELLNESS

**RITUAL**

214 S. Main
JACKSONVILLE, TX 75766
(903) 284-6880
http://www.ritualonmain.com

Jul 21, 2021
1:57 PM
Rocky

PURCHASE

Ticket: #70
Authorization 02698G
Receipt 9al5

VISA CREDIT
AID A0 00 00 00 03 10 10

FOR HERE

| | |
|---|---|
| Egg Salad <br> Sandwich, Crossiant | $9.95 |
| Chicken Salad <br> Sandwich, Crossiant | $10.95 |
| Grilled Cheese <br> with bacon and tomato, Dave's | $11.95 |
| Cake x 2 <br> Slice Of Cake | $11.90 |
| Bottled Drink <br> Spring Valley Sparkling Water | $2.50 |

| | |
|---|---|
| Subtotal | $47.25 |
| Sales Tax | $3.90 |

| | |
|---|---|
| Total | $51.15 |
| Visa 2434 (Chip) | $51.15 |
| Deborah Fowler | |

tip  +11.81

Return Policy: No returns

62.96

**07/21/2021**                                    **$42.71**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Transportation**
Person      **Deborah Fowler**

07.21.21 - DF - Quick Way - CPC $42.71

*Monitoring visit to Tyler/ Jacksonville/ Palestine*



Quik Way #4
4384 Bellmead
Bellmead Texas

**EXXON EXPRESS PAY**

QUICK SAVE #4
XXXXXXXXX1001
4304 1 2 BELLMEAD DR
BELLMEAD      , TX
76705
07/21/2021 549296295
06:15:11 PM

XXXXXXXXXXXXX2434
Visa
INVOICE 025328
AUTH 03760G

PUMP# 5
Regular        14.940G
PRICE/GAL      $2.859

FUEL TOTAL  $  42.71

CREDIT      $  42.71

=====================================
Customer-activated Purchase/Capture
Site #: 000006006045005625
Shift Number 1
Sequence Number 31630
Chip Read
VISA CREDIT
Mode: Issuer
AID: A000000003:010
TVR: 0000000000
IAD: 0601A3060A2400
TSI: 0000
ARC: 00
TC: 9DFE3D6703DE14C3
APPROVED 03760G
=====================================

Thank You
For Shopping

**07/23/2021**                                    **$196.62**

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Monitoring**
Category     **Transportation**
Person       **Nancy Arrigona**

07.23.21 - Enterprise Rent A Car Receipt



8310 RESEARCH BLVD
AUSTIN, TX 78758-8301

| Rental Agreement #: | 3YC484 |
|---|---|
| Bill Ref #: | 5500-4653-3120 |
| Invoice Date: | 07/23/2021 |
| Account #: | GA65309 |

**BILL TO**

TEXAS APPLESEED
ATTN: FERNANDO GUERRERO
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX - 78701-1022

**RENTAL INFORMATION**

| Date/Time Out | Date/Time In |
|---|---|
| 07/20/2021 11:50 AM | 07/23/2021 11:09 AM |

**Renter**
ARRIGONA, NANCY

**RENTAL VEHICLES**

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| BLACK | N543110 | CHAR | 7TW38K | 32,179 | 32,850 |

**VIN:** 2C3CDXBG4LH121901

**CLAIM INFORMATION**

| Claim# / PO# / RO# | Insured |
|---|---|

| Date of Loss | Type of Loss | Type of Vehicle |
|---|---|---|

| Repair Shop |
|---|

**BILLING DETAIL**

| Description | Qty/Per | Rate | Amount |
|---|---|---|---|
| TIME & DISTANCE | 3  DAY | 55.00 | 165.00 |
| | Subtotal | | 165.00 |
| TX MOTOR VEHICLE RENTAL TAX | PCT | 10.00 | 17.10 |
| VLF REC | 3  DAY | 1.99 | 5.97 |
| CITY OF AUSTIN TAX | PCT | 5.00 | 8.55 |
| **Total Charges (USD)** | | | **196.62** |

**PAYMENTS**

| Prepayments | Master Card | -196.62 |
|---|---|---|
| **Total Payments  (USD)** | | **-196.62** |

| **Amount Due (USD)** | **0.00** |
|---|---|

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

| **For Billing Inquiries / Payment Terms :** |
|---|
| Tel#: +1 9184016000 |
| askaradmin@ehi.com |
| Payments are due immediately. |
| Late payments are subject to a finance charge. |

**Thank You For Choosing Enterprise**

---

| Please Return This Portion With Remittance | Amount Due (USD) | 0.00 |
|---|---|---|

| Remit To : | Paid By: |
|---|---|
| EAN SERVICES, LLC | TEXAS APPLESEED |
| PO BOX 402383 | 1609 SHOAL CREEK BLVD STE 201 |
| ATLANTA, GA 30384-2383 | AUSTIN, TX 787011022 |

**Email Remit To: ARADMIN@EHI.COM**

| **Fed Tax Id:** 430724835 | Account # | Rental Agreement | Amount | GPBR |
|---|---|---|---|---|
| | GA65309 | 3YC484 | 0.00 | 6541 |

Page 1 of 2



319 S LAMAR
AUSTIN, TX 78704-1019

| | |
|---|---|
| **Rental Agreement #:** | **3YG8QQ** |
| **Bill Ref #:** | **8000-4467-6941** |
| **Invoice Date:** | **07/23/2021** |
| **Account #:** | **GA65309** |

### BILLING DETAIL

| Description | Qty/Per | | Rate | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | 2 | HR | 37.95 | 75.90 |
| TIME & DISTANCE | 3 | DAY | 115.00 | 345.00 |
| DW | 3 | DAY | 21.99 | 65.97 |
| REFUELING CHARGE | 3 | GAL | 4.19 | 13.83 |
| | | | Subtotal | 500.70 |
| CITY OF AUSTIN TAX | | PCT | 5.00 | 24.74 |
| VLF REC | 4 | DAY | 1.99 | 7.96 |
| TX MOTOR VEHICLE RENTAL TAX | | PCT | 10.00 | 49.48 |
| **Total Charges (USD)** | | | | **582.88** |

### BILL TO

TEXAS APPLESEED
ATTN: FERNANDO GUERRERO
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX - 78701-1022

### RENTAL INFORMATION

**Date/Time Out**
07/20/2021 03:51 PM

**Date/Time In**
07/23/2021 05:32 PM

**Renter**
MARTINEZ, VIVECA

### RENTAL VEHICLES

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| WHITE | 8USX997 | TAHO | 7VNWTT | 12,690 | 13,534 |

**VIN:** 1GNSKNKD7MR268228

### CLAIM INFORMATION

**Claim# / PO# / RO#**          **Insured**

**Date of Loss**     **Type of Loss**     **Type of Vehicle**

**Repair Shop**

### PAYMENTS

| | | |
|---|---|---|
| Prepayments | Master Card | -582.88 |
| **Total Payments (USD)** | | **-582.88** |
| **Amount Due (USD)** | | **0.00** |

Individual line item charges such as rental rates for Time and Distance, percentage-based charges (e.g., sales taxes and fees or surcharges), and charges divided between multiple parties may be rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due and/or to avoid fractional cents.

### For Billing Inquiries / Payment Terms :

Tel#: +1 9184016000
askaradmin@ehi.com
Payments are due immediately.
Late payments are subject to a finance charge.

---

**Thank You For Choosing Enterprise**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please Return This Portion With Remittance**          **Amount Due (USD)**          0.00

**Remit To :**
EAN SERVICES, LLC
PO BOX 402383
ATLANTA, GA 30384-2383

**Paid By:**
TEXAS APPLESEED
1609 SHOAL CREEK BLVD STE 201
AUSTIN, TX 787011022

**Email Remit To: ARADMIN@EHI.COM**

| **Fed Tax Id:** 430724835 | **Account #** | **Rental Agreement** | **Amount** | **GPBR** |
|---|---|---|---|---|
| | GA65309 | 3YG8QQ | 0.00 | 6526 |

**07/26/2021**                               **$39.35**

Client        **Texas DFPS/HHSC**
Project       **Texas Foster Care Monitoring**
Category      **Transportation**
Person        **Nancy Arrigona**

gas for rental car

CIRCLE K
CIRCLEK.COM

....................

DELIGHT MORE
CUSTOMERS EVERY DAY
CK 0966
8101 Mesa Dr
Austin TX
78759

DATE 7/23/21 10:59
TRAN# 9029933
PUMP# 02
SERVICE LEVEL: SELF
PRODUCT: UNLD

| | |
|---|---|
| GALLONS: | 14.160 |
| PRICE/G: | $2.779 |
| FUEL SALE | $39.35 |
| CREDIT | $39.35 |

USD$39.35
************9725
Entry: Chip Read
AppName: VISA CREDIT
AuthNet: VISA
MODE: Issuer
AID: A0000000031010
Auth #: 03197G
Resp Code: 000
Stan: 0171273618
Invoice #: 375795
Shift #: 1
Store # ************
****

THANK YOU
COME AGAIN
HAVE A NICE DAY

**07/26/2021** **$34.25**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Transportation** |
| Person | **Nancy Arrigona** |

gas for rental car

WELCOME TO
EXXPRESS MART #12
196 LHS DRIVE
LUMBERTON,TX 77657
409-751-0695

DATE 7/21/21 13:37
TRAN#9092026
PUMP# 09
SERVICE LEVEL: SELF
PRODUCT: REG

| | |
|---|---|
| GALLONS: | 12.785 |
| PRICE/G: | $2.679 |
| FUEL SALE | $34.25 |
| CREDIT | $34.25 |

USD$34.25
************9725
Entry: Chip Read
AppName: VISA CREDIT
AuthNet: VISA
MODE: Issuer
AID: A0000000031010
Auth #: 06761G
Resp Code: 000
Stan: 227814405929
Invoice #: 787073
Shift #: 1
Store # 4729299

Tell us about
your visit
www.exxonmobil
visit.com

THANK YOU!!!
HAVE A NICE DAY!!!

**07/26/2021**                                    **$11.04**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Meals**
Person      **Nancy Arrigona**

dinner 7/20/21



HAND-MASHING THE STATUS QUO

5015 Westheimer Road, #12
Houston TX 77056
(713) 396-7261

Host: Juan
ORDER #452                    07/20/2021
                              7:52 PM
10352

Chicken Bowl                          7.75
Guacamole                             2.45

How're we doing? Let us know at
Chipotlefeedback.com
to win FREE Chipotle for a year!
Unique Code:

95 230 700 002 100 010 700 396

For complete rules visit our website.

Subtotal                             10.20
Tax                                   0.84

TAKE OUT Total                       11.04
Cp Card                              11.04
Authorizing...
Balance Due                          11.04

Love Chipotle? Join Our Team

Get great benefits like:
Free Chipotle
Debt-free college degrees
Bonus eligibility
Rapid career growth
And more!
Visit jobs.chipotle.com

**07/26/2021**                    **$6.63**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Other**
Person      **Nancy Arrigona**

water, snacks and disinfectant wipes for site visits,
Lufkin

Give us feedback @ survey.walmart.com
Thank you! ID #:7QCRT41HZY4

Walmart
Save money. Live better.

936-639-9600 Mgr:PATRICK
2500 DANIEL MCCALL DR
LUFKIN TX 75904
ST# 00140 OP# 000114 TE# 02 TR# 00119
ASTN TSTPB 8 007978348802 F 1.98 N
ASTN TSTPB 8 007978348802 F 1.98 N
** VOIDED ENTRY **
ASTN TSTPB 8 007978348802 F 1.98-N
WIPES 80PK 081000541374 2.00 X
OZARKA 002259277771 F 2.48 N
SUBTOTAL 6.46
TAX 1 8.250 % 0.17
TOTAL 6.63
VISA TEND 6.63
VISA CREDIT **** **** **** 9725 I 1
APPROVAL # 085468
REF # 120200385607
TRANS ID - 381202822761066
VALIDATION - 9KL8
PAYMENT SERVICE - E
AID A0000000031010
AAC 34388C6CB6436D09
TERMINAL # SC011260
07/21/21 17:51:19
CHANGE DUE 0.00
# ITEMS SOLD 3
TC# 4123 1020 1222 0357 1270

07/21/21 17:51:19
***CUSTOMER COPY***

**07/26/2021**                                      **$144.02**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Lodging**
Person      **Nancy Arrigona**

Hotel in Houston, leaving early next morning on site visit trip

Westin Galleria
5060 West Alabama
Houston, TX  77056
United States
Tel: 713-960-8100 Fax: 713-960-6553

# WESTIN®
## HOTELS & RESORTS

NANCY ARRIGONA

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 3942843 |
| Folio ID | : | A |
| Arrive Date | : | 07-20-21   18:03 |
| Depart Date | : | 07-21-21   09:10 |
| No. Of Guest | : | 1 |
| Room Number | : | 2052 |
| Marriott Bonvoy Number : | | 8906 |

Westin Galleri HOUGW  JUL-21-2021  09:20  BNORM349

| Date | Reference | Description | Charges/Credits (USD) |
|---|---|---|---|
| 07-20-21 | RT2052 | Room Chrg - Govt./Military | 122.00 |
| 07-20-21 | RT2052 | County Tax | 4.88 |
| 07-20-21 | RT2052 | City/Local Tax | 8.54 |
| 07-20-21 | RT2052 | Occupancy/Tourism | 7.32 |
| 07-20-21 | RT2052 | State Cost-Recovery Fee | 1.28 |
| 07-21-21 | VI | Visa-3030 | -144.02 |

Approve EMV Receipt for VI - 3030: Signature Captured
TC:3373CC7EAC7813E2  IAD:06021203602002  TVR:0000008000
AID:A0000000031010  Application Label:CHASE VISA

*** Balance                                                    -0.00

I agreed to pay all room & incidental charges.

Stay well, no matter where you travel. Reconnect with your well-being and find your next destination at westin.com.

Tell us about your stay. www.westin.com/reviews

Bring the Westin experience home. Shop WestinStore.com.

**07/26/2021** **$108.98**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Nancy Arrigona** |

Hotel room 1 - for M Moody, Room 305, Lufkin



**Courtyard by Marriott®** Lufkin
2130 S First St., Lufkin Tx, 75901 **P** 936.632.0777
**Marriott.com/LFKCY**

| | | |
|---|---|---|
| N. Arrigona | | Room: 305 |
| | | Room Type: GENR |
| | | Number of Guests: 1 |
| | | Rate:  $96.00        Clerk: |
| Arrive: 21Jul21   Time: 03:28PM | Depart: 22Jul21 | Time: 12:00PM      Folio Number: 82033 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Jul21 | Room Charge | 96.00 | |
| 21Jul21 | Occupancy Sales Tax | 5.76 | |
| 21Jul21 | City Tax | 6.72 | |
| 21Jul21 | State Cost - Recovery Fe | 0.50 | |
| 22Jul21 | Visa | | 108.98 |

*Card #: VIXXXXXXXXXXXX3030/XXXX*
*Amount:   108.98  Auth: 02473D*
*This card was electronically swiped on 21Jul21*

| | BALANCE: | 0.00 |
|---|---|---|

**Marriott Bonvoy Account # XXXXX8906.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

**07/26/2021**                                    **$108.98**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Nancy Arrigona** |

Hotel room 2 - Room 307 - Lufkin



**Courtyard by Marriott**® Lufkin
2130 S First St., Lufkin Tx, 75901 **P** 936.632.0777
**Marriott.com/LFKCY**

| | |
|---|---|
| N. Arrigona | Room: 307 |
| | Room Type: SPAK |
| | Number of Guests: 1 |
| | Rate: $96.00    Clerk: |
| Arrive: 21Jul21    Time: 03:27PM    Depart: 22Jul21 | Time: 12:00PM    Folio Number: 82032 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Jul21 | Room Charge | 96.00 | |
| 21Jul21 | Occupancy Sales Tax | 5.76 | |
| 21Jul21 | City Tax | 6.72 | |
| 21Jul21 | State Cost - Recovery Fe | 0.50 | |
| 22Jul21 | Visa | | 108.98 |

*Card #: VIXXXXXXXXXXXX3030/XXXX*
*Amount:  108.98  Auth: 01119D*
*This card was electronically swiped on 21Jul21*

| | **BALANCE:** | **0.00** |
|---|---|---|

**Marriott Bonvoy Account # XXXXX8906.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

**07/26/2021**                                    **$9.02**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Monitoring** |
| Category | **Meals** |
| Person | **Nancy Arrigona** |

breakfast - Lufkin

COURTYARD BY MARRIOTT
Courtyard Lufkin
2130 S First St
Lufkin, TX 75901
936-632-0777
BISTRO. Eat. Drink. Connect.
22 Jul'21 8:24 AM

Check: CHK 5854
Table: 1/11
Server: 64462
Card Type: VISA
Acct Num: ***********9725
Auth Code: 05933G
Customer: NANCY ARRIGONA

**Amount: $7.52**

GRATUITY 1.50

TOTAL 9.02

SIGNATURE