9/7/21, 12:51 PM | FedEx Billing Online



**FedEx Billing Online**

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | 805783848532 |
| Invoice no. | 4-228-92699 |
| Account no. | 1959-9300-9 |
| Bill date | 09/03/2021 |
| Total Billed | $59.53 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

**Messages**

Fuel Surcharge - FedEx has applied a fuel surcharg Read More..
Package Delivered to Recipient Address - Release A Read More..
Distance Based Pricing, Zone 3
Package sent from: 08816 zip code

View Invoice History
View signature proof of delivery

### Transaction Details

Help Hide

**Sender Information**

Kevin Ryan
PUBLIC CATALYST GROUP
99 WOOD AVE S
ISELIN NJ 08830
US

**Recipient Information**

Attn: Judge Janis Graham-Jack

**Shipment Details**

| | |
|---|---|
| Ship date | 09/03/2021 |
| Tendered date | 09/03/2021 |
| Payment type | Third Party |
| Service type | FedEx Priority Overnight |
| Zone | 03 |
| Package type | FedEx Large Box |
| Rated weight | 4.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 6992903 |
| Declared value | |

**Charges**

| | |
|---|---|
| Transportation Charge | 53.59 |
| Discount | -24.12 |
| Residential Delivery | 4.95 |
| DAS Resi | 4.70 |
| Saturday Delivery | 16.00 |
| Fuel Surcharge | 4.41 |
| **Total charges** | **$59.53** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-09-04T12:01:0012:01 |
| Service area code | PM |
| Signed by | see above |

View signature proof of delivery

Back

