# Nora W. Sawyer

Austin, TX 78751

github.com/norawsawyer
sawyern18@ecualumni.ecu.edu

## Education

Master of Arts (MA) in Anthropology: GPA 3.7
East Carolina University, Greenville NC (2020)

Bachelor of Science in Anthropology with departmental honors: GPA 3.6
University of Oregon, Eugene OR (2018)

## Relevant Experience

Anti-Money Laundering (AML) & Compliance Analyst (Contract)   July-October 2021
Netspend & Volt Workforce Solutions (Temp Agency), Austin TX

- Used SQL scripts to pull specific data from a company database and then import that data into Excel for analysis.
- Used pivot table functions to analyze and write professional reports for cardholder financial data.
- Analyzed cardholder transaction data to identify anomalies that indicated potential fraudulent or illicit activity.
- Wrote compelling and succinct reports to summarize cardholder transaction data and made informed recommendations to stakeholders to assist in the overall goal of preventing use of card products for criminal activity.
- Met weekly with supervisors to determine weekly goals and discuss specific cardholder transaction activity relevant to larger investigations.

Graduate Instructor and Researcher   2018-2020
East Carolina University, Anthropology Department, Greenville NC

- Formulated research questions, designed studies, processed chemical samples and conducted experiments using computational and biological research methods.
- Created engaging data visualizations in the program R to infer dietary composition for two endangered lemur species.
- Expert in advanced Excel formulas and functions.
- Wrote R scripts to analyze and visualize tabular data in R Studio.
- Wrote statistical functions in SAS and SPSS to organize and analyze biological data.
- Developed and taught introductory lab courses to 150 plus undergraduate students across two years.

Student Research Assistant   2015-2018
IntoCareers, College of Education, University of Oregon, Eugene OR

- Audited datasets within the Career Information Services (CIS) database to ensure all information was accurate and up-to-date.
- Analyzed publicly available data for US community colleges to contribute reliable and accurate information to the CIS database.
- Wrote HTML scripts to update information for the CIS database.

**Resume - Nora W. Sawyer**

EXHIBIT A
Acknowledgment

I, ___Nora Sawyer___ [print or type full name], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality Order that was issued by the United States District Court for the Southern District of Texas on August ___, 2019 in the case of *M.D. et al. v. Abbott, et al.*, No. 2:11-cv-00084. I agree to comply with and to be bound by all the terms of the Confidentiality Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

Date: ___October 27th, 2021___

City and State where sworn and signed: ___Austin, Texas___

Printed name: ___Nora Sawyer___
Signature: ___[signature]___