

# INVOICE

| | |
|---|---|
| From | **Public Catalyst** |
| | 99 Wood Avenue South, Suite 301 |
| | Iselin, NJ 08830 |
| | **FEIN #: 26-3119454** |

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 21-04 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 12/02/2021 | | |
| **Due Date** | 01/03/2022 | | |
| **Subject** | Texas Monitoring Team: November 2021 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $605,353.75 |

| | |
|---|---|
| **Amount Due** | **$605,353.75** |