# Gianna Nicole Maita-Edwards
gnm2@georgetown.edu

**RELEVANT SKILLS:** Policy analysis, Co-design, Qualitative and quantitative data analysis, Methodology, Survey development, Writing and editing, Project management, Facilitation, Public speaking

**PROFICIENT IN:** Microsoft Office, SPSS, ArcGIS Online, OpenRefine, Tableau, R, Mailchimp, Drupal

## RELEVANT EXPERIENCE

**Violence Prevention through Urban Upgrading (VPUU NPC),** Research and Data Analysis Manager
Cape Town, January 2019 – Present
- *2020/21* GIZ SPRINT Laboratory Project Lead: conduct mixed-methods situational analysis of 4 sites across South Africa; facilitate virtual trainings for municipal officials
- *2019/20* Project/events manager, researcher, and content writer on mixed methods knowledge management project within the South African-German Development Cooperation (through GIZ)
- Developed a "co-design simulation" as a training tool for government officials designing of violence prevention programs in a multi-sectoral and community-based approach
- Informal Settlements Support Programme (ISSP): data analysis, report-writing and recommendations framework
- Drive organizational learning: reflection tools, tracking lessons learnt and ensuring follow-up actions
- Strategize ongoing development/adaptation of Quality of Life Index for SA informal settlements
- Develop project-based Monitoring, Evaluation & Learning frameworks

**DPV Homeless Outreach,** Volunteer (surveys, data analysis, writing) for an initiative in my neighborhood
Cape Town, 2020 – Present

***Being Black: A South African Story That Matters*** **by Theo Mayekiso,** Book Editor
Cape Town, 2020

**Open Streets,** Survey Volunteer and Survey Data Analyst
Cape Town, 2017-2019

**ALPS Resilience,** Cape Town,
International Research Consultant (Part-time), February – July 2019
Grant Writing Consultant, July 2018 – January 2019

**Lushomo,** Research and Communications Assistant
Cape Town, October 2017 – June 2018
- Created reports, data visualizations and infographics for World Health Organization projects
- Involved writing, editing, liaising with designers, creative brainstorming and data analysis

**Department of Political Studies,** Tutor/Teaching Assistant
University of Cape Town, Cape Town, February 2016 – July 2017
- Courses: Comparative Politics, Foreign Policy Analysis, Intro to Politics B, Intro to Politics B PLUS

**Center for Social Justice Research, Teaching & Service,** Interim Program Assistant, Immersion Programs
Georgetown University, Washington, DC, July 2015 – December 2015
- Supported student leaders in Georgetown University's Alternative Breaks Programs and First-Year Orientation to Community Involvement (FOCI)

**N Street Village,** Advocate I
Washington, DC, May 2015 – September 2015
- Provided supportive services to women living with HIV/AIDS in transitional housing

**Center for Contemporary Arab Studies,** Assisted with research on MENA regional education inequalities
Georgetown University, January 2015 – May 2015

# Gianna Nicole Maita-Edwards
gnm2@georgetown.edu

## EDUCATION

**University of Cape Town**, Cape Town, South Africa
Masters of Philosophy by coursework and dissertation in Justice & Transformation;
Graduated December 2018, *second class (Division 1)*

**Georgetown University**, Georgetown College, Washington, DC
Bachelor of Arts in Justice and Peace Studies (concentration in Social Development), Minor: Arabic
Graduated May 2015 with GPA 3.904/4.0, *summa cum laude*

**Stellenbosch University,** Stellenbosch, Western Cape Province, South Africa
Sustainability & Community Study Abroad Program; January – June 2014

## RESEARCH AND PUBLICATIONS

GIZ-VCP and VPUU NPC, eds. (2020). *Guide to Designing Integrated Violence Prevention Interventions*.
- Showcased at the World Forum on Cities and Territories for Peace and the Urban Festival 2020

*The Experiential Effects of Gentrification in Woodstock, Cape Town*, Minor Dissertation for MPhil
University of Cape Town. Supervisor: Dr. Lwazi Lushaba. Completed in February 2018, unpublished.
- Presented research at the 2017 Human Development and Capabilities Association (HDCA) Conference and the 2018 African Centre for Cities Conference.

*Segregation, Social Cohesion, and the DC Streetcar*, Senior Capstone Thesis, Justice & Peace Studies
Georgetown University. Thesis Mentor: Dr. Andria Wisler. Completed in 2015, unpublished.
- Presented research at the 2015 Georgetown Undergraduate Research Symposium and the 2015 HDCA Conference in Washington, DC.

Maita, G. (2015). Student Engagement in Social Justice at the Universidad Centroamericana. *Current Issues in Comparative Education*, 17(1).
- 2014 Education and Social Justice Project Fellow, Berkley Center for Religion, Peace & World Affairs
- Conducted, translated and transcribed 18 interviews with Spanish-speaking students and faculty at the Universidad Centroamericana in Managua, Nicaragua
- Presented at the 2015 JUHAN Conference at John Carroll University.

## AWARDS & HONORS

*Faculty International Student Bursary*, UCT Humanities Faculty, 2016 and 2017
*Homecoming Humanitarian Award*, Students of Georgetown, Inc., 2014
*Phi Beta Kappa*, Georgetown University, 2015
*McSorley Award in Justice and Peace Studies*, Georgetown University Program on Justice and Peace, 2015

## LANGUAGES

| English | Native Speaker | MS Arabic | Limited Working Proficiency |
| Spanish | Professional Working Proficiency | Afrikaans | Elementary Proficiency |
| French | Limited Working Proficiency | Italian | Elementary Proficiency |