

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

FEIN #: 26-3119454

| | |
|---|---|
| **Invoice ID** | Texas M.D. Monitoring 21-05 Summary |
| **Issue Date** | 1/04/2022 |
| **Due Date** | 2/03/2022 |
| **Subject** | Texas Monitoring Team: December 2021 |

**Invoice For** | **Texas M.D. Monitoring**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $444,057.50 |
| Expense | **PROJECT EXPENSES** (see attached report) (12/01/2021-12/31/2021) | $66.56 |

**Amount Due**     $444,124.06