

**FedEx Billing Online**

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | 775426578904 |
| Invoice no. | 4-333-44028 |
| Account no. | 1959-9300-9 |
| Bill date | 12/08/2021 |
| Total Billed | $66.56 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

**Messages**

Package Delivered to Recipient Address - Release A Read More..
Distance Based Pricing, Zone 6
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

View Invoice History
View signature proof of delivery

### Transaction Details

Help Hide

**Sender Information**

Maria Lundgren
Maria Lundgren
Public Catalyst

**Recipient Information**

Honorable Judge Janice Graham Jack

**Shipment Details**

| | |
|---|---|
| Ship date | 12/08/2021 |
| Tendered date | 12/08/2021 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Box |
| Rated weight | 3.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 102417643 |
| Declared value | |

**Charges**

| | |
|---|---|
| Transportation Charge | 91.79 |
| Courier Pickup Charge | 4.00 |
| Fuel Surcharge | 7.13 |
| Residential Delivery | 4.95 |
| Discount | -41.31 |
| **Total charges** | **$66.56** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2021-12-09T10:50:0010:50 |
| Service area code | A2 |
| Signed by | see above |

View signature proof of delivery

Back