# INVOICE



## Texas

### APPLESEED

| | |
|---|---|
| From | **Texas Appleseed** |
| | 1609 Shoal Creek Blvd |
| | Ste 201 |
| | Austin, TX 78701 |

| | | | |
|---|---|---|---|
| Invoice ID | **29** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 01/11/2022 | | |
| Due Date | 02/10/2022 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; December 2021 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Court Monitoring - Travel (12/01/2021 - 12/31/2021) | 139.16 | $205.87 | **$28,649.10** |
| Product | Expenses for Texas Foster Care Court Monitoring - Travel (12/01/2021 - 12/31/2021) | 1.00 | $3,015.52 | **$3,015.52** |
| Service | Texas Foster Care Monitoring (12/01/2021 - 12/31/2021) | 1,638.90 | $280.57 | **$459,822.70** |
| Product | Expenses for Texas Foster Care Monitoring (12/01/2021 - 12/31/2021) | 1.00 | $1,712.24 | **$1,712.24** |

**Amount Due**   **$493,199.56**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.



# INVOICE

From **Texas Appleseed**

1609 Shoal Creek Blvd
Ste 201
Austin, TX 78701

| | | | |
|---|---|---|---|
| Invoice ID | **29** | Invoice For | **Texas DFPS/HHSC** |
| Issue Date | 01/11/2022 | | |
| Due Date | 02/10/2022 (Net 30) | | |
| Subject | Texas Appleseed Monitoring Team; December 2021 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Texas Foster Care Court Monitoring - Travel - 12/02/2021 - Travel / Deborah Borman | 10.67 | $250.00 | **$2,667.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/02/2021 - Travel / Linda Brooke | 12.75 | $197.50 | **$2,518.13** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/02/2021 - Travel / Deborah Fowler | 7.00 | $212.50 | **$1,487.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/02/2021 - EVE/WKND Travel / Deborah Fowler | 1.50 | $212.50 | **$318.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/02/2021 - Travel / Viveca Martinez | 6.50 | $162.50 | **$1,056.25** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/02/2021 - EVE/WKND Travel / Viveca Martinez | 5.00 | $162.50 | **$812.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/03/2021 - Travel / Deborah Borman | 0.67 | $250.00 | **$167.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/03/2021 - Travel / Linda Brooke | 0.83 | $197.50 | **$163.93** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/03/2021 - Travel / Viveca Martinez | 0.83 | $162.50 | **$134.88** |

| Service | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Travel / Deborah Borman | 8.50 | $250.00 | $2,125.00 |
|---------|---------|------|---------|-----------|
| Service | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Travel / Linda Brooke | 3.00 | $197.50 | $592.50 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - EVE/WKND Travel / Deborah Fowler | 1.50 | $212.50 | $318.75 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Travel / Deborah Fowler | 1.50 | $212.50 | $318.75 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - EVE/WKND Travel / Viveca Martinez | 7.00 | $162.50 | $1,137.50 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/05/2021 - Travel / Linda Brooke | 7.50 | $197.50 | $1,481.25 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/05/2021 - EVE/WKND Travel / Deborah Fowler | 8.00 | $212.50 | $1,700.00 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/05/2021 - EVE/WKND Travel / Viveca Martinez | 9.00 | $162.50 | $1,462.50 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/12/2021 - Travel / Beth Mitchell | 3.33 | $197.50 | $657.68 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/12/2021 - Travel / Catherine Morris | 7.00 | $250.00 | $1,750.00 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/13/2021 - Travel / Victoria Foster | 1.92 | $162.50 | $312.00 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/13/2021 - Travel / Monica Santiago | 1.75 | $325.00 | $568.75 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/13/2021 - Travel / Beth Mitchell | 1.33 | $197.50 | $262.68 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/13/2021 - Travel / Catherine Morris | 0.25 | $250.00 | $62.50 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/13/2021 - Travel / Viveca Martinez | 5.00 | $162.50 | $812.50 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/14/2021 - Travel / Victoria Foster | 2.18 | $162.50 | $354.25 |
| Service | Texas Foster Care Court Monitoring - Travel - 12/14/2021 - Travel / Monica Santiago | 2.08 | $325.00 | $676.00 |

| Service | Texas Foster Care Court Monitoring - Travel - 12/14/2021 - Travel / Beth Mitchell | 1.50 | $197.50 | **$296.25** |
|---|---|---|---|---|
| Service | Texas Foster Care Court Monitoring - Travel - 12/14/2021 - Travel / Catherine Morris | 1.17 | $250.00 | **$292.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/14/2021 - Travel / Viveca Martinez | 1.00 | $162.50 | **$162.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/15/2021 - Travel / Victoria Foster | 2.15 | $162.50 | **$349.38** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/15/2021 - Travel / Monica Santiago | 1.83 | $325.00 | **$594.75** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/15/2021 - Travel / Beth Mitchell | 1.75 | $197.50 | **$345.63** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/15/2021 - Travel / Catherine Morris | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/15/2021 - Travel / Viveca Martinez | 5.00 | $162.50 | **$812.50** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/16/2021 - Travel / Beth Mitchell | 3.17 | $197.50 | **$626.08** |
| Service | Texas Foster Care Court Monitoring - Travel - 12/17/2021 - Travel / Catherine Morris | 4.00 | $250.00 | **$1,000.00** |
| Product | Texas Foster Care Court Monitoring - Travel - 12/02/2021 - Meals / Linda Brooke | 1.00 | $23.73 | **$23.73** |
| Product | Texas Foster Care Court Monitoring - Travel - 12/02/2021 - Transportation / Linda Brooke | 1.00 | $348.96 | **$348.96** |
| Product | Texas Foster Care Court Monitoring - Travel - 12/03/2021 - Other / Deborah Borman | 1.00 | $45.00 | **$45.00** |
| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Meals / Deborah Borman | 1.00 | $48.81 | **$48.81** |
| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Meals / Deborah Borman | 1.00 | $25.41 | **$25.41** |
| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Other / Deborah Borman | 1.00 | $2.50 | **$2.50** |
| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Meals / Deborah Borman | 1.00 | $3.18 | **$3.18** |

| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Other / Deborah Borman | 1.00 | $12.50 | $12.50 |
|---|---|---|---|---|
| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Lodging / Linda Brooke | 1.00 | $231.88 | $231.88 |
| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Lodging / Linda Brooke | 1.00 | $241.68 | $241.68 |
| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Lodging / Linda Brooke | 1.00 | $241.68 | $241.68 |
| Product | Texas Foster Care Court Monitoring - Travel - 12/04/2021 - Transportation / Linda Brooke | 1.00 | $668.11 | $668.11 |
| Product | Texas Foster Care Court Monitoring - Travel - 12/07/2021 - EVE/WKND Lodging / Viveca Martinez | 1.00 | $258.75 | $258.75 |
| Product | Texas Foster Care Court Monitoring - Travel - 12/07/2021 - EVE/WKND Lodging / Viveca Martinez | 1.00 | $262.06 | $262.06 |
| Product | Texas Foster Care Court Monitoring - Travel - 12/07/2021 - EVE/WKND Lodging / Viveca Martinez | 1.00 | $256.31 | $256.31 |
| Product | Texas Foster Care Court Monitoring - Travel - 12/07/2021 - EVE/WKND Transportation / Viveca Martinez | 1.00 | $344.96 | $344.96 |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 1.00 | $250.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 3.00 | $250.00 | $750.00 |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 8.00 | $300.00 | $2,400.00 |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.90 | $325.00 | $1,917.50 |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 0.75 | $325.00 | $243.75 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.28 | $325.00 | **$741.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 4.70 | $325.00 | **$1,527.50** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.50 | $250.00 | **$2,125.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.25 | $325.00 | **$2,356.25** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Project Management & Planning / Linda Brooke | 8.00 | $395.00 | **$3,160.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | **$425.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/01/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 7.00 | $300.00 | **$2,100.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.50 | $325.00 | **$2,762.50** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.48 | $325.00 | **$156.00** |

| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.90 | $325.00 | **$617.50** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.28 | $325.00 | **$1,391.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 4.50 | $250.00 | **$1,125.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 8.70 | $325.00 | **$2,827.50** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.83 | $325.00 | **$2,544.75** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.00 | $395.00 | **$1,185.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/02/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |

| Service | Texas Foster Care Monitoring - 12/03/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 3.00 | $250.00 | $750.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 3.45 | $325.00 | $1,121.25 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Project Management & Planning / Monica Benedict | 4.00 | $300.00 | $1,200.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.50 | $300.00 | $1,050.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.33 | $395.00 | $1,710.35 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.50 | $325.00 | $2,437.50 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.25 | $325.00 | $1,706.25 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nora Sawyer | 3.00 | $200.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 5.00 | $200.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |

| Service | Texas Foster Care Monitoring - 12/03/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/04/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 1.50 | $250.00 | $375.00 |
| Service | Texas Foster Care Monitoring - 12/04/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 12/04/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 12/04/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 12/05/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 12/05/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 0.92 | $325.00 | $299.00 |
| Service | Texas Foster Care Monitoring - 12/05/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 12/05/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Viveca Martinez | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Project Management & Planning / Monica Benedict | 4.00 | $300.00 | $1,200.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 3.00 | $300.00 | $900.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 2.33 | $250.00 | $582.50 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Catherine Morris | 1.00 | $250.00 | $250.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.75 | $250.00 | $437.50 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.00 | $250.00 | $250.00 |

| Service | Texas Foster Care Monitoring - 12/06/2021 - Report and Document Preparation / Deborah Fowler | 1.00 | $425.00 | $425.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.67 | $425.00 | $284.75 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nora Sawyer | 2.00 | $200.00 | $400.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 6.00 | $200.00 | $1,200.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 6.00 | $325.00 | $1,950.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 6.45 | $325.00 | $2,096.25 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 0.50 | $250.00 | $125.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.67 | $325.00 | $2,492.75 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.83 | $325.00 | $269.75 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.90 | $325.00 | $1,592.50 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | $395.00 |

| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.08 | $395.00 | $2,796.60 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Project Management & Planning / Linda Brooke | 3.50 | $395.00 | $1,382.50 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Project Management & Planning / Viveca Martinez | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 12/06/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.33 | $250.00 | $82.50 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.75 | $250.00 | $437.50 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 3.58 | $250.00 | $895.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nora Sawyer | 1.50 | $200.00 | $300.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 6.50 | $200.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 5.00 | $250.00 | $1,250.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 0.50 | $250.00 | $125.00 |

| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/07/2021 - Project Management & Planning / Monica Benedict | 1.00 | $300.00 | $300.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.50 | $325.00 | $2,762.50 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 7.70 | $325.00 | $2,502.50 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Report and Document Preparation / Deborah Fowler | 2.00 | $425.00 | $850.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.37 | $325.00 | $120.25 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 10.75 | $325.00 | $3,493.75 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.75 | $395.00 | $1,481.25 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 8.00 | $395.00 | $3,160.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Project Management & Planning / Linda Brooke | 0.75 | $395.00 | $296.25 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 12/07/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 4.50 | $250.00 | $1,125.00 |

| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 1.75 | $325.00 | $568.75 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/08/2021 - Project Management & Planning / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 6.50 | $250.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Project Management & Planning / Nancy Arrigona | 2.00 | $325.00 | $650.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 0.50 | $325.00 | $162.50 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.50 | $325.00 | $1,787.50 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.42 | $325.00 | $2,411.50 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 7.00 | $200.00 | $1,400.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nora Sawyer | 1.00 | $200.00 | $200.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 10.18 | $325.00 | $3,308.50 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.08 | $395.00 | $821.60 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Veronica Lockett-Villalpando | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | $2,000.00 |

| Service | Texas Foster Care Monitoring - 12/08/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 2.75 | $395.00 | $1,086.25 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/08/2021 - Project Management & Planning / Linda Brooke | 1.00 | $395.00 | $395.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 12/08/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Catherine Morris | 0.08 | $250.00 | $20.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 4.50 | $250.00 | $1,125.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 7.50 | $250.00 | $1,875.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Project Management & Planning / Monica Benedict | 2.00 | $300.00 | $600.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.58 | $325.00 | $2,788.50 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 3.33 | $395.00 | $1,315.35 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Victoria Foster | 0.40 | $325.00 | $130.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.83 | $325.00 | $269.75 |

| Service | Texas Foster Care Monitoring - 12/09/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.17 | $325.00 | $55.25 |
|---------|------|------|------|------|
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 2.90 | $325.00 | $942.50 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.08 | $325.00 | $1,326.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.50 | $425.00 | $212.50 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 6.00 | $250.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.75 | $395.00 | $296.25 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Project Management & Planning / Linda Brooke | 2.17 | $395.00 | $857.15 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 8.45 | $325.00 | $2,746.25 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Project Management & Planning / Viveca Martinez | 8.00 | $325.00 | $2,600.00 |
| Service | Texas Foster Care Monitoring - 12/09/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.25 | $250.00 | $62.50 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 3.75 | $250.00 | $937.50 |

| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 3.50 | $325.00 | $1,137.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 7.00 | $300.00 | $2,100.00 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 4.17 | $395.00 | $1,647.15 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | $2,000.00 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 6.00 | $250.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.42 | $325.00 | $2,411.50 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Addressing/managing/attempting to resolve DFPS/HHSC technology challenges or barriers to data and information. / Linda Brooke | 0.75 | $395.00 | $296.25 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Project Management & Planning / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 1.35 | $325.00 | $438.75 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Project Management & Planning / Viveca Martinez | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 12/10/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/11/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.50 | $250.00 | $375.00 |
| Service | Texas Foster Care Monitoring - 12/11/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 8.00 | $425.00 | $3,400.00 |
| Service | Texas Foster Care Monitoring - 12/12/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 2.00 | $250.00 | $500.00 |
| Service | Texas Foster Care Monitoring - 12/12/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 4.00 | $425.00 | $1,700.00 |

| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.67 | $425.00 | **$284.75** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 6.00 | $300.00 | **$1,800.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Project Management & Planning / Monica Benedict | 1.00 | $300.00 | **$300.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.50 | $325.00 | **$2,437.50** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 7.00 | $200.00 | **$1,400.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nora Sawyer | 1.00 | $200.00 | **$200.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.50 | $325.00 | **$2,762.50** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Shay Price | 0.50 | $250.00 | **$125.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 7.50 | $250.00 | **$1,875.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.00 | $325.00 | **$325.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.87 | $325.00 | **$282.75** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 0.50 | $325.00 | **$162.50** |

| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.00 | $325.00 | **$325.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 2.68 | $325.00 | **$871.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 7.72 | $325.00 | **$2,509.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.50 | $395.00 | **$197.50** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Beth Mitchell | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Catherine Morris | 0.50 | $250.00 | **$125.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Catherine Morris | 3.75 | $250.00 | **$937.50** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Catherine Morris | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 2.50 | $250.00 | **$625.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.17 | $250.00 | **$292.50** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 5.75 | $395.00 | **$2,271.25** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Project Management & Planning / Linda Brooke | 3.50 | $395.00 | **$1,382.50** |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Viveca Martinez | 3.00 | $325.00 | **$975.00** |
| Service | Texas Foster Care Monitoring - 12/13/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.25 | $300.00 | **$75.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nora Sawyer | 3.00 | $200.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.43 | $300.00 | **$129.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.75 | $325.00 | **$2,843.75** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 8.25 | $325.00 | **$2,681.25** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 5.00 | $300.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Project Management & Planning / Monica Benedict | 2.00 | $300.00 | **$600.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 2.00 | $250.00 | **$500.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Borman | 0.50 | $250.00 | **$125.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 8.53 | $325.00 | **$2,772.25** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 5.00 | $200.00 | **$1,000.00** |

| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 9.08 | $325.00 | **$2,951.00** |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 9.00 | $395.00 | **$3,555.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Catherine Morris | 0.17 | $250.00 | **$42.50** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 8.50 | $250.00 | **$2,125.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 7.33 | $395.00 | **$2,895.35** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Project Management & Planning / Linda Brooke | 1.00 | $395.00 | **$395.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 7.00 | $325.00 | **$2,275.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Viveca Martinez | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 12/14/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.58 | $300.00 | **$174.00** |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.44 | $300.00 | **$132.00** |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Shay Price | 8.00 | $250.00 | **$2,000.00** |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 7.00 | $300.00 | **$2,100.00** |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Mahiri Moody | 7.00 | $250.00 | **$1,750.00** |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 4.50 | $250.00 | **$1,125.00** |

| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.00 | $325.00 | $2,600.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 8.97 | $325.00 | $2,915.25 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.33 | $425.00 | $140.25 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 8.17 | $325.00 | $2,655.25 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 8.67 | $395.00 | $3,424.65 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 8.75 | $250.00 | $2,187.50 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.17 | $250.00 | $42.50 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.50 | $395.00 | $197.50 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Project Management & Planning / Linda Brooke | 1.33 | $395.00 | $525.35 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 12/15/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.24 | $300.00 | $72.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Robert McManus | 0.28 | $300.00 | $84.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 7.00 | $300.00 | $2,100.00 |

| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 8.83 | $325.00 | $2,869.75 |
|---------|------|------|---------|-----------|
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 8.68 | $325.00 | $2,821.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Project Management & Planning / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 6.75 | $325.00 | $2,193.75 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.92 | $250.00 | $230.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 4.00 | $250.00 | $1,000.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.42 | $250.00 | $105.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 7.42 | $325.00 | $2,411.50 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.75 | $395.00 | $296.25 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.42 | $395.00 | $2,535.90 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Project Management & Planning / Linda Brooke | 1.08 | $395.00 | $426.60 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | $1,600.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 12/16/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |

| Service | Texas Foster Care Monitoring - 12/17/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Monica Benedict | 1.00 | $300.00 | $300.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Monica Benedict | 7.00 | $300.00 | $2,100.00 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Project Management & Planning / Deborah Fowler | 0.75 | $425.00 | $318.75 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.25 | $325.00 | $1,706.25 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nora Sawyer | 0.50 | $200.00 | $100.00 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 7.50 | $200.00 | $1,500.00 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 7.00 | $325.00 | $2,275.00 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Nancy Arrigona | 1.00 | $325.00 | $325.00 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 3.10 | $325.00 | $1,007.50 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 4.50 | $250.00 | $1,125.00 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.33 | $250.00 | $82.50 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Clarice Rogers | 4.00 | $325.00 | $1,300.00 |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Linda Brooke | 0.50 | $395.00 | $197.50 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.75 | $395.00 | **$2,666.25** |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Project Management & Planning / Linda Brooke | 0.50 | $395.00 | **$197.50** |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Adrian Gaspar | 8.00 | $200.00 | **$1,600.00** |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Project Management & Planning / Viveca Martinez | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/17/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/18/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 1.50 | $325.00 | **$487.50** |
| Service | Texas Foster Care Monitoring - 12/18/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.17 | $250.00 | **$292.50** |
| Service | Texas Foster Care Monitoring - 12/18/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.00 | $250.00 | **$250.00** |
| Service | Texas Foster Care Monitoring - 12/19/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 9.00 | $325.00 | **$2,925.00** |
| Service | Texas Foster Care Monitoring - 12/19/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 5.00 | $250.00 | **$1,250.00** |
| Service | Texas Foster Care Monitoring - 12/19/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.08 | $250.00 | **$20.00** |
| Service | Texas Foster Care Monitoring - 12/19/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.33 | $395.00 | **$1,315.35** |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 11.00 | $325.00 | **$3,575.00** |
| Service | Texas Foster Care Monitoring - 12/20/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 4.50 | $425.00 | **$1,912.50** |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Victoria Foster | 1.83 | $325.00 | **$594.75** |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 6.33 | $325.00 | **$2,057.25** |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 3.33 | $250.00 | **$832.50** |

| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.83 | $250.00 | $457.50 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.58 | $250.00 | $145.00 |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.17 | $250.00 | $42.50 |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.42 | $250.00 | $105.00 |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.50 | $250.00 | $375.00 |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.50 | $250.00 | $125.00 |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 2.00 | $395.00 | $790.00 |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 2.50 | $395.00 | $987.50 |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 5.00 | $325.00 | $1,625.00 |
| Service | Texas Foster Care Monitoring - 12/20/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/21/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 6.00 | $425.00 | $2,550.00 |
| Service | Texas Foster Care Monitoring - 12/21/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 1.00 | $425.00 | $425.00 |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 5.50 | $325.00 | $1,787.50 |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.42 | $250.00 | $355.00 |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.42 | $250.00 | $105.00 |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 5.42 | $250.00 | $1,355.00 |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Meetings with agency leadership, staff, clients, conference calls, time spent with team, plaintiffs consultants or other providers. / Catherine Morris | 0.08 | $250.00 | $20.00 |

| | | | | |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 0.50 | $250.00 | **$125.00** |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.42 | $395.00 | **$1,350.90** |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 7.25 | $325.00 | **$2,356.25** |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 5.25 | $395.00 | **$2,073.75** |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 4.00 | $325.00 | **$1,300.00** |
| Service | Texas Foster Care Monitoring - 12/21/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - Document Review/Data Analysis/Verification Work / Deborah Borman | 5.50 | $250.00 | **$1,375.00** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - Document Review/Data Analysis/Verification Work / Victoria Foster | 6.50 | $325.00 | **$2,112.50** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 2.00 | $425.00 | **$850.00** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 6.00 | $250.00 | **$1,500.00** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 2.33 | $250.00 | **$582.50** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - Document Review/Data Analysis/Verification Work / Monica Santiago | 4.50 | $325.00 | **$1,462.50** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 6.00 | $395.00 | **$2,370.00** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 12/22/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/23/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 3.00 | $425.00 | **$1,275.00** |

| Service | Texas Foster Care Monitoring - 12/23/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 1.08 | $250.00 | $270.00 |
|---|---|---|---|---|
| Service | Texas Foster Care Monitoring - 12/23/2021 - Document Review/Data Analysis/Verification Work / Catherine Morris | 3.17 | $250.00 | $792.50 |
| Service | Texas Foster Care Monitoring - 12/23/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.00 | $395.00 | $1,185.00 |
| Service | Texas Foster Care Monitoring - 12/23/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 5.42 | $395.00 | $2,140.90 |
| Service | Texas Foster Care Monitoring - 12/23/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/24/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/25/2021 - EVE/WKND Document Review/Data Analysis/Verification Work / Deborah Fowler | 3.00 | $425.00 | $1,275.00 |
| Service | Texas Foster Care Monitoring - 12/27/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 7.50 | $425.00 | $3,187.50 |
| Service | Texas Foster Care Monitoring - 12/27/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 2.00 | $200.00 | $400.00 |
| Service | Texas Foster Care Monitoring - 12/27/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 6.92 | $395.00 | $2,733.40 |
| Service | Texas Foster Care Monitoring - 12/27/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/28/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 2.50 | $425.00 | $1,062.50 |
| Service | Texas Foster Care Monitoring - 12/28/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 2.00 | $200.00 | $400.00 |
| Service | Texas Foster Care Monitoring - 12/28/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 4.08 | $395.00 | $1,611.60 |
| Service | Texas Foster Care Monitoring - 12/28/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | $960.00 |
| Service | Texas Foster Care Monitoring - 12/29/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.58 | $395.00 | $1,414.10 |
| Service | Texas Foster Care Monitoring - 12/29/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 2.00 | $200.00 | $400.00 |

| Service | Texas Foster Care Monitoring - 12/29/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.50 | $395.00 | **$197.50** |
|---------|---|------|---------|------------|
| Service | Texas Foster Care Monitoring - 12/29/2021 - Document Review/Data Analysis/Verification Work / Nancy Arrigona | 2.00 | $325.00 | **$650.00** |
| Service | Texas Foster Care Monitoring - 12/29/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/29/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 6.00 | $425.00 | **$2,550.00** |
| Service | Texas Foster Care Monitoring - 12/30/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 3.17 | $395.00 | **$1,252.15** |
| Service | Texas Foster Care Monitoring - 12/30/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 1.00 | $199.96 | **$199.96** |
| Service | Texas Foster Care Monitoring - 12/30/2021 - Document Review/Data Analysis/Verification Work / Beth Mitchell | 0.50 | $395.00 | **$197.50** |
| Service | Texas Foster Care Monitoring - 12/30/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/30/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 8.00 | $425.00 | **$3,400.00** |
| Service | Texas Foster Care Monitoring - 12/31/2021 - Project Management & Planning / Linda Brooke | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 12/31/2021 - Document Review/Data Analysis/Verification Work / Linda Brooke | 1.50 | $395.00 | **$592.50** |
| Service | Texas Foster Care Monitoring - 12/31/2021 - Document Review/Data Analysis/Verification Work / Nora Sawyer | 2.00 | $200.00 | **$400.00** |
| Service | Texas Foster Care Monitoring - 12/31/2021 - Document Review/Data Analysis/Verification Work / Anna Farr | 8.00 | $120.00 | **$960.00** |
| Service | Texas Foster Care Monitoring - 12/31/2021 - EVE/WKND Report and Document Preparation / Deborah Fowler | 8.00 | $425.00 | **$3,400.00** |
| Product | Texas Foster Care Monitoring - 12/02/2021 - Lodging / Deborah Fowler | 1.00 | $346.62 | **$346.62** |
| Product | Texas Foster Care Monitoring - 12/02/2021 - Transportation / Deborah Fowler | 1.00 | $444.95 | **$444.95** |
| Product | Texas Foster Care Monitoring - 12/02/2021 - Transportation / Deborah Fowler | 1.00 | $600.14 | **$600.14** |

| Product | Texas Foster Care Monitoring - 12/02/2021 - Meals / Deborah Fowler | 1.00 | $17.01 | **$17.01** |
|---------|--------------------------------------------------------------------|------|--------|-----------|
| Product | Texas Foster Care Monitoring - 12/02/2021 - Meals / Deborah Fowler | 1.00 | $12.00 | **$12.00** |
| Product | Texas Foster Care Monitoring - 12/03/2021 - Meals / Deborah Fowler | 1.00 | $7.17 | **$7.17** |
| Product | Texas Foster Care Monitoring - 12/03/2021 - Meals / Deborah Fowler | 1.00 | $22.29 | **$22.29** |
| Product | Texas Foster Care Monitoring - 12/05/2021 - Lodging / Deborah Fowler | 1.00 | $262.06 | **$262.06** |

**Amount Due**     **$493,199.56**

**Notes**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the Court.

# Expense report for Invoice 29

Texas Appleseed

---

**12/02/2021**                                **$23.73**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Meals** |
| Person | **Linda Brooke** |

Dec 2, 3, 4 2021. Meals for monitors





SIGNATURE : _____

Please leave us a comment
Good or bad we want to hear from you
Send us a quick email with some feedback
peetsnobby@latreilles.com
Thank you!

--- Check Closed ---



Go to www.mcdvoice.com within 7 days
and tell us about your visit.
Our goal is highly satisfied.
Free Sm. Fry or Pie w/ purchase.
Validation Code: _____
Expires 30 days after receipt date.
Valid at participating US McDonalds
Survey Code:
13563-13101-20421-09032-00116-9

McDonald's Restaurant #13563
821 WEST SEVENTH STREET
EVART,MI 49631
TEL# (231) 734 - 6991

KS# 13                    12/04/2021 09:03 AM

ROW 15                  12/04/2021  05.05 AM
**Side1**                         Order 10


1 L Premium Roast                    1.79
  ADD Milk
3 L Premium Roast                    5.37
10 Creamer Packet                    0.00
10 Sugar Packet                      0.00
1 English Muffin                     1.29
  ADD Round Egg                      1.29
1 Biscuit                            1.29


Subtotal                            11.03
  Tax                                0.66
Take-Out Total                      11.69


Cashless                            11.69
Change                               0.00


MER# 022360
CARD ISSUER           ACCOUNT#
Visa SALE     ***********0807
TRANSACTION AMOUNT              11.69
CHIP READ
AUTHORIZATION CODE - 05917G
SEQ# 010310
AID: A0000000031010


            NOW HIRING
       TEXT MI281 TO 38000
        OR APPLY ONLINE AT
   RESTAURANTJOBS.MCDONALDS.COM

Sign up for MyMcDonald's Rewards
to earn points on future visits!

**12/02/2021**                    **$348.96**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Transportation** |
| Person | **Linda Brooke** |

Flight to and from Grand Rapids Michigan 12/2/2021



|  |  |
|---|---|
| **From:** | **Linda Brooke** |
| **Subject:** | Fwd: Linda Brooke's 12/02 Grand Rapids trip (4LABX4): Your reservation is confirmed. |
| **Date:** | December 7, 2021 at 3:18 PM |
| **To:** | Linda Brooke lbrooke@texasappleseed.org |

From: Southwest Airlines <southwestairlines@iffy.southwest.com>
Date: November 12, 2021 at 1:29:51 PM CST
To: lpb21@hotmail.com
Subject: **Linda Brooke's 12/02 Grand Rapids trip (4LABX4): Your reservation is confirmed.**
Reply-To: Southwest Airlines <no-reply@iffy.southwest.com>

---

Here's your itinerary and other important travel information.

View our mobile site | View in browser



Manage Flight | Flight Status | My Account

 **Travel notice**

Federal law requires each person to wear a mask at all times in the airport and throughout the flight, including during boarding and deplaning. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel. Learn more.

 Hi Linda,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**DECEMBER 2 - DECEMBER 5**

# HOU ✈ GRR

Houston (Hobby) to Grand Rapids

Confirmation # **4LABX4**                          Confirmation date: 11/12/2021

| PASSENGER | **Linda Brooke** |
|---|---|
| RAPID REWARDS # | |
| TICKET # | 5261452165578 |
| EXPIRATION[1] | November 12, 2022 |
| EST. POINTS EARNED | 1,689 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight 1:**  Thursday, 12/02/2021    Est. Travel Time: **6h 10m**    Wanna Get Away®



| FLIGHT # 4651 | **DEPARTS** **HOU 09:20**AM Houston (Hobby) | **ARRIVES** **DEN 10:55**AM Denver |
|---|---|---|

Stop: ✈ Change planes

| FLIGHT # 0116 | **DEPARTS** **DEN 12:05**PM Denver | **ARRIVES** **GRR 04:30**PM Grand Rapids |
|---|---|---|

Flight 2:   Sunday, 12/05/2021   Est. Travel Time: **6h**   Wanna Get Away®

| FLIGHT # 5284 | **DEPARTS** **GRR 11:40**AM Grand Rapids | **ARRIVES** **TPA 02:20**PM Tampa |
|---|---|---|

Stop: ✈ Change planes

| FLIGHT # 2814 | **DEPARTS** **TPA 03:15**PM Tampa | **ARRIVES** **HOU 04:40**PM Houston (Hobby) |
|---|---|---|

## Payment information



| Total cost | | | Payment |
|---|---|---|---|
| **Air - 4LABX4** | | | Visa ending in 0807 |
| Base Fare | $ | 281.45 | Date: November 12, 2021 |
| U.S. Transportation Tax | $ | 21.11 | **Payment Amount: $348.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 17.20 | |
| U.S. Passenger Facility Chg | $ | 18.00 | |
| **Total** | **$** | **348.96** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5261452165578

## Prepare for takeoff

For a touch-free day of travel
download the Southwest® app.





 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

 Save up to 30% off base rates with Budget.®

Earn up to 2,400 Rapid Rewards® points.

**Budget**

Book car >

 **Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in Grand Rapids.

Book hotel >

 Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5261452165578: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN HOU WN X/DEN WN GRR183.98WN X/TPA WN HOU97.47USD281.45END ZP HOU4.30DEN4.30GRR4.30TPA4.30 XF HOU4.5DEN4.5GRR4.5TPA4.5

TLAUW2HITLAUW2H

ALAVN2H|ALAVN2H

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?            Connect with us            Mobile app

**Contact us**                        

Customer service | FAQs                  Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2021 Southwest Airlines Co. All Rights Reserved.

**12/03/2021**                                    **$45.00**

| Client | **Texas DFPS/HHSC** |
|--------|---------------------|
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Other** |
| Person | **Deborah Borman** |

Parking Midway airport Chicago



**12/04/2021**                                    **$48.81**

| Client | **Texas DFPS/HHSC** |
|--------|---------------------|
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Meals** |
| Person | **Deborah Borman** |

**12/04/2021**                                        **$25.41**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Meals** |
| Person | **Deborah Borman** |



**12/04/2021**                                         **$2.50**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Other** |
| Person | **Deborah Borman** |

Parking

**12/04/2021**                                         **$3.18**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Meals** |
| Person | **Deborah Borman** |

Carrots & water

**12/04/2021**                                    **$12.50**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Other** |
| Person | **Deborah Borman** |

Parking. No receipt available. This is screenshot of parking charge to credit card.



**12/04/2021**                                    **$231.88**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Hotel for DF for Dec 2 - 4, 2021 - Evart MI

12/04/21  10:04 AM                                                            NiteVision 2017 R3

# The Osceola Grand Hotel
## 940 West 7th St.
## Evart, MI 49631
## 231-734-0470

**Folio#: 66014**
**FITZGERALD-FC, DEBORAH J**                                    Room:  **222**
████████████████                                               Arrival:  **12/2/2021**
████████████                                                   Departure:  ████████

**Company:** ████████

| Trans # | Date | Posting Description | Charges | Payments | Balance |
|---------|------|---------------------|---------|----------|---------|
| 212649 | 12/2/2021 | Rm: 222 3rd party rate | $109.00 | $0.00 | $109.00 |
| 212650 | 12/2/2021 | State Sales Tax | $6.54 | $0.00 | $115.54 |
| 212680 | 12/3/2021 | Rm: 222 3rd party rate | $109.00 | $0.00 | $224.54 |
| 212681 | 12/3/2021 | State Sales Tax | $6.54 | $0.00 | $231.08 |
| 212690 | 12/4/2021 | Visa | $0.00 | $231.08 | $0.00 |
| | | | | **Balance:** | **$0.00** |

**Membership Tier:**
**Membership#:**
**Method of Pay:**    Credit Card

**Signature:**

| Folio Summary | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $218.00 |
| Other Charges/Credits: | $0.00 |
| Phone Charges: | $0.00 |
| Tax: | $13.08 |
| Less Payments: | $231.08 |
| **Total Amount Due:** | **$0.00** |

Thank you for staying at The Osceola Grand Hotel, it has been our pleasure to serve you. Please contact the manager about any issues with your stay. Please come again!

Visit us on our website at www.OsceolaGrandHotel.com

Page 1 of 1

**12/04/2021**                               **$241.68**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Hotel for VM for Dec 2 - Dec 4, 2021. Evart MI

12/04/21   10:02 AM                                                         NiteVision 2017 R3

# The Osceola Grand Hotel
## 940 West 7th St.
## Evart, MI 49631
## 231-734-0470

**Folio#: 66251**
**Martinez, Viveca maria**
████████████

**Company:** ████████

**Room:** **111**
**Arrival:** **12/2/2021**
**Departure:** **12/4/2021**

| Trans # | Date | Posting Description | Charges | Payments | Balance |
|---------|------|---------------------|---------|----------|---------|
| 212655 | 12/2/2021 | Rm: 111 RACK Rate | $109.00 | $0.00 | $109.00 |
| 212656 | 12/2/2021 | State Sales Tax | $6.54 | $0.00 | $115.54 |
| 212672 | 12/3/2021 | Rm: 111 RACK Rate | $119.00 | $0.00 | $234.54 |
| 212673 | 12/3/2021 | State Sales Tax | $7.14 | $0.00 | $241.68 |
| 212688 | 12/4/2021 | Visa | $0.00 | $241.68 | $0.00 |
| | | | | **Balance:** | **$0.00** |

**Membership Tier:**
**Membership#:**
**Method of Pay:**     Credit Card

**Signature:**

### Folio Summary
| | |
|---|---|
| **Previous Balance:** | **$0.00** |
| **Room Charges:** | **$228.00** |
| **Other Charges/Credits:** | **$0.00** |
| **Phone Charges:** | **$0.00** |
| **Tax:** | **$13.68** |
| **Less Payments:** | **$241.68** |
| **Total Amount Due:** | **$0.00** |

Thank you for staying at The Osceola Grand Hotel, it has been our pleasure to serve you. Please contact the manager about any issues with your stay. Please come again!

Visit us on our website at www.OsceolaGrandHotel.com

Page 1 of 1

**12/04/2021**                                        **$241.68**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Lodging** |
| Person | **Linda Brooke** |

Hotel for LB for Dec 2-4, 2021. Evart MI

12/04/21   10:02 AM                                                                    NiteVision 2017 R3

# The Osceola Grand Hotel
## 940 West 7th St.
## Evart, MI 49631
## 231-734-0470

**Folio#: 66250**
**Brooke, Linda pritchett**
▆▆▆▆▆▆▆▆

**Company:**

**Room:** 125
**Arrival:** 12/2/2021
**Departure:** ▆▆▆▆▆

| Trans # | Date | Posting Description | Charges | Payments | Balance |
|---------|------|---------------------|---------|----------|---------|
| 212653 | 12/2/2021 | Rm: 125 RACK Rate | $109.00 | $0.00 | $109.00 |
| 212654 | 12/2/2021 | State Sales Tax | $6.54 | $0.00 | $115.54 |
| 212674 | 12/3/2021 | Rm: 125 RACK Rate | $119.00 | $0.00 | $234.54 |
| 212675 | 12/3/2021 | State Sales Tax | $7.14 | $0.00 | $241.68 |
| 212689 | 12/4/2021 | Visa | $0.00 | $241.68 | $0.00 |
| | | | | **Balance:** | **$0.00** |

**Membership Tier:**
**Membership#:**
**Method of Pay:**     Credit Card

**Signature:**

| Folio Summary | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $228.00 |
| Other Charges/Credits: | $0.00 |
| Phone Charges: | $0.00 |
| Tax: | $13.68 |
| Less Payments: | $241.68 |
| Total Amount Due: | $0.00 |

Thank you for staying at The Osceola Grand Hotel, it has been our pleasure to serve you. Please contact the manager about any issues with your stay. Please come again!

Visit us on our website at www.OsceolaGrandHotel.com

Page 1 of 1

**12/04/2021**                     **$668.11**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **Transportation** |
| Person | **Linda Brooke** |

Rental Car Dec 2-5, 2021, Evart MI





| | |
|---|---|
| Your Total Charges: | 668.11 |
| Prepayment | 0.00 |

| Net Charges: | USD 668.11 |
|---|---|
| Your Total Due: | 0.00 |

Thank you for renting with Budget.
For all other inquiries, please contact us at 1-800-527-0700. or www.budget.com.

Your vehicle was rented to you by LASHAWN.        Your vehicle was checked in by 07664.

## Additional Information

**Customer Assist**

1-800-214-6094

Monday-Friday, 7.30 am - 7.30 pm
Saturday - Sunday, 8.00 am - 6.30 pm

**US Reservations**

1-800-218-7992

24 h 7 d a week

**WorldWide Telephone Numbers**

Find Listings for a specific county



**Popular Searches**

Long-Term Car Rental
One-Way Car Rental
Free Upgrade Deal
Rental Car FAQ

**Popular Rental Cars**

Luxury Car Rental
All Car/Sedan Sizes
Pickup Truck Rental
SUV Rental
Van Rental

**Popular US Destinations**

Trip Ideas
Car Rental Las Vegas
Car Rental NYC
Car Rental Chicago
Car Rental Orlando
Car Rental Los Angeles

**Budget Partners**

Affiliates
Travel Agents
AARP Members
Miles & Points Programs
Military & Veterans

**Budget Support**

Contact Us
Best Rate Guarantee
Roadside Assistance
Rental Car Fuel Plans
Site Map
Fraud & Scams
Accessibility

**Company Info**

About Budget
Careers
Copyright Notices
Terms of Use
Privacy Notice
California – Do Not Sell My Personal Information
Lost & Found

© 2021 Budget Rent A Car System, Inc.

norton

[+] Feedback

**12/07/2021**                    **$258.75**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **EVE/WKND Lodging** |
| Person | **Viveca Martinez** |

Michigan site visit - hotel for DF 12.4 to 12/5



|  |  | 12-05-21 |
|---|---|---|

| **Linda Brooke** | Folio No. | : | Room No. | : | **217** |
| **1304 Vassar St.** | A/R Number | : | Arrival | : | **12-04-21** |
| **Houston  77006** | Dept | : | Departure | : | **12-05-21** |
| **United States** | Company | : **Business** | Conf. No. | : | **24712927** |
| | Membership No. | : **PC    535730172** | Rate Code | : | **IDARP** |
| | Invoice No. | : | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-04-21 | *Accommodation | 225.00 | |
| 12-04-21 | State Tax- 6% | 13.50 | |
| 12-04-21 | County Occupancy Tax- 5% | 11.25 | |
| 12-04-21 | Assessment Fee - 4% | 9.00 | |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| | | |
|---|---|---|
| **Total** | **258.75** | 0.00 |
| **Balance** | **258.75** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

The Holiday Inn Grand Rapids Downtown is independently owned and operated by St. Julien Westside, LLC
1881 9th St, Ste 115 - Boulder, CO 80302

Holiday Inn Grand Rapids Downtown
310 Pearl Street NW
Grand Rapids, MI 49504
Tel:(616)-235-7611  Fax:(616)235-1995

**12/07/2021**                    **$262.06**

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **EVE/WKND Lodging** |
| Person | **Viveca Martinez** |

Michigan Site Visit Hotel for VM 12.4. to 12.5



|  |  | 12-05-21 |
|---|---|---|

| **Linda Brooke** | Folio No. | : | Room No. | : | **226** |
|---|---|---|---|---|---|
| **1304 Vassar St.** | A/R Number | : | Arrival | : | **12-04-21** |
| **Houston  77006** | Dept | : | Departure | : | **12-05-21** |
| **United States** | Company | : **Business** | Conf. No. | : | **43839066** |
| | Membership No. | : **PC       535730172** | Rate Code | : | **IDARP** |
| | Invoice No. | : | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-04-21 | Package Rate | 225.00 | |
| 12-04-21 | State Tax- 6% | 12.52 | |
| 12-04-21 | County Occupancy Tax- 5% | 10.44 | |
| 12-04-21 | Assessment Fee - 4% | 8.35 | |
| 12-04-21 | Breakfast Add On Package | 5.00 | |
| 12-04-21 | State Tax- 6% | 0.30 | |
| 12-04-21 | County Occupancy Tax- 5% | 0.25 | |
| 12-04-21 | Assessment Fee - 4% | 0.20 | |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| | | | |
|---|---|---|---|
| | **Total** | **262.06** | **0.00** |
| | **Balance** | **262.06** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

The Holiday Inn Grand Rapids Downtown is independently owned and operated by St. Julien Westside, LLC
1881 9th St, Ste 115 - Boulder, CO 80302

Holiday Inn Grand Rapids Downtown
310 Pearl Street NW
Grand Rapids, MI 49504
Tel:(616)-235-7611  Fax:(616)235-1995

**12/07/2021**                              **$256.31**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **EVE/WKND Lodging** |
| Person | **Viveca Martinez** |

Michigan Site Visit Hotel for LB 12.4 to 12.5

**12/07/2021**                              **$344.96**

---

| | |
|---|---|
| Client | **Texas DFPS/HHSC** |
| Project | **Texas Foster Care Court Monitoring - Travel** |
| Category | **EVE/WKND Transportation** |
| Person | **Viveca Martinez** |

Michigan Site Visit Airfare VM

12/7/21, 3:15 PM                Texas Appleseed Mail - Fwd: Viveca Martinez's 12/02 Grand Rapids trip (4J5XR4): Your reservation is confirmed.



Viveca M <vmartinez@texasappleseed.org>

## Fwd: Viveca Martinez's 12/02 Grand Rapids trip (4J5XR4): Your reservation is confirmed.

**Viveca** <martinez.viveca@gmail.com>                                    Fri, Nov 12, 2021 at 11:13 AM
To: vmartinez@texasappleseed.org

—————— Forwarded message ———
From: **Southwest Airlines** <southwestairlines@ifly.southwest.com>
Date: Fri, Nov 12, 2021 at 11:12 AM
Subject: Viveca Martinez's 12/02 Grand Rapids trip (4J5XR4): Your reservation is confirmed.
To: <martinez.viveca@gmail.com>

Here's your itinerary and other important travel information.

View our mobile site | View in browser



Manage Flight | **Flight Status** | **My Account**

⚠️ **Travel notice**

Federal law requires each person to wear a mask at all times in the airport and throughout the flight, including during boarding and deplaning. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel. Learn more.

 **Hi Viveca,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**DECEMBER 2 - DECEMBER 5**

# AUS ✈ GRR

Austin to Grand Rapids

Confirmation # **4J5XR4**                                    Confirmation date: 11/12/2021

| | |
|---|---|
| **PASSENGER** | **Viveca Martinez** |
| RAPID REWARDS # | 5261452113130 |
| TICKET # | November 12, 2022 |
| EXPIRATION[1] | 1,388 |
| EST. POINTS EARNED | |

Rapid Rewards® points are only estimations.

https://mail.google.com/mail/u/1/?ik=38cc0a14e4&view=pt&search=all&permmsgid=msg-f%3A1716243381056128837&simpl=msg-f%3A1716243381…   1/4

12/7/21, 3:15 PM                         Texas Appleseed Mail - Fwd: Viveca Martinez's 12/02 Grand Rapids trip (4J5XR4): Your reservation is confirmed.

## Your itinerary



| Flight 1: | Thursday, 12/02/2021 | Est. Travel Time: 6h | Wanna Get Away® |
|---|---|---|---|

| FLIGHT # 4339 | DEPARTS AUS 09:30AM Austin | ✈ | ARRIVES DEN 10:45AM Denver |
|---|---|---|---|

Stop: ✈✈ Change planes

| FLIGHT # 0116 | DEPARTS DEN 12:05PM Denver | ✈ | ARRIVES GRR 04:30PM Grand Rapids |
|---|---|---|---|

| Flight 2: | Sunday, 12/05/2021 | Est. Travel Time: 6h 30m | Wanna Get Away® |
|---|---|---|---|

| FLIGHT # 3698 | DEPARTS GRR 12:55PM Grand Rapids | ✈ | ARRIVES BWI 02:30PM Baltimore |
|---|---|---|---|

Stop: ✈✈ Change planes

| FLIGHT # 1346 | DEPARTS BWI 03:40PM Baltimore | ✈ | ARRIVES AUS 06:25PM Austin |
|---|---|---|---|

## Payment information

| Total cost | | |
|---|---|---|
| **Air - 4J5XR4** | | |
| Base Fare | $ | 231.22 |
| U.S. Transportation Tax | $ | 17.34 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Flight Segment Tax | $ | 17.20 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| EarlyBird | $ | 50.00 |
| **Total** | **$** | **344.96** |

| Payment |
|---|
| Visa ending in 0815 Date: November 12, 2021 |
| **Payment Amount: $294.96** |
| Visa ending in 0815 Date: November 12, 2021 |
| **Payment Amount: $25.00** |
| Visa ending in 0815 Date: November 12, 2021 |
| **Payment Amount: $25.00** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5261452113130

## Prepare for takeoff

### For a touch-free day of travel download the Southwest® app.



**24 hours** before your departure:
Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:
Arrive at the gate prepared to board.

**10 minutes** before your departure:
This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

**Save up to 30% off base rates with Budget.®**
Earn up to 2,400 Rapid Rewards® points.

Budget

Book car >

**Earn up to 10,000 Rapid Rewards® points per night**
Choose a hotel in Grand Rapids.

Book hotel >

**Have questions about your upcoming trip?**
Get all the answers before you leave for the airport.

Prepare now >

5261452113130: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN AUS WN X/DEN WN GRR142.12WN X/BWI WN AUS89.10USD231.22END ZP AUS4.30DEN4.30GRR4.30BWI4.30 XF AUS4.5DEN4.5GRR4.5BWI4.5

ULAUH2H|ULAUH2H
JLAUR2H|JLAUR2H

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All

remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**                    **Connect with us**

**Contact us**                                

Customer service | FAQs
                                                              Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2021 Southwest Airlines Co. All Rights Reserved.

**12/02/2021**                              **$346.62**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Lodging**
Person      **Deborah Fowler**

Dec 2-5, 2021 - Michigan Trip - Osceola Grand Hotel
$346.62

12/1/21, 1:30 PM                    Texas Appleseed Mail - Fwd: Thank you for Booking Hotel from Magnuson


                                                                    **Corina Golea <cgolea@texasappleseed.org>**

## Fwd: Thank you for Booking Hotel from Magnuson
2 messages

**Deborah Fowler** <dfowler@texasappleseed.org>                     Sat, Nov 13, 2021 at 10:47 AM
To: Corina Golea <cgolea@texasappleseed.org>, Jing Chen <jchen@texasappleseed.org>, Nathan Clark
<nclark@texasappleseed.org>

My hotel for the Michigan trip

Deborah Fowler
*Executive Director*
Texas Appleseed
1609 Shoal Creek Blvd., Ste. 201
Austin, TX 78701
512.473.2800, ext. 105
512.757.1458 (cell)
www.texasappleseed.org
She/Hers

    

–––––––– Forwarded message ––––––––
From: **Magnuson Hotels** <web@magnusonhotels.com>
Date: Sat, Nov 13, 2021 at 10:44 AM
Subject: Thank you for Booking Hotel from Magnuson
To: <dfowler@texasappleseed.org>

Thank you for your reservation



THANK YOU FOR YOUR RESERVATION, **DEBORAH FOWLER**

We've received your reservation at **Osceola Grand Hotel** in Evart, MI MI.
Please review the details below and let us know if any changes need to be
made to the reservation.

RESERVATION NUMBER

# S6DLHHZ6J

CHECK IN

**Dec. 2, 2021**

from 15:00

CHECK OUT

**Dec. 5, 2021**

until 11:00

## Review Reservation

If for any reason you need to review or cancel this booking, please use the
button below.

REVIEW RESERVATION

HOTEL DETAILS

Osceola Grand Hotel

TELEPHONE

1-231-7340470

**ADDRESS**

Evart, MI, 940 W 7th Street

**CHECKIN INSTRUCTIONS**

**WEBSITE**

https://www.magnusonhotels.com



**Your Reservation**

**DETAILS**

**Guest Name:** Deborah Fowler

**No of Adults:** 1

**Your Rate:** Best Available Rate. Flexible rate

**Check In:** Dec. 2, 2021 from 15:00

**Check Out:** Dec. 5, 2021 until 11:00

**Cancellation Policy:** Cancel by 3 PM local hotel time at least 24 hours prior to arrival to avoid a 1 night(s) cancel penalty charge

PAYMENT

| | |
|---|---|
| **THU, DEC 02, 2021:** | $ 109.00 |
| **FRI, DEC 03, 2021:** | $ 109.00 |
| **SAT, DEC 04, 2021:** | $ 109.00 |
| **SUBTOTAL:** | $ 327.00 |
| **TAXES:** | $ 19.62 |
| **Total** | **$ 346.62** |

Policies & Cancellation

GUARANTEE / DEPOSIT

A Valid Credit Card is required to confirm your reservation

CANCELLATION FEE

Cancel by 3 PM local hotel time at least 24 hours prior to arrival to avoid a 1 night(s) cancel penalty charge

# Review Reservation

If any of the details above look incorrect, please use the button below to
review or cancel your booking.

We're looking forward to having you. Thank you again for staying with
Magnuson Hotels.

REVIEW RESERVATION



Visit our website  •  Contact Us

**12/02/2021**                                          **$444.95**

---

Client     **Texas DFPS/HHSC**
Project    **Texas Foster Care Monitoring**
Category   **Transportation**
Person     **Deborah Fowler**

Dec 2-5 - Michigan Trip - Southwest Airfare $444.95

12/1/21, 1:40 PM                    Texas Appleseed Mail - Fwd: Deborah Jea Fitzgerald Fowler's 12/02 Grand Rapids trip (4IFC8X): Your reservation is confirmed.



**Corina Golea <cgolea@texasappleseed.org>**

## Fwd: Deborah Jea Fitzgerald Fowler's 12/02 Grand Rapids trip (4IFC8X): Your reservation is confirmed.

2 messages

**Deborah Fowler** <dfowler@texasappleseed.org>                                         Fri, Nov 12, 2021 at 10:26 AM
To: Jing Chen <jchen@texasappleseed.org>, Nathan Clark <nclark@texasappleseed.org>, Corina Golea
<cgolea@texasappleseed.org>

This is for a trip to an out-of-state facility for the foster care monitoring.

**Deborah Fowler**
*Executive Director*
Texas Appleseed
1609 Shoal Creek Blvd., Ste. 201
Austin, TX 78701
512.473.2800, ext. 105
512.757.1458 (cell)
www.texasappleseed.org
She/Hers

    

–––––––– Forwarded message –––––––
From: **Southwest Airlines** <southwestairlines@ifly.southwest.com>
Date: Fri, Nov 12, 2021 at 10:25 AM
Subject: Deborah Jea Fitzgerald Fowler's 12/02 Grand Rapids trip (4IFC8X): Your reservation is confirmed.
To: <dfowler@texasappleseed.org>

Here's your itinerary and other important travel information.

View our mobile site | View in browser

                            Manage Flight | Flight Status | My Account

 **Travel notice**

Federal law requires each person to wear a mask at all times in the airport and throughout the flight,
including during boarding and deplaning. Passengers who may be exempt from wearing a face covering
due to a disability must contact us before travel. Learn more.

 Hi Deborah Jea,

We're looking forward to flying together! It can't come soon enough. Below
you'll find your itinerary, important travel information, and trip receipt. See
you onboard soon!

https://mail.google.com/mail/u/0/?ik=380c71b422&view=pt&search=all&permthid=thread-f%3A1716240405299756266&simpl=msg-f%3A1716240405…   1/5

12/1/21, 1:40 PM                Texas Appleseed Mail - Fwd: Deborah Jea Fitzgerald Fowler's 12/02 Grand Rapids trip (4IFC8X): Your reservation is confirmed.

**DECEMBER 2 - DECEMBER 5**

# AUS  GRR

Austin to Grand Rapids

---

Confirmation # **4IFC8X**                                    Confirmation date: 11/12/2021

| | |
|---|---|
| **PASSENGER** | **Deborah Jea Fitzgerald Fowler** |
| RAPID REWARDS # | 259343151 |
| TICKET # | 5261452092342 |
| EXPIRATION[1] | November 12, 2022 |
| EST. POINTS EARNED | 3,244 |

---

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight 1:**   Thursday, 12/02/2021   Est. Travel Time: **6h**   Anytime

| FLIGHT # 4339 | **DEPARTS**<br>**AUS 09:30**AM<br>Austin | ✈ | **ARRIVES**<br>**DEN 10:45**AM<br>Denver |
|---|---|---|---|

Stop: ✈ Change planes

| FLIGHT # 0116 | **DEPARTS**<br>**DEN 12:05**PM<br>Denver | ✈ | **ARRIVES**<br>**GRR 04:30**PM<br>Grand Rapids |
|---|---|---|---|

**Flight 2:**   Sunday, 12/05/2021   Est. Travel Time: **6h 30m**   Anytime

| FLIGHT # 3698 | **DEPARTS**<br>**GRR 12:55**PM<br>Grand Rapids | ✈ | **ARRIVES**<br>**BWI 02:30**PM<br>Baltimore |
|---|---|---|---|

Stop: ✈ Change planes

| FLIGHT # 1346 | **DEPARTS**<br>**BWI 03:40**PM<br>Baltimore | ✈ | **ARRIVES**<br>**AUS 06:25**PM<br>Austin |
|---|---|---|---|

## Payment information

| Total cost | | | | Payment |
|---|---|---|---|---|

**Air - 4IFC8X**

| | | | | |
|---|---|---|---|---|
| Base Fare | $ | 324.23 | | **Visa ending in 2434**<br>Date: November 12, 2021 |
| U.S. Transportation Tax | $ | 24.32 | | |
| U.S. 9/11 Security Fee | $ | 11.20 | | **Payment Amount: $394.95** |
| U.S. Flight Segment Tax | $ | 17.20 | | |
| U.S. Passenger Facility Chg | $ | 18.00 | | **Visa ending in 2434**<br>Date: November 12, 2021 |
| EarlyBird | $ | 50.00 | | |
| **Total** | **$** | **444.95** | | **Payment Amount: $25.00** |

12/1/21, 1:40 PM                    Texas Appleseed Mail - Fwd: Deborah Jea Fitzgerald Fowler's 12/02 Grand Rapids trip (4IFC8X): Your reservation is confirmed.

**Visa ending in 2434**
Date: November 12, 2021
**Payment Amount: $25.00**

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel
funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on
the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5261452092342

# Prepare for takeoff

## For a touch-free day of travel download the Southwest® app.



 

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile
device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.

 **10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and
have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us
know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling.
If you don't notify us, you may be subject to our No Show Policy.

See more travel tips



Save up to 30% off base rates
with Budget.®

Earn up to 2,400 Rapid Rewards® points.

Budget
Book car >



**Earn up to 10,000 Rapid
Rewards® points per night**
Choose a hotel in Grand Rapids.



**Have questions about your
upcoming trip?**
Get all the answers before you leave for
the airport.

12/1/21, 1:40 PM                    Texas Appleseed Mail - Fwd: Deborah Jea Fitzgerald Fowler's 12/02 Grand Rapids trip (4IFC8X): Your reservation is confirmed.

**Book hotel >**                                                    Prepare now >

5261452092342: NONTRANSFERABLE -BG WN AUS WN X/DEN WN GRR188.62WN X/BWI WN AUS135.61USD324.23END ZP
AUS4.30DEN4.30GRR4.30BWI4.30 XF AUS4.5DEN4.5GRR4.5BWI4.5

ULAUH6B|ULAUH6B
JLAUR6B|JLAUR6B

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to
travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel
and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All
remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel
reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward
travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple
reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting
or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without
advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its
sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled
reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have
the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**          **Connect with us**        Mobile app
**Contact us**          
Customer service | FAQs
                                                    Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2020 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is
currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000
points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to
buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or
Companion Pass qualification. Prices are in U.S. dollars and include all applicable taxes. Please allow up to 72 hours for points to post
to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.
Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any
time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points
needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare
type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us.
Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y
únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2021 Southwest Airlines Co. All Rights Reserved.

---

**Corina Golea** <cgolea@texasappleseed.org>                          Fri, Nov 12, 2021 at 3:47 PM
To: Deborah Fowler <dfowler@texasappleseed.org>
Cc: Jing Chen <jchen@texasappleseed.org>, Nathan Clark <nclark@texasappleseed.org>

Will do!
[Quoted text hidden]

12/1/21, 1:40 PM                    Texas Appleseed Mail - Fwd: Deborah Jea Fitzgerald Fowler's 12/02 Grand Rapids trip (4IFC8X): Your reservation is confirmed.

**12/02/2021**                                    **$600.14**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Transportation**
Person      **Deborah Fowler**

Dec 2-5 - Michigan Trip - Car Rental $600.14

12/1/21, 1:42 PM                    Texas Appleseed Mail - Fwd: Expedia car rental confirmation - Thu, Dec 2 - (Itinerary # 72197341889870)



**Corina Golea <cgolea@texasappleseed.org>**

## Fwd: Expedia car rental confirmation - Thu, Dec 2 - (Itinerary # 72197341889870)
2 messages

**Deborah Fowler** <dfowler@texasappleseed.org>                    Sat, Nov 13, 2021 at 10:29 AM
To: Nathan Clark <nclark@texasappleseed.org>, Jing Chen <jchen@texasappleseed.org>, Corina Golea <cgolea@texasappleseed.org>

Car reservation, to go in Harvest.

Deborah Fowler
*Executive Director*
Texas Appleseed
1609 Shoal Creek Blvd., Ste. 201
Austin, TX 78701
512.473.2800, ext. 105
512.757.1458 (cell)
www.texasappleseed.org
She/Hers

    

-------- Forwarded message --------
From: **Expedia.com** <Expedia@expediamail.com>
Date: Sat, Nov 13, 2021 at 10:26 AM
Subject: Expedia car rental confirmation - Thu, Dec 2 - (Itinerary # 72197341889870)
To: <dfowler@texasappleseed.org>



## Thank you Deborah, your car reservation is confirmed

Pick-up
**Thu, Dec 2 at 10:30am**                              enterprise

Reserved for Deborah Fowler

https://mail.google.com/mail/u/0/?ik=380c71b422&view=pt&search=all&permthid=thread-f%3A1716331189314670130&simpl=msg-f%3A17163311893…   1/5

Enterprise

5500 44Th St Se, Grand Rapids, Michigan, USA

Hours of operation: 8:00am - Midnight

Drop-off
## Sun, Dec 5 at 10:30am

Enterprise

5500 44Th St Se, Grand Rapids, Michigan, USA

Hours of operation: 24 hours

### VIEW FULL RESERVATION

### DOWNLOAD TO YOUR PHONE

**Travel update**

Check COVID-19 restrictions.
Find out more

## Car details

Your Nissan Rogue rental will fit 5 people.

- ✔ Nissan Rogue or similar
- ✔ Midsize
- ✔ Automatic transmission
- ✔ Unlimited mileage

More information available about this rental's fuel policy.

### MANAGE BOOKING

 **Travel confidently with the Expedia app**

Manage your plans and make trip updates on the fly - wherever the journey takes you. Explore the app

## Pricing Summary

**Collected at Expedia checkout**

| | |
|---|---|
| Collision Protection | **$40.00** |
| **Due at car rental counter** | **$560.14** |
| Base price | $465.33 |
| Taxes & fees | $94.81 |

**Total**                                                         **$600.14**

Unless otherwise specified, rates are quoted in US dollars.

Rental fees are due at pick-up.

The total price includes all mandatory taxes and fees.

## Collision Damage Plan

**Thu, Dec 2 - Sun, Dec 5**

You have purchased Collision Damage Plan. Please refer to your itinerary number when calling to ask questions or file a claim.

**Itinerary #72197341889870**

**Generating policy number (no need to confirm).**

**Includes the following insurance benefits and assistance services:**

- ✓ **Primary coverage up to $35,000** for damages to the car's body, windscreen, tires, and others incurred due to a car collision

- ✓ **$0 deductible/excess**

- ✓ Covers your rental car from **theft**, **vandalism**, and **collision damage**

- ✓ **24/7 emergency assistance**, including medical help, doctors on call, medical transportation assistance, and more

**View insurance details**

## About your upcoming car rental

**When you arrive**

Arrival Directions. The counter is located in the Car Rental Centre. The vehicles are within walking distance.

Special equipment , such as child seats and GPS, can be purchased upon pick-up (if available)

**Credit card deposit**

Credit card deposit is not included in the price.

The credit card is required as a deposit when renting any vehicle. The deposit amount is

held by the car rental company. Please ensure sufficient funds are available on the card.

**Late fees**

The following fees may be charged at the time of rental for additional services:

Extra day – $175.11

Extra hour – $35.02

**Rules to remember**

The following rules and restrictions are provided by the car rental company.The driver must present a valid driver's licenseOpens in a new window and credit card in their name upon pick-up. The credit card is required as a deposit when renting any vehicle. The deposit amount is held by the car rental company. Please ensure sufficient funds are available on the card.International rentals may have different driver license requirements. An international driving license is required if the drivers' license is non-roman alphabet.Additional charges or restrictionsOpens in a new window may apply for drivers under 25.Charges for refuelingOpens in a new window, additional drivers, etc. are not included in the total price.Special equipmentOpens in a new window, such as child seats and GPS, can be purchased upon pick-up (if available).Geographical restrictions may apply, even for rental contracts that feature unlimited mileage. Some car rental companies do not allow you to take their vehicles across certain domestic or international borders, or may apply an additional charge to do so.View collision damage protection terms, conditions and plan sponsors.Your rental may have mandatory, local insurance requirementsOpens in a new window that result in additional charges at the time of rental.View the rental car company's privacy policy.

## Where to find help

Contact Enterprise for special requests or questions about your car reservation.

**Confirmation #1532450898**

Enterprise Phone Number: 833 7890755

## Need to cancel or make a change to your trip?

Please visit our resource page for guidance. If you need to contact us, please reference Itinerary **#72197341889870** when you call so we can serve you more quickly.

Get support anytime on the Expedia app with 24/7 access to virtual agents.

Download our FREE mobile app

 

My Account | Privacy Statement | Customer Service

You are receiving this transactional email based on a recent booking or account-related update on Expedia.com.

12/1/21, 1:42 PM                    Texas Appleseed Mail - Fwd: Expedia car rental confirmation - Thu, Dec 2 - (Itinerary # 72197341889870)

**Contact information:** Expedia, Attn: EMC Team 1111 Expedia Group Way W., Seattle WA 98119. Expedia cannot
receive replies to this email.

CST# 2029030-50

© 2021 Expedia, Inc. All rights reserved. Expedia, Expedia Rewards, VIP Access and the Airplane logos are
registered trademarks, or trademarks, of Expedia, Inc. in the U.S. and/or other countries. All other products are
trademarks of their respective owners.

View this email in a web browser

EMLCID=US.PT.EVENTTRIGGEREDMAILING.ENSPURCHASECONFIRMATION.CAR&EMLDTL=DATE20211113-ISSUX.SIDX.KEY95249313
418.PAIDX.LANGEN_US.MCIDX.TEST11.VERSX.MIDS1-18893_2-112049_3-82789_4-116706_5-120795_6-95953_7-116194

---

**Corina Golea** <cgolea@texasappleseed.org>                                Mon, Nov 15, 2021 at 9:44 AM
To: Deborah Fowler <dfowler@texasappleseed.org>
Cc: Jing Chen <jchen@texasappleseed.org>, Nathan Clark <nclark@texasappleseed.org>

Got it!
[Quoted text hidden]

**12/02/2021**                                          **$17.01**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Meals**
Person      **Deborah Fowler**

DF - 12.02.2021 - Litlte Man Ice Cream - CPC
$17.01



Circle #

# 2079

Little Man Ice Cream

1042 TIZTA

Chk 2079          Dec22 21 10:47A Gst  0

```
1 Scoop 2                       5.99
1 SM BTL WATER                  2.99
1 BLUEBERRY MUFFIN              3.99
  CHARGE TIP                    3.00
XXXXXXXXXXX2934
  VISA                         17.01

  SUBTOTAL                     12.97
  SERVICE CHRG                  3.00
  TAX                           1.04
  PAYMENT                     17.01
```

**12/02/2021**                                              **$12.00**

---

Client        **Texas DFPS/HHSC**
Project       **Texas Foster Care Monitoring**
Category      **Meals**
Person        **Deborah Fowler**

DF - 12.02.2021 - City of Grand Rapids Parking -
$12.00 - CPC



City Of Grand Rapids Parking Services
Ottawa / Fulton Parking Ramp
Questions or Comments - 616-456-3290

PREPAY

| | |
|---|---|
| F/C #76 | P Payment No.0011332B |
| I/D #76 | Ticket No.089910 |
| Cashier | ID #114 |
| Entry Time | 12/2/2021 (Thu) 17:36 |
| Paid Through Time | 12/2/2021 (Thu) 21:36 |
| Parking Time | 4:00 |
| Parking Fee | Rate W      $12.00 |

VISA
  Account #   *****************************2434
  Slip #                              47740
  Auth Code                          037159
CREDIT CARD AMOUNT                    $12.00
Cash Amount                            $0.00
=============================================
Total                                 $12.00

Thank You For Parking With Us
Have A Wonderful Day
Please Don't Text & Drive
=============================================

**12/03/2021**                                    **$7.17**

---

Client       **Texas DFPS/HHSC**
Project      **Texas Foster Care Monitoring**
Category     **Meals**
Person       **Deborah Fowler**

DF - 12.03.2021 - Foster's Market - Food - CPC
$7.17





Food Family & Friends 🍂

820 W 7th STREET   EVART, MI 49631

PHONE # (231) 734-5515

Friday, 12/03/21                    10:44 AM
Your Cashier is:BECKY


STRBKS MLK & MOCHA                  2.19 F
SPRING WATER
  2 @ 2.49
                                    4.98 F
Tax    .00         Total           7.17

Visa                               7.17
Acct # ************2434
CHIP
Purchase
    Application Label: VISA CREDIT
    AID: A0000000031010
    TVR: 8080008000
    IAD: 06010A03A0A000
    TSI: 6800
    ARC: 00
Authorization # 089426 1212
CHANGE                              .00

12/03/21 10:44 Good Morning!  Lane 002
Cashier 1204      Store 0309  Trx 15

    ********** THANK YOU **********

**12/03/2021**                                        **$22.29**

---

Client      **Texas DFPS/HHSC**
Project     **Texas Foster Care Monitoring**
Category    **Meals**
Person      **Deborah Fowler**

DF - 12.03.2021 - McDonalds $22.29 - CPC



Go to www.mcdvoice.com within 7 days
and tell us about your visit.
Our goal is highly satisfied.
Free Sm. Fry or Pie w/ purchase.
Validation Code: _____
Expires 30 days after receipt date.
Valid at participating US McDonalds
Survey Code:
13569-07C61-20C21-09400-00222-9

McDonald's Restaurant #3569
621 WEST SEVENTH STREET
EVART, MI 49631
TEL# (231) 734 - 6691

KS# 2                    12/03/2021 09:49 AM
Side1                           Order 05

EQ30 for $1
  1 Hash Brown                        1.00
  1 Hash Brown                        1.59
  4 .. Premium Roast                  7.16
 10 Sugar Packet                      0.00
 10 Creamer Packet                    0.00
  1 Egg Biscuit                       2.19
  1 Strawberry Preserve               0.00
  1 Bac Egg Ch Biscuit                4.99
  2 Egg McMuffin                      5.00
    NO Canadian Bacon

Subtotal                             21.03
  Tax                                 1.26
Take-Out Total                       22.29

Cashless                             22.29
Change                                0.00

Total Savings                         0.59

KE3# 022360
CARD ISSUER         ACCOUNT#
Visa SALE     ************2034
TRANSACTION AMOUNT                   22.29
CHIP READ
AUTHORIZATION CODE - 020400
SE3# 001371
ACD: A0000000031010

NOW HIRING
TEXT MCGE1 TO 38000
OR APPLY ONLINE AT
RESTAURANTJOBS.MCDONALDS.COM

Sign up for McDonald's Rewards
to earn points on future visits!

**12/05/2021**                                    **$262.06**

| Client | **Texas DFPS/HHSC** |
|---|---|
| Project | **Texas Foster Care Monitoring** |
| Category | **Lodging** |
| Person | **Deborah Fowler** |

DF - 12.05.2021 - Linda (12.4-5.2021)MI Hotel Room
226 - $262.06



|  |  |
|---|---|
|  | 12-05-21 |

| **Linda Brooke** | Folio No. | : | | Room No. | : | **226** |
|---|---|---|---|---|---|---|
| **1304 Vassar St.** | A/R Number | : | | Arrival | : | **12-04-21** |
| **Houston  77006** | Dept | : | | Departure | : | **12-05-21** |
| **United States** | Company | : | **Business** | Conf. No. | : | **43839066** |
| | Membership No. | : | **PC      535730172** | Rate Code | : | **IDARP** |
| | Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---:|---:|
| 12-04-21 | Package Rate | 225.00 | |
| 12-04-21 | State Tax- 6% | 12.52 | |
| 12-04-21 | County Occupancy Tax- 5% | 10.44 | |
| 12-04-21 | Assessment Fee - 4% | 8.35 | |
| 12-04-21 | Breakfast Add On Package | 5.00 | |
| 12-04-21 | State Tax- 6% | 0.30 | |
| 12-04-21 | County Occupancy Tax- 5% | 0.25 | |
| 12-04-21 | Assessment Fee - 4% | 0.20 | |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| | | |
|---|---|---|
| **Total** | **262.06** | **0.00** |
| **Balance** | **262.06** | |

**Guest Signature:**  _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

The Holiday Inn Grand Rapids Downtown is independently owned and operated by St. Julien Westside, LLC
1881 9th St, Ste 115 - Boulder, CO 80302

Holiday Inn Grand Rapids Downtown
310 Pearl Street NW
Grand Rapids, MI 49504
Tel:(616)-235-7611  Fax:(616)235-1995

**Terra GR**
1429 Lake Drive SE
Grand Rapids, MI 49506
info@terragr.com / 616-301-0998

Server: Clair G                    Table 40
Check #53
Guest Count: 1
Ordered:                           12/4/21 12:24 PM

| | |
|---|---|
| Rowster Coffee | $3.50 |
| Small Kale Caesar | $9.00 |
| Add Salmon | $8.00 |
| 4 Lemon Meringue Donut | $18.00 |
| | |
| Subtotal | $38.50 |
| Tax | $2.31 |
| Total | $40.81 |

Join us for happy hour!
Monday-Friday
4pm - 6pm

Follow us on social media!
Instagram: @terra_grandrapids
Facebook: @terragr

Terra GR
1429 Lake Drive SE
Grand Rapids, MI 49506
info@terragr.com / 616-301-0998

Server: Clair G
Check #53                              Table 40
Guest Count: 1
Ordered:                        12/4/21 12:24 PM

Credit Card                            Swiped
Visa                            xxxxxxxx9012
Time                                  1:22 PM

Transaction Type                         Sale
 Authorization                       Approved
 Approval Code                         07494D
 Payment ID                       X77wydHNstxr
 Card Reader                   MAGTEK_DYNAMAG

        Amount                       $40.81

      + Tip:         8.00

      = Total:         48.81

X_____

        DEBORAH BORMAN

Customer Copy

Monroe Center Ramp
60 Ottawa Ave
Grand Rapids MI

F/C #84                     A Payment No.00050064
T/D #64                       Ticket No.095816
Cashier                              ID #119
Entry Time           12/2/2021 (Thu) 17:47
Paid Time            12/2/2021 (Thu) 19:30
Parking Time                          1:43
Parking Fee          Rate A         $2.50

VISA
   Account #   ******************************7100
   Slip #                           18672
   Auth Code                       041480
CREDIT CARD AMOUNT                  $2.50
Cash Amount                         $0.00
=================================================
Total                               $2.50
=================================================



# Foster's Market

## Food Family & Friends ♣

820 W 7th STREET   EVART, MI 49631

PHONE # (231) 734-5515

Friday, 12/03/21                    10:50 AM
 Your Cashier is:THERESE

AQUAFINA DRNK WTR                    1.49 F
OF baby carrots   *                  1.69 W
Tax     .00          Total     3.18

Debit                             23.18
Acct # ************7100
CHIP
Purchase
PIN Verified
     Application Label: US DEBIT
     AID: A0000000980840
     TVR: 8080048000
     IAD: 06011203A0A000
     TSI: 6800
     ARC: 00
 Authorization # 187750
CASH BACK