IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **M.D.**, by her next friend Sarah R. Stukenberg, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) |
| **Plaintiffs,** | ) ) ) CASE NO. 2:11-cv-00084 |
| v. | ) ) |
| **GREG ABBOTT**, in his official capacity as Governor of the State of Texas, *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

NOW on this _____ day of January, 2022, the Court considers Christina Wilson's Motion to Withdraw as Counsel of Record for Plaintiffs. The Court having reviewed the Motion, and for good cause having been demonstrated, finds that the request should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that Christina Wilson is hereby granted leave to withdraw as counsel of record for the Plaintiffs in this matter.

                                                                        _____

                                                                        Honorable Janis Graham Jack
                                                                        United States District Judge