Order number: **1016579629308240**
Order date: **01/06/2022**
A confirmation of your order has been sent to **mlundgren@public-catalyst.com**

**Your payment information:**
*MASTERCARD************* ███*

Your order will be ready to pick up by **12:30 PM on Jan 6th, 2022** at **212 Route 18 , East Brunswick, NJ 08816**
You can reach the FedEx pickup location at **(732) 249-9222**

| | Item Price | Quantity | Total |
|---|---|---|---|
| **Multi Sheet Report 3 to ML.pdf**<br>Save to My Online Documents | $117.54 | 2 | $235.08 |
| | Promo Discount | | $0.00 |
| | Subtotal | | $235.08 |
| | Tax | | $15.57 |
| | **Total** | | **$250.65** |



# FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | 805783848690 |
| Invoice no. | 4-376-80698 |
| Account no. | 1959-9300-9 |
| Bill date | 01/06/2022 |
| Total Billed | $55.95 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

**Messages**

Fuel Surcharge - FedEx has applied a fuel surcharg Read More..
Package sent from: 08816 zip code
1st attempt Jan 07, 2022 at 12:54 PM.
Weather delay - Ice.
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release A Read More..

View Invoice History
View signature proof of delivery

### Transaction Details

Help Hide

**Sender Information**

PUBLIC CATALYST GROUP
99 WOOD AVE S
ISELIN NJ 08830
US

**Recipient Information**

Honorable Janice Jack



**Shipment Details**

| | |
|---|---|
| Ship date | 01/06/2022 |
| Tendered date | 01/06/2022 |
| Payment type | Third Party |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Small Box |
| Rated weight | 2.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 6992902 |
| Declared value | |

**Charges**

| | |
|---|---|
| Transportation Charge | 81.60 |
| Discount | -36.72 |
| Residential Delivery | 5.30 |
| Fuel Surcharge | 5.77 |
| **Total charges** | **$55.95** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2022-01-10T09:15:0009:15 |
| Service area code | A2 |
| Signed by | see above |

View signature proof of delivery

Back