| | |
|---|---|
| **From:** | TXSDdb_Corpus-Operation |
| **Sent:** | Thursday, February 10, 2022 3:52 PM |
| **To:** | Lori Purifoy |
| **Subject:** | FW: Jinkins Twins |
| **Attachments:** | What Got Us Here.docx |

**From:** MelAnne ▬▬▬▬▬▬
**Sent:** Thursday, February 10, 2022 11:17 AM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Jinkins Twins

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**Rough Outline of Events**

- FRATERNAL Twins carried ~ 36 weeks
- BM was called and told they are no longer delivering at hospital X – meet same day at hospital Z
  BM: why?  ObGyn: oh there is construction at hospital X
- Delivery day: twin 1 is small, has entered birth canal, BM has begun labor – twin 2 is larger, on top and breech
- *Obgyn pulls twin 1 from birth canal – informs BM he will look different, don't be alarmed, and his APGAR was a 4*
- Both twins are identified as having Congenital Glaucoma – specialist was called in to consult
  Congenital Glaucoma is RARE in a new baby – FRATERNAL twins, both with congenital glaucoma - VERY RARE
- Being a new grandma, I am snapping pics like crazy
- BP request twins to be circumcised and are told "just have your pedi do it"
- Family is discharged on day 3
- Day 11 (sun) ~3am our son is changing a diaper – hears a 'pop' and the baby never cries, takes his bottle and goes right on back to sleep – during the day they notice a whelp on twin 1's thigh – he is not in distress, and seeing that they have a pedi appt on Monday for first check up, they wait and tell him
- Pedi believes it is a fracture – sends them to TxChildrens next door for xRay; and provided a name of a pediatric orthopedic specialist
- TxChildrens xRay tech marks very first xRay – without any medical background, training, etc.. CHILD ABUSE – the xRays showed a fractured Left Clavical and Right Femur Calcium had built up
  **NOTE:** when you break a bone calcium begins to build up to start the healing process – there was a lot of calcium – which 'dates' the fracture … there was TOO much calcium for a less than 36 hour fracture – but TxChildrens marked an xRay child abuse and never asked any further questions --- no bruises, no scratches, nothing; yet the hardest bone in the body was fractured.
- TxChildrens ER dr decides he does not like the 'story' my son tells, and calls CPS
- CPS enters our lives (unbeknown to us, we enter the gates of hell)
- Hospital now claims BOTH twins have been abused (they insist on xraying twin 2 and provide an xray of his ribs showing little cotton balls stating these are fractures from abuse
- Parents hire an attrny
- CPS runs to court to take Managing Conservatorship and Grandparents are given the twins with parents having monitored visitation
- Grandma discovers the boys are not circumcised and inquires -- son tells me what happened and I told him, no, if you request it, they have to do it or tell you why … come let me show you something…  at which point I show him the penis' are upside down.  Congenital Chordee's
  **NOTE:** Delivering Hospital, Pediatrician, TxChildrens, CPS Family Practitioner – ALL documented healthy genitals – nothing wrong – but a 50yr old grandmother identifies it!?
- Took boys into pedi and he says "oh yeah, look at that…. and provides a contact name for a pediatric urologist
- 5 days following TxChildren's xRays of both twins – I took twins to pediatric orthopedic specialist pedi gave us name for ….. he took xRays -- popped Twin 2's xRays up side by side (I had TxChildren's on disc) and immediately saw there was a problem – NOTHING was on twin 2's ribs – NEVER FRACTURED – doctored xRays ???  he asked to call the parents attrny immediately
- The BP voluntarily take polygraphs and both PASS – there story has NEVER changed
- We took the twins to see a pediatric Glaucoma specialist who performed an exam under anesthesia – she saw NO trauma – when there is blunt force trauma to one's body, blood is present on the retina – she saw NONE on either twin.
- Confused, scared, we have no answers as to WHAT is happening -- fraternal twins with glaucoma, and chordees, and they are saying words like Osteogenesis Imperfecta, Ehlers Danlos, as grandparents, we set up an appt with genetics – they run tests on each twin and take BP blood to use as baseline (the test was extensive and runs $35k per child) and it will take up to 4 mths to get results back
- CPS is giving our family holy hell – visiting our home up to 3 times in one week "for safety checks"  -- this behavior continued for 2 yrs now
- Twin 1 has glaucoma surgery on day 69 – released from hospital following morning
- The twins 70 days old, just released from hospital, CPS shows up and takes them from my home.
  CPS refuses to take Twin 1's eye drops following major surgery [Glaucoma is irreversible vision loss]  this is MEDICAL NEGLECT – all of this is captured on video – CPS locks our grandbabies in her car, her battery has died, and she is refusing a jump from us – a storm had just passed and it is a very hot and humid summer day in Houston Tx – I had to call the constable to make her remove them from a hot car with not even the windows down. – had that been you or I, we would have been arrested for CHILD ENDANGERMENT
- For 139 days our grandchildren are held in captivity – the BP get 1 hour visits at a nasty CPS office with a CPS employee watching them in a tiny room – like prison visits
- Upon one weekly visit, the BP are holding their children and one twin makes a loud POP that even the CPS monitor person hears, and not only makes note of, but calls the caseworker and reports immediately, as the BP had not done anything to cause such a loud sound.
  **NOTE:** CPS is aware it was a 'pop' sound followed by the whelp re-appearing on the thigh, that began this case – yet they decide NOT to seek medical assistance and only upon the families insistence, 7 days later, they have the twin

**Rough Outline of Events**

seen by the twins' pediatric orthopedic specialist – who also has to instruct the foster fools to REMOVE the "bead necklaces" from around the babies necks, they are CHOKING HAZARDS!

**NOTE:** during the entire first year of their lives it was reported by ALL who ever handled or cared for the twins, including the Foster Fools, the twins would 'pop' and it could be felt by the caregivers own hands along with the sounds.

- 4 days into captivity CPS takes them to Glaucoma specialist who is PISSED and she tells them to GIVE HIM HIS EYE DROPS!

- One day, while depressed, I was reviewing pics of my grandtwins, including the day of their birth.
  I find a pic from when within the first hour of twin 1's life.
  He has a large red WHELP on his right thigh; he is notably crying (much like a new born)
  Later in the recovery room he would not let me hold him without crying with his head on my left elbow, but would not fuss when his Pop held him, he is left handed, holding him on his right elbow.
  The very location the WHELP developed 11 days later, that was discovered to be a fractured femur – this pic was shared with all involved

- Genetic Results began to come back – CPS instructs TxChildrens NOT to give the family the results – we are forced to go to the court and the judge orders CPS to stop blocking us from the results / any of the children's medical records – we learn they have been →

- CPS begins to take boys to multiple dr's within TxChildren's in hopes to obtain evidence of child abuse – to the point the Judge intervenes and tells them to STOP making the boys undergo unnecessary exams and testing

- The family to this day is STILL locked out of the records and has to request them in writing and wait extended time period (they lose the request (twice) they argue my right to request the records – and I have to provide the court papers showing I have guardianship... official run around, and we certainly believe it to be CPS inspired

- **2 months** in captivity now, Twin 2's head has been swelling – CPS has him taken to a Physician Assistant at TxChildren's who orders an MRI – Twin 2 is fussy, and just wants to be held – the foster fools have a 60plus yr old grandmother watching them while the foster fools work (he works days as special needs teacher in public school, she works nights driving an ambulance) Physician Assistant instructions foster fools – "let's monitor him" – we learn the genetics results revealed twin 2 has genetic marker for Hydrocephaly – and they decide to 'monitor' MEDICAL NEGLECT

- After the fact, the family learns the genetics results revealed twin 2 has a marker for Cardiomyopathy – they take him to see TxChildren's heart specialist and to this day we know nothing of this visit

- CPS contacts me and asks if I want the twins returned to me – it takes them 3 days to bring them back to our home – after 139 days in captivity – **4 months 17 days**

- Upon the twins' return; CPS provided a prescription for twin 1; eye drops to be administered 2 drops daily, one in the AM, one in the PM. The prescription was dated sept2019, it is now nov2019, the bottle is FULL and has two remaining refills available. For **52 days** the foster fools failed to administer the eye drops. MEDICAL NEGLECT

- Twin 2 is lethargic – his head is swelling he looks like an alien – we get him in to see a neurosurgeon who reviews the MRI and immediately shows and informs us twin 2 should have had surgery the day the MRI was taken (2 mths previous!) there is water on his brain, causing the swelling and pressing his brain into his spine, causing him to be lethargic (miserably uncomfortable) and therefore he is not using his arms/legs and refuses to do tummy time – the foster fools grandmother care taker was leaving him in a supine position (on his back or in a carrier) for such extended time periods the back of his head is flat, contributing to the misshapen growth of his skull

- Twin 2 is immediately taken into surgery and a SUCCESSFUL procedure is completed – Twin 2 has Hydrocephaly but the surgery was able to correct it and he is a success story to this day!

- Twin 2 has to undergo 2 treatment rounds of wearing a DOC Band (helmet to permit skull growth development in the appropriate areas to hopefully correct the flattening of the back of his head) This process improved his misshapen head, but we still see the flat and are reminded of his NEGLECT while in the CPS / Foster Fools 'care'

- Twin 2 has undergone 5 mths of physical therapy to regain the motor skills and meet the milestones he missed while being NEGLECTED in the CPS/Foster Fools 'care'
  **Twin 2 is a SUCCESS STORY – due to his family getting him the proper care all medical issues are addressed and to this day he is a healthy, happy, stable, and well-developed toddler.**

- *The family learned the CPS TxChildren's Orthopedic specialist they took the twins too in order to obtain support for the child abuse claim, had actually told them he saw no abuse but medical issue. Upon the twin's return, we set up an appt and spoke with him ourselves, receiving in writing his diagnosis and findings of NO ABUSE – he is the Director of Pediatric Orthopedics at TxChildrens*

- The following month the urologist performed the required successful procedures and the twin's penis' are now normal healthy functioning body parts

- CPS begins to insist Twin 1 be seen by the TxChildren's cardiologist – we demand to know why – twin 2 had marker, not twin 1 – (CPS in person, and on multiple reports continued to confuse the identity of the FRATERNAL TWINS)
  **NOTE:** We had already made appts for a cardiologist of our choosing to see the twins and was awaiting the scheduled appointment – however I was not required to tell them of the appointment – only required to provide them information afterward – this was causing CPS heartburn as they were continuing to insist I get Twin 1 into see their cardiologist but would not tell me why this appointment was needed.

**Rough Outline of Events**

- The twins have seen their pediatric cardiologist over the course of a year, 3mth, 3mth, 6mth and a year exam that included EKG, Echocardiogram each time… and each exam has provided excellent results – two toddlers with healthy hearts – he would like to see Twin 2 annually to continue to monitor as he was the twin with a genetic marker just to err on the side of caution
- The twins have received all vaccines and dental check ups as routine healthcare indicates and continues to receive outstanding reports of care
- It was noticed Twin 1 has Strabismus (wandering eye) we discussed it with their eye doctor and he orders Patching 2hrs a day to strengthen his weaker eye by covering his dominate eye – this was not successful little guy kept pulling patches off – after months of trying, the Dr ordered eye drops to be given in the morning on two consecutive days at the same time on both days – we chose Sat and Sun – this dilates the dominate eye encouraging the weaker eye muscles to communicate better with the brain – if this does not resolve the issue, later there is surgery that can correct it – but while they are young and the eye still trainable, this is optimal procedure.  – Twin 2 begin to show strabismus and was added to this care plan
  **NOTE:** BF had strabismus in BOTH eyes – successful corrective surgery at age 10
  **NOTE:** all CPS physician exams state they do not have Strabismus and no family members have it – they were repeatedly informed otherwise
- The twins have eczema – it flares up in the inside of one arm on each twin, or the back of the knee on twin 1, and lightly on the back of twin 2 – prescribed steroid cream does not work – however bathing with Aveeno eczema wash, using the Aveeno eczema night balm clears the flares ups within 24 hours - they could very well outgrow this

➢ On Going Medical and Well Being Health Care
   ▪ The twins wear eye glasses, NOT for glaucoma (as CPS continues to report to the court in EVERY document submitted) but for vision issues and will require continued care.
   ▪ The twins glaucoma continues to be monitored as well, which includes exams under anesthesia.
   ▪ Twin 2 will see his cardiologist annually for another year
➢ These appointments are necessary until the child(ren) is/are vocal and can communicate any issues (what they can / can not see, how they feel) that would prompt a parent to seek medical attention

The level of intentional harassment and stress placed on our family by CPS is UNACCEPTABLE.
We received text messages from a case worker intended for another case worker stating the children were seen in my home and are "still breathing" that is VULGAR!  I have never done anything to be suspected of harming a child and this is only evidence of a broken and disgusting system set out with one goal:  abuse the authority entrusted to them in the name of children.

Many incidents occurred.
Multiple times we were threatened they would remove the children.
We are financially, mentally, emotionally, and physically bankrupt.

What ever happened to the ObGyn ?
Well, we learned her rights to practice in Texas were removed.  We just do not know when – but are inclined to believe it was when she lost privileges at hospital X and had the BM go to hospital Z.
Days after CPS caseworker spoke with her, she disappeared.
Patients showed up for appts, she was gone.
Over the next year 2 CPS 'investigators' and the DA's 'investigator' looked for her and could not locate her.  One pissed off grandmother clicked her mouse less than 10 times and one phone call later – FOUND HER in Pennsylvania practicing medicine.

The parents were charged with 2 first degree felonies for Child Abuse each, one felony for each child.
They began to see a therapist who prescribed them the max dosage of Antidepressants and Anti-anxiety meds (Xanax) and they became addicted.   Both dropped out of school, BM lost her business (she had a brick and mortar art school, and was on her last semester of college)

Needless to say, they have not been able to see or bond with their own children.

On 01sept2021 new legislation Gregg Abbott signed will go into effect.
CPS will no longer be allowed to remove children from a home without a 3rd party review.

What happened to our family should NEVER have happened.

3 doctors [Medical Specialist in their fields, one being CPS's own chosen doctor] have told CPS there is no evidence of abuse – but medical issues.  Two are willing to testify on behalf of the birth parents at no charge to the family.

CPS chose to abuse their authority and destroy a family – why?  FOLLOW THE MONEY – no cases, no federal funding – the Foster Fools received funds and those funds were higher because while CPS claimed the twins were ABUSED, they continued to

Rough Outline of Events

report the twins were MEDICALLY FRAGILE – yet there is documented evidence of CPS themselves MEDICALLY NEGLECTING THEM!


The genetic results are below.
The grandparents sought out a genetic specialist to explain -- why did the results show markers for things they do not have; yet fails to show markers for diagnosed medical issues?!
The team at UT Physicians explained:  We had a man sitting in front of us, in a wheelchair, diagnosed and presenting every symptom of MS.  His genetic testing results never showed a marker for MS.

They are just scratching the surface of genetic research.

Yet it can carelessly be utilized to accuse, persecute and convict – destroying families.

We have learned the following via medical research reviews found on line:
**Collagen disorder** is linked to:
   o   Brittle Bones Diseases (such as Ehlers Danlos, Osteogenesis Imperfecta)
   o   Gluacoma
   o   Eczema

While the family firmly believes, and evidence supports, the fractures twin 1 suffered occurred at birth; they are also the result of the level of collagen disorder the twins have.

Medical evidence shows fractures in multiple births do occur.
Medical evidence shows they are common to 'bucket handle' type fractures, that have been identified in shaking, twisting a baby (abuse).   However, neither twin ever showed any evidence of abuse; xrays nor physical exams ever found bruises, marks, scratches, or anything indicating either twin was ever subjected to any such abusive treatment.

The xrays and physical exams do show a jump to conclusion/accusation of abuse, without inquiry; and MISSED DIAGNOSIS including PHYSICALLY VISABLE torqued penis' a grandmother found after multiple medical professionals examined the twins.

❤Niko  🤍Lucas   indicates that twin was diagnosed and treated for the medical issue.

🤍 Genetics did NOT show marker
❤🤍**Glaucoma** - glasses & eye drops
Lucas will get eye drops the rest of his life - it stabilizes the eye pressure  - bright light, sunlight sensitivity - they like hats and sunglasses

🤍 Genetics did NOT show marker
❤🤍**Strabismus** – our son had corrective surgery @ 10yrs old - the twins are being treated with dilation drops on the weekends to dilate the stronger eye, encouraging the communication between the weaker eye and brain to do better. -- if you have seen kids with eye patches, they are doing the same - Luke & Niko won't keep the patch on ... we were all wearing patches... I tried a number of tricks and such... dilating was the dr's next solution

🤍 Genetics did NOT show marker
❤🤍**Collagen disorder** -- is linked to glaucoma, brittle bones, eczema

🤍 Genetics showed marker on BOTH
❤**Hydrocephalus** - Niko has the best neurosurgeon - he will monitor him with annual check ups & MRI's  - Lucas has not shown any indication and has been examined - excluding an MRI as we saw no need to put him under anesthesia and testing seeing how much he has already endured

🤍 Genetic Marker -- Never Substantiated
❤**Cardiomyopathy** - multiple exams - no signs - Niko will continue annual exam to continue to monitor - genetics showed marker - exams and test show no signs

🤍 Genetics did NOT show marker
❤🤍**Eczema** - dry patches that flare up behind knees and elbow creases
We treat with aveeno bath wash and cream and it works great!    Heat contributes to flare ups; they can outgrow this

**Rough Outline of Events**

♀ Genetics did NOT show marker

🖤🖤**Chordee/Torqued Penis** - both had successful surgery to correct

🖤 **Bone Growth** (cyst nodule) on skull below right ear - surgery successfully removed - this is common not a long term medical concern - he has a scar

**From:** MelAnne ▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, February 10, 2022 11:22 AM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Jinkins Twins - xrays

**CAUTION - EXTERNAL:**

The orthopedic specialist, Dr Brock, can explain further.

Dr Gary Brock, Pediatric Orthopedic Specialist
281-384-7801
Fannin Orthopedic Group

Print xRays - lay side by side - per child - by date.

Additional xRays were taken of Lucas [only] on 14june2019 by CPS - they called me later the same day to tell me, in the short time, while in my care, Lucas has suffered 2 more broken ribs and they have already healed.

2 more breaks, already healed ?!

??? Why were the children not immediately removed from us at this point - they are claiming more broken bones, yet leave them in my care.

Nikola's fractures from the May2019 CPS xRays, never showed up on xRays again.

Yet the DA charged each birth parent with 2 first degree felonies [each] for "striking [Nikola] with or against blunt object".

Not a scratch, not a bruise, not a mark on either child.

Yet enough calcium to show an aged healing fracture .... enough calcium to date the fracture back to birth (some ~9 days previous).

**From:** MelAnne ▬▬▬▬▬
**Sent:** Thursday, February 10, 2022 11:29 AM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Nikola Jinkins - Cranial Technologies

CAUTION - EXTERNAL:

Why is CPS not being held accountable for medically neglecting our grandchildren?

Yet the DA wants to hold false charges against our sin, ruining his life.

The failing foster system hurt my grandchilden.

Niko had to wear two DOC Bands to correct the damage to his growing skull along with 5 mths of physical therapy.

CPS has to be held accountable for this!!!

Niko & Lucas deserve legal justice for their suffering!!!

Lucas was not given his eye drops for gluocoma (twice a day every day)

We received a FULL bottle of his drops dated sept2020, on 12nov2019, with all remaining refills still available!!

We use a bottle a month when applied to his left eye as prescribed.

Dr Bleiden is furious he went 4 full days following major gluocoma surgery without ANY eye drops because Shameika Fain refused to take them from us when she abducted the children from our home on 26june2019.

Dr Blieden will testify on these issues.







**From:** MelAnne ▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, February 10, 2022 11:30 AM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Jinkins Twins - CPS Dr Smith - Collegen Disorder

**CAUTION - EXTERNAL:**

This is CPS's attempt to get a doctor to state abuse.

Dr Smith is CPS's Orthopedic specialist (also Director of Pediatric Orthopedics at Texas Childrens)

CPS insisted on him examining the twins (in hope of finding an opposing opinion of Dr Brock's).

When the family visited with Dr Smith he stated clearly he could not find evidence of abuse but supports a medical reasoning behind the fractures.  Further stating it on the CPS required medical visit forms I had to routinely provide CPS for all doctor appointments.

Dr Smith had already notified CPS of his examination and professional specialized findings.

This form was from the appointment we requested with him after getting the children back from CPS captivity.

**From:** MelAnne ~~████████████████~~
**Sent:** Thursday, February 10, 2022 11:30 AM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Jinkins - Whelp on thigh following birth

**CAUTION - EXTERNAL:**

Attached is a picture taken within the first hour of Lucas's birth.  17april   He was delivered, and escorted to the nursery where I grabbed this picture through the security safety glass.

There is a large whelp on his right thigh.
The band aid supported my uncomfortable dismissal that it was the result of a shot.

I came to consider this whelp important on 29april when it became identified as a fractured femur.  !!!!!!????

Nikola did not receive a whelp (if a shot was the cause).

When the family was moved into their private room, I remember holding Lucas and him being uncomfortable.  I clearly recall him wanting to be held in a specific way.  We have pictures of him fussing, then after I repositioned my hold he became calmer.

I now have a strong reason to believe it was because his leg was hurting.

The manner I had to hold him was feet towards me, head away from me.  Being right handed, I naturally hold with head cradled in left elbow bend, Lucas' right leg against my body.   His grandfather being left handed, was opposite and did not experience Lucas' fussiness - this, now better understood because Lucas's left side was against David and his rightside no longer receiving pressure.

Moments like that stand out to a grandmother whose grandchild cries when they hold them but not the next person.  Later, seeing the pictures, recalling the moments, it was like pieces to a puzzle we had no awareness of.

Lucas behaved the same way when I held him the night of 29april and 02may, both dates when the fracture was particularly sensitive.

Dr Gary Brock can explain the calcium build up dating the fracture to birth; and what my son heard while changing the diaper









**From:** MelAnne ████████████████████
**Sent:** Thursday, February 10, 2022 11:29 AM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** CPS Medical Forms - Connective Tissue Disorder / Collagen Disorder

CAUTION - EXTERNAL:

Here are a couple of recent CPS forms - including from their own orthopedic specialist, Dr Smith; and the boys dentist identified they have a collagen disorder not even aware of the facts of the CPS case.

Also attached are the warrants stating the parents hit their new born children with or against blunt objects.

Never a scratch or bruise.  But these babies were beaten at 9 days old without a scratch, bruise or mark.

EXCEPT ----> the SAME whelp was present 9 days previously, at birth, captured by grandmother's camera.

**From:** MelAnne ~~████████████████~~
**Sent:** Thursday, February 10, 2022 12:08 PM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** New / Modified Legislation - REQUIRED

**CAUTION - EXTERNAL:**

There are multiple opportunities for better or new legislation.

Please, I am begging, help our family's tragedy not be in vain.

I submitted multiple reports with CPS identifying multiple violations of our rights, as well as violations of their own procedures.

They ignored me over and over again.

I finally got someone at the state capital to speak and show DFPS what was going on (emails) and they agreed it was retaliation to my family.

Our case is almost 3 years and just closed - allowing CPS funding and a win on their records, while our family never even got a day in court to defend themselves.

Please review our communications and consider helping us!!

We are working with someone for better legislation but our son is still facing trumped up bogus false allegations of abuse.

He deserves his life back!

The DA plea offers:

Charges:  Two 1st degree felonies

Plea 1:  drop to 2nd degree, 10 yrs probation
Plea 2:  drop ton2nd degree, 7 yrs probation
Plea 3:  porivide genetic evidence it's medical and they'll drop the charges

We have refused all 3.

Innocent people do not plea



**From:** MelAnne ██████████████
**Sent:** Thursday, February 10, 2022 12:08 PM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Kindyn Jinkins - PLEASE HELP

**CAUTION - EXTERNAL:**

Our son is facing 5 to 99 years in prison for something he did not do.

He has lost everything.
■ He never was allowed to bond with his new born children
■ He has since relinquished his parental rights
■ He is unable to get a decent job with felonies
■ His life is forever destroyed, his emotional and mental well being in constant jeopardy

CPS has knowingly, intentionally and repeatedly submitted falsified reports to the court.

Never reporting the medical issues but rather developing their narrative of abuse despite multiple doctors, specialist on their fields, telling them it is medical and they see no signs of abuse.

Please help our family ensure CPS is held accountable and our son is exonerated of these false accusations of abuse.

Melanie and David Jinkins
Lucas, Nikola and Kindyn Jinkins



**From:** MelAnne ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, February 10, 2022 12:14 PM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Jinkins - Foster Care for Money

CAUTION - EXTERNAL:
The 'foster family':
🚫 Failed to give our grandson his daily medically prescribed eye drops?
🚫 Required emergency medical evaluation for allowing a bag to become twisted around our grandsons arm
🚫 Left our grandson in a supine position requiring him to endure two DOC Band helmet treatments
🚫 Had to have a doctor tell them to get the necklaces of beads from around the boys necks as they are choking hazards for babies
🚫 Ignored our grandsons swelling head and neglected his discomfort while suffering hydrocephalus
🚫 contributed to the 5 months of physical therapy our grandson required

Each of these have medical specialist support and diagnosis.

Our grandchildren should never have been removed from our home.
After they were abducted, we were never contacted again by anyone, until we were randomly called and asked if we wanted them back.

Do we want to rescue them from a corrupt, broken CPS and foster system?? - YES!
CPS's primary #1 goal has been from the beginning has been to terminate parental rights.

Why then did servant Ariel Crosby call the birth mother -- knowing she was not allowed too communicate with her outside of her attorney -- five times until the birthmother answered the phone?  Further harassing, bullying her about the decision our family, together has made?

AFTER the birth mother voluntarily relinquished her rights!!!

The mere fact CPS feels so strongly to fight and interject in this private family manner is just more evidence of the true goal:  gross vindictive abuse of the authority entrusted to them by the people of our community.

Servant Ariel Crosby further supply misleading and false information; as she has this entire case, requires severe review followed by termination of herself and her superiors.

The one VERY IMPORTANT point that even servant Ariel Crosby, Nicole Franco, Yolanda Doucet, Nicole Stagg and Javier Gonzalez are all in unanimous agreement of:   our grandchildren's medical, mental, emotional, physical care is unquestionable.

CPS servants hate me for voicing, identifying, and calling them out on their mis-steps, abuse, and blatant vindictive non-professional behavior, is the true issue at hand and requires as stated, review and termination of those who ever handled this case unprofessional and with such malice.

Melanie Jinkins

**From:** MelAnne ████████████████
**Sent:** Thursday, February 10, 2022 12:16 PM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
**Subject:** Fwd: Jinkins - Requested Approval

**CAUTION - EXTERNAL:**

Look how far CPS was willing to go to abduct and traffick our grandchildren from our family  !!!!!

---------- Forwarded message ---------
**From: MelAnne** ████████████████
**Date:** Wed, Dec 22, 2021, 7:11 PM
**Subject:** Fwd: Jinkins - ---------- Forwarded message ---------
**From: Hernandez, Courtney (CAO)** <Courtney.Hernandez@cao.hctx.net>
**Date:** Wed, Dec 22, 2021, 1:33 PM
**Subject:** RE: Jinkins - Requested Approval
**To:** MelAnne ████████████████ Stephanie Proffitt <stephanie@proffittfamilylaw.com>
**Cc:** Powell ,Deedra R (DFPS) <Deedra.Powell@dfps.texas.gov>, Crosby,Ariel M (DFPS)
<Ariel.Crosby2@dfps.texas.gov>, Franco,Nicole D (DFPS) <Nicole.Franco@dfps.state.tx.us>, Lee, John
(CSTT Advisory Council) <John.Lee@dfps.state.tx.us>, Khan,Shamaila Z (DFPS)
<Shamaila.Khan@dfps.texas.gov>, Catti M. Camacho <catti@proffittfamilylaw.com>, Nicole Stagg
<stagglaw@yahoo.com>, Javier Gonzalez <javier.gonzalez@childadvocates.org>

All

The Agency has attempted to work in the best interest of these children for the entirety of this
case. To my understanding the children were in a very good foster home that was willing to
adopt if necessary from 6/26/2019-11/12/2019. The Jinkins' requested their grandchildren placed
with them and after many conversations, meetings, and DFPS policy, the Agency decided to
place in your home as an intended to be permanent placement. We originally wanted to proceed
with termination of parental rights and allow you and your husband to adopt but the grandparents
were against it. We then moved to Permanent Managing Conservatorship without termination
which was agreed to at mediation by the grandparents, however the parents were the ones that
did not sign. Now, if I understand correctly, the parents have relinquished, but you do not plan
on keeping the children and have chosen an alternative non-relative family to adopt your
grandchildren.

As the Managing Conservator DFPS has the legal right to determine the children's residence at
this time. The order giving the grandparents "rights" was terminated the granting of *their own*
Motion For New Trial. At the current time, there are no court orders that give the Jinkins rights,
at present you have a petition on file to request rights from the Court. Again, this was done *at
your request*. Your request included re-appointing the Agency as the decision-maker for the
children. When the Agency is the decision-maker we have policies and procedures that must be
followed. At the end of the day the Agency makes recommendations to the Court along with the

ad-litem and guardian ad-litem and the Court will ultimately make the final decision of the outcome for these children.

With regards to the specific concern of out of town visitation, in addition to DFPS, this would need to be approved by the children's attorney and their CASA GAL. As of our meeting on Monday, those two parties had no information on this proposed placement. The information that DFPS has was provided to them and our understanding is that they want to interview these people and see the home as well prior to making any further decisions with this placement, including whether or not to pursue it. However, if that is not the case I have copied them both on this email.

I honestly don't see our positions as far apart. However, in an effort to stay transparent on how we are proceeding, I will let you all know that it appears the placement has told Ariel they may not want a homestudy, despite the fact that they had already been in contact with our FAD Department and had a worker assigned, prior to our contact with them. In terms of DFPS agreeing to any placement with them, that will be a roadblock.

Please know that I have instructed my client to not respond to any further emails regarding this issue until we can either 1) Procedurally and in accordance with DFPS policy agree to any or all of your requests or 2) Decide to take further action procedurally in the case. Of course, if there are any issues at all regarding the health and safety of the children, DFPS will respond accordingly without my involvement, and the worker will continue to reach out to see the children as they are entitled and required to.

*Courtney A. Hernandez*
Assistant County Attorney

E: courtney.hernandez@cao.hctx.net

P: ▮▮▮▮▮▮▮

**Office of the Harris County Attorney**

**Christian D. Menefee**

▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

cao.harriscountytx.gov.

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

**From:** MelAnne ███████████████████
**Sent:** Tuesday, December 21, 2021 8:47 PM
**To:** Stephanie Proffitt <stephanie@proffittfamilylaw.com>
**Cc:** Powell ,Deedra R (DFPS) <Deedra.Powell@dfps.texas.gov>; Crosby,Ariel M (DFPS) <Ariel.Crosby2@dfps.texas.gov>; Franco,Nicole D (DFPS) <Nicole.Franco@dfps.state.tx.us>; Lee, John (CSTT Advisory Council) <John.Lee@dfps.state.tx.us>; Hernandez, Courtney (CAO) <Courtney.Hernandez@cao.hctx.net>; Khan,Shamaila Z (DFPS) <Shamaila.Khan@dfps.texas.gov>; Catti M. Camacho <catti@proffittfamilylaw.com>
**Subject:** Re: Jinkins - Requested Approval

 Civil Servants,

Thank you again for the absolutely wonderful decision to abuse the  authority our community entrusted you with by trying to intentionally inflicting pain and stress on our family.

Violating our rights out of spite and pettiness is good stuff.

We tried to request and do things correctly and CPS chose to continue to bully and abuse us......yet again.

Thank you again for helping us prove your intentions have never been nor ever will be honorable or on the spirit of the propaganda DFPS tries to tell the communities they are to serve (not abuse).

You are exactly what is wrong with the corrupt and broken system.

A system I will fight to get cleaned up and rid of bad actors like you until the day I die.

The Jinkins

On Tue, Dec 21, 2021, 5:15 PM Stephanie Proffitt <stephanie@proffittfamilylaw.com> wrote:

Can someone please explain to me why this is an issue.  For god sake, these are people that love these children.  Good people! Ms. Khan, you know me, what do we need to do to just get this case finalized and let this family live in peace?

Stephanie J. Proffitt
Board Certified - Family Law
Board Certified - Child Welfare Law
Attorney/Mediator
~~███████████████~~
Houston, Texas 77002
Tel: ~~█████████~~
Fax: ~~██████████~~

For an immediate response, please make sure my paralegal Catti is included in all correspondence to me. Catti@proffittfamilylaw.com

**Error! Filename not specified.Error! Filename not specified.  Error! Filename not specified.Error! Filename not specified.**

*"The finest compliment we can receive is a referral from our trusted friends and satisfied clients."*

CONFIDENTIALITY NOTICE:  THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address.  Thank you.

In compliance with regulations issued by the Internal Revenue Service, we inform you that any federal tax advice contained in this communication including any attachments was not written to be used and may not be used by any person to avoid any penalties under the Internal Revenue Code.

On Dec 21, 2021, at 4:53 PM, MelAnne ███████████████ wrote:

No

You will NOT hold up hostage in an execution of your abuse of authority

We are done being terrorized and harassed by the likes of civil servants who forget the position and purpose of the DFPS office

Who rather abuse care providers than care about the INNOCENT FAMILIES AND CHILDREN

Again, thank you for giving us solid evidence of your games of abuse.

 This is a Christmas blessing :-)

On Tue, Dec 21, 2021, 4:48 PM Powell ,Deedra R (DFPS) <Deedra.Powell@dfps.texas.gov> wrote:

Again, please let us know what date the day visit will take place. Thank you

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**From:** MelAnne ███████████████
**Sent:** Tuesday, December 21, 2021 4:46:05 PM
**To:** Powell ,Deedra R (DFPS) <Deedra.Powell@dfps.texas.gov>
**Cc:** Crosby,Ariel M (DFPS) <Ariel.Crosby2@dfps.texas.gov>; Franco,Nicole D (DFPS) <Nicole.Franco@dfps.state.tx.us>; Lee,John L (DFPS) <john.lee@dfps.state.tx.us>; Hernandez, Courtney (CAO) <Courtney.Hernandez@cao.hctx.net>; Khan,Shamaila Z (DFPS) <Shamaila.Khan@dfps.texas.gov>; Stephanie Proffitt <stephanie@proffittfamilylaw.com>; Catti <catti@proffittfamilylaw.com>
**Subject:** Re: Jinkins - Requested Approval

**WARNING:** This email is from outside the DFPS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Thank you for the solid evidence of pure evil and harassment

Knew we could count on CPS to prove us right.

You play dangerous wreakless games with people's lives out of spite and care nothing about families.

Thank you again !!

This is awesome and we really appreciate you.

David &  Melanie Jinkins

On Tue, Dec 21, 2021, 4:42 PM Powell ,Deedra R (DFPS) <Deedra.Powell@dfps.texas.gov> wrote:

Good afternoon,

As previously stated they are approved for a day visit only which is to be held in Harris County. No other approvals will be made at this time. Thank you.

_____

**From:** MelAnne <▉▉▉▉▉▉▉▉▉▉▉>
***Sent:*** Tuesday, December 21, 2021 4:35:00 PM
**To:** Crosby,Ariel M (DFPS) <Ariel.Crosby2@dfps.texas.gov>
**Cc:** Franco,Nicole D (DFPS) <Nicole.Franco@dfps.state.tx.us>; Lee,John L (DFPS)
<john.lee@dfps.state.tx.us>; Hernandez, Courtney (CAO) <Courtney.Hernandez@cao.hctx.net>;
Khan,Shamaila Z (DFPS) <Shamaila.Khan@dfps.texas.gov>; Powell ,Deedra R (DFPS)
<Deedra.Powell@dfps.texas.gov>
**Subject:** Re: Jinkins - Requested Approval

**WARNING:** This email is from outside the DFPS system. Do not click on links or attachments
unless you expect them from the sender and know the content is safe.

No

Add them to the approved list.

Period.

On Tue, Dec 21, 2021, 4:05 PM Crosby,Ariel M (DFPS) <Ariel.Crosby2@dfps.texas.gov> wrote:

Good afternoon Mrs. Jinkins,

The family is approved for a one-day visit with the children in Harris County. Please let us know what date and time that will be.

---

**From:** MelAnne ████████████████
**Sent:** Tuesday, December 21, 2021 3:12 PM
**To:** Crosby,Ariel M (DFPS)
**Cc:** Franco,Nicole D (DFPS); Lee,John L (DFPS); Hernandez, Courtney (CAO); Khan,Shamaila Z (DFPS)
**Subject:** Re: Jinkins - Requested Approval

**WARNING:** This email is from outside the DFPS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Ariel,

We have not heard from you today.

Have Lars & Courtney Hjaltman been cleared and added to our approved list as of this time?

If not, please provide the *reasoning behind the decision to ignore our request.*

Thank you

David & Melanie Jinkins


On Tue, Dec 21, 2021, 8:32 AM MelAnne a██████████████ wrote:


Again, you fail to see details.


I had already included the county attorney.


We fail to understand why you chose to not follow through last week when you were informed of the request.


Thank you for not caring about the families you were hired to serve.


Melanie Jinkins




On Tue, Dec 21, 2021, 7:40 AM Crosby,Ariel M (DFPS) <Ariel.Crosby2@dfps.texas.gov> wrote:

Good morning!


I have cc'd my covering supervisor in this email chain and the county attorney.

**From:** MelAnne ▋▋▋▋▋▋▋▋▋▋▋
**Sent:** Tuesday, December 21, 2021 12:14 AM
**To:** Crosby,Ariel M (DFPS); Franco,Nicole D (DFPS); Lee,John L (DFPS); Hernandez, Courtney (CAO)
**Subject:** Fwd: Jinkins - Requested Approval

**WARNING:** This email is from outside the DFPS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

We understand civil servant Ariel Crosby spoke with Courtney Hjaltman and stated she had to clear the Hjaltmans with her supervisor.

It has been days.

Clearing individuals to be on the approval list does not take days, supervisor approval; nor a home study.

It literally requires a background check, which they already have on file, including FBI background checks.

Why has your office staff continued to deny our family and further abuse us in this manner?

CPS propaganda claims the goal is to build stronger better families by providing resources and tools to those in need.

Yet you continue to deny us even the simplest of requests.

John Lee, as a director you are required to ensure such unprofessional behavior does not impede the goals of DFPS; yet they continue to do so and nothing is done.

Our family does not deserve the continued disrespect and abuse while there are true circumstances of child neglect and abuse requiring the resources of civil servants who really want to help children in crisis rather than contribute intentionally causing a family crisis.

Do Better.

Complete the approval immediately.

David and Melanie Jinkins

---------- Forwarded message ---------
From: **MelAnne** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: Mon, Dec 20, 2021, 6:29 PM
Subject: Jinkins - Requested Approval
To: Doucet,Yolanda F (DFPS) <Yolanda.Doucet@dfps.texas.gov>, Taylor-Owens,Jennifer L (DFPS) <Jennifer.Taylor-Owens@dfps.state.tx.us>, Lee,John L (DFPS) <john.lee@dfps.state.tx.us>
Cc: Stephanie Proffitt <stephanie@proffittfamilylaw.com>, Catti <catti@proffittfamilylaw.com>

On 17dec2021 @ approximately 9:40am a request from David Jinkins was sent to Yolanda Doucet upon which she replied she would take action on the request for Courtney and Lars Hjaltman to be approved and placed on our approved list.

Courtney and Lars Hjaltman have completed background and FBI checks on file with DFPS.

A follow up text was sent this morning and has received no reply.

Our experience with approval requests have been unfortunately negative.  It took over a year and once a supervisor was involved, less than 72 hours it was completed.

Today civil servant Ariel Crosby stated Yolanda Doucet is no longer the Kinship CPS civil servant.

We are again requesting the approval be processed with prompt respect.

Delaying is received as CPS yet again intentionally generating hardships, proving they do not care about the innocent families they are employed to serve, much less the innocent children.

David and Melanie Jinkins

**NOTICE:** There has been a change to my email address. Effective immediately, my new email address is: **Ariel.Crosby2@dfps.texas.gov.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.