| | |
|---|---|
| **From:** | Lisa Drain |
| **To:** | Lori Purifoy |
| **Subject:** | Re: Insight to CCI Director"s Character |
| **Date:** | Sunday, March 20, 2022 8:30:57 PM |
| **Attachments:** | Justin DFPS Resignation.pdf |
| | Ashley Wisdom Letter.pdf |

**CAUTION - EXTERNAL:**

Ms. Purifoy,

I am writing to you again to update you on events that transpired after I sent the last email. Justin Lewis called me two hours after the email was sent, with no external prompting. He let me know that following our conversation the night before, he was able to reflect on his actions and inactions. He apologized to me for disappointing me, as well as himself. He let me know that he has decided to submit his resignation letter and would like the opportunity to meet with me and show me this letter as it would demonstrate the accountability he was now taking.

Today I met with him, and he provided me with a resignation letter as well as a reference letter to former DFPS CCI Program Administrator Ashley Wisdom (please see attachments). After reviewing the documents and having a long conversation, my confidence in his integrity has been restored. He let me know that when I confronted him the previous evening, he didn't take responsibility in the moment because he was ashamed and afraid of losing the ability to provide for his family. He thanked me for allowing him the opportunity to make attempts to mend our friendship. While his inactions during the past few weeks greatly disappointed me, I am proud of his courage to rectify the damage he participated in causing. I have every confidence that he will return to making positive contributions to this world (though not at DFPS).

While his text to me that referenced District Court Judge Janis Jack was inexcusable, I would like to note a few things. He was inebriated when he sent the text. He has spoken to me, a friend in confidence, previously on the frustrations around the litigation and his frustrations with the Department's inadequate responses, and never made a derogatory comment regarding Judge Jack as a person. I didn't respond to his disrespectful comment because this was wildly out of character for him; it was truly a level of disrespect that I would <u>never</u> have anticipated from him about anyone.

Towards the end of our conversation today, I let him know of the email that I sent yesterday. I explained my reasons for sending the email, and he readily acknowledged he understood why I took that action based on how our conversation ended. He expressed to me what appeared to be genuine remorse for the comment, for what that is worth.

Justin has not asked that I write this follow up. I am doing so because I feel it is the right thing to do. If I had the option to recall my previous email entirely, I would do so as he is already facing serious consequences for standing up for what he feels is right in his convictions. Additionally, I also want to say that at no point did I extend any ultimatum to Justin, as I feel that would have cheapened any response from him.

Again, I am not asking for anything in response, but am available if verification, additional information, or context is needed.

Thank you for your time,

Lisa Drain
███████

On Sat, Mar 19, 2022 at 10:48 AM Lisa Drain <lisamdrain@googlemail.com> wrote:
> Ms. Purifoy,
>
> I am writing to you in order to pass on a comment made to me regarding District Judge Janis Graham Jack by DFPS Child Care Investigations Division Director Justin Lewis. The comment I am referring to is Text 3 of 3, though I have included all texts exchanged on Saturday March 12, 2022 between him and myself for context. I did black out the name of a minor child he references (a child known to him, not related to DFPS).
>
> I am providing this text as it may or may not be of interest to Judge Jack. The language is insulting and may be considered threatening. Please believe that my intention is not to attempt to cause any harm to her by sharing this.
>
> The reason I am sharing this with you is because I feel Justin Lewis does not respect the foster care litigation process and I have lost all professional confidence in him due to recent events (finalized by a conversation that occurred last night between us). I have 15 years of professional child welfare experience, however I burned out last year. While I have not worked for DFPS in over a year, I am invested in our children being better served because they continue to be failed. This will not end if DFPS leadership continues to refuse accountability for systemic failures, disregard the guidance provided by legislature, and fail to meet very basic expectations set by the court.
>
> I am not asking for anything in response, but am available if verification, additional information, or context is needed.
>
> Thank you for your time,
>
> Lisa Drain
> ███████

--
Lisa Drain

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



**Texas Department of Family and Protective Services**

**Commissioner**
*Jaime Masters, MS, MFT*

March 20, 2022

Associate Commissioner Robert Richman,

It is after great thought and reflection that I am writing this letter to you, resigning my position as Director of Child Care Investigations with DFPS. The events of the past three weeks have cemented in my head and heart what I feared most when I took this job a year ago – state office would not be a good long-term fit for me.

While I feel that the work that I have taken part in has brought great growth and improvement to the division, I cannot acquiesce to the political nature of the job. I can't even begin to say that I understand the political pressures associated with being in the top leadership – but as someone who generally abhors politics, it is something I can no longer deal with at the expense of my family, my health, and my self-worth.

When we gathered in the day-long meeting in the commissioner's conference room on 03/14 going day-by-day it was apparent that blame for the lack of upward movement of information came from multiple DFPS divisions (including high level regional staff), SSCC staff, and HHSC personnel. We spoke about the different levels of supervision in different division that had knowledge at multiple times in the investigation without elevating the alarm. There were also numerous mandatory reporters that failed to report alleged offenses against children.

Despite this, two of my staff were put on public display to the legislature, and consequently the media, while other divisions (with far more folks involved) were not mentioned. When Ms. Wisdom found out about the allegations and totality of the issues, she immediately called for a high-risk staffing with our complex investigation division and the assigned Special Investigation personnel and after that, a second one with her direct supervisor. While it is my expectation that certain cases be elevated up, there was no written DFPS policy requiring it prior to this situation. Though she did not successfully *immediately* elevate the concerns to her supervisor or myself, she tried and continued to direct the investigation – which is more than I can say about staff in other divisions. Yet staff in other divisions – the actual divisions responsible for the placement and movement of the children in our care – sit quietly in the shadows hiding while the public political flogging goes on. We talk about morale in the RCCI division often. What better way to kill morale of a group of hardworking individuals than for them to see this knowing that others failed as well with no mention.

701 W. 51st Street • P.O. Box 149030 • Austin, Texas  78714-9030 • 512-438-4800 • www.dfps.state.tx.us
*An Equal Opportunity Employer and Provider*

Considering these things, I must step down from my position effective immediately to preserve my family, my health, and my own opinion of myself. One thing I told myself I would never do when I accepted this position is sacrifice my ideals while dealing with political pressures and throw any person "in front of the bus" and the way this has played out … well it just doesn't sit right in my gut.

I am, and will be, forever grateful for the opportunities and professional advancement and achievement that this position as presented me. This position has been my most proud professional accomplishment to date, and I have made friendships and connections that I hope will last a lifetime. But as a close friend whose opinion I value more than almost any other person outside my family pointed out to me – I have become a weekend father, sacrificed my physical and mental health, and seemingly started to sacrifice who "I" am for this position. Giving "myself" up for professional achievement is not, and has never been, worth it to me.

My family needs me home and I needed to speak my mind in an attempt to "protect the unprotected" to be able to look at myself in the mirror each morning and not be unhappy with who I see looking back at me.

Sincerely,

Justin Lewis

 **Texas Department of Family and Protective Services**

**Commissioner**
*Jaime Masters, MS, MFT*

March 20, 2022

To Whom it May Concern,

I am writing this letter of reference on behalf of Ms. Ashley Wisdom. I have known Ms. Wisdom since November 2016 when she was a DFPS Investigator working out of the Dallas Children's Advocacy Center (DCAC). I was working as a Special Investigator for DFPS and was temporarily assigned to the DCAC.

From 2016 until the fall of 2021, I watched Ms. Wisdom work as an investigator and then as a unit supervisor for several years. I have not met a DFPS investigator that was as invested in her work as Ms. Wisdom. She showed compassion to victims and worked with families to keep children safe while working on helping the families stay together, if possible. As a supervisor, she cared about her workers and would often put herself out in the field to assist her crew and worked late into the night in an attempt to stay afloat in a region that was consistently understaffed and overworked. It was because of this dedication to her trade and the people that worked with her that I recruited her to come work for me in the Child Care Investigations Division of DFPS in the fall of 2021.

Ms. Wisdom came into the division, managing four regions in Central, North Central, and East Texas, eager to learn and soaking up information like a sponge. She immediately tackled morale and supervision issues in one region while working on improving investigation quality and outcomes across all her area of responsibility. I could not have been happier with the job she was doing. Unfortunately, a bad case broke in early March 2022 that took place in one of the regions Ms. Wisdom covered. Intense media coverage ensued and the blame for a system-wide breakdown in communication was placed on the shoulders of Ms. Wisdom and one of the supervisors working under her. This total blame of two people for a system failure was unwarranted.

In short (and I can be contacted personally to answer any other questions you may have), Ms. Wisdom is a skilled investigator, good supervisor, and all-around good person. As I said above, you would be hard pressed to find someone who cares more about families and children – and the safety of both – than Ms. Wisdom.

701 W. 51st Street • P.O. Box 149030 • Austin, Texas  78714-9030 • 512-438-4800 • www.dfps.state.tx.us
*An Equal Opportunity Employer and Provider*

Thank you for your time in reading this letter, and please consider Ms. Wisdom for this position. I have full confidence in her ability to succeed in anything she does. Please reach out to me if you have any questions or need other information. The contacts below are my personal contact numbers/email.


Thank you,

Justin Lewis
Director of Child Care Investigations (former)
Texas Department of Family and Protective Services
Cell: 972-268-1169
Email: lewis.justin3819@gmail.com