# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20220317-3
```

M Vasquez
231 Pearl St, Apt. A
Briggs, Tx US 78608

United States Courts
Southern District of Texas
FILED

MAR 25 2022

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, March 17, 2022
Case Number: 2:11-cv-00084
Document Number: 1212 (1 page)
Notice Number: 20220317-3
Notice: The attached order has been entered.

US POSTAGE PITNEY BOWES
ZIP 77002 $ 000.53°
02 1W
0001374615 MAR. 17. 2022

United States Courts
Southern District of Texas
FILED

MAR 25 2022

Nathan Ochsner, Clerk of Court

NIXIE        787    DE 1              0003/23/22
        RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 77208101010        *1365-10013-17-45

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS