United States District Court
Southern District of Texas
**ENTERED**
March 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. Abbott | § § | CIVIL ACTION NO.2 :11-CV-00084 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

It is ORDERED that DFPS and HHSC bring all video interviews of girls in relation to The Refuge investigation to the hearing on March 30th at 9:00 a.m.

SIGNED and ORDERED on March 26, 2022.

_____
Janis Graham Jack
Senior United States District Judge