IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., *b/n/f* STUKENBERG, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, his official capacity as Governor of the State of Texas; CECILE ERWIN YOUNG, in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas; JAIME MASTERS, in her official capacity as Commissioner of the Department of Family and Protective Services of the State of Texas,<br><br>*Defendants*. | CIVIL ACTION NO. 2:11 CV-00084 |

**GOVERNOR GREG ABBOTT'S ADVISORY
CONCERNING THE COURT'S MARCH 15, 2022 INQUIRIES**

The Court held a brief telephonic hearing in the above-captioned case on March 15, 2022. During the hearing, the Court informed the parties that in the course of his investigation, a member of the Texas Rangers contacted one of the court-appointed monitors concerning communications about an incident at The Refuge for DMST, a long-term, live-in rehabilitation facility located in Bastrop, Texas. During the hearing, the Court inquired about the Texas Ranger's inquiry and requested additional information about the investigation.

The day after the hearing, the Texas Department of Public Safety (DPS) issued a summary of initial findings. In addition to the letter, the Director of the Texas Department of Public Safety, Steven C. McCraw, appeared and testified before committees formed by the Texas Senate and the Texas House of Representatives on March 17, 2022, and March 21, 2022, respectively. Ex. 1, 2 (Hearing

Notices). At those hearings, Director McCraw testified about, among other things, the DPS investigation into the allegations about residents of The Refuge for DMST.

For the benefit of the Court, the portions of the hearings during which Director McCraw testified have been transcribed. Additionally, testimony from Commissioner of the Department of Family and Protective Services Jaime Masters has also been transcribed. Both transcriptions were performed by a certified court reporter and are attached to this Advisory. Ex. 3, 4.

The certified transcripts provide additional information surrounding the initial report of the explanation of the events leading up to the letter the Court filing ECF 1195, the investigation by DPS that followed, and the response from DFPS. The attached transcripts derive from the publicly-available video recordings of the Texas Senate and House of Representatives hearings. Those videos can be found at the following links:

Texas Senate March 17, 2022 hearing:

https://tlcsenate.granicus.com/MediaPlayer.php?view_id=52&clip_id=16746

Texas House of Representatives March 21, 2022 hearing:

https://tlchouse.granicus.com/MediaPlayer.php?view_id=46&clip_id=23166

Date: March 29, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Texas Bar No. 00798537
Southern District of Texas No. 1829509

*/s/ Eric A. Hudson*
ERIC A. HUDSON
Senior Special Counsel
Texas Bar No. 24059977
Southern District of Texas Bar No. 1000759

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548 Tel.:
(512) 936-2266
Fax: (512) 457-4410

**Counsel for Greg Abbott, in his official capacity as Governor of the State of Texas**

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022. I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

*/s/ Eric A. Hudson*
ERIC A. HUDSON