# Exhibit 1

**SENATE**

**NOTICE OF PUBLIC HEARING**

| | |
|---|---|
| COMMITTEE: | Child Protective Services, Special |
| TIME & DATE: | 12:00 PM, Thursday, March 17, 2022 |
| PLACE: | Senate Chamber |
| CHAIR: | Senator Lois Kolkhorst |

The Special Committee on Child Protective Services will meet Thursday, March 17, 2022 at 12:00PM.

Invited testimony only.

**NOTICE OF ASSISTANCE AT PUBLIC MEETINGS**
**PERSONS WITH DISABILITIES WHO PLAN TO ATTEND THIS MEETING AND WHO MAY NEED ASSISTANCE, SUCH AS A SIGN LANGUAGE INTERPRETER OR PERSONAL ASSISTIVE LISTENING DEVICES, ARE REQUESTED TO CONTACT THE SENATE COMMITTEE COORDINATOR AT 512/463-0070, 72 HOURS PRIOR TO THE MEETING SO APPROPRIATE ARRANGEMENTS CAN BE MADE.**

.