# Exhibit 2

**HOUSE OF REPRESENTATIVES**

**NOTICE OF PUBLIC HEARING**

```
COMMITTEE:     Human Services
TIME & DATE:   12:00 PM, Monday, March 21, 2022
PLACE:         E2.030
CHAIR:         Rep. James B. Frank
```

The Committee will meet in a public hearing and hear invited testimony to consider the following:

- The committee will consider Department of Family and Protective Services, Department of Public Safety, and Health and Human Services Commission actions related to security and safety of Texas youth in state-licensed facilities, the efficacy of investigative and regulatory processes, and what further action can be taken to ensure child safety.
- The committee will receive an update on the ongoing lawsuit and its impact on foster care capacity and other impacts on the child welfare system.
- The committee will review implementation of child welfare legislation passed by the 87th Legislature.

Electronic public comment will be available for:

Security and safety of Texas youth in state-licensed facilities

Efficacy of investigative and regulatory processes

Impact of the lawsuit on foster care capacity and the child welfare system

Implementation of child welfare legislation


For those persons who will be testifying, information for in-person witness registration can be found here:
https://mytxlegis.capitol.texas.gov/HWRSPublic/About.aspx

A live video broadcast of this hearing will be available here:
https://house.texas.gov/video-audio/

Instructions related to public access to the meeting location and health and safety protocols for attending this meeting are available here:
https://house.texas.gov/committees/public-access-house-committee-meetings/

Texas residents who wish to electronically submit comments related to

agenda items on this notice without testifying in person can do so until the hearing is adjourned by visiting: https://comments.house.texas.gov/home?c=c310

---

**NOTICE OF ASSISTANCE AT PUBLIC MEETINGS**
Persons with disabilities who plan to attend this meeting and who may need assistance, such as a sign language interpreter, are requested to contact Stacey Nicchio at (512) 463-0850, 24 hours prior to the meeting so that appropriate arrangements can be made.