**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

**CASE NO.   CA-C-11-084**

| | | |
|---|---|---|
| **M.D., ET AL** | )( | **Judge   Janis Graham Jack** |
| | )( | |
| **Plaintiffs** | )( | **Courtroom Deputy   Lori Purifoy** |
| | )( | |
| vs. | )( | **ERO/Court Reporter   Pamela Wilson** |
| | )( | |
| **ABBOTT, ET AL** | )( | **Proceeding:   Status Conference** |
| | )( | |
| **Defendants** | )( | **Date:   March 30, 2022** |
| | )( | |
| | )( | **Exhibit List of:    Court** |
| | )( | |
| **Page  1    of   1   Pages** | )( | |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Video Excerpts from House & Senate Hearings (thumb drive) | X | | | 3/30/22 | |
| 1-1 | Text Excerpts from House & Senate Hearings | X | | | 3/30/22 | |
| 2 | Full Video of House & Senate Hearings (thumb drive) | X | | | 3/30/22 | |
| 3 | Letter to Monitors from Tara | X | | | 3/30/22 | |
| 4 | Letter to Gov Abbott from Steven McCraw, Dir of TDPS | X | | | 3/30/22 | |
| 5 | Email from Karl Neudorfer to monitors | X | | | 3/30/22 | |
| 7 | Order dated 11/20/18 | X | | | 3/30/22 | |
| 8 | Update to Court re: The Refuge for DMST | X | | | 3/30/22 | |
| 9 | Letter from Steven McCraw to Chairman Frank | | | | | |