# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

M.D., et al.

v.  Case Number: 2:11−cv−00084

Greg Abbott, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Janis Graham Jack**

**PLACE:**
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:**   6/6/2022

**TIME:**   09:00 AM

**TYPE OF PROCEEDING:**   Status Conference

Date:   April 4, 2022

Nathan Ochsner, Clerk