

# INVOICE

| | |
|---|---|
| **From** | **Public Catalyst** |
| | 99 Wood Avenue South, Suite 301 |
| | Iselin, NJ 08830 |
| | **FEIN #: 26-3119454** |

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 21-08 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 4/05/2022 | | |
| **Due Date** | 5/05/2022 | | |
| **Subject** | Texas Monitoring Team: March 2022 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $726,970.00 |

| | |
|---|---|
| **Amount Due** | **$726,970.00** |