IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § § | |
| *Plaintiffs,* | | |
| vs. | § § § § § § § § § | CIVIL ACTION NO. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | | |
| *Defendants.* | | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CLASS PLAINTIFFS' SECOND APPLICATION FOR ATTORNEY FEES AND EXPENSES

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Greg Abbott, in his official capacity as Governor of the State of Texas, Cecile Erwin Young, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission, and Jaime Masters, in her official capacity as Commissioner of the Texas Department of Family and Protective Services (collectively, "Defendants"), move for a thirty-day extension of the deadline to file their response to *Class Plaintiffs' Second Application for Attorney Fees and Expenses* ( ECF No. 1229) ("*Plaintiffs' Second Fee Application*").

Defendants' response to *Plaintiffs Second Fee Application* is presently due on April 27, 2021. S.D. Tex. Loc. R. 7.3, 7.4. If this motion is granted, Defendants will be allowed until and including May 27, 2022 to file their

response. Plaintiffs do not oppose this motion, and there is good cause for granting the extension.

Good cause exists for granting this motion to allow Defendants a sufficient opportunity to review the fees and expenses for which Plaintiffs seek payment from Defendants and from Texas taxpayer dollars. *Plaintiffs' Second Fee Application* seeks the recovery of nine months' worth of fees and expenses (from September 1, 2019 through May 31, 2020), on behalf of each of the three firms representing the Plaintiff class. *Pls.' 2nd Fee App.* at 5. Each of those three firms has submitted line-item time and expense reports, travel expense receipts, and invoices in support of the Application, which are detailed and voluminous. *Id.* at Exs. A–C. Defendants must review those reports in their entirety to determine the fees and expenses to which they can agree, and those to which they will object. The extension sought in this motion is warranted to allow Defendants to conduct that inquiry in a meaningful way. Defendants' request is not being sought for the purpose of delaying the proceedings in this matter, nor will Defendants' request for a thirty-day enlargement of time to respond prejudice the Plaintiff Class in their counsel's request for reimbursement of attorney fees and expenses.

Further, Plaintiffs do not oppose the extension being requested in this motion.

For each of these reasons, Defendants respectfully request up to and including May 27, 2022 to file their response to *Plaintiffs' Second Fee Application*. A proposed form of order granting this motion is attached.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation

RAYMOND C. WINTER
Chief—Civil Medicaid Fraud Division

ELIZABETH J. BROWN FORE
Chief—Administrative Law Division

/s/ Eric A. Hudson
ERIC A. HUDSON
Senior Special Counsel
Texas State Bar No. 24059977
S.D. Texas Bar No. 1000759

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548
Tel.: (512) 936-2266
Fax: (512) 457-4410
eric.hudson@oag.texas.gov

**Counsel for Defendant Greg Abbott, in his official capacity as Governor of the State of Texas**

/s/ *Reynolds Brissenden*
REYNOLDS BRISSENDEN
Director of Litigation, Attorney-in-Charge
Civil Medicaid Fraud Division
Texas State Bar No. 24056969
S.D. Texas Bar No. 874997

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548
Tel.: (512) 936-2266
Fax: (512) 457-4410
reynolds.brissenden@oag.texas.gov

**Counsel for Defendant Cecile Erwin Young, in her official capacity as Executive Commissioner of the Texas Health and Human Services Commission**

/s/ *Karl E. Neudorfer*
KARL E. NEUDORFER
Texas State Bar No. 24053388
S.D. Texas Bar No.
CLAYTON R. WATKINS
State Bar No. 24103982
Assistant Attorneys General
Administrative Law Division

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-1410
Fax: (512) 320-0167
karl.neudorfer@oag.texas.gov
clayton.watkins@oag.texas.gov

**Counsel for Defendant Jaime Masters, in her official capacity as Commissioner of the Texas Department of Family and Protective Services**

4

## CERTIFICATE OF CONFERENCE

I certify that on April 20 and 21, 2022, counsel for Defendants conferred with counsel for Plaintiffs and that counsel for Plaintiffs, Marcia Lowry, indicated Plaintiffs are not opposed to Defendants' Motion for Extension of Time to File Response to Class Plaintiffs' Second Application for Attorney Fees and Expenses.

*/s/ Karl E. Neudorfer*
KARL E. NEUDORFER

## CERTIFICATE OF SERVICE

I certify that on April 22, 2022, a true and correct copy of the foregoing document has been served via electronic filing on all parties of record.

*/s/ Karl E. Neudorfer*
KARL E. NEUDORFER