United States District Court
Southern District of Texas
**ENTERED**
April 26, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § | |
| vs. | § § | CIVIL ACTION NO. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CLASS PLAINTIFFS' SECOND APPLICATION FOR ATTORNEY FEES AND EXPENSES

This matter came before the Court upon Defendants' Unopposed Motion for Extension of Time to File Response to Class Plaintiffs' Second Application for Attorney Fees and Expenses (the "Motion"). After consideration of Defendants' Motion and the arguments and authorities cited in it, the Court concludes that the Motion is well taken and should be GRANTED.

Accordingly, it is ORDERED that Defendants' Motion be and is GRANTED.

It is further ORDERED that Defendants shall have to and including May 27, 2022 to file their response to Class Plaintiffs' Second Application for Attorney Fees and Expenses.

SIGNED and ORDERED on ___APRIL 26___, 2022.

_Janis Graham Jack_
Hon. Janis Graham Jack
Senior United States District Judge