# Kristi Law

Pearland, TX 77584
[mskristilaw@gmail.com](mskristilaw@gmail.com)
+1 832 563 7300

Authorized to work in the US for any employer

## Work Experience

### Program Director
We R Champions - Houston, TX
July 2021 to Present

- Responsible for overall direction, management and coordination of the office
- Monitor and intervene as necessary in the adoptive/foster homes
- Ensure compliance with minimum standards and residential contracts
- Ensure compliance with policy and procedures
- Supervise and support all case managers and contractors
- Supervise all clinical and administrative staff
- Quarterly audits on parent and child files
- Responsible for a fiscally sound operation
- Oversee adoption activities and cases such as placements, monthly visits, and consummations
- Review and approve all written documents, including intake assessments, initial and subsequent placement documents, foster/adopt family home studies, investigative reports, treatment plans , corrective action plans and agency correspondence.

### Executive Director
TayBran Enterprises
November 2018 to Present

Executive Director/Owner
- Served as a liaison with potential stakeholders and DFPS
- Evaluates programs and makes recommendations for improvement
- Consults with potential and current DFPS contractors to maintain compliance
- Conducts home-study reviews for compliance with minimum standards
- Successfully assisted stakeholders to obtain licensure and contracts within Texas
- Developed and implemented policies and procedures for various GRO's and CPA's
- Consulted and directed various potential stakeholders on business ventures

### Program Specialist V
Department of Family and Protective Services
2018 to 2018

- Serve as primary placement coordinator for contracts initiated by the governor's office
- Excellent resource for placement options within the State of Texas
- Responsible for obtaining and negotiating specialty contracts in and out of state
- Ensure compliance with policy and procedures.
- Responsible for efficient data tracking for all placement searches

• Coordinates and collaborates with community stakeholders for the departments ongoing needs
• Participates on special committees as assigned by governor's office
• Responsible for meeting quick deadlines and daily problem solving

### Residential Contract Manager IV

Department of Family and Protective Services

2016 to 2018

• Serve as primary liaison between residential contractors and DFPS staff.
• Provide technical assistance, training, policy/procedure clarification, and recommendations to both DFPS staff and 24-hour residential child care contractors regarding services for DFPS children.
• Develop and manage contracts and amendments between DFPS and 24-hour child-care facilities.
• Ensure compliance with policy, contractual requirements.
• Oversee the completion and monitoring of required performance measure reports and recommends appropriate action.
• Coordinates and collaborates with program staff in program planning, development, implementation, analysis and documentation of contractual issues.
• Prepares risk assessments and participate in onsite and desk review monitoring of contractors to determine compliance with DFPS
• Acts as advisor to contractors on responsibilities and expectations.

### Program Director/ORR Programs

The Children's Center, Inc

2016 to 2016

• Ensure all contractual requirements and grant-specific financial requirements are met
• Coordinate interagency relationships with all funding sources and contracting agencies
• Adhere to and implement terms of the contract in •accordance with the funding source
• Provide staff training in the various requirements of the programs policies
• Monitor budget status reports on a monthly basis, conduce program needs assessments
• Participate as a member of the multi-disciplinary treatment team responsible for case management
• Comply with the agency and respective program policy and procedure manuals;
• Attend and participate in trainings, workshops to maintain current information
• Preparations and submission of monthly/quarterly reports to funding sources and TCI
• Prepare and manage program budget and approve all corresponding expenditures.

### Program Director/Licensed Administrator

Safe Haven Community Services

2012 to 2016

• Supports multi departments within the agency to ensure that each child receives services in accordance with program description
• Supervised treatment, planning and progress of all clients and parents
• Responsible for over-all direction, management, coordination, and evaluation of the office while ensuring compliance with state and all licensing standard for successful day to day activities
• Provided annual and quarterly training for all staff and foster parents

## Education

**Masters in Mental Health Counseling**
Walden University
2011

**Bachelors in Family and Child Studies**
McNeese State University
2001

## Skills

- Problem solving (10+ years)
- Case management (10+ years)
- Executive level (5 years)
- Interviewing (3 years)
- Isp
- Budget
- Program management
- Child Protective Services (7 years)
- Training & Development (6 years)
- Public speaking
- English
- Group Therapy
- Analysis Skills
- Social Work
- Crisis Intervention (10+ years)
- Management (7 years)
- Operations management (7 years)
- Business analysis
- Forecasting (5 years)
- Process Improvement (6 years)
- Intake Experience (7 years)
- Behavioral Health
- Management
- Leadership
- Healthcare management
- Content development
- Microsoft Excel
- Conflict management
- Microsoft Word

- Microsoft Powerpoint

## Certifications and Licenses

**CPR Certification**

**First Aid Certification**

## Additional Information

QUALIFICATIONS & SKILLS
Diagnostic Interviewing Analytical Skills Executive Level Management
Budget Planning Vocational Counseling Career Counseling
Problem Solving Intervention Skills Departmental Coordination
Case Management Approving ISP Program Management
Communication Skills Mission Driven Passion for my career
Attention to Detail Dependable Dedicated Work Ethic