IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al., | § § § § | |
| *Defendants*. | § § | |

**NOTICE OF APPEARANCE FOR DEFENDANT JAIME MASTERS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

TO THE HONORABLE JANIS GRAHAM JACK, UNITED STATES DISTRICT COURT JUDGE:

Defendant Jaime Masters, in her official capacity as Commissioner of the Department of Family and Protective Services of the State of Texas, files this Notice of Appearance of Laura A. Smith as additional counsel for Defendant Masters. This notice is filed subject to the granting of Ms. Smith's Motion for Admission *Pro Hac* Vice, which is being filed contemporaneously with this notice. Ms. Smith confirms that she has familiarized herself with the Local Rules of the Southern District of Texas and the procedures outlined in the Honorable Janis Jack's Order Regarding Cases Assigned to Janis Graham Jack, U.S. District Judge.

Laura A. Smith, Assistant Attorney General, Texas Bar No. 24126039, will appear as additional counsel for Defendant Masters in this case. Ms. Smith is a member in good standing of the State Bar of Texas.

1

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

NANETTE DINUNZIO
Associate Deputy Attorney General for Civil Litigation

ELIZABETH J. BROWN FORE
Chief, Administrative Law Division

*/s/ Laura A. Smith*
KARL E. NEUDORFER
TEXAS STATE BAR NO. 24053388
CLAYTON R. WATKINS
TEXAS STATE BAR NO. 24103982
LAURA A. SMITH
TEXAS STATE BAR NO. 24126039
ASSISTANT ATTORNEYS GENERAL
ADMINISTRATIVE LAW DIVISION

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. BOX 12548, CAPITOL STATION
AUSTIN, TEXAS 78711-2548
TELEPHONE: (512) 475-4200
FACSIMILE: (512) 320-0167
LAURA.SMITH@OAG.TEXAS.GOV

*Attorneys for Jaime Masters, in her official capacity as Commissioner of the Texas Department of Family and Protective Services*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2022, a true and correct copy of the foregoing document has been served via e-service and/or email on all parties of record.

                              */s/ Laura A. Smith*
                              LAURA A. SMITH
                              Assistant Attorney General