IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as § | |
| Governor of the State of Texas, et al., § | |
| § | |
| Defendants. § | |

## Update to the Court Regarding RO 35 Caseload Performance

Remedial Order 35: *Effective immediately, DFPS shall track caseloads on a child-only basis, as ordered by the Court in December 2015. Effective immediately, DFPS shall report to the Monitors, on a quarterly basis, caseloads for all staff, including supervisors, who provide primary case management services to children in the PMC class, whether employed by a public or private entity, and whether full-time or part-time. Data reports shall show all staff who provide case management services to children in the PMC class and their caseloads. In addition, DFPS' reporting shall include the number and percent of staff with caseloads within, below and over the DFPS established guideline, by office, by county, by agency (if private) and statewide. Reports will include the identification number and location of individual staff and the number of PMC children and, if any, TMC children to whom they provide case management. Caseloads for staff, as defined above, who spend part-time in caseload carrying functions and part-time in other functions must be reported accordingly.*

Remedial Order A1: *Within 60 days of the Court's Order, DFPS, in consultation with and supervision of the Monitors, shall propose a workload study to generate reliable data regarding current caseloads and to determine how many children caseworkers are able to safely carry, for the establishment of appropriate guidelines for caseload ranges. The proposal shall include, but will not be limited to: the sampling criteria, timeframes, protocols, survey questions, pool sample, interpretation models, and the questions asked during the study. DFPS shall file this proposal with the Court within 60 days of the Court's Order, and the Court shall convene a hearing to review the proposal.*

Remedial Order A2: *Within 120 days of the Court's Order, DFPS shall present the completed workload study submission to the Court, how many cases, on average, caseworkers are able to safely carry, and the data and information upon which the determination is based, for the establishment of appropriate guidelines for caseload ranges.*

Remedial A3: *Within 150 days of the Court's Order, DFPS shall establish internal caseload standards based on the findings of the DFPS workload study, and subject to the Court's approval. The caseload standards that DFPS will establish shall ensure a flexible method of distributing caseloads that takes into account the following non-exhaustive criteria: the complexity of the cases; travel distances; language barriers; and the experience of the caseworker. In the policy established by DFPS, caseloads for staff shall be prorated for those who are less than full-time. Additionally, caseloads for staff who spend part-time in the work described by the caseload standard and part-time in other functions shall be pro-rated accordingly.*

Remedial Order A4: *Within 180 days of the Court's Order, DFPS shall ensure that the generally applicable, internal caseload standards that are established are utilized to serve as guidance for supervisors who are handling caseload distribution and that its hiring goals for all staff are informed by the generally applicable, internal caseload standards that are established. This order shall be applicable to all DFPS supervisors, as well as anyone employed by private entities who is charged by DFPS to provide case management services to children in the General class.* [The Court modified the effective date of this Remedial Order to February 15, 2020.[1]]

1. Background

On December 16, 2019, the Court approved an agreed motion submitted by the parties that in lieu of conducting workload studies pursuant to Remedial Orders A1, A2, B1 and B2, DFPS and HHSC would use as caseload guidelines:

- 14-17 children per conservatorship caseworker, for the purpose of satisfying State obligations within Remedial Orders A2, A3 and A4;
- 14-17 investigations per DFPS CCI investigator, for the purpose of satisfying State obligations within Remedial Orders B2, B3 and B4; and
- 14-17 tasks per RCCR inspector, for the purpose of satisfying State obligations within Remedial Orders B2, B3 and B4.

To assess the State's compliance with Remedial Order 35, the Monitors requested and the State has provided point-in-time caseload data monthly to the Monitors. To validate the accuracy of the State's caseload data submissions, the Monitors randomly selected and interviewed 180 caseworkers from 65 counties as described below. In advance of the monitoring team's interviews with caseworkers, DFPS provided caseload information from the State's INSIGHT reporting tool

---

[1] Order Regarding Workload Studies in the November 20, 2018 Order 1-2, *M.D. ex rel. Stukenberg v. Abbott, No. 2:11-CV-84*, slip. op. (S.D. Tex. Dec. 17, 2019), ECF No. 772.

for each identified worker for a date selected by the Monitors;[2] for the SSCCs, DFPS provided the alternative workload reports that the respective SSCCs currently use as they do not use INSIGHT.

2. Remedial Orders 35 and A4: Caseworker Caseloads Performance Validation Results

Remedial Order 35: *Effective immediately, DFPS shall track caseloads on a child-only basis, as ordered by the Court in December 2015. Effective immediately, DFPS shall report to the Monitors, on a quarterly basis, caseloads for all staff, including supervisors, who provide primary case management services to children in the PMC class, whether employed by a public or private entity, and whether full-time or part-time. Data reports shall show all staff who provide case management services to children in the PMC class and their caseloads. In addition, DFPS' reporting shall include the number and percent of staff with caseloads within, below and over the DFPS established guideline, by office, by county, by agency (if private) and statewide. Reports will include the identification number and location of individual staff and the number of PMC children and, if any, TMC children to whom they provide case management. Caseloads for staff, as defined above, who spend part-time in caseload carrying functions and part-time in other functions must be reported accordingly.*

Remedial Order A4: *Within 180 days of the Court's Order, DFPS shall ensure that the generally applicable, internal caseload standards that are established are utilized to serve as guidance for supervisors who are handling caseload distribution and that its hiring goals for all staff are informed by the generally applicable, internal caseload standards that are established. This order shall be applicable to all DFPS supervisors, as well as anyone employed by private entities who is charged by DFPS to provide case management services to children in the General class.* (The Court modified the effective date of this Remedial Order to February 15, 2020.)

The Monitors cross-checked the monthly data files provided by the State for DFPS caseworkers, OCOK caseworkers, and 2INgage caseworkers and found the number of children assigned to each worker in the listing table added to the number of children in the caseload table. To analyze caseloads, the Monitors used the total number of children assigned to CPS CVS Specialists (I-V) at DFPS; Permanency Specialists at OCOK, and Permanency Case Managers at 2INgage.[3,4,5] The monitoring team also independently replicated caseload validation by

---

[2] DFPS describes INSIGHT as a tool to "manage critical case tasks and deadlines." DFPS, *Impact Modernization*, available at https://www.dfps.state.tx.us/Doing_Business/IMPACT_Modernization/default.asp.

[3] CVS Specialists I, II, III, IV, and V account for over 95% of all the staff listed by DFPS carrying at least one PMC child's case in each of the caseload reports the Monitors received from DFPS from March 2020 to January 2022. Supervisors account for most of the remaining case-carrying staff. For this report, the Monitors eliminated from the analysis staff with other titles because they account for a relatively small number of staff who carry a small number of PMC children. On January 31, 2022, for example, of the 1,330 DFPS staff carrying at least one PMC case, 1,271 (96%) are CVS Specialists I-V and 38 are supervisors (3%). Program specialists (6), master CVS specialists (10), and staff with other titles (5) account for the remaining 21 staff.

[4] The Monitors did not weight secondary assignments in their assessment of conformity with the caseload guidelines for this report and they continue to collect information in interviews with caseworkers and assess the appropriate methodology.

[5] Furthermore, since the State advised the Monitors that "the supervisor to staff ratio for CVS is 1:7," via E-mail from Tara Olah, Director of Implementation and Strategy, DFPS, to Kevin Ryan and Deborah Fowler, Monitors, on March 24, 2020, in order to assess conformance with standards for supervisors who carried cases, the Monitors calculated

interviewing 180 caseworkers, selected by the Monitors, about their caseloads and by conducting a comparison of the 180 worker workload reports (INSIGHT or alternative reports used by SSCCs) with the State's caseload data report for the corresponding month.

On July 31, 2021, there were 1,490 caseworkers who managed at least one PMC child's case; the total includes caseworkers employed by DFPS (1,301), OCOK (113), and 2INgage (76).[6] In the seven months of caseload reports that the State submitted between July 31, 2021 and January 31, 2022, it reported the highest number of caseworkers managing at least one PMC child's case on August 31, 2021 (1,497) and the lowest number on December 31, 2021 (1,455). From July 31, 2021 to January 31, 2022, the number of caseworkers managing at least one PMC case decreased by 13 (1%).

Remedial Order A4 became effective on February 15, 2020, requiring DFPS to ensure that the caseload standard of 14 to 17 children is "utilized to serve as guidance for supervisors who are handling caseload distribution" and is used to inform "hiring goals for all staff." In seven months of caseload reports starting on July 31, 2021 and ending on January 31, 2022, an average of 62% of all caseworkers managing at least one PMC child's case were assigned to serve 17 or fewer children and an average of 38% of these caseworkers served 18 or more children. The highest rate of conformance with the guidelines among the seven caseload reports occurred on January 31, 2022 (74%) and the lowest rate occurred on August 31, 2021 (57%). The average rate of caseworkers managing at least one PMC child's case assigned to serve 17 or fewer children was 59% in the Third Report.[7]

As shown in the table below, on January 31, 2022, of the 1,477 caseworkers who managed at least one PMC child's case, 1,086 (74%) caseworkers had 17 or fewer children on their caseload. Two-hundred and three (14%) carried 18 to 20 children on their caseloads. One-hundred and forty-seven (10%) carried 21 to 25 children on their caseloads. The remaining 41 workers (3%) carried more than 25 children on their caseloads, with 8 (1% of all workers) carrying more than 30 children on their caseloads. Three-hundred and fifteen (21%) of caseworkers carried 21 children or more on their caseloads on January 31, 2022.

**Table 1: All Caseworkers Managing at Least One PMC Child
July 2021 to January 2022**

---

supervisors' workloads. The Monitors assigned a weight of 14.29% for each supervised caseworker (100% - a full workload - divided by seven) and 5.88% (100% - a full caseload - divided by the agreed-upon standard of 17 cases) for each PMC/TMC child's case that the supervisor managed directly. To assess a supervisor who supervises six caseworkers and is the primary case manager for one child, the supervisor dedicates 85.74% of their time to supervision (six workers x 14.29%) and 5.88% of their time to primary case management for one child yielding 91.62% of a workload, which is below the supervisor's 100% availability and within the standard. If the supervisor supervises six caseworkers and serves as the primary case manager for four children, an additional 23.52% weight (5.88% x four) is added to their workload of six supervision assignments (85.74% + 23.52%) yielding 109.26% of a caseload, which is greater than 100% of their availability. *See* Deborah Fowler & Kevin Ryan, First Report 173, footnote 375, ECF No. 869.

[6] DFPS, *RO2.1 CVS caseloads January 2022 3-1-2022 log105088* (March 1, 2022) (on file with the Monitors).
[7] *See* Deborah Fowler & Kevin Ryan, Third Report 102, ECF No. 1165.

| Month | Caseworkers Serving at least one PMC Child | 17 Children or Fewer | | 18 Children or More | |
|---|---|---|---|---|---|
| | No. | No. | % | No. | % |
| July 2021 | 1490 | 847 | 57% | 643 | 43% |
| August 2021 | 1497 | 850 | 57% | 647 | 43% |
| September 2021 | 1474 | 854 | 58% | 620 | 42% |
| October 2021 | 1468 | 876 | 60% | 592 | 40% |
| November 2021 | 1474 | 922 | 63% | 552 | 37% |
| December 2021 | 1455 | 1001 | 69% | 454 | 31% |
| January 2022 | 1477 | 1086 | 74% | 391 | 26% |
| **Average** | **1476** | **919** | **62%** | **557** | **38%** |

On January 31, 2022, 43 supervisors managed at least one PMC child's case. The 43 supervisors reflect a decrease of 2% from the 44 supervisors managing at least one case on July 31, 2021. In the seven months of caseload reports starting on July 31, 2021 to January 31, 2022, an average of 13% of supervisors managing at least one PMC child's case had one workload[8] or less and an average of 87% had more than one full workload.

**Table 2: All Supervisors Managing at Least One PMC Child and Total Workload July 2021 to January 2022**

| Month | Supervisors Serving at least one PMC Child | One Workload or Less | | More Than One Workload | |
|---|---|---|---|---|---|
| | No. | No. | % | No. | % |
| July 2021 | 44 | 3 | 7% | 41 | 93% |
| August 2021 | 44 | 5 | 11% | 39 | 89% |
| September 2021 | 43 | 4 | 9% | 39 | 91% |
| October 2021 | 43 | 4 | 9% | 39 | 91% |
| November 2021 | 40 | 6 | 15% | 34 | 85% |
| December 2021 | 36 | 7 | 19% | 29 | 81% |
| January 2022 | 43 | 9 | 21% | 34 | 79% |
| **Average** | **42** | **5** | **13%** | **36** | **87%** |

Note: The average number of supervisors in each column is rounded to the nearest integer.

As of January 31, 2022, 1,271 (86%) of the 1,477 caseworkers managing at least one PMC child's case were employed by DFPS. The 1,271 caseworkers are a decrease of 2% from the 1,301 DFPS caseworkers managing at least one PMC child on July 31, 2021. In the seven months of

---

[8] A "workload" is determined by assigning weight to supervision responsibility as follows: a weight of 14.29% for each supervised caseworker (100% - a full workload - divided by seven) and 5.88% (100% - a full caseload - divided by the agreed-upon standard of 17 cases) for each PMC/TMC child managed directly by the supervisor.

caseload reports starting on July 31, 2021 and ending on January 31, 2022, an average of 61% of DFPS caseworkers managing at least one PMC child's case were assigned to serve 17 or fewer children and an average of 39% of these caseworkers served 18 or more children. DFPS's highest rate of conforming to the guidelines among DFPS-only caseworkers in the seven caseload reports occurred on January 31, 2022 (72%) and the lowest rate occurred on August 31, 2021 (55%). The average rate of DFPS caseworkers managing at least one PMC child's case assigned to serve 17 or fewer children was 60% in the Third Report.[9]

As shown in the table below, on January 31, 2022, of the 1,271 DFPS caseworkers who managed at least one PMC child's case, 913 (72%) caseworkers had 17 or fewer children on their caseload. One-hundred and eighty-one (14%) carried 18 to 20 children on their caseloads. One-hundred and thirty-seven workers (11%) carried 21 to 25 children on their caseloads.

Forty DFPS caseworkers (3%) carried more than 25 children on their caseloads, with 8 carrying more than 30 children on their caseloads.

**Table 3: DFPS Caseworkers Managing at Least One PMC Child**
**July 2021 to January 2022**

| Month | DFPS Caseworkers Serving at least one PMC Child | 17 Children or Fewer | | 18 Children or More | |
|---|---|---|---|---|---|
| | No. | No. | % | No. | % |
| July 2021 | 1,301 | 744 | 57% | 557 | 43% |
| August 2021 | 1,289 | 715 | 55% | 574 | 45% |
| September 2021 | 1,272 | 721 | 57% | 551 | 43% |
| October 2021 | 1,265 | 725 | 57% | 540 | 43% |
| November 2021 | 1,268 | 764 | 60% | 504 | 40% |
| December 2021 | 1,248 | 836 | 67% | 412 | 33% |
| January 2022 | 1,271 | 913 | 72% | 358 | 28% |
| **Average** | **1,273** | **774** | **61%** | **499** | **39%** |

On January 31, 2022, 38 DFPS supervisors managed at least one PMC child's case. The 38 supervisors are an increase of 15% from the 33 DFPS supervisors managing at least one PMC child's case on July 31, 2021. In the seven months of caseload reports starting on July 31, 2021 and ending on January 31, 2022, an average of 6% of DFPS supervisors managing at least one PMC child's case in an end of the month report had one workload or less and an average of 94% had more than one workload. The highest rate of conforming to the guidelines among the seven caseload reports occurred on January 31, 2022 (13%) and the lowest rate, 3%, occurred in the three monthly reports on July 31, 2021, September 30, 2021, and October 31, 2021.

---

[9] *See* Deborah Fowler & Kevin Ryan, Third Report 104, ECF No. 1165.

**Table 4: DFPS Supervisors Managing at Least One PMC Child and Total Workload
July 2021 to January 2022**

| Month | DFPS Supervisors Serving at least one PMC Child | One Workload or Less | | More Than One Workload | |
|---|---|---|---|---|---|
| | No. | No. | % | No. | % |
| July 2021 | 33 | 1 | 3% | 32 | 97% |
| August 2021 | 37 | 2 | 5% | 35 | 95% |
| September 2021 | 35 | 1 | 3% | 34 | 97% |
| October 2021 | 37 | 1 | 3% | 36 | 97% |
| November 2021 | 34 | 2 | 6% | 32 | 94% |
| December 2021 | 29 | 3 | 10% | 26 | 90% |
| January 2022 | 38 | 5 | 13% | 33 | 87% |
| **Average** | **35** | **2** | **6%** | **33** | **94%** |

Note: The average number of supervisors in each column is rounded to the nearest integer.

As of January 31, 2022, 116 (8%) of the 1,477 caseworkers who managed at least one PMC child's case were employed by OCOK. The 116 OCOK caseworkers are an increase of 3% (3) from the 113 OCOK caseworkers managing at least one PMC child on July 31, 2021. In the seven months of caseload reports starting on July 31, 2021 and ending on January 31, 2022, an average of 70% of OCOK caseworkers managing at least one PMC child's case were assigned to serve 17 or fewer children and an average of 30% of these caseworkers served 18 or more children. OCOK's highest rate of conforming to the guidelines among the seven caseload reports occurred on January 31, 2022 (84%) and the lowest rate occurred on July 31, 2021 and September 30, 2021 (62%). The average rate of OCOK caseworkers managing at least one PMC child's case who had 17 or fewer children on their caseloads was 58% in the Third Report.[10]

As shown in the table below, on January 31, 2022, of the 116 OCOK caseworkers who managed at least one PMC child's case, 97 (84%) caseworkers had 17 or fewer children on their caseloads. Twelve (10%) carried 18 to 20 children on their caseloads. Six (5%) carried 21 to 25 children on their caseloads. The remaining worker (1%) carried more than 25 children on their caseload. No OCOK worker carried more than 30 children on their caseloads.

**Table 5: OCOK Caseworkers Managing at Least One PMC Child
July 2021 to January 2022**

| Month | OCOK Caseworkers Serving at least one PMC Child | 17 Children or Fewer | | 18 Children or More | |
|---|---|---|---|---|---|
| | No. | No. | % | No. | % |
| July 2021 | 113 | 70 | 62% | 43 | 38% |

---

[10] *See* Deborah Fowler & Kevin Ryan, Third Report 105, ECF No. 1165.

| | | | | | |
|---|---|---|---|---|---|
| August 2021 | 120 | 76 | 63% | 44 | 37% |
| September 2021 | 117 | 73 | 62% | 44 | 38% |
| October 2021 | 115 | 80 | 70% | 35 | 30% |
| November 2021 | 118 | 85 | 72% | 33 | 28% |
| December 2021 | 121 | 96 | 79% | 25 | 21% |
| January 2022 | 116 | 97 | 84% | 19 | 16% |
| **Average** | **117** | **82** | **70%** | **35** | **30%** |

On January 31, 2022, no OCOK supervisors managed a PMC child's case. This is a decrease from the five supervisors managing at least one case on July 31, 2021.

**Table 6: OCOK Supervisors Managing at Least One PMC Child and Total Workload July 2021 to January 2022**

| Month | OCOK Supervisors Serving at least one PMC Child | One Workload or Less | | More Than One Workload | |
|---|---|---|---|---|---|
| | No. | No. | % | No. | % |
| July 2021 | 5 | 0 | 0% | 5 | 100% |
| August 2021 | 3 | 0 | 0% | 3 | 100% |
| September 2021 | 0 | 0 | -- | 0 | -- |
| October 2021 | 1 | 0 | 0% | 1 | 100% |
| November 2021 | 1 | 0 | 0% | 1 | 100% |
| December 2021 | 2 | 0 | 0% | 2 | 100% |
| January 2022 | 0 | 0 | -- | 0 | -- |
| **Average** | **2** | **0** | **0%** | **2** | **100%** |

Note: The average number of supervisors in each column is rounded to the nearest integer.

As of January 31, 2022, 90 (6%) of the 1,477 caseworkers managing at least one PMC child's case were employed by 2INgage. The 90 2INgage caseworkers managing at least one PMC child are an increase of 18% from the 76 caseworkers managing at least one PMC child on July 31, 2021. In the seven months of caseload reports for 2INgage starting on July 31, 2021 and ending on January 31, 2022, an average of 73% of 2INgage caseworkers managing at least one PMC child's case were assigned to serve 17 or fewer children and an average of 27% of these caseworkers served 18 or more children. 2INgage's highest rate of conforming to the guidelines among the seven caseload reports occurred on January 31, 2022 (84%) and the lowest rate occurred on July 31, 2021 (43%). The average rate of 2INgage caseworkers managing at least one PMC child's case who had 17 or fewer children on their caseloads was 45% in the Third Report.[11]

As shown in the table below, on January 31, 2022, of the 90 2INgage caseworkers who managed at least one PMC child's case, 76 (84%) caseworkers had 17 or fewer children on their

---

[11] *See* Deborah Fowler & Kevin Ryan, Third Report 107, ECF No. 1165.

caseload. Ten (11%) carried 18 to 20 children on their caseloads. Four workers (4%) carried 21 to 25 children on their caseloads. No 2INgage workers carried more than 25 children on their caseloads.

Table 7: 2INgage Caseworkers Managing at Least One PMC Child
July 2021 to January 2022

| Month | 2INgage Caseworkers Serving at least one PMC Child | 17 Children or Fewer | | 18 Children or More | |
|---|---|---|---|---|---|
| | No. | No. | % | No. | % |
| July 2021 | 76 | 33 | 43% | 43 | 57% |
| August 2021 | 88 | 59 | 67% | 29 | 33% |
| September 2021 | 85 | 60 | 71% | 25 | 29% |
| October 2021 | 88 | 71 | 81% | 17 | 19% |
| November 2021 | 88 | 73 | 83% | 15 | 17% |
| December 2021 | 86 | 69 | 80% | 17 | 20% |
| January 2022 | 90 | 76 | 84% | 14 | 16% |
| **Average** | **86** | **63** | **73%** | **23** | **27%** |

On January 31, 2022, five 2INgage supervisors managed at least one PMC child's case. The five supervisors are a decrease of 17% from the six supervisors managing at least one case on July 31, 2021. In the seven months of caseload reports starting on July 31, 2021 and ending on January 31, 2022, an average of 61% of 2INgage supervisors managing at least one PMC child's case had one workload or less and an average of 39% had more than one workload. The highest rate of conforming to the guidelines among the seven caseload reports occurred in the November 30, 2021, December 31, 2021, and January 31, 2022 monthly reports (80%) and the lowest rate, 33%, occurred in the July 31, 2021 monthly report.

Table 8: 2INgage Supervisors Managing at Least One PMC Child and Total Workload
July 2021 to January 2022

| Month | 2Ingage Supervisors Serving at least one PMC Child | One Workload or Less | | More Than One Workload | |
|---|---|---|---|---|---|
| | No. | No. | % | No. | % |
| July 2021 | 6 | 2 | 33% | 4 | 67% |
| August 2021 | 4 | 3 | 75% | 1 | 25% |
| September 2021 | 8 | 3 | 38% | 5 | 63% |
| October 2021 | 5 | 3 | 60% | 2 | 40% |
| November 2021 | 5 | 4 | 80% | 1 | 20% |
| December 2021 | 5 | 4 | 80% | 1 | 20% |
| January 2022 | 5 | 4 | 80% | 1 | 20% |

9

| **Average** | 5 | 3 | 61% | 2 | 39% |

Note: The average number of supervisors in each column is rounded to the nearest integer. The average percent sums the number of supervisors each month.

To validate the accuracy of the State's monthly caseload data submissions from its IMPACT system, which the Monitors received on a 30-day lag, the monitoring team examined the symmetry of the data within those reports with caseload data from the DFPS INSIGHT database and the SSCCs' data reports. The monitoring team remotely interviewed by videoconference 90 DFPS and 90 SSCC caseworkers and their supervisors from 65 counties between August 3, 2021 and February 4, 2022 from a sample selected by the Monitors. The DFPS caseworkers in the sample had job titles of CPS CVS Specialist I, II, III, IV, or V. The OCOK caseworkers had a title of Permanency Specialist and the 2INgage caseworkers had a title of Permanency Case Manager. In preparation for these interviews, the monitoring team asked DFPS to provide in advance for its workers a caseload report from DFPS's INSIGHT system for a previous date corresponding to the data reports near the time of the interview. For the interviews with the SSCC workers, DFPS provided the alternative workload reports that the respective SSCCs use. The monitoring team then reviewed the records with the caseworker, discussing each listed child, by name, and other work assignments, if any, to verify whether the caseworker's workload matched the DFPS and SSCC records.

The monitoring team compared the results of the caseworker interviews with the monthly caseload data from IMPACT submitted by DFPS to confirm the accuracy of the caseload data collected during the caseworker interviews. During cross-data validation of the workload and INSIGHT reports of the 180 workers interviewed with the monthly caseload data, the monitoring team found that 93.4% of primary case assignments were a perfect match and 99.5% were within one case in the caseloads reviewed. The individual caseloads of the sample of interviewed caseworkers ranged from four to 31 children. The monitoring team found that 116 (64%) of the 180 workers were within the generally applicable caseload standards and 64 (36%) exceeded the caseload standards.

During the three-month period from October 31, 2021 to January 31, 2022, conformity with the caseload guidelines increased by 14%, from 60% to 74%. To learn more about these improvements, the Monitors conducted a separate analysis of the total number of caseworkers and of children assigned to DFPS, OCOK, and 2INgage.

The number of caseworkers assigned at least one child (of any legal status) remained about the same during this period from July 31, 2021 to January 31, 2022: there were 1,981 caseworkers assigned cases on January 31, 2022, a decline of 15 caseworkers (<1%) from the 1,996 caseworkers assigned cases on July 31, 2021. DFPS and 2INgage had 21 fewer caseworkers on January 31, 2022 compared to the beginning of the period on July 31, 2021, while OCOK had six more caseworkers.

The number of children assigned to caseworkers managing at least one PMC child, in contrast, declined significantly over this same period. The total number of children assigned to caseworkers managing at least one PMC child decreased by 3,175 children (13%) from 25,198 on July 31, 2021

10

to 22,023 on January 31, 2022. The number of PMC children declined by 3% while the number of TMC children declined by 21%. The number of TMC children assigned to caseworkers carrying at least one PMC case declined by 2,672 from September 30, 2021, to January 31, 2022, accounting for 84% of the total decline in children assigned to these caseworkers. Overall, a smaller number of children were assigned to about the same number of caseworkers on January 31, 2022 compared to July 31, 2021, corresponding with improvements in conformity to caseload guidelines.

3. Caseloads and Supervision of Children Without Placement

The Monitors' interviews with caseworkers to validate the data DFPS submitted about caseloads provided additional insight into other major job responsibilities, over and above the duties associated with caseload management. Most notably, workers described being assigned CWOP shifts (both required and voluntary) to supervise children who are experiencing lack of placement. During interviews conducted with 90 DFPS and 90 SSCC caseworkers between August 2021 and February 2022, 62.8% (113) of the 180 caseworkers reported responsibility for CWOP shifts between July 2021 and January 2022. CWOP responsibility was reported by 71 (79%) of 90 DFPS workers and 42 (47%) of 90 SSCC workers. The highest levels of involvement were reported by 26 (86%) of 30 DFPS workers in July 2021, and 27 (90%) of 30 in January 2022. The lowest DFPS CWOP involvement reported was 18 (60%) of 30 workers in November 2021. SSCCs, by contrast, reported involvement of 12 (40%) of 30 workers in August 2021; 16 (53%) of 30 in September 2021; and 14 (46.7%) of 30 in October 2021. CWOP work activity was high for OCOK, with 40 (89%) of 45 workers reporting CWOP activity, compared with only 2 (4.5%) of 45 2Ingage workers reporting CWOP activity.

Thirty-five percent (39) of the 113 workers interviewed who reported CWOP activity between July 2021 and January 2022 had caseloads that exceeded the caseload standard. Of those workers whose caseloads exceeded the caseload standard, 21 (18.6%) carried 18-20 children on their caseloads; 16 (14.2%) carried 21-25 children on their caseloads; and two (1.8%) carried caseloads with over 29 children. Of the 74 (65%) caseworkers reporting CWOP activity who carried caseloads meeting the standards, none were subject to graduated caseloads at the time they were interviewed.

Workers continued to describe CWOP activity as a mix of required and voluntary shifts that varied in length, typically from four to eight hours. Six workers (5%) reported prior CWOP responsibility but no recent monthly CWOP activity at the time of their interviews. Twenty-three (32.4%) of 71 DFPS workers reported spending a minimum of 35 or more hours in a month on CWOP, while 35 (49%) reported a minimum of between 12 and 35 hours on CWOP. Thirteen (18.3%) DFPS workers reported a minimum of less than 12 hours a month on CWOP. Three (7%) of 42 SSCC workers with CWOP activity reported 35 or more hours in a month, while nine (21.5%) reported a minimum between 12 and 35 hours in a month, and 30 (71.5%) of SSCC workers reported spending no more than 12 hours a month on CWOP.

4. Summary

- Conformity to the caseload guidelines for all caseworkers increased from 57% on July 31, 2021, to 74% on January 31, 2022.
- Conformity to the caseload guidelines among DFPS caseworkers increased from 57% on July 31, 2021, to 72% on January 31, 2022.
- Conformity to the caseload guidelines among OCOK caseworkers increased from 62% on July 31, 2021, to 84% on January 31, 2022.
- Conformity to the caseload guidelines among 2INgage caseworkers increased from 43% on July 31, 2021, to 84% on January 31, 2022.
- Conformity to the caseload guidelines for all supervisors carrying at least one PMC case increased from 7% on July 31, 2021, to 21% on January 31, 2022.
- Conformity to the caseload guidelines for DFPS supervisors carrying at least one PMC case increased from 3% on July 31, 2021, to 13% on January 31, 2022.
- Conformity to the caseload guidelines for OCOK supervisors carrying at least one PMC case changed from 0% (no supervisors in conformance) on July 31, 2021, to OCOK having no supervisors carrying PMC cases on January 31, 2022.
- Conformity to the caseload guidelines for 2INgage supervisors carrying at least one PMC case increased from 33% on July 31, 2021, to 80% on January 31, 2022.
- Caseworkers reported significant CWOP shift work during interviews with the monitoring team, including workers whose caseloads did not conform to the caseload standards: 35% (39) of the 113 workers interviewed who reported CWOP shift activity from July 2021 through January 2022 had caseloads that exceeded the caseload standard.