# Lori Purifoy

| | |
|---|---|
| **From:** | ashleynwisdom@gmail.com |
| **Sent:** | Monday, March 21, 2022 2:30 AM |
| **To:** | jaime.masters@dfps.texas.gov; robert.richman@dfps.texas.gov; tommy.ward@dfps.texas.gov |
| **Subject:** | RE: Termination Rebuttal Letter - Ashley Wisdom |
| **Attachments:** | CCI Rebuttal Letter.pdf |

**From:** ashleynwisdom@gmail.com <ashleynwisdom@gmail.com>
**Sent:** Monday, March 21, 2022 2:23 AM
**To:** jamie.masters@dfps.texas.gov; robert.richman@dfps.texas.gov; tommy.ward@dfps.texas.gov
**Subject:** Termination Rebuttal Letter - Ashley Wisdom

**WARNING:** This email is from outside the DFPS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Please see attached.

Thanks,

Ashley Wisdom

1

Good evening,

On March 17, 2022, I received notification that I was being terminated due to failure to "provide notification regarding child safety". When I asked Deputy Director, Joanna Golliday, how I failed to provide notification and asked for clarification about leaving a child in danger, I was simply informed that I left children in danger. That is an egregious and inaccurate statement. It is also false that I failed to provide notification regarding this investigation. In all actuality, I am the one who got the ball rolling on this case once I became aware of it and began staffing it up. I attempted to staff with my direct supervisor, Brandon Winters. However, due to his ineptitude, he failed to return my calls in a timely manner and when he did become aware of this case, he is the one who failed to take any kind of action. He even admitted on March 10, 2022, that he still had not read the investigation. He was not involved or invested in this case. He was oblivious as to what was going on because he has refused to take his role as Division Administrator seriously. This is someone who could be described as being "disengaged". His response to staffing cases or discussing issues is, "relax bro". This is highly inappropriate. However, I digress on this issue.

My point of contention is, there are not any policies in effect that state a case has to be staffed up, except for child fatalities. So even though I did make every effort to get this case staffed up once I was notified, there were no policies in place requiring me to do so. I requested a CIA staffing at 2 AM when I was notified of this case. I attempted to notify my direct supervisor during the day of 2/25/22. I acknowledged, I do not remember if I mentioned this case to him when he finally called me after hours because I refuse to lie and say I did something if I can not remember. At this point in time, given everything I have been through, I think it is more than reasonable to understand given the immense stress I have been under, that I cannot remember all the specifics of that conversation.

I had a CIA staffing on 2/28/22. I notified Brandon Winters that day. On 3/1/22, Brandon Winters, Joanna Golliday and Justin Lewis were all notified about this investigation. I was not asked about this case any further. I scheduled another CIA staffing on 3/4/22 which involved both Division Administrators, Brandon Winters and Cameron Garza. At no time was there a concern for **child safety** addressed by either of them and was a safety plan or any other measures addressed with two people in a position higher than me. It was discussed if we could place a hold on placements at the Refuge and I was directed by Brandon Winters to make the calls to get a hold on placement since we had a plan to forensically interview all of the children to ensure they were interviewed, and all allegations were thoroughly addressed given the new intake received and concern regarding the allegation against the Administrator. I should note, after reviewing the interview with Administrator, Courtney, I specifically addressed concerns that the investigator did not thoroughly interview her and asked why this interview was not completed with the SI, to which I was not provided an answer.

Without any direction from Brandon Winters as to how to go about getting a hold implemented on the Refuge to receive new placement, I started making numerous phone calls. I am the one who reached out to the CPS Director of Placement, Jillian Bonacquisti. She informed me during this call she became aware of this investigation several days prior because of the intake involving the case with the FBI. If she was aware of this case, why didn't she "ring any bells"? Is she being

held accountable for not providing "notification for child safety"? Was she publicly humiliated during the State Senate meeting and called lazy and incompetent? No, she wasn't. I worked extra hours to piece information together, update the persons list and complete person merges because the investigators failed due to their basic job functions. I participated in FITS meetings and was told to give a quick overview and not to thoroughly explain all of the details/facts I had. I drove to Bryan to ensure there was a leadership presence there as kids were removed and arrived to have their forensic interviews. I wanted to ensure I was a support for my supervisor, Amanda Klawinsky, as she was a new supervisor. Since I was there, I immediately went to the Refuge when I was informed by Director, Justin Lewis, that a safety plan needed to be implemented. I had supervisor, Amanda Klawinsky, go with me to implement the plan and I explained to the Refuge why the children were being removed as they informed me the Department acted inappropriately by removing the children and further traumatized the kids. I triaged the situation and provided damage control. I am the one who provided the narrative for CEO, Brooke Crowder, to be able to state she understands the Department removed the children out of their facility to ensure their safety while the investigation is ongoing. I worked countless hours on minimal sleep to ensure everyone had an answer when needed and continued to complete my PA duties. I followed through with this case until I was removed on March 10th around 7 PM and placed on Desk Duty due to an internal investigation without being provide a reason. Since we are mentioning policies, I should note, desk duty policy was not followed, and internal investigation policy was not followed. I am also confused as to how Deputy Director, Joanna Golliday was able to **conduct** the internal investigation when she was aware of this case on 3/1/22. That is a clear conflict of interest and shows she is clearly not being held accountable for her failure to staff this investigation up when she became aware of this case.

However, during the Special Senate Committee meeting, it was reported the recent CPS concerns were the result "of the failure of people to do their jobs and follow the polices in place (referring to myself, who was inaccurately referred to as a Program Director, and supervisor, Amanda Klawinsky). It was inaccurately stated the supervisor was "disengaged" and in accurately reported that I stated I didn't say anything because it "slipped my mind". Additionally, a reference was made that I said something to the effect of trafficking happening right under our nose and I never said that. I am and have been in agreement with the Texas Rangers preliminary findings that no trafficking occurred at The Refuge (this is not to negate that other abuse and neglect occurred). Also of note, it was reported to Senator Miles that I have been in this position for "years". I have been in this position for a total of 4 months, although I have only worked 3 months in this position. This was a gross misrepresentation of my tenure in this position and was an attempt to deflect admitting to the fact I have not had adequate training in this position. It was stated this issue was not an issue with training and policies; that is entirely false.

I have been publicly humiliated. My reputation has been tarnished. While I may not have been named in the hearing, my name has been spread throughout the agency in a matter of days. It is also very disturbing that Brandon Winters would send out an email with a smiley face stating Amanda Klawinsky and I are no longer with the agency. I have lost everything I worked for in a matter of minutes because someone chose to provide inaccurate information to the Court Monitors, failed to accept responsibility for the systemic issues within the Department and

placed blame on middle management for issues that were also inaccurately portrayed to the Senators.

Additionally, if the CVS RD involved in this investigation knew about this case before I did, why does she still have her job and I do not have mine? How does that make sense? I'm truly curious to know. How does that not ring every bell? I would also like to know why the SI and SI PD only received a coaching. The SI program continues to be praised for their training and experience, yet the SI made it perfectly clear he did not recognize or believe this case involved sex trafficking.

The supervisor involved in this case, was hired into the CCI Supervisor position on 11/29/21 and only received only 1 week of EMS training, which fails to teach anyone how to be a supervisor and fails to provide necessary policies for this position.

This Department has systemic issues with the core basic issues revolving around providing the necessary policies, protocols, and trainings for each position.

When I onboarded into this position, I was excited and eager to take on the challenges I was presented with; training staff on completing thorough investigations, ensuring they know how to appropriately utilize SI's and law enforcement for joint investigations, cases are staffed appropriately, policy inadequacies are addressed, and medical trainings have been provided. I had only begun to touch the surface, but I was making progress. I did so many things in 3 months, which I would be more than happy to explain and elaborate more about. However, all the progress I was making, I did it with limited training specifically in CCI. I did it with my experience as a supervisor in CPI. I did it with my experience of knowing what was broken and wrong with the system and wanted to make a positive change. However, now, you all have labeled me as incompetent and lazy. I have a termination on my record. I have lost all of the hours I have worked for, 473 hours of comp time that I was not paid for. 50 of those hours were from working CWOP when I was promised a $2,000 merit, that I also did not receive.

I have given countless hours to this job, sacrificed my personal time, health, family, and relationships to give everything I could to ensure child safety.

I am asking for this wrongful termination to be overturned and to be reinstated into my position.

I am asking for you to do the right thing.

Thank you for your time,


Ashley Wisdom

469-644-1802

ashleynwisdom@gmail.com