# Lori Purifoy

| | |
|---|---|
| **From:** | ashleynwisdom@gmail.com |
| **Sent:** | Wednesday, April 27, 2022 4:21 PM |
| **To:** | Lois.Kolkhorst@senate.texas.gov; Charles.Perry@senate.texas.gov; Brandon.Creighton@senate.texas.gov; Joan.Huffman@senate.texas.gov; Jose.Menendez@senate.texas.gov; Borris.Miles@senate.texas.gov; Angela.Paxton@senate.texas.gov; Kimberly.Robertson@senate.texas.gov |
| **Subject:** | DFPS - The Refuge |
| **Attachments:** | Termination Rebuttal Part 2 - RCCI PA Ashley Wisdom.eml; Director of Field CCI Expectations.pdf; The Timeline of Truth - Without the Redaction Key.pptx |

Good afternoon,

I would like to start by saying, I appreciate the Senate Special Committee and politicians like you helping CPS to correct the course and providing hope for the future of our child welfare system. The success of these endeavors relies on a foundation of shared values, cooperation, and some trust between all involved parties, unfortunately I do not have any remaining confidence that DFPS Leadership will be willing to participate with integrity. I am reaching out due to this concern and have attached information I believe to be of interest to the committee.

On March 17, 2022, I was unnerved to watch Commissioner Masters pushing a demonstrably false and damaging narrative to deflect blame from the systemic failures she has failed to take any meaningful corrective action on in the past two years. She and others in her leadership have continued to mislead, misconstrue, and blatantly lie to Senators, House of Representatives members, and District Court Judge Janis Jack in order to protect their own image rather than the most vulnerable children of Texas.

I transitioned from CPI to RCCI in November 2021 as Program Administrator managing Regions 3, 4, 5, and 7. The Supervisor over The Refuge investigation notified me on February 25th at 2am of the investigation- at that time, the allegations pertained to the staff Iesha Green. I instructed the supervisor to immediately send a request for a CIA consult, which she did at 2:20am. We then had the CIA meeting on February 28th where I learned of an additional intake that involved the staff aiding children to run away. I immediately and fully informed my supervisor, Division Administrator Brandon Winters due to the second intake and additional information obtained during the staffing. On March 1st, Division Director Justin Lewis, Deputy Director Joanna Golliday, and DA Winters were all sent an email summarizing the allegations and concerns about the Refuge investigation. I was fired from the Department on March 17th for "failure to provide notification regarding child safety." I immediately escalated the situation both times I became aware of concerns. I didn't fail to meet any policies. I didn't even fail to meet any expectations or best practices. I was scapegoated and the job I dedicated nine years of my life to was stripped from me. If they'll do this to me, think of what else they would be willing to do.

I suspect that after two years of poor performance and worsening outcomes within DFPS, Commissioner Masters is tired of bearing the brunt and admitting to "failing these children" (as she said in September 2021). She is attempting to protect her own prestige rather than our children. Rather than admitting her own inabilities and stepping down or recruiting capable help, she resorted to pointing a finger at me. What will she resort to next?

I would like an opportunity to speak with you further and I plan to be present at the Senate Special Hearing on Child Protective Services on May 3, 2022.

Thank you for your time and prompt attention to this matter.

Ashley Wisdom

1

469-644-1802
Ashleynwisdom@gmail.com