IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as | § | |
| Governor of the State of Texas, et al., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND APPLICATION FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiffs respectfully request one week, until June 10, 2022, to submit their Reply to Defendants' Response to Plaintiff's Second Application for Attorney Fees and Expenses. Class Plaintiffs filed their Second Application for Attorney Fees and Expenses (Dkt. 1229) on April 6, 2022. Defendants filed their Unopposed Motion for Extension of Time to File Response to Class Plaintiffs' Second Application for Attorney Fees and Expenses (Dkt. 1234) on April 22, 2022 and their Response to Class Plaintiffs' Second Application for Attorneys' Fees and Expenses (Dkt. 1240) on May 27, 2022.

The reply brief is due on June 3, 2022. Plaintiffs request a week extension to streamline the brief, which addresses the many objections raised by Defendants. A brief delay on this issue of fees/costs will not prejudice the State. Defendant do not object to this extension.

For these reasons, Plaintiffs respectfully request an extension until June 10, 2022 to file their Reply to Defendants' Response to Plaintiff's Second Application for Attorney Fees and Expenses.

| | |
|---|---|
| June 3, 2022 | Respectfully submitted, |
| | |
| Samantha Bartosz | /s/ R. Paul Yetter |
| Christina Wilson Remlin | R. Paul Yetter |
| Stephen Dixon | Dori Kornfeld Goldman |
| CHILDREN'S RIGHTS | Christian J. Ward |
| 88 Pine Street | Lonny Hoffman |
| New York, New York 10005 | YETTER COLEMAN LLP |
| (212) 683-2210 | 811 Main Street, Suite 4100 |
| (212) 683-4015 (Fax) | Houston, Texas 77002 |
| | (713) 632-8000 |
| Marcia Robinson Lowry | (713) 632-8002 (Fax) |
| A BETTER CHILDHOOD, INC. | |
| 355 Lexington Avenue, Floor 16 | Barry F. McNeil |
| New York NY 10017 | HAYNES AND BOONE, LLP |
| (646)795-4456 | 2323 Victory Ave., Suite 700 |
| (844) 422-2425 | Dallas, Texas 75219 |
| | (214) 651-5000 |
| | (214) 200-0535 (Fax) |

ATTORNEYS FOR PLAINTIFF CLASSES

## CERTIFICATE OF CONFERENCE

Prior to filing this motion, Class Counsel conferred with defense counsel. The State does not oppose this motion.

/s/ R. Paul Yetter
R. Paul Yetter

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of June, 2022, a true and correct copy of this document was served on all counsel of record using the Court's CM/ECF e-file system.

/s/ R. Paul Yetter
R. Paul Yetter