United States District Court
Southern District of Texas
**ENTERED**
June 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MD, et al | § § § | |
| VS. | § | CIVIL ACTION NO.2:11-CV-0084 |
| ABBOTT, et al | § § § § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed a <u>SECOND ADVISORY TO THE COURT BY AMICUS CURIAE THE REFUGE FOR DMST (DE 1251)</u>. However, it is deficient in the area(s) checked below:

1. \_\_\_ Pleading is not signed. (LR 11.3)
2. \_\_\_ Pleading is not in compliance with LR 11.3.A.
3. \_\_\_ Caption of the pleading is incomplete. (LR 10.1)
4. \_\_\_ No certificate of service or explanation why service is not required. (CrLR12.4)
5. \_\_\_ No statement regarding conference with opposing counsel. (CrLR12.2)
6. \_\_\_ Separate proposed order not attached. (CrLR12.2)
7. \_\_\_ Motion to consolidate is not in compliance with LR 7.6.
8. _X_ Other: Attorney Erica Giese is not admitted to the Southern District of Texas and has not filed motion for permission to appear pro hac vice.

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: June 6, 2022

*Janis Graham Jack*
JANIS GRAHAM JACK
SENIOR U.S. DISTRICT JUDGE