IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al.,<br><br>     *Plaintiffs,*<br><br>VS.<br><br>GREG ABBOTT, in his official capacity as<br>Governor of the State of Texas, et al.,<br><br>     *Defendants*. | CASE NO. 2:11-CV-00084 |

## RESPONSE TO ORDER (DOC. 1252) STRIKING ADVISORY (DOC. 1251) AND MOTION TO WITHDRAW ORDER

TO THE HONORABLE JANIS GRAHAM JACK:

Undersigned counsel is duly admitted to practice in the Southern District of Texas and has been since May 2, 2019.  The attached Exhibit A is a copy of the admissions certificate (Doc. 2) in Case: 4: 19-mc-01326 filed on May 2, 2019 in the Southern District of Texas and signed by David J. Bradley, clerk of the court.  The document certifies that undersigned counsel, Erica Benites Giese, is duly admitted and qualified as an Attorney and Counselor of the District Court in the Southern District of Texas.

Undersigned moves that the Order striking of Advisory (Doc. 1251) be withdrawn.

Dated:  June 6, 2022

Respectfully Submitted,

**JACKSON WALKER L.L.P.**

By:  */s/ Erica B. Giese*
    ERICA BENITES GIESE
    Bar No. 24036212
    E-mail: *egiese@jw.com*
    112 E. Pecan Street, Suite 2400
    San Antonio, Texas 78205
    (210) 978-7713
    (210) 242-4613 (fax)

    *Counsel for The Refuge for DMST*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certified that on June 6, 2022, a true and correct copy of the foregoing document was served on counsel of record via electronic filing in the Court's CM/ECF system.

*/s/ Erica B. Giese*       
Erica Benites Giese

EXHIBIT A

# THE UNITED STATES OF AMERICA

United States District Court  Southern District of Texas

I, David J. Bradley, clerk of the United States District Court
for the Southern District of Texas, do hereby certify that

## Erica Benites Giese

was duly admitted and qualified as an Attorney and Counselor of
said District Court on May 2, 2019.



**Southern District of Texas Federal ID No. 3399944**

In testimony whereof, I hereunto set my hand and affix the
seal of said court, at my office in Houston in the Southern
District of Texas, this the 2nd of May 2019.

*David J. Bradley*

Clerk of Court