United States District Court
Southern District of Texas
**ENTERED**
June 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MD, et al | § § § | |
| VS. | § § § § | CIVIL ACTION NO.2:11-CV-0084 |
| ABBOTT, et al | | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed an <u>Amended Second Advisory to the Court by Amicus Curiae The Refuge for DMST (DE 1254).</u> However, it is deficient in the area(s) checked below:

1. ____ Pleading is not signed. (LR 11.3)

2. ____ Pleading is not in compliance with LR 11.3.A.

3. ____ Caption of the pleading is incomplete. (LR 10.1)

4. ____ No certificate of service or explanation why service is not required. (CrLR12.4)

5. ____ No statement regarding conference with opposing counsel. (CrLR12.2)

6. ____ Separate proposed order not attached. (CrLR12.2)

7. ____ Motion to consolidate is not in compliance with LR 7.6.

8. _X_ Other: "The extent, if any, to which an amicus curiae should be permitted to participate in a pending action is solely within the broad discretion of the district court." Club v. Fed. Emergency Mgmt. Agency, No. CIV.A. H-07-0608, 2007 WL 3472851, at *1 (S.D. Tex. Nov. 14, 2007) (internal citations omitted). "District courts commonly seek guidance from Federal Rule of Appellate Procedure 29, which establishes standards for filing an amicus brief in the United States Courts of Appeals." Id. Rule 29 requires a party to either state in its brief it received consent of all parties or to file a motion for leave to file its brief. Fed. R. App. P.29(a)(2). Here, The Refuge has neither received consent from all parties nor requested permission of this Court to file its amicus brief. Further, The Refuge's brief contests issues of fact rather than law, and "an amicus who argues facts should rarely be welcomed." Strasser v. Dooley, 432 F.2d 567, 569 (1st Cir.1970).

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

SO ORDERED on June 6, 2022.

_____
Janis Graham Jack
Senior United States District Judge