-----Original Message-----
From: █████████████████████████
Sent: Tuesday, June 7, 2022 11:44 PM
To: TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>
Subject: To Janis Graham Jack (Senior Judge)

Dear Judge!
My husband and I are caregivers for two little children who got in our family almost 2 years ago. We did not know much about foster care system at that time and how CPS works but we thought all "family interventions" and "services" are overseeing by court. But soon we find out that there are huge "hidden foster system" created by CPS and they pray on families who afraid that related children will go in foster system. CPS then uses lies, ticks, false statements, breaks their own rules and state laws and "voluntary" separates families and then walks away. And those families left without any services of reunification, monetary support or programs like Head Start, and that children never have a chance to have their "best interest" established and overseen by court, CASA does not work with them and no social worker or case manager or lawyer are available to them. How is it fair? How relatives or family friends who cares for abused and neglected children without any support, legal custody or any rights to protect children who live with them for years and call them "mom and dad" do not have any access to "Child Protective Services"?
We know, that our boy and girl's constitutional rights were violated by CPS but we can't even obtain a case records for them. Yes, we have all responsibilities of parent and in eyes of CPS can be caregivers for children, but we aren't entitled to those case records used to separate kids from parents and lead them into limbo of "hidden foster care" and we can't file a suit on behalf of children, because by the law - we aren't family, we just caregivers to those two children, who don't have any legal rights and can't be their representatives.
You are right - CPS system is broken and do not protect children, it just destroying little lives. Please if you know any legal counsel who can take a look on what is going on with two children who live in our family and help us with obtaining case records, we will gladly appreciate it.


█████████████████████