UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., *et al.*, | § § § § § § § § § | |
| Plaintiffs, | | |
| VS. Abbott | | CIVIL CASE NO. 2:11cv84 |
| GREG ABBOTT, *et al.*, | | |
| Defendants. | | |

On June 6, 2022 came on to be heard a status conference in the above referenced cause.

The Department of Family and Protective Services of the State of Texas ("DFPS") agreed to provide to the Monitors a list of all foster homes that went from Beacon of Hope CPA to Benchmark CPA and the current status of those homes, within 5 business days.

DFPS agreed to provide to the Monitors, in spreadsheet form, a list of all children that who have been in Temporary Management Conservatorship ("TMC") status for longer than 13 months, within 30 days. DFPS agreed that the list shall include each child's name, date of birth, identification number, date child entered TMC status, and date retained on the State Court docket.

DFPS agreed to provide to the Monitors a list of all PMC children and ages with high-risk medical conditions, including asthma, who are not fully vaccinated against COVID-19, within 30 days. DFPS agreed that the list shall include any contraindication as to why the child was not vaccinated, and the contact information for the healthcare providers that determined the contraindication.

DFPS agreed to provide to the Monitors its policy on when it will seek an autopsy in connection with the fatality of a child in the conservatorship of DFPS, within 30 days.

DFPS and HHSC agreed to provide the Court with a plan to streamline and align oversight of facilities placed on heightened monitoring, and provide these facilities with meaningful technical assistance, within 30 days.

DFPS agreed to provide to the Monitors the title of DFPS staff that received training pursuant to remedial order 32 (D.E. 606 at 6).

DFPS agreed to provide to the Monitors a list of all persons interviewed and on what dates the interviews occurred, in connection with child fatalities specified in the Monitors' Update to the Court Regarding Child Fatalities (D.E. 1245).

DFPS agreed to update the Court with respect to its ongoing investigation of the fatality of D.N. *Id.* at 5-7.

DFPS agreed to reopen the investigation into the fatality of J.T., and to update the Court on its findings. *Id.* at 8.

DFPS agreed to provide to the Monitors confirmation that all children with high-risk medical needs who reside in Home L of the Monitors 4th Report (D.E. 1248 at 182) have been vaccinated against COVID-19.

DFPS agreed to provide to the Monitors information in connection with the abuse investigations relevant to Home C (*Id.* at 158), including the correspondence with the nurse who reported sexual abuse to Statewide Intake on November 1, 2020.

The Health and Human Services Commission ("HHSC") of the State of Texas agreed to initiate a rulemaking that will require operations to contact all of an applicant's job references prior to commencement of employment.

HHSC agreed to provide to the Monitors an estimate on the cost to update the Health Passport so as to allow the database to store more detailed medical records.

DFPS and HHSC agreed to provide to the Monitors a collaborative estimate to improve information exchange between their respect computer systems, IMPACT and CLASS.

DFPS and HHSC agreed to meet with the Expert Panel in June 2022.

SIGNED on June 9, 2022.

*Janis Graham Jack*
Janis Graham Jack
Senior United States District Judge