To the honorable Judge Jack and court monitors:

I would like to bring a few things to your attention. I think they will be of interest to you and you would like to look into them as the safety of children in the Texas Foster care system are of the upmost importance.

The SSCCS. OCOK has a house that is called " Glen Eden" this is an unlicensed, unregulated operation. This is where we keep CWOP children. We are not regulated by anyone. HHSC doesn't look at us, DFPS doesn't investigate. We have runaways, drug use and child on child sexual abuse. We used to call the hotline to report but Mr. Carson told everyone to stop calling in so he wouldn't get in trouble. OCOK has several children in CWOP many make outcries but we cover it up. If someone does report it, nothing happens. We had RTBS in the past against staff but nothing happened, they still work here. Mr. Carson says that no one can tell him what to do and he doesn't have the same rules that DFPS has for awake night staff for children at his CWOP house because no one knows about it. We do not utilize the court orders. We have no rules, the children don't get meds or go to school. We don't make hotline reports for abuse and neglect at Glen House the CWOP house. We also tell foster families not to report. That we will, but we don't. If we report the abuse and neglect we will reflect that the outcomes are not good and Mr. Carson does not want that. We knew about the Refuge before anyone else. We didn't take action until DFPS learned about the situation.

Saint Francis. We googled them and found that they were shut down in several other states for child welfare and miss using funds for welfare. Texas allowed them to be the SSCC but they were revoked in other states.

2- Ingage is broke. They are on a hiring freeze. They operate in the Red.

SSCCs often contract with people quicker than DFPS because we don't have a long process of vetting like DFPS does. We essentially just have people sign up and they get kids and a contract. We also know of high risk situations but we still contract because the court actions are against DFPS not SSCCS. Check the data provided by the SSCCs. The data provided if correct will show you that the outcomes are not better with the SSCCs they are worse. SSCC can place all over the state and out of state without the same risks and court orders that DFPS has.

I deeply ask that you look into the above situations and beg that you share with Legislatures so that everyone will see the truth behind the SSCCS. I don't know how to contact the Legislature. I hope you do.


Kind Regards.

UNITED STATES COURTHOUSE
ATTN: JUDGE JACK
1133 NORTH SHORELINE BLVD
CORPUS CHRISTI, TX 78401

Nathan Ochsner, Clerk of Court

JUN 10 2022

RECEIVED
United States Courts
Southern District of Texas



NORTH TEXAS TX P&DC
DALLAS TX 750
7 JUN 2022 PM 9 L

FOREVER / USA