

# INVOICE

| | |
|---|---|
| From | **Public Catalyst**<br>99 Wood Avenue South, Suite 301<br>Iselin, NJ 08830<br><br>FEIN #: 26-3119454 |

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 21-11 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 7/06/2022 | | |
| **Due Date** | 8/05/2022 | | |
| **Subject** | Texas Monitoring Team: June 2022 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $640,386.89 |
| Expense | **PROJECT EXPENSES** (see attached report)<br>(6/01/2022-6/30/2022) | $468.00 |

**Amount Due**     **$640,854.89**