**Google Maps**   Fair Haven, New Jersey to Harpswell, Maine    Drive 398 miles, 7 hr 11 min

Fair Haven
New Jersey

⚠ This route has tolls.

### Get on Garden State Pkwy in Middletown Township from River Rd and E Front St

13 min (4.4 mi)

1. Head northwest on Locust Ave toward River Rd
   0.1 mi
2. Turn left onto River Rd
   1.3 mi
3. Continue onto E Front St
   2.0 mi
4. Turn left onto Half Mile Rd
   0.3 mi
5. Turn right onto Schulz Dr
   0.3 mi
6. Turn right to merge onto Garden State Pkwy
   ⚠ Toll road
   0.5 mi

### Continue on Garden State Pkwy. Take I-95 N, Hutchinson River Pkwy N, CT-15 N, I-91 N, ... and I-295 N to US-1 N in Brunswick. Take exit 28 from I-295 N

5 hr 51 min (379 mi)

7. Merge onto Garden State Pkwy
   5.1 mi
8. Keep left to stay on Garden State Pkwy
   ⚠ Toll road
   11.0 mi
9. Keep left at the fork to stay on Garden State Pkwy
   2.5 mi
10. Use the right 2 lanes to take exit 129 for I-95 N toward New York City
    ⚠ Toll road
    1.2 mi
11. Keep left at the fork and merge onto I-95 N
    ⚠ Toll road
    14.4 mi
12. Continue straight to stay on I-95 N
    ⚠ Toll road
    11.0 mi

13. Keep right to stay on I-95 N

    1.8 mi

14. Keep right to stay on I-95 N, follow signs for George Washington Brg/Fort Lee

    3.3 mi

15. Keep right to stay on I-95 N, follow signs for US-1 N/US-9 N/George Washington Bridge

    0.3 mi

16. Continue onto US-9 N

    420 ft

17. Continue onto I-95 Lower Level N/U.S. 1 Lower Level N
    ⚠ Toll road
    ⚠ Parts of this road may be closed at certain times or days
    ⓘ Entering New York

    1.6 mi

18. Keep right to continue on I-95 Lower Level N/Trans-Manhattan Expy/U.S. 1 Lower Level N

    0.6 mi

19. Continue straight to stay on I-95 Lower Level N/Trans-Manhattan Expy/U.S. 1 Lower Level N

    0.2 mi

20. I-95 Lower Level N/Trans-Manhattan Expy/U.S. 1 Lower Level N turns slightly right and becomes I-95 N

    0.1 mi

21. Take exit 1C-D to merge onto I-87 N toward Albany

    7.2 mi

22. Take exit 4 to merge onto Central Park Ave

    0.2 mi

23. Use the right lane to take the Cross County Pkwy ramp

    404 ft

24. Keep left at the fork, follow signs for Hutchinson Pkwy and merge onto Cross County Pkwy

    3.3 mi

25. Merge onto Hutchinson River Pkwy N

    0.5 mi

26. Keep left to stay on Hutchinson River Pkwy N

    7.5 mi

27. Keep right at the fork to stay on Hutchinson River Pkwy N
    ⓘ Entering Connecticut

    2.8 mi

↑ 28. Continue onto CT-15 N

                                                                           64.5 mi

↱ 29. Take exit 68 N-E to merge onto I-91 N toward CT-66 E/Hartford/Middletown

                        17.0 mi

↰ 30. Use the left lane to take exit 29 for U.S.5 N/Connecticut 15 N/I-84 E toward E Hartford/Boston

                        0.6 mi

⤊ 31. Merge onto US-5 N

                        0.2 mi

↑ 32. Continue onto CT-15 N

                        0.8 mi

↰ 33. Take the exit on the left onto I-84 E toward Boston

                        5.4 mi

↱ 34. Keep right to stay on I-84 E
⚠ Toll road
ⓘ Entering Massachusetts

                        36.1 mi

↱ 35. Take the exit onto I-90 E toward Boston/N.H. - Maine
⚠ Toll road

                        11.7 mi

↱ 36. Take exit 90 to merge onto I-290 E toward Worcester

                        21.2 mi

↰ 37. Take exit 32B on the left to merge onto I-495 N toward Lowell

                        55.5 mi

↑ 38. Continue onto Exit 60 (signs for MA-286/Beaches/Salisburry)

                        0.6 mi

⤊ 39. Merge onto I-95 N
⚠ Toll road
ⓘ Entering New Hampshire

                        6.7 mi

↰ 40. Keep left at the fork to stay on I-95 N
⚠ Toll road
ⓘ Entering Maine

                        54.2 mi

↱ 41. Keep right at the fork to continue on I-295 N, follow signs for S Portland/Downtown Portland
⚠ Toll road

                        28.2 mi

↱ 42. Take exit 28 to merge onto US-1 N toward Coastal Rte/Brunswick/Bath

    1.0 mi

**Take ME-123 S, Mountain Rd and ME-24 S to Bayview Rd in *Harpswell***

    26 min (15.0 mi)

↟ 43. Merge onto US-1 N
    🛈 Pass by McDonald's (on the left in 0.9 mi)

    1.4 mi

↑ 44. Continue onto Pleasant St

    69 ft

↑ 45. Continue straight to stay on Pleasant St

    0.6 mi

↱ 46. Turn right onto Maine St
    🛈 Pass by 7-Eleven (on the right)

    0.3 mi

↰ 47. Turn left onto Bath Rd

    0.2 mi

↱ 48. Turn right onto Sills Dr

    0.2 mi

↑ 49. Continue onto ME-123 S/Harpswell Rd
    🛈 Continue to follow ME-123 S

    6.3 mi

↰ 50. Turn left onto Mountain Rd

    2.6 mi

↱ 51. Turn right onto ME-24 S

    2.5 mi

↱ 52. Turn right onto Bayview Rd

    1.0 mi

Harpswell
Maine

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Google Maps    Harpswell, Maine to Fair Haven, New Jersey    Drive 402 miles, 6 hr 47 min

Harpswell
Maine

⚠ This route has tolls.

**Continue to Brunswick**

                      20 min (12.2 mi)

↑ 1. Head south on Bayview Rd toward Heather Ln

                      1.0 mi

↰ 2. Turn left onto ME-24 N

                      10.8 mi

↰ 3. Keep left to continue on Gurnet Rd

                      0.4 mi

**Take I-295 S, I-95 S, I-495 S, I-290 W, ... and Hutchinson River Pkwy S to Riverside Dr in Manhattan, New York. Take exit 14 from NY-9A S**

                      5 hr 7 min (332 mi)

⊼ 4. Merge onto US-1 S

                      3.3 mi

↱ 5. Turn right onto US-1 S/Pleasant St
     ⓘ Continue to follow US-1 S

                      1.4 mi

⊼ 6. Use the right 2 lanes to merge onto I-295 S via the ramp to Portland/Freeport
     ⚠ Toll road

                      29.7 mi

⊼ 7. Merge onto I-95 S
     ⚠ Toll road
     ⓘ Entering New Hampshire

                      53.1 mi

⤺ 8. Keep left at the fork to continue on I-95
     ⚠ Toll road
     ⓘ Entering Massachusetts

                      7.7 mi

↱ 9. Take exit 89 for I-495 S toward Worcester

                      0.3 mi

↑ 10. Continue onto I-495 S

                      30.3 mi

↰ 11. Keep left to stay on I-495 S, follow signs for Marlboro

                      24.6 mi

↱ 12. Take exit 65B to merge onto I-290 W

                      20.2 mi

↱ 13. Take exit 12A for I-90/MA-12 N toward Massachusetts Turnpike/Auburn

             0.2 mi

↰ 14. Keep left, follow signs for I-90 W and merge onto I-90 W/Massachusetts Turnpike
⚠ Toll road

             12.4 mi

↱ 15. Use the right 2 lanes to take exit 78 toward I-84
⚠ Toll road

             0.7 mi

↑ 16. Continue onto I-84
⚠ Toll road
ℹ Entering Connecticut

             40.9 mi

↰ 17. Take exit 57 on the left for CT-15 S toward I-91 S/Charter Oak Bridge/N.Y.City

             0.6 mi

↑ 18. Continue onto CT-15 S

             0.5 mi

↑ 19. Continue onto CT-15 S/US-5 S

             0.8 mi

↱ 20. Take exit 86 to merge onto I-91 S toward New Haven/N.Y.City

             17.1 mi

↱ 21. Take exit 17 to merge onto CT-15 S

             0.7 mi

↱ 22. Keep right to stay on CT-15 S, follow signs for W Cross Pkwy

             64.0 mi

↑ 23. Continue onto Hutchinson River Pkwy S
ℹ Entering New York

             10.7 mi

↙ 24. Keep left at the fork to continue on Cross County Pkwy, follow signs for George Washington Br/New Rochelle

             4.6 mi

↰ 25. Take the Saw Mill Pkwy South exit on the left toward New York City

             0.2 mi

↰ 26. Keep left and merge onto Saw Mill River Pkwy S

             2.0 mi

↗ 27. Keep right at the fork to continue on Henry Hudson Pkwy, follow signs for H Hudson Pkwy/NY-9A S

             0.8 mi

↑ 28. Continue onto NY-9A S/Henry Hudson Pkwy
⚠ Toll road

4.7 mi

↰ 29. Take exit 14 on the left to merge onto Riverside Dr toward I-95/G Washington Br/Cross Bronx Expwy

0.2 mi

**Follow I-95 and Garden State Pkwy to County Rd 520/Newman Springs Rd in Middletown Township. Take exit 109 from Garden State Pkwy**

53 min (53.7 mi)

🚶 30. Merge onto Riverside Dr

0.1 mi

🚶 31. Slight right onto the G W Bridge ramp to I-95/New England

0.3 mi

↗ 32. Keep right at the fork, follow signs for I-95 Lower Level S/George Washington B/New Jersey and merge onto Interstate 95 Lower Level S/U.S. 1 Lower Level S
ⓘ Entering New Jersey

2.1 mi

↑ 33. Continue onto I-95/Interstate 95 Lower Level S

0.1 mi

↱ 34. Keep right to stay on I-95, follow signs for I-80/Hackensack
⚠ Toll road

5.0 mi

↗ 35. Keep right at the fork to continue on I-95 S, follow signs for Lincoln Tunl
⚠ Toll road

8.2 mi

↰ 36. Keep left to stay on I-95 S
⚠ Toll road

17.2 mi

↱ 37. Use the right 2 lanes to take exit 11 for Garden State Parkway
⚠ Toll road

1.9 mi

🚶 38. Merge onto Garden State Pkwy
⚠ Toll road

3.9 mi

↗ 39. Keep right at the fork to stay on Garden State Pkwy
⚠ Toll road

0.4 mi

↰ 40. Keep left to stay on Garden State Pkwy
⚠ Toll road

14.3 mi

↱ 41. Take exit 109 for County Rd 520 toward Red Bank/Lincroft
⚠ Toll road

0.3 mi

## Take W Front St and River Rd to Locust Ave in Fair Haven

13 min (4.2 mi)

↰ 42. Turn left onto County Rd 520/Newman Springs Rd

0.3 mi

↰ 43. Turn left onto Half Mile Rd

0.5 mi

↱ 44. Turn right onto W Front St

2.0 mi

↑ 45. Continue onto River Rd

1.3 mi

↱ 46. Turn right onto Locust Ave

0.1 mi

Fair Haven
New Jersey

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.