# SHELLY L. VOSS

2518 CR 7630, Lubbock, TX 79423 | 806-544-0148

## SUMMARY

Self-motivated individual with the energetic drive to tackle new and challenging opportunities. Strong problem-solving skills with the ability to make creative and intelligent decisions. A versatile team player who enjoys collaborating on projects and establishing the personal ties to get the job done. Sensitive, compassionate person who enjoys serving the needs of others.

## EXPERIENCE

**January 2018 to Present**

**Advocate,** *Disability Rights Texas*

- Investigate allegations of abuse, neglect and exploitation for individuals with disabilities who reside in community group homes and nursing facilities.
- Third party reviewer of investigations completed by Adult Protective Services and Health and Human Services to ensure thoroughness. File appeals as necessary.
- Work collaboratively with community providers to resolve issues in an attempt to increase the safety, well-being and quality of life for individuals with disabilities.

**June 2013 to January 2018**

**Service Coordinator,** *StarCare Specialty Health System*

- Coordinate and monitor the delivery of services to individuals on assigned caseload.
- Complete enrollments in accordance with Health and Human Services rules and within specified time frames, for Home and Community-based Services (HCS) program, Texas Home Living (TxHmL) program and Intermediate Care Facilities (ICF/IDD) for Individuals with Intellectual Developmental Disabilities (IDD).
- Serve as a Designated Local IDD Authority and liaison for people who reside at the State Supported Living Center (SSLC).
- Assist individuals with developing goals for independent living, employment, and Provide Permanency Planning for individuals under the age of 22 years old who reside in an ICF/IDD, SSLC or HCS residential setting.
- Provide resources and referrals to individuals with IDD and their families.

**September 2009- June 2013**

**Investigator II, Texas** *Department of Criminal Justice*

- Conduct Medical Investigations and examinations of alleged violations of the Correctional Managed Health Care Policy.
- Provide program information, assist in the resolutions for access to care issues, and serve as a liaison with the health care staff, other agencies/organizations and the public.
- Conduct on-site audits of the medical facilities to ensure compliance with the Health Services Policy and administrative directives.

| September 2008- September 2009 | **Department Manager's Assistant, Holland *Gardens*** |
|---|---|
| | · Supervise individuals working in the Christmas shop and Furniture sales area to ensure that merchandise is distributed appropriately on the sales floor and in a timely manner. |
| | · Assist department manager with a variety of duties to include data entry for purchasing, tracking inventory and technical support. |
| June 2007- September 2008 | **Case Manager, A *World for Children*** |
| | · Recruit and train prospective foster parents in order for them to meet minimum standards for licensure. |
| | · Supervise caseload; provide diagnostic assessment and intervention to ensure the safety and well-being of children placed into foster homes. |
| December 2000- June 2007 | **Residential Treatment Placement Coordinator / Case Manager, Texas *Department of Family Protective Services*** |
| | · Identify placement needs and coordinate the development of residential resources for children in the conservatorship of DFPS while functioning as a liaison from the district with other agencies that have placement resources. |
| | · Conduct on-site visits and review reports produced by Residential Child Care Licensing. |
| | · Third party reviewer of the Level of Care System, the Residential Contract Managers and CPS Quality Assurance staff. |
| | · Develop policies and procedures; collaborate with the office program specialist to develop program policies for residential treatment placement and residential pilot programs in consultation with CPS state office program specialists as needed. |
| | · Participate in defining and measuring outcomes with quality assurance staff and residential managers. |
| | · Investigate reports of abuse/neglect to children and assessed the current and future risk to the children. Determine the action to be taken to remove or reduce the immediate threat of their safety to include testifying in court to seek emergency protective services, placing children in substitute care and referring families for immediate crises intervention therapy or other community resources. Train and mentor new hires. |

# EDUCATION

| 1999 | Bachelor's in Human Service, Wayland *Baptist University* |
|---|---|
| 1988 | Associates in Child Development, South *Plains College* |

# EXHIBIT A
## Acknowledgment

I, Shelly Voss _____ [print or type full name], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality Order that was issued by the United States District Court for the Southern District of Texas on August ___, 2019 in the case of *M.D. et al. v. Abbott, et al.*, No. 2:11-cv-00084. I agree to comply with and to be bound by all the terms of the Confidentiality Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

Date: June 16, 2022 | 1:29 PM CDT , 2019

City and State where sworn and signed: Lubbock, Texas

Printed name: Shelly Voss
Signature: Shelly Voss
—DocuSigned by:—
74750CF027A7409...

- 3 -