Dear Judge Janis Graham Jack,

I am a homemaker, mother of 6 and have served my community for 20 years. I am writing this letter on behalf of my family which includes my husband Larry Anderson, me and our 6 children [redacted] [redacted]. We ask that you please intervene in our very serious and delicate matter regarding DFPS of Denton, TX and Denton County Courts. My husband and I were court ordered to complete services, as of 3/8/2022 mine were completed and on 3/15/22 Larry's were completed. We are pleading with you for a case manager to intervene in this matter. The foster care system has failed and violated our 6 children's rights that they're supposed to protect in the following ways.

[redacted], our 13 year old daughter was physically assaulted in a shelter where she remained an additional 60 days before being moved, although she has a safety net with family during this time. [redacted], our 4 year old daughter has been abused in the foster home by foster siblings as well as the foster parents. Reports were made to the abuse hotline but [redacted] still remains in the same abusive home. [redacted], our 8 year old son confided to my husband and I at a supervised visit that they're being abused in the current foster home and he doesn't feel safe in that current placement. We also have it on video recording and the caseworker Makayla Perry was present but blatantly ignored his outcry. Larry & I have provided the names of several responsible friends and family members who can provide a safe home and pass a CPS and criminal background check, we should be able to have our children cared for by someone that we trust who will provide a temporary safe home and pass a CPS and criminal background check. **Unfortunately, our children have not received any opportunity of HB567 to lessen the unnecessary trauma that our children are experiencing in foster care.** Our 6 children are unnecessarily separated from each other in different foster homes causing further trauma. Ms. Perry told my uncle Eugene & aunt Wanda Hutta whose home study was completed on 3/6/22 CPS will only agree to place the children together with them if they would be willing to do foster care. Eugene & Wanda agreed that they're willing to do anything so that the children can be together and with family, as of today 7/18/22 Ms. Perry, her supervisor Patricia McGeehon, the children's ad litem Heather Fisher have still failed to place them with family. On 4/1/22 Makayla Perry, our caseworker came to complete a home inspection to

see where the children will be sleeping. On 4/4/22 we were informed that our permanency plan was changed from reunification to adoption by a non-relative. We were devastated when we were informed in court on 6/8/22 that it was because we didn't show the caseworker our garage. Larry & I had our attorney's co partner Mrs. Brignac present while the home inspection was being conducted by Makayla, who never asked or mentioned to us or Mrs. Brignac that she would like to see the garage. Mrs. Brignac asked Makayla before Makayla left is there anything else that Larry or I needed to do or is there anything else that she needs from us and we were told no. Larry & I have demonstrated through our services along with our visits that we're able to safely parent our children but still haven't been provided an opportunity to do so. Judge Bruce McFarling of the 362nd district court is allowing these things to occur. I'm very concerned about the futures of my family with the hands that we're in if you do not intervene immediately to hold everyone accountable according to the law. **I am requesting if you would please, please IMMEDIATELY have one of your case manager's to look into this matter with DFPS Denton. TX and contact me back.** Please do not let my children get adopted because our caseworker is failing to strengthen or preserve our family. I have contacted consumer affairs, filed complaints and received 3 separate notices that there were several findings on Denton, Tx DFPS violating HB567 in which they continue to violate by refusing to allow the children out of care. I can be reached at

[redacted]

Respectfully,

Brandy & Larry Anderson

Brandy Anderson

* Please send help immediately!!! *

* HB567 violation, DFPS Denton, TX *








Brandy Anderson

UNITED STATES POSTAL SERVICE
1000

78401

U.S. POSTAGE PAID
FCM LETTER
FORNEY, TX
75126
JUL 18, 22
AMOUNT
$7.25
R2305H128479-03

USA ★ FOREVER ★

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7022 0410 0000 2846 6301

The Honorable Janis Graham Jack
1133 N. Shoreline Blvd.,
Corpus Christi, TX 78401

United States Courts
Southern District of Texas
RECEIVED
JUL 22 2022
Nathan Ochsner, Clerk of Court

78401-200399

*Your honor Janice Graham Jack,*

*I am writing to you regarding the ongoing matter involving CPS of Denton, TX. As of today, 12/14/2021 our 3 youngest children [redacted] [redacted] [redacted] remain in foster care for 64 days. Our 3 oldest children were placed into care as well when the former placement Lacatherine Byrd was unable to continue care for [redacted], [redacted] [redacted] on 12/02/2021 and have been in care for 12 days. Lacatherine Byrd also notified Maegan Self & Ashley Buckles on November 17, 2021 that after December 2, 2021 she would be unable to provide placement for [redacted], [redacted] [redacted]. CPS had ample time and advance notice to place the children with my parents before December 2, 2021 and failed to do so. Instead, they mentioned this at the very last minute before the judge shortly after our adversary hearing which ended @ 5:30 pm. Maegan Self and a coworker picked up [redacted] on December 2, 2021 from Lacatherine Byrd @ 9:56 pm but put on the notice of removal of children they didn't take custody until 12/03/2021 @ 7:30 pm. Ashley Buckles refused to place any of the children with my parents although the home study had already been completed and recommended. Ashley Buckles and Maegan Self allowed the older children to be picked up daily by my mother Linda Payne from Lacatherine Byrd to care for them and to provide Lacatherine a break from 6 am to 8 pm from 11/18/2021- 11/25/2021 then suddenly it wasn't authorized any longer. Ashley Buckles stated the home study was not for the older children although she allowed them to be at my parent's home for extended amounts of time, had it not been appropriate they would have never allowed them to visit. My parent's home is listed as adequate for all 6 of the children. [redacted] [redacted] [redacted] [redacted] have expressed to several people including Maegan Self, Makayla Perry, and their ad litem Heather Fisher that they are in distress, uncomfortable, emotional, and traumatized that they're not being placed with their grandparents. My parents Randal and Linda Payne completed a home study on 10/25/2021 and were recommended as suitable for the children. Ashley Buckles, Maegan Self, Makayla Perry, Patricia McGeehon, Kiwana Jackson, Karen Lowery & Jennifer Ware have been extremely biased in prioritizing support for families over removal of our children into foster care. Maegan Self, Ashley Buckles, Makayla Perry, & Patricia McGeehon aren't willing to place the children with their grandparents and are in total disregard of the HB 567 transformational goals of Family First. I am praying that you can intervene quickly and draw a line that has been clearly crossed. CPS of Denton have been abusing their authority and power and I understand the process but the removals placing the children in care should not have been approved of or done if we had family willing and available to care for the children. We truly believe and have been shown the opposite that they do not have the best interest of anyone's children! They have repeatedly demonstrated bias, un-organization, partiality, and lack of concern pertaining to our children even coming directly from the children. Our children are suffering emotionally during this difficult time because they're not able to be with their parents, grandparents, or any family or friends that we have recommended and provided for that matter. Thank you so much for your time and attention to this very important matter and I pray that you're able to intervene speedily. [redacted] Brandy Anderson [redacted] Larry Anderson [redacted] Linda Payne (maternal grandmother)*

*Respectfully,*

*Brandy & Larry Anderson*

CERTIFIED MAIL®

Brandy + Larry Anderson

7020 3160 0001 6723 3810
NORTH TEXAS TX P&DC
DALLAS TX 750
14 DEC 2021 PM 8 L

USA FOREVER

Judge Janice Graham Jack
1133 North Shoreline Blvd, Room 208,
Corpus Christi, TX 78

UNITED STATES POSTAL SERVICE

78401

U.S. POSTAGE PAID
FCM LETTER
JUSTIN, TX
76247
DEC 14, 21
AMOUNT
$3.75
R2303S100110-04

78401-204258

1000

States Courts
District of Texas
FILED
JUL 22 2022
Nathan Ochsner, Clerk of Court

*Dear Lori Purifoy,*

*I am a homemaker, mother of 6 and have served my community for 20 years. I am writing this letter on behalf of my family which includes my husband Larry Anderson, me and our 6 children [redacted]. We ask that you please intervene in our very serious and delicate matter regarding DFPS of Denton, TX and Denton County Courts. My husband and I were court ordered to complete services, as of 3/8/2022 mine were completed and on 3/15/22 Larry's were completed. We are pleading with you for a case manager to intervene in this matter. The foster care system has failed and violated our 6 children's rights that they're supposed to protect in the following ways.*

*[redacted], our 13 year old daughter was physically assaulted in a shelter where she remained an additional 60 days before being moved, although she has a safety net with family during this time. [redacted], our 4 year old daughter has been abused in the foster home by foster siblings as well as the foster parents. Reports were made to the abuse hotline but [redacted] still remains in the same abusive home. [redacted], our 8 year old son confided to my husband and I at a supervised visit that they're being abused in the current foster home and he doesn't feel safe in that current placement. We also have it on video recording and the caseworker Makayla Perry was present but blatantly ignored his outcry. Larry & I have provided the names of several responsible friends and family members who can provide a safe home and pass a CPS and criminal background check, we should be able to have our children cared for by someone that we trust who will provide a temporary safe home and pass a CPS and criminal background check.* ***Unfortunately, our children have not received any opportunity of HB567 to lessen the unnecessary trauma that our children are experiencing in foster care.*** *Our 6 children are unnecessarily separated from each other in different foster homes causing further trauma. Ms. Perry told my uncle Eugene & aunt Wanda Hutta whose home study was completed on 3/6/22 CPS will only agree to place the children together with them if they would be willing to do foster care. Eugene & Wanda agreed that they're willing to do anything so that the children can be together and with family, as of today 7/18/22 Ms. Perry, her supervisor Patricia McGeehon, the children's ad litem Heather Fisher have still failed to place them with family. On 4/1/22 Makayla Perry, our caseworker came to complete a home inspection to*

see where the children will be sleeping. On 4/4/22 we were informed that our permanency plan was changed from reunification to adoption by a non-relative. We were devastated when we were informed in court on 6/8/22 that it was because we didn't show the caseworker our garage. Larry & I had our attorney's co partner Mrs. Brignac present while the home inspection was being conducted by Makayla, who never asked or mentioned to us or Mrs. Brignac that she would like to see the garage. Mrs. Brignac asked Makayla before Makayla left is there anything else that Larry or I needed to do or is there anything else that she needs from us and we were told no. Larry & I have demonstrated through our services along with our visits that we're able to safely parent our children but still haven't been provided an opportunity to do so. Judge Bruce McFarling of the 362nd district court is allowing these things to occur. I'm very concerned about the futures of my family with the hands that we're in if you do not intervene immediately to hold everyone accountable according to the law. **I am requesting if you would please, please IMMEDIATELY look into this matter with DFPS Denton. TX and contact me back.** Please do not let my children get adopted because our caseworker is failing to strengthen or preserve our family. I have contacted consumer affairs, filed complaints and received 3 separate notices that there were several findings on Denton, Tx DFPS violating HB567 in which they continue to violate by refusing to allow the children out of care. I can be reached at

We appreciate your attention and promptness to this very serious and delicate matter.

Respectfully,

Brandy & Larry Anderson

Brantre Anderson

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 0410 0000 2846 6288

1000

78401

U.S. POSTAGE PAID
FCM LETTER
FORNEY, TX
75126
JUL 18, 22
AMOUNT
R2305H128479-03

USA ★ FOREVER

RETURN RECEIPT REQUESTED

Lori Purifoy
1133 N. Shoreline Blvd.,
Corpus Christi, TX 78401

United States Courts
Southern District of Texas
FILED

JUL 22 2022

Nathan Ochsner, Clerk of Court

78401-200399