

# INVOICE

| | |
|---|---|
| From | **Public Catalyst** <br> 99 Wood Avenue South, Suite 301 <br> Iselin, NJ 08830 <br><br> FEIN #: 26-3119454 |

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 21-12 Summary | **Invoice For** | Texas M.D. Monitoring |
| **Issue Date** | 8/03/2022 | | |
| **Due Date** | 9/02/2022 | | |
| **Subject** | Texas Monitoring Team: July 2022 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $635,362.50 |

| | |
|---|---|
| **Amount Due** | **$635,362.50** |