# JESSICA LEIGH TYLER

## PROFESSIONAL EXPERIENCE

### MEADOWS MENTAL HEALTH POLICY INSTITUTE                    2018-Current
*Senior Director for Justice Research, Austin, Texas*
*The Meadows Mental Health Policy Institute for Texas provides high quality, nonpartisan and objective policy research and development to improve mental health services in Texas.*

Work to improve criminal justice processes impacting youth and adults with mental illnesses at all points in the justice system. Build relationships with Texas's state and county elected officials. Manage research project logistics. Design data studies to assess current practices, recommend policy changes, and model impacts on populations. Analyze raw data with statistical software. Forecast impact of modifications in statutory requirements or local practices.

**Sample Projects**: Harris County *ODonnnell* Monitor's Report on Misdemeanor Indigent Defense Delivery; Texas 2036 criminal justice data definitions; Harris County Public Defender 10 Year Data Report; Lubbock County Private Defender Office 10 Year Data Report; Travis County BHCJAC Data Dashboard for Policymaking; El Paso County Quantitative & Qualitative Assessment of Public Defense Delivery; TCJS Dashboard; Galveston County Criminal Justice Assessment as part of county response to *Booth v. Galveston*.

### COUNCIL OF STATE GOVERNMENTS JUSTICE CENTER                    2010-2018
*Research Manager, Austin, Texas*
*The Council of State Governments Justice Center is a national nonprofit organization that serves policymakers at the local, state, and federal levels from all branches of government.*

Build relationships with state and county elected officials. Manage research project logistics and team members. Design data studies. Construct data models. Conduct data analysis. Write research reports. Present findings to audiences of national, state, and local elected officials and policymakers. Respond to stakeholder questions. Design graphical and geographic representations of data analysis. Distill patterns across similar projects into lectures. Deliver presentations to national and state research panel attendees. Generate personal client business covering position's expense to non-profit. Manage cross-functional teams and a staff of two. Held positions: Senior Researcher and Research Manager.

**Sample projects**: Harris County Public Defender Assessment; Oklahoma and Pennsylvania Justice Reinvestment; Vermont Pretrial Population Analysis; Salt Lake County Criminal Justice Flow Analysis; Stepping UP Initiative Key Measures; Texas Urban County Jail Recidivism Project Design, Calculation, and Analysis.

### OFFICE OF COURT ADMINISTRATION                    2009-2010
*Research Specialist V, Austin, Texas*
*OCA is a state agency in the judicial branch of government in Texas that operates under the Supreme Court.*

On-site investigation to determine efficiency and efficacy of court programs. Design implementation plans and prepare grant applications for federal monies. Contribute to OCA Annual Report. Propose and draft a survey to collect indigent defense provision information from stakeholders, which is still in use.

**Sample projects**: Bexar County Indigent Defense program assessment; Bexar County defense attorney survey; VAWA grant award for $350,000 to implement statewide translation services and create Single Point of Contact on Domestic Violence; Chapter 64 DNA testing program analysis and account; and information sharing for Reentry Task Force.

### AUSTIN COMMUNITY COLLEGE                    2005-2010
*Adjunct Professor, Austin, Texas*
*ACC is a public two year college serving over 60,000 students.*

Design and implement lesson plans for Texas and American Government courses. Research, develop, and write course lectures. Provide student support for course and general study. Analyze current events for class discussion. Maintain course website.

### MGT OF AMERICA, INC.                    2007-2009
*Consultant, Austin, Texas*
*MGT of America helps corrections, law enforcement, and public safety clients assess, plan, and manage their organizations.*

Analyze various areas, including operations systems, business processes, and performance. Conduct on-site fieldwork. Prepare written reports and data analysis. Present reports and explain results to clients. Build relationships, market services, and develop proposals.

**Sample projects**: Oklahoma Criminal Justice Center review; Tulsa police staffing study; City of Austin Public Safety Review; Massachusetts Department of Corrections Operations Assessment; and Puerto Rico prison and jail system performance review.

# JESSICA LEIGH TYLER

**TEXAS WORKFORCE COMMISSION** 2005-2007
*Program Specialist II, Austin, Texas*
*TWC is a state agency serving job seekers and employers while providing state data on employment and labor trends.*

Track job training and education services sought and utilized by populations displaced by Hurricane Katrina or Rita. Analyze statistical information on state and federal level social service programs and service delivery methods. Identify gaps in performance and recommend improvements. Prepare, distribute, and discuss findings. Contribute to Annual Report.

**Sample projects**: Weekly hurricane monies utilization dashboard; Project RIO monitor (ex-offender job reintegration).

## EDUCATION

| | |
|---|---|
| TEXAS TECH UNIVERSITY<br>*PhD, Technical Communication and Rhetoric* | Current |
| UNIVERSITY OF FLORIDA<br>*Masters Certificate, Psychiatric Epidemiology* | May 2020 |
| UNIVERSITY OF HOUSTON<br>*Master of Arts, Political Science* | May 2006 |
| THE COLLEGE OF WILLIAM AND MARY<br>*Master of Public Policy, Public Policy* | May 2002 |
| THE UNIVERSITY OF TEXAS at AUSTIN<br>*Bachelor of Arts, History* | May 2000 |

## TECHNICAL ABILITIES & ACCOMPLISHMENTS

| | |
|---|---|
| **Analytical Proficiencies** | SPSS, Microsoft Excel, Microsoft Access, STATA, Survey Design and Analysis, ArcGIS<br>University of California, Davis *Data Visualization with Tableau* Certification, Google Data Analytics Certificate |
| **Publishing Knowledge** | Microsoft Word, Microsoft PowerPoint, Visio, Adobe InDesign |
| **Related Experience** | Weighted Caseload Study Committee Member<br>Smart Defense Workgroup for Texas Data Collection<br>Presenter at SEARCH, National Consortium for Justice Information & Statistics<br>National Taskforce to Ensure the Constitutional Right to Counsel<br>Member of NLADA's Research and Data Advisory Committee<br>Member of Travis County Indigent Defense Study Values Committee<br>Presenter American Bar Association Mid-Year Meeting<br>Speaker at JMHCP workshop for new grantees<br>Speaker Texas Indigent Defense Symposium<br>Board member and Secretary for Austin Non-Profit *Crime Prevention Institute*<br>2005 Research Associate & Statistics Internship with Texas Education Agency<br>2001 Texas Governor's Fellow |