# Jill C. Lefkowitz

jill@actionresearch.io

## EXPERIENCE

**Action Research Partners**, Brooklyn, NY                                                              2022 – Present
*Senior Research Associate*

- Supervising and contributing to the production and interpretation of performance metrics, apprising team on developments in state reform efforts
- Communicating with partners and state officials, preparing public reports, participating in regular check-ins with state and external stakeholders and reviewing monitoring reports
- Reviewing the quality of data submissions and troubleshooting/analyzing datasets

**Graham Windham,** Brooklyn, NY                                                                        2013 – 2022
*Chief Performance Officer (2021 – 2022) and Medicaid Compliance Officer (2020 – 2022)*
*Senior Director for Planning and Evaluation (2019 – 2021)*
*Senior Manager for Program Development and Analytics (2013 – 2019)*

- Manage a team of Supervisors, Senior Performance Analysts, an Assistant Performance Analyst, and Case Record Reviewers - responsible for producing outcomes and performance reports, and creating outcome benchmarks
- Liaising with City and State regulatory agencies, managing data analysis, audits and accountability reviews
- Develop reporting and analysis of agency wide process and outcome measures and present to Board, Executive Council and Management

**Cardinal McCloskey Community Services,** Bronx, NY                                          2012 – 2013
*Director of Quality Assurance*

- Build analytic capacity and supportive relationships between Quality Assurance and client facing programs
- Streamline and develop systems of reporting and case record reviews
- Manage a team of 6 analysts responsible for monitoring the quality of practice across Family Foster Care, Treatment Family Foster Care and Bridges to Health programs

**Administration for Children's Services (ACS),** New York, NY                                2006 – 2012
*Director of Analysis and Evaluation Development (2010 – 2012)*
*Special Program Manager of Preventive Analysis and Development (2008 – 2010)*
*Analyst (2006 - 2008)*

- Manage production of the Preventive and Foster Care performance related reports for contracted agencies and ACS

- Coordinate the implementation of development work, including research on evidence-based and best practices, data collection and analysis, drafting of instruments and tools, testing of instruments and tools, and other development work.
- Manage internal and external work groups to improve evaluation process, trained stakeholders on systems performance and utilization of data
- Incorporate best practice of NY State and City standards and policies into qualitative and quantitative measures
- Analyze data to track step-ups and step-downs of children in foster care. Present reports on reasons for movements with provider agencies.

**Columbia University,** New York, NY                                                                                   2004 – 2005
**Mailman School of Public Health, National Center for Children in Poverty**
*Project Coordinator*
- Research, edit, and prepare brief on young children at risk
- Present on effective strategies to assist and support families, coordinate national conference, and develop a resource guide on strategies to support families

**New Jersey General Assembly Majority Office,** Trenton, NJ                                               2004
*Research Associate*
- Coordinate and mediate meetings with Assembly members, advocates, and State Departments
- Create assembly bills, write policy briefs, and create presentations for Assembly members

**EDUCATION**

**Columbia Business School,** New York, NY                                                                        2020
*Certificate of Business Excellence, Executive Education*

- Senior Leaders Program for Nonprofit Professionals

**Columbia Business School,** New York, NY                                                                        2016
*Certificate of Business Excellence, Executive Education*

- Developing Leaders Program for Nonprofit Professionals

**Columbia University – School of Social Work,** New York, NY                                          2003
*Master of Science in Social Work*

**Clark University,** Worcester, MA                                                                                         2001
*Bachelor of Arts in Psychology*

**LICENSE**      LMSW – NYS – License #068770