# Alyssa Baquera

Austin, TX

abaquera95@gmail.com

(512)909-5644

## PROFILE

Collaborative, customer service oriented professional with experience in education, non-profit, and retail settings. Passionate about social justice and learning new things. Demonstrated ability to build and maintain relationships with customers.

## SKILLS

Microsoft Excel
●●●●●●●○

Data Visualization
●●●●●●●○

Technical Training
●●●●●●○○

Individual Coaching & Mentoring
●●●●●●●○

Data Quality Assurance
●●●●●●●○

Contract Compliance
●●●●●○○○

## PROFICIENT TECHNOLOGY

- PC and Macintosh
- Google Workspace
- Microsoft Office Suite
- Autodesk AutoCAD
- Filemaker
- Salesforce

# WORK EXPERIENCE

### DATA QUALITY SPECIALIST
*Communities In Schools of Central Texas*

Jun 2019 - Present

- Developed standard operating procedures for data compliance and audits
- Training over 75 staff on data use, documentation procedures, and data quality using a variety of instructional techniques or formats, such as role playing, simulations, team exercises, group discussions, videos, or lectures
- Produced on-going funder and stakeholder reports using student service data
- Analyzed and interpreted program data collected from public records, school district student information systems, focus groups, surveys, and service notes
- Supported agency strategic initiatives as a member of the CARE team

### AMERICORPS MEMBER
*Communities In Schools of Central Texas*

Sep 2018- Jun 2019

- Utilized student level school data to create differentiated service plans to meet student needs
- Developed professional relationships with school staff to ensure effective collaboration
- Tutored 30 students in math and science

### AVID TUTOR
*Austin Independent School District*

Feb 2018 - May 2018

- Facilitated tutoring groups to help students take learning into their own hands by enhancing discussion skills, interpersonal skills and organizational skills.
- Graded assignments and provide feedback to students

### OTHER EXPERIENCE

Delivery Driver
Tiff's Treats

Jul 2018 - Sep 2019

Paint Associate
The Home Depot

Jun 2016 - Sep 2017

Interactive Production Intern
SXSW

Oct 2015 - Apr 2016

# EDUCATION HISTORY

### B.A. in French

2017

Minor in Mathematics
**University of Texas at Austin**

# CERTIFICATIONS & RECOGNITION

- 2020 cohort of Good Measure's Data Leaders Academy
- Facilitated Girls Leadership Group
- 2017 Homer Customer Service Excellence Award
- 2019 cohort of Texas Education Agency's Master Trainer Certification