# Jenny Paveglio, MSW, LCSW
jenniferpaveglio@yahoo.com

**SUMMARY**
Licensed Clinical Social Worker, GA and FL. with 30 years of experience specializing in the treatment of childhood trauma.
Therapeutic framework -- Trauma Focused-Cognitive Behavioral Therapy, Play Therapy, The Mindful Solution, DBT, Crisis Intervention, Trauma Resiliency Model (TRM)®, Community Resiliency Model (CRM)® Functional Family Therapy (FFT).
Experience in executive management of organizations; particular strengths include:
Leading an organization through a period of substantial growth and transition.

**PROFESSIONAL EXPERIENCE**

### PUBLIC CATALYST
**June 2022 - Present**

**Monitoring Clinical Consultant-** June 2022 - Present
> Member of an independent monitoring team evaluating the performance of a statewide child welfare system pursuant to a lawsuit settlement focused on improving conditions for children and expanding behavioral health services for children in state custody.

### WELLROOT FAMILY SERVICES: Atlanta, GA
**April 2021-May 2022**

**Clinical Director-** April 2021 – May 2022
> Provide first-in-class mental health services to families and individuals in need. Responsible for building out clinical program grounded in evidence-based practices. Clinical intervention focusing on families experiencing acute and intensive stress compounded with MH/BH diagnosis. Responsible for implementing Functional Family Therapy, Therapeutic Case Management and Behavioral Health (FFT – TCW, FFT-BH), as well as other evidence-based best practices with fidelity. Provide clinical supervision to a team of therapists, and MSW candidates seeking licensure. Recruit and hire talent. Oversee program staff training, development and performance evaluations. Ensure quality service delivery to all seeking services through Wellroot.

### COVENANT HOUSE
**February 1992-April 2021**

**Covenant House International**
**Vice President Programs–** April 2018 – April 2021
> Responsible for building out programs for youth facing homelessness and human trafficking. Researched, developed, and implemented evidence-based clinical models of care for Covenant Houses in the Covenant House federation.

**Covenant House Illinois (CHIL) and Covenant House Greater Washington (CHDC)**
**Director of Program Implementation, Clinical Director**
> Responsible for building emergency housing program and transitional living program for young adults. Provided oversight for the overall running of CHIL's Community Service Center, all new program development and implementation, as well as evaluating efficacy of program. Directly supervised all Program Team members and Lead Case Manager Supervisors.
> In CHDC, responsible for providing oversight and clinical supervision to case management team and clinical staff.  Provided program staff training and development in evidence-based crisis intervention, trauma sensitive care and child protection best practices.

**Covenant House New York**
**Senior Advisor to the Executive Director** – October 2016-April 2018
> Responsible for providing support and expertise in Covenant House programming, mission and Vision.

**Covenant House Georgia**
**Associate Executive Director** – April 2010-October 2016
> Responsible for all aspects of the day-to-day management of Outreach Program, Residential Crisis Shelter, Independent Living Program, Supportive and Clinical Services.

## Jenny Paveglio, MSW, LCSW
jenniferpaveglio@yahoo.com

**Covenant House New Jersey**
**Director of Female Services** – June 2004-September 2005
> Responsible for the daily management of a 45-bed female program, supervising support services and case management team, developing training curriculum, and providing leadership in program, clinical and operational services.

**Covenant House New York**
**Women's Clinical Social Worker** – September 2002-June 2004
> Responsible for 60-bed female program, supervising case management team, creating mental health programming, and providing mental health assessments and services.

## Lutheran Services Florida
**Sexual Abuse Therapist** - June 2009-April 2010
Previous: November 2005-February 2008
> Provide specialized sexual abuse treatment for children and their families. Developed Protective Clarification Treatment Model for adult caregivers.

## Wolverhampton England City Council
**Certified Social Worker** - March 2008 – February 2009
> Lead Social Worker in court proceedings involving child protection, family reunification or termination of parental rights. Responsible for the initiating child protection investigations. Specialized in complex cases dealing with sexual abuse and long-term neglect.

**EDUCATION/PROFESSIONAL LICENSURE**
**Bank of America Neighborhood Builders Leadership Program,**
The Center for Leadership Innovation -- ***Emerging Leader*** *Class of 2015*
**Hunter College School of Social Work**, New York, NY, ***Master of Social Work*** *(2004)*
**Fordham University**; New York, NY, ***Bachelor of Arts,*** Religious Studies (1998)
**Licensed Clinical Social Work,** State of Georgia, 2010. State of Florida. 2009