UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., et al | **NOTICE OF SETTING** |
| V. | |
| ABBOTT, et al | CA-C-11-84 |

**YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:**

**JUDGE JANIS GRAHAM JACK**

**United States District Court**
**Earle Cabell Federal Building**
**1100 Commerce St.**
**Courtroom 1351**
**Dallas, Texas 75242**

**for a Status Conference**

On **FRIDAY, JANUARY 27, 2023** at **9:00 A.M. CST**

*This is an in-person hearing. For parties who wish to appear via Zoom, the following link is provided:*

*https://www.zoomgov.com/j/1619575180?pwd=dmNVTWNQbGdpSEJUcW0vOEx1TzJ2QT09*

*Meeting ID: 161 957 5180. Passcode: 629816.*

NOTE: Persons with remote access to hearings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.