
# Cassandra F. Poe-Johnson
cjohnson@public-catalyst.com

**PUBLIC CATALYST**
*Monitoring Associate*                                                                                                   June 2022-Present
Responsible for monitoring the quality of statewide child welfare system's investigations of maltreatment of children in placement.

**NEW JERSEY DEPARTMENT OF CHILD PROTECTION & PERMANENCY**
*Area Quality Coordinator (Camden Office)*                                                              March 2012-May 2021
Responsible for actively participating in the development, implementation and monitoring of an agency-wide continuing quality improvement system that supports both the Child Welfare Reform Plan and the Area Performance Improvement Plan. Ensured sustainability of Dept. of Children & Families case practice model and reform efforts.  Strengthened and reformed agency processes, procedures, and quality of services by consistently using data and case reviews to improve outcomes for children, adolescents, and families. Managed County CQI teams and the program improvement process at the county level to ensure that information was shared with CP&P Statewide Collaboration Team, Area and Local Offices as well as stakeholders. In collaboration with the Area Director and Assistant Area Director, supported the professional development of staff through education, training, and coaching. Organized statewide and federal reviews for the county, as well as a trained Quality Reviewer and Child and Family Service Reviewer (CFSR) reviewer. Provided coverage as needed for the Area Director and Assistant Area Director.

*Supervising Family Service Specialist I (Camden East Office)*                                   August 2004-March 2012
Responsible for supervising three supervisors who each supervised at least five workers.  Administrative responsibilities were not limited to monitoring the unit's compliance of DYFS policies and procedures. Responsibilities also included being a member of the planning team of the new Camden East District Office, implementation and measuring the compliance of the Child Welfare Enforceable Reform. Assisted the District Office Manager in administering duties according to agency policy, personnel, budget, systems and training. Participated in the preparation of and conducted staff meetings to keep staff informed of new or modified agency policies and procedures.  Served as the office adoption liaison which included supervising the adoption unit; responsible to design, coordinate, and conduct training for professional staff in protective service, adoption and other related areas; coordinated and developed systems that assured permanency was achieved for all children. Responsible for supervising work operations and or functional programs.  Included in those responsibilities was effectively recommending the hiring, firing, promoting, demoting, and or disciplining of employees.  Identified personnel problems and other difficulties, received complaints, and provided recommendation for resolution. Responsible for tracking children in placement to ensure that ASFA guidelines were being adhered to.  Provided guidance and instruction to casework staff as well as established and maintained cooperative working relationships with the office staff.

*Supervising Family Service Specialist II (ARC South)*                                            November 2000-August 2004
Responsible for supervising a unit of five Family Service Specialists.  Assigned cases to workers in a punctual, equitable manner.  Reviewed and approved worker's written material, monitored MVR compliance and unit's compliance with agency policy and time frames.  Supervised maintenance of records and files.  Encouraged personnel development by informing unit of career and training opportunities when available and recommended promotions when appropriate.  Other responsibilities included coordinating services with other family and children's service providers and maintaining positive relationships with community groups and individuals. Supervised subordinate staff in the delivery of social services in protective services, foster home finding and placement, residential placement, volunteer coordination, staff training and resource development.



***Recruitment Family Service Specialist III (ARC South)***                     *December 1990-November 2000*
Coordinated and planned recruitment activities for children who were legally free for adoption. Completed recruitment reports on all "Waiting Children." Ensured that each waiting child had some form of recruitment activity on a regular basis. This included but was not limited to featuring a child in a waiting Child Column; television or radio; newsletter, etc., and attendance at all treatment team meetings at the adoption group home. Conducted grassroots recruitment in various communities, which included adoption presentations, and setting up adoption displays. Assumed the responsibility for overall planning and coordination of adoption match parties as well as Adoption Recognition activities. Conducted bimonthly adoption orientation sessions for prospective adoptive applicants. Assisted as needed in adoptive parent training. Attended and represented the Adoption Office at all statewide Recruitment Specialist meetings, participated in Statewide Adoption Task Force and served as liaison to the National Adoption Exchange. Other tasks included completing adoption home studies on prospective families and conduct reevaluation of current foster home families.

***Family Service Specialist III (Gloucester District Office)***                     *June 1988-November 1990*
Responsible to investigate allegations of child abuse and neglect, family dysfunction, adjudicated youth and drug/alcohol abuse. Gathered information in a civil investigation; documented same for civil and criminal court; assessed, developed and implemented case plans.

***Adjunct Professor- Camden County Community College***                     *June 1988-Present*
Instructor for Introduction to Human Service, and Group Dynamics to students who are majoring in Social Work and/or Humans Services**.** Responsible for developing course outline and evaluating their level of knowledge through exams and research papers.

## Education

***Lincoln University,*** *M.S. Administration*                                                                                                 *1997*

***Lincoln University,*** *B.S. Sociology & Human Services*                                                                    *1986*

### Activities and Honors
- Member, Alpha Kappa Alpha Sorority, Inc.
- Member, Alpha Kappa Delta International Sociology Honor Society
- National Deans List 1985-1986
- Certified Social Worker in the State of New Jersey
- Recipient of National Adoption Centers 1997 Allison Award for Social Worker of the Year
- Member NAACP

### Special Accomplishments
- Conducted various workshops for the Division on Adoption Recruitment and Retention.
- Developed and implemented Joint Foster/Adoptive Parent Training with the Gloucester District Office.
- Completed the Division's five day Training for Trainers Program in Newark, New Jersey.
- Participated as a panelist for the Federally sponsored Minority Adoption Conference.
- Participant in statewide Trans-Racial Training for the Division's Adoption Program.