Kina Y. Watson

Mobile phone: ▮▮▮▮▮  Email: ▮▮▮▮▮▮▮▮

October 17, 2022

To: The Honorable Janis Graham Jack
U.S. District Court for the Southern District of Texas
U.S. Courthouse
1135 N. Shoreline Blvd.
Corpus Christi, TX 78401

RE: Foster Care Home Placement

Dear Judge Jack:

I am a newly excited licensed single Foster Care Parent with Circle of Living Hope Agency (COLH). It has been my long goal of mine to foster a teenager in high school. I initiated the process with DePelchin Children Center; however, that agency required single or unmarried applicants to have a "surrogate spouse" who would share full responsibility and an emergency backup person. Since I am unmarried, I could not fulfill the requirement.

I want to foster an older African American teen in high school. " Once Black children enter foster care in Texas, they are somewhat more likely than other children to have experiences that are associated with worse outcomes. Black children stay in Texas foster care two months longer than White children, on average. In Texas foster care, 68 percent of older Black youth have three or more placements — meaning more instability — compared to 63 percent of older White youth"(Murphy, 2020). I would like her to live in a safe and stable environment while completing high school and/or secondary education. It is not easy to place older kids, which should not be. Teens still need nurturing, security, kindness, directions, and love. I want to prepare her for young adulthood by helping her establish goals and reiterating hope for a bright future. I prefer a Basic Level teen because this would be my first placement; however, I am thoughtfully open to Moderate Level. After several impassionate conversations, COLH amended the licensure to reflect what I documented on the application.

I've been following the news for Texas Foster Care System for a few years, and I watched "Children without Placement" on NBC this past weekend. I have to ask, are there other Texas-licensed foster parents like me waiting and wanting to help? Are the children's placement needs published in real time? I have nursing experience in pediatrics and a master's degree in Public Health. I understand how socioeconomic status affects children's lives. But most of all, I know every child longs to be wanted and deserves a good and safe home.

Sincerely,

Kina Y. Watson

*[signature]*

Cc: The Honorable Aurora Martinez Jones
    The Honorable Jaime Masters Commissioner

REFERENCE

Murphy, K. (2020, October 21). Racial justice requires improvements to the Texas CPS System. Retrieved October 13, 2022, from https://txchildren.org/posts/2020/9/14/racial-justice-requires-improvements-to-the-texas-cps-system



Envelope addressed to:
The Honorable Janis Graham Jack
U.S. District Court - Southern District of Texas
U.S. Courthouse
1133 N. Shore BLVD
Corpus Christi, TX 78401

Return: Nina Y. Watson

Postmark: NORTH HOUSTON TX 773, 17 OCT 2022 PM 3 L

Stamp: United States Courts, Southern District of Texas, RECEIVED OCT 21 2022, Nathan Ochsner, Clerk of Court

78401-999955