# D|C  Darnyelle Cmil

**INNOVATIVE CHILD WELFARE EXPERT**
**SPECIALIZES IN SYSTEM REFORM**
**BEST PRACTICE COACH AND ANALYST**

 dcmil@public-catalyst.com

## STRENGTHS & GOALS

Over two decades of experience· working with children, youth, families, staff and system stakeholders for improved safety, permanency, and well-being. Demonstrates adaptive leadership and management skills along with a deep-rooted understanding of how community and family engagement initiatives are developed and implemented. Specializes in utilizing data, research, and business process analyses in partnership with stakeholders to diagnose system challenges and develop practical and successful solutions. Recognized for outstanding project management, coaching skills and ability to build capacity with human service and child welfare professionals.

## EXPERIENCE

**Public Catalyst,** New Jersey and New York City I 10 years to present
**Senior Associate**, 2015 to present **Program Associate**, 2012 to 2015
Expertise in coaching staff and leadership on how to interpret, analyze and present child welfare and human services data to manage cases, assess practice and improve performance. Graduate of Public Catalyst's nationally recognized Fellows' program. Manages a team with effective leadership and management skills. Project Lead for several jurisdictions nationally. Specializes in utilizing cutting edge data analyses, best practice coaching, and accountability tools to help build better systems with better results. Partners with system leaders, managers, supervisors and staff to build the capacity to bridge the gap between data and practice to improve outcomes. Skilled at utilizing complex quantitative cohort analyses; the development and implementation of qualitative review tools and quality review reporting and analyses; business process mapping; and information integration and presentation.  Supports systems to develop accessible, real-time data reporting; and utilize data to identify strengths and challenges.

**Middlesex County Community College,** New Jersey I 7 years to present
**Adjunct Professor**
Instruct undergraduate courses in social work practice, human behavior and the social environment, research, social welfare policy and/or management.

**Helping Others Grow**, New Jersey, 2014 to 2019 I 5 years
**Founder and Executive Director**
Established a non-profit organization that partners with family-serving community agencies to improve the well-being of at-risk children and families. Recognized by Rutgers University as a distinguished Alumni.

**New Jersey Department of Children and Families**, New Jersey I 12 years
**Case Practice Specialist**, 2010-2012, **Supervisor and Family Service Specialist**, 2002-2010
Provided consultation to child welfare staff on individual cases to build the staff capacity to respond to challenging practice issues and to improve well-being outcomes for children. Served as an in-house expert in subject matter areas such as family visitation, prevention services, business processes, investigation practice and community-based referrals. Worked as a Family Team Facilitator and best practice coach. Graduated from the inaugural nationally recognized Fellows' program, October 2012.

## SKILLS

Multi Project Management

Strategic Partnerships

Innovative Leadership

Crisis-Driven Decisions

## EDUCATION

**Rutgers University, New Brunswick, NJ**
School of Social Work Public Policy and Administration
M.S.W 2012
Summa Cum Laude I Phil Alpha Honor Society I Social Work Graduate Student Association Mentor Program

**Lesley University, Cambridge, MA**
Early Childhood Education Social Sciences
B.S. 1996
Summa Cum Laude I Senior Honor Society

**John Hopkins University**
COVID-19 Contact Tracing Training, June 2020

**Project Management Academy**
Certified Project Management Professional, August 2022

**Rutgers University**
Office of Continuing Education
SHRM Certified, Projected January 2023