

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 22-03 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 11/07/2022 | | |
| **Due Date** | 12/07/2022 | | |
| **Subject** | Texas Monitoring Team: October 2022 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $794,015.63 |
| Expenses | **PROJECT EXPENSES** (see attached report)<br>(10/1/2022 – 10/31/2022) | $7,569.95 |

**Amount Due**   **$801,585.58**