10/19/22, 9:34 AM                                                EFI MarketDirect Storefront

## Order Confirmation

*Gianna Maita-Edwards*

## Thank you for your order!

If you chose store pickup, please bring a copy of this order confirmation when you come to pick up your order.

| | |
|---|---|
| Order # | Status: |
| **1260198** | **User approved** |
| | As of 10/19/2022 9:34:32 AM EDT |

Order Date: 10/19/2022 9:34:29 AM EDT
Due Date: 10/19/2022 4:00:00 PM EDT

Order placed by:
Gianna Maita-Edwards
gedwards@public-catalyst.com
███████████
RED BANK
NJ - New Jersey
07701-1413
United States
████████████

Print Shop
The UPS Store #3488
store3488@theupsstore.com
68 WHITE ST
STE 7
RED BANK
NJ - New Jersey
7701
United States
(732)530-0664

**Hours Of Operation**

Sun : 11:00 AM-4:00 PM
Mon-Fri : 8:30 AM-6:30 PM
Sat : 9:00 AM-5:00 PM

## DELIVERY METHOD 1

Customer Pick-Up

**ADDRESS**
Guest User
68 WHITE ST
STE 7
RED BANK
United States
NJ - New Jersey - 7701 ██████████ gedwards@public-cataly
st.com

Hours Of Operation
Sun : 11:00 AM-4:00 PM
Mon-Fri : 8:30 AM-6:30 PM
Sat : 9:00 AM-5:00 PM

## Products

**Gianna info sheet**

Item Name: Copies and Quick Prints - 8.5x11

| Qty | Unit Price | Total |
|---|---|---|
| 10 | $0.18 | $1.80 |

EFI MarketDirect Storefront

Payment Method:

**Credit Card**

Card Type:

**VISA**

Amount:

**$1.92**

| | |
|---|---|
| Subtotal | $1.80 |
| Shipping | $0.00 |
| Taxes | $0.12 |
| **Total** | **$1.92** |

8/30/22, 2:08 PM                    Georgetown University Mail - eTicket Itinerary and Receipt for Confirmation ABY88K

*GEORGETOWN*
*UNIVERSITY*

Gianna Maita ████████████████

---

**eTicket Itinerary and Receipt for Confirmation ABY88K**

**United Airlines** <Receipts@united.com>                    Tue, Aug 30, 2022 at 2:02 PM
To: ████████████████

**UNITED**                                Tue, Aug 30, 2022

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# ABY88K

Flight 1 of 2 UA1973                                          Class: United Economy (N)

Thu, Oct 20, 2022                                            Thu, Oct 20, 2022

## 12:45 PM                                                  ## 03:36 PM
New York/Newark, NJ, US (EWR)                               Houston, TX, US (IAH)

Flight 2 of 2 UA1922                                         Class: United Economy (N)

Sat, Oct 22, 2022                                           Sat, Oct 22, 2022

## 12:40 PM                                                  ## 05:05 PM
Houston, TX, US (IAH)                                        New York/Newark, NJ, US (EWR)

Traveler Details

MAITA/GIANNAN
eTicket number: **0162432667891**                           Seats: **EWR-IAH -----**
Frequent Flyer: **UA-XXXXX**███ **Member**                  **IAH-EWR -----**

Purchase Summary

8/30/22, 2:08 PM
Georgetown University Mail - eTicket Itinerary and Receipt for Confirmation ABY88K

| Method of payment: | Visa ending in ▮ |
| Date of purchase: | Tue, Aug 30, 2022 |

| | |
|---|---|
| Airfare: | **204.68 USD** |
| U.S. Transportation Tax: | **15.37 USD** |
| U.S. Flight Segment Tax: | **9.00 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |
| | |
| Total Per Passenger: | **249.25 USD** |

# Total:                                          249.25 USD

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.35978 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NOCBBG/NOASR

## MileagePlus Accrual Details

| Giannan Maita | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Thu, Oct 20, 2022 | 1973 | New York/Newark, NJ, US (EWR) to Houston, TX, US (IAH) | 680 | 136 | 0 |
| Sat, Oct 22, 2022 | 1922 | Houston, TX, US (IAH) to New York/Newark, NJ, US (EWR) | 345 | 69 | 0 |
| MileagePlus accrual totals: | | | 1025 | 205 | 0 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Oct 20, 2022 New York/Newark, NJ, US (EWR - Liberty) to Houston, TX, US (IAH - Intercontinental) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Sat, Oct 22, 2022 Houston, TX, US (IAH - Intercontinental) to New York/Newark, NJ, US (EWR - Liberty) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

                                                    Fri, Sep 23, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# NR2K8M

| Flight 1 of 2 UA1973 | Class: United Economy (N) |
|---|---|
| Thu, Oct 20, 2022 | Thu, Oct 20, 2022 |
| **12:45 PM** | **03:36 PM** |
| New York/Newark, NJ, US (EWR) | Houston, TX, US (IAH) |

| Flight 2 of 2 UA1922 | Class: United Economy (N) |
|---|---|
| Sat, Oct 22, 2022 | Sat, Oct 22, 2022 |
| **12:40 PM** | **05:05 PM** |
| Houston, TX, US (IAH) | New York/Newark, NJ, US (EWR) |

Traveler Details

RYAN/KEVINMICHAEL
eTicket number: **0162436546053**                          Seats: **EWR-IAH**
Frequent Flyer: **UA-XXXXX**█**Premier Platinum**                **IAH-EWR**

Purchase Summary

Method of payment:                                  **American Express ending in**
                                                         █

Date of purchase:                                                        **Tue, Sep 20, 2022**

Airfare:                                                                 **204.68 USD**
U.S. Transportation Tax:                                                 **15.37 USD**
U.S. Flight Segment Tax:                                                 **9.00 USD**
September 11th Security Fee:                                             **11.20 USD**
U.S. Passenger Facility Charge:                                          **9.00 USD**

Total Per Passenger:                                                     **249.25 USD**

# Total:                                                        249.25 USD

*Claudia Tahan*

 American Airlines 

Issued: August 25, 2022



## Your trip confirmation and receipt

### Record Locator: SKFTAV

We charged $420.20 to your card ending in ███ for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

---

## Thursday, October 20, 2022

| PHL | | IAH | | Seat: | 25D |
|-----|-|-----|-|-------|-----|
| **9:00** AM | → | **11:49** AM | | Class: | Economy (V) |
| Philadelphia | | Houston George Bush | | Meals: | Refreshment |

**AA 2427**

# Saturday, October 22, 2022

| IAH | | PHL | | Seat: | 21C |
|-----|---|-----|---|-------|-----|
| **1:20** PM | → | **5:34** PM | | Class: | **Economy (Q)** |
| Houston George Bush | | Philadelphia | | Meals: | Food for purchase |

**AA 2427**

---

Earn 10,000 bonus miles

**Plus $50 back and no annual fee. Terms Apply.**

Learn more



---

## Your purchase

**CLAUDIA TAHAN**
Join the AAdvantage® Program

New ticket                                                                                    $420.20
Ticket #: 0012332676876
[$363.72 + Taxes and fees $56.48]

**Total**                                                                                     **$420.20**

**Total cost**  (all passengers)                                                              **$420.20**

## Your payment

Credit Card (Visa ending ▓▓▓▓)                                                                $420.20

*Charmaine Thomas*



## Your trip to Houston is in 56 days

✉ Email    🖨 Print

VIP GOLD

Priceline trip #: 142-976-825-17 ⧉

Email sent to: charmainet███████

✈ **PHL – IAH**

Oct 20 – Oct 22

Departure: 09:00AM

Confirmation #: AMERICAN: **BTLBKU** ⧉

Cancel / Change your flight

### Payment Summary

| | |
|---|---|
| Priceline trip number | 142-976-825-17 |
| Purchase date | Aug 25, 2022 |
| Payment method | Visa ████ |
| Billing name | Charmaine Thomas |

| | |
|---|---|
| Ticket cost | $295.00 |
| Taxes and fees | $29.20 |
| Number of travelers | X1 |
| Flight subtotal | $324.20 |

| | |
|---|---|
| Seat cost | $18.00 |
| Trip protection | $20.53 |

| | |
|---|---|
| **Total charged** | $362.73 |

Prices are in USD.

From: no-reply@info.email.aa.com,
To: ████████
Subject: Your trip confirmation (PHL - IAH)
Date: Thu, Aug 25, 2022 6:37 pm

*Charlene Womack*

American Airlines

Issued: August 25, 2022

## Your trip confirmation and receipt

### Record Locator: ZYIYEZ

You can check in via the American app 24 hours before your flight and get your mobile boarding pass. Get the app and save time at the airport.

Manage your trip

### Thursday, October 20, 2022

| PHL | IAH | Seat: | 12C |
|---|---|---|---|
| **9:00** AM | **11:49** AM | Class: | Economy (V) |
| Philadelphia | Houston George Bush | Meals: | Refreshment |
| AA 2427 | | | |

### Saturday, October 22, 2022

| IAH | PHL | Seat: | 22C |
|---|---|---|---|
| **1:20** PM | **5:34** PM | Class: | Economy (Q) |
| Houston George Bush | Philadelphia | Meals: | Food for purchase |

of 5

10/19/2022 9:40 AM

AA 2427

# Earn 10,000 bonus miles



Plus $50 back and no annual fee. Terms Apply.

*Learn more*

## Your purchase

**CHARLENE WOMACK**

Join the AAdvantage® Program

| | |
|---|---|
| New ticket<br>Ticket #: 0012332754413<br>[ $274.42  + Taxes and fees $49.78 ] | $324.20 |
| **Total** | **$324.20** |
| **Total cost** (all passengers) | **$324.20** |

## Your payment

| | |
|---|---|
| PayPal | $324.20 |
| **Total paid** | **$324.20** |

## Bag information

**Checked bags**

| **Online*** | | **Airport** | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |

10/19/2022 9:40 AM

*Gianna Maita-Edwards*

```
2022-10-20                          11:19:34
              C2 CEGM C104
              Lane206
              Check: 101236

              Table: 0

- - - - - - - - - - - - - - - - - - - - - - - -


  1  DN EggSld Sndw              $11.99

Subtotal:                        $11.99
Tax:                              $0.79
Gratuity:                         $0.00
Total:                           $12.78

XXXXXXXXXXX ████                  XX/XX
VISA                             $12.78




              Customer Copy
```

*Kevin Ryan, Deanna Maita-Edwards*
*airport/hotel*

# Total                              $53.64

---

Trip fare                                    $40.31

---

**Subtotal**                                 **$40.31**

Booking Fee ❓                                $8.58

Wait Time ❓                                  $0.67

Temporary Fuel Surcharge ❓                   $0.55

Houston Airport Surcharge                    $3.00

Texas Regulatory Recovery Fee                $0.53

*Charlene Womack*



Charlene Womack



MAGGIANO'S
LITTLE ITALY

Maggianos
Houston #158
2019 Post Oak Blvd
713-961-2700

Server: Blanca                    10/20/2022
Table 42/6                         2:07 PM
Guests: 1                          100033
Order Type: Dine In

LUNCH COMBO                         11.50

Subtotal                           11.50
Sales and MB Sales Tax              0.95

Total                              12.45

Balance Due                        12.45

* Gratuity Guide
18% = $2.24
20% = $2.49
22% = $2.74

Thank You!
We Welcome Your Comments
www.maggianos.com/contact
Scan to Pay



*Charmaine Thomas, Claudia Tahan, Charlene Womack, Aileen Williams, Judy Drebes*

**5:25** ⌖

**.ıll LTE** 🔋

**Done** **receipt_7d3f1cd8...** 🔍 Ⓐ

# Uber

October 20, 2022

## Thanks for tipping, Charmaine

We hope you enjoyed your ride this evening

| Total | $86.54 |
|---|---|

| Trip fare | $57.08 |

| Subtotal | $57.08 |
|---|---|
| Hardy South Plaza | $1.50 |
| Hardy Toll Road Airport Connector | $1.20 |
| Wait Time | $0.15 |
| Booking Fee | $8.36 |
| Temporary Fuel Surcharge | $0.55 |
| Houston Airport Surcharge | $3.00 |
| Tip | $13.94 |
| Texas Regulatory Recovery Fee | $0.76 |

## Payments

| VISA Visa ••• ████ | $86.54 |
|---|---|
| 10/20/22 12:51 PM | |

<u>Visit the trip page</u> for more information, including invoices (where available)

You rode with Onix

UberXL   26.53 miles | 33 min

12:07 PM | Level 2 Terminal A, George Bush Intercontinental Airport (IAH), Houston, TX 77032, US

12:41 PM | 2001 Post Oak Blvd, Houston, TX 77056, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

*Jody Dribes*



Maggianos
Houston #158
2019 Post Oak Blvd
713-961-2700

Server: Blanca                    10/20/2022
Table 42/3                          2:07 PM
Guests: 1                          100030
Order Type:  Dine In

EGGPLANT PARM                        17.50

Subtotal                             17.50
Sales and MB Sales Tax                1.44

Total                                18.94

Balance Due                         ~~18.94~~
                                    $17.00

* Gratuity Guide
18% =  $3.41
20% =  $3.79
22% =  $4.17

Thank You!
We Welcome Your Comments
www.maggianos.com/contact

*Charmaine Thomas*





*Jody Drebes*

 **American Airlines** 

AA RECORD LOCATOR: RFQHXD



→ Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

Philadelphia to Houston · 1 Adult

**Thursday October 20, 2022 – Saturday October 22, 2022**

| AA Record Locator | Reservation Name |
|---|---|
| **RFQHXD** | **PHL/IAH** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Aug 25, 2022 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2427** | Philadelphia (PHL) October 20, 2022 09:00 AM Travel Time : 3 h 49 m Class : Economy Seat : 11D | Houston (IAH) October 20, 2022 11:49 AM Booking Code : V Aircraft : 319 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2427** | Houston (IAH) October 22, 2022 01:20 PM Travel Time : 3 h 14 m Class : Economy Seat : 11D | Philadelphia (PHL) October 22, 2022 05:34 PM Booking Code : Q Aircraft : 319 |

**Total Paid:**
**$385.96 USD**

**Fare Amount**
Adult
1 × $274.42 USD        $274.42 USD

**Trip Options**
Preferred Seats        $61.76 USD

**Taxes & Carrier-Imposed Fees**

Taxes        $49.78 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**

**$385.96 USD**

Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| DREBES,JODY | 0017849066222 | | | | | |
| Payment Type: VISA ········ | | | | | Total | |

Receipt for Expense 37089830



# DELAWARE RIVER PORT AUTHORITY

## WALT WHITMAN BRIDGE
## LANE 8

### 10/20/2022 06:20

## FARE PAID
## $5.00

**American Airlines** 

Issued:  August  25, 2022



# Your trip confirmation and receipt

## Record Locator: UAWEAR

We charged  $324.20  to your card ending in ▮▮▮  for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding  pass.  Get the app  and save time at the airport.

| Manage your trip |
| :---: |

## Thursday, October 20, 2022

| PHL | | IAH | | Seat: | 20F |
|-----|-|-----|-|-------|-----|
| **9:00** AM | → | **11:49** AM | | Class: | Economy (V) |
| Philadelphia | | Houston George Bush | | Meals: | Refreshment |
| **AA 2427** | | | | | |

# Saturday, October 22, 2022

IAH
**1:20** PM
Houston George Bush

→

PHL
**5:34** PM
Philadelphia

Seat:    23D
Class:   Economy (Q)
Meals:   Food for
         purchase

**AA 2427**

---

Earn 10,000 bonus miles

Plus $50 back and no annual fee. Terms Apply.

Learn more



---

# Your purchase

**AILEEN WILCOX**
Join the AAdvantage® Program

---

New ticket                                                      $324.20
Ticket #: 0012332781272
[$274.42 + Taxes and fees $49.78]

---

**Total**                                                       **$324.20**

---

**Total cost** (all passengers)                                 **$324.20**

---

# Your payment

Credit Card (Visa ending ▮▮▮▮)                                  $324.20

*Diane Scott*

Confirmation Number: GE8M9W

Flight 1 of 2 UA1493

Class: United Economy (Q)

Thu, Oct 20, 2022
## 09:12 AM
Tampa, FL, US (TPA)

Thu, Oct 20, 2022
## 10:35 AM
Houston, TX, US (IAH)

Flight 2 of 2 UA1981

Sat, Oct 22, 2022
## 09:30 AM
Houston, TX, US (IAH)

Class: United Economy (T)

Sat, Oct 22, 2022
## 12:44 PM
Tampa, FL, US (TPA)

## Traveler Details

SCOTT/DIANEL
eTicket number: 0162431848387
Frequent Flyer: **UA-XXXXX** ▮ **Premier Platinum**

Seats: **TPA-IAH 21F**
**IAH-TPA 21F**

## Purchase Summary

Method of payment:
Date of purchase:

**Visa ending in** ▮
**Fri, Aug 26, 2022**

Airfare:
U.S. Transportation Tax:
U.S. Flight Segment Tax:
September 11th Security Fee:
U.S. Passenger Facility Charge:

**358.14 USD**
**26.86 USD**
**9.00 USD**
**11.20 USD**
**9.00 USD**

Total Per Passenger:

**414.20 USD**

## Total:

**414.20 USD**

*Diane Scott* *home / airport*

Uber      Ride    Drive    More          Help    Diane

**6:10 AM, Thursday October 20 2022 with James**



## Rate trip

★ ★ ★ ★ ★

## Trip details

🚗 UberX

🛣 57.18 miles

🕐 59 min

🏷 $71.19

💳 Visa •••• ▮▮▮

📄 View Receipt     ➤ Resend Receipt

## Route

*Diane Scott* *airport/hotel*

Uber      Ride    Drive    More                    Help    Diane

← Back to trips

## Your Trip

**12:16 PM, Thursday October 20 2022 with EYRON**



## Rate trip

★ ★ ★ ★ ★

---

## Trip details

🚗 UberX

🛣 25.89 miles

🕐 39 min

🏷 $44.38

💳 Visa ••• ▮

*Diane Scott*







*Charlene Womack*

Promenade Rest.
Hilton Houston Post Oak
2001 Post Oak Blvd
Houston, TX 77056
713-961-9300

104 Edison L

---------------------------------
Chk 2032        622          Gst  1
        Oct21'22 09:44AM
---------------------------------
Eat In
1 Breakfast Full              25.00

Food                          25.00
Tax                            2.06
Total                        27.06

Tip:_____ 5.00

Total:_____ ~~32.00~~    $17.00

Room #:_[REDACTED]_    $17.00

Print Name:_____

Signature:_____

Thank you for joining us today.