*Claudia Tahan*

Promenade Rest.
Hilton Houston Post Oak
2001 Post Oak Blvd
Houston, TX 77056
713-961-9300

104 Edison L
--------------------------------------
Chk 2033          720              Gst 1
          Oct21'22 09:45AM
--------------------------------------

**Eat In**
1 Breakfast Full              25.00

Food                          25.00
Tax                            2.06
Total                        **27.06**


Tip: ___5.00_____

Total: ~~$32.06~~_____

Room #: ▓▓▓▓▓    **$17.00**

Print Name: _Claudia_____

Signature: _CClmC_____

Thank you for joining us today.

*Aileen Williams*



Welcome to Chick-fil-A
Galleria I (#00366)
Houston, TX
(713) 840-8810

CUSTOMER COPY
10/21/2022 1:22:38 PM
DINE IN
Order Number:  7323974

1  CFA Sand                        4.85
1  Kids Meal                       5.85
   Nugget 5 Ct
   Sm Fry
   Kds Toy
   Coke KD

- - - - - - - - - - - - - - - - - - - -

We'd like to offer you a free
Chick-fil-A Chicken Sandwich
(Original or Spicy)
as a thank you for
completing our survey
within 2 days of your visit.

www.mycfavisit.com
Serial Num: 9740104-00366-1322-1021-22

At the end of the survey, your email
will be required in order for us
to send your free sandwich offer.

- - - - - - - - - - - - - - - - - - - -

Sub. Total:                     $10.70
Tax:                             $0.88
Total:                          $11.58

                                 $8.42
Change                          $20.00
$20
                    Tran Seq No: 7323974
Register:4
Cashier:Carmen
      It was a pleasure serving you!
         Have a wonderful day.
        Forgot to scan your app?
     one.chick-fil-a.com/forgot2scan

*Aileen Williams*



```
        Sushi on Post Oak - Ducky McShweeney's
                    2027 Post Oak Blvd
                    Houston, TX 77056

        Server: PM B                              0
        Check #111
        Guest Count: 1
        Ordered:                    10/21/22 6:30 PM

        1 PUB Fish and Chips                  $22.00
        1 Burger Bun                           $2.00

        Subtotal                              $24.00
        Tax                                    $1.98
        Total                                 $25.98

                                        20% + 5.00 Tip
                    Thank You!
                                        $30.98
```

*Charlene Womack*

```
        Sushi on Post Oak - Ducky McShweeney's
                  2027 Post Oak Blvd
                  Houston, TX 77056

        Server: PM B
        Check #112                              U
        Guest Count: 1
        Ordered:                  10/21/22 6:30 PM

        1 PUB Fish and Chips              $22.00

        Subtotal                         $22.00
        Tax                               $1.82
        Total                            $23.82
                                    TIP: 4.60
                    Thank You!      $28.42
```

*Jody Drebes*



Sushi on Post Oak - Ducky McSweeney's
2027 Post Oak Blvd
Houston, TX 77056

Server: Jared G
Check #46                          Table 11
Guest Count: 2
Ordered:                   10/21/22 2:10 PM

1 House Salad & Specialty Roll Combo
                                    $21.00

Subtotal                           $21.00
Tax                                 $1.73
Total                              $22.73
                                   $17.00

Thank You!

*Jody Drebes*



EBES, JODY

2 6:29 PM

rization
xxxx2255
7:21 PM

Sale
pproved
0IncAut
CCycdYt
BBPOS

16.24

06

4

r

to
be

---

Sushi on Post Oak - Ducky McShweeney's
2027 Post Oak Blvd
Houston, TX 77056

Server: PM B
Check #107                        DREBES, JODY
Guest Count: 1
Ordered:              10/21/22 6:29 PM

1 PUB Chicken Tender Basket        $15.00

Subtotal                          $15.00
Tax                                $1.24
Total                             $16.24

Thank You!  Tip + 3.25
                    $19.49

*Charmaine Thomas*



*Charmaine Thomas*



Sushi on Post Oak — Ducky McShweeney's
2027 Post Oak Blvd
Houston, TX 77056

Server: PM B
Check #108                                    H
Guest Count: 1
Ordered:                    10/21/22 6:30 PM

1 PUB Kobe Burger              $19.00

Subtotal                       $19.00
Tax                             $1.57
Total                          $20.57

Thank You!

tip 4.00
Total 24.57



Gianna Maita - Edwards



Gianna Maita-Edwards



# WHOLE FOODS
## MARKET

Post Oak POA 713-346-0537
1700 Post Oak Blvd
Houston, TX 77056

| | |
|---|---:|
| KSMCKM SALTYDOG | $3.99 FT |
| MEDIUM SOUP 16 OZ | $6.99 T |
| CIABATTA ROLL | $0.99 F |
| Subtotal: | $11.97 |
| Net Sales: | $11.97 |
| Tax:        8.25% | $0.91 |
| Total: | $12.88 |
| Sold Items: | 3 |

Paid:
VISA              ▆▆▆▆  $12.88
   Chip Card:VISA CREDIT
   Chip Card AID:A0000000031010

RETURNS: All returns require a receipt.
No returns on items purchased after
90 days. For additional information
please visit wfm.com/returns.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Prime members save at Whole Foods Market,
and get Free Shipping, Video, Music & more
Learn more at amazon.com/PrimeSavings
**Earn 5% Back at Whole Foods Market
with the Amazon Prime Rewards Visa.**
Learn more at amazon.com/wfmvisa
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
HOW WAS YOUR SHOPPING EXPERIENCE?
Go to: http://www.wfm.com/feedback
ENTER FOR A CHANCE TO WIN A $250 GIFT CARD
205 38404 10/21/2022 07:49 PM

6301102512053840410212 0220
UJDHD6LLLJ
Thanks for shopping at Whole Foods Market
WholeFoodsMarket.com



AA-TX-200-1-IL
5015 Westheimer Rd
Space K107A
ouston TX 77056
(832) 491 - 0022

Order# 303169796
Server: Karina M
Date: 10/21/22, 2:05 PM

Mini Pretzel Dog (10 ct)          $6.00
Bottled Water                     $2.00

Total Item Count:                    2

Subtotal:                         $8.00
Total Tax:                        $0.50

**Total:**                      **$8.50**

Customer Paid Cash:              $20.00

Customer Change:                 $11.50

1633432233303

*Kevin Ryan & Diane Scott*

Maggianos
Houston #158
2019 Post Oak Blvd
713-961-2700

Server: Rico                          10/21/2022
Table 43/1                            9:40 PM
Guests: 1                             70038
Reprint #: 1
Order Type:  Dine In

EGGPLANT PARM                         17.50
COKE                                   3.50
LASAGNA                               18.99

**MAGGIANO'S**

:: LITTLE ITALY ::

Subtotal                              39.99
Sales and MB Sales Tax                 3.30

Total                                 43.29

**Balance Due**                       43.29

* Gratuity Guide
18% =  $7.79
20% =  $8.66
22% =  $9.52

Thank You!
We Welcome Your Comments
www.maggianos.com/contact
Scan to Pay

*Aileen Williams*



Nestle Cafe 2004/ Cinnabon 1580
Galleria 1
Houston, TX
7133552447
Workstation 1
10-22-22 09:12 AM   Invoice #608731
Sandy S

Hot Plate                          6.99
Classic Cinnamon Roll Each
                    SUBTOTAL   6.99
                       TOTAL   6.99
                        CASH  20.00
             TOTAL TENDERED   20.00
                 CHANGE DUE   13.01

**Fee Classic Roll** with purchase of
small/regular sized specialty beverage.
Soft drinks and hot coffee not included.
Go to www.cinnabonsurvey.com or call
(866)219-9419 within 7 days to take a
short survey about your visit. Bring
original receipt with Validation code __
Expires 30 days from visit.

Now, Order Cookie Cakes Online

Not a Hilton Honors member?  Join at
HIltonHonors.com and get instant
benefits on your next stay – it's fast,
easy & free to sign up.



### Hilton
HOTELS & RESORTS

HILTON HOUSTON POST OAK BY THE GALLERIA
2001 POST OAK BLVD
HOUSTON, TX  77056
United States of America
TELEPHONE 713-961-9300   • FAX 713-961-1557
Reservations
www.hilton.com or 1 800 HILTONS

RYAN, KEVIN

FAIR HAVEN NJ  07704
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | |
| Arrival Date: | 10/20/2022  4:48:00 PM |
| Departure Date: | 10/22/2022 10:35:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | TRANGD |
| Room Rate: | 179.00 |
| AL: | |
| HH # | ▮▮▮▮SILVER |
| VAT # | |
| Folio No/Che | 1312728 A |

Confirmation Number: 3296990946

HILTON HOUSTON POST OAK BY THE GALLERIA 10/22/2022 10:34:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/20/2022 | 6952636 | GUEST ROOM | $179.00 |
| 10/20/2022 | 6952636 | SPORT OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952636 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952636 | CITY OCCUPANCY TAX | $12.53 |
| 10/20/2022 | 6952636 | STATE OCCUPANCY TAX | $10.74 |
| 10/21/2022 | 6953805 | GUEST ROOM | $179.00 |
| 10/21/2022 | 6953805 | SPORT OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953805 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953805 | CITY OCCUPANCY TAX | $12.53 |
| 10/21/2022 | 6953805 | STATE OCCUPANCY TAX | $10.74 |
| 10/22/2022 | 6954294 | AX ▮▮▮ | ($418.86) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and
resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next
stay at hilton.com.

# Hilton
## HOTELS & RESORTS

2001 POST OAK BLVD
HOUSTON, TX 77056
United States of America
TELEPHONE 713-961-9300   • FAX 713-961-1557
Reservations
www.hilton.com or 1 800 HILTONS

Maita-edwards, Gianna

▬▬▬▬▬▬▬

RED BANK NJ 07701
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | ▬▬▬ |
| Arrival Date: | 10/20/2022 2:41:00 PM |
| Departure Date: | 10/22/2022 10:26:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | EGUEST |
| Room Rate: | 179.00 |
| AL: | |
| HH # | ▬▬▬BLUE |
| VAT # | |
| Folio No/Che | 1312636 A |

Confirmation Number: 3297948640

HILTON HOUSTON POST OAK BY THE GALLERIA 10/22/2022 10:25:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/20/2022 | 6952301 | GUEST ROOM | $179.00 |
| 10/20/2022 | 6952301 | SPORT OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952301 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952301 | CITY OCCUPANCY TAX | $12.53 |
| 10/20/2022 | 6952301 | STATE OCCUPANCY TAX | $10.74 |
| 10/21/2022 | 6953471 | GUEST ROOM | $179.00 |
| 10/21/2022 | 6953471 | SPORT OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953471 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953471 | CITY OCCUPANCY TAX | $12.53 |
| 10/21/2022 | 6953471 | STATE OCCUPANCY TAX | $10.74 |
| 10/22/2022 | 6954284 | VS ▬▬ | ($418.86) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

*Gianna Maita - Edwards*

## Thank you for your order – CIBO Express – CEGM C1

---

**From:** anOTGexperience
iPadOrders@flosolutions.net
**To:** Gianna Edwards gedwards@public-catalyst.com
**Sent:** Saturday, October 22, 11:41 AM



Date: 10/22/2022
Check ID: 100821
Device: 3064
Table: 0
Server:

( 1 ) SunWink Gngr 12z @ $5.99

Subtotal: $5.99
Tax: $0.49
Gratuity: $0.00
Total: $6.48



VISA  –  ▮  $6.48
Rate your experience



Thank you!
United MileagePlus®, The world's most rewarding loyalty program™
image

*Gianna Maita-Edwards, Charlene Womack, Claudia Tahan & Jody Drewes*



---

**[Business] Your Saturday morning trip with Uber**
1 message

---

**Uber Receipts** <noreply@uber.com>                          Sat, Oct 22, 2022 at 11:30 AM
To:

---

## Uber

Total $90.07
October 22, 2022

# Thanks for tipping, Gianna

Here's your updated Saturday morning ride receipt.



## Total                                    $90.07

---

| | |
|---|---|
| Trip fare | $61.42 |

---

| | |
|---|---|
| Subtotal | $61.42 |
| Booking Fee ❓ | $9.32 |
| Temporary Fuel Surcharge ❓ | $0.55 |
| Houston Airport Surcharge | $3.00 |
| Tips | $15.01 |
| Texas Regulatory Recovery Fee | $0.77 |

Payments

 **Visa • • • ▮** $90.07
10/22/22 11:30 AM

Download PDF

## You rode with Abiodun

4.93 ★ Rating          👤 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ❯

**UberXL**   31.82 miles | 44 min

10:35 AM
2001 Post Oak Blvd,
Houston, TX 77056, US

11:20 AM
Level 2 Gates A1 – A30,
George Bush Intercontinental
Airport (IAH), Houston, TX
77032, US



Report lost item ❯          Contact support ❯          My trips ❯

*Aileen Williams*



OPERATED BY

# HMS HOST

CHICK-FIL-A
GEORGE BUSH INTERCONTINENTAL

329563 Teresa
CHK 7862  OCT22'22 11:51AM

DINE IN

| | | |
|---|---|---|
| 1 C NUGGT 8 M | | 13.13 |
| C HONEY MUSTRD | | |
| C WAFFLE FRIES M | | |
| C SODA FTN M | | |
| 1 SAND CHIX | | 6.54 |
| SUBTOTAL | | 19.67 |
| TAX | | 1.62 |
| AMOUNT PAID | | ~~21.29~~ |
| CASH | | 30.00 |
| CHANGE | | 8.71 |

**$17.00**

--329563 Closed OCT22 11:52AM---

We value your feedback!
Scan the QR code below to share
your experience!

https://www.hmshost.com/contact