*Claudia Tahan*



OPERATED BY

**HMS**
H O S T

CADILLAC BAR
HOUSTON BUSH AIRPORT

329228 Markeshi
- - - - - - - - - - - - - - - - - - - -
804/0
3508
OCT22'22 11:58AM
- - - - - - - - - - - - - - - - - - - -
DINE IN

**** SEAT 1 ****
1 QSDLA CHIX          17.19
DINE IN
TAX      1.42   AMOUNT D 18.61
*******   *******
TAX      0.00   AMOUNT DU 0.00
*******   *******

SUBTOTAL             17.19
TAX                   1.42
AMOUNT DUE       **$18.61**

Tip  3.72

We value your feedback!
can the QR code below to share
your experience!

$21.72

$17.00

*Kevin Ryan,*
*Charmaine Thomas & Aileen Williams*

*hotel/IAH airport*



# Total                    $64.99

Base Fare                                $5.19

Time                                     $8.37

Distance                                $38.74

**Subtotal**                           **$52.30**

Booking Fee ❓                           $8.48

Temporary Fuel Surcharge ❓             $0.55

Houston Airport Surcharge               $3.00

Texas Regulatory Recovery Fee           $0.66

*Charlene Womack*



*Gianna Maita-Edwards & Kevin Ryan*

# T. Dupree Driving

### Private Driving

**Dates of Service:** 10/20/2022 & 10/22/2022

**Clients:**   Giana Maita-Edwards          Kevin Ryan

**Address:** ████████████          ████████████

Red Bank, NJ 07701          Fair Haven, NJ 07704

**Phone:** ████████████

**Service Provided:** Pick up both clients at their home, then continue to EWR

Roundtrip car service from Fair Haven & Red Bank NJ to Newark Liberty Airport

Thursday 10/20/22: to EWR.     United Airlines flight 1973

Saturday  10/22/22: return home    United Airlines flight 1922

Payment: Paid in full ...total $210.00

Each trip $105.00 check payment

Thank You!

T. Dupree Driving

trippdupree@verizon.net

732-513-8584



*Gianna Maita - Edwards*

Gianna Maita <■■■■■■■■■■■■■■

---

## Thanks for your purchase with United

United Airlines <Receipts@united.com>
To: ■■■■■■■■■■■■■■                                    Mon, Oct 24, 2022 at 9:05 AM

---

# UNITED

Mon, Oct 24, 2022

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

Flight 1 of 1 UA1922

Sat, Oct 22, 2022
Houston, TX, US (IAH)

Sat, Oct 22, 2022
New York/Newark, NJ, US (EWR)

Traveler Details

MAITA/GIANNAN
Inflight Snack Box (0169805157125)                                    **IAH-EWR**

Purchase Summary

Method of payment:                                    **Visa ending in ■■■**
Date of purchase:                                    **Sun, Oct 23, 2022**

Inflight Snack Box (Reference Number: 0169805157125):                                    **10.00 USD**

**Total:**                                    **10.00 USD**

A STAR ALLIANCE MEMBER 

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

**6:40**    LTE 

**Done FO!**     Ringer     



# Hilton

### HOTELS & RESORTS

HILTON HOUSTON POST OAK BY THE GALLERIA
2001 POST OAK BLVD
HOUSTON, TX 77056
United States of America
TELEPHONE 713-961-9300 • FAX 713-961-1557
Reservations
www.hilton.com or 1 800 HILTONS

Tahan, Claudia

██████████

ELVERSON PA 19520
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | |
| Arrival Date: | 10/20/2022 12:45:00 PM |
| Departure Date: | 10/22/2022 10:19:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | TRANGD |
| Room Rate: | 179.00 |
| AL: | |
| HH #: | ██████BLUE |
| VAT #: | |
| Folio No/Che: | 1312633 A |

Confirmation Number: 3304956608

HILTON HOUSTON POST OAK BY THE GALLERIA 10/22/2022 10:19:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/20/2022 | 6952678 | GUEST ROOM | $179.00 |
| 10/20/2022 | 6952678 | SPORT OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952678 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952678 | CITY OCCUPANCY TAX | $12.53 |
| 10/20/2022 | 6952678 | STATE OCCUPANCY TAX | $10.74 |
| 10/21/2022 | 6953843 | GUEST ROOM | $179.00 |
| 10/21/2022 | 6953843 | SPORT OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953843 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953843 | CITY OCCUPANCY TAX | $12.53 |
| 10/21/2022 | 6953843 | STATE OCCUPANCY TAX | $10.74 |
| 10/22/2022 | 6954272 | VS ████ | ($418.86) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

*Charmaine Thomas*



# Hilton

## HOTELS & RESORTS

HILTON HOUSTON POST OAK BY THE GALLERIA
2001 POST OAK BLVD
HOUSTON, TX 77056
United States of America
TELEPHONE 713-961-9300 • FAX 713-961-1557
Reservations
www.hilton.com or 1 800 HILTONS

Thomas, Charmaine

█████████████

WILLIAMSTOWN NJ 08094
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | █████ |
| Arrival Date: | 10/20/2022  2:32:00 PM |
| Departure Date: | 10/22/2022 12:51:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | TRANGD |
| Room Rate: | 179.00 |
| AL: | |
| HH # | █████████ BLUE |
| VAT # | |
| Folio No/Che | 1312830 A |

Confirmation Number: 3299043185

HILTON HOUSTON POST OAK BY THE GALLERIA 10/22/2022 12:50:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/20/2022 | 6952652 | GUEST ROOM | $179.00 |
| 10/20/2022 | 6952652 | SPORT OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952652 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952652 | CITY OCCUPANCY TAX | $12.53 |
| 10/20/2022 | 6952652 | STATE OCCUPANCY TAX | $10.74 |
| 10/21/2022 | 6953817 | GUEST ROOM | $179.00 |
| 10/21/2022 | 6953817 | SPORT OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953817 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953817 | CITY OCCUPANCY TAX | $12.53 |
| 10/21/2022 | 6953817 | STATE OCCUPANCY TAX | $10.74 |
| 10/22/2022 | 6954352 | VS█████ | ($418.86) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

*Claudia Tahan*



1 hr 8 min (61 mi) *x 2*    *Round trip home to airport*

*Jody Dreves*



37 min (29 mi) X 2    round trip home/PHL airport

⌖ Most fuel-efficient              $36.25.

10/28/22, 2:00 PM                    Camden, New Jersey to Philadelphia International Airport - Google Maps

Google Maps     **Camden, New Jersey to Philadelphia International Airport**     Drive 11.5 miles, 15 min

*Charlene Womack*

Camden
New Jersey                          ⚠ This route has tolls.

**Get on I-676 S**

2 min (0.6 mi)

↑     1.   Head north on Broadway toward Everett St

0.2 mi

↱     2.   Turn right onto Atlantic Ave

0.2 mi

↗     3.   Turn right onto the ramp to Walt Whitman Brg

0.2 mi

**Continue on I-676 S. Take I-76 W and I-95 S to Exit 12A-B in Philadelphia**

13 min (11.0 mi)

↗     4.   Merge onto I-676 S

1.4 mi

↰     5.   Use the left lane to take exit 2 for I-76 W/W Whitman Br toward Philadelphia
           ⚠ Toll road

0.5 mi

↗     6.   Merge onto I-76 W
           ⚠ Toll road
           ➊ Entering Pennsylvania

2.3 mi

↱     7.   Take exit 351 for Interstate 95/Front Street toward Trenton-Chester
           ⚠ Toll road

0.2 mi

↱     8.   Keep right, follow signs for I-95 S
           ⚠ Toll road

0.2 mi

↗     9.   Use the left lane to take the ramp onto I-95 S

5.2 mi

↱     10.  Take exit 12A-B for PA-291 toward Cargo City

1.1 mi

Philadelphia International Airport
8000 Essington Ave, Philadelphia, PA 19153

10/28/22, 2:01 PM                    Philadelphia International Airport to Camden, New Jersey - Google Maps

Google Maps    Philadelphia International Airport to Camden, New Jersey          Drive 13.2 miles, 19 min

*Charlene Womack*

Philadelphia International Airport
8000 Essington Ave, Philadelphia, PA 19153

**Get on I-95 N in Philadelphia from Garage Access Rd**

5 min (2.5 mi)

↑  1.  Head east on Industrial Hwy

499 ft

↑  2.  Continue straight to stay on Industrial Hwy

0.3 mi

↖  3.  Slight left onto Garage Access Rd

0.8 mi

↖  4.  Use the 2nd from the left lane to turn slightly left
       to stay on Garage Access Rd (signs for I-95 N/PA-
       291 E/I-76/New Jersey/Philadelphia)

0.1 mi

↗  5.  Use the right lane to take the ramp to I-95 N

0.7 mi

↩  6.  Use the left lane to follow signs for Philadelphia/I-
       95 N and merge onto I-95 N

0.5 mi

**Continue on I-95 N. Take I-76 and I-676 N to Atlantic Ave in
Camden. Take exit 4 from I-676 N**

12 min (10.2 mi)

↗  7.  Merge onto I-95 N

4.5 mi

↗  8.  Take exit 19 for I-76 E

0.9 mi

↗  9.  Merge onto I-76
       ⓘ Entering New Jersey

2.1 mi

↗  10.  Take exit 354 to merge onto I-676 N toward
        Camden/Gloucester

2.4 mi

↗  11.  Take exit 4 toward Atlantic Ave

0.2 mi

**Continue on Atlantic Ave. Drive to Broadway**

2 min (0.5 mi)

↩  12.  Turn left onto Atlantic Ave

0.3 mi

↩  13.  Turn left onto Broadway

0.2 mi

Camden
New Jersey







HOTELS & RESORTS

2001 POST OAK BLVD
HOUSTON, TX 77056
United States of America
TELEPHONE 713-961-9300 • FAX 713-961-1557
Reservations
www.hilton.com or 1 800 HILTONS

Drebes, Jody

███████████

FRANKLINVILLE NJ 08322
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | |
| Arrival Date: | 10/20/2022 3:23:00 PM |
| Departure Date: | 10/22/2022 |
| Adult/Child: | 1/0 |
| Cashier ID: | JUSTINBECKER |
| Room Rate: | 179.00 |
| AL: | |
| HH # | ████████ BLUE |
| VAT # | |
| Folio No/Che | 1312786 A |

Confirmation Number: 3300890799

HILTON HOUSTON POST OAK BY THE GALLERIA 10/22/2022 2:34:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/20/2022 | 6952649 | GUEST ROOM | $179.00 |
| 10/20/2022 | 6952649 | SPORT OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952649 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952649 | CITY OCCUPANCY TAX | $12.53 |
| 10/20/2022 | 6952649 | STATE OCCUPANCY TAX | $10.74 |
| 10/21/2022 | 6953815 | GUEST ROOM | $179.00 |
| 10/21/2022 | 6953815 | SPORT OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953815 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953815 | CITY OCCUPANCY TAX | $12.53 |
| 10/21/2022 | 6953815 | STATE OCCUPANCY TAX | $10.74 |
| | | WILL BE SETTLED TO VS███████ | $418.86 |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

*Jody Dreves*

The Parking Spot
7601 Essington Ave
215.492.5153

| | |
|---|---|
| PHL-ENT21 | 10/26/2022 6:21 AM |
| PHL-EXT41 | 10/22/2022 6:17 PM |
| Sequence # | 3002972210221846 |
| Transaction Number | 0a3h8 |
| Member Number | 6220274469324828096 |
| Reservation Number | 111027904 |
| Approved Sale | 02505C |

Covered self-park 3d

Reservation Total
| | |
|---|---|
| Covered self-park 3d | $66.75 |
| **Discount | ($20.03) |
| Airport Use Recovery Fee | $3.69 |
| Sales Tax | $11.34 |
| Covered self-park Total | $61.75 |
| | |
| Amount Due | $61.75 |
| Charged to Visa ▉ | $61.75 |

** *Apple* Vacations Traveler Discount * applied

Have a great day, Jody!
Reserve for our best rates!
Visit www.theparkingspot.com today.

Business traveler?
Connect your Spot Club account to
automatically send receipts to Concur,
Certify or Expensify
www.theparkingspot.com/expense

Retain this copy for statement validation
Customer Copy

*Judy Drebes*



OPERATED BY

**HMS**
**HOST**

CADILLAC BAR
HOUSTON BUSH AIRPORT

329228 Markeshi
- - - - - - - - - - - - - - - - - - - - - - - - - - -
804/5
3518
OCT22'22 11:58AM
- - - - - - - - - - - - - - - - - - - - - - - - - - -

DINE IN

Without cheese
1 QSDLA CHIX          17.19
DINE IN

SUBTOTAL             17.19
TAX                   1.42
AMOUNT DUE         $18.61
                   $17.00

We value your feedback!
Scan the QR code below to share
your experience!



7:33

E-ZPass® New Jer...
ezpassnj.com

View More ...

## Recent Posted Transactions



| Transaction Date | Tag / License Plate | Entry Plaza | Amount Due |
|---|---|---|---|
| 10/20/2022 | 02215500708 | | $5.00 |

## Commuter Trip Information

No Record Found.



Home        FAQs        Newsroom        S...

*Aileen Williams*

# PHILADELPHIA PARKING AUTHORITY

Philadelphia Parking Authority
Philadelphia Int'l Airport
Main Toll Plaza
Philadelphia, PA 19153
(215) 683-9842

Cashier : 527   Seq # 45533
Ent : 06:48 10/20/22 Lane 24
Exit: 18:23 10/22/22 Lane 40
Duration: 2D(s) 11H(s) 35M(s)
Rate Code: 86  Shift: 210

|  |  |  |
|---|---|---|
| FEE | $ | 45.00 |
| AMOUNT TEND | $ | 45.00 |
| CASH | $ | 45.00 |
| CREDIT CARD | $ | 0.00 |
| CHECK | $ | 0.00 |
| CHANGE | $ | 0.00 |
| PAID AT CT | $ | 45.00 |

Taxes Included

*** Thank You ***
*** Customer Copy ***



**Hilton**
**HOTELS & RESORTS**

HILTON HOUSTON POST OAK BY THE GALLERIA
2001 POST OAK BLVD
HOUSTON, TX  77056
United States of America
TELEPHONE 713-961-9300  • FAX 713-961-1557
Reservations
www.hilton.com or 1 800 HILTONS

WILLIAMS, AILEEN

██████████

PENNSAUKEN NJ 08110
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | ███ |
| Arrival Date: | 10/20/2022  3:20:00 PM |
| Departure Date: | 10/22/2022 10:02:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | |
| Room Rate: | 179.00 |
| AL: | |
| HH # | ██████  BLUE |
| VAT # | |
| Folio No/Che | |

Confirmation Number: 3304589254

HILTON HOUSTON POST OAK BY THE GALLERIA 10/22/2022 10:25:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/20/2022 | 6952634 | GUEST ROOM | $179.00 |
| 10/20/2022 | 6952634 | SPORT OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952634 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952634 | CITY OCCUPANCY TAX | $12.53 |
| 10/20/2022 | 6952634 | STATE OCCUPANCY TAX | $10.74 |
| 10/21/2022 | 6953803 | GUEST ROOM | $179.00 |
| 10/21/2022 | 6953803 | SPORT OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953803 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953803 | CITY OCCUPANCY TAX | $12.53 |
| 10/21/2022 | 6953803 | STATE OCCUPANCY TAX | $10.74 |
| 10/22/2022 | 6954237 | VS ███ | ($418.86) |

**BALANCE**                                                    $0.00

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

# Hilton

## HOTELS & RESORTS

2001 POST OAK BLVD
HOUSTON, TX 77056
United States of America
TELEPHONE 713-961-9300  • FAX 713-961-1557
Reservations
www.hilton.com or 1 800 HILTONS

Womack, Charlene

█████████

CAMDEN NJ 08102
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | █████ |
| Arrival Date: | 10/20/2022  2:38:00 PM |
| Departure Date: | 10/22/2022 10:03:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | TRANGD |
| Room Rate: | 179.00 |
| AL: | |
| HH # | █████ BLUE |
| VAT # | |
| Folio No/Che | 1312678 A |

Confirmation Number: 3298566236

HILTON HOUSTON POST OAK BY THE GALLERIA 10/22/2022 10:03:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/20/2022 | 6952644 | GUEST ROOM | $179.00 |
| 10/20/2022 | 6952644 | SPORT OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952644 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952644 | CITY OCCUPANCY TAX | $12.53 |
| 10/20/2022 | 6952644 | STATE OCCUPANCY TAX | $10.74 |
| 10/21/2022 | 6953811 | GUEST ROOM | $179.00 |
| 10/21/2022 | 6953811 | SPORT OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953811 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953811 | CITY OCCUPANCY TAX | $12.53 |
| 10/21/2022 | 6953811 | STATE OCCUPANCY TAX | $10.74 |
| 10/22/2022 | 6954245 | MC ████ | ($418.86) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

*Aileen Williams*



.ıll Metro Wi-Fi 📶        9:03 PM        ➤ @ 100% ⚡

# DISTANCE BETWEEN CITIES

Distance between cities › USA › New Jersey ›
Pennsauken › Distance from Pennsauken to
Philadelphia International Airport

# Distance from Pennsauken, NJ to PHL Airport

*round trip home/airport*



DISTANCE



TIME

GAS COST

15 mi *x2*        23 minutes        $2 - $3

ⓘ ✕

## Just Listed: 3 Bed, 1 Bath





AA    🔒 distance-cities.com    ⟳



SCOTT, DIANE
████████████████████
LAKEWOOD RANCH FL 34202
UNITED STATES OF AMERICA

1125/K1
10/20/2022  12:48:00 PM
10/22/2022

Rate Plan:    1/0
HH #:         179.00
AL:           TXAPSD
Car:          ████████ DIAMOND

Confirmation Number: 3304854285

10/22/2022

| Date | | | Amount |
|------|---------|-----------------------------------------------|---------|
| 10/20/2022 | 6952315 | GUEST ROOM | $179.00 |
| 10/20/2022 | 6952315 | SPORT OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952315 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/20/2022 | 6952315 | CITY OCCUPANCY TAX | $12.53 |
| 10/20/2022 | 6952315 | STATE OCCUPANCY TAX | $10.74 |
| 10/21/2022 | 6953273 | JAVA JIVE #4043 | $16.51 |
| 10/21/2022 | 6953274 | Hilton Honors Daily F&B Credit v22 - COMP | ($15.00) |
| 10/21/2022 | 6953487 | GUEST ROOM | $179.00 |
| 10/21/2022 | 6953487 | SPORT OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953487 | COUNTY OCCUPANCY TAX | $3.58 |
| 10/21/2022 | 6953487 | CITY OCCUPANCY TAX | $12.53 |
| 10/21/2022 | 6953487 | STATE OCCUPANCY TAX | $10.74 |
| | | **BALANCE** | $420.37 |

*-1.51 beverage purchase* (handwritten)

*-1.51 - beverage purchase* (handwritten)
*418.86 - Hotel Stay* (handwritten)

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+
hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book
your next stay at hilton.com.

1312702 A

*Diane Scott*



Uber          Ride    Drive    More                    Help    Diane

6:45 AM  CST
7:45 AM, Saturday October 22 2022 with MUMTAZ

**Rate trip**          *hotel/airport*

★ ★ ★ ★ ★

**Trip details**

🚗 UberX

📏 28.13 miles

🕐 31 min

🏷️ $50.48

💳 Visa ··

📄 View Receipt        ➤ Resend Receipt



*Diane Scott*

4100 George J Bean Pkwy — Airport
to 14711 Sundial Pl   — Home

1 hr 3 min

57.3 miles  × 62.5 cents per mile = $35.81

1 hr 5 min (57.33 miles)
4100 George J Bean Pkwy to 14711 Sundial Pl

Ⓐ  **4100 George J Bean Pkwy**

↑    Head northeast on George J Bean Pkwy. Go for 43 ft.

hen 0.01 miles

⌐    Keep left toward Terminal. Go for 417 ft.

en 0.08 miles

|    Keep left toward Arriving Flights. Go for 0.3 mi.

n 0.34 miles

     Continue on George J Bean Pkwy. Go for 509 ft.

0.10 miles

Keep right onto George J Bean Pkwy toward Airport Exit/Rental Car Return/Economy Parking/Cell
Phone Lot. Go for 0.5 mi.

0.50 miles