IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., bnf Stukenberg, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | |
| | § | |
| GREG ABBOTT, his official capacity as Governor of the State of Texas; CECILE ERWIN YOUNG, in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas; JAIME MASTERS, in her official capacity as Commissioner of the Department of Family and Protective Services of the State of Texas, | § § § § § § § § § | CIVIL ACTION NO. 2:11 CV-00084 |
| *Defendants*. | § § | |

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Pursuant to Local Rule 83.2 and the Order Regarding Cases Assigned to Janis Graham Jack, U.S. District Judge (Apr. 23, 2010), Defendant Greg Abbott, in his official capacity as Governor of the State of Texas, hereby files this Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge.

Deputy Attorney General for Special Litigation Patrick K. Sweeten is designated as counsel of record and attorney in charge for Governor Abbott. Mr. Sweeten has accepted a position outside the Office of the Attorney General of Texas.

Acting Chief, Special Litigation Unit, William T. Thompson filed a notice of appearance on behalf of Governor Abbott on November 30, 2022 (ECF 1299) and will be attorney in charge for Governor Abbott going forward. Mr. Thompson is familiar with the upcoming deadlines in this

case, including the status conference set for January 27, 2023. Mr. Sweeten's withdrawal will not result in any delays in this case. This motion is unopposed.

For the reasons stated above, Governor Abbott respectfully requests that the Court grant this motion to withdraw Patrick K. Sweeten as counsel of record, remove Mr. Sweeten from all further electronic notifications regarding this case, and designate Mr. Thompson as attorney in charge.

| | |
|---|---|
| December 1, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ *William T. Thompson*<br>WILLIAM T. THOMPSON<br>Acting Chief, Special Litigation Unit<br>*Attorney-in-Charge* |
| BRENT WEBSTER<br>First Assistant Attorney General | Tex. State Bar No. 24088531<br>Southern District of Texas No. 3053077 |
| | Office of the Attorney General<br>P.O. Box 12548 (MC 009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-4139<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | **Counsel for Greg Abbott, in his official capacity as Governor of the State of Texas** |

## CERTIFICATE OF CONFERENCE

I certify that on December 1, 2022, counsel for Defendant conferred with counsel for Plaintiffs, who represented that Plaintiffs do not oppose this motion.

                                                */s/ William T. Thompson*
                                                WILLIAM T. THOMPSON
                                                Acting Chief, Special Litigation Unit

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

                                                */s/ William T. Thompson*
                                                WILLIAM T. THOMPSON
                                                Actng Chief, Special Litigation Unit