United States District Court
Southern District of Texas
**ENTERED**
December 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., *et al.*, § | | |
|     Plaintiffs, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. 2: 11-CV-84 | |
| § | | |
| GREG ABBOTT, *et al.*, § | | |
|     Defendants. § | | |

## **ORDER**

The Court having been notified that in contravention of its existing orders, Dallas Behavioral Hospital, a provider for the State of Texas, refused admission to the Court-appointed monitors and their staff this morning, the Court held an instanter hearing to resolve this issue. Dallas Behavioral Hospital agreed to access to their facility by the monitors and their staff pursuant to the existing orders of the Court for as long and as often as the monitors deem necessary. HHSC and DFPS have agreed to send to all providers by 5:00 o'clock p.m. today their revised 2019 letter as approved by the monitors, instructing them of the Court's orders and the ability of the monitors to have access to said providers within the parameters of the Court's existing order.

SIGNED and ORDERED on December 12, 2022.

_____
Janis Graham Jack
Senior United States District Judge