UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D.; bnf STUKENBERG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-084 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

A hearing is scheduled for January 27, 2023 at 9:00 a.m. CST in the Dallas Division. No later than January 21, 2023, all parties shall pre-mark and submit proposed exhibits they intend to use during the course of the hearing. Vj gug"gzjkdku'uj cm'dg'filed under seal0

SIGNED and ORDERED this 9th day of January, 2023.

_____
Janis Graham Jack
Senior United States District Judge