# INVOICE



| | |
|---|---|
| **From** | **Public Catalyst** |
| | 99 Wood Avenue South, Suite 301 |
| | Iselin, NJ 08830 |
| | **FEIN #: 26-3119454** |

| | |
|---|---|
| **Invoice ID** | Texas M.D. Monitoring 22-05 Summary |
| **Issue Date** | 1/06/2023 |
| **Due Date** | 02/06/2023 |
| **Subject** | Texas Monitoring Team: December 2022 |

| | |
|---|---|
| **Invoice For** | **Texas M.D. Monitoring** |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $685,611.25 |

| | |
|---|---|
| **Amount Due** | **$685,611.25** |