

# INVOICE

| | |
|---|---|
| From | **Public Catalyst** <br> 99 Wood Avenue South, Suite 301 <br> Iselin, NJ 08830 <br><br> **FEIN #: 26-3119454** |

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 22-06 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 2/03/2023 | | |
| **Due Date** | 03/03/2023 | | |
| **Subject** | Texas Monitoring Team: January 2023 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $860,516.26 |
| Expenses | **PROJECT EXPENSES** (see attached report) <br> (1/01/2023 – 1/31/2023) | $1,318.61 |

**Amount Due**     **$861,834.87**