

## FedEx Billing Online

### Tracking ID Details

Back

#### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | 771050790644 |
| Invoice no. | 5-627-34239 |
| Account no. | 1959-9300-9 |
| Bill date | 01/17/2023 |
| Total Billed | $38.60 |
| **Tracking ID Balance due** | $0.00 |
| Status | Paid CC |

**Messages**

Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release A Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

View Invoice History
View signature proof of delivery

### Transaction Details

Help Hide

**Sender Information**

Maria Lundgren
Maria Lundgren
Public Catalyst

**Recipient Information**

Honorable Judge Janice Graham Jack

**Shipment Details**

| | |
|---|---|
| Ship date | 01/17/2023 |
| Tendered date | 01/17/2023 |
| Payment type | Shipper |
| Service type | FedEx Standard Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Rated weight | 1.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 102417643 |
| Declared value | |

**Charges**

| | |
|---|---|
| Transportation Charge | 48.68 |
| Discount | -21.91 |
| Residential Delivery | 5.80 |
| Fuel Surcharge | 6.03 |
| **Total charges** | **$38.60** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 2023-01-18T13:51:0013:51 |
| Service area code | A2 |
| Signed by | see above |

View signature proof of delivery

Back

# Uber

Total **$70.87**
January 25, 2023

## Thanks for tipping, Kevin

Here's your updated Wednesday evening ride receipt.



| Total | **$70.87** |

| Trip fare | $45.02 |

| Subtotal | $45.02 |
| Dallas Fort Worth Airport Terminal Toll | $2.00 |
| Booking Fee | $7.40 |
| DFW Airport Surcharge | $4.00 |
| Tips | $11.81 |
| Texas Regulatory Recovery Fee | $0.64 |

**Payments**

| American Express •••• | $70.87 |



Element Dallas East DALEA
4005 Gaston Ave
Dallas, TX 75246
United States Of America
Tel: 469-399-1049

KEVIN RYAN

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 64485 |
| Folio ID | : | A |
| Arrive Date | : | 25-JAN-23    20:09 |
| Depart Date | : | 28-JAN-23 |
| No. Of Guest | : | 1 |
| Room Number | : | ▮ |
| Marriott Bonvoy Number | : | 7512 |

Invoice Nbr : 1000020185

Tax Invoice

Element Dallas  JAN-28-2023  03:30  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 25-JAN-23 | RT504 | Room Revenue (1) | 278.00 | |
| 25-JAN-23 | RT504 | State Tax | 16.68 | |
| 25-JAN-23 | RT504 | County Tax | 6.28 | |
| 25-JAN-23 | RT504 | City/Local Tax | 25.02 | |
| 25-JAN-23 | RT504 | Recovery Fee | 0.95 | |
| 26-JAN-23 | RT504 | Room Revenue (1) | 342.00 | |
| 26-JAN-23 | RT504 | State Tax | 20.52 | |
| 26-JAN-23 | RT504 | County Tax | 7.73 | |
| 26-JAN-23 | RT504 | City/Local Tax | 30.78 | |
| 26-JAN-23 | RT504 | Recovery Fee | 1.16 | |
| 27-JAN-23 | AX | American Express-7005 | | -729.12 |
| 27-JAN-23 | RT504 | Room Revenue (1) | 332.00 | |
| 27-JAN-23 | RT504 | State Tax | 19.92 | |
| 27-JAN-23 | RT504 | County Tax | 7.50 | |
| 27-JAN-23 | RT504 | City/Local Tax | 29.88 | |
| 27-JAN-23 | RT504 | Recovery Fee | 1.13 | |
| JAN-28-2023 | AX | American Express | | -390.43 |

Continued on the next page

Element Dallas East DALEA
4005 Gaston Ave
Dallas, TX 75246
United States Of America
Tel: 469-399-1049


element
BY WESTIN

KEVIN RYAN

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 64485 |
| Folio ID | : | A |
| Arrive Date | : | 25-JAN-23   20:09 |
| Depart Date | : | 28-JAN-23 |
| No. Of Guest | : | 1 |
| Room Number | : | ▮ |
| Marriott Bonvoy Number | : | 7512 |

Invoice Nbr : 1000020185

Approve EMV Receipt for AX ▮ Signature Captured
TC:9B983A16062B8C5E   IAD:06580103A0A002   TVR:0000008000
AID:A000000025010801   Application Label:AMERICAN EXPRESS

** Total                1119.55         -1119.55
*** Balance              0.00

# Uber

Total **$89.59**
January 28, 2023

## Thanks for riding, Kevin

We hope you enjoyed your ride this morning.



| | |
|---|---|
| **Total** | **$89.59** |

| | |
|---|---|
| Trip fare | $84.05 |
| **Subtotal** | **$84.05** |
| Dallas Fort Worth Airport Terminal Toll | $2.00 |
| DFW Airport Surcharge | $2.43 |
| Texas Regulatory Recovery Fee | $1.11 |