# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

*Please be aware that Marilyn Mitten died on August 22, 2020.*

20230202-68

Marilyn Mitten
14 Country Club Place
Waxahacie, TX US 75165

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
F I L E D

FEB 16 2023

Nathan Ochsner, Clerk of Court

Date: Thursday, February 2, 2023
Case Number: 2:11-cv-00084
Document Number: 1322 (1 page)
Notice Number: 20230202-68
Notice: The attached order has been entered.

NORTH TEXAS TX P&DC
DALLAS TX 750
14 FEB 2023 PM 2 L

Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, TX 77208

77208-101010

