# JESSIKA HENSLEY

hensley.jessika@gmail.com | 209.756.6414

## PROFILE

Currently a stay at home mom. I have 5+ years of remote work experience including accessing systems through VPN, developing and maintaining relationships with coworkers at a distance, and creating a home work space that allows for productivity and a home/work life balance. I have a strong attention to detail and a desire to create. Looking for an opportunity to work alongside other individuals who desire a healthy work/life balance, produce quality material, and grow alongside each other while doing it.

## EXPERIENCE

### Homemaker, Schedule Coordinator, Budget Manager, Behavior Analyst, — 2016 — Present

For the past 6+ years I have been a mother to a an extremely unique and exceptional kid. Shortly after we added our daughter into the mix. I have navigated health and behavior issues with problem solving and dedication for both my children and myself. Navigated and assisted in conflict resolution between siblings as well as the neighborhood kids. Managed Budget to live off single income while kids were young.

### Data Visualization and Presentation Engineer — 2018-2019

Working closely with data analysts, translated raw data results into various presentation formats. Assisted developed, and deployed surveys.

### Administrative and Special Projects Assistant — 2012-2018

Managed Email inflow and organization. Scheduled and coordinated meetings, appointments, and travel arrangements for supervisor. Managed travel and expense reports. Documented and organized business processes. Cleaned up, sorted and maintained files and documents. Business process documentation.

### Admin Assistant/Office Manager, Mobile Communications Inc. Merced, CA — 2010-2011

Inbound and outbound communication and deliveries. Kept offices and break room stocked, organized, and clean to allow for better work flow.

### Education
### Moody Bible Institute, Chicago, IL — B.S. Biblical Studies, 2015

| SKILLS | SOFTWARE & PROGRANS |
|---|---|
| Flexibility and Adaptability | Microsoft Suite |
| Self-Aware and Intuitive | Outlook, Excel, Teams |
| Critical Thinking and Problem Solving | Zoom and Skype |
| Compassion and Empathy | Slack |
| Interpersonal Skills and Conflict Resolution | Asana |
| Independence and Collaboration | Survey Monkey |

## REFERENCES

References available upon request.

## EXHIBIT A
### Acknowledgment

I, _Jessica Hensley_ [print or type full name], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality Order that was issued by the United States District Court for the Southern District of Texas on August ___, 2019 in the case of *M.D. et al. v. Abbott, et al.*, No. 2:11-cv-00084. I agree to comply with and to be bound by all the terms of the Confidentiality Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

Date: _02/14/2023_. ~~2019~~

City and State where sworn and signed: _Round Rock, TX_

Printed name: _Jessica Hensley_
Signature: _[signature]_

- 3 -