TO: JUDGE JANIS JACK

DATE: 02/23/2023

RE: TARYN STAFFORD INVESTIGATION 46236089

Judge Jack, I know that you are monitoring the CPI cases involving children regarding Foster Care and are reviewing cases of concern with these kids. The above case was supposedly addressed in January but you were not informed of the truth regarding this case.

The child, Taryn Stafford, was on runaway status with the police after being reported missing by CPI caseworker Lyndell Benoit. The caseworker had several meetings with Taryn but never notified the police he had located him. In fact, he met with him several times in an apartment of another DFPS kid, who was under judge's orders to monitor daily that child's activities and well-being. The caseworker did not do any of this. He lied to the Special Investigator on the case who was looking for Taryn. He intentionally gave wrong information to that co-worker and this allowed Taryn to remain on runaway status, even though the caseworker had several contacts with the child. The caseworker did not update his file to reflect these meetings but admitted to this in an internal investigation. Taryn was ultimately killed in a shooting outside of the very apartment the caseworker had met with him previously. The Sherman Police are still conducting an open investigation into the actions of the residents as there was several weapons found in the apartment, along with ammunition. The Agency did not take action against the employee but later promoted that caseworker in December.

Director Talbert and Banuelos are not being honest with you. There is an internal investigation completed by the Special Investigations Division on this case that is not included with the Impact narratives/case file.

Just thought you should know the truth. Anonymous due to the retaliation concerns. Just ask for the internal document on this case, there is no need to review what happened, it was all investigated but not acted upon.

NORTH TEXAS TX P&DC
DALLAS TX 750
25 FEB 2023 PM 5 L



United States Courts
Southern District of Texas
RECEIVED

FEB 28 2023

Nathan Ochsner, Clerk of Court

Judge Janis Jack
1133 N. Shoreline Blvd #320
Corpus Christi, TX 78401

78401-204295