**APPENDIX A**

# RE: Silver Linings Encrypted

**From**  
[redacted]

**To**  
Zimmerman, Brianna (DFPS)

**Cc**  
Moncur, Carmel (DFPS)

**Recipients**  
Brianna.Zimmerman@dfps.texas.gov; Carmel.Moncur@dfps.texas.gov

The link below is a dropbox link. It has pictures/documents and a statement as to what they represent. The folder 2022-08-16 has part of a time worth of videos from one camera. The videos show overnight staff and daytime staff sleeping. Let me know if you can't open the link.

https://www.dropbox.com/ [redacted]

[signature block redacted]

Learn about all the ways you can **support the mission of Disability Rights Texas**. PRIVILEGED AND CONFIDENTIAL: This email message and all attachments may contain information that is confidential, an attorney-client communication, and/or attorney work product. This communication is confidential and should not be shared without permission. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without first disclosing it. Thank you.

**From:** Zimmerman, Brianna (DFPS) <Brianna.Zimmerman@dfps.texas.gov> **Sent:** Thursday, September 1, 2022 1:05 PM **To:** [redacted] **Cc:** Moncur, Carmel (DFPS) <Carmel.Moncur@dfps.texas.gov> **Subject:** Silver Linings

Good Afternoon, Ms. Mitchell,

Thank you for speaking with me on the phone earlier. We would appreciate any and all documents you are able to send us relating to the case.

Thank you,

Brianna Zimmerman

Department of Family and Protective Services

Residential Child Care Investigator

9460 Marwin Dr., Houston, TX 77036

Cell: 713-416-1842

Abuse Hotline: 1(800)-252-5400

**NOTICE:** There has been a change to my email address. Effective immediately, my new email address is **Brianna.Zimmerman@dfps.texas.gov**.

image001.png

image001.png

**Evidence related to the below reported issues**
**MEDICATION ISSUES**

- Child ██ was prescribed Vyvanse (30mg each morning),[1] and his last documented dose of Vyvanse was on 8/12/2022.[2] There was no documentation of the medication being discontinued in his file or in the MARS.

- Child ██ had no documentation of Concerta being given for the last 10 days -- after 8/9/2022 when Silver Lining ran out of his medications.[3] The child had a current order for Concerta for ADHD.[4] On the afternoon of 8/18/2022, the Monitoring team asked the Program Director if there was a MARS for ██ for Concerta kept somewhere else; she responded that the medication had been on back-order at the pharmacy. When asked if she tried any other pharmacy, she indicated that was not her job. Just 5 minutes later, the Program Director appeared from her office with two paper pharmacy bags of medication, including Concerta for ██ as well as several medications for other residents. She indicated that the medication only arrived that morning, 8/18/2022. Yet, the Concerta pill pack showed it was filled on 8/8/2022, a day before ██s medication ran out.[5]

- The psychiatrist decreased child ██'s Abilify from 10mg to 5mg on 12/20/2021 but his MARS indicate he continued to receive 10mg until 3/30/2022.[6]

- Child ██ is supposed to be administered Clonidine in the morning and the afternoon; yet Silver Lining's is administering the medication at noon and at night.[7]

The monitoring team took pictures of the MARS from the evening of 8/15/2022 and the morning of 8/16/2022 the morning of 8/16/22 which does not document the time the medication was administered, but was pre-filled with a staff member's signature, who was not working that night, date of administration, and pill count.[8]

**MEDICAL CARE ISSUES**

Child ██'s podiatrist requested on June 16, 2022,[9] a 1-month follow-up appointment to treat an ingrown, infected toenail that has been an issue for the child since 2020[10]; as of the Monitoring Team's visit in mid-August, the child has yet to see the podiatrist.

---

[1] ██ Physician's Orders 6/27/2022, there were no more recent orders in the child's file.
[2] ██ MARS showing "0" left of Vyvanse on 8/12/2022 and not entries
[3] ██ MARs "0" Conerta left on 8/9/22
[4] Physician's order 6/27/2022. There was not a more recent order in the child's file.
[5] Concerta 36mg and 27mg filled on 8.8.2022.
[6] Psychiatric note, p.1 showing decrease to 5mg Abilify on 12/20/21; MARS pp. 3-10 showing Abilify 10 mg being administered through 3/30/22.
[7] Compare July 2022 Medical Appointment p. 3 with ██ MARs, pp.5-6.
[8] Every child's MARS, if they received medication the evening of 8/15/2022 or the morning of 8/16/2022, lacked a time of administration but all the other information was pre-completed: example 1, example 2
[9] Podiatry Appointment p.8.
[10] History of physician appointments since 2020.

Child ██ injured his right hand badly enough by punching something, either a wall or a bus seat, that he displaced one of his knuckles.[11] His file does not indicate he was ever taken to a physician for imaging or evaluation of his hand.

**LACK OF RESTRAINT AND SECLUSION DOCUMENTATION**

Based on interviews with all of these individuals, they all believed that unless the children were placed in a basket hold, or taken down to the floor, it is not a restraint and they don't do restraint. This lack of understanding of restraint and seclusion was found throughout the youth files.[12]

[11] There are two incidents that could have been the ones where ██ hurt his hand. In his interview, ██ said he punched a wall and was restrained this year and punching the wall is what led to his knuckle injury. Incident report from 3/21/2022 shows injury to knuckles; ██ incident report where he punched a wall 6/16/2022.

[12] For example see: ██ Incident Report ("separation from other residents"); ██ Incident Report ("escorted upstairs away from triggering peer…[staff] stood in the doorway [of child's bedroom]" while ██ "destroyed" his bedroom furniture); ██ Incident Reports (examples where escorts and separations are documented without restraint report or seclusion identified).