United States Courts Southern
District of Texas
FILED

*April 5, 2023*

Nathan Ochsner, Clerk of Court

**From:** Betty Harris
**Sent:** Wednesday, April 5, 2023 6:38 AM
**To:** TXSDdb_Corpus-Operation <corpus_operation@txs.uscourts.gov>; stephanie.muth@dfps.texas.gov; news@chron.com; clint.cox3@dfps.texas.gov; martha.talbert@dfps.texas.gov

**Subject:** CPS Region 6 mistreatment

**CAUTION - EXTERNAL:**
To whom it may concern,

I hope this email can make it up to Judge Jack, but there needs to be a thorough investigation in the mistreatment of staff under the leadership of division adminstrator Jana Jordan and deputy director Cameron Garza. We have true abuse and neglect cases they are having us rule out instead of RTB'ing due to placement shortage in Texas. We are working overtime to get the cases submitted within the alloted timeframe and they are refusing to pay the staff overtime. The unquestionable high turnover rate of staff and no one is investigating why people are leaving the department. Being subjected to unfair, unprofessional, and retalitory behavior that is demonstrated on a daily bases. Vacation's not being granted even after being approved by a previous supervisor and or program adminsitrators. Please investigate this matter people are suffering in silence and nothing is being done. When those that do speak up they are being harrassed daily that they end up leaving the department altogether the stress is not worth it. These two women are ruining what it truly means to keep children safe.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.