PUBLIC CATALYST

# INVOICE

From

**Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

FEIN #: 26-3119454

| | |
|---|---|
| Invoice ID | Texas M.D. Monitoring 22-08 Summary |
| Issue Date | 04/05/2023 |
| Due Date | 05/05/2023 |
| Subject | Texas Monitoring Team: March 2023 |

Invoice For: **Texas M.D. Monitoring**

**All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.**

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $898,358.75 |

**Amount Due** **$898,358.75**