# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

M.D., et al.

v.  Case Number: 2:11−cv−00084

Greg Abbott, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Janis Graham Jack**

**PLACE:**
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:** 5/1/2023

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   April 25, 2023

Nathan Ochsner, Clerk