# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20230417-104

M Vasquez
231 Pearl St, Apt. A
Briggs, Tx US 78608

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, April 17, 2023
Case Number: 2:11-cv-00084
Document Number: 1343 (1 page)
Notice Number: 20230417-104
Notice: The attached order has been entered.

US POSTAGE PITNEY BOWES
ZIP 77002 $ 000.60°
02 1W
0001374615 APR 17. 2023

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

APR 26 2023

Nathan Ochsner, Clerk of Court

NIXIE    787    DE 1         0004/21/23
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 77208101010    *1365-05154-17-47