**From:** Jimmy Richey <jwrichey2322@gmail.com>
**Sent:** Monday, May 1, 2023 7:04 PM
**To:** TXSDdb_ECF_Helpdesk <district_ecf_helpdesk@txs.uscourts.gov>
**Subject:**

God Bless Judge Janis Graham for her efforts on behalf of the children of the State Of Texas. One year ago, my grand daughter was taken from her home by CPS. The field officer lied to obtain an Ex Parte for the child's remove. The child had simply been playing in a "Jumper" common for parents to place them in. According to the Mayo Clinic, thousands are injured every year. A judge who is known in the county court locally to rubber stamp whatever comes in front of him, allowed the case to go forward. The usual CPS timeline takes 9 months to get the child home. My daughter's and granddaughters civil rights were violated. God Almighty brought my grand daughter home. How many more will suffer. Thank Judge Janis for keeping the heat on. God Bless