May 1, 2023

Dear Honorable Judge Jack,

    I am writing you because I am appalled that there will be boys and girls living where foster care girls once lived (Krause House in Katy).

    It will now be called something else and will house immigrant boys and girls and this is just awful. I'm sure the staff will be nice to them, but it is not possible to monitor 24/7. I love my community and I am very concerned!

    If you are not the right person, please express my concern to whoever can do something about this.

    Thank you.

NORTH HOUSTON TX 773

2 MAY 2023 PM 6 L

United States Courts
Southern District of Texas
RECEIVED

MAY 4 2023

Nathan Ochsner, Clerk of Court



District Judge Jack
1133 Northshoreline Blvd.
Corpus Christi, TX 78401

78401-204295