

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | |
|---|---|
| **Invoice ID** | Texas M.D. Monitoring 22-09 Summary |
| **Issue Date** | 05/04/2023 |
| **Due Date** | 06/05/2023 |
| **Subject** | Texas Monitoring Team: April 2023 |

**Invoice For** | **Texas M.D. Monitoring**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $691,025.00 |
| Service | **MARCH ADMINISTRATIVE CREDIT** (see attached report)<br>Maria Lundgren | $-525.00 |
| Service | **MARCH ADMINISTRATIVE CREDIT** (see attached report)<br>Nelson Ortiz | $-218.75 |

**Amount Due**     **$690,281.25**