IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § | |

**DEFENDANTS' NOTICE OF APPEARANCE AND
DESIGNATION OF ATTORNEY-IN-CHARGE**

Defendants Governor Greg Abbott, Stephanie Muth, and Cecile Erwin Young hereby advise the Court that Allyson N. Ho has been assigned to appear as Attorney-in-Charge in this case on behalf of all Defendants. Mrs. Ho is admitted to practice in the United States District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas. Her designation as Attorney-in-Charge will not result in any delays in the case.

Additionally, Prerak Shah, Savannah Silver, and Kimberly Gdula are appearing as counsel for Defendants. Each of them is admitted to practice in the United States District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas. Kara Holsinger, Karl Neudorfer, Clayton Watkins, Reynolds Brissenden, Noah Reinstein, Robert Salmon, and Leif Olson have already appeared in this matter on behalf of Defendants and shall continue in that representation.

Defendants further advise the Court that the perceived conflict that required Defendants to obtain separate counsel in April 2021 has been resolved and that, pursuant to the filing of this Notice, Defendants shall be represented jointly by the undersigned counsel.

Specifically, the perceived conflict arose when certain licenses held by DFPS were the subject of action by HHSC. The issues giving rise to those actions have been resolved, and DFPS is taking steps to divest itself of those licenses so that no similar future issues are likely to arise. All Defendants have executed conflict waivers in accordance with Rule 1.06 of the Texas Disciplinary Rules of Professional Conduct.

Defendants respectfully request that the undersigned counsel be served with all future correspondence and pleadings.

Respectfully submitted,

 /s/ Allyson N. Ho
**ALLYSON N. HO**
Attorney-in-Charge
State Bar No. 24033667
Southern District Bar No. 1024306
**SAVANNAH SILVER**
State Bar No. 24129020
Southern District Bar No. 3844454
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
ssilver@gibsondunn.com

**PRERAK SHAH**
State Bar No. 24075053
Southern District Bar No. 2137529
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002

(346) 718-6600
(346) 718-6620 – Fax
pshah@gibsondunn.com


**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

 /s/ Kimberly Gdula

**KIMBERLY GDULA**
State Bar No. 24052209
Southern District Bar No. 10092074
Deputy Chief
General Litigation Division
**KARA HOLSINGER**
State Bar No. 24065444
Southern District Bar No. 952327
Deputy Chief
Administrative Law Division
**KARL E. NEUDORFER**
State Bar No. 24053388
Southern District Bar No. 725939
Assistant Attorney General
Administrative Law Division
**CLAYTON R. WATKINS**
State Bar No. 24103982
Southern District Bar No. 3663032
Assistant Attorney General
Administrative Law Division
**REYNOLDS BRISSENDEN**
State Bar No. 24056969
Southern District Bar No. 874997
Deputy Chief
Civil Medicaid Fraud Division
**NOAH REINSTEIN**
State Bar No. 24089769
Southern District Bar No. 3355459

Assistant Attorney General
Civil Medicaid Fraud Division
**ROBERT SALMON**
State Bar No. 24088923
Southern District Bar No. 3662721
Assistant Attorney General
Civil Medicaid Fraud Division
**LEIF OLSON**
State Bar No. 24032801
Southern District Bar No. 33695
Chief
Special Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120 | Fax (512) 370-0667
kimberly.gdula@oag.texas.gov
kara.holsinger@oag.texas.gov
karl.neudorfer@oag.texas.gov
clayton.watkins@oag.texas.gov
reynolds.brissenden@oag.texas.gov
noah.reinstein@oag.texas.gov
robert.salmon@oag.texas.gov
leif.olson@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the electronic case filing system with the Court which automatically provided notice to all attorneys of record.

/s/ Allyson N. Ho
**ALLYSON N. HO**
Attorney-in-Charge