# EXHIBIT 1

| | |
|---|---|
| **From:** | Kevin Ryan |
| **To:** | pshah@gibsondunn.com; AHo@gibsondunn.com; SSilver@gibsondunn.com; Gdula, Kimberly; Yetter, Paul; mlowry@abetterchildhood.org; sbartosz@childrensrights.org; sdixon@childrensrights.org |
| **Cc:** | Deborah Fowler |
| **Subject:** | Remedial Order AA11 |
| **Date:** | Friday, May 26, 2023 5:08:34 PM |

Counsel,

Good afternoon. I am Kevin Ryan, one of the two monitors in *M.D. v. Abbott*, along with my colleague Deborah Fowler who I have copied on this communication.

Judge Jack instructed us to advise you the State should follow Remedial AA-11 with respect to objections and questions about the monitors' invoices. The Remedial Order states:

The Monitors shall submit bills for their compensation and reasonable expenses to the State, as well as file these bills under seal with the Court, on a monthly basis. The State shall approve and issue payment within 30 days of receipt of the monthly bill. If the State disputes a bill, Defendants shall file their objections with the Court no later than 15 days after receiving the bill and/or request additional clarifying information or documentation to the Monitors, with a copy served on Plaintiffs. The Monitors shall have 15 days in which to respond and to provide the additional information and/or documentation requested, with a copy served on Plaintiffs. If within 45 days of presentation of the Monitors' bill there is still a dispute, the parties shall submit the dispute to the Court for resolution. At this time, Plaintiffs, Defendants, and the Monitors shall file a joint statement regarding the disputed payment.

Thank you very much,

Kevin Ryan