IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § § | |

**DECLARATION OF ALLYSON N. HO**

I, Allyson N. Ho, hereby declare and state:

1. I provide this Declaration in Support of Defendants' Reply in Further Support of Their Motion for Clarification.

2. I am the assigned Attorney-in-Charge representing Defendants in this action.

3. Attached as **Exhibit 1** is a true and correct copy of an email that the Court's monitors sent to the parties' counsel on May 26, 2023 with subject line "Remedial Order AA11."

4. Attached as **Exhibit 2** is a true and correct copy of an email that the Court's monitors sent to the parties' counsel on May 30, 2023 with subject line "Remedial Orders."

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct and that I executed this declaration on June 5, 2023 at Dallas, Texas.

Date:  June 5, 2023

Respectfully submitted,

  /s/ Allyson N. Ho
ALLYSON N. HO
  *Attorney-in-Charge*
  State Bar No. 24033667
  Southern District No. 1024306
Gibson, Dunn, & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com

ATTORNEY FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

  /s/ Allyson N. Ho
Allyson N. Ho