IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § § | |

**DEFENDANTS' WITNESS LIST
FOR JUNE 27, 2023 STATUS CONFERENCE**

Defendants respectfully submit the following designation of witnesses for the status conference scheduled for June 27, 2023. Defendants intend to call these witnesses to assist with demonstrating Defendants' substantial compliance with the Remedial Orders and carrying out their responsibility of safeguarding the children in their care. Defendants reserve the right to call additional witnesses if needed to show substantial compliance with the Remedial Orders.

DFPS Commissioner Stephanie Muth designates the following witnesses:

- Erica Bañuelos
- Jillian Bonacquisti
- Clint Cox
- Cristina Guerrero

1

- Lisa Kanne
- Jessica Morales
- Cecilia Ojeda-Collins
- Hector Ortiz
- Natalie Taylor
- Lindsey Van Buskirk
- Bill Walsh

HHSC Executive Commissioner Cecile Erwin Young designates the following witnesses:

- Rachel Ashworth-Mazerolle
- Laura Castillo
- Jenny Hinson

Date: June 13, 2023

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

 /s/ Kimberly Gdula
KIMBERLY GDULA
  State Bar No. 24052209
  Southern District No. 10092074

Respectfully submitted,

 /s/ Allyson N. Ho
ALLYSON N. HO
  *Attorney-in-Charge*
  State Bar No. 24033667
  Southern District No. 1024306
SAVANNAH SILVER
  State Bar No. 24129020
  Southern District No. 3844454
Gibson, Dunn, & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
ssilver@gibsondunn.com

Deputy Chief
General Litigation Division
KARL E. NEUDORFER
  State Bar No. 24053388
  Southern District No. 725939
  Assistant Attorney General
  Administrative Law Division
CLAYTON R. WATKINS
  State Bar No. 24103982
  Southern District No. 3663032
  Assistant Attorney General
  Administrative Law Division
REYNOLDS BRISSENDEN
  State Bar No. 24056969
  Southern District No. 874997
  Deputy Chief
  Civil Medicaid Fraud Division
NOAH REINSTEIN
  State Bar No. 24089769
  Southern District No. 3355459
  Assistant Attorney General
  Civil Medicaid Fraud Division
ROBERT SALMON
  State Bar No. 24088923
  Southern District No. 3662721
  Assistant Attorney General
  Civil Medicaid Fraud Division
LEIF OLSON
  State Bar No. 24032801
  Southern District No. 33695
  Chief
  Special Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120 | Fax (512) 370-0667
kimberly.gdula@oag.texas.gov
karl.neudorfer@oag.texas.gov
clayton.watkins@oag.texas.gov
reynolds.brissenden@oag.texas.gov
noah.reinstein@oag.texas.gov
robert.salmon@oag.texas.gov
leif.olson@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

PRERAK SHAH
  State Bar No. 24075053
  Southern District No. 2137529
Gibson, Dunn, & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002
(346) 718-6600
(346) 718-6620 – Fax
pshah@gibsondunn.com

ATTORNEYS FOR DEFENDANTS

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 13, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

                                               */s/ Allyson N. Ho*
                                               Allyson N. Ho