IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § | |

**DEFENDANTS' NOTICE OF AUTOMATIC SUBSTITUTION OF DEFENDANT STEPHANIE MUTH, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, IN PLACE OF FORMER COMMISSIONER JAIME MASTERS**

Please note that Stephanie Muth took office as Commissioner of the Texas Department of Family and Protective Services effective January 2, 2023, and is automatically substituted under Federal Rule of Civil Procedure 25(d) as a Defendant for former Commissioner Jaime Masters. Defendants respectfully request that the Clerk update the records of this case to reflect this change.

Date:  June 29, 2023

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for Civil Litigation

    /s/ Kimberly Gdula
KIMBERLY GDULA
  State Bar No. 24052209
  Southern District No. 10092074
  Deputy Chief
  General Litigation Division
KARL E. NEUDORFER
  State Bar No. 24053388
  Southern District No. 725939
  Assistant Attorney General
  Administrative Law Division
CLAYTON R. WATKINS
  State Bar No. 24103982
  Southern District No. 3663032
  Assistant Attorney General
  Administrative Law Division
NOAH REINSTEIN
  State Bar No. 24089769
  Southern District No. 3355459
  Assistant Attorney General
  Civil Medicaid Fraud Division
ROBERT SALMON
  State Bar No. 24088923
  Southern District No. 3662721
  Assistant Attorney General
  Civil Medicaid Fraud Division

Respectfully submitted,

    /s/ Allyson N. Ho
ALLYSON N. HO
  *Attorney-in-Charge*
  State Bar No. 24033667
  Southern District No. 1024306
SAVANNAH SILVER
  State Bar No. 24129020
  Southern District No. 3844454
Gibson, Dunn, & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
ssilver@gibsondunn.com

PRERAK SHAH
  State Bar No. 24075053
  Southern District No. 2137529
Gibson, Dunn, & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002
(346) 718-6600
(346) 718-6620 – Fax
pshah@gibsondunn.com

ATTORNEYS FOR DEFENDANTS

LEIF OLSON
  State Bar No. 24032801
  Southern District No. 33695
  Chief
  Special Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120 | Fax (512) 370-0667
kimberly.gdula@oag.texas.gov
karl.neudorfer@oag.texas.gov
clayton.watkins@oag.texas.gov
noah.reinstein@oag.texas.gov
robert.salmon@oag.texas.gov
leif.olson@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on June 29, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

                                                  _/s/ Allyson N. Ho_
                                                  Allyson N. Ho