# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20230802-24

M Vasquez
231 Pearl St, Apt. A
Briggs, Tx US 78608

United States Courts
Southern District of Texas
FILED

AUG 10 2023

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, August 2, 2023
Case Number: 2:11-cv-00084
Document Number: 1396 (1 page)
Notice Number: 20230802-24
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
AUG 10 2023

US POSTAGE (Pitney Bowes)
ZIP 77002
02 1W
0001374615 AUG 02 2023
$ 000.63

NIXIE 797 DE 1 0008/08/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010 *6233-00350-02-44

77208>1010