# Daina Harper

Cypress, TX
harper.daina@yahoo.com
+1 832 758 5990

Administrative Manager and Child Development professional, with nearly 4 years of in field experience. I have handled high stress environments, while maintaining responsibility for all document control for in office reporting. Equipped from being a Collegiate and Professional athlete, I am willing to bring a strong work ethic, positive attitude, and willingness to continue to grow and learn within any future position.

## Work Experience

### Child Development Specialist & Case Manager

Harris Center for Mental Health & Idd
April 2022 to Present

· Provide early intervention services from infants to 3-year-olds
· Completed Service Coordination of needed specialized resources to assigned families
· Evaluate and assess children with developmental diagnoses and needs
· Manage large caseloads size from 30-60 caseloads at one time, requiring high level of time management.
· Provide specialized skills training to implement strategies to use for developmental delays in children.
· Document visits in a timely manner while maintaining strict confidentially standards.
· Provide annual reviews, 6-month periodic reviews, and transition meetings/conferences before specific deadlines.
· Conduct home and virtual visits for families to provide services and case management
· Use of EPIC system to schedule clients for monthly visits

### Child Protective Services Investigator & Case Manager

Department of Family & Protective service
June 2021 to February 2022

· Ensure the Safety and Wellbeing of Children and Families against reported claims of abuse and neglect.
· Document child, adult, and alleged perpetrator interviews in various settings such as schools, households, and jails.
· Manage large caseloads of families, up to 15-25 at a time.
· Conduct home visits to assess safety.
· Gather and obtain information to assess the safety of children and their caregivers to ensure a safe and healthy environment.
· Make initial contact on child victims within a certain time frame to ensure their safety.
· Watch and document forensic interviews of children that have disclosed sexual or physical abuse.
· Provide help and assistance to team/unit members.
· Use IMPACT system to document visits

### Registered Behavioral THerapist

Action Behavior Centers
February 2019 to June 2021

· I help implement applied behavioral analysis and provide therapy to children diagnosed on the Autism Spectrum to help increase and develop social and behavioral skills in a social setting.
· Communicates effectively in a group and team setting.
· Implement Behavioral Intervention Program provided by BCBA/BCABA
· Interact and debrief parents daily about upcoming treatment plans, daily progress, and future goals that will be implemented for the future success of their children.
· Ability to remain HIPAA
· Within 6 months, gained the title of transitioning to a Behavioral therapist to a Registered Behavioral Therapist.
· Created lesson plans in a teaching environment to help for children that were transitioning to school.

**Professional Track & Field Athlete**
United States of America Track & Field (USATF)
July 2017 to December 2018

· Competed internationally among the top female athletes in the world.
· Maintained drive and determination to obtain personal and team objectives and goals.
· Remained consistent and committed to keeping physicality in peak condition.
· Positively represented the United States of America when competing across the world.

## Education

**HIGH SCHOOL DIPLOMA**
CYPRESS HIGH SCHOOL
2013

**Bachelor of Science in PSYCHOLOGY**
UNIVERSITY OF ARKANSAS

## Skills

- Child Care & Development
- Experienced in HIPAA Law & Regulations
- Crisis Management
- Advanced MS Suite User
- IMPACT Software
- New Hire Training
- Scheduling & Event Coordination
- Strategic Planning
- EPIC Software
- Case Management
- Document Control
- Managed Confidential Information
- Environmental Safety
- Catalyst

## Links

http://linkedin.com/in/daina-harper-062392178

## Certifications and Licenses

**AED Certification**

**First Aid Certification**

**CPR Certification**

DocuSign Envelope ID: B63BF237-3C2E-4A4F-8014-A4E6F0E95CB3
Case 2:11-cv-00084 Document 1402 Filed on 08/16/23 in TXSD Page 4 of 4
Case 2:11-cv-00084 Document 1402 Filed on 09/06/19 in TXSD Page 3 of 3

# EXHIBIT A
## Acknowledgment

I, DAINA HARPER _____ [print or type full name], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality Order that was issued by the United States District Court for the Southern District of Texas on August ___, 2019 August 7, 2023 in the case of *M.D. et al. v. Abbott, et al.*, No. 2:11-cv-00084. I agree to comply with and to be bound by all the terms of the Confidentiality Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

Date: _____, 2019 August 7, 2023 | 1:58 PM PDT

City and State where sworn and signed: Cypress, Texas

Printed name: DAINA HARPER

Signature: *DAINA HARPER* (DocuSigned)