United States District Court
Southern District of Texas
**ENTERED**
September 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., *et al.*, § | |
|     Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:11-CV-00084 |
| § | |
| GREG ABBOTT, *et al.*, § | |
|     Defendants. § | |

### ORDER MODIFYING ORIGINAL ORDER GRANTING IN PART PLAINTIFFS' THIRD APPLICATION FOR ATTORNEY'S FEES AND EXPENSES

Defendants have moved that the Court modify its original Order Granting in Part Plaintiffs' Third Application for Attorneys' Fees and Expenses. Plaintiffs are unopposed. The Court is of the opinion that the motion should be GRANTED.

It is hereby ORDERED that the Order Granting in Part Class Plaintiffs' Third Application for Attorney's Fees and Expenses, Dkt. 1398, is modified on page 10 to provide that Defendants shall pay the amounts due by October 9, 2023.

To the extent that there are any inconsistencies between the Court's original Order, Dkt. 1398, and this Order on the deadline to remit payment, this Order governs.

SIGNED and ORDERED on September 1, 2023.

*Janis Graham Jack*
Janis Graham Jack
Senior United States District Judge