United States Courts
Southern District of Texas
FILED

SEP 08 2023

Nathan Ochsner, Clerk of Court



A Service of Death and Resurrection
Celebrating the Life of

*Marilyn Mitten Smith*

Saturday, August 22, 2020

11:00 AM

First United Methodist Church, Waxahachie

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20230901-64

Marilyn Mitten
14 Country Club Place
Waxahacie, TX US 75165

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, September 1, 2023
Case Number: 2:11-cv-00084
Document Number: 1406 (1 page)
Notice Number: 20230901-64
Notice: The attached order has been entered.

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., *et al.*, <br> Plaintiffs, | § § § § § § § § | |
| VS. | | CIVIL ACTION NO. 2:11-CV-00084 |
| GREG ABBOTT, *et al.*, <br> Defendants. | | |

## ORDER MODIFYING ORIGINAL ORDER GRANTING IN PART PLAINTIFFS' THIRD APPLICATION FOR ATTORNEY'S FEES AND EXPENSES

Defendants have moved that the Court modify its original Order Granting in Part Plaintiffs' Third Application for Attorneys' Fees and Expenses. Plaintiffs are unopposed. The Court is of the opinion that the motion should be GRANTED.

It is hereby ORDERED that the Order Granting in Part Class Plaintiffs' Third Application for Attorney's Fees and Expenses, Dkt. 1398, is modified on page 10 to provide that Defendants shall pay the amounts due by October 9, 2023.

To the extent that there are any inconsistencies between the Court's original Order, Dkt. 1398, and this Order on the deadline to remit payment, this Order governs.

SIGNED and ORDERED on September 1, 2023.

*[signature]*
Janis Graham Jack
Senior United States District Judge

HOUSTON ALUMNI ASSOCIATION LIFE MEMBER
Mr. Joseph Smith
14 Country Club Pl
Waxahachie TX 75165-1624

NORTH TEXAS TX P&DC
DALLAS TX 750
6 SEP 2023 PM 4 L

Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston TX 77208
77208-101010

United States Courts
Southern District of Texas
FILED
SEP 08 2023
Nathan Ochsner, Clerk of Court