# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20230901-65
```
M Vasquez
231 Pearl St, Apt. A
Briggs, Tx US 78608

United States Courts
Southern District of Texas
**FILED**

SEP 11 2023

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, September 1, 2023
Case Number: 2:11-cv-00084
Document Number: 1406 (1 page)
Notice Number: 20230901-65
Notice: The attached order has been entered.

