# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., et al | NOTICE OF SETTING |
| V. | |
| ABBOTT, et al | CA-C-11-84 |

**YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:**

**JUDGE JANIS GRAHAM JACK**

United States District Court
Earle Cabell Federal Building
1100 Commerce St.
Courtroom 1351
Dallas, Texas 75242

for a Show Cause Hearing

on **MONDAY, DECEMBER 4, 2023** at **9:00 A.M. CST**

*This is an in-person hearing. For those who wish to appear via Zoom, the following link is provided:*
https://www.zoomgov.com/j/1602117681?pwd=MGdnOUcyOHpmbkp0VDFWcllIbERZdz09
*Meeting ID: 160 211 7681   Passcode: 762280*

NOTE: Persons with remote access to hearings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.