

# INVOICE

| | |
|---|---|
| From | **Public Catalyst**<br>99 Wood Avenue South, Suite 301<br>Iselin, NJ 08830<br><br>FEIN #: 26-3119454 |

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 23-02 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 10/04/2023 | | |
| **Due Date** | 11/06/2023 | | |
| **Subject** | Texas Monitoring Team: September 2023 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $628,823.75 |

**Amount Due**  $628,823.75