UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D. bnf STUKENBERG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-00084 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER TO SHOW CAUSE

On this date the Court considered Plaintiffs' Corrected Second Amended Motion to Show Cause Why Defendants Should Not Be Held in Contempt (D.E. 1420), and for an order directing the Defendants to show cause why they should not be held in contempt and sanctioned, or a receivership imposed, for failing to comply with the Court's orders pursuant to the allegations enumerated and set forth in the Motion attached as EXHIBIT 1 and incorporated by reference herein as if recited verbatim.

It is therefore ORDERED that the Defendants and their witnesses appear before Janis Graham Jack, Senior United States District Judge for the Southern District of Texas, on December 4, 2023, at 9:00 a.m. CST, at the Earle Cabell Federal Building and United States Courthouse, 1100 Commerce Street, Courtroom 1351, Dallas, Texas, to show cause why the Defendants should not be held in contempt and sanctioned, or a receivership imposed, as requested in the Plaintiffs' attached motion.

SIGNED and ORDERED this 25th day of October, 2023.

JANIS GRAHAM JACK
SENIOR U.S. DISTRICT JUDGE