United States District Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D. bnf STUKENBERG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-00084 |
| | § | |
| GREG ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FIRST AMENDED ORDER TO SHOW CAUSE

On this date the Court considered Plaintiffs' Third Amended Motion to Show Cause Why Defendants Should Not Be Held in Contempt (D.E. 1427), and for an order directing the Defendants to show cause why they should not be held in contempt and sanctioned, or a receivership imposed, for failing to comply with the Court's orders pursuant to the allegations enumerated and set forth in the Motion attached as EXHIBIT 1 and incorporated by reference herein as if recited verbatim.

It is therefore ORDERED that the Defendants and witnesses (including, but not limited to, those identified in docket entry 1415) appear before Janis Graham Jack, Senior United States District Judge for the Southern District of Texas, on December 4, 2023, at 9:00 a.m. CST, at the Earle Cabell Federal Building and United States Courthouse, 1100 Commerce Street, Courtroom 1351, Dallas, Texas, to show cause why the Defendants should not be held in contempt and sanctioned, or a receivership imposed, as requested in the Plaintiffs' attached motion.

SIGNED and ORDERED this 2nd day of November, 2023.

_____
JANIS GRAHAM JACK
SENIOR U.S. DISTRICT JUDGE

1