

# INVOICE

|  | From | Public Catalyst |
|---|---|---|
|  |  | 99 Wood Avenue South, Suite 301 |
|  |  | Iselin, NJ 08830 |
|  |  | FEIN #: 26-3119454 |

| **Invoice ID** | Texas M.D. Monitoring 23-03 Summary | **Invoice For** | Texas M.D. Monitoring |
|---|---|---|---|
| **Issue Date** | 11/03/2023 | | |
| **Due Date** | 12/04/2023 | | |
| **Subject** | Texas Monitoring Team: October 2023 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $675,036.25 |

**Amount Due**     $675,036.25