United States District Court
Southern District of Texas
**ENTERED**
November 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | | |
| Defendants. | | |

## ORDER GRANTING DEFENDANTS' MOTION TO TEMPORARILY UNSEAL HEARING FOR LIMITED PURPOSE OF TRANSCRIPTION

The Court is in receipt of Defendants' unopposed Motion to Temporarily Unseal Hearing for Limited Purpose of Transcription. Good cause having been established, IT IS HEREBY ORDERED that, for the limited purpose of obtaining a copy of the November 28, 2023 hearing transcript, the Court unseals the November 28, 2023 hearing for transcription by the court reporter, and IT IS HEREBY FURTHER ORDERED that this Order does not constitute a waiver of either party's right to designate, or to challenge a party's designation of, the transcript or portions thereof, as "CONFIDENTIAL" or otherwise under the Protective Order.

SIGNED and ORDERED on November 29, 2023

*Janis Graham Jack*
JANIS GRAHAM JACK
SENIOR UNITED STATES DISTRICT JUDGE