IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § | |

## DEFENDANTS' OBJECTIONS TO THE MONITORS' REPORT TITLED "MONITORS' SUPPLEMENTAL UPDATE TO THE COURT REGARDING REMEDIAL ORDERS 3, 7 AND 8 AND HHSC PROVIDER INVESTIGATIONS"

Defendants respectfully submit the following objections to the Monitors' report titled "Monitors' Supplemental Update to the Court Regarding Remedial Orders 3, 7, and 8 and HHSC Provider Investigations." Dkt. 1442; Fed. R. Civ. P. 53(f)(2).

The Monitors' report reviews investigations conducted by HHSC's Provider Investigations (PI) division. The Monitors previously filed a report about HHSC Provider Investigations, Dkt. 1412, and defendants filed objections. Dkt. 1418. In their first PI report, the Monitors described 28 investigations which they determined were either assigned the wrong disposition or were deficiently conducted. Dkt. 1418, at 2. Those 28 investigations involved 9 unique PMC children—or approximately 0.01 percent of the PMC class. Dkt. 1418, at 2.

1

In this second PI report, the Monitors described 10 additional PI investigations that they determined were either assigned the wrong disposition or were deficiently conducted. Dkt. 1442, at 10–21.[1] Four of the children involved in the 10 recounted investigations were previously identified in the Monitors' first PI report, meaning that the total number of unique PMC children described in the Monitors' two PI reports is 15—or approximately 0.02 percent of the PMC class. Dkt. 1442, at 9; Dkt. 1418, at 2.

Defendants are committed to safeguarding the children in their care and working with the Monitors to demonstrate substantial compliance with the Court's remedial orders. Defendants also understand the importance of complete and accurate reports from the Monitors in that process and respectfully submit the following objections to the Monitors' report.

## OBJECTIONS

- Page 4: "[T]he remaining four closed investigations were identified as occurring in an Adult Foster Care Licensed Intermediate Care Facility (ICF/IID) . . . ."

    - **Objection**: Defendants respectfully clarify that licensed ICF/IID is not "Adult Foster Care."

- Page 10 (Child D): "Due to untimely interviews with key individuals, the investigator did not gather sufficient information to determine whether a staff member(s) adequately supervised the child when he eloped twice from the facility on the same date."

    - **Objection**: Defendants respectfully disagree with the Monitors' view that the investigator didn't gather sufficient information to support the disposition of "unconfirmed" neglect. The investigator's report includes

---

[1] Like their first PI report, the Monitors' second PI report doesn't indicate whether the Monitors randomly or specifically selected the investigations that they reviewed.

a time sheet showing which two staff members were on duty on the date of the intake report, February 27, 2023. The investigator interviewed both of those staff members. Law enforcement also stated that staff members were with the child both times the child eloped and were trying to intervene and prevent the child from eloping. Finally, when the home supervisor arrived on scene, she couldn't remember which staff member called her—but stated that the staff member who was present with the child was trying to gain cooperation to prevent the child from eloping. Under these circumstances, an "unconfirmed" disposition was appropriate. *See* 26 Tex. Admin. Code § 711.421 ("preponderance of credible evidence to support that abuse, neglect, or exploitation did not occur").

- Page 16 (Child L): "During the child's phone interviews, the child remained consistent in his allegation that Staff 1 hit him once with a dustpan in the garage and hit him with a closed fist in response to the child 'acting up' one night."

  - **Objection**: Defendants respectfully disagree with the Monitors' view that the child's testimony remained consistent. The child's testimony contained contradictory statements, including denying and affirming the allegations.

Date: December 1, 2023

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

*/s/ Kim Gdula*
**KIMBERLY GDULA**
State Bar No. 24052209
Southern District No. 10092074
Chief
General Litigation Division
**KARL E. NEUDORFER**

Respectfully submitted,

*/s/ Allyson N. Ho*
**ALLYSON N. HO**
*Attorney-in-Charge*
State Bar No. 24033667
Southern District No. 1024306
**BRADLEY G. HUBBARD**
State Bar No. 24090174
Southern District No. 3450976
**JOHN ADAMS**
State Bar No. 24097277
Southern District No. 3004597
**SAVANNAH SILVER**
State Bar No. 24129020
Southern District No. 3844454
**JASON MUEHLHOFF**
State Bar No. 24135719
Southern District No. 3865730
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100

3

State Bar No. 24053388
Southern District No. 725939
Assistant Attorney General
Administrative Law Division
**CLAYTON R. WATKINS**
State Bar No. 24103982
Southern District No. 3663032
Assistant Attorney General
Administrative Law Division
**NOAH REINSTEIN**
State Bar No. 24089769
Southern District No. 3355459
Assistant Attorney General
Civil Medicaid Fraud Division
**ROBERT SALMON**
State Bar No. 24088923
Southern District No. 3662721
Assistant Attorney General
Civil Medicaid Fraud Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120 | Fax (512) 370-0667
kimberly.gdula@oag.texas.gov
karl.neudorfer@oag.texas.gov
clayton.watkins@oag.texas.gov
noah.reinstein@oag.texas.gov
robert.salmon@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
bhubbard@gibsondunn.com
jsadams@gibsondunn.com
ssilver@gibsondunn.com
jmuehlhoff@gibsondunn.com

**PRERAK SHAH**
State Bar No. 24075053
Southern District No. 2137529
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, Texas 77002
(346) 718-6600
(346) 718-6620 – Fax
pshah@gibsondunn.com

ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I certify that on December 1, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

    /s/ *Allyson N. Ho*
    Allyson N. Ho

4