IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> § <br> GREG ABBOTT, in his official capacity § <br> as Governor of the State of Texas, et § <br> al., § <br> § <br> Defendants. § | Civil Action No. 2:11-CV-00084 |

### Update to the Court on the Prevalence of PMC Children Without Placement and Out of State Facility Placement

#### 1) Children Without Placement Update

The average number of PMC children without placement per night in October 2023 was 48, down from 62 in September 2023. The number of unique children without placement in October 2023 was 116, down from 121 in September 2023.

| Month | CY | Number of unique children without placement per month | Average number of children without placement per night | Percent Change from Prior Month | Average children per night over 6 months |
|---|---|---|---|---|---|
| October | 2023 | 116 | 48 | -23% | |
| September | 2023 | 121 | 62 | -6% | |
| August | 2023 | 137 | 66 | -11% | |
| July | 2023 | 146 | 74 | 25% | |
| June | 2023 | 136 | 59 | -6% | |

| Month | Year | | | | |
|---|---|---|---|---|---|
| May | 2023 | 141 | 63 | 0% | |
| April | 2023 | 130 | 63 | 0% | |
| March | 2023 | 146 | 63 | 9% | 57 |
| February | 2023 | 114 | 58 | 14% | |
| January | 2023 | 121 | 51 | 21% | |
| December | 2022 | 106 | 42 | -28% | |
| November | 2022 | 125 | 58 | -6% | |
| October | 2022 | 141 | 62 | 19% | |
| September | 2022 | 138 | 52 | -10% | 61 |
| August | 2022 | 143 | 58 | -8% | |
| July | 2022 | 133 | 63 | -10% | |
| June | 2022 | 158 | 70 | 13% | |
| May | 2022 | 148 | 62 | 3% | |
| April | 2022 | 132 | 60 | -2% | |
| March | 2022 | 134 | 61 | 3% | 60 |
| February | 2022 | 130 | 59 | -2% | |
| January | 2022 | 141 | 60 | 3% | |
| December | 2021 | 139 | 58 | -25% | |
| November | 2021 | 152 | 77 | -9% | |
| October | 2021 | 174 | 85 | -18% | |
| September | 2021 | 209 | 104 | 12% | 97 |
| August | 2021 | 208 | 93 | -18% | |
| July | 2021 | 210 | 114 | 8% | |
| June | 2021 | 218 | 106 | 26% | |
| May | 2021 | 183 | 84 | 35% | |
| April | 2021 | 158 | 62 | 24% | |
| March | 2021 | 147 | 50 | 19% | 46 |
| February | 2021 | 112 | 42 | 83% | |
| January | 2021 | 84 | 23 | 64% | |
| December | 2020 | 69 | 14 | 0% | |
| November | 2020 | 59 | 14 | 17% | |
| October | 2020 | 62 | 12 | 71% | |
| September | 2020 | 42 | 7 | 75% | 7 |
| August | 2020 | 25 | 4 | 0% | |
| July | 2020 | 27 | 4 | 100% | |

| | | | | | |
|---|---|---|---|---|---|
| June | 2020 | 18 | 2 | -33% | |
| May | 2020 | 19 | 3 | -25% | |
| April | 2020 | 18 | 4 | Baseline | |

### 2) Out of State Update

There were 81 PMC youth in out of state residential placements at the end of September 2023. This is a decrease of 3 youth (2%) from August 2023. Since September 2021, the highest number of out of state residential placements was 128 in January 2022 and the lowest number was 69 in March 2023.

| Submission | | Details, Recalculated (Includes all congregate care living arrangements) | |
|---|---|---|---|
| Month-Year | AR Memo | Total PMC Children Placed in Out of State Residential Facilities on Last Day of the Month | Change from Prior Month |
| Sep-23 | 470 | 81 | -2% |
| Aug-23 | 460 | 83 | 5% |
| Jul-23 | 445 | 79 | -1% |
| Jun-23 | 433 | 80 | -1% |
| May-23 | 419 | 81 | 4% |
| Apr-23 | 407 | 78 | 13% |
| Mar-23 | 395 | 69 | -10% |
| Feb-23 | 380 | 77 | 3% |
| Jan-23 | 372 | 75 | -6% |
| Dec-22 | 360 | 80 | -11% |
| Nov-22 | 346 | 90 | -5% |
| Oct-22 | 334 | 95 | -50% |
| Sep-22 | 325 | 100 | -3% |
| Aug-22 | 314 | 103 | -6% |
| Jul-22 | 300 | 110 | 2% |
| Jun-22 | 288 | 108 | % |
| May-22 | 275 | 106 | % |
| Apr-22 | 267 | 104 | -15% |
| Mar-22 | 259 | 122 | 2% |
| Feb-22 | 246 | 120 | -6% |
| Jan-22 | 238 | 128 | 2% |
| Dec-21 | 229 | 126 | 8% |
| Nov-21 | 218 | 117 | -2% |

| | Oct-21 | 209 | 119 | | 6% |
|---|---|---|---|---|---|
| | Sep-21 | 197 | 112 | Baseline | |

| Mean | Highest | Lowest |
|---|---|---|
| 98 | 128 | 69 |