IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as | § | |
| Governor of the State of Texas, et al., | § | |
| | § | |
| Defendants. | § | |

**INITIAL WITNESS LIST FOR SHOW-CAUSE HEARING**

Pursuant to agreement of the parties, plaintiffs respectfully submit their designation of witnesses for the show-cause hearing that begins on December 4, 2023. Plaintiffs intend to call these witnesses to further demonstrate why defendants should be held in contempt and sanctioned or a receivership imposed. As the parties agreed, plaintiffs reserve their right to amend this list and call fewer or other witnesses, including those named on the defense witness list or identified in the parties' ongoing discovery proceedings. Plaintiffs designate the following witnesses to testify:

1. Erica Bañuelos, DFPS Assoc. Commissioner, Child Protective Services

2. Christopher Bellonci, M.D., concerning use, risks, and significance of psychotropic medications in foster care, DFPS Psychotropic Medication Utilization Parameters, DFPS oversight practices, resulting safety risks to children, related issues

3. Christie Carrington, fmr. DFPS supervisor in family-based safety services

4. Ora Chisom, fmr. DFPS Dir., Foster Care Litigation Compliance

5. Trisha Evans, fmr. Dir., C3 Christian Academy

6. Lindsey Dionne, attorney ad litem and fmr. DFPS Administrative Unit attorney

7. Cristina Guerrero, DFPS CPS, Residential Contract Dir. II for RCC Facilities on Heightened Monitoring

8. Jackie Juarez, fmr. PMC child

9. Kelsey Lammons, DFPS Contract Performance Manager

10. Gina Magliolo, DFPS conservatorship caseworker for PMC children

11. Viola Miller, fmr. Sec. of Cabinet for Ky. Families & Children and Comm'r of Tenn. Dep't of Children Servs., concerning risks and significance of abuse and neglect investigations in residential placements for developmentally delayed children, monitoring, management, and risks of psychotropic medications in foster care, risks and impact on children and caseworkers of Texas practices for placing foster children in unlicensed facilities, risks and significance of children understanding how to report abuse and neglect, risks and significance of timely notifying caregivers of children's sexual abuse or aggression history, related issues

12. Jamie Najera, DFPS Dep. Dir., Purchased Client Services

13. Audrey O'Neil, DFPS Deputy Commissioner for Programs

14. Stephen Pahl, HHSC Deputy Exec. Commissioner for Regulatory Services

15. Ashly Parratto, DFPS Foster Care Litig. Dir., Quality Assurance

16. Julie Pennington, attorney ad litem for PMC children

17. Hannah Reveile, fmr. DFPS conservatorship caseworker and CVS Specialist II

18. Marta Talbert, DFPS Assoc. Commissioner for Child Protective Investigations

19. Dr. Ryan Van Ramshorst, HHSC Chief Med. Dir., Medicaid/CHIP Services

20. Kason Vercher, DFPS Residential Contract Dir., Gen. RCC Facilities

21. Rebecca Weirether, HHSC Dir. Of Policy and Rules for Long-Term Care Regs.

-3-

Dated:  December 4, 2023                    Respectfully submitted,

/s/ R. Paul Yetter

| | |
|---|---|
| Samantha Bartosz (*pro hac vice*) | R. Paul Yetter |
| Stephen Dixon (*pro hac vice*) | State Bar No. 22154200 |
| CHILDREN'S RIGHTS | Christian J. Ward |
| 88 Pine Street | State Bar No. 24033434 |
| New York, New York 10005 | Karla Rosali Maradiaga |
| (212) 683-2210 | State Bar No. 24126746 |
| sbartosz@childrensrights.org | YETTER COLEMAN LLP |
| | 811 Main Street, Suite 4100 |
| Marcia Robinson Lowry (*pro hac vice*) | Houston, Texas 77002 |
| A BETTER CHILDHOOD, INC. | (713) 632-8000 |
| 355 Lexington Avenue, Floor 16 | pyetter@yettercoleman.com |
| New York NY 10017 | |
| (646)795-4456 | Barry F. McNeil |
| mlowry@ABetterChildhood.org | State Bar No. 13829500 |
| | HAYNES AND BOONE, LLP |
| | 2323 Victory Ave., Suite 700 |
| | Dallas, Texas 75219 |
| | (214) 651-5000 |
| | barry.mcneil@haynesboone.com |

ATTORNEYS FOR PLAINTIFFS AND THE GENERAL CLASS AND SUBCLASSES

### CERTIFICATE OF SERVICE

I certify that on the 4th day of December, 2023, a true and correct copy of this document was served on all counsel of record via email.

/s/ R. Paul Yetter
R. Paul Yetter