

# INVOICE

| | From | Public Catalyst |
|---|---|---|
| | | 99 Wood Avenue South, Suite 301 |
| | | Iselin, NJ 08830 |
| | | |
| | | FEIN #: 26-3119454 |

| **Invoice ID** | Texas M.D. Monitoring 23-04 Summary | **Invoice For** | Texas M.D. Monitoring |
|---|---|---|---|
| **Issue Date** | 12/04/2023 | | |
| **Due Date** | 01/05/2024 | | |
| **Subject** | Texas Monitoring Team: November 2023 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $636,688.75 |

| | **Amount Due** | **$636,688.75** |
|---|---|---|