IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., | § | |
| | § | |
|    Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as | § | |
| Governor of the State of Texas, et al., | § | |
| | § | |
|    Defendants. | § | |

**PLAINTIFFS' SECOND AMENDED
WITNESS LIST FOR SHOW-CAUSE HEARING**

Pursuant to agreement of the parties, plaintiffs respectfully submit their second amended designation of witnesses for the show-cause hearing that begins on December 4, 2023. Plaintiffs intend to call these witnesses to further demonstrate why defendants should be held in contempt and sanctioned or a receivership imposed. As the parties agreed, plaintiffs reserve their right to amend this list and call fewer or other witnesses, including those named on the defense witness list or identified in the parties' ongoing discovery proceedings. Plaintiffs designate the following witnesses to testify:

1. Erica Bañuelos, DFPS Assoc. Commissioner, Child Protective Services

2. David Baloche, concerning the statistics in Plaintiffs' exhibit EX107A – EX107S

3. Christopher Bellonci, M.D., concerning use, risks, and significance of psychotropic medications in foster care, DFPS Psychotropic Medication Utilization Parameters, DFPS oversight practices, resulting safety risks to children, related issues

4. Christie Carrington, fmr. DFPS supervisor in family-based safety services

5. Ora Chisom, fmr. DFPS Dir., Foster Care Litigation Compliance

6. Trisha Evans, fmr. Dir., C3 Christian Academy

7. Lindsey Dionne, attorney ad litem and fmr. DFPS Administrative Unit attorney

8. Cristina Guerrero, DFPS CPS, Residential Contract Dir. II for RCC Facilities on Heightened Monitoring

9. Jackie Juarez, fmr. PMC child

10. Sarah Klager, original next friend with knowledge about PMC children

11. Kelsey Lammons, DFPS Contract Performance Manager

12. Gina Magliolo, DFPS conservatorship caseworker for PMC children

13. Viola Miller, fmr. Sec. of Cabinet for Ky. Families & Children and Comm'r of Tenn. Dep't of Children Servs., concerning risks and significance of abuse and neglect investigations in residential placements for developmentally delayed children, monitoring, management, and risks of psychotropic medications in foster care, risks and impact on children and caseworkers of Texas practices for placing foster children in unlicensed facilities, risks and significance of children understanding how to report abuse and neglect, risks and significance of timely notifying caregivers of children's sexual abuse or aggression history, related issues

14. Jamie Najera, DFPS Dep. Dir., Purchased Client Services

15. Audrey O'Neil, DFPS Deputy Commissioner for Programs

16. Stephen Pahl, HHSC Deputy Exec. Commissioner for Regulatory Services

17. Ashly Parratto, DFPS Foster Care Litig. Dir., Quality Assurance

18. Julie Pennington, attorney ad litem for PMC children

19. Hannah Reveile, fmr. DFPS conservatorship caseworker and CVS Specialist II

20. Marta Talbert, DFPS Assoc. Commissioner for Child Protective Investigations

21. Dr. Ryan Van Ramshorst, HHSC Chief Med. Dir., Medicaid/CHIP Services

22. Kason Vercher, DFPS Residential Contract Dir., Gen. RCC Facilities

23. Rebecca Weirether, HHSC Dir. Of Policy and Rules for Long-Term Care Regs.

24. Bobbie Young, original next friend with knowledge about PMC children

-3-

Dated:  December 5, 2023

Samantha Bartosz (*pro hac vice*)
Stephen Dixon (*pro hac vice*)
CHILDREN'S RIGHTS
88 Pine Street
New York, New York 10005
(212) 683-2210
sbartosz@childrensrights.org

Marcia Robinson Lowry (*pro hac vice*)
A BETTER CHILDHOOD, INC.
355 Lexington Avenue, Floor 16
New York NY 10017
(646)795-4456
mlowry@ABetterChildhood.org

Respectfully submitted,

*/s/ R. Paul Yetter*
R. Paul Yetter
State Bar No. 22154200
Christian J. Ward
State Bar No. 24033434
Karla Rosali Maradiaga
State Bar No. 24126746
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Barry F. McNeil
State Bar No. 13829500
HAYNES AND BOONE, LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
(214) 651-5000
barry.mcneil@haynesboone.com

ATTORNEYS FOR PLAINTIFFS AND THE GENERAL CLASS AND SUBCLASSES

### CERTIFICATE OF SERVICE

I certify that on the 5th day of December, 2023, a true and correct copy of this document was served on all counsel of record via email.

*/s/ R. Paul Yetter*
R. Paul Yetter