IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., bnf Stukenberg, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| GREG ABBOTT, his official capacity as Governor of the State of Texas; CECILE ERWIN YOUNG, in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas; JAIME MASTERS, in her official capacity as Commissioner of the Department of Family and Protective Services of the State of Texas, | § § § § § § § § § | CIVIL ACTION NO. 2:11 CV-00084 |
| | § | |
| Defendants. | § § | |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant Greg Abbott, in his official capacity as Governor of the State of Texas, hereby files this Unopposed Motion to Withdraw Zachary W. Berg as Counsel. Kimberly Gdula, Karl E. Neudorfer, Clayton R. Watkins, Noah Reinstein, and Robert Salmon with the Office of the Attorney General will remain as counsel for Governor Abbott.

Dated December 8, 2023

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
State Bar No. 24052209
Southern Dist. No. 10092074
Chief, General Litigation Division

/s/ ZacharyW. Berg
ZACHARY W. BERG
Special Counsel
Texas Bar No.24107706
Southern Dist. No. 3481711


Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone:  512-463-2100

Respectfully submitted.

KARL E. NEUDORFER
State Bar No. 24053388
Southern Dist. No. 725939
Assistant Attorney General
Administrative Law Division

CLAYTON R. WATKINS
State Bar No. 24103982
Southern Dist. No. 3663032
Assistant Attorney General
Administrative Law Division

NOAH REINSTEIN
State Bar No. 24089769
Southern Dist. No. 3355459
Assistant Attorney General
Civil Medicaid Fraud Division

ROBERT SALMON
State Bar No. 24088923
Southern Dist. No. 3662721
Assistant Attorney General
Civil Medicaid Fraud Division

Kimberly.gdula@oag.texas.gov
Zachary.berg@oag.texas.gov
Karl.neudorfer@oag.texas.gov
Clayton.watkins@oag.texas.gov
Noah.reinstein@oag.texas.gov
Robert.salmon@oag.texas.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

/s/ Zachary W. Berg
ZACHARY W. BERG

2