IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § | Civil Action No. 2:11-CV-00084 |

## DEFENDANTS' NOTICE OF FILING OF ELECTRONIC EXHIBITS

For the convenience of the Court, defendants respectfully file the attached exhibits, which were admitted by the Court as defendants' Exhibits 1–48 at the recent show-cause hearing. Defendants' Exhibit 49 was also admitted by the Court during the hearing, but is not attached hereto because it was provided directly to the Court and should only be filed under seal.

Date:  December 18, 2023

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General
**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

Respectfully submitted,

 */s/ Allyson N. Ho*
**ALLYSON N. HO**
*Attorney-in-Charge*
State Bar No. 24033667
Southern District No. 1024306
**BRADLEY G. HUBBARD**
State Bar No. 24090174
Southern District No. 3450976
**JOHN ADAMS**
State Bar No. 24097277
Southern District No. 3004597

1

/s/ *Kimberly Gdula*
**KIMBERLY GDULA**
State Bar No. 24052209
Southern District No. 10092074
Chief
General Litigation Division
**KARL E. NEUDORFER**
State Bar No. 24053388
Southern District No. 725939
Assistant Attorney General
Administrative Law Division
**CLAYTON R. WATKINS**
State Bar No. 24103982
Southern District No. 3663032
Assistant Attorney General
Administrative Law Division
**NOAH REINSTEIN**
State Bar No. 24089769
Southern District No. 3355459
Assistant Attorney General
Civil Medicaid Fraud Division
**ROBERT SALMON**
State Bar No. 24088923
Southern District No. 3662721
Assistant Attorney General
Civil Medicaid Fraud Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120 | Fax (512) 370-0667
kimberly.gdula@oag.texas.gov
karl.neudorfer@oag.texas.gov
clayton.watkins@oag.texas.gov
noah.reinstein@oag.texas.gov
robert.salmon@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

**SAVANNAH SILVER**
State Bar No. 24129020
Southern District No. 3844454
**JASON MUEHLHOFF**
State Bar No. 24135719
Southern District No. 3865730
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
bhubbard@gibsondunn.com
jsadams@gibsondunn.com
ssilver@gibsondunn.com
jmuehlhoff@gibsondunn.com

**PRERAK SHAH**
State Bar No. 24075053
Southern District No. 2137529
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, Texas 77002
(346) 718-6600
(346) 718-6620 – Fax
pshah@gibsondunn.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

*/s/ Allyson N. Ho*
Allyson N. Ho
