# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

**M.D., et al**                                        **NOTICE OF SETTING**

**V.**

**ABBOTT, et al**                                        **CA-C-11-84**

**YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:**

## JUDGE JANIS GRAHAM JACK

**United States District Court**
**1133 N. Shoreline Blvd**
**2nd Floor Courtroom**
**Corpus Christi, Texas 78401**

**for a Status Conference**

on **MONDAY, JANUARY 22, 2024**  at **9:00 A.M. CST**

*This is an in-person hearing. Commissioner Young and Commissioner Muth are ordered to appear in-person. For those who opt to appear via Zoom, the following link is provided:*
*https://www.zoomgov.com/j/1617936798?pwd=UDVDUm1NVG1ndVJ3alhkOCsxWEg3QT09*
*Meeting ID: 161 793 6798 ; Passcode: 559163.*

NOTE: Persons with remote access to hearings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.