

# Child Watch Staffing Escalation Process

**TEXAS Department of Family and Protective Services**

The following document provides instructions for escalation of staffings required for specific youth age groups and/or circumstances resulting in child watch.

**Placement Team Process:**
- Regional staff submit a completed placement request to their respective mailbox
- CPU/RTPC will exhaust all placement options to meet the children's needs.
- When CPU/RTPC has exhausted options and received a response from each placement, the placement worker will staff with the placement supervisor.
- The placement supervisor will then discuss with the placement Program Director.
    - The placement Program Director will be the decision maker if all efforts have been exhausted and the child is considered to be in child without placement status.
- For this purpose, child watch is defined by an exhausted effort is completed to locate a temporary or long term and there are no placements available to meet the child's needs
- If all placements have been exhausted, the requesting staff will be notified by the placement worker/team.
- The placement team will provide all information regarding operations which can meet the child's needs, results of search efforts, and known barriers.
- If a placement option is denied by the field staff and this will result in the youth going into child watch, the placement team will notify the field staff they must escalate for approval through all management up to Director of Field.
- If a placement is located during an emergency overnight and accepted; however delayed for physical placement to occur the following morning due to time and/or distance, this must be staffed up to the Regional Director (example: identified at 2:30am and accepted but will happen at 8am)
    - The Regional Director will track these requests to be able to provide the frequency and timeframes to the Director of Field.
- If the placement team has exhausted all efforts and the youth is age 10 or younger, the placement manager will notify the field staff to escalate for approval through the Regional Director.

PLAINTIFF EXHIBIT
2-11-CV-00084
**92**
12-4-23 Show Cause Hearing

**Field Responsibilities:**
- Submit complete paperwork. Requested updates and edits need to be completed with urgency.
- If a placement is rejected for any reason by the field and this will result in child watch, this must be staffed with the Regional Director.
    - The Regional Director will then contact and discuss the rejected placement with the Director of Field.
    - This includes denials due to separating siblings, heightened monitoring, distance, etc.
    - This does not include accepted placements; however, there will be a time lag due to time of day and/or distance to complete the placement.
        - The Regional Director will track these requests to be able to provide the frequency and timeframes to the Director of Field.
- If a youth under the age of 10y is entering child watch for any reason the Regional Director will then contact and discuss this with their Associate Commissioner.
    - This does not include accepted placements; however, there will be a time lag due to time of day and/or distance to complete the placement.
        - The Regional Director will track these requests to be able to provide the frequency and timeframes to the Director of Field.



# CWOP Primary Caseworker, Chain of Command and Shift Change Responsibilities

The following document provides instructions for primary caseworkers who have a child without a placement and clarifies chain of command involvement. Furthermore, the document clarifies required actions for staff who are working shifts to provide supervision to children without a placement.

## Primary Caseworker Responsibilities/Chain of Command Role

The primary caseworker is responsible for all case management duties related to a youth workload who is in child watch and awaiting a placement, and for participating in weekly meetings to address the youth placement needs.

### Primary Caseworker Responsibilities When Youth is in Child Watch

These responsibilities include, but are not limited to:

- Arranging Medical Appointments
- Arranging Psychiatric Appointments
- Registering the youth for school
- Arranging daily transportation for the youth to/from school
- Clearly communicating to other staff who are responsible for supervision the individual needs of each youth
- Ensuring the youth's shift log is up to date and accurately reflects their needs
- If a youth leaves child watch with no planned return (ie: placement, hospitalization, arrest etc...) the primary caseworker (or their designee) must retrieve the youth's belongings and medications within 24 hours. DO NOT take the medication lock boxes from the CWOP location. **Locked boxes must remain at the location**.

### Primary Caseworker Responsibilities Weekly Community Child Watch

The primary caseworker (or a designee from their chain of command) must participate in weekly Community Child Watch meetings to address barriers to placement, discuss solutions and maximize community supports to aid the placement search process.

- Youth in child watch are the focus of these weekly meetings to brainstorm and creatively think of ways to best serve the youth and meet their needs.
- It is expected that the primary caseworker, their Program Director, or their designee, participate on these calls.
- Youth not discussed during one weekly call will be on the following week's call per a rotation.
- Various factors impact the call schedule and caseworkers will be notified when their youth is on the agenda.

- If a youth is not on the schedule the primary caseworker can request addition of the youth as needed for group discussion, planning, or other identified needs.

## CWOP Shift Change Responsibilities

Each incoming and outgoing staff who provide supervision to a youth in child watch is responsible to ensure pertinent information is shared, appropriate forms are signed, shift notes are completed and address a staff no-show for the shift if that should occur. This includes:

- At shift change, incoming and outgoing staff will verbally discuss the child's needs to include what medications they are taking and when, known allergies (food or other), any specialized de-escalation techniques, sexual victimization history, sexual behavior problems or sexual aggression. Outgoing shift staff must ensure shift notes are completed.
- All staff must allow transition time at shift change for introduction to the youth/new team and discussion of any concerns from the previous shift
- Incoming staff must sign the Attachment A and 2279 for each youth and complete the sign-in sheet.
- Outgoing staff must ensure medication forms have been accurately completed and that all shift notes for the youth are completed.
- If a staff no-shows for a shift, the staff at the location must send an email to the Regional CWOP mailbox. The email provides detailed efforts to contact the no-show employee. The employee's chain of command will address the no-show in the same way this is handled for no-show in on call situations.



# Child Watch Weekday Shift Responsibilities

The following document provides instructions for staff covering child watch shifts during the weekday. Times may be adjusted based on school schedules.

### 4:00 am – 8:00 am Weekday

- Youth need to be awake by 7:00 am (or earlier based on school time/travel)
- Morning Hygiene needs to be completed prior to breakfast time
- Administer and document medications according to times designated
- Youth must get up and go to school. They may choose to eat breakfast at school.
- Breakfast needs to be served by 7:30 am – communally (encourage youth to help in the process of cooking, setting table, etc.)

### 8:00 am – 12:00 pm Weekday

- Clean up from breakfast – Dishes washed and put away, trash disposed, surfaces wiped down
- Prepare youth for school – (gather belongings needed to physically go to school or prepare designated area for school if participating virtually)
- If a youth refuses to attend school, the youth will need to go to a designated location for the staff, education specialist, and PAL staff to provide education opportunities.
- Offer a snack if desired (mid-morning)
- Prepare and offer lunch at noon (if youth aren't in school then encourage them to help out)
- Administer and document medications according to times designated

### 12:00 pm – 4:00 pm Weekday

- Clean up from Lunch - Dishes washed and put away, trash disposed, surfaces wiped down encourage youth to help as long as they are not in school
- Conduct some kind of physical activity after school (take a walk around the office, play in the backyard, allow youth to go outside if allowed to participate in some of virtual school classes)

EX92-0005


- Once school is complete, have youth participate in a decompression activity (play a board game, screen time, crafts, art project)
- Offer a snack mid shift
- Administer and document medications according to times designated

### 4:00 pm – 8:00 pm Weekday

- Sit down with youth and talk about what homework they have due the next day or two and develop a plan to complete the homework
- Offer assistance with homework if the youth is struggling
- If incentives are available, then participate in that activity
- Prepare and offer dinner by 6:00 pm – encourage youth participation, communal
- Clean up from Dinner - Dishes washed and put away, trash disposed, surfaces wiped down
- Start ensuring nightly hygiene routines begin by the end of the shift
- Administer and document medications according to times designated

### 8:00 pm – 12:00 am Weekday

- Ensure that all youth complete night hygiene and complete a shower (document in summary notes if they refuse shower and why)
- Administer and document medications according to times designated
- Debrief the day with youth. Review points (review Shift Log notes from previous shift's point values). Talk about the time they need to wake up in the morning and the plan for them to wake up for example: the youth has an alarm clock and shows worker that it is set for 7:00 am, youth asks worker to wake up the youth by saying their name and knocking on the door at 7:30 am
- Lights out by 10 pm – youth don't have to be asleep at this time, but they need to be in their rooms with the lights off
- Turn off Wi-Fi at 11pm (if location permits). Youth can listen to music using earbuds or earphones as to not disturb other youth
- All youths' bedroom doors must remain partly cracked so that staff can monitor the youth or if the youth prefers the door closed they understand that the employees will be doing random check-ins for the child's safety. Please ensure that hallway lights and voices are reduced so ensure that the youth can get restful sleep
- The wake-up instructions need to be relayed to the shift that it applies to or if there is a board for instructions to be written it needs to be documented there for future shifts or included in the youth's Shift Log

- General cleaning chores – employees and youth – All communal areas must be tidied up, trash disposed, food removed from sleeping rooms, etc.

### 12:00 am – 4:00 am Weekday

- Electronics are to be off unless youth are listening to music (not watching YouTube etc.)
- While youth are asleep employees are to make room checks peak in the door to ensure the youth is safe and compliant
- Employees are to ensure that they are being quiet and respectful of the youths sleeping and ensuring that they are not hindering the youth from getting a restful sleep. Phones need to be on vibrate or silent as to not awaken the youth
- Employee will do a quick inventory of supplies and tidy up supplies and let CWOP mailbox know of any deficiencies or needs for each location



# Child Watch Weekend Shift Responsibilities

The following document provides instructions for staff covering child watch shifts during the weekend.

### 4:00 am – 8:00 am Weekend

- Check on youth hourly
- Make sure area is cleaned up
- Provide Breakfast for any youth that wakes up during this shift
- Youth must participate in quiet activities until 10 am
- Administer and document medications according to times designated

### 8:00 am – 12:00 pm Weekend

- Morning Hygiene needs to be completed prior to breakfast time
- Administer and document medications according to times designated
- Youth must be up by 10am – youth should not be permitted to sleep all day
- Breakfast needs to be served by 10:30am (but available as early as 8am if youth wake up before 10am)– continental (encourage youth to help in the process of cooking, setting table, etc.)
- Plan some incentive activities
- Prepare lunch (encourage youth to help in the process of cooking, setting table, etc.) Remember, this can help include points for youth on behavior ratings

### 12:00 pm – 4:00 pm Weekend

- Clean up from Lunch - Dishes washed and put away, trash disposed of, surfaces wiped down
- Engage youth in activities and/or incentive outings that the youth earned
- Offer a snack mid shift
- Administer and document medications according to times designated

- While youth are asleep employees are to make room checks peak in the door to ensure the youth is safe and compliant
- Employees are to ensure that they are being quiet and respectful of the youths sleeping and ensuring that they are not hindering the youth from getting a restful sleep. Phones need to be on vibrate or silent as to not awaken the youth
- Employee will do a quick inventory of supplies and tidy up supplies and let CWOP mailbox know of any deficiencies or needs for each location
- Turn off WIFI at 1:00 am (if location permits). Youth can listen to music using earbuds or earphones as to not disturb other youth

### 4:00 pm – 8:00 pm Weekend

- General cleaning chores – Vacuum, clean surfaces, etc.
- If incentives are available, then participate in that activity for the youth
- Prepare and offer dinner by 6:00 pm – encourage youth participation, communal
- Clean up from Dinner - Dishes washed and put away, trash disposed, surfaces wiped down
- Start ensuring nightly hygiene routines begin by the end of the shift
- Administer and document medications according to times designated

### 8:00 pm – 12:00 am Weekend

- Fun group activity
- Ensure that all youth complete night hygiene and complete a shower (document in summary notes if they refuse shower and why)
- Administer and document medications according to times designated
- Debrief the day with youth. Review points (review Shift Log notes from previous shift's point values). Talk about the time they need to wake up in the morning and the plan for them to wake up for example: the youth has an alarm clock and shows worker that it is set for 7:00 am, youth asks worker to wake up the youth by saying their name and knocking on the door at 7:30 am
- Lights out by Midnight– youth don't have to be asleep at this time, but they need to be in their rooms with the lights off.
- All youths' bedroom doors must remain partly cracked so that staff can monitor the youth or if they youth prefers the door is closed, they understand that the employees will be doing random check-ins for the child's safety. Please ensure that hallway lights are reduced so ensure the youth can get restful sleep
- The wake-up instructions need to be relayed to the shift it applies to or if there is a white board for instructions to be written it needs to be documented there for future shifts or included in the youth's Shift Log
- General cleaning chores – employees and youth – All communal areas must be tidied up, trash disposed, food removed from sleeping rooms, etc.

### 12:00 am – 4:00 am Weekend

- Electronics are to be off unless youth are listening to music (not watching YouTube etc.)



# Welcome to DFPS Supervision/Child Watch

You are going to be staying at_____ and this is meant to be temporary and your caseworker is working very hard to find a more permanent placement. We understand this is not ideal, but we hope this temporary stay can be comfortable.

You will always have a DFPS staff assigned to be working at_____. Please let them know if you need anything.

### First things first:
- The staff will do a full inventory of your belongings. This is to make sure that none of your items are lost or stolen and that you can leave with everything you came with. Some items may be stored in a separate location, due to limited space in your placement with the Department.
- If you have medications, razors, lighters or other banned items, staff will put these in a lockbox for you. The lockbox will remain locked the entire time and you will have these items returned to you when you leave
- Staff will tour location with you
- You will be expected to follow all "house rules" and "behavior expectations" at each location.
- Your caseworker will review this welcome letter and create an incentive chart with you

### Room
You will be assigned a sleeping area for your stay here. You will need to be responsible for keeping your room clean. The following are basic expectations:
- Make the bed.
- Keep as many things off the floor as you can. You can utilize boxes and or shelves to keep belongings organized.
- Put dirty clothes in the laundry basket/bag provided. You can do laundry if you'd like (if location has facilities). Just ask the staff and they can provide you with laundry detergent. If your location does not have a laundry facility, DFPS staff will routinely do your laundry, but it is your responsibility to place your dirty laundry in the dirty laundry designated area. Staff will not be picking up dirty laundry off the floor to wash.
- You will need to consult your location "house rules" to determine if food is allowed in your room.
- All trash is to be disposed of prior to bedtime, ideally put in the trash can immediately.
- Common areas must be tidy, and all trash disposed of by bedtime.

### Showers
You will be provided shower time at least once daily. Towels and toiletries are all provided.

## School

You will be enrolled in school in the area of your placement or continue at your previous school if location allows. You will be expected to participate and attend school daily.

If you refuse to go to school, you will be required to still get up and you will go with staff to a determined location and participate in educational activities and/or PAL classes.

### What will I do all day?

|  | Weekday | Weekend |
|---|---|---|
| 8am-12noon | Wake up (8am)<br>Breakfast and clean up<br>Morning hygiene<br>School- if enrolled. If not, activity time (see options below)<br>Appointments- doctor, counseling, etc. | Wake up (10am)<br>Breakfast and clean up<br>Morning Hygiene<br>Activity time (see options below) |
| 12noon- 4pm | Lunch and clean up<br>School- if enrolled. If not, activity time<br>Appointments- doctor, counseling, etc. | Lunch and clean up<br>Activity time |
| 4pm- 8pm | Homework<br>Dinner and clean up<br>Showers<br>Review day with staff | Activity time<br>Dinner and clean up<br>Showers<br>Review day with staff |
| 10pm | Lights out (WIFI turned off 11:00 pm) |  |
| 12 midnight |  | Lights out |

Activity Time Options:

****This section must be updated to reflect options available at each location (i.e. cooking, crafts, board/card games)

- Exercise (walk around building or office, sports outside, ask staff what is available)
- Board or card games with peers and/or staff
- Crafts (see craft box)
- Cook/bake (depending on site)
- Outing
- Read



# Behavior Expectations Contract

It is important that you are safe and cared for while you are at child watch. We are here to support you. Your behavior makes a difference.

- We expect that you will respect other people. If you threaten harm to anyone or if you hurt someone, the police will be called.
- If you run away, the police will be called.
- Your room door must remain open unless you are changing or sleeping with permission of staff. This is to ensure the safety of all youth.
- You must follow the daily schedule's wake up and lights out times as well as scheduled activities.
- You will not be allowed to keep your cell phone or electronics full time. These will be stored and locked up for safety. You will be allowed to use the location phone to make any calls needed on your call list. Supervision of your calls will be determined by your primary worker and any court orders in place.
- You are expected to attend school or participate in educational activities as scheduled during weekdays and complete homework assignments. If you need assistance on homework, please ask for help.
- You are expected to maintain your personal hygiene daily which includes but is not limited to showering, brushing your teeth, and getting dressed.
- You are expected to keep your room and living space clean and picked up. This includes but is not limited to: Making your bed, not leaving clothing or other items throughout the floor of your room or the location, and not leaving dirty dishes throughout the location.
- If you have a roommate, please be respectful of their space. Respect for their space includes but is not limited to the following:
    - Do not look through, touch, or take their belongings without their permission
    - Do not make loud noises, play music without headphones, or participate in loud conversations when your roommate is resting and/or is not in agreement
    - Do not sit on their bed without permission
    - Do not place your personal items in their space of the room
    - If there are shared items between you and your roommate, do not take these items and mix them with your personal items.
- You are expected to follow any court orders or probation terms in place.

I have read the above behavior expectations and understand what is expected of me. I understand my behavior and actions may impact my ability to participate in outside activities and additional privileges.

| Youth Signature: | |
|---|---|
| Date of Signature: | |
| Printed Name: | |



# Youth in Child Watch
# Behavior Rating and Incentives

TEXAS Department of Family and Protective Services

## Behavior Rating:

Directions:

During shifts, staff should note if the youth completed or participated in positive activities with the other home members and was overall respectful to peers' space and belongings during shift notes. At the end of the day, staff should note all completed activities for the day. When evaluating manners, taking initiative, and respect, staff should use the day entirely and not focus on one single incident but rather the day in total. Staff must be mindful when evaluating the youth trauma history, triggers, and acknowledge when youth are able to de-escalate and self-regulate quickly.

Each youth may earn up to 12 points per day and 84 points per week- 1 point is earned for each positive behavior checked daily. The points should reset each Monday. Shift documentation should acknowledge points earned during shifts. Youth do not lose points for their behavior, they earn points for positive behavior.

**Behavior Chart:** *please mark each task the youth completed during the shift.*

| | | | |
|---|---|---|---|
| Make Bed | ☐ | Clean Room | ☐ |
| Daily Hygiene | ☐ | Nightly Hygiene | ☐ |
| Get Dressed | ☐ | Read for 20 Minutes | ☐ |
| Go to School | ☐ | Good Manners | ☐ |
| Do Homework | ☐ | Taking Initiative or Helpful | ☐ |
| Participated in Communal Activities | ☐ | Respectful to Peers and belongings | ☐ |

| | | |
|---|---|---|
| You're A Rock Star! | Level 1<br>66-84 | One fast food meal on the weekend and two snack items add to grocery list. Activities Allowed! |
| All right Now | Level 2<br>44-65 | One snack item from their grocery list. Activities Allowed! |
| Warning | Level 3<br>22-43 | Does not lose any privileges but does not gain any either. Activities Allowed |
| It's a NO for me | Level 4<br>0-21 | No extracurricular activities |

Update 08/2020

# Medication Administration
## Resources and Frequently Asked Questions

### If a child is temporarily in the care of a CPS caseworker, the worker may have to administer medications. Please refer to the CPS policy for full guidelines *11300 Medication*. If you have questions, use the following resources:

- STAR Health NurseWise (available 24/7), and access for Medical Consenters to list of recently filled medications, through STAR Health Member Services at (866) 912-6283.

- The child or youth's healthcare provider

- The pharmacy listed on the prescription bottle.

- Urgent care clinic

- For assistance in medication refills after hours, contact Star Health Member Services 1-866-912-6283 and ask to be connected to the Nurse Advice Line or if they are unable to assist request the on-call Star Health Staff.

- Your *Regional Nurse Consultant*

### When can a caseworker give a child or youth medications?

When CPS staff must administer, or ensure administration of, prescribed medications then prior to administering medications, the following steps are completed:
- Be informed about the child's diagnosis & other medications
- Be informed about the actions of the medication and side effects
- Administer current medications ONLY if they are stored in the original pharmacy container
- Administer current medications according to the instructions on the container or from the prescribing licensed healthcare provider
- Ensure the child takes the medication as prescribed

CPS Staff ARE permitted to administer and assist older children in taking the following:
- Capsules, pills, or liquids taken by mouth
- Inhaler medications (nasal sprays, inhalers, nebulizers) taken through the nose or mouth
- Eye drops
- Skin patches

EX92-0015

Update 08/2020

The following procedures CANNOT be performed by CPS Staff, refer to the resources at the top of the page for further guidance (note exceptions):

o Injection (such as a shot) o EXCEPTION: Epinephrine Auto-Injectors for Emergencies for children who may experience life threatening allergic reactions and prescribed epinephrine auto-injectors.

- IV site
- Nasogastric tube (NG-tube)
- Gastrostomy tube (G-tube or G-button)
- Insulin (CPS Staff may ONLY SUPERVISE older children in the administration of their own insulin if the children are experienced in doing so.)
- Suppositories or creams via rectum or vagina o EXCEPTION: If an older child understands how to insert a suppository or cream via rectum or vagina CPS staff MAY hand the medication to the child for the child to insert him/herself.

o If of the same gender as child, CPS staff members may stand outside the door of the bathroom while the child inserts/applies medication. (CPS staff MAY NOT directly assist the child in insertion/ application of a mediation via rectum or vagina.)

EXCEPTION: Rectal Antiseizure Drugs for Emergencies for children who experience a life-threatening prolonged seizure lasting longer than 5 minutes and are prescribed rectal antiseizure medication.

## Has it been too long to start a child or youth's medication again?

- If less than 24 hours have elapsed: Staff may administer medication according to the instructions on the label

- If 24 hours or more have elapsed OR if staff is unsure of information about a medication. Contact either the child's healthcare provider OR STAR Health NurseWise at 1-866-912-6283.

## Medication was administered to a child or youth. Are there other requirements?

- Any *controlled substances* (i.e. psycho stimulants, tranquilizers, and narcotics) must always be kept in a locked and secure area. Emergency rectal diazepam medication for prolonged seizures is a controlled substance but should always be with the child for whom it is prescribed, e.g. during transport etc.

- Medication administration must be documented in a medication log and in IMPACT.



# Crisis Intervention & Serious Incidents

## What if there is a crisis?

- If there is a psychiatric emergency (expressing desire to die or kill oneself), call your local Mental Health Crisis Intervention Team at _____.
- Remove all dangerous objects and monitor youth 100% of the time until help arrives. Supervision should be increased to one on one/arms length supervision until emergency assistance arrives.
    - **One on One supervision and/or Arm's Length supervision** – To be in compliance with this supervision level, there must be one dedicated caregiver to the child. The caregiver must be responsible for both audible and visual supervision at all times and must be in close enough proximity to the child to redirect or intervene, as necessary.
- If there are any serious incidents involving a youth on shift, a serious incident report must be submitted to the _____ mailbox. As a reminder, the following are serious incidents which an SIR should be completed:
    - Damage to Property
    - Child Injury (caused by another child)
    - Child Injury (self-inflicted)
    - Injury to Staff/Other Adult
    - Sexual Contact Initiated by Child Toward Adult
    - Sexual Contact Between Youth
    - LE Contacted/Did Not Respond
    - LE Contacted/Did Respond
    - Arrest Made
    - Medical Services (EMS) Responded
    - Mental Health Services Responded