

# Texas Department of Family and Protective Services

## CHILDREN WITHOUT PLACEMENT AGENCY EFFORTS

| PRIORITY | GOAL | ACTIONS | |
|---|---|---|---|
| **CARE** | Augment the structure and staffing of DFPS Supervision sites, providing an environment that incentivizes positive youth behaviors while prioritizing the safety of both youth and caseworkers. | • Pilot in Regions 6 & 7 targeted at behavior modification for youth to establish added structure, youth incentives, and staff responsibilities<br>• Additional staff training for pilot participants, including de-escalation techniques<br>• Hiring dedicated positions<br>• Increased temporary staffing<br>• Law enforcement engagement | • Clinical coordinators to support with caseworker tasks when a child/youth is in DFPS Supervision<br>• Policy updates to support staff wellbeing by limiting the number of DFPS Supervision shifts allowable<br>• Trafficking assessment<br>• Missing youth searches |
| **CAPACITY** | Enhance the capacity and stability of kinship and licensed placements while streamlining DFPS placement processes. | • Qualified Residential Treatment Program (QRTP), Intensive Psychiatric Stabilization Program, and Treatment Family Foster Care expansion<br>• Temporary Emergency Placement expansion<br>• Placement process improvement and additional staffing<br>• Emergency Shelter Partnership | • Training for staff regarding engaging kin and placement with kinship.<br>• Developing strategies to increase 1st placements with kinship<br>• Updating kinship policies to strengthen kinship practices<br>• Expanded and flexible Kinship spending |
| **SERVICES** | Support programs and services to meet the specific needs of youth in DFPS Supervision, with a focus on preparing older youth for successful transitions to independence and self-sufficiency within appropriate placements. | • Focus on services and support, such as preparation for adult living, housing, job opportunities, and other basic life skills<br>• Utilize behavioral health funding for youth crisis outreach and extended inpatient hospital support<br>• Partnering youth with mentor support | • Ensure every youth is referred for a Circle of Support<br>• Providing up to date mental health resources to staff through broadcasts and Job Aids<br>• Ensure therapeutic supports are scheduled for youth regardless of participation. |
| **DIVERSION** | Implement actions to divert children and youth from entering state custody as appropriate through effective intervention strategies and alternative support systems, promoting family preservation and community-based solutions. | • Collaborate with HHSC to support access to behavioral health resources and additional funding to prevent removals as a result of refusal to accept parental responsibility<br>• Increased use of Alternative Response<br>• Increased use of Behavioral Health Resources | • Focus on least restrictive environment<br>• Partnership with Juvenile Justice<br>• Increased communication with psychiatric hospitals<br>• Emphasis on first placement with kinship |
| **WHAT'S NEXT?** | Statewide Approach | • DFPS Temporary Housing Implementation Plan<br>• Convening of State Agencies and Stakeholders<br>• Provider Clinical and Programmatic Support | |

Updated November 21, 2023

Font color indicates status:
Blue - Complete    Green - In Progress    Purple - Planned

**PLAINTIFF EXHIBIT**
2-11-CV-00084
**99**
12-4-23 Show Cause Hearing

D_000930



D_000931

EX99-0002