Child Protective Services (CPS)
Family Group Decision Making (FGDM)

0628
September 2014

# PERMANENCY CONFERENCE PLAN
## CHILD PROTECTIVE SERVICES - PURCHASED CLIENT SERVICES

**Purpose:** This form is used by FGDM staff to document the key points discussed in the meeting and the plan made at the Permanency Conference (PC). **Instructions for CPS FGDM Staff:** Refer to Instructions for Completing Permanency Conference Plan, Form 0628ins for guidance and instructions regarding the completion of this form. Provide a copy to participants after completion of this form. **Instructions for Contractor:** Refer to Instructions for Completing Permanency Conference Plan, Form 0628ins for guidance and instructions regarding the completion of this form. Provide a copy to parent/caregiver signees and the CPS caseworker after completion of this form.

| SECTION A: CONFERENCE INFORMATION | | | |
|---|---|---|---|
| Conference Date: 5-12-2021 | Start Time: 1:00PM | End Time: 2:00PM | Permanency Conference Type: Yearly PC |
| Case Name: | Case ID number: 48083136 | | Location of Meeting: TELE-CONF LINK |
| Parents' Names: | | | |
| Children's Names: Jacqueline Juarez | | | |
| Facilitator's Name: Gloria Batiste-Roberts | | Caseworker's Name: Amy Obot | |

## SECTION B: CONDITIONS OF PARTICIPATION / PRIVACY AGREEMENT

**By taking part in the Conference, I agree to these terms:**

1. I will protect everyone's privacy in this case. I will not share information with except Conference participants or staff of the agencies they represent.
2. Note: If any claims of abuse or neglect happen in the Conference, Texas law requires that they be reported to Child Protective Services (CPS).
3. I will give information if asked, and understand it will stay private.
4. Information given could be shared with other professionals to protect and care for the child(ren), including doctors, counselors, attorneys, court, caregivers, etc.
5. More terms agreed upon by all participants: n/a

## SECTION C: CONFERENCE PARTICIPANTS/SIGNATURES

| Print Your Name | Relationship to Child/Youth or Family | Signature |
|---|---|---|
| Cindy Silva | PC Admin Tech | Via Tele-Conf Link |
| Gloria Batiste Roberts | PC Facilitator | Via Tele-Conf Link |
| Amy Obot | CVS Caseworker | Via Tele-Conf Link |
| Clevell Young | CVS Supervisor | Via Tele-Conf Link |
| Julie Hennington | CASA | Via Tele-Conf Link |
| Wendy Campbell | Disability Rights | Via Tele-Conf Link |
| Meredith Parekh | Foster Care Advocacy | Via Tele-Conf Link |
| | | |

PLAINTIFF
EXHIBIT
2-11-CV-00084
105
12-4-23 Show Cause Hearing

Page 1 of 7

EX105

Child Protective Services (CPS)
Family Group Decision Making (FGDM)

0628
September 2014

## SECTION D: CHILD PLACEMENT AND PERMANENCY GOAL DETAILS

| Child Name: | Placement Type: | Date Placed: | LOC: | Age: | Permanency Goal | Concurrent Permanency Goal |
|---|---|---|---|---|---|---|
| Jacqueline Rivas | Runaway (AWOL) | 5-11-2021 | intense | 15yo | UNRELATED CONSERVATOR-SHIP | UNRELATED ADOPTION |
| | | | | | | |

## SECTION E: REMOVAL INFORMATION AND LEGAL STATUS

**Date of Removal** (initial PC only):
**5-19-17**

**Date of most recent entry into substitute care** (if different removal date):

**Safety threats and concerns about diminished parental protective capacity that resulted in any past removals (basis of removal):**
N/A

**Safety threats and concerns about diminished parental protective capacity that resulted in the current removal (basis of removal):**

Date CVS child initially placed in substitute care

Conservatorship Removal Date:      05/19/2017
                                   Emotional Abuse/Risk
Conservatorship Removal Reason: Physical Abuse/Risk
                                   Sexual Abuse/Risk

**Legal Status:**
**Enter "x" next to current legal status and enter the date of the legal status:**
X   PMC: 5-30-18

**Next hearing: 9-3-2021    Type of hearing: Permanency hearing    Other court dates:**

## SECTION F: CHILD WELL-BEING & Permanency Status

EX105-0002

Case 2:11-cv-00084 Document 1491-205 Filed on 12/21/23 in TXSD Page 3 of 7

| Child:<br>**Jacqueline Rivas** | **Age: 15** | **Is the child in an intended permanent placement?**<br>Mark "x" next to yes or no. |
|---|---|---|
| | | **Yes:**    **No: X** |

**Needs/Concerns** (include educational, medical, mental health, behavioral, therapeutic, developmental, dental, vision, hearing needs, etc.)

## As reported by CVS CW (Amy Obot):

She is currently AWOL, as of yesterday; she ran from a temporary placement that she was in; She ran away from CWOP

While she was aat CWOP, she was being picky about what she wanted to eat; she was refusing food while she was there

She was sleeping well while she was at CWOP

During this meeting CW rec'd a call from Social Worker reporting that Jackie was with some men that may or possibly have been ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ well; Jackie is talking to police now; & she is currently in Children's Medical Center in Dallas & CW will be notified if Jackie consented to having a SANE exam done or not

She is in 8th grade; however, she has missed a lot of school; especially this semester; she was admitted into a psychiatric hospital first part of her school semester (when she was in her last placement)

She has previously expressed that she likes to go to school; however, she has not been engaging in her schooling; she had gotten suspended 2 weeks ago due to her walking off school campus; she had to be restrained by school police; she did go back to school & then after that incident she was placed in a temporary placement; she was only there in that temporary placement for only 1-1/2 weeks

She was going to school in person & virtually after her last psychiatric stay

CW states that she knows what she wants as far as placement & she knows that she wants a family but she is not being patient enough for the Agency to find her a placement

She has extensive history of being in & out of alot of Psych Hospitals

She has had multiple hospitalizations since the last CPS Conference, we had a year ago

She has history of self-harming; she has tendency of swallowing /ingesting objects & chemical liquids that can be harmful to her digestive tract/her body. At one point, she had ▉▉▉▉▉▉

she went back to her placement afterwards & was fine for a while & then that is when it was reported that she had ▉▉▉▉
was discharged & released back to her placement & then she ▉▉▉▉▉▉▉▉▉▉▉▉ here
have been multiple incidents back & forth. It was previously reported that she has also swallowed a ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

She previously tested positive for COVID-19 (she was asymptomatic), she is reported to be doing fine now & has recovered

EX105-0003

**Services received or needed** (ARD, ECI, therapy, medical/dental, vision, hearing, extra-curricular, medications to address identified needs; include progress/barriers):

**She is physically healthy**
Her last medical exam: 7-20-2020
Her last vision exam: 8-6-2020
Her last dental exam: 2-4-2021
Her last Psychological eval: 9-25-2020
She is diagnosed with PTSD, ODD, child physical abuse (confirmed), child sexual abuse
(confirmed), child neglect (confirmed), Academic or Educational Problem (Recommendations
given: include continued Trauma-Focused cognitive behavioral therapy); persistent depressive
disorder
She is on the following Meds: Abbuterol (as needed for panic attacks); Xulane birth control patch;
Lithium 300mg; Latuda 80mg; Prazosin 2mg; 1000mg Keppra; Visprail 25mg; Benadryl (as
needed)

**Connections** (identify individuals who are important to the child and what type of contact is
allowed):

CW, CASA, Atty Ad-Litem, & Facility Manager

**If child not in an intended permanent placement: Have all placement resources been
explored?** (Relative search, symbolic/fictive kin relatives, absent parents, home study/ICPC)

CPS will continue to seek a permanent placement for Jackie

## SECTION G: FAMILY SERVICE PLAN

**Family's progress** (Identify the parents' protective capacities. How are the tasks/services
addressing safety threats? What is CPS doing to assist the family with the plan?)

N/A – Parental rights have been terminated

**Barriers to achieving family reunification** (Current safety threats that prevent the child(ren)
from returning home safely)

N/A – Parental rights have been terminated

EX105-0004

Child Protective Services (CPS)
Family Group Decision Making (FGDM)

0628
September 2014

**Are there any tasks/services or court orders on the service plan that need to be modified?** (Mark "x" next to yes or no)

**Yes    No X**
**If yes, please describe:**

**Standing Court Orders:**

Currently there is a standing court order of "no contact between Jackie & her siblings" until Therapist recommends contact with her siblings.

Judge has ordered that Agency search for a Child specific contract with HCS home, out of state placement and that Agency contact El Salvador Consulate all in order to locate a placement effort for Jackie.

Ad-Litem has to agree with the placement as well, per the court order

**Frequency and quality of family visits** (including parent/child, sibling contact, contact with extended relatives, etc.):

N/A – Parental rights have been terminated

**Family resources to address identified needs/concerns:**

N/A – Parental rights have been terminated

---

## SECTION H: LEGAL PERMANENCY BARRIERS

**Barriers to achieving a permanent placement which will result in positive legal permanency for each child:** (Identify all barriers to achieving a permanent home that will result in positive legal permanency. Positive legal permanency is achieved either through reunification, adoption, or transferring permanent managing conservatorship from DFPS to a relative or suitable individual)

EX105-0005

Child Protective Services (CPS)
Family Group Decision Making (FGDM)

0628
September 2014

## SECTION I: STRATEGIES AND ACTIONS TO OVERCOME PERMANENCY BARRIERS

**Next Steps/Action Items:** (Identify Strategies and Actions needed to achieve timely permanency, including any additional case related tasks)

| Strategy | Actions (the specific tasks planned) | Anticipated Barriers (if any) | Plan to Overcome Identified Barriers | Person Assigned |
|---|---|---|---|---|
| Casework | CW wil make arrangement to pick up Jackie, once she is released from thei Hosptial. & locate a placement, once she is released from Hospital | | | Caseworker |
| Parenting | Continue on-going medical, dental, immunization & vision care for Jacqueline. | | | Caregiver |
| Casework | Continue to closely monitor Jackie's progress in therapy, once she resumes therapy & her academic progress, as well. | | | Caseworker |
| Casework | Ensure Jackie's service plans are up to date & provided to caregiver/facility. | | | Caseworker |
| Casework | Continue to monitor Jackie's Specialized psychiatric needs & medication compliance. | | | Caseworker |
| Casework | CPS, CASA & Disability Rights Worker, & Foster Care Advocacy, should continue to coordinate services on this case. | | | Caseworker |
| Casework | Adhere to all court orders on this case, including no contact with siblings, until recommended by therapist. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page **6** of **7**

EX105-0006

Child Protective Services (CPS)
Family Group Decision Making (FGDM)

0628
September 2014

## SECTION J: SIGNATURES/AGREEMENT TO PARTICIPATE IN PERMANENCY CONFERENCE PLAN

The signatures below indicate that I understand and agree with the outcome and plan developed by the participants of this Permanency Conference and agree to every term and condition stated herein. I further agree to accept, support, and participate in the identified services listed above.

| Child's Parent or Legal Guardian: | Date Signed: |
|---|---|
| X | |

## SECTION K: PERMANENCY CONFERENCE TIMELINE & DATE OF NEXT PERMANENCY CONFERENCE

**Next Permanency Conference (or other Permanency Planning Meeting) is due :** May, 2021 (will be Yearly PC case review)

**Scheduled Date of next Permanency Conference**: __not scheduled yet__

## SECTION L: FACILITATOR INFORMATION AND DISTRIBUTION OF COMPLETED DOCUMENT(S)

**FACILITATOR NAME** (and agency name if facilitator works for contracted agency): Gloria Batiste-Roberts (4C's)

**Facilitator: enter "x"  next to the option that applies to this Permanency Conference**

☒ All information regarding this conference is contained within this document.

☐ Documents with additional information about this conference exist:

- and are identified as:_____
- and include this number of pages: _____
- and are attached and provided to Signees and CPS (if Facilitator is contracted provider) **OR** to participants (if Facilitator is employed by DFPS)

EX105-0007