

# Crisis of Children in Unregulated Placements



2

EX109-0002

# Crisis of Children in Unregulated Placements



"Child Watch" Fulltime 8-Hour Caseworker Shifts Per Day

3

EX109-0003