

EX115











EX115-0006