Uber from Hotel to Meeting w/Judge

# Uber

December 2, 2023

## Thanks for tipping, Kevin

We hope you enjoyed your ride this evening.

| Total | $36.08 |
|---|---|

| Trip fare | $33.00 |
|---|---|

| Subtotal | $33.00 |
|---|---|
| Tips | $6.01 |
| Promotion | -$3.30 |
| Texas Regulatory Recovery Fee | $0.37 |

## Payments

| | Uber Cash | $30.07 |
|---|---|---|
| | 12/2/23 7:10 PM | |
| | Uber Cash | $4.93 |
| | 12/2/23 7:11 PM | |
| | American Express ··· ▮▮▮ | $1.08 |
| | 12/2/23 7:12 PM | |

Visit the trip page for more information, including invoices (where available).



Fri, Nov 10, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# JS0ZHK

| Flight 1 of 3 UA4517 | Class: United Economy (W) |
|---|---|

| Sat, Dec 02, 2023 | Sat, Dec 02, 2023 |
|---|---|
| **02:48 PM** | **04:15 PM** |
| New York/Newark, NJ, US (EWR) | Washington, DC, US (IAD) |

Flight Operated by GOJET AIRLINES DBA UNITED EXPRESS.

| Flight 2 of 3 UA2116 | Class: United Economy (W) |
|---|---|

| Sat, Dec 02, 2023 | Sat, Dec 02, 2023 |
|---|---|
| **05:06 PM** | **07:35 PM** |
| Washington, DC, US (IAD) | Dallas, TX, US (DFW) |

| Flight 3 of 3 UA1639 | Class: United Economy (K) |
|---|---|

| Fri, Dec 08, 2023 | Fri, Dec 08, 2023 |
|---|---|
| **07:24 PM** | **11:52 PM** |
| Dallas, TX, US (DFW) | New York/Newark, NJ, US (EWR) |

Traveler Details

RYAN/KEVINMICHAEL

eTicket number: **0162341268409**          Seats: **EWR-IAD 16B**

Frequent Flyer: **UA-XXXXX469 Premier 1K®**

**IAD-DFW 31B**
**DFW-EWR 32B**

Purchase Summary

Method of payment:

**American Express ending in** ▮▮▮▮

Date of purchase:

**Fri, Nov 10, 2023**

Airfare:                                    **475.60**
U.S. Transportation Tax:                    **35.67**
U.S. Flight Segment Tax:                    **14.40**
September 11th Security Fee:                **11.20**
U.S. Passenger Facility Charge:             **13.50**

Total Per Passenger:                    **550.37 USD**

**Total:**                              **550.37 USD**

Taxi from DFW Airport to Hotel



Copy Reports and Hearing Materials for Judge and Monitors



FedEx Office.

FedEx Office is your destination
for printing and shipping.

3905 Oak Lawn Ave
Dallas, TX 75219
Tel: (214) 522-7434

12/3/2023                    3:01:16 PM CST
Team Member: Spencer S.

                  SALE

BW 1S Copy/Print        769 @     0.1900 T
  000159 Reg. Price      0.19

  Regular Total         146.11
  Discounts               0.00

  Total                 146.11


Sub-Total                         146.11
Tax                                12.05
Deposit                             0.00

Total                             158.16

*************** PURCHASE ***************
          APPROVED
Total:                          $158.16
Card Type:      AMEX
Card Entry:     CHIP
Acct #:         **********
Approval Code: 843824
************ EMV PURCHASE ************
App Label:              AMERICAN EXPRESS
Mode:                            Issuer

Copy Reports for Hearing for Judge Jack

