IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> § <br> GREG ABBOTT, in his official capacity § <br> as Governor of the State of Texas, et § <br> al., § <br> § <br> Defendants. § | Civil Action No. 2:11-CV-00084 |

## Update to the Court on the Prevalence of PMC Children Without Placement and Out of State Facility Placement

According to DFPS data and information, the total number of unduplicated PMC youth housed in a CWOP setting by the State between January 1, 2023 and December 31, 2023 is 556. The average number of PMC children without placement per night in December 2023 was 41, down from 44 in November 2023. The number of unique children without placement in December 2023 was 79.

| Month | CY | Number of unique children without placement per month | Average number of children without placement per night | Percent Change from Prior Month | Average children per night over 6 months |
|---|---|---|---|---|---|
| December | 2023 | 79 | 41 | -7% | **56** |
| November | 2023 | 78 | 44 | -8% | |
| October | 2023 | 116 | 48 | -23% | |

| Month | Year | Value1 | Value2 | Percent | Summary |
|---|---|---|---|---|---|
| September | 2023 | 121 | 62 | -6% | |
| August | 2023 | 137 | 66 | -11% | |
| July | 2023 | 146 | 74 | 25% | |
| June | 2023 | 136 | 59 | -6% | **60** |
| May | 2023 | 141 | 63 | 0% | |
| April | 2023 | 130 | 63 | 0% | |
| March | 2023 | 146 | 63 | 9% | |
| February | 2023 | 114 | 58 | 14% | |
| January | 2023 | 121 | 51 | 21% | |
| December | 2022 | 106 | 42 | -28% | **56** |
| November | 2022 | 125 | 58 | -6% | |
| October | 2022 | 141 | 62 | 19% | |
| September | 2022 | 138 | 52 | -10% | |
| August | 2022 | 143 | 58 | -8% | |
| July | 2022 | 133 | 63 | -10% | |
| June | 2022 | 158 | 70 | 13% | **62** |
| May | 2022 | 148 | 62 | 3% | |
| April | 2022 | 132 | 60 | -2% | |
| March | 2022 | 134 | 61 | 3% | |
| February | 2022 | 130 | 59 | -2% | |
| January | 2022 | 141 | 60 | 3% | |
| December | 2021 | 139 | 58 | -25% | **89** |
| November | 2021 | 152 | 77 | -9% | |
| October | 2021 | 174 | 85 | -18% | |
| September | 2021 | 209 | 104 | 12% | |
| August | 2021 | 208 | 93 | -18% | |
| July | 2021 | 210 | 114 | 8% | |
| June | 2021 | 218 | 106 | 26% | **61** |
| May | 2021 | 183 | 84 | 35% | |
| April | 2021 | 158 | 62 | 24% | |
| March | 2021 | 147 | 50 | 19% | |
| February | 2021 | 112 | 42 | 83% | |
| January | 2021 | 84 | 23 | 64% | |
| December | 2020 | 69 | 14 | 0% | **56** |

| | | | | | |
|---|---|---|---|---|---|
| November | 2020 | 59 | 14 | 17% | |
| October | 2020 | 62 | 12 | 71% | |
| September | 2020 | 42 | 7 | 75% | |
| August | 2020 | 25 | 4 | 0% | |
| July | 2020 | 27 | 4 | 100% | |
| June | 2020 | 18 | 2 | -33% | |
| May | 2020 | 19 | 3 | -25% | |
| April | 2020 | 18 | 4 | Baseline | **56** |