UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NO.   CA-C-11-084

**M.D. , et al**                         )(     Judge    Janis Graham Jack
                                         )(
       **Plaintiffs**                    )(     Courtroom Deputy   Lori Purifoy
                                         )(
vs.                                      )(     ERO   Jared Marks
                                         )(
**ABBOTT, et al**                        )(     Proceeding:  Status Conference
                                         )(
       **Defendants**                    )(     Date:  January 22, 2024
                                         )(
                                         )(     Exhibit List of:    Plaintiff
                                         )(
**Page  1   of   1   Pages**             )(     Attorney:  Paul Yetter

| Exhibit no | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | **Employee Comment - By Job Title Agency 530: DFPS Quarter 1 Fiscal Year 2024 9/1/2023 to 11/30/2023** | X | X | | 1/22/24 | |
| 2 | **Sealed Exhibit** | X | X | | 1/22/24 | |
| 3 | **DFPS Chart / Child Watch** | X | X | | 1/22/24 | |