



**Children in DFPS Child Watch**