United States District Court
Southern District of Texas
**ENTERED**
February 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D. bnf STUKENBERG, *et al*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:11-CV-00084 |
| § | |
| GREG ABBOTT, *et al*, § | |
| § | |
| Defendants. § | |

**ORDER**

At the status conference held on January 22, 2024, the Court informed the parties that the Monitors "have certified to me, under my November 2018 order [(D.E. 606)]," that the Department of Family and Protective Services is in full compliance as to Remedial Order 1 and Remedial Order B4.[1] (D.E. 1510 at 4.) The Court gave Plaintiffs until Friday, January 26, 2024 to file any objections to this certification and none were filed.

SIGNED and ORDERED this 2nd day of February, 2024.

_____
JANIS GRAHAM JACK
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Though Remedial Order B4 applies to both DFPS and HHSC, full compliance only applies to DFPS.

1