Kevin Ryan - Car Rental - Houston to Corpus Christi for meetings with Judge and hearing





```
THE HERTZ CORPORATION                                          Rental Agreement No: 914257363
Web:         www.hertz.com                                     Invoice Date:         01/21/2024
                                                               Document:             984000124185
                                           REPRINT
                                                               Renter:               KEVIN RYAN
Direct All Inquiries To:                                       Account No.:          **********     AMX
    THE HERTZ CORPORATION                                      CDP No.:              1959919
    PO BOX 26120                                               CDP Name:             PUBLIC CATALYST
    OKLAHOMA CITY, OK 73126-0120



        KEVIN RYAN
        PUBLIC CATALYST




RENTAL REFERENCE                            RENTAL DETAILS
Rental Agreement No: 914257363              Rate Plan:       IN: OWPF1    OUT: OWPF1
Reservation ID:      K7191092453            Rented On:       01/19/2024 15:32   LOC# 160612
Frequent Traveler:   ZE1                                     HOUSTON INTRCNTL, TX
I.T. No.:            OWPFPP                 Returned On:     01/20/2024 15:48   LOC# 161610
Voucher:             0000839422                              CORPUS CHRISTI, TX
                                            Car Description:        SIR COROLLACR2S  TST3679
                                            Veh. No.:               7000383
                                            CAR CLASS Charged:  I       MILEAGE   In:  29,048
                                                      Rented:   Q5                Out: 28,808
                                                      Reserved: I                 Driven:  240
                                            RENTAL CHARGES
MISCELLANEOUS INFORMATION                   DAYS                    1 @   127.20     127.20
CC AUTH: 150387  DATE: 2024/01/19  AMT:  226.00   SUBTOTAL                           127.20

                                            FUEL PURCHASE OPTION                      33.84
                                            CONCESSION FEE RECOVERY                   17.89
                                            VEHICLE LICENSE FEE                        1.94
                                            CUSTOMER FACILITY CHARGE                   4.00
                                            VOUCHER VALUE                           -181.49
                                            TAX                        15.00%         22.65

Gold Plus Rewards Points                    AMOUNT DUE                              26.03 USD
Earned this rental:  127




                                            THANK YOU FOR RENTING FROM HERTZ




Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES


Web:         www.hertz.com             TOTAL:                              26.03 USD
```

Kevin Ryan - taxi from Corpus Christi Hertz Return to Hotel



# OMNI CORPUS CHRISTI

Kevin Ryan  
Fair Haven NJ 07704-3331  
United States  
INFORMATION  
INVOICE

Room No.:  
Arrival: 01/20/24  
Departure: 01/23/24  
Conf. No.: 11548454

1 of 2

Custom Ref:  
Page No.: 1 of 2

| Date | Description | Charges | Payment |
|---|---|---|---|
| 01/20/24 | Room Charge | 244.00 | |
| 01/20/24 | 2% Corpus Christi Tourism PID Reimbursement Fee | 4.88 | |
| 01/20/24 | 9% City Occupancy Tax | 22.40 | |
| 01/20/24 | 6% State Occupancy Tax | 14.93 | |
| 01/20/24 | Texas Recovery Fee | 3.66 | |
| 01/20/24 | 2% TXRF Corpus Christi Tourism PID Reimbursement Fee | 0.07 | |
| 01/20/24 | 9% TXRF City Occupancy Tax | 0.34 | |
| 01/20/24 | 6% TXRF State Occupancy Tax | 0.22 | |
| 01/21/24 | Room Charge | 179.00 | |
| 01/21/24 | 2% Corpus Christi Tourism PID Reimbursement Fee | 3.58 | |
| 01/21/24 | 9% City Occupancy Tax | 16.43 | |
| 01/21/24 | 6% State Occupancy Tax | 10.95 | |
| 01/21/24 | Texas Recovery Fee | 2.69 | |
| 01/21/24 | 2% TXRF Corpus Christi Tourism PID Reimbursement Fee | 0.05 | |
| 01/21/24 | 9% TXRF City Occupancy Tax | 0.25 | |
| 01/21/24 | 6% TXRF State Occupancy Tax | 0.16 | |
| 01/22/24 | Room Charge | 179.00 | |
| 01/22/24 | 2% Corpus Christi Tourism PID Reimbursement Fee | 3.58 | |
| 01/22/24 | 9% City Occupancy Tax | 16.43 | |
| 01/22/24 | 6% State Occupancy Tax | 10.95 | |
| 01/22/24 | Texas Recovery Fee | 2.69 | |

Omni Hotels & Resorts | 900 North Shoreline Boulevard | Corpus Christi, TX 78401  
Telephone: (361) 887-1600

# OMNI CORPUS CHRISTI

Kevin Ryan  
Fair Haven NJ 07704-3331  
United States  
INFORMATION  
INVOICE

Room No.:  
Arrival: 01/20/24  
Departure: 01/23/24  
Conf. No.: 11548454

Membership No:  
A/R Number:  
Company Name:

Custom Ref:  
Page No.: 2 of 2

| Date | Description | Charges | Payment |
|---|---|---|---|
| 01/22/24 | 2% TXRF Corpus Christi Tourism PID Reimbursement Fee | 0.05 | |
| 01/22/24 | 9% TXRF City Occupancy Tax | 0.25 | |
| 01/22/24 | 6% TXRF State Occupancy Tax | 0.16 | |
| 01/23/24 | American Express XXXXXXXXXXX | | 716.72 |
| | Total | 716.72 | 716.72 |
| | Balance | | 0.00 |

Thank you for staying at Omni Hotels & Resorts