IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
RULE 60(b)(5) MOTION FOR RELIEF FROM JUDGMENT**

Before the Court is defendants' Rule 60(b)(5) Motion for Relief from Judgment. Having reviewed the motion and the record, the Court is of the opinion that the motion should be and hereby is GRANTED.  It is ORDERED that defendants are relieved from Remedial Orders 1, 2, 13, 14, 15, 16, 17, 18, 19, 37, B3, and B4 as listed in Docket Entry 606.

Date: _____, 2024

IT IS SO ORDERED.

_____
The Honorable Janis Jack
United States District Judge