# Ashley Hummel

✉ Tolliashley@gmail.com
☏ 832-403-5899

## Education

### SAM HOUSTON STATE UNIVERSITY
*Masters in Victim Service Management*
*Bachelors Victim Studies*

### LONE STAR COLLEGE
*Associates Criminal Justice*

## Additional Skills

Works well in high-stress and demanding environments.

Experience working with juveniles and adults.

## Certificates

Mental Health First Aid

Conflicts of interest

IRB

Institutional/Signatory Official: Human Subject Research

Internal forensic auditor

## References

Evelyn Locklin

Director- Emergency Services and Respite programs

Email: evelyn.locklin@theharriscenter.org

Phone: 713-970-4729 / 713-208-7820

Shannon Fleming

Legal Counsel

Email: Jd2fleming@yahoo.com

Phone: 713-594-5634

## Career Objective

Identify community resources and services that will benefit clients. Advocate for individuals and families with social service needs.

## Experience

### Rights Protection Officer
The Harris Center Jan. 2022- Present
- Investigate rights violations to clients served.
- Handle calls and find solutions for complaints.
- Member of IRB committee and Safe Care committee along with Urgent Case reviews

### 9-1-1 Operator
*City Of Houston / Sep 2021 - Jan. 2022*
- Assist callers to identify their locations and the nature of their emergency to determine the type of response needed.
- Receive incoming phone correspondence regarding emergency and non-emergency police and fire service, emergency ambulance service, information, and after-hours calls for departments within a city.
- Determine response requirements and identify priorities of situations to dispatch units following established procedures.

### Project Coordinator / Scheduler
*Genesis Medical Group / Sep 2020 - May 2021*
- Schedule and confirm patient diagnostic appointments, surgeries, or medical consultations.
- Greet patients, ascertain the purpose of the visit, and direct them to the appropriate staff.
- Track the enrollment status of patients and document long-term care timelines.

### Investigator
*Department of Family Protective Services / Jul 2019 - Apr 2020*
- Interview clients individually, in families, or in groups, assessing their situations, capabilities, and problems to determine what services are required to meet their needs.
- Maintain case history records and prepare reports.
- Develop and review service plans in consultation with clients and perform follow-ups assessing the quantity and quality of services provided.

### Corrections Officer
*Texas Department of Criminal Justice / Aug 2010 - May 2018*
- Conduct headcounts to ensure that each prisoner is present.
- Monitor the conduct of prisoners in the housing unit, or during work or recreational activities, according to established policies, regulations, and procedures, to prevent escape or violence.
- Record information, such as prisoner identification, charges, and incidences of inmate disturbance, and keep daily logs of prisoner activities.