| Region | Child Name | Date of Incident | Location |
|---|---|---|---|
| 11 | ███████ | 1/7/2023 | ███████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████ | 1/31/2023 | ████████ |
| 08A | ███████ | 1/31/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ██████████ | 1/27/2023 | ████████████████ |
| 08A | ██████████ | 1/30/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████ | 1/31/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 9 | ▮▮▮ | 1/27/2023 | ▮▮▮ |
| 11 | ▮▮▮ | 1/31/2023 | ▮▮▮ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ██████ | 1/20/2023 | ████████████████ |
| 08A | ███████ | 1/29/2023 | ████████████████ |
| 08A | ██████ | 1/22/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████ | 1/24/2023 | Fairfield Hotel Marriott (Hotel) - 88 NE Loop 410, San Antonio, TX |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03W | ███████████ | 1/23/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|-----------------|----------|
| 11 | ███████ | 1/7/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████ | 1/29/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06A | ███████ | 1/1/2023 | ██████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06A | ███████ | 1/18/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████████ | 1/22/2023 | ███████████ |
| 08A | ███████████ | 1/13/2023 | ███████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ███████████ | 2/23/2023 | ████████████████ |
| 03E | ███████████ | 2/20/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ▮▮▮▮▮ | 2/12/2023 | ▮▮▮▮▮▮▮▮ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ▇▇▇▇▇ | 2/3/2023 | ▇▇▇▇▇▇▇▇▇▇ |
| 03E | ▇▇▇▇▇ | 02.07.2023 | ▇▇▇▇▇▇▇▇▇▇ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ████ | 02.05.2023 | ████████████ |
| 7 | ██████ | 02.21.2023 | ████████████ |
| 9 | █████ | 2/25/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06A | ████ | 02.20.2023 | ████████ |
| 08A | ████ | 02.12.2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████████ | 02.13.2023 | ██████████████████ |
| 08A | ████████ | 2/12/2023 | ██████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06A | ███████ | 2/4/2022 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06B | ████████ | 2/17/2023 | ████████ |
| 11 | ████████ | 2/17/2023 | |
| 11 | ████████ | 2/9/2023 | |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:---------|
| 7 | ███████ | 2/26/2023 | ███████████ |
| 7 | ███████ | 2/26/2023 | |
| 7 | ████ | 2/24/2023 | |

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ▮▮▮ | 2/21/2023 | ████████ |
| 7 | ▮▮▮ | 2/21/2023 | ████████ |
| 7 | ▮▮▮ | 2/20/2023 | ████████ |
| 08A | ▮▮▮ | 2/18/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████ | 2/21/2023 | ████████ |
| 08A | ███████ | 2/25/2023 | ████████ |
| 08A | ████ | 2/17/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████ | 2/18/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████ | 02.14.2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████ | 02.14.2023 | ████████ |
| 08A | ███████ | 2/7/2023 | ████████ |
| 08A | ████████ | 2/5/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | █████ | 2/9/2023 | ████████████████ |
| 08A | ███████ | 2/4/2023 | ████████████████ |
| 7 | ██████ | 2/13/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 9 | ████ | 2/17/2023 | ████████ |
| 7 | ████████ | 2/7/2023 | ████████ |
| 7 | ████████ | 2/7/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ██████████ | 2/6/2023 | ██████████ |
| 4 | ██████ | 2/28/2023 | |
| 5 | ██████ | 2/3/2023 | |
| 4 | ██████ | 2/15/2023 | |
| 4 | ███████ | 2/15/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ███████ | 2/14/2023 | ████████ |
| 5 | ███████ | 2/2/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 5 | █████████ | 2/2/2023 | ██████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 5 | ████████ | 2/2/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 11 | ███████ | 2/8/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████ | 2/19/2023 | In a moving vehicle |
| 08A | ███████ | 2/19/2023 | In a moving  vehicle |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03W | ██████████████ | 02.27.2023 | ████████████ |
| 7 | ████████ | 3/1/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███ | 3/2/2023 | ███ |
| 7 | ███ | 3/2/2023 | ███ |
| 7 | ███ | 3/4/2023 | ███ |
| 7 | ███ | 3/4/2023 | ███ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06B | ████████ | 3/6/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06B | ████████ | 3/6/2023 | ████████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████ | 3/6/2023 | ████████████ |
| 7 | ████████ | 3/12/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 3/13/2023 | ███████ |
| 08A | ███████ | 03.06.2023 | ███████ |
| 7 | ███████ | 3/14/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | █████████ | 3/14/2023 | ████████ |
| 7 | ████████ | 3/14/2023 | ████████ |
| 06A | ███████ | 3/5/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 06A | ███ | 3/16/2023 | ██████ |
| 08A | ███ | 3/5/2023 | |
| 08A | ███ | 3/8/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████ | 3/25/2023 | ███████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ▇▇▇▇ | 3/4/2023 | ▇▇▇▇▇▇▇▇▇ |
| 08A | ▇▇▇▇▇ | 3/27/2023 | |
| 08A | ▇▇▇▇ | 3/25/2023 | |

445

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 4 | ███████ | 3/13/2023 | ████████████████ |
| 4 | ███████ | 3/18/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 11 | ■■■■■ | 3/23/2023 | ■■■■■■■■■■ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ████████ | 3/31/2023 | ████████████████████ |
| 7 | ████████ | 3/24/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ██████████ | 3/17/2023 | ████████████████ |
| 7 | ████████ | 3/17/2023 | ████████████████ |
| 7 | ████████ | 3/17/2023 | ████████████████ |
| 7 | ████████ | 3/17/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | █████████ | 3/30/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | ███████ | 3/16/2023 | ███████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████ | 03.22.2023 | ████████████ |
| 7 | ███████ | 3/24/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 9 | ███████ | 3/21/2023 | ██████████████ |
| 03E | ███████ | 3/20/2023 | ██████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06B | ▄▄▄▄▄ | 3/24/2023 | ████████ |
| 03E | ▄▄▄▄▄ | 3/13/2023 | |
| 08A | ▄▄▄ | 3/19/2023 | |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███████ | 3/13/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 3/21/2023 | ████████ |
| 7 | ███████ | 3/10/2023 | |
| 7 | ███████ | 3/27/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ██████████ | 3/27/2023 | ████████████████████ |
| 7 | █████████ | 3/24/2023 | ████████████████████ |
| 03W | █████████████ | 3/23/2023 | ████████████████████ |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 03E | ███████ | 3/15/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████████ | 3/25/2023 | ████████████████ |
| 7 | ██████████ | 3/25/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 3/14/2023 | ██████████████ |
| 7 | ████████████ | 3/14/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | | 3/11/2023 | |
| 7 | | 3/13/2023 | L |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06A | ▮ | 3/5/2023 | ▮ |
| 7 | ▮ | 3/3/2023 | ▮ |
| 7 | ▮ | 3/1/2023 | ▮ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06B | ██████████ | 3/31/2023 | ████████████████ |
| 03E | ██████ | 03.03.2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███ | 3/14/2023 | ██████████ |
| 7 | ███ | 3/13/2023 | ██████████ |
| 7 | ███ | 3/15/2023 | ██████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ▬ | 3/15/2023 | ████ |
| 7 | ▬ | 3/18/2023 | ████ |
| 7 | ▬ | 3/19/2023 | ████ |

465

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 06A | ▮▮▮ | 3/15/2023 | ▮▮▮▮▮▮▮ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ████████ | 3/17/2023 | Ellis County Courthouse |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | ███████ | 3/12/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███████ | 3/29/2023 | ████████████ |
| 7 | ████████ | 03.25.2023 | ████████████ |
| 7 | ██████ | 3/18/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ████ | 3/26/2023 | ████ |
| 7 | ████ | 3/26/2023 | ████ |
| 7 | ████ | 3/25/2023 | ████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ███ | 3/9/2023 | ██████████ |
| 7 | ███ | 4/25/2023 | |
| 7 | ███ | 4/16/2023 | |
| 7 | ███ | 4/28/2023 | |
| 7 | ███ | 4/28/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████████ | 4/26/2023 | ████████████████ |
| 7 | ███████████ | 4/26/2023 | ████████████████ |
| 7 | ████████ | 4/26/2023 | ████████████████ |
| 06A | ███████████ | 4/28/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ▨ | 4/10/2023 | ██████████████████ t |
| 03E | ▨ | 4/23/2023 | ██████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 9 | ███████ | 4/25/2023 | ██████████████ |
| 10 | ███████ | 4/25/2023 | ██████████████ |
| 9 | ██████ | 4/24/2023 | ██████████████ |
| 08A | ███████ | 4/23/2023 | ██████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|-----------------|----------|
| 7 | ███████ | 4/27/2023 | ████████ |
| 7 | ███████ | 4/27/2023 | ████████ |
| 7 | ███████ | 4/27/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ████ | 4/15/2023 | ████████ |
| 7 | ████████ | 4/15/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | ███████████ | 4/11/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███████ | 4/12/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ███████████ | 4/21/2023 | MOU The Farm 7401 Briarwood, Midland TX 79707 |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ██████████ | 4/26/2023 | ████████████████ |
| 7 | ██████████ | 4/26/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ██████ | 4/26/2023 | ██████████████ |
| 7 | ██████ | 4/26/2023 | ██████████████ |
| 7 | ██████████ | 4/11/2023 | ██████████████ |
| 7 | ██████ | 4/19/2023 | ██████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ███████████ | 4/28/2023 | ███████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 4/8/2023 | ███████████████ |

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ██████ | 4/8/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ███ | 4/20/2023 | ████████ |
| 7 | ███ | 4/22/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ██████ | 4/21/2023 | ████████████ |
| 7 | ████ | 4/20/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06A | ███████████ | 4/4/2023 | ███████████ |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ██████████ | 4/3/2023 | ████████████████ |
| 7 | ██████████ | 4/3/2023 | ████████████████ |
| 7 | ██████████ | 4/3/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ████████ | 4/3/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████ | 4/18/2023 | ███████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████ | 4/14/2023 | ███████████████████ |
| 10 | ███████ | 4/14/2023 | ███████████████████ |
| 9 | ████████ | 4/8/2023 | ███████████████████ |
| 06B | ████████ | 4/5/2023 | ███████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 4/23/2023 | ████████████████████ |
| 7 | ██████████ | 4/23/2023 | ████████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 4 | █████ | 4/8/2023 | ███████ |
| 11 | █████ | 4/4/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ██████████ | 4/1/2023 | ██████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████ | 4/3/2023 | ██████████ |
| 08A | ███████ | 4/3/2023 | ██████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ████ | 4/18/2023 | ████████ |
| 7 | ████████ | 4/15/2023 | |
| 7 | ██████ | 4/8/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 4/8/2023 | ████████████████████ |
| 08A | ███████ | 4/11/2023 | ████████████████████ |
| 7 | ██████ | 4/10/2023 | ████████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████ | 4/16/2023 | ███████ |
| 7 | ███████ | 4/4/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06A | ███████████ | 4/8/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06B | ▬ | 4/30/2023 | ████ |
| 7 | ▬ | 4/5/2023 | ████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ███████████ | 4/19/2023 | ██████████████████████ |

| Region | Child Name | Date of Incident | Location |
|---|---|---|---|
| 03E | ███████ | 4/23/2023 | |
| 08A | ████ | 4/28/2023 | |
| 08A | ███ | 4/29/2023 | |
| 08A | ████ | 4/30/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 08A | ███████ | 5/6/2023 | ████████████████ |
| 06B | █████ | 5/5/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ███████████ | 5/11/2023 | ███████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|-----------------|----------|
| 03E | ███████ | 5/9/2023 | ███████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|-----------------|----------|
| 06B | ███████ | 5/13/2023 | ████████ |
| 06B | ███████ | 5/13/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 11 | █████████ | 5/11/2023 | ██████████████ |
| 06A | ████████ | 5/8/2023 | ██████████████ |
| 03E | █████████ | 5/15/2023 | ██████████████ |

507

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████ | 5/19/2023 | ████████ |
| 7 | ███████ | 5/21/2023 | ████████ |
| 06B | ███████ | 5/21/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06B | ███ | 5/19/2023 | █████████████ |
| | ███ | 5/22/2023 | █████████████ |
| 4 | ███ | 5/23/2023 | █████████████ |
| 4 | ███ | 5/22/2023 | █████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 5 | ███ | 5/23/2023 | ███████ |
| 5 | ███████ | 5/23/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06B | ████ | 5/23/2023 | ████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06B | ███████ | 5/21/2023 | ████████ |
| 7 | ███████ | 5/24/2023 | ████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████ | 5/23/2023 | ████████████ |
| 7 | ███████ | 5/22/2023 | ████████████ |
| 9 | █████ | 5/1/2023 | ████████████ |
| 08A | ███████ | 5/16/2023 | ████████████ |
| 08A | █████ | 5/4/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06B | ███████ | 5/24/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ██████████ | 5/5/2023 | ███████████████ |
| 7 | ██████████ | 5/5/2023 | ███████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ██████████ | 5/5/2023 | ████████████ |
| 4 | ████████ | 5/5/2023 | ████████████ |
| 7 | ████████ | 5/21/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████ | 5/25/2023 | ████████████ |
| 7 | █████ | 5/27/2023 | ████████████ |
| 7 | ████████ | 5/27/2023 | ████████████ |
| 7 | ████ | 5/14/2023 | ████████████ |
| 7 | ███████ | 5/14/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███████ | 5/13/2023 | ████████████ |
| 7 | ████████ | 5/11/2023 | ████████████ |
| 7 | █████ | 5/28/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ███████ | 5/28/2023 | ████████████████ |
| 7 | ███████ | 5/30/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ███████ | 5/25/2023 | ████████ |
| 7 | ██████ | 5/25/2023 | ████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ███████ | 5/18/2023 | ████████ |
| 4 | ██████ | 5/24/2023 | ████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 4 | ███████ | 5/24/2023 | ██████████ |
| 7 | ███████ | 5/28/2023 | ██████████ |
| 8A | ███████ | 5/17/2023 | ██████████ |
| 8A | ███████ | 5/18/2023 | ██████████ |
| 8A | ███████ | 5/25/2023 | ██████████ |
| 7 | ███████ | 5/23/2023 | ██████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 5/29/2023 | ███████████████████ |
| 7 | ███████████ | 5/18/2023 | ███████████████████ |
| 4 | ████████ | 5/29/2023 | ███████████████████ |
| 08A | ████████ | 5/24/2023 | ███████████████████ |
| 08A | ████████ | 5/27/2023 | ███████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ███████ | 5/26/2023 | |
| 08A | ███████ | 5/24/2023 | |
| 08A | ███████ | 5/24/2023 | |
| 08A | ███████ | 5/27/2023 | |
| 9 | █████ | 5/29/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 11 | ███████ | 5/31/2023 | ████████ |
| 08A | ███████ | 5/16/2023 | ████████ |
| 9 | ███████ | 5/31/2023 | ████████ |

525

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | ████████ | 5/25/2023 | ████████ |
| 7 | ████ | 5/21/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███ | 6/3/2023 | ██████████ |
| 4 | ███ | 6/4/2023 | |
| 5 | ███ | 6/6/2023 | |
| 08A | ███ | 6/2/2023 | |
| 4 | ███ | 6/7/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 6/6/2023 | ███████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ██████████ | 6/7/2023 | ████████ |
| 7 | ██████████ | 6/7/2023 | ████████ |

529

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06A | ███████ | 6/9/2023 | ██████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ████ | 6/4/2023 | ████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████ | 6/1/2023 | ███████████████ |
| 03W | ███████ | 6/5/2023 | ███████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ██████████ | 6/4/2023 | ██████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████ | 6/10/2023 | ████████████████ |
| 7 | ████████ | 6/10/2023 | |
| 08A | ████████ | 6/10/2023 | |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 4 | ███████ | 6/11/2023 | ████████████ |
| 4 | ███████ | 6/11/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 4 | ███ | 6/9/2023 | █████ |
| 4 | ███ | 6/9/2023 | █████ |
| 4 | ███ | 6/23/2023 | █████ |
| 4 | ███ | 6/24/2023 | █████ |
| 4 | ███ | 6/24/2023 | █████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ██████ | 6/25/2023 | ████████ |
| 5 | ████████ | 6/6/2023 | ████████ |
| 4 | ██████ | 6/27/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 4 | ███ | 6/27/2023 | ████████ |
| 4 | ███ | 6/25/2023 | ████████ |
| 4 | ████ | 6/25/2023 | ████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ████ | 6/11/2023 | ████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06A | ▮▮▮ | 6/25/2023 | ███████ |
| 08A | ▮▮▮ | 6/13/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 08A | ███████ | 6/15/2023 | ████████ |
| 08A | ███████ | 6/14/2023 | ████████ |
| 08A | ██████ | 6/5/2023 | ████████ |
| 5 | ████ | 6/9/2023 | ████████ |
| 06A | █████ | 6/27/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | ███████ | 6/1/2023 | ███████ |
| 11 | ███████ | 6/25/2023 | ███████ |
| 7 | ███████ | 6/25/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ████ | 6/26/2023 | ██████████████ |
| 7 | ████ | 6/26/2023 | ██████████████ |
| 7 | ████ | 6/26/2023 | ██████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|-----------------|----------|
| 06B | ███████ | 6/23/2023 | ███████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 11 | ███████████ | 6/25/2023 | ████████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ███████ | 6/4/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ███████ | 6/29/2023 | ████████████████ |
| 4 | █████ | 6/28/2023 | ████████████████ |
| 4 | █████ | 6/28/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ███████ | 6/26/2023 | ████████ |
| 5 | ███████ | 6/29/2023 | ████████ |
| 08A | ███████ | 6/19/2023 | ████████ |
| 08A | ███████ | 6/21/2023 | ████████ |
| 08A | ███████ | 6/16/2023 | ████████ |
| 08A | ███████ | 6/20/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 9 | ███████ | 6/21/2023 | ██████████████ |
| 4 | ███████ | 6/26/2023 | ██████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 11 | ███████ | 6/11/2023 | █████████ |
| 11 | ███████ | 6/11/2023 | █████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 11 | ██████████ | 6/11/2023 | ████████████████████ |
| 03E | ████████ | 6/29/2023 | ████████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | ███████ | 6/18/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ███████ | 6/11/2023 | ███████ |
| 06B | ███████ | 6/24/2023 | ███████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ██████ | 6/29/2023 | ████████████████ |
| 03E | ████████ | 6/27/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ███████████ | 6/23/2023 | ███████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ███████ | 6/30/2023 | ███████ |
| 4 | ███████ | 6/30/2023 | ███████ |
| 03E | ███████ | 6/25/2023 | ███████ |
| 08A | ███████ | 6/21/2023 | ███████ |
| 08A | ███████ | 6/26/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 9 | ███ | 6/29/2023 | ███ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 7/1/2023 | ████████████ |
| 7 | ████████ | 7/1/2023 | █████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████████ | 7/1/2023 | ████████████████████ |
| 08A | █████████ | 07.01.2023 | ████████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ███████ | 07.04.2023 | ████████ |
| 4 | ███████ | 07.04.2023 | ████████ |
| 08A | ██████ | 7/2/2023 | ████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 08A | ████████ | 7/24/2023 | ████████████████ |
| 10 | ██████ | 7/23/2023 | ████████████████ |
| 08A | ██████ | 7/11/2023 | ████████████████ |
| 03E | ████████ | 7/12/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | █████████ | 7/11/2023 | ████████████████ |
| 11 | █████████ | 7/11/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06A | ███████ | 7/3/2023 | ███████ |
| 06A | ████ | 7/10/2023 | ███████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ████████ | 7/14/2023 | ████████ |
| 7 | ████ | 7/14/2023 | ████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███████ | 7/14/2023 | ████████ |
| 7 | ████████ | 7/14/2023 | ████████ |
| 7 | █████ | 7/14/2023 | ████████ |
| 9 | ██████ | 7/7/2023 | ████████ |
| 5 | ██████ | 7/22/2023 | ████████ |
| 03E | ███████ | 7/27/2023 | ████████ |
| 7 | ██████ | 7/23/2023 | ████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 4 | ███████ | 7/25/2023 | ██████████████████ |
| 03E | ███████ | 7/19/2023 | ██████████████████ |

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 9 | ███ | 7/11/2023 | ████████ |
| 9 | ███ | 7/11/2023 | ████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ██████████ | 7/19/2023 | ████████████████ |
| 08A | ████████ | 7/17/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ██████████ | 7/9/2023 | ██████████ |

| Region | Child Name | Date of Incident | Location |
|---|---|---|---|
| 7 | ████████ | 7/19/2023 | ██████████████ |
| 7 | ████████ | 7/19/2023 | ██████████████ |
| 7 | ████████████ | 7/19/2023 | ██████████████ |

| Region | Child Name | Date of Incident | Location |
|---|---|---|---|
| 4 | ███████ | 7/11/2023 | ████████████ |
| 4 | ███████ | 7/11/2023 | ████████████ |
| 03E | ███████ | 7/13/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ███████ | 7/29/2023 | ███████████████ |
| 08A | ███████ | 7/24/2023 | |
| 4 | ███████ | 7/9/2023 | |
| 4 | ████ | 7/27/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 7 | ███████ | 7/27/2023 | ████████████ |
| 7 | █████ | 7/26/2023 | ████████████ |

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███████ | 7/24/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███ | 7/24/2023 | ████████ |
| 7 | ████ | 7/24/2023 | |
| 4 | ███ | 7/23/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ████████████ | 7/31/2023 | ████████████████ |
| 03E | ██████ | 7/20/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ████ | 7/31/2023 | ████ |
| 7 | ████ | 7/31/2023 | |
| 08A | ████ | 7/3/2023 | |
| 08A | ████ | 7/3/2023 | |

577

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 06A | ███████ | 7/30/2023 | █████████ |
| 7 | ███████ | 7/10/2023 | |
| 7 | ██████ | 7/10/2023 | |

578

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 03E | ████ | 7/28/2023 | ████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 11 | ███████ | 7/27/2023 | ████████████████ |
| 03E | █████████ | 8/30/2023 | ████████████████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 7 | ███ | 8/24/2023 | ███ |
| 7 | ███ | 8/24/2023 | |
| 7 | ███ | 8/24/2023 | |
| 7 | ███ | 8/24/2023 | |
| 7 | ███ | 8/24/2023 | |
| 6 | ███ | 8/24/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 3 | ███ | 8/23/2023 | █████████████ |
| 6 | ███ | 8/23/2023 | █████████████ |
| 3 | ███ | 8/3/2023 | █████████████ |
| 11 | ███ | 8/21/2023 | █████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 8 | ▮ | 8/9/2023 | █ |
| 8 | ▮ | 8/9/2023 | █ |
| 3 | ▮ | 8/16/2023 | █ |
| 3 | ▮ | 8/14/2023 | █ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 3 | ███████ | 8/2/2023 | ████████████████ |
| 6 | █████ | 8/14/2023 | ████████████████ |
| 4 | ██████ | 8/7/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 8 | ███████ | 8/13/2023 | ████████████████████ |
| 8 | ███████ | 8/9/2023 | ████████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 4 | ███ | 8/1/2023 | ███ |
| 4 | ███ | 8/1/2023 | ███ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ██████ | 8/6/2023 | ████████ |
| 8 | ██████ | 8/1/2023 | |
| 8 | ██████ | 8/13/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:---:|:---:|:---:|:---:|
| 8 | ██████ | 8/13/2023 | ███████ |
| 8 | ██████ | 8/13/2023 | |
| 8 | ██████ | 8/13/2023 | |
| 8 | ██████ | 8/29/2023 | |
| 8 | ██████ | 8/28/2023 | |
| 8 | ██████ | 8/14/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 8 | ███████ | 8/5/2023 | ████████ |
| 03E | ███████ | 9/4/2023 | |
| 08A | ███████ | 9/1/2023 | |
| 9 | ███████ | 9/4/2023 | |
| 03E | ███████ | 9/16/2023 | |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:---------|
| 10 | ███████ | 9/6/2023 | ████████ |
| 9 | ███████ | 9/8/2023 | |
| 9 | ███████ | 9/10/2023 | |

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 06A | ███ | 9/13/2023 | ███ |
| 11 | ███ | 9/17/2023 | ███ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|---|---|---|---|
| 5 | ██████ | 9/20/2023 | ████████████ |
| 08A | ██████ | 9/10/2023 | ████████████ |
| 7 | ████████ | 9/20/2023 | ████████████ |
| 7 | ██████ | 9/20/2023 | ████████████ |
| 7 | █████ | 9/22/2023 | ████████████ |
| 7 | █████ | 9/21/2023 | ████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | ███████████ | 9/17/2023 | █████████████████ |
| 03E | ███████████ | 9/22/2023 | █████████████████ |
| 3 | ████████ | 9/24/2023 | █████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 03E | █████████ | 9/21/2023 | ████████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 03E | ████ | 9/14/2023 | ████ |
| 10 | ████ | 9/12/2023 | ████ |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 5 | ███████ | 9/23/2023 | ███████████████ |
| 03E | ████████ | 9/18/2023 | ███████████████ |
| 03E | ████████ | 9/18/2023 | ███████████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ▮▮▮▮ | 9/27/2023 | ███████████ |
| 7 | ▮▮▮▮ | 9/25/2023 | ███████████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|--------|-----------|------------------|----------|
| 7 | ███████ | 9/29/2023 | ████████████████ |
| 7 | ███████ | 9/29/2023 | |
| 7 | ██████ | 9/29/2023 | |
| 08A | ███████ | 9/20/2023 | |

| Region | Child Name | Date of Incident | Location |
|--------|------------|------------------|----------|
| 4 | ██████ | 9/29/2023 | ██████ |
| 03E | ██████ | 9/1/2023 | ██████ |
| 7 | ██████ | 9/27/2023 | ██████ |

Dec 2022 - Nov 2023

| Region | Child Name | Date of Incident | Location |
|:------:|:----------:|:----------------:|:--------:|
| 7 | ███████ | 9/8/2023 | ████████████████ |
| 7 | ███████ | 9/8/2023 | ████████████████ |

Dec 2022 - Nov 2023