

# INVOICE

**From**  **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 23-07 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 03/05/2024 | | |
| **Due Date** | 04/05/2024 | | |
| **Subject** | Texas Monitoring Team: February 2024 | | |

**All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.**

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $596,392.50 |

**Amount Due**  **$596,392.50**