IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al., | § § § | |
| | § | |
| Defendants. | § | |

### Monitors' Update to the Court on the Prevalence of Children Without Placement (CWOP) in 2023

On March 28, 2024, DFPS reported to the Monitors that at least 1,102 unique children were housed in a CWOP Setting in 2023. The 1,102 unique children were comprised of 556 PMC children and 456 TMC children.

DFPS reported in the same correspondence that the average daily population in CWOP Settings in 2023 was 54.7 PMC children and 26.8 TMC children.

The data provided by DFPS did not include all children who experienced time in a CWOP Setting, nor all days they experienced a CWOP Setting, because it excluded children's first night in a CWOP Setting and children in a CWOP for a portion of the day.[1]

---

[1] E-mail from Valeria Aguirre, DFPS, to Kevin Ryan, Monitor (March 28, 2024) (On file with the Monitors): "Please note that these reports follow the same counting methodology that we used in 2023, meaning that first nighters are not included. The same applies for children that were in CWOP only a portion of the day beginning after midnight, as these are the manual entries we are working on automating. As was outlined in a previous communication, DFPS will provide you these manual daily counts as part of our regular shift note upload process. Please also note that, because of the one-business-day turnaround time on this request and because today is Good Friday, an optional state holiday that many observe leading into the Easter weekend, DFPS has only a skeleton crew working today and was therefore unable to conduct the normal level of quality review for accuracy and completeness of this report."