IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § | |

## NOTICE OF APPEAL

Notice is hereby given that defendants Greg Abbott, in his official capacity as Governor of the State of Texas, Cecile Erwin Young, in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas, and Stephanie Muth, in her official capacity as Commissioner of the Department of Family and Protective Services of the State of Texas, appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on April 15, 2024 (Dkt. 1560), and from all other adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, subsumed in, impacting within, identified within, or included within that order. *See In re U.S. Bureau of Prisons*, 918 F.3d 431, 436–38 (5th Cir. 2019) (holding contempt order is appealable final order under 28 U.S.C. § 1291).

| | |
|---|---|
| Date:  April 16, 2024 | Respectfully submitted, |
| | |
| **KEN PAXTON** |  /s/ Allyson N. Ho  |
|   Attorney General | **ALLYSON N. HO** |
| |   *Attorney-in-Charge* |
| **BRENT WEBSTER** |   State Bar No. 24033667 |
|   First Assistant Attorney General |   Southern District No. 1024306 |
| | **BRADLEY G. HUBBARD** |
| **JAMES LLOYD** |   State Bar No. 24090174 |
|   Deputy Attorney General for Civil Litigation |   Southern District No. 3450976 |
| | **JOHN ADAMS** |
|  /s/ Kimberly Gdula  |   State Bar No. 24097277 |
| **KIMBERLY GDULA** |   Southern District No. 3004597 |
|   State Bar No. 24052209 | **SAVANNAH SILVER** |
|   Southern District No. 10092074 |   State Bar No. 24129020 |
|   Chief |   Southern District No. 3844454 |
|   General Litigation Division | **JASON MUEHLHOFF** |
| **KARL E. NEUDORFER** |   State Bar No. 24135719 |
|   State Bar No. 24053388 |   Southern District No. 3865730 |
|   Southern District No. 725939 | |
|   Assistant Attorney General | Gibson, Dunn & Crutcher LLP |
|   Administrative Law Division | 2001 Ross Avenue, Suite 2100 |
| **CLAYTON R. WATKINS** | Dallas, Texas 75201 |
|   State Bar No. 24103982 | (214) 698-3100 |
|   Southern District No. 3663032 | (214) 571-2900 – Fax |
|   Assistant Attorney General | aho@gibsondunn.com |
|   Administrative Law Division | bhubbard@gibsondunn.com |
| | jsadams@gibsondunn.com |
| P.O. Box 12548, Capitol Station | ssilver@gibsondunn.com |
| Austin, Texas 78711 | jmuehlhoff@gibsondunn.com |
| (512) 463-2120 | |
| (512) 370-0667 – Fax | **PRERAK SHAH** |
| kimberly.gdula@oag.texas.gov |   State Bar No. 24075053 |
| karl.neudorfer@oag.texas.gov |   Southern District No. 2137529 |
| clayton.watkins@oag.texas.gov | |
| | Gibson, Dunn & Crutcher LLP |
| ATTORNEYS FOR DEFENDANTS | 811 Main Street, Suite 3000 |
| | Houston, Texas 77002 |
| | (346) 718-6600 |
| | (346) 718-6620 – Fax |
| | pshah@gibsondunn.com |
| | |
| | ATTORNEYS FOR DEFENDANTS |

**CERTIFICATE OF SERVICE**

I certify that on April 16, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

 /s/ *Allyson N. Ho*  
Allyson N. Ho