United States District Court
Southern District of Texas
**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., *et al.*,<br>　　Plaintiffs,<br><br>VS.<br><br>GREG ABBOTT, *et al.*,<br>　　Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 2:11-CV-00084<br>§<br>§<br>§ |

## **ORDER**

For all the reasons stated in docket entry 1560, and considering the safety of the children, the request for stay (D.E. 1562) is denied.

SIGNED and ORDERED on April 16, 2024.

_____
Janis Graham Jack
Senior United States District Judge