# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 25, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-40248    D. v. Abbott
                USDC No. 2:11-CV-84

United States Courts
Southern District of Texas
FILED

APR 25 2024

Nathan Ochsner, Clerk of Court

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Angelique B. Tardie
Angelique B. Tardie, Deputy Clerk
504-310-7715

**P.S. to all counsel: An expedited briefing schedule will issue under separate cover. Paper copies of all briefs will be due for filing immediately after electronic filing.**

Mr. John Stewart Adams
Mr. Stephen Andrew Dixon
Mrs. Kimberly A. Gdula
Ms. Dori Kornfeld Goldman
Mr. Stephen J. Hammer
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Mr. Barry Frank McNeil
Mr. Jason Muehlhoff
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Mr. Joshua A. Rosenthal
Mr. Prerak Shah
Ms. Savannah Silver
Mr. Christian J. Ward
Mr. R. Paul Yetter