# INVOICE



| | |
|---|---|
| **From** | **Public Catalyst** <br> 99 Wood Avenue South, Suite 301 <br> Iselin, NJ 08830 <br><br> **FEIN #: 26-3119454** |

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 23-09 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 05/02/2024 | | |
| **Due Date** | 06/03/2024 | | |
| **Subject** | Texas Monitoring Team: April 2024 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $641,626.25 |

**Amount Due**   $641,626.25