# United States Court of Appeals
## for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
MAY 09 2024
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
May 8, 2024
Lyle W. Cayce
Clerk

No. 24-40248

M. D., BY NEXT FRIEND SARAH R. STUKENBERG; D. I., BY NEXT FRIEND NANCY G. POFAHL; Z. H., BY NEXT FRIEND CARLA B. MORRISON; S. A., BY NEXT FRIEND JAVIER SOLIS; A. M., BY NEXT FRIEND JENNIFER TALLEY; J. S., BY NEXT FRIEND ANNA J. RICKER; K. E., *as next friend* JOHN W. CLIFF, JR.; M. R., *as next friend* BOBBIE M. YOUNG; J. R., *as next friend* BOBBIE M. YOUNG; H. V., BY NEXT FRIEND ANNA J. RICKER; P. O., *as next friend* ANNA J. RICKER; L. H., *as next friend* ESTELA C. VASQUEZ; C. H., BY NEXT FRIEND ESTELA C. VASQUEZ; S. R., *as next friend* BOBBIE M. YOUNG; S. S., *as next friend* ESTELA C. VASQUEZ; A. R., *as next friend* TOM MCKENZIE, *individually and on behalf of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

GREG ABBOTT, *in his official capacity as Governor of the State of Texas*; CECILE ERWIN YOUNG, *in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas*; STEPHANIE MUTH, *in her official capacity as Commissioner of Texas Department of Family and Protective Services*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CV-84

---

No. 24-40248

ORDER:

IT IS ORDERED that oral argument on this matter will be held on August 05, 2024 at 4:30 p.m. (CST).

IT IS FURTHER ORDERED that the administrative stay currently set to expire on May 09, 2024 is extended until May 17, 2024.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

2