# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-40248   M.D. v. Abbott
                       USDC No. 2:11-CV-84

United States Courts
Southern District of Texas
FILED

MAY 09 2024

Nathan Ochsner, Clerk of Court

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Angelique B. Tardie, Deputy Clerk
                            504-310-7715

Mr. John Stewart Adams
Mr. David Baloche
Mr. Stephen Andrew Dixon
Mrs. Kimberly A. Gdula
Ms. Dori Kornfeld Goldman
Mr. Stephen J. Hammer
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Ms. Marcia Lowry
Mr. Barry Frank McNeil
Mr. Jason Muehlhoff
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Mr. Joshua A. Rosenthal
Mr. Prerak Shah
Ms. Savannah Silver
Mr. Christian J. Ward
Mr. R. Paul Yetter