United States Courts
Southern District of Texas
FILED

MAY 13 2024

Nathan Ochsner, Clerk of Court

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 13, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-40248   M.D. v. Abbott
               USDC No. 2:11-CV-84

Enclosed is an order entered in this case.

The court has considered the joint motion to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel may obtain all ex parte documents, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. John Stewart Adams
Mr. David Baloche
Mr. Stephen Andrew Dixon
Mrs. Kimberly A. Gdula
Ms. Dori Kornfeld Goldman
Mr. Stephen J. Hammer
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Ms. Marcia Lowry
Mr. Barry Frank McNeil
Mr. Jason Muehlhoff
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Mr. Joshua A. Rosenthal
Mr. Prerak Shah
Ms. Savannah Silver
Mr. Christian J. Ward
Mr. R. Paul Yetter