United States District Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D. bnf STUKENBERG, *et al*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:11-CV-00084 |
| GREG ABBOTT, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

The Court hereby grants electronic access to all sealed documents filed in the above-captioned matter to the following attorneys for the parties: Allyson Ho, Prerak Shah, R. Paul Yetter, Marcia Lowry, Samantha Bartosz, Ken Paxton, Brent Webster, Aaron Nielson, James Lloyd, Lanora Pettit, Kimberly Gdula, Karl E. Neudorfer, and Clayton R. Watkins.

SIGNED and ORDERED this 17th day of May, 2024.

_____
JANIS GRAHAM JACK
SENIOR UNITED STATES DISTRICT JUDGE