# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., et al | **REVISED NOTICE OF SETTING** |
| V. | |
| ABBOTT, et al | CA-C-11-84 |

**YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:**

**JUDGE JANIS GRAHAM JACK**

via Zoom

for a Status Conference re: review of June Report

on **WEDNESDAY, JUNE 26, 2024** at **8:30 A.M. CDT**

*Join ZoomGov Meeting:*
*https://www.zoomgov.com/j/1617936798?pwd=UDVDUm1NVG1ndVJ3alhkOCsxWEg3QT09* ;
*Meeting ID: 161 793 6798; Passcode: 559163.*

NOTE: Persons with remote access to hearings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.