

# INVOICE

**From** | **Public Catalyst**
99 Wood Avenue South, Suite 301
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 23-10 Summary | **Invoice For** | Texas M.D. Monitoring |
| **Issue Date** | 06/05/2024 | | |
| **Due Date** | 07/05/2024 | | |
| **Subject** | Texas Monitoring Team: May 2024 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $633,875.00 |

**Amount Due** $633,875.00