# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

JUL 09 2024

Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit

**FILED**
July 5, 2024

Lyle W. Cayce
Clerk

No. 24-40248

---

M. D., BY NEXT FRIEND SARAH R. STUKENBERG; D. I., BY NEXT FRIEND NANCY G. POFAHL; Z. H., BY NEXT FRIEND CARLA B. MORRISON; S. A., BY NEXT FRIEND JAVIER SOLIS; A. M., BY NEXT FRIEND JENNIFER TALLEY; J. S., BY NEXT FRIEND ANNA J. RICKER; K. E., *as next friend* JOHN W. CLIFF, JR.; M. R., *as next friend* BOBBIE M. YOUNG; J. R., *as next friend* BOBBIE M. YOUNG; H. V., BY NEXT FRIEND ANNA J. RICKER; P. O., *as next friend* ANNA J. RICKER; L. H., *as next friend* ESTELA C. VASQUEZ; C. H., BY NEXT FRIEND ESTELA C. VASQUEZ; S. R., *as next friend* BOBBIE M. YOUNG; S. S., *as next friend* ESTELA C. VASQUEZ; A. R., *as next friend* TOM MCKENZIE, *individually and on behalf of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

GREG ABBOTT, *in his official capacity as Governor of the State of Texas*; CECILE ERWIN YOUNG, *in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas*; STEPHANIE MUTH, *in her official capacity as Commissioner of Texas Department of Family and Protective Services*,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CV-84

---

Case 2:11-cv-00084   Document 1587   Filed on 07/09/24 in TXSD   Page 2 of 3
Case: 24-40248   Document: 134-2   Page: 2   Date Filed: 07/05/2024

No. 24-40248

ORDER:

IT IS ORDERED that the motion of Law Professors Brooke D. Coleman, Malcolm Feeley, David Marcus, Jason Parkin, William Quigley, Shirin Sinnar, Fred O. Smith, Jason D. Williamson, and Adam S. Zimmerman, for leave to file an amicus brief in support of the Plaintiffs-Appellees is GRANTED.

> LYLE W. CAYCE, CLERK
> United States Court of Appeals
> for the Fifth Circuit
> /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 05, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-40248    M.D. v. Abbott
                       USDC No. 2:11-CV-84

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Christina C. Rachal, Deputy Clerk
                      504-310-7651

Mr. John Stewart Adams
Mr. Jorge Benjamin Aguinaga
Mr. David Baloche
Ms. Morgan Brungard
Mr. Stephen Andrew Dixon
Mrs. Kimberly A. Gdula
Ms. Dori Kornfeld Goldman
Ms. Tara Grigg Green
Ms. Marcy Hogan Greer
Mr. Stephen J. Hammer
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Ms. Marcia Lowry
Mr. Barry Frank McNeil
Mr. Jason Muehlhoff
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Mr. Prerak Shah
Ms. Savannah Silver
Mr. Christian J. Ward
Ms. Alena Weicher
Ms. Laura Welikson
Mr. R. Paul Yetter