

# INVOICE

| | From | Public Catalyst |
|---|---|---|
| | | 33 Wood Avenue South, Suite 600-#8615 |
| | | Iselin, NJ 08830 |
| | | |
| | | FEIN #: 26-3119454 |

| **Invoice ID** | Texas M.D. Monitoring 23-12 Summary | **Invoice For** | Texas M.D. Monitoring |
|---|---|---|---|
| **Issue Date** | 08/06/2024 | | |
| **Due Date** | 09/06/2024 | | |
| **Subject** | Texas Monitoring Team: July 2024 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $614,103.75 |

| | **Amount Due** | **$614,103.75** |
|---|---|---|