

# INVOICE

**From**

**Public Catalyst**
33 Wood Avenue South, Suite 600-#8615
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 24-01 Summary | **Invoice For** | Texas M.D. Monitoring |
| **Issue Date** | 09/03/2024 | | |
| **Due Date** | 10/03/2024 | | |
| **Subject** | Texas Monitoring Team: August 2024 | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $587,962.50 |

| | |
|---|---|
| **Amount Due** | **$587,962.50** |