

# INVOICE

| | |
|---|---|
| From | **Public Catalyst**<br>33 Wood Avenue South, Suite 600-#8615<br>Iselin, NJ 08830<br><br>**FEIN #: 26-3119454** |

| | | | |
|---|---|---|---|
| **Invoice ID** | Texas M.D. Monitoring 24-02 Summary | **Invoice For** | **Texas M.D. Monitoring** |
| **Issue Date** | 10/04/2024 | | |
| **Due Date** | 11/04/2024 | | |
| **Subject** | **Texas Monitoring Team: September 2024** | | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $564,751.25 |

| | |
|---|---|
| **Amount Due** | **$564,751.25** |