# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | |
|---|---|
| **M.D., et al** | <u>**REVISED NOTICE OF SETTING**</u> |
| **V.** | |
| **ABBOTT, et al** | **CA-C-11-84** |

**YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:**

**JUDGE JANIS GRAHAM JACK**
*United States District Court*
*Earle Cabell Federal Building*
*1100 Commerce St.*
*Courtroom 1351*
*Dallas, Texas 75242*

for a Status Conference

on <u>**MONDAY DECEMBER 9, 2024**</u>

at

<u>**9:00 A.M. CST**</u>

This is an in-person hearing. Those who wish to appear remotely may use the following link:
***Join ZoomGov Meeting:***
*https://www.zoomgov.com/j/1617936798?pwd=UDVDUm1NVG1ndVJ3alhkOCsxWEg3QT09* ;
***Meeting ID: 161 793 6798; Passcode: 559163.***

**NOTE: Persons with remote access to hearings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.**