United States District Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D.; bnf STUKENBERG, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-00084 |
| | § | |
| GREG ABBOTT, *et al*, | § § | |
| Defendants. | § | |

### **ORDER**

It is hereby ORDERED that on or before October 18, 2024, the Defendants shall provide the Monitors with informal, written feedback to the Monitors' draft of their Eighth Report that was shared with the parties on September 20, 2024. The Monitors Eighth Report shall be filed with the Court on October 25, 2024. Defendants are ORDERED to file formal objections, if any, on or before twenty (20) days from the filing of the report.

SIGNED and ORDERED on October 7, 2024.

_____
Janis Graham Jack
Senior United States District Judge