| | |
|---|---|
| **From:** | Latarsha Preciado |
| **To:** | Lori Purifoy |
| **Subject:** | Urgent Attention: Judge Jack |
| **Date:** | Tuesday, October 22, 2024 2:56:35 PM |

CAUTION - EXTERNAL:

Greetings,

Your Honorable Justice, Janis Jackie.

My name is Latarsha Preciado. I am reaching out to you today as a matter of URGENCY and the desperate cry of a grandmother trying to stop an adoption agency from terminating my daughter's parental rights. The day of July 10, 2024, an adoption agent and an unknown man came to my residence and had my daughter sign an affidavit of relinquishment in the parking lot where we reside. There was no sworn notarization that took place at the time of signing. My daughter never received a copy of what she signed until later that evening around 8:30 pm by email. That is where you now see the signatures that wasn't signed in her presence, and an alleged witness signature that was never physically present. The adoption agent lied and said the alleged witness who wasn't physically present was on FaceTime. But that is not the case. My daughter never seen this witness on FaceTime, or never met the witness.

The adoption agent is the notary republic whose seal and signature is on the document, and the witnesses are people that the agent/notary have close personal ties with. One of the witnesses, Shawn Rogers, is her now fiancee. My daughter has never met Shawn Rogers before until that day, and only seen the Texas Adoption Center agent once prior to the day of July 10th. Furthermore, my daughter was never asked to present her identification when the notary asked her to sign the affidavit. In their argument when bringing the issue up. The Texas Adoption Center agent said she used a photocopy that was on file to verify my daughter's identity, and gave the photocopy to the witnesses, including the one that was never physically present. I question how is the adoption agent even able to notarize a document that she gains to benefit from or is a party to?? There is no neutral witness. It is unfair, and an injustice to what this agency is trying to get away with.

My daughter was under extreme duress and coercion by the acts of Texas Adoption Center during the time of her signing the affidavit, and has a diagnosed mental disability since high school and was currently off her medication at that time. Everything happened so fast and in a short span of time. My daughter only met the adoption agent on two occasions after finding the agency's website online. The first meeting was at a local coffee shop, and the second meeting was when the agent came to our place of residence to take my daughter's child.

When my daughter, along with her entire family, tried to contact the agency the same day to get her child back, the adoption told my daughter that it was too late. That the termination petition had been filed, and she could no longer be available because she was out of town. My daughter was then passed on to another agent. Texas Adoption Center has disregarded our cries and pleas for them to return my granddaughter. They have ignored us and cold heartily shut us out of Christina's life. We have built a strong and loving bond with her, and we are all she knows. This past Sunday was my granddaughter's 2nd birthday, and we didn't get to be with her. Worst of all, Texas Adoption Center stopped communicating or sending photos to my daughter ever since she revoked her consent in writing.

My daughter sent a revocation letter in the time frame that Texas laws allow but the agency insist on saying that what my daughter signed is irrevocable and permanent. We live in Houston Texas, but the affidavit of relinquishment said everything would be done in Tarrant County. Which is in Dallas. When couldn't locate Texas Adoption Center at either of the addresses provided on their business cards or the address stated on the affidavit of relinquishment that my daughter signed we felt helpless and hopeless as to why all their addresses weren't panning out.

Judge Jackie, that is when I discovered after hours of digging that (A WORLD FOR CHILDREN) is doing business as Texas Adoption Center. That's how come we could not locate them or a valid address because A World For Children is a Foster Care Agency doing business as Texas Adoption Center. But biological parents are kept in the dark about that fact. We never thought to look for a foster care agency because they were going by Texas Adoption Center. Their physical addresses were invalid and nothing on the doors said TAC. This is an organized scheme to block any effort of a biological parent from exercising their parental rights to revoke their relinquishment under Texas law.

Not knowing that a World for Children is also Texas Adoption was misleading. Further digging into this Foster Care Agency lead me to a news article that reported (A WORLD FOR CHILDREN) being named in a lawsuit for fraud and gross misleading conduct and misrepresentation. From what we are going through now as a family, nothing has changed. This agency is adding on more lies to cover up what they have illegally and unethically done to my daughter. Painting a picture of my daughter that is not true and even going so far as to lie on sworn affidavits. All of this so that they can terminate my daughter's parental rights and give my granddaughter to the couple in Minnesota who is trying to adopt her, and who my granddaughter is currently with now. She is no longer in Texas. It has been a rough 3 months since she's been gone.

My entire family is traumatized by all of this and trying with everything we have to stop A World for Children/Texas Adoption Center from doing this, and we're fighting for the return of our beloved "Chrissy".

 Honor Judge Jack, I don't know if you can help my family and I in anyway to STOP this agency from doing this to our family, but a person who use to work in the foster care system for many years mentioned that I needed to find a way of contacting you and letting you know what has happened to my family. Which is the reason on me contacting you today. I PRAY that you receive my email and read it. The termination hearing concerning my daughter and her child will be held in February 17th. Harris County Family Court 247, Judge Janice Berg presiding. In the matter of (Christina Lynn Marie Denis)

Thank you for your attention in this urgent matter.

Sincerely,

Latarsha Preciado
832-  *(phone # redacted)*

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.







Cause No. _____

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| CHRISTINA LYNN MARIE DENIS | § | TARRANT COUNTY, TEXAS |
| | § | |
| A CHILD | § | _____ JUDICIAL DISTRICT |

## AFFIDAVIT OF RELINQUISHMENT OF PARENTAL RIGHTS

My name is DESTINY JOY-ANN GALLIEN. I am 27 years old. I reside in Harris County, Texas. I am the parent of CHRISTINA LYNN MARIE DENIS, sometimes known as Baby Girl Denis, a female child born on October 20, 2022, in Houston, Texas, who is now **20** months of age and is more than 48 hours old (hereinafter referred to as the "child").

No person has been appointed or has qualified as guardian of the person or estate of the child. I am not presently obligated by court order to make payments for support of the child. The child does not own or possess any property.

The child has no presumed father under the Texas Family Code.

It is in the child's best interest that my parental rights be terminated and that the child be placed for adoption by TEXAS ADOPTION CENTER, 6440 N. Central Expressway, Ste. 705, Dallas, Texas 75206. I therefore designate TEXAS ADOPTION CENTER as Managing Conservator of the child.

I have been informed of my parental rights, privileges, powers, and duties. I freely, voluntarily, and permanently give up and relinquish to TEXAS ADOPTION CENTER all of my parental rights, privileges, powers, and duties. I am voluntarily leaving the child in the possession of TEXAS ADOPTION CENTER and am expressing my intent not to return to the child.

I understand that I have the right to be represented by my own attorney, but I have chosen not to be represented.

I freely and voluntarily waive and give up my right to the issuance, service, and return of citation, notice, and all other process in any termination suit. I do not want to go to court or be informed further about the termination suit. I do not want a copy or notice of the termination judgment. I waive the making of a record of the testimony in the termination suit. I consent to venue of the termination suit being in Tarrant County, Texas. By execution of this Affidavit, I enter my appearance in the lawsuit to terminate my parental rights.

I understand that I make this termination possible by executing this Affidavit. **I HEREBY DECLARE THAT THIS AFFIDAVIT OF RELINQUISHMENT OF PARENTAL RIGHTS IS FINAL, PERMANENT, AND IRREVOCABLE. I FULLY UNDERSTAND THAT I CANNOT CHANGE MY MIND, TAKE BACK OR UNDO THIS AFFIDAVIT IN ANY WAY.** I am signing this Affidavit today because it is in the child's best interest and I want to sign it, and not because any other person wants me to sign it.

Affidavit of Relinquishment of Parental Rights- Page 1

DG
*initials*

I am not eligible for membership in any American Indian Tribe.

I am not on active duty in the armed services of the United States.

I understand that in the event there is an agreement for post adoption contact, that such agreement is not enforceable and I am not executing this Affidavit based on any promise made for post adoption contact. I consent to the adoption.

I have received a copy of this Affidavit of Relinquishment of Parental Rights at the time of signing.

SIGNED on this the _10th_ day of July 2024.

_Destiny Gallien_

DESTINY JOY-ANN GALLIEN

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, a notary public, on this the _10th_ day of July 2024, personally appeared DESTINY JOY-ANN GALLIEN, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements contained therein are within affiant's personal knowledge and are true and correct.



GRETCHEN HARPER
Notary Public, State of Texas
Comm. Expires 10-06-2027
Notary ID 134592216

_____
Notary Public, State of Texas

**WITNESSES:** The above identified affiant signed this document in our presence on the date set forth above.

STEPHEN ROGERS
Witness (printed name)

S. Rogers
Signature of Witness

DAWN OVERSTREET
Witness (printed name)

_____
Signature of Witness

Affidavit of Relinquishment of Parental Rights- **Page 2**

DG
*initials*