

# INVOICE

| | |
|---|---|
| From | **Public Catalyst** |
| | **33 Wood Avenue South, Suite 600-#8615** |
| | **Iselin, NJ 08830** |
| | **FEIN #: 26-3119454** |

| | | |
|---|---|---|
| **Invoice ID** | **Texas M.D. Monitoring 24-03 Summary** | **Invoice For**    **Texas M.D. Monitoring** |
| **Issue Date** | **11/04/2024** | |
| **Due Date** | **12/04/2024** | |
| **Subject** | **Texas Monitoring Team: October 2024** | |

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | **$647,427.50** |

**Amount Due**     **$647,427.50**