United States Courts
Southern District of Texas
FILED
November 13, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 13, 2024
Lyle W. Cayce
Clerk

No. 24-40248

---

M. D., BY NEXT FRIEND SARAH R. STUKENBERG; D. I., BY NEXT FRIEND NANCY G. POFAHL; Z. H., BY NEXT FRIEND CARLA B. MORRISON; S. A., BY NEXT FRIEND JAVIER SOLIS; A. M., BY NEXT FRIEND JENNIFER TALLEY; J. S., BY NEXT FRIEND ANNA J. RICKER; K. E., *as next friend* JOHN W. CLIFF, JR.; M. R., *as next friend* BOBBIE M. YOUNG; J. R., *as next friend* BOBBIE M. YOUNG; H. V., BY NEXT FRIEND ANNA J. RICKER; P. O., *as next friend* ANNA J. RICKER; L. H., *as next friend* ESTELA C. VASQUEZ; C. H., BY NEXT FRIEND ESTELA C. VASQUEZ; S. R., *as next friend* BOBBIE M. YOUNG; S. S., *as next friend* ESTELA C. VASQUEZ; A. R., *as next friend* TOM MCKENZIE, *individually and on behalf of all others similarly situated*,

          *Plaintiffs—Appellees*,

*versus*

GREG ABBOTT, *in his official capacity as Governor of the State of Texas*; CECILE ERWIN YOUNG, *in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas*; STEPHANIE MUTH, *in her official capacity as Commissioner of Texas Department of Family and Protective Services*,

          *Defendants—Appellants*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CV-84

---

Case 1:24-cv-00484 Document 168-1 Filed 12/13/24 Page 2 of 2
Case: 24-40248 Document: 166-1 Page: 2 Date Filed: 11/13/2024

No. 24-40248

ORDER:

IT IS ORDERED that the Opposed Motion of Foster Care Advocacy Center, National Disability Rights Network and Texas State Employees Union, for leave to file an amicus brief is DENIED.

_____
EDITH H. JONES
*United States Circuit Judge*