United States Courts
Southern District of Texas
FILED

*November 13, 2024*

Nathan Ochsner, Clerk of Court

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-40248    M.D. v. Abbott
                    USDC No. 2:11-CV-84


Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

Mr. John Stewart Adams
Mr. Jorge Benjamin Aguinaga
Mr. David Baloche
Ms. Morgan Brungard
Mr. Stephen Andrew Dixon
Mrs. Kimberly A. Gdula
Ms. Dori Kornfeld Goldman
Ms. Tara Grigg Green
Ms. Marcy Hogan Greer
Mr. Stephen J. Hammer
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Ms. Marcia Lowry
Mr. Barry Frank McNeil
Mr. Raffi Melkonian
Mr. Jason Muehlhoff
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Mr. Prerak Shah
Ms. Savannah Silver
Mr. Christian J. Ward
Ms. Alena Weicher
Ms. Laura Welikson
Mr. R. Paul Yetter