United States Courts
Southern District of Texas
FILED

11/16/2024

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 16, 2024

Lyle W. Cayce
Clerk

————————

No. 24-40248

————————

M. D., by next friend Sarah R. Stukenberg; D. I., by next friend Nancy G. Pofahl; Z. H., by next friend Carla B. Morrison; S. A., by next friend Javier Solis; A. M., by next friend Jennifer Talley; J. S., by next friend Anna J. Ricker; K. E., *as next friend* John W. Cliff, Jr.; M. R., *as next friend* Bobbie M. Young; J. R., *as next friend* Bobbie M. Young; H. V., by next friend Anna J. Ricker; P. O., *as next friend* Anna J. Ricker; L. H., *as next friend* Estela C. Vasquez; C. H., by next friend Estela C. Vasquez; S. R., *as next friend* Bobbie M. Young; S. S., *as next friend* Estela C. Vasquez; A. R., *as next friend* Tom McKenzie, *individually and on behalf of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

Greg Abbott, *in his official capacity as Governor of the State of Texas*; Cecile Erwin Young, *in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas*; Stephanie Muth, *in her official capacity as Commissioner of Texas Department of Family and Protective Services*,

*Defendants—Appellants*.

————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CV-84

————————————————————

No. 24-40248

ORDER:

IT IS ORDERED that Appellants' unopposed motion for an extension of 28 days, or to and including December 16, 2024, to file their response or opposition to the petition for rehearing en banc is GRANTED.

/s/ Edith H. Jones

_____

Edith H. Jones
*United States Circuit Judge*