# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

United States Courts
Southern District of Texas
**FILED**
*11/16/2024*
Nathan Ochsner, Clerk of Court

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40248   M.D. v. Abbott
                      USDC No. 2:11-CV-84

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Peter A. Conners, Deputy Clerk
                            504-310-7685

Mr. John Stewart Adams
Mr. Jorge Benjamin Aguinaga
Mr. David Baloche
Ms. Morgan Brungard
Mr. Stephen Andrew Dixon
Mrs. Kimberly A. Gdula
Ms. Dori Kornfeld Goldman
Ms. Tara Grigg Green
Ms. Marcy Hogan Greer
Mr. Stephen J. Hammer
Ms. Allyson Newton Ho
Mr. Bradley G. Hubbard
Ms. Marcia Lowry
Mr. Barry Frank McNeil
Mr. Raffi Melkonian
Mr. Jason Muehlhoff
Mr. Nathan Ochsner
Ms. Lanora Christine Pettit
Mr. Prerak Shah
Ms. Savannah Silver
Mr. Christian J. Ward
Ms. Alena Weicher
Ms. Laura Welikson
Mr. R. Paul Yetter