# Lori Purifoy

| | |
|---|---|
| **From:** | Terri Langford <terri.langford@texastribune.org> |
| **Sent:** | Thursday, February 6, 2025 9:39 AM |
| **To:** | Lori Purifoy |
| **Subject:** | Nov. 27 death of a Texas foster care child in a Greenville RTC |

**CAUTION - EXTERNAL:**

Greetings,

I am reaching out to see if U.S. District Judge Janis Jack has any comment re: the Nov. 27 death of an 11-year-old DFPS foster care child who was residing in Thompson's Residential Treatment Center.

It is our understanding that the child complained for days of a stomach ache, refused to eat and then was forced to participate in an outing to a movie theater...where he tripped and bumped his head. He died sometime during the movie showing .

It is our understanding that at no time did the RTC staff request professional medical help for the child.

While I fully understand and appreciate the court's rules, I still feel an obligation to reach out to Judge Jack in case she would want to comment or provide any additional details in this case.

Please forward this email to her. Thank you.


**★ THE TEXAS TRIBUNE**

**Terri Langford**
Health & Human Services Reporter
919 Congress Ave., 6th Floor
Austin, TX 78701
www.texastribune.org
M 713.876.0854
@tlangford

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1