United States Courts
Southern District of Texas
FILED
2/19/2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 11, 2024
Lyle W. Cayce
Clerk

___

No. 24-40248

___

M. D., by next friend Sarah R. Stukenberg; D. I., by next friend Nancy G. Pofahl; Z. H., by next friend Carla B. Morrison; S. A., by next friend Javier Solis; A. M., by next friend Jennifer Talley; J. S., by next friend Anna J. Ricker; K. E., *as next friend* John W. Cliff, Jr.; M. R., *as next friend* Bobbie M. Young; J. R., *as next friend* Bobbie M. Young; H. V., by next friend Anna J. Ricker; P. O., *as next friend* Anna J. Ricker; L. H., *as next friend* Estela C. Vasquez; C. H., by next friend Estela C. Vasquez; S. R., *as next friend* Bobbie M. Young; S. S., *as next friend* Estela C. Vasquez; A. R., *as next friend* Tom McKenzie, *individually and on behalf of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

Greg Abbott, *in his official capacity as Governor of the State of Texas*; Cecile Erwin Young, *in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas*; Stephanie Muth, *in her official capacity as Commissioner of Texas Department of Family and Protective Services*,

*Defendants—Appellants.*

___

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CV-84

___

No. 24-40248

Before Jones, Clement, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Feb 19, 2025

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

2