United States Courts
Southern District of Texas
FILED

*2/19/2025*

Nathan Ochsner, Clerk of Court

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 19, 2025

Mr. Nathan Ochsner
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

     No. 24-40248   M.D. v. Abbott
                 USDC No. 2:11-CV-84

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Roeshawn Johnson, Deputy Clerk
               504-310-7998

cc:  Mr. John Stewart Adams
     Mr. Jorge Benjamin Aguinaga
     Mr. David Baloche
     Ms. Morgan Brungard
     Mr. Stephen Andrew Dixon
     Mrs. Kimberly A. Gdula
     Ms. Dori Kornfeld Goldman
     Ms. Tara Grigg Green
     Ms. Marcy Hogan Greer
     Mr. Stephen J. Hammer
     Ms. Allyson Newton Ho
     Mr. Bradley G. Hubbard
     Ms. Marcia Lowry
     Mr. Barry Frank McNeil
     Mr. Raffi Melkonian
     Mr. Jason Muehlhoff
     Mr. Prerak Shah
     Ms. Savannah Silver
     Mr. Christian J. Ward

Ms. Alena Weicher
Ms. Laura Welikson
Mr. R. Paul Yetter