IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> GREG ABBOTT, in his official capacity as § <br> Governor of the State of Texas, et al., § <br> § <br> Defendants. § | Civil Action No. 2:11-CV-00084 |

**PLAINTIFFS' NOTICE OF FILING SUMMARIES**

Plaintiff Children respectfully submit two attached summary documents, in the hope that they will be helpful to the Court. Attachment A is a summary chronology of the history of this litigation. Attachment B compiles the text of the remedial orders/injunctive provisions in effect. It reproduces the provisions of the District Court order on remand, Dkt. 606, as affirmed in *M.D. by Stukenberg v. Abbott*, 929 F.3d 272 (5th Cir. 2019), including notations regarding modifications.

Dated: February 28, 2025

Samantha Bartosz (*pro hac vice*)
Stephen Dixon (*pro hac vice*)
CHILDREN'S RIGHTS
88 Pine Street
New York, New York 10005
(212) 683-2210
sbartosz@childrensrights.org

Marcia Robinson Lowry (*pro hac vice*)
David Baloche (*pro hac vice*)
Laura Welikson (*pro hac vice*)
A BETTER CHILDHOOD, INC.
355 Lexington Avenue, Floor 16
New York, New York 10017
(646) 795-4456
mlowry@ABetterChildhood.org

Respectfully submitted,

/s/ R. Paul Yetter
R. Paul Yetter
State Bar No. 22154200
Christian J. Ward
State Bar No. 24033434
Karla Rosali Maradiaga
State Bar No. 24126746
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

ATTORNEYS FOR PLAINTIFFS AND THE GENERAL CLASS AND SUBCLASSES

2

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of February, 2025, a true and correct copy of this document was served on all counsel of record via email or by using the Court's CM/ECF e-file system.

*/s/ R. Paul Yetter*
R. Paul Yetter
