Case 2:11-cv-00084   Document 1615   Filed on 03/06/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 06, 2025
Nathan Ochsner, Clerk

NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| M.D., b//n/f STUKENBERG *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:11-CV-0084 |
| § | |
| GREG ABBOTT, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER DENYING AS MOOT

Pending before the Court is Defendant's Unopposed Motion to Modify Order Granting in Part Plaintiff's Third Application for Attorney's Fees and Expenses. (D.E. 1405). The motion seeks to extend a payment deadline established by the Court's previous order, entered on August 8, 2023, which granted in part Plaintiff's third application for attorney's fees and expenses. (D.E. 1398). Under the advice and agreement of both parties, the Court DENIES AS MOOT the motion to modify the order.

SO ORDERED March 6, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge