IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § | |

**DEFENDANTS' UNOPPOSED MOTION TO
WITHDRAW PENDING MOTIONS WITHOUT PREJUDICE**

Defendants respectfully request that the Court permit them to withdraw, without prejudice, the following motions that appear from the docket to remain pending:

- Dkt. No. 1518 – Motion for Relief from Judgment
- Dkt. No. 1362 – Motion for Clarification
- Dkt. No. 1096 – Motion to Modify
- Dkt. No. 1064 – Amended Motion to Substitute Attorney.

Good cause exists for the requested relief, which will streamline the docket and reduce judicial burdens. Plaintiffs don't oppose that requested relief, either.

## CONCLUSION

Defendants respectfully request that the Court order that the motions at Dkt. Nos. 1518, 1362, 1096, and 1064 be withdrawn without prejudice.

Date: March 6, 2025

**KEN PAXTON**
  Attorney General

**BRENT WEBSTER**
  First Assistant Attorney General

**RALPH MOLINA**
  Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
  Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
  Chief, General Litigation Division

  /s/ *Kimberly Gdula*
**KIMBERLY GDULA**
  State Bar No. 24052209
  Southern District No. 10092074
  Chief
  General Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 370-0667 – Fax
kimberly.gdula@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

Respectfully submitted,

  /s/ *Allyson N. Ho*
**ALLYSON N. HO**
  *Attorney-in-Charge*
  State Bar No. 24033667
  Southern District No. 1024306
**SAVANNAH C. SILVER**
  State Bar No. 24129020
  Southern District No. 3844454

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
ssilver@gibsondunn.com

**PRERAK SHAH**
  State Bar No. 24075053
  Southern District No. 2137529

Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, Texas 77002
(346) 718-6600
(346) 718-6620 – Fax
pshah@gibsondunn.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

Counsel for defendants conferred with counsel for plaintiffs on whether plaintiffs were opposed or unopposed to the relief requested by this motion. Counsel for plaintiffs stated that plaintiffs are unopposed to the relief sought.

                                         */s/ Allyson N. Ho*
                                         Allyson N. Ho

## CERTIFICATE OF SERVICE

I certify that on March 6, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

                                         */s/ Allyson N. Ho*
                                         Allyson N. Ho