IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants*. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO WITHDRAW PENDING
MOTIONS WITHOUT PREJUDICE**

Before the Court is defendants' unopposed motion to withdraw pending motions without prejudice. Having reviewed the motion and the record, the Court is of the opinion that the motion should be and hereby is **GRANTED**. It is **ORDERED** that the motions docketed at Dkt. No. 1518, Dkt. No. 1362, Dkt. No. 1096, and Dkt. No. 1064 are withdrawn without prejudice.

SO ORDERED \_\_\_\_ \_\_, 2025, at \_\_\_\_, \_\_\_\_.

_____
The Honorable Randy Crane
Chief United States District Judge