United States District Court
Southern District of Texas
**ENTERED**
March 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| Plaintiffs, | | |
| VS. | § § | CIVIL ACTION NO. 2:11-CV-084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § | |
| Defendants. | | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW PENDING MOTIONS WITHOUT PREJUDICE

Before the Court is defendants' unopposed motion to withdraw pending motions without prejudice (Dkt. No. 1616). Having reviewed the motion and the record, the Court is of the opinion that the motion should be and hereby is **GRANTED**. It is **ORDERED** that the motions docketed at Dkt. No. 1518, Dkt. No. 1362, Dkt. No. 1096, and Dkt. No. 1064 are withdrawn without prejudice. The clerk of court shall terminate these motions.

SO ORDERED March 13, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge