

# INVOICE

**From**

**Public Catalyst**
33 Wood Avenue South, Suite 600-#8615
Iselin, NJ 08830

**FEIN #: 26-3119454**

| | | |
|---|---|---|
| **Invoice ID** | **Texas M.D. Monitoring 24-10 Summary** | **Invoice For** |
| **Issue Date** | **6/3/2025** | |
| **Due Date** | **7/3/2025** | |
| **Subject** | **Texas Monitoring Team: May 2025** | |

**Invoice For** **Texas M.D. Monitoring**

All documents reviewed include data and information submitted by DFPS and HHSC; laws, policies, regulations; the agencies' websites and other relevant, publicly-available data and information; communications with the parties; and internal work product for the court.

| Item Type | Description | Amount |
|---|---|---|
| Service | **PROFESSIONAL SERVICES FEES** (see attached report) | $243,871.00 |

**Amount Due**      **$243,871.00**