# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2025

United States Courts
Southern District of Texas
FILED

*October 8, 2025*

Nathan Ochsner, Clerk of Court

Mr. Nathan Ochsner
United States District Court
Southern District of Texas, Corpus Christi
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

     No. 24-40248   M.D. v. Abbott
                    USDC No. 2:11-CV-84

Dear Mr. Ochsner,

We have received the Supreme Court order denying certiorari.  We previously sent you the judgment issued as mandate.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Roeshawn Johnson, Deputy Clerk
                               504-310-7998



# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 6, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: M. D., By Next Friend, Sarah R. Stukenberg, et al.
v. Greg Abbott, Governor of Texas, et al.
No. 24-1168
(Your No. 24-40248)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk