# Jessica Gonzales-Bricker

Experienced policy researcher with strong project management, data analysis, and stakeholder engagement skills. Proven ability to drive collaborative processes, inform policy decisions, and deliver practical, data informed recommendations to decision-makers.

## Experience

2024 – current
**Research Operations Manager,** *The Council of State Governments Justice Center*
- Manages day-to-day research operations, overseeing workflows, budgets, deliverables, and communication across teams.
- Guides a cohort of data analysts working across state DOCS, providing project management support.
- Conducts targeted research and data analysis to inform policy recommendations and support evidence-based decision-making.

2023 – 2024
**Director of Research, Evaluation, and Planning,** *Meadows Mental Health Policy Institute – Center for Justice & Health*
- Developed strategic research agenda for the Center for Justice and Health.
- Tracked research activities and deliverables for the Center's priorities and identified opportunities for funding or partnership.
- Managed complex research projects focused on deflecting people with mental health needs from incarceration.

2014 – 2023
**Senior Research Associate/Research Project Manager,** *The Council of State Governments Justice Center*
- Developed and coordinated long-term research projects to help criminal justice agencies address programmatic or policy issues.
- Analyzed large case-level data sets across multiple agencies.
- Built and maintained relationships with practitioners, agency leaders, and policymakers to contextualize research findings and identify areas of alignment or disagreement.
- Composed reports, web content, and presentations for national, state, and local elected officials or policymakers using original data analysis and data visualizations; presented findings at high-level committee meetings.
- Established and monitored the organization's data security policy, providing internal training and technical assistance.

2010 – 2014
**Research Specialist III–V,** *Texas Juvenile Justice Department*
- Produced reports to comply with legislative requirements.
- Provided training and technical assistance to 164 juvenile probation departments; organized annual conferences.

## Education

2008 – 2010
**Master of Public Affairs**
The University of Texas

2004 – 2007
**B.A. in Political Science**
Baylor University

## Skills

- Project management – Asana
- Data analysis – SPSS, Stata, Excel
- Strategic planning

## Volunteer

- Project Manager, *The Junior League of Austin – Grants Committee*, 2023 – 2025
- Commissioner, *City of Austin Community Police Review Commission*, 2020 – 2022
- Volunteer Advocate, *CASA of Travis County*, 2012 – 2014

## Contact

Austin, Texas
(830) 624-9640
jessica.gonzales@me.com

**EXHIBIT A**
Acknowledgment

I, Jessica Gonzales-Bricker_____ [print or type full name], declare under penalty of perjury that I have read in its entirety and understand the Confidentiality Order that was issued by the United States District Court for the Southern District of Texas on August September 6 ___, 2019 in the case of *M.D. et al. v. Abbott, et al.*, No. 2:11-cv-00084. I agree to comply with and to be bound by all the terms of the Confidentiality Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.
Date: 2/13/2026_____ . 2019

City and State where sworn and signed: AustinTX_____

Printed name: Jessica Gonzales-Bricker
Signature: *Jessica Gonzales-Bricker*

- 3 -