IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-CV-00084 |
| | § | |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

---

**DECLARATION OF RACHEL ASHWORTH-MAZEROLLE**

---

In support of defendants' motion for relief, I, Rachel Ashworth-Mazerolle, hereby declare and state:

1. I am the Deputy Executive Commissioner of Child Care Regulation (CCR) at Texas Health and Human Services Commission (HHSC), and I oversee licensing, regulation and educational initiatives for child care operations for the state of Texas. I have personal knowledge of the facts contained herein.

2. In November 2024, HHSC implemented policies and procedures designed to enhance the prioritization consistency of minimum-standards investigations and a quality assurance review process to evaluate intake prioritization activities.

3. Between January 2025 and April 2026, CCR received 9 intakes alleging minimum-standards non-compliance involving children in the PMC class which were

assigned priority one initiation status. In each of those investigations, CCR completed observations or interviews with all alleged child victims within 24 hours of intake.

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct and that I executed this declaration on June 11, 2026, at Austin, Texas.

Date: June 11, 2026

Respectfully submitted,

*/s/ Rachel Ashworth-Mazerolle*
**Rachel Ashworth-Mazerolle**

DEPUTY EXECUTIVE COMMISSIONER