United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-084 |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### SCHEDULING ORDER, ORDER SETTING EVIDENTIARY HEARING

IT IS HEREBY ORDERED that the Plaintiffs' response to the Defendants' Rule 60(b)(5) Motion (ECF #1662) is due on **August 31, 2026**.

The Defendants' reply to Plaintiffs' response is due on **September 25, 2026**.

IT IS FURTHER ORDERED that this matter is set for on evidentiary hearing on such motion and response commencing on **October 20, 2026, at 9:00 a.m**. (estimated 2 to 3 days) before the Honorable Randy Crane, in Courtroom 8-C, Eighth Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

The Clerk shall send a copy of this Order to all Counsel of record.

SO ORDERED July 28, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1