IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-CV-00084 |
| | § | |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**JOINT MOTION FOR ENTRY OF AN AGREED DISCOVERY SCHEDULE**

The evidentiary hearing on defendants' Rule 60(b)(5) motion begins on October 20, and no discovery schedule currently governs the parties' preparation for it. Over the past month, the parties have conferred and reached agreement on the schedule that should govern. To ensure adequate preparation for the evidentiary hearing and to avoid protracted motion practice, the parties stipulate and agree to limited discovery under the parameters set forth below and respectfully ask the Court to set the following schedule for this proceeding.

**AGREED SCHEDULE**

The parties jointly request that the Court order as follows, where "side" means all plaintiffs collectively on the one hand and all defendants collectively on the other:

1. **Witness disclosures.** By October 7, 2026, each side shall disclose to the opposing side the fact and expert witnesses it may call at the evidentiary

hearing. Each disclosure shall identify which of the disclosed witnesses are expert witnesses.

2. **Fact depositions.** There shall be no depositions of fact witnesses.

3. **Expert reports.** By October 8, 2026, each side shall serve on the opposing side a report complying with Federal Rule of Civil Procedure 26(a)(2)(B) for each expert witness it may call at the evidentiary hearing.

4. **Expert depositions.** From October 14 through October 16, 2026, each side may depose the opposing side's expert witnesses. The depositions shall be limited to four hours (on-the-record examination) each and will occur via Zoom, Teams, or a similar videoconference program.

5. ***Daubert* motions.** There shall be no pre-hearing motions to exclude expert witnesses under Federal Rule of Civil Procedure 702 or *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny.

6. **Written discovery.** There shall be no written discovery (i.e., no requests for production, interrogatories, or requests for admission) by either side.

7. **Witness lists.** By October 16, 2026, each side shall serve on the opposing side a final witness list that identifies the witnesses it intends to call at the evidentiary hearing.

8. **Exhibit lists.** By October 16, 2026, each side shall serve on the opposing side an exhibit list. Objections to exhibits shall be stated on the record at the evidentiary hearing.

9. **Briefing.** There shall be no pre-hearing or trial briefs unless the Court requests them.

## CONCLUSION

The parties respectfully request that the Court enter the accompanying agreed proposed order.

Date: September 25, 2026

*/s/ R. Paul Yetter* (with permission)
**R. PAUL YETTER**
*Attorney-in-Charge*
State Bar No. 22154200
**CHRISTIAN J. WARD**
State Bar No. 24033434

Yetter Coleman LLP
600 Travis Street, Suite 5400
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

**BARRY F. MCNEIL**
State Bar No. 13829500
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000
barry.mcneil@haynesboone.com

**SAMANTHA BARTOSZ** (*pro hac vice*)
**STEPHEN DIXON** (*pro hac vice*)
Children's Rights
88 Pine Street
New York, New York 10005
(212) 683-2210
sbartosz@childrensrights.org

**MARCIA ROBINSON LOWRY**
(*pro hac vice*)
A Better Childhood, Inc.
420 Lexington Avenue, Room 2035
New York, New York 10170
(646)795-4456
mlowry@ABetterChildhood.org

ATTORNEYS FOR PLAINTIFFS AND
GENERAL CLASS AND SUBCLASSES

Respectfully submitted,

*/s/ Allyson N. Ho*
**ALLYSON N. HO**
*Attorney-in-Charge*
State Bar No. 24033667
Southern District No. 1024306
**ELIZABETH Y. RYAN**
State Bar No. 24067758
Southern District No. 1062438
**STEPHEN J. HAMMER**
State Bar No. 24116477
Southern District No. 3963953
**SAVANNAH S. HUNDT**
State Bar No. 24129020
Southern District No. 3844454

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
lryan@gibsondunn.com
shammer@gibsondunn.com
shundt@gibsondunn.com

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for
Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Kimberly Gdula*
**Kimberly Gdula**
State Bar No. 24052209
Southern District No. 10092074
Chief
General Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 370-0667 – Fax
kimberly.gdula@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on September 25, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Allyson N. Ho*
Allyson N. Ho