IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-CV-00084 |
| | § | |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' INITIAL WITNESS DISCLOSURE FOR THE OCTOBER 20, 2026 EVIDENTIARY HEARING**

Pursuant to the agreement of the parties (Dkt. 1679), defendants disclose the following witnesses they may call at the evidentiary hearing set to begin on October 20, 2026. Defendants reserve their right to amend this disclosure and call fewer or other witnesses, including those named on plaintiffs' witness list or identified in the parties' ongoing discovery process.

| **Witness Name** | **Agency** |
|---|---|
| Rachel Ashworth-Mazerolle | Health & Human Services Commission |
| Stephanie Muth | Health & Human Services Commission |
| Audrey O'Neill | Department of Family & Protective Services |
| Melissa Carter (Expert) | Clinical Professor of Law and Executive Director of the Barton Child Law and Policy Center at Emory University School of Law |

Date: October 13, 2026

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Kimberly Gdula*
**KIMBERLY GDULA**
State Bar No. 24052209
Southern District No. 10092074
Chief
General Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 370-0667 – Fax
kimberly.gdula@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

*/s/ Allyson N. Ho*
**ALLYSON N. HO**
*Attorney-in-Charge*
State Bar No. 24033667
Southern District No. 1024306
**ELIZABETH Y. RYAN**
State Bar No. 24067758
Southern District No. 1062438
**STEPHEN J. HAMMER**
State Bar No. 24116477
Southern District No. 3963953
**SAVANNAH S. HUNDT**
State Bar No. 24129020
Southern District No. 3844454
**BRYSTON C. GALLEGOS**
State Bar No. 24117245
Southern District No. 3993242

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
lryan@gibsondunn.com
shammer@gibsondunn.com
shundt@gibsondunn.com
bgallegos@gibsondunn.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on October 13, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

*/s/ Allyson N. Ho*
Allyson N. Ho