IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' WITNESS LIST**

Pursuant to agreement of the parties, plaintiffs respectfully submit their designation of witnesses for the evidentiary hearing that begins on October 20, 2026. Plaintiffs reserve their right to amend this list and call fewer or other witnesses, including any person that attends the hearing or is named on the defense witness list. Plaintiffs designate the following:

1. George Cannata, CPS Reg. Dir., Regions 1 and 2, c/o defense counsel
2. Christie Carrington, 1823 Lingard Park Ct., Houston Texas 77047 (713) 933-9538
3. Nicolette LaRoe, Law Offices of James K. LaRoe, P.C., 5910 N. Central Expressway, 725 Premier Place, Dallas, Texas 75206 (214) 219-9000
4. Leticia Lozano, CPS Reg. Dir., Region 8, c/o defense counsel
5. Viola Miller, 123 Lakeview Drive, Georgetown, Kentucky 40324 (615) 251-1657
6. Audra Simpson, 25318 Piney Bend Court, Spring, TX 77389, (281) 798-5705
7. Lindsey Van Buskirk, Assoc. Comm'r for Child Protective Investigations, c/o defense counsel
8. Grace Windbigler, Community-Based Care Ops. Dir., DFPS, c/o defense counsel
9. Natalie Witherspoon, CPS Reg. Dir., Region 3E, c/o defense counsel

Plaintiffs ask that the State cooperate in providing those witnesses within its control to appear live at the hearing so that their testimony may be heard and considered by the Court.

Dated: October 16, 2026

Respectfully submitted,

/s/ *R. Paul Yetter*

R. Paul Yetter
State Bar No. 22154200
Wynn McCloskey
State Bar No. 13417700
Christian J. Ward
State Bar No. 24033434
Fernando Stepensky
State Bar No. 24145381
Megan Jacobs
State Bar No. 24149674
YETTER COLEMAN LLP
600 Travis Street, Suite 5400
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Barry F. McNeil
State Bar No. 13829500
HAYNES AND BOONE, LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
(214) 651-5000
barry.mcneil@haynesboone.com

Samantha Bartosz (*pro hac vice*)
Stephen Dixon (*pro hac vice*)
CHILDREN'S RIGHTS
88 Pine Street
New York, New York 10005
(212) 683-2210
sbartosz@childrensrights.org

Marcia Robinson Lowry (*pro hac vice*)
A BETTER CHILDHOOD, INC.
355 Lexington Avenue, Floor 16
New York NY 10017
(646)795-4456
mlowry@ABetterChildhood.org

ATTORNEYS FOR PLAINTIFFS AND THE GENERAL CLASS AND SUBCLASSES

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of October, 2026, a true and correct copy of this document was served on all counsel of record via email.

/s/ *R. Paul Yetter*
R. Paul Yetter