IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:11-CV-00084 |

**DEFENDANTS' EXHIBIT LIST FOR THE OCTOBER 20, 2026 EVIDENTIARY HEARING**

Defendants Governor Greg Abbott, Audrey O'Neill, and Stephanie Muth hereby submit the following list of exhibits which defendants may offer at the evidentiary hearing beginning on October 20, 2026. Defendants reserve the right to supplement this list.

| Ex. No. | Date | Description | Agreed | Offered | Admitted |
|---|---|---|---|---|---|
| DX-1 | Nov. 20, 2018 | Order Entering Modified Injunction and Remedial Orders (Dkt. 606) | | | |
| DX-2 | Dec. 17, 2019 | Order Regarding Workload Studies in the November 20, 2018 Order (agreed caseload guideline) (Dkt. 772) | | | |
| DX-3 | Mar. 18, 2020 | Order Adopting Definitions Applicable to Remedial Order 20 (Heightened Monitoring) (Dkt. 837) | | | |

| Ex. No. | Date | Description | Agreed | Offered | Admitted |
|---|---|---|---|---|---|
| DX-4 | Aug. 31, 2020 | Order Granting Defendants' Motion to Modify the March 18, 2020 Order (Heightened Monitoring) (Dkt. 950) | | | |
| DX-5 | Dec. 7, 2020 | Order Modifying Order Regarding Heightened Monitoring (Dkt. 1012) | | | |
| DX-6 | Feb. 2, 2024 | Order Finding Full Compliance with Remedial Orders 1 and B4 (DFPS) (Dkt. 1514) | | | |
| DX-7 | Oct. 11, 2024 (filed Feb. 19, 2025) | Opinion of the U.S. Court of Appeals for the Fifth Circuit, *M.D. v. Abbott* ("*Stukenberg IV*"), No. 24-40248, 119 F.4th 373 (5th Cir. 2024) (Dkt. 1613-1) | | | |
| DX-8 | June 16, 2020 | Court Monitors' First Comprehensive Report (Dkt. 869) | | | |
| DX-9 | May 4, 2021 | Court Monitors' Second Comprehensive Report (Dkt. 1079) | | | |
| DX-10 | Jan. 10, 2022 | Court Monitors' Third Comprehensive Report (Dkt. 1165) | | | |
| DX-11 | June 2, 2022 | Court Monitors' Fourth Comprehensive Report (Dkt. 1248) | | | |
| DX-12 | Jan. 20, 2023 | Court Monitors' Fifth Comprehensive Report (Dkt. 1318) | | | |
| DX-13 | June 25, 2023 | Court Monitors' Sixth Comprehensive Report (Dkt. 1380) | | | |
| DX-14 | Jan. 10, 2024 | Court Monitors' Seventh Comprehensive Report (Dkt. 1496) | | | |
| DX-15 | Oct. 25, 2024 | Court Monitors' Eighth Comprehensive Report (Dkt. 1599) | | | |

| Ex. No. | Date | Description | Agreed | Offered | Admitted |
|---|---|---|---|---|---|
| DX-16 | June 22, 2026 | Court Monitors' Ninth Comprehensive Report (Dkt. 1658) | | | |
| DX-17 | June 22, 2026 | Court Monitors' Tenth Comprehensive Report (Dkt. 1660) | | | |
| DX-18 | June 22, 2026 | Court Monitors' Eleventh Comprehensive Report (Dkt. 1659) | | | |
| DX-19 | Sept. 1, 2020 | Court Monitors' Report to the Court on Data and Information Production by the State, and Update on State Policy Changes Associated with the Remedial Orders (Dkt. 953) | | | |
| DX-20 | Sept. 2, 2020 | Court Monitors' Update to the Court Regarding Child Fatalities and Congregate Care Facility Closures (Dkt. 956) | | | |
| DX-21 | Apr. 27, 2021 | Court Monitors' Report to the Court Regarding Maltreatment in Care and Unsafe Placements for Children Without a Placement (Dkt. 1066) | | | |
| DX-22 | Sept. 13, 2021 | Court Monitors' Update to the Court Regarding Children Without Placement Settings (June 22-July 22, 2021) (Dkt. 1132) | | | |
| DX-23 | Jan. 10, 2022 | Court Monitors' Update Regarding Safety of Settings Housing Children Without Placement and Site Visits (Dkt. 1171) | | | |
| DX-24 | Oct. 25, 2023 | Court Monitors' Update to the Court Regarding PMC Children Without a Licensed Placement (Dkt. 1425) | | | |

| Ex. No. | Date | Description | Agreed | Offered | Admitted |
|---|---|---|---|---|---|
| DX-25 | Oct. 27, 2023 | Court Monitors' Update to the Court Regarding Remedial Order 35 Caseload Performance (Dkt. 1426) | | | |
| DX-26 | Nov. 10, 2023 | Court Monitors' Supplemental Update to the Court Regarding Remedial Orders 3, 7 and 8 and HHSC Provider Investigations (Dkt. 1442) | | | |
| DX-27 | Jan. 20, 2024 | Court Monitors' Corrected Update to the Court on the Prevalence of PMC Children Without Placement in 2023 (Dkt. 1502) | | | |
| DX-28 | July 6, 2026 | Court Monitors' Update to the Court Regarding Remedial Order 35 Caseload Performance (Dkt. 1661) | | | |
| DX-29 | Dec. 21, 2023 | Transcript of December 2023 Contempt Hearing, Volume 1 (Dkt. 1487)* | | | |
| DX-30 | Dec. 21, 2023 | Transcript of December 2023 Contempt Hearing, Volume 2 (Dkt. 1488)* | | | |
| DX-31 | Dec. 21, 2023 | Transcript of December 2023 Contempt Hearing, Volume 3 (Dkt. 1489)* | | | |
| DX-32 | Dec. 21, 2023 | Defendants' First Amended Exhibit List for the December 2023 Hearing (Dkt. 1490) | | | |
| DX-33 | July 10, 2026 | Declaration of Rachel Ashworth-Mazerolle (Dkt. 1662-1) | | | |
| DX-34 | Oct. 9, 2026 | Rule 26(a)(2)(B) Expert Disclosure and Report of Melissa D. Carter, with Exhibits A-D (served Oct. 9, 2026) | | | |

* Defendants identify these exhibits for impeachment purposes only.

| Ex. No. | Date | Description | Agreed | Offered | Admitted |
|---|---|---|---|---|---|
| DX-35 | Oct. 9, 2026 | Expert Report of Viola Miller, with Appendix A (served Oct. 9, 2026)* | | | |
| DX-36 | Oct. 13, 2026 | Amended Expert Report of Viola Miller (Oct. 13, 2026)* | | | |
| DX-37 | Current edition | HHSC Child Care Regulation Handbook | | | |
| DX-38 | July 2026 | HHSC, Psychotropic Medication Utilization Parameters for Children and Youth in Texas Public Behavioral Health (updated July 2026) | | | |
| DX-39 | June 2026 | HHSC Strategic Plan for Fiscal Years 2027-2031, Part 1 (June 2026) | | | |
| DX-40 | Mar. 16, 2026 | DFPS Verified Petition for Appointment of Receiver, No. DC-26-04702 (95th Dist. Ct., Dallas County, Tex. Mar. 16, 2026) | | | |
| DX-41 | Mar. 18, 2026 | Agreed Order Appointing Receiver, No. DC-26-04702 (95th Dist. Ct., Dallas County, Tex. Mar. 18, 2026) | | | |
| DX-42 | Apr. 8, 2026 | Receiver's Directive to Empower (Apr. 8, 2026) | | | |
| DX-43 | July 20, 2026 | Letter from Commissioner Audrey O'Neill, DFPS, to Texas Family Initiative (Empower), Notice of Termination of SSCC Contract for Region 3E (July 20, 2026) | | | |
| DX-44 | Oct. 15, 2026 | Transcript of the Deposition of Viola Miller (Oct. 15, 2026)* | | | |
| DX-45 | May 2026 | DFPS, Quarterly Report on Court Monitor Fees, Fiscal Year 2026, Quarter 2 (May 2026) | | | |

| Ex. No. | Date | Description | Agreed | Offered | Admitted |
|---|---|---|---|---|---|
| DX-46 | Apr. 21, 2026 | Receiver's Directive to Empower, Waiver Review (Apr. 21, 2026) | | | |
| DX-47 | July 2, 2026 | Receiver's Directive to Empower, Workforce Stability (July 2, 2026) | | | |
| DX-48 | Oct. 2026 | DFPS, Child Protective Services Handbook (online edition, Oct. 2026) | | | |
| DX-49 | 2026 | DFPS, Child Care Investigations Handbook (online edition, 2026) | | | |
| DX-50 | Oct. 2026 | DFPS, Statewide Intake Handbook (online edition, Oct. 2026) | | | |
| DX-51 | Aug. 20, 2026 | Press Release, Texas Health and Human Services Commission, HHSC, DFPS Celebrate Opening of Terrell Center for Youth (Aug. 20, 2026) | | | |
| DX-52 | June 2026 | HHSC Strategic Plan for Fiscal Years 2027-2031, Part 2 (Supplemental Schedules) (June 2026) | | | |
| DX-53 | June 1, 2024 | DFPS Agency Strategic Plan, Fiscal Years 2025-2029 (June 1, 2024) | | | |
| DX-54 | June 2026 | DFPS Agency Strategic Plan, Fiscal Years 2027-2031 (June 2026) | | | |
| DX-55 | Feb. 1, 2024 | DFPS Office of Community-Based Care Transition, Action Memorandum re Empower Stage II Go-Live (Feb. 1, 2024) | | | |
| DX-56 | Sept. 2026 | DFPS, Community-Based Care Stage I Joint Operations Manual (Sept. 2026) | | | |
| DX-57 | Sept. 2026 | DFPS, Community-Based Care Stage II Joint Operations Manual (Sept. 2026) | | | |

| Ex. No. | Date | Description | Agreed | Offered | Admitted |
|---|---|---|---|---|---|
| DX-58 | May 5, 2026 | DFPS, Briefing to the House Committee on Human Services, Commissioner Audrey O'Neill (May 5, 2026) | | | |
| DX-59 | Oct. 2026 | DFPS, FAQs on Region 3E Transition (Oct. 2026) | | | |

Date: October 16, 2026

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Kimberly Gdula*
**KIMBERLY GDULA**
State Bar No. 24052209
Southern District No. 10092074
Chief
General Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 370-0667 – Fax
kimberly.gdula@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

Respectfully submitted,

*/s/ Allyson N. Ho*
**ALLYSON N. HO**
*Attorney-in-Charge*
State Bar No. 24033667
Southern District No. 1024306
**ELIZABETH Y. RYAN**
State Bar No. 24067758
Southern District No. 1062438
**STEPHEN J. HAMMER**
State Bar No. 24116477
Southern District No. 3963953
**SAVANNAH S. HUNDT**
State Bar No. 24129020
Southern District No. 3844454
**BRYSTON C. GALLEGOS**
State Bar No. 24117245
Southern District No. 3993242

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
lryan@gibsondunn.com
shammer@gibsondunn.com
shundt@gibsondunn.com
bgallegos@gibsondunn.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on October 16, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

*/s/ Allyson N. Ho*
Allyson N. Ho