IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al.,<br><br>Plaintiffs,<br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:11-CV-00084 |

Court's Exhibit List of Plaintiff's Non-Admitted/Sealed/Withdrawn Exhibits

**~~PLAINTIFFS' THIRD AMENDED EXHIBIT LIST FOR~~**
**OCTOBER 20, 2026 EVIDENTIARY HEARING**

Plaintiffs respectfully submit this third amended list of exhibits which they may offer at the evidentiary hearing on October 20, 2026. Electronic versions of the listed exhibits have been provided to the State.

| Ex. No. | DATE | Description | Off. | Obj. | Adm. | Not Adm. |
|---|---|---|---|---|---|---|
| 1 | 08/2005 | *After Further Delay, DCF Redesigning Child Welfare Training and Taking Steps to Clarify Case Transfer*, Office of Program Policy Analysis & Government Accountability, 1 | | | | |
| 2 | 9/2012 | Report from DFPS (September 2012) | | | | |
| 3 | 2014 | DFPS Contracts Attorney Summary of Requests for Proposals | | | | |
| 4 | 8/2014 | DFPS Sunset Advisory Commission Staff Report with Commission Decisions (August 2014) | | | | |
| 5 | | *Intentionally omitted* | | | | |
| 6 | 11/9/2015 | *Privatization of Foster Care Services*, Kansas Legislative Research Department Memorandum, 1-3 | X | X | X | X |
| 7 | 12/17/2015 | Dkt 360 *M.D. v. Abbott*, No. 2:11-CV-00084 (S.D. Tex. Dec. 17, 2015) (Defendants' Amended Proposed Findings of Fact) | | | | |
| 8 | 12/17/2015 | Dkt 368 Memorandum Opinion and Verdict of the Court | | | | |
| 9 | 2018 | *M. D. by Stukenberg v. Abbott*, 907 F.3d 237 (5th Cir. 2018) (*Stukenberg I*) | | | | |

| Ex. No. | DATE | Description | Off. | Obj. | Adm. | Not Adm. |
|---|---|---|---|---|---|---|
| 10 | 9/2018 | Excerpts from the Texas Legislative Budget Board Fiscal Size-Up 2018-2019 Biennium Report | | | | |
| 11 | 11/20/2018 | Dkt 606 Order re Remedial Orders | | | | |
| 12 | 12/17/2019 | Dkt 772 Order re Workload Studies | | | | |
| 13 | 3/3/2020 | Dkt 832 The Court Monitors' Update to the Court Regarding Remedial Order 20 | | | | |
| 14 | 3/18/2020 | Dkt 837 Order - Definitions Applicable to RO 20 | | | | |
| 15 | 5/2020 | Excerpts from the Texas Legislative Budget Board Fiscal Size-Up 2020-2021 Biennium Report | | | | |
| 16 | 6/16/2020 | Dkt 869 First Court Monitors' Report 2020 | | | | |
| 17 | 7/8/2020 | *M.B v. Howard*, Case No. 18-CV-02617 (D. Kan. July 8, 2020) (Settlement Agreement) | X | X | | X |
| 18 | 9/1/2020 | Dkt 953 Monitor's Update Report | | | | |
| 19 | 3/19/2021 | San Antonio Express-News article: Texas Foster care system hits "crisis" with 186 kids sleeping in offices; 25 stay at San Antonio intake center | X | X | | X |
| 20 | 4/24/2021 | KENS5 - We need people to open your doors': Shelter officials make appeal to potential foster parents ahead of closure | X | X | | X |
| 21 | 4/26/2021 | KSAT - Citing 'unacceptable' conditions, state puts placement hold on The Children's Shelter in San Antonio | X | X | | X |
| 22 | 4/26/2021 | San Antonio Express-News article: State puts temporary hold on San Antonio emergency children's shelter | X | X | | X |
| 23 | 4/28/2021 | San Antonio Express-News article: 'Worst of all situations' - Children's Shelter, Family Tapestry defensive after report | X | X | | X |
| 24 | 4/29/2021 | KENS5 - The Children's Shelter in San Antonio furloughs 68 staff members after the state temporarily shuts down emergency facility | X | X | | X |
| 25 | 4/30/2021 | Dallas Morning News article - 'Capacity catastrophe': Texas big outsourcing of foster care tested by system's woes | X | X | | X |
| 26 | | *Intentionally omitted* | | | | |
| 27 | 5/4/2021 | Dkt 1079 Second Report of the Monitors – RCCI Intake Reports | | | | |
| 28 | 5/4/2021 | Dkt 1080 2021-05-04 Appendices to Monitor's Second Report | | | | |

| Ex. No. | DATE | Description | Off. | Obj. | Adm. | Not Adm. |
|---|---|---|---|---|---|---|
| 29 | 5/13/2021 | News4SA - New court report details supervision problems as The Children's Shelter temporarily closes | X | X | | X |
| 30 | 9/13/2021 | Dkt 1132 Monitors' Update to Court Regarding Children Without a Placement House in CPS Offices, Hotels and Other Unlicensed Settings | | | | |
| 31 | 1/10/2022 | Dkt 1165 Third Report of Monitors | | | | |
| 32 | 1/10/2022 | Dkt 1166 Recommendations for Improving Texas' Safe Placement and Services for Children, Youth and Families | | | | |
| 33 | 1/10/2022 | Dkt 1171 Monitors' Report Regarding Safety of Settings Housing Children Without Placement and Site Visits | | | | |
| 34 | 3/2022 | Excerpts from the Texas Legislative Budget Board Fiscal Size-Up 2022-2023 Biennium Report | | | | |
| 35 | 4/26/2022 | Jeremy Loudenback, *Nebraska Governor Signs Law to End Private Foster Care*, The Imprint, https://imprintnews.org/youth-services-insider/nebraska-governor-signs-law-to-end-private-foster-care/64632 | | | | |
| 36 | 6/1/2022 | Dkt 1244 Update to the Court Regarding RO 35 Caseload Performance | | | | |
| 37 | 6/2/2022 | Dkt 1247 Third Update to the Court re The Refuge for DMST | | | | |
| 38 | 6/2/2022 | Dkt 1248 Fourth Report of the Monitors | | | | |
| 39 | 1/20/2023 | Dkt 1318 Fifth Report of Monitors | | | | |
| 40 | 1/24/2023 | Dkt 1319 Monitor' Update to the Court Regarding Children Without Placement | | | | |
| 41 | 3/27/2023 | Dkt 1337 Update to the Court Regarding Site Visits Conducted between December 1, 2021 and December 31, 2022, and the Reopening of The Refuge for DMST | | | | |
| 42 | 6/23/2023 | Dkt 1379 Update to the Court Regarding RO 35 Caseload Performance | | | | |
| 43 | 6/25/2023 | Dkt 1380 Monitors Sixth Report | | | | |
| 44 | 9/2/2023 | Dkt 1407 Monitors Resp to State's Obj to June 2023 Reports | | | | |
| 45 | 9/19/2023 | Dkt. 1412 Update to K. Ryan Report to the Court | | | | |
| 46 | 10/25/2023 | Dkt 1425 Monitors' Update to the Court Regarding PMC Children Without a Licensed Placement | | | | |
| 47 | 10/27/2023 | Dkt 1426 Monitors' Update to the Court Regarding RO 35 Caseload Performance | | | | |

| Ex. No. | DATE | Description | Off. | Obj. | Adm. | Not Adm. |
|---|---|---|---|---|---|---|
| 48 | 11/10/2023 | Dkt 1442 Monitors' Supp Update to Court re RO 3, 7 and 8 and HHSC Provider Info | | | | |
| 49 | 11/28/2023 | Dkt 1447 Monitor's Supplemental Response to the State's Objections to the Sixth Report and Responses to the State's Objections to the Updates to the Court Regarding Remedial Order 3, PMC Children Without a License Placement, and Remedial Order 35 | | | | |
| 50 | 12/3/2023 | Dkt 1461 Monitors' Responses to the State's Objections to the Monitors' Supplemental Update to the Court Regarding Remedial Orders 3, 7 and 8 and HHSC Provider Investigations | | | | |
| 51 | 12/3/2023 | Dkt 1462 Update to the Court on the Prevalence of PMC Children Without Placement and Out of State Facility Placement | | | | |
| 52 | 2024 | *M. D. by Stukenberg v. Abbott*, 119 F.4th 373, 378 (5th Cir. 2024), *cert. denied*, 146 S. Ct. 99 (2025) (*Stukenberg IV*) | | | | |
| 53 | 1/10/2024 | Dkt 1496 Seventh Report of the Monitors | | | | |
| 54 | 4/15/2024 | Dkt 1560 *M.D. v. Abbott*, No. 2:11-CV-00084 (S.D. Tex. April 15, 2024) (Contempt Order) | | | | |
| 55 | 7/2024 | Excerpts from the Texas Legislative Budget Board Fiscal Size-Up 2024-2025 Biennium Report | | | | |
| 56 | 9/11/2024 | Dkt 1592 Monitors' Report Regarding PMC Children Placed in Maofu/Forever Home HCS Group Homes | | | | |
| 57 | 10/25/2024 | Dkt 1599 Eighth Report of the Monitors | | | | |
| 58 | 2/11/2025 | Dkt 1609 Monitor Update Regarding Child Fatalities | | | | |
| 59 | 2/28/2025 | Dkt 1614 Plaintiffs' Notice of Filing Summaries | | | | |
| 60 | 12/2025 | Excerpts from the Texas Legislative Budget Board Fiscal Size-Up 2026-2027 Biennium Report | | | | |
| 61 | 3/16/2026 | *Verified Pet. and App. for Receiver, Tex. Dep't of Fam. & Prot. Servs. v. Tex. Fam. Initiative, LLC*, No. DC-26-04702 (95th Dist. Ct., Dallas Cnty., Tex.) (Empower Receivership Pet.) | | | | |
| 62 | 3/16/2026 | Measured Results in Georgia's Kenny A. Foster Care Class Action: A Framework for Assessing the Strategic Effectiveness of Institutional Reform Litigation, Melissa D. Carter, Child and Family Law Journal | X | X | | X |

| Ex. No. | DATE | Description | Off. | Obj. | Adm. | Not Adm. |
|---|---|---|---|---|---|---|
| 63 | 3/18/2026 | Order Appointing Receiver, *Tex. Dep't of Fam. & Protective Servs. v. Tex. Fam. Initiative*, LLC, No. DC-26-04702 (95th Dist. Ct., Dallas Cnty., Tex. | | | | |
| ~~64~~ | ~~5/11/2026~~ | Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction in Cause No. 3:04-cv-251; *Olivia v Reeves,* United States District Court for the Southern District of Mississippi, Northern Division | Exhibit Withdrawn | | | |
| ~~65~~ | ~~5/11/2026~~ | Defendants' Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction in Cause No. 3:04-cv-251; *Olivia v Reeves,* United States District Court for the Southern District of Mississippi, Northern Division | Exhibit Withdrawn | | | |
| 66 | 6/1/2026 | Expert Declaration of Melissa D. Carter in Cause No. 2:06-cv-13548, *Dwayne B, et al v. Gretchen Whitmer, et al.*; United States District Court, Eastern District of Michigan, Southern Division | | | | |
| 67 | 6/22/2026 | Dkt 1658 Ninth Report of the Monitors | | | | |
| 68 | 6/22/2026 | Dkt 1659 Eleventh Report of the Monitors | | | | |
| 69 | 6/22/2026 | Dkt 1660 Tenth Report of the Monitors | | | | |
| 70 | 7/6/2026 | Dkt 1661 Update to the Court Regarding RO 35 Caseload Performance | | | | |
| 71 | 7/10/2026 | Dkt 1662 Defendants' Rule 60(b)(5) Motion for Relief from Judgment | | | | |
| 72 | 7/20/2026 | Letter of DFPS Commissioner O'Neill | | | | |
| 73 | 8/31/2026 | Dkt 1671 Plaintiffs' Response to Defendants' Rule 60(b)(5) Motion for Relief from Judgment | | | | |
| 74 | 9/25/2026 | Dkt 1678 Defendants' Reply in Support of Defendants' Rule 60(b)(5) Motion for Relief from Judgment | | | | |
| ~~75~~ | ~~undated~~ | Dillon Collier, Family Tapestry Terminates Foster Care Contract with the State, KSAT, available at https://www.ksat.com/news/local/2021/05/11/family-tapestry-terminates-foster-care-contract-with-the-state/ | Exhibit Withdrawn | | | |
| ~~76~~ | ~~undated~~ | RO 35 Caseload Performance Charts | Exhibit Withdrawn | | | |
| 77 | undated | Transcript Excerpts Regarding Monitors | | | | |
| 78 | undated | Transcript Excerpts Regarding Incidents and System Problems Raised by the Monitors | | | | |
| 79 | undated | Tex. Fam. Code § 264.1915 | | | | |
| 80 | undated | Viola Miller's Resume | | | | |

| Ex. No. | DATE | Description | Off. | Obj. | Adm. | Not Adm. |
|---|---|---|---|---|---|---|
| 81 | undated | DFPS Rider 29 Report for Foster Care Redesign | | | | |
| 82 | 11/7/2018 | Memo from the Attorney General re Principles and Procedures for Civil Consent Decrees and Settlement Agreements with State and Local Governmental Entities | | | | |
| 83 | 2019 | Casey Family Programs - Consent Decree Convening Participant Survey Responses | | | | |
| ~~84~~ | ~~9/26/2019~~ | Casey Family Programs - Agenda from 2019 Consent Decree Convening | Exhibit Withdrawn | | | |
| 85 | 9/26/2019 | Participant List from 2019 Consent Decree Convening | | | | |
| 86 | 3/1/2023 | Negotiated Contract Between Texas Department of Family and Protective Services and Texas Family Initiative | | | | |
| 87 | 4/6/2023 | CPS Organizational Chart as of 4/6/2023 | | | | |
| 88 | 4/19/2023 | Dkt 1347 Transcript of Status Conference held on April 12, 2023 | | | | |
| 89 | 8/1/2023 | Dkt 1395 Transcript of Status Conference held on June 27, 2023 | | | | |
| 90 | 11/7/2023 | Dkt 1433 Defendants' Response to Plaintiffs' Emergency Motion to Compel Expedited Discovery or, Alternatively, Motion for a Protective Order | | | | |
| 91 | 12/21/2023 | Dkt 1487 Transcript of Show Cause Hearing held on December 4, 2023 | | | | |
| 92 | 2/28/2024 | Dkt 1533 Transcript of Status Conference held on February 23, 2024 | | | | |
| 93 | 11/27/2024 | Video of O.R. Incident SEALED | | | | |
| ~~94~~ | ~~11/27/2024~~ | Video of O.R. Incident | | Exhibit Withdrawn | | |
| 95 | 11/27/2024 | Video of O.R. Incident SEALED | | | | |
| 96 | 8/31/2025 | TX DFPS Self-Evaluation Report | | | | |
| 97 | 9/18/2025 | *Audrey O'Neill Named Commissioner of Texas' Foster Care Agency* - The Texas Tribune | X | X | | X |
| 98 | 3/2026 | Child Protective Services (CPS) Single Source Continuum Contractor (SSCC) Meeting in a Box | X | X | | X |
| 99 | 5/2026 | Senate Bill 1, Article II, Special provisions, Section 26, DFPS, 89th Legislature, Regular Session Quarterly Report on Court Monitor Fees - Fiscal Year 2026 Quarter 2 | | | | |
| 100 | 7/1/2026 | Natalie Witherspoon - Government Salaries Explorer | X | X | | X |
| 101 | 7/27/2026 | Behind the Protocol: Distinguishing Therapeutic Holds From Institutional Abuse by Chris Perkins, Founder of Velocity Health Group | X | X | | X |

| Ex. No. | DATE | Description | Off. | Obj. | Adm. | Not Adm. |
|---|---|---|---|---|---|---|
| 102 | 10/14/2026 | DFPS Organizational Chart as of 10/14/2026 | | | | |
| 103 | undated | Photos of O.R. Sealed | | | | |
| 104 | undated | Lindsey Van Buskirk DFPS Profile | | | | |
| 105 | undated | Community Based Care – Metroplex East (Region 3E) | | | | |
| 106 | undated | Demographics of Children in PMC Care | | | | |
| 107 | undated | TX DFPS - Audrey O'Neill, Commissioner Profile | | | | |
| 108 | undated | Testimony regarding privatization | | | | |
| 109 | undated | Stephanie Muth LinkedIn Profile | | | | |
| 110 | undated | Audrey O'Neill LinkedIn Profile | | | | |
| 111 | undated | Region 3E DFPS Empower Timeline | | | | |
| 112 XXXXXXXXXX | 4/14/2026 | 2026 CQI Statewide Conference - Full Program Agenda | Exhibit Withdrawn | | | |
| 113 | 9/2026 | DFPS Rider 15 Report for Community-Based Care | | | | |
| 114 | 9/7/2026 | Caseload Compliance Tracker Spreadsheet | | | | |
| 115 | 2/21/2024 | Dkt 1521 Monitor's Update to the Court Regarding the State's Failure to Provide Records and Information Related to Safety Issues in Unlicensed Settings | | | | |
| 116 | 9/14/2021 | Transcript of hearing held on September 14, 2021 | | | | |
| 117 | 4/30/2026 | Caseworkers by Employing Entity | | | | |

Dated: October 22, 2026

Respectfully submitted,

*/s/ R. Paul Yetter*

R. Paul Yetter
State Bar No. 22154200
Wynn McCloskey
State Bar No. 13417700
Christian J. Ward
State Bar No. 24033434
Fernando Stepensky
State Bar No. 24145381
Megan Jacobs
State Bar No. 24149674
YETTER COLEMAN LLP
600 Travis Street, Suite 5400
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Barry F. McNeil
State Bar No. 13829500
HAYNES AND BOONE, LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
(214) 651-5000
barry.mcneil@haynesboone.com

Samantha Bartosz (*pro hac vice*)
Stephen Dixon (*pro hac vice*)
CHILDREN'S RIGHTS
88 Pine Street
New York, New York 10005
(212) 683-2210
sbartosz@childrensrights.org

Marcia Robinson Lowry (*pro hac vice*)
A BETTER CHILDHOOD, INC.
355 Lexington Avenue, Floor 16
New York NY 10017
(646)795-4456
mlowry@ABetterChildhood.org

ATTORNEYS FOR PLAINTIFFS AND THE GENERAL CLASS AND SUBCLASSES

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of October, 2026, a true and correct copy of this document was served on all counsel of record via email or by using the Court's CM/ECF e-file system.

*/s/ R. Paul Yetter*
R. Paul Yetter