IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al.,<br><br>Plaintiffs,<br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:11-CV-00084 |

**AMENDED CLASS PLAINTIFFS' FOURTH APPLICATION FOR ATTORNEY FEES AND EXPENSES**

Plaintiffs respectfully submit this Amended Fourth Application for Attorney Fees and Expenses, covering the period from October 2, 2020 to April 11, 2023 and seeking approval and payment of fees and reimbursement of the expenses of class counsel Yetter Coleman LLP, A Better Childhood, and Children's Rights.

During the billing period, class counsel performed legal work on a number of matters which were essential to the effective enforcement of the court's orders, such as:

- reviewing the monitors' reports, including the 2nd (ECF 1079, ECF 1080), 3rd (ECF 1165), 4th (ECF 1248), and 5th (ECF 1318); and the Monitors' updates to the Court, including reports regarding child fatalities (ECF 1245), The Refuge (ECF 1197, ECF 1218, ECF 1247), children unregulated placement (ECF 1066, ECF 1132, ECF 1171, ECF 1319), COVID (ECF 1190), children in TMC status over 13 months (ECF 1173), minimum standards violations (ECF 1101), caseload performance (ECF 1244), and site visits (ECF 1337);

- substantial preparation and related courtroom advocacy for enforcement of the Court's injunction and the Fifth Circuit's mandate, including 17 in-person and telephonic hearings.

Class counsel did its work with the exercise of sound billing judgment. It assigned tasks within the team to avoid duplication of effort, utilize the relative experience and knowledge base of legal staff, and efficiently complete work with a reasonable investment of professional time.

The lead counsel role was undertaken by Paul Yetter, who has extensive experience as lead counsel on complex civil matters and oversaw assignment of tasks among team members. He principally represented the plaintiff children before the Court and, with support of his firm, prepared and presented argument and pleadings in all court appearances whether by telephone or in person. Co-lead counsel Marcia Lowry, Executive Director of A Better Childhood, and Samantha Bartosz, Deputy Director of Litigation at Children's Rights, provided vital strategic input. They supervised their respective staff, who possess a wealth of technical expertise and practical knowledge in child welfare law and policy, in conducting legal and factual research, preparation of legal papers and review of documents, of the evidentiary record, and technical reports. The allocation of work effort among counsel resulted in the efficient and reasonable investment of lawyer time in this matter.

Plaintiffs have limited this application to fees that do not exceed the $250,000 limit per judgment creditor that a state statute appears to impose on appropriated agency funds. The three entities composing class counsel request fees and expenses for the period from October 2, 2020 to April 11, 2023 in the total amount of $615,185.94 as set forth below and supported by declarations of attorneys Yetter (Exs. A, A-1, A-2), Bartosz (Exs. B, B-1), and Lowry (Exs. C, C-1, C-2).

| **Fees: 10/02/20 – 04/11/23** | |
|---|---|
| Yetter Coleman LLP (Ex. A-1) | $236,625.00 |
| Children's Rights (Ex. B-1) | $129,184.92 |
| A Better Childhood (Ex. C-1) | $229,930.50 |
| **Total Fees** | **$595,740.42** |

| **Expenses: 10/02/20 – 04/11/23** | |
|---|---|
| Yetter Coleman LLP (Ex. A-2) | $13,132.05 |
| Children's Rights | $0.00 |
| A Better Childhood (Ex. C-2) | $6,313.47 |
| **Total Expenses** | **$19,445.52** |
| | |
| **Total** | **$615,185.94** |

This application for fees and expenses during the period of October 2, 2020 to April 11, 2023 does not exceed the cap of $750,000 that Texas law appears to impose for payment of three judgment creditors. Class counsel Haynes and Boone LLP is not seeking fees or costs.

## CONCLUSION

For these reasons, plaintiff children respectfully request that the Court approve their attorney fees and expenses in the amount of $615,185.94 for the period of October 2, 2020 to April 11, 2023 and order defendants to remit payment within 30 days from entry of the fees order.

Dated: October 27, 2026

Respectfully submitted,

*/s/ R. Paul Yetter*
R. Paul Yetter
State Bar No. 22154200
Wynn McCloskey
State Bar No. 13417700
Christian J. Ward
State Bar No. 24033434
Fernando Stepensky
State Bar No. 24145381
Megan Jacobs
State Bar No. 24149674
YETTER COLEMAN LLP
600 Travis Street, Suite 5400
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com

Barry F. McNeil
State Bar No. 13829500
HAYNES AND BOONE, LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
(214) 651-5000
barry.mcneil@haynesboone.com

Samantha Bartosz (*pro hac vice*)
Stephen Dixon (*pro hac vice*)
CHILDREN'S RIGHTS
88 Pine Street
New York, New York 10005
(212) 683-2210
sbartosz@childrensrights.org

Marcia Robinson Lowry (*pro hac vice*)
A BETTER CHILDHOOD, INC.
355 Lexington Avenue, Floor 16
New York NY 10017
(646)795-4456
mlowry@ABetterChildhood.org

ATTORNEYS FOR PLAINTIFFS AND THE GENERAL CLASS AND SUBCLASSES

## CERTIFICATE OF CONFERENCE

Prior to filing this application, class counsel conferred with defense counsel. The State is not opposed to this application.

/s/ R. Paul Yetter
R. Paul Yetter

## CERTIFICATE OF SERVICE

I certify that on the 27th day of October, 2026, a true and correct copy of this document was served on all counsel of record using the Court's CM/ECF e-file system.

/s/ R. Paul Yetter
R. Paul Yetter