IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., b/n/f Sarah R. Stukenberg, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity | § | |
| as Governor of the State of Texas, et al., | § | |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER**

The Court, having reviewed Amended Class Plaintiffs' Fourth Application for Attorney Fees and Expenses for the period of October 2, 2020 to April 11, 2023, finds that Amended Class Plaintiffs' Fourth Application for Attorney Fees and Expenses should be **GRANTED**.

It is **ORDERED** that Amended Class Plaintiffs' Fourth Application for Attorney Fees and Expenses is **GRANTED** and the Court awards Plaintiffs an overall award of $615,185.94 for the period of October 2, 2020 to April 11, 2023.

In accordance with this Order, the Court enters the following judgments against Defendants:

The Court enters judgment in favor of Yetter Coleman LLP in the amount of $236,625.00 for attorney fees and $13,132.05 for expenses.

The Court enters judgment in favor of Children's Rights in the amount of $129,184.92 for attorney fees.

The Court enters judgment in favor of A Better Childhood in the amount of $229,930.50 for attorney fees and $6,313.47 for expenses.

These are final judgments for Amended Class Plaintiffs' Fourth Application for Attorney Fees and Expenses.

It is hereby ORDERED that Defendants shall pay Plaintiffs' counsel these amounts within thirty (30) days after the date of this Order. Furthermore, should Defendants fail to make full payment to Plaintiffs' counsel within thirty (30) days of the issuance of this Order, post judgment interest will begin to accrue at an interest rate of ______ per annum, compounded annually, until paid.

SIGNED and ORDERED this ___ day of __________, 2026.

______________________________
The Honorable Randy Crane
Chief United States District Judge