**Plaintiffs' Remedial Order Compliance Chart**

This chart contains each remedial order, in numerical order. The columns reflect relevant data to evaluating compliance with the respective Remedial Order moving from least recent data on the left to the most recent data on the right. Monitors Reports are cited as "MR" to indicate which report provides the specific data on the respective Remedial Order. Many of the Remedial Orders contain multiple measures that the Monitors report on. As a result, it is difficult to accurately report the status of some ROs by a single percentage number. With regard to certain ROs, the numerical measures are not the end of the story when it comes to the Defendants' progress towards compliance.

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| 1 | Within 60 days, DFPS shall ensure statewide implementation of CPS Professional Development training model. DFPS began to implement in Nov. 2015. | Overall: 92.2% (485 of 526) CPD by July 31, 2022. DFPS: 94% (422/448). OCOK: 22/23. 2INgage: 81.8% (9/11). St. Francis: 72.7% (32/44)<br><br>MR 5 (Dkt 1318 at 8, 16). | 94% (420/449) completed CPD by July 31, 2023<br><br>MR 7 (Dkt 1496 at 8, 16) | Overall: 97% (424/437) completed CPD by Aug. 31, 2024<br><br>MR 9 (Dkt 1658 at 7, 15) | Monitors certified DFPS's full compliance of RO 1; Court did not release the State from monitoring of RO 1<br><br>MR 9 (Dkt 1658 at 112) | Empower was not complying with RO 1 based on the receivership report. | | |
| 2 | <u>Graduated caseloads</u>: Within 60 days, DFPS shall ensure statewide implementation of graduated caseloads for newly hired CVS caseworkers, and all other newly hired staff with the responsibility for primary case management services to | 94% (on 45th day; average for the period was not reported)<br><br>MR 1 (Dkt 869 at 32) | 76%<br><br>MR 2 (Dkt 1079 at 22–23) | 98%<br><br>MR 3 (Dkt 1165 at 8, 16) | 99%<br><br>MR 5 (Dkt 1318 at 7, 16) | 98%<br><br>MR 7 (Dkt 1496 at 16) | 99%<br><br>MR 9 (Dkt 1658 at 15) | 98%<br><br>MR 11 (Dkt 1659 at 15–16) |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | children in the PMC class, whether employed by a public or private entity. | | | | | | | |
| 3 | DFPS shall ensure that reported allegations of child abuse and neglect involving children in the PMC class are investigated; commenced and completed on time consistent with the Court's Order; and conducted taking into account at all times the child's safety needs. The Monitors shall periodically review the statewide system for appropriately receiving, screening, and investigating reports of abuse and neglect involving children in the PMC class to ensure the investigations of all reports are commenced and completed on time | **Screening:** Of 190 referrals SWI sent to HHSC, 95% (181) were properly assigned and 5% (10) were wrongly screened.<br><br>**Investigations:** The Monitors reviewed 403 of 768 RCCI investigations closed May–Oct. 2020; 31 (8%) were substantiated, and the Monitors agreed with those findings. MR 2 (data reported in MR 3 (Dkt 1165 at 42)); MR 2 (Dkt 1079 at 80) | **Screening:** Monitors agreed with SWI in 92% (223/243) of referrals sent to HHSC; 8% (20) should have gone to an abuse or neglect investigation.<br><br>**Investigations:** Of 264 Ruled Out RCCI investigations reviewed, 227 (86%) were appropriate and 37 (14%) were substantially deficient. MR 3 (Dkt 1165 at 9, 44) | **Screening:** 93.4% of SWI referrals were properly sent to HHSC<br><br>**Investigations:** Of 753 Ruled Out investigations, 716 (95%) were appropriate, 9 (1.2%) were wrong and 28 (3.7%) were deficient; overall, 38 (5%) were problem investigations. MR 5 (Dkt 1318 at 9) | **Screening:** 92% of referrals SWI sent to HHSC were properly assigned.<br><br>**Investigations:** HHSC Provider Investigations (PI): 38 of 69 (55%) were wrongly resolved or deficient. The Monitors called the deficiencies "egregious". RCCI: of 405 Ruled Out investigations reviewed, 359 (89%) were appropriate, 15 (4%) were wrong and 31 (8%) substantially deficient. MR 7 (Dkt 1496 at 10–11, 39) | **Screening:** 96% (1,145/1,190) of referrals sent to HHSC were properly assigned<br><br>**Investigations:** Overall: 94% of 658 investigations reviewed across RCCI, CPI, PI and HHSC's intermediate care facility investigations were appropriate and 6% were not. RCCI: 19 investigations were wrongly resolved or deficient. Of 17 reversals on administrative review, 13 (76%) were appropriate and 4 (24%) were not. | **Screening:** 97% (1,325/1360) of referrals sent to HHSC were properly assigned<br><br>Investigations: Overall: 94% of 705 investigations reviewed across RCCI, CPI, PI, and HHSC's intermediate care facility investigations were appropriately resolved and 6% were not RCCI: 3 investigations were wrongly resolved and 20 deficient.<br><br>MR 11 (Dkt 1659 at 8–9) | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | consistent with this Order and conducted taking into account at all times the child's safety needs. | | | | | MR 9 (Dkt 1658 at 39, 50 53) | | |
| 4 | <u>Training on Sexual Abuse</u>: Within 60 days, DFPS shall ensure that all caseworkers and caregivers are trained to recognize and report sexual abuse, including child-on-child sexual abuse. | **Caseworkers:** 99%<br><br>**Caregivers:** Monitors unable to validate State's performance<br><br>MR 1 (Dkt 869 at 36) | **Caseworkers:** 98%<br><br>**Caregivers:** Monitors unable to validate State's performance<br><br>MR 2 (Dkt 1079 at 27) | **Caseworkers:** 99%<br><br>**Caregivers:** Monitors unable to validate State's performance<br><br>MR 4 (Dkt 1248 at 11) | **Caseworkers:** 100%<br><br>**Caregivers:** Monitors unable to validate State's performance<br><br>MR 6 (Dkt 1380 at 18) | **Caseworkers:** 98%<br><br>**Caregivers:** Monitors unable to validate State's performance<br><br>MR 8 (Dkt 1599 at 9) | **Caseworkers:** 100%<br><br>**Caregivers:** Monitors unable to validate State's performance<br><br>MR 10 (Dkt 1660 at 9) | |
| 5 | Within 60 days and ongoing thereafter, DFPS shall, in accordance with existing DFPS policies and administrative rules, initiate Priority One child abuse and neglect investigations involving children in the PMC class within 24 hours of intake. (A Priority One is by current policy assigned to an intake in which | 19 Priority One investigations opened in Oct. – Nov. 2019<br><br>68% (13) started within 24 hours<br>26% (5) not started on time or lacked data to assess<br><br>MR 1 (Dkt 869 at 26, 120) | 48 Priority One investigations opened in May 1 – Sept. 30, 2020<br><br>79% (38) started within 24 hours<br>21% (10) not started on time or lacked data to assess<br><br>MR 2 (Dkt 1079 at 17, 86, 96) | 126 Priority One investigations opened in Jan. 1 – June 30, 2021<br><br>81% (102) started within 24 hours<br>19% (24) not started on time or lacked data to assess<br><br>MR 3 (Dkt 1165 at 10–11) | 188 Priority One investigations opened in July 1, 2021 – June 30, 2022<br><br>79% (149) started within 24 hours<br>21% (39) not started on time or lacked data to assess<br><br>MR 5 (Dkt 1318 at 11) | 193 Priority One investigations opened in July 1, 2022 – June 30, 2023<br><br>84% (162) started within 24 hours<br>16% (31) not started on time or lacked data to assess<br><br>MR 7 (Dkt 1496 at 11–12) | 172 Priority One investigations opened in July 1, 2023 – June 30, 2024<br><br>78% (135) started within 24 hours<br>22% (37) not started on time or lacked data to assess<br><br>MR 9 (Dkt 1658 at 11, 57) | 166 Priority One investigations opened in July 1, 2024 – June 30, 2025<br><br>79% (131) started within 24 hours<br>21% (35) not started on time or lacked data to assess<br><br>MR 11 (Dkt 1659 at 69) |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | the children appear to face a safety threat of abuse or neglect that could result in death or serious harm.) | | | | | | | |
| 6 | Within 60 days and ongoing thereafter, DFPS shall, in accordance with existing DFPS policies and administrative rules, initiate Priority Two child abuse and neglect investigations involving children in the PMC class within 72 hours of intake. (A Priority Two is assigned by current policy to any CPS intake in which the children appear to face a safety threat that could result in substantial harm.) | 165 Priority Two investigations opened in Oct. – Nov. 2019<br><br>81% (133) started within 72 hours<br>16% (27) not started on time<br><br>MR 1 (Dkt 869 at 27, 111–112) | 609 Priority Two investigations opened in May 1 – Sept. 30, 2020<br><br>81% (494) started within 72 hours<br>18% (107) not started on time or lacked enough data to assess<br><br>MR 2 (Dkt 1079 at 17, 86) | 883 Priority Two investigations opened in Jan. 1 – June 30, 2021<br><br>88% (774) started within 72 hours<br>12% (109) not started on time or lacked enough data to assess<br><br>MR 3 (Dkt 1165 at 10–11) | 1,366 Priority Two investigations opened in July 1, 2021 – June 30, 2022<br>83% (1,131) started within 72 hours<br>17% (235) not started on time or lacked enough data to assess<br><br>MR 5 (Dkt 1318 at 11) | 1,446 Priority Two investigations opened in July 1, 2022 – June 30, 2023<br>88% (1,269) started within 72 hours<br>12% (177) not started on time or lacked enough data to assess<br><br>MR 7 (Dkt 1496 at 12) | 1,812 Priority Two investigations opened in July 1, 2023 – June 30, 2024<br>86% (1,562) started within 72 hours<br>14% (250) not started on time or lacked enough data to assess<br><br>MR 9 (Dkt 1658 at 11) | 1,518 Priority Two investigations opened in July 1, 2024 – June 30, 2025<br>85% (1,287) started within 72 hours<br>15% (231) not started on time or lacked enough data to assess<br><br>MR 11 (Dkt 1659 at 11) |
| 7 | Within 60 days and ongoing thereafter, DFPS shall, in accordance with DFPS policies and administrative | 68% (13) had face-to-face contact with all alleged victims within 24 hours | 79% (38) had face-to-face contact with all alleged victims within 24 hours | 81% (102) had face-to-face contact with all alleged victims within 24 hours | 79% (149) had face-to-face contact with all alleged victims within 24 hours | 84% (162) had face-to-face contact with all alleged victims within 24 hours | 78% (135) had face-to-face contact with all alleged victims within 24 hours | 79% (131) had face-to-face contact with all alleged victims within 24 hours |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | rules, complete required initial face-to-face contact with the alleged child victim(s) in Priority One child abuse and neglect investigations involving PMC children as soon as possible but no later than 24 hours after intake. | MR 1 (Dkt 869 at 27, 112–113) | MR 2 (Dkt 1079 at 18, 98) | MR 3 (Dkt 1165 at 11) | MR 5 (Dkt 1318 at 12) | MR 7 (Dkt 1496 at 11) | MR 9 (Dkt 1658 at 11) | MR 11 (Dkt 1659 at 11) |
| 8 | Within 60 days and ongoing thereafter, DFPS shall, in accordance with DFPS policies and administrative rules, complete required initial face-to-face contact with the alleged child victim(s) in Priority Two child abuse and neglect investigations involving PMC children as soon as possible but no later than 72 hours after intake. | 81% (133) had face-to-face contact with all alleged victims within 72 hours<br><br>MR 1 (Dkt 869 at 121) | 79% (484) had face-to-face contact with all alleged victims within 72 hours<br><br>MR 2 (Dkt 1079 at 97) | 88% (774) had face-to-face contact with all alleged victims within 72 hours<br><br>MR 3 (Dkt 1165 at 65) | 83% (1,131) had face-to-face contact with all alleged victims within 72 hours<br><br>MR 5 (Dkt 1318 at 10) | 88% (1,269) had face-to-face contact with all alleged victims within 72 hours<br><br>MR 7 (Dkt 1496 at 11) | 86% (1,562) had face-to-face contact with all alleged victims within 72 hours<br><br>MR 9 (Dkt 1658 at 10) | 85% (1,287) had face-to-face contact with all alleged victims within 72 hours<br><br>MR 11 (Dkt 1659 at 12) |
| 9 | Within 60 days and ongoing | 90% (590) of all 657 | 95% (954) of 1,009 | 92% (1,431) of 1,554 | 95% (1,563) of 1,639 | 96% (1,907) of 1,984 | 97% (1,627) of 1,684 | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | thereafter, DFPS must track and report all child abuse and neglect investigations that are not initiated on time with face-to-face contacts with children in the PMC class, factoring in and reporting to the Monitors quarterly on all authorized and approved extensions to the deadline required for initial face-to-face contacts for child abuse and neglect investigations. | investigations were tracked and reported for face-to-face contact with each alleged victim<br><br>MR 2 (Dkt 1079 at 18) | investigations were tracked and reported for face-to-face contact with each alleged victim<br><br>MR 3 (Dkt 1165 at 58) | investigations were tracked and reported for face-to-face contact with each alleged victim<br><br>MR 5 (Dkt 1318 at 11) | investigations were tracked and reported for face-to-face contact with each alleged victim<br><br>MR 7 (Dkt 1496 at 12) | investigations were tracked and reported for face-to-face contact with each alleged victim<br><br>MR 9 (Dkt 1658 at 11) | investigations were tracked and reported for face-to-face contact with each alleged victim<br><br>MR 11 (Dkt 1659 at 12) | |
| 10 | Within 60 days, DFPS shall, in accordance with DFPS policies and administrative rules, complete Priority One and Priority Two child abuse and neglect investigations that involve children in the PMC class within 30 days of intake, unless an extension has been | 19% (35) of 184 investigations were completed within 30 days of intake<br><br>2% of investigations had an approved extension and were | 42% (273) of 657 investigations were completed within 30 days of intake<br><br>7% of investigations had an approved extension and were | 63% (634) of 1,009 investigations were completed within 30 days of intake<br><br>9% of investigations had an approved extension and were | 59% (922) of 1,554 investigations were completed within 30 days of intake<br><br>13% of investigations had an approved extension and were completed within it | 64% (1,046) of 1,639 investigations were completed within 30 days of intake<br><br>18% of investigations had an approved extension and were completed within it | 51% (1,007) of 1,984 investigations were completed within 30 days of intake<br><br>39% of investigations had an approved extension and were completed within it | 60% (1,004) of 1,684 investigations were completed within 30 days of intake<br><br>33% of investigations had an approved extension and were completed within it |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | approved for good cause and documented in the investigative record. If an investigation has been extended more than once, all extensions for good cause must be documented in the investigative record. | completed within it<br><br>MR 1 (Dkt 869 at 27) | completed within it<br><br>MR 2 (Dkt 1079 at 91) | completed within it<br><br>MR 3 (Dkt 1165 at 65) | MR 5 (Dkt 1318 at 12) | MR 7 (Dkt 1496 at 13) | MR 9 (Dkt 1658 at 12) | MR 11 (Dkt 1659 at 12) |
| 11 | Within 60 days and ongoing thereafter, DFPS must track and report monthly all child abuse and neglect investigations involving children in the PMC class that are not completed on time according to this Order. Approved extensions to the standard closure timeframe, and the reason for the extension, must be documented and tracked. If an investigation has been extended more than once, all | 37% (137) of 374 investigations not completed within 30 days had documented, approved extensions<br><br>MR 3 (Dkt 1165 at 62) | 53% (336) of 632 investigations not completed within 30 days had documented, approved extensions<br><br>MR 5 (Dkt 1318 at 70) | 66% (391) of 593 investigations not completed within 30 days had documented, approved extensions<br><br>MR 7 (Dkt 1496 at 67) | 79% (768) of 977 investigations not completed within 30 days had documented, approved extensions<br><br>MR 9 (Dkt 1658 at 72) | 88% (596) of 680 investigations not completed within 30 days had documented, approved extensions<br><br>MR 11 (Dkt 1659 at 76) | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | extensions for good cause must be documented in the investigative record. | | | | | | | |
| **Timeliness of HHSC Minimum Standard Investigations** (ROs 12-19) | | | | | | | | |
| 12 | HHSC Timeliness of Observations or Interviews with Alleged Child Victims in Priority One Investigations: Effective immediately, the State of Texas shall ensure the Residential Child Care Licensing ("RCCL") investigators, and any successor staff, observe or interview the alleged child victims in Priority One child abuse or neglect investigations within 24 hours of intake. | 0% (0 of 1 Priority 1 RCCR investigation)<br><br>MR 1 (Dkt 869 at 39) | 50% (1 of 2 Priority 1 RCCR investigations)<br><br>MR 2 (Dkt 1079 at 274) | 50% (2 of 4 Priority 1 RCCR investigations)<br><br>MR 4 (Dkt 1248 at 15) | N/A (0 Priority 1 RCCR investigations)<br><br>MR 6 (Dkt 1380 at 22) | N/A (0 Priority 1 RCCR investigations)<br><br>MR 8 (Dkt 1599 at 13) | N/A (0 Priority 1 RCCR investigations)<br><br>MR 10 (Dkt 1660 at 15) | |
| 13 | HHSC Timeliness of Observation or Interviews with Alleged Child Victims in Priority Two | 59% (within 3 calendar days; timestamps were not | 41%<br><br>MR 2 (Dkt 1079 at 29) | 84%<br><br>MR 4 (Dkt 1248 at 15) | 96%<br><br>MR 8 (Dkt 1599 at 13) | 94%<br><br>MR 10 (Dkt 1660 at 15) | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | Investigations: Effective immediately, the State of Texas shall ensure RCCL investigators, and any successor staff, observe or interview the alleged child victims in Priority Two child abuse or neglect investigations within 72 hours of intake. | reported in this period)<br><br>MR 1 (Dkt 869 at 39) | | | | | | |
| 14 | HHSC Completion of Priority One and Priority Two Investigations within 30 days: Effective immediately, the State of Texas shall ensure RCCL investigators, and any successor staff, complete Priority One and Priority Two child abuse and neglect investigations within 30 days of intake, consistent with DFPS policy. | 95%<br><br>MR 1 (Dkt 869 at 39–40) | 96%<br><br>MR 2 (Dkt 1079 at 30–31) | 93%<br><br>MR 4 (Dkt 1248 at 15) | 96%<br><br>MR 6 (Dkt 1380 at 22–23) | 98%<br><br>MR 8 (Dkt 1599 at 14) | 98%<br><br>MR 10 (Dkt 1660 at 15–16) | |
| 15 | HHSC Completion of Priority Three, | 96% | 98% | 97% | 98% | 98% | 98% | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | Four, and Five Investigations within 60 Days of Intake: Effective immediately, the State of Texas shall ensure RCCL investigators, and any successor staff, complete Priority Three, Priority Four and Priority Five investigations within 60 days of intake, consistent with DFPS policy. | MR 1 (Dkt 869 at 39–40) | MR 2 (Dkt 1079 at 30–31) | MR 4 (Dkt 1248 at 15) | MR 6 (Dkt 1380 at 22–23) | MR 8 (Dkt 1599 at 14) | MR 10 (Dkt 1660 at 15–16) | |
| 16 | HHSC Completion and Submission of Documentation on the Same Day the Investigation was Completed in Priority One and Two Investigations: Effective immediately, the State of Texas shall ensure RCCL investigators, and any successor staff, complete and submit documentation in Priority One and Priority Two | 96%<br><br>MR 1 (Dkt 869 at 39-40) | 93%<br><br>MR 2 (Dkt 1079 at 30–31) | 95%<br><br>MR 4 (Dkt 1248 at 15) | 96%<br><br>MR 6 (Dkt 1380 at 22–23) | 98%<br><br>MR 8 (Dkt 1599 at 14) | 97%<br><br>MR 10 (Dkt 1660 at 15–16) | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | investigations on the same day the investigation is completed. | | | | | | | |
| 17 | HHSC Completion and Submission of Documentation within 60 Days of Intake in Priority Three, Four, and Five Investigations: Effective immediately, the State of Texas shall ensure RCCL investigators, and any successor staff, complete and submit documentation in Priority Three, Priority Four and Priority Five investigations within 60 days of intake. | 96%<br><br>MR 1 (Dkt 869 at 39-40) | 97%<br><br>MR 2 (Dkt 1079 at 30–31) | 96%<br><br>MR 4 (Dkt 1248 at 15) | 98%<br><br>MR 6 (Dkt 1380 at 22–23) | 98%<br><br>MR 8 (Dkt 1599 at 14) | 98%<br><br>MR 10 (Dkt 1660 at 15–16) | |
| 18 | HHSC Notification Letters Sent within Five Days of Investigation Closure in Priority One and Two Investigations: Effective immediately, the | 77%<br>to both referents and providers<br><br>MR 1 (Dkt 869 at 40) | 93%<br>to both referents and providers<br><br>MR 2 (Dkt 1079 at 31) | 94%<br>to both referents and providers<br><br>MR 4 (Dkt 1248 at 16) | 93%<br>to both referents and providers<br><br>MR 6 (Dkt 1380 at 23) | 96%<br>to both referents and providers<br><br>MR 8 (Dkt 1599 at 14–15) | 96%<br>to both referents and providers<br><br>MR 10 (Dkt 1660 at 16) | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | State of Texas shall ensure RCCL investigators, and any successor staff, finalize and mail notification letters to the referent and provider(s) in Priority One and Priority Two investigations within five days of closing a child abuse and neglect investigation or completing a standards investigation. | | | | | | | |
| 19 | <u>HHSC Notification Letters Sent within 60 Days of Intake in Priority Three, Four, and Five Investigations</u>: Effective immediately, the State of Texas shall ensure RCCL investigators, and any successor staff, finalize and mail notification letters to the referent(s) and provider(s) in | 79%<br><br>MR 1 (Dkt 869 at 40) | 96%<br><br>MR 2 (Dkt 1079 at 31) | 95%<br><br>MR 4 (Dkt 1248 at 16) | 92%<br><br>MR 6 (Dkt 1380 at 23) | 96%<br><br>MR 8 (Dkt 1599 at 14–15) | 97%<br><br>MR 10 (Dkt 1660 at 16) | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | Priority Three, Priority Four, and Priority Five investigations within 60 days of intake. | | | | | | | |
| **Heightened Monitoring** (ROs 20, 21) | | | | | | | | |
| 20 | Within 120 days, RCCL, and/or any successor entity charged with inspections of child care placements, will identify, track and address concerns at facilities that show a pattern of contract or policy violations. Such facilities must be subject to heightened monitoring by DFPS and any successor entity charged with inspections of child care placements and subject to more frequent inspections, corrective actions and, as appropriate, other remedial actions | 83 facilities on heightened monitoring<br><br>Monitors' Update re COVID-19 (Dkt 955 at 24) | 78 facilities on heightened monitoring<br><br>MR 2 (Dkt 1079 at 289) | 82 facilities on heightened monitoring as of June 2021, out of 127 that qualified<br><br>Monitors' Update (Dkt 1132 at 3) | 76 facilities on heightened monitoring, active as of March 1, 2022. 98 were placed and 127 qualified<br><br>MR 4 (Dkt 1248 at 92–93) | 39 facilities on heightened monitoring, actively monitored as of March 1, 2023.<br><br>Another 12 were in post-plan monitoring (PPM).<br><br>112 were placed and 144 qualified<br><br>MR 6 (Dkt 1380 at 155) | 44 facilities on heightened monitoring, actively monitored as of March 1, 2024.<br><br>Another 11 were in PPM. 75 were on HM at some point in 2023 (Dkt 1599 at 147).<br><br>128 were placed and 164 qualified<br><br>MR 8 (Dkt 1599 at 148–149) | 65 facilities on heightened monitoring, actively monitored as of March 31, 2025.<br><br>Another 11 were in PPM. 91 were on HM at some point in 2024 (Dkt 1660 at 17).<br><br>157 were placed and 199 qualified<br><br>66% reports of active Heightened Monitoring found the operation compliant with its Heightened Monitoring Plan tasks<br><br>MR 10 (Dkt 1660 at 17, 143) |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | under DFPS' enforcement framework. | | | | | | | |
| 21 | Effective immediately, RCCL and/or its successor entity, shall have the right to directly suspend or revoke the license of a placement in order to protect children in the PMC class. | | | | HHSC considered 12 new recommendations for foster home closures; 1 was not approved<br><br>DFPS placed 34 foster homes on disallowed placements list<br><br>MR 4 (Dkt 1248 at 10, 17) | HHSC considered 13 new recommendations for foster home closures; 1 was not approved<br><br>DFPS added 13 foster homes to disallowed placements list<br><br>MR 6 (Dkt 1380 at 25) | HHSC considered 27 recommendations for foster home closures in 2023; 4 were not approved<br><br>DFPS placed 75 foster homes on disallowed placements list in 2023<br><br>MR 8 (Dkt 1599 at 16) | HHSC considered 19 recommendations for foster home closures in 2023; 5 were not approved<br><br>DFPS placed 26 foster homes on disallowed placements list<br><br>MR 9 (Dkt 1660 at 18) |
| 22 | <u>Consideration of Abuse or Neglect/Corporal Punishment and Obligation to Report Suspected Abuse or Neglect</u>: Effective immediately, RCCL, and any successor entity charged with inspections of child care placements, must consider during the placement inspection all | 45% (292/650) of inspections with a safety risk did not document how the risk was considered<br><br>MR 4 (Dkt 1248 at 9, 72–73) | 38% (140/365) of inspections with a safety risk did not document how the risk was considered (derived from 62% (225/365) that did)<br><br>MR 6 (Dkt 1380 at 11, 127, 129–30) | 40% (191/473) of inspections with a safety risk did not document how the risk was considered (derived from 60% (282/473) that did)<br><br>MR 8 (Dkt 1599 at 12–13, 125, 127–28) | 43% (219/514) of inspections with a safety risk did not document how the risk was considered<br><br>MR 10 (Dkt 1660 at 14, 118, 121–22) | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | referrals of, and in addition all confirmed findings of, child abuse/neglect and all confirmed findings of corporal punishment occurring in the placements. During inspections, RCCL, and any successor entity charged with inspections of child care placements, must monitor placement agencies' adherence to obligations to report suspected child abuse/neglect. When RCCL, and any successor entity charged with inspections of child care placements, discovers a lapse in reporting, it shall refer the matter to DFPS, which shall | | | | | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | immediately investigate to determine appropriate corrective action, up to and including termination or modification of a contract. | | | | | | | |
| **Tracking and Documenting Sexual Abuse and Child-on-Child Sexual Aggression** (ROs 23, 24) | | | | | | | | |
| 23 | <u>Profile Characteristic Option</u>: Within 60 days, DFPS shall implement within the child's electronic case record a profile characteristic option for caseworkers or supervisors to designate PMC and TMC children as "sexually abused" in the record if the child has been confirmed to be sexually abused by an adult or another youth. | The State has created pages within its IMPACT data system that allow DFPS to record information related to sexual victimization, sexual aggression, or a sexual behavior problem in a child's electronic case record. | | | | | | |
| 24 | <u>Documenting Sexual Abuse</u>: Within 60 days, DFPS shall | 97%<br><br>MR 1 (Dkt 869 at 215) | 70%<br><br>MR 2 (Dkt 1079 at 27) | 100%<br><br>MR 4 (Dkt 1248 at 39) | 100%<br><br>MR 6 (Dkt 1380) | 100%<br><br>MR 8 (Dkt 1599) | 100%<br><br>MR 10 (Dkt 1660 at 10) | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | document in each child's records all confirmed allegations of sexual abuse in which the child is the victim. | | | | | | | |
| **Caregiver Notification** (ROs 25, 26, 27, 29, 31) | | | | | | | | |
| 25 | Effective immediately, all of a child's caregivers must be apprised of confirmed allegations at each present and subsequent placement. | 30% (171/565) abuse placements: forms signed by caregiver at placement<br>40% (68/171) aggression placements: same<br>DFPS held in contempt<br>MR 2 (Dkt 1079 at 27–28, 217–18) | 41% (204/493) abuse placements: complete history, signed at placement<br>45% (73/163) aggression placements: same<br>MR 4 (Dkt 1248 at 51) | 49% (120/243) abuse placements: complete history, signed at placement<br>59% (36/61) aggression placements: same<br>MR 6 (Dkt 1380 at 63) | 63% (317/507) placements: complete history, signed at placement<br>MR 8 (Dkt 1599 at 11, 68) | 84% (461/548) placements: complete Attachment A, signed at placement<br>MR 10 (Dkt 1660 at 11, 73) | | |
| 26 | Effective immediately, if a child has been sexually abused by an adult or another youth, DFPS must ensure all information about sexual abuse is reflected in the child's placement summary form, and common | 50% (234/465) Common Apps had complete abuse history<br><br>40% (226/565) Placement Summary/Att. A had complete abuse history<br><br>MR 2 (Dkt 1079 at 28, 217–18) | 93% (360) Common Apps had all abuse history<br><br>50% (246/493) Placement Summary/Att. A had complete abuse history<br><br>MR 4 (Dkt 1248 at 46, 51) | 90% (177/196) Common Apps had all abuse history<br><br>66% (161/243) Placement Summary/Att. A had complete abuse history<br><br>MR 6 (Dkt 1380 at 59, 63) | 97% (309/320) Common Apps had all abuse history<br><br>74% (267/359) Placement Summaries marked abuse history; 98% (352/359) Att. A complete | 98% (300/305) Common Apps had all abuse history<br><br>96% (351/364) Placement Summary/Att. A had complete abuse history<br><br>DFPS removed the abuse history | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | application for placement. | | | | MR 8 (Dkt 1599 at 64, 66) | checkboxes from the Placement Summary in March 2024<br><br>Of 73 direct care staff who reported that at the time of the interview, they supervised a child who had a history of sexual aggression or sexual abuse, 44% (32 of 73) were not able to identify the child.<br><br>MR 10 (Dkt 1660 at 73–74, 80) | | |
| 27 | Effective immediately, all of the child's caregivers must be apprised of confirmed allegations of sexual abuse of the child at each present and subsequent placement. | RO 27 is reported alongside ROs 25, 26, 29, and 31 and should be understood in tandem with those ROs. One aspect of these ROs the Monitors are concerned about is what the State considers to be "confirmed" sexual abuse. MR 6, 8, and 10 demonstrate that in certain situations the State determined a child did not have a history of victimization, but when the Monitors reviewed the child's file, they independently determined that the State should have found a confirmed case of sexual abuse. This is a statistic that will be further discussed in the upcoming MR 12. | | | | | | |
| 28 | Effective immediately, DFPS shall ensure | IMPACT profile characteristics | Aggressor-flag rate - the share of confirmed | Consistent with victim: 70% (45 of 64) | Consistent with victim: 59% (23 of 39) | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | a child's electronic case record documents "child sexual aggression" and "sexual behavior problem" through the profile characteristic option when a youth has sexually abused another child or is at high risk for perpetrating sexual assault. | for sexual aggression created<br><br>98% (55/56) flagged aggressors had info on aggression page<br><br>MR 1 (Dkt 869 at 211–13) | child-on-child sexual abuse incidents in which the aggressor's record carries the indicator with consistent incident information<br><br>Consistent with victim: 72% (47 of 65)<br><br>Inconsistent: 11% (7 of 65)<br><br>MR 6 (Dkt 1380 at 52) | Inconsistent: 20%<br><br>MR 8 (Dkt 1599 at 55) | Inconsistent: 31%<br><br>MR 10 (Dkt 1660 at 49) | | | |
| 29 | Effective immediately, if sexually aggressive behavior is identified from a child, DFPS shall also ensure the information is reflected in the child's placement summary form, and common application for placement. | 98% (43/44) Common Apps had aggression info<br><br>Common Apps and 86% (91/106) Placement Summaries had all aggression info (DFPS case read)<br><br>Monitors found only 1 of 44 records had a | 57% (83/145) Common Apps had complete aggression history<br><br>54% (93/171) Placement Summary/Att. A had complete aggression history<br><br>MR 2 (Dkt 1079 at 27, 217–18) | 91% (121) Common Apps had all aggression history<br><br>61% (99/163) Placement Summary/Att. A had complete aggression history<br><br>MR 4 (Dkt 1248 at 46, 51) | 91% (41/45) Common Apps had all aggression history<br><br>75% (46/61) Placement Summary/Att. A had complete aggression history<br><br>MR 6 (Dkt 1380 at 59, 63) | 98% (104/106) Common Apps had all aggression history<br><br>79% (98/124) Placement Summaries marked aggression history; 99% (123/124) Att. A complete<br><br>MR 8 (Dkt 1599 at 64, 66) | 99% (83/84) Common Apps had all aggression history<br><br>Both forms found for 97% (101/104)<br><br>DFPS removed the aggression history checkboxes from the Placement Summary in March 2024 | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | | Placement Summary<br><br>MR 1 (Dkt 869 at 240–43) | | | | | MR 10 (Dkt 1660 at 71–72) | |
| 30 | Effective immediately, DFPS must also document in each child's records all confirmed allegations of sexual abuse involving the child as the aggressor. | 98% (55/56) flagged aggressors had info on aggression page<br><br>MR 1 (Dkt 869 at 212–14) | Child-on-child abuse: no info on the aggressor's record in 17% (11/65) of incidents<br>MR 6 (Dkt 1380 at 51) | Child-on-child abuse: no info on the aggressor's record in 10% (6/64) of incidents<br><br>MR 8 (Dkt 1599 at 54) | Child-on-child abuse: no info on the aggressor's record in 10% (4/39) of incidents<br><br>MR 10 (Dkt 1660 at 49) | | | |
| 31 | Effective immediately, all of the child's caregivers must be apprised at each present and subsequent placement of confirmed allegations of sexual abuse involving the PMC child as the aggressor. | Only 57% of caregivers interviewed said they were told when a child was sexually aggressive and 50% said they had been told when a child had history of sexual abuse<br><br>MR 1 (Dkt 869 at 232) | 40% (68/171) of aggression placements and 30% of sexual abuse placements: Placement Summary and Attachment A hand-signed by the receiving caregiver on or before placement<br><br>MR 2 (Dkt 1079 at 28) | 57% (93/163) of aggression placements and 47% (231/493) of sexual abuse placements: Placement Summary and Attachment A with complete history, signed by the receiving caregiver<br><br>MR 4 (Dkt 1248 at 51) | 74% (45/61) of aggression placements and 65% (159/243) of sexual abuse placements: Placement Summary and Attachment A with complete history, signed by the receiving caregiver<br><br>MR 6 (Dkt 1380 at 63) | 90% (112/124) of aggression placements and 95% (342/359) of sexual abuse placements: Attachment A signed by the receiving caregiver at the time of placement<br><br>MR 8 (Dkt 1599 at 68) | 91% (92/101) of aggression placements and 94% (331/351) of sexual abuse placements: Placement Summary and Attachment A signed by the receiving caregiver at the time of placement<br><br>MR 10 (Dkt 1660 at 73) | |
| 32 | Within 90 days of this Order, DFPS | 95% (4,622/4,853) | 99% of DFPS staff in the data | DFPS: 99.7% (3,882/3,894) | Monitoring suspended | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | shall create a clear policy on what constitutes child on child sexual abuse. Within 6 months of the Court's Order, DFPS shall ensure that all staff who are responsible for making the determinations on what constitutes child on child sexual abuse are trained on the policy. | of decision-making staff had completed Child Sexual Aggression (CSA) training<br><br>OCOK lowest at 86% (31/36)<br><br>MR 2 (Dkt 1079 at 25) | had completed CSA training<br><br>MR 4 (Dkt 1248 at 8–11, 32–34) | of staff in Q4 FY23 and 99.3% (4,000/4,023) in Q1 FY24 had a validated CSA course completion | because of DFPS's high compliance in MR 8 and continuing problems validating the SSCCs' data<br><br>MR 10 (Dkt 1660 at 9) | | | |
| 35 | <u>Caseload Performance</u>: Effective immediately, DFPS shall track caseloads on a child-only basis, as ordered by the Court in December 2015. Effective immediately, DFPS shall report to the Monitors, on a quarterly basis, caseloads for all staff, including supervisors, who provide primary case management services to | All Caseworkers: 49% (MR 1) 56% (MR2) 59% (MR3)<br><br>DFPS: 57% (MR2) 60% (MR3) | All Caseworkers: 62%<br>DFPS: 61%<br>2INgage: 73%<br>All Supervisors: 13%<br><br>(MR4) | All Caseworkers: 80%<br>DFPS: 79%<br>2INgage: 86%<br>St. Francis: 49%<br>All Supervisors: 17%<br><br>(MR5) | All Caseworkers: 87%<br>DFPS: 89%<br>2INgage: 96%<br>St. Francis: 66%<br>Belong: 74%<br>All Supervisors: 22%<br><br>(MR6) | All Caseworkers: 89%<br>DFPS: 91%<br>2INgage: 81%<br>St. Francis: 77%<br>Belong: 89%<br>All Supervisors: 20%<br><br>(MR7) | All Caseworkers: 82%<br>DFPS: 80%<br>2INgage: 91%<br>St. Francis: 90%<br>Belong: 100%<br>Empower: 21%<br>4Kids4Families: 59%<br>Texas Family Care Network: 78%<br>All Supervisors: 39%<br><br>(MR9) | All Caseworkers: 88%<br>DFPS: 93%<br>2INgage: 78%<br>St. Francis: 44%<br>Belong: 100%<br>Empower: 69%<br>4Kids4Families: 82%<br>Texas Family Care Network: 90%<br>All Supervisors: 56%<br><br>(MR11) |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | children in the PMC class, whether employed by a public or private entity, and whether full-time or part-time. | | | | | | | |
| 37 | Within 60 days, DFPS shall ensure that all abuse and neglect referrals regarding a foster home where any PMC child is placed, which are not referred for a child abuse and neglect investigation, are shared with the PMC child's caseworker and the caseworker's supervisor within 48 hours of DFPS receiving the referral. Upon receipt of the | In 50% (43) of the 86 cases where the monitoring team identified an HHR in the record, there was no documentation of a staffing<br><br>MR 2 (Dkt 1079 at 116)<br><br>Note: in 2020 DFPS changed its policy to restrict the practice of downgrading RCCI intakes. | 2 HHRs, 1 required staffing<br><br>MR 7 (Dkt 1496 at 108) | 1 HHR, 1 required staffing<br><br>MR 9 (Dkt. 1658 at 111) | | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | information, the PMC child's caseworker will review the referral history of the home and assess if there are any concerns for the child's safety or well-being, and document the same in the child's electronic case record. | That significantly reduced the number of cases for which an HHR is completed. | | | | | | |
| **Modified Orders: Remedies Applicable to the General Class** | | | | | | | | |
| A1 | <u>Caseworker Workload Study</u>: Within 60 days of the Court's Order, DFPS, in consultation with and supervision of the Monitors, shall propose a workload study to generate reliable data regarding current caseloads and to determine how many children caseworkers are able to safely carry, for the establishment of appropriate | On December 17, 2019, the Court released the State from the workload study requirement and approved, in its place, an agreed guideline of 14–17 children per conservatorship caseworker. Since then, the Monitors have reported A1–A4 together with RO 35, measured by how many caseworkers' caseloads conform to that standard. | | | | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | guidelines for caseload ranges. | | | | | | | |
| A2 | <u>Presentation of Workload Study</u>: Within 120 days of the Court's Order, DFPS shall present the completed workload study submission to the Court, how many cases, on average, caseworkers are able to safely carry, and the data and information upon which the determination is based, for the establishment of appropriate guidelines for caseload ranges. | On December 17, 2019, the Court released the State from the workload study requirement and approved, in its place, an agreed guideline of 14–17 children per conservatorship caseworker. Since then, the Monitors have reported A1–A4 together with RO 35, measured by how many caseworkers' caseloads conform to that standard. | | | | | | |
| A3 | <u>Establishing Caseworker Caseload Guidelines</u>: Within 150 days of the Court's Order, DFPS shall establish internal caseload standards based on the findings of the DFPS workload study, and subject | On December 17, 2019, the Court released the State from the workload study requirement and approved, in its place, an agreed guideline of 14–17 children per conservatorship caseworker. Since then, the Monitors have reported A1–A4 together with RO 35, measured by how many caseworkers' caseloads conform to that standard. | | | | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | to the Court's approval. | | | | | | | |
| A4 | <u>Caseworker Caseloads</u>: Within 180 days of the Court's Order, DFPS shall ensure that the generally applicable, internal caseload standards that are established are utilized to serve as guidance for supervisors who are handling caseload distribution and that its hiring goals for all staff are informed by the generally applicable, internal caseload standards that are established. | On December 17, 2019, the Court released the State from the workload study requirement and approved, in its place, an agreed guideline of 14–17 children per conservatorship caseworker. Since then, the Monitors have reported A1–A4 together with RO 35, measured by how many caseworkers' caseloads conform to that standard. | | | | | | |
| A6 | <u>Reporting Allegations</u>: Within 30 days of the Court's Order, DFPS shall ensure that caseworkers provide children with the appropriate point of contact for reporting issues relating to abuse or | 60% (70/117) had heard of SWI hotline<br><br>Knew how to reach FCO: 23%<br><br>MR 1 (Dkt 869 at 30, 126–29, 132) | 35% (26/75) knew how to call SWI hotline<br><br>33% (25/76) knew how to contact FCO<br><br>23% (17/75) had heard of Bill of Rights, | 33% (18/55) knew of and how to call SWI hotline<br><br>31% (17/55) knew of and how to call FCO<br><br>20% (11/55) had heard of | 83% (45 of 54) of child files reviewed contained a signed Bill of Rights<br><br>62% (29/47) knew of and how to call SWI hotline | 68% (23/38) knew of and how to call SWI hotline<br><br>50% (19/38) knew of and how to reach FCO<br><br>34% (13/38) had heard of Bill of | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | neglect. In complying with this order, DFPS shall ensure that children in the General Class are apprised by their primary caseworkers of the appropriate point of contact for reporting issues, and appropriate methods of contact, to report abuse and neglect. This shall include a review of the Foster Care Bill of Rights and the number for the Texas Health and Human Services Ombudsman. Upon receipt of the information, the PMC child's caseworker will review the referral history of the home and assess if there are any concerns for the child's safety or well-being and document the same in the child's | | FCO, and SWI hotline<br><br>Only 14% could call without being overheard<br>MR 5 (Dkt 1318 at 14, 76–79, 81) | Bill of Rights, FCO, and SWI hotline<br><br>"Little improvement" in four years; children reported only 1% of hotline reports<br>MR 7 (Dkt 1496 at 14, 75–77, 86) | 57% (27/47) knew of and how to reach FCO<br><br>51% (24/47) had heard of Bill of Rights, FCO, and SWI hotline<br><br>8% of children felt unsafe<br><br>MR 9 (Dkt 1658 at 14, 75, 78–81, 86, 90–92) | Rights, FCO, and SWI hotline<br><br>42% had felt unsafe in placement<br><br>MR 11 (Dkt 1659 at 14, 85–88, 93–94) | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | electronic case record. | | | | | | | |
| A7 | <u>Awake Night Supervision</u>: The Defendants shall immediately cease placing PMC children in placements housing more than 6 children, inclusive of all foster, biological, and adoptive children, that lack continuous 24-hour awake-night supervision. The continuous 24-hour awake-night supervision shall be designed to alleviate any unreasonable risk of serious harm. ("The 24-hour-supervision requirement is affirmed with the modification that it applies only to LFC placements, not unlicensed placements." *Stukenberg II*, 929 F.3d at 277.) | DFPS made unannounced awake-night visits to 84–90% of awake-night operations each month; 70% visited in every eligible month<br><br>40 violations; corrective action plan in only 17<br><br>MR 2 (Dkt 1079 at 28, 236–47) | DFPS made unannounced awake-night visits to 85–99% of awake-night operations each month; 68% visited in every eligible month<br><br>21 violations,<br><br>MR 4 (Dkt 1248 at 9, 59–61, 67) | DFPS made unannounced awake-night visits to 95–100% of awake-night operations each month; 84% in every eligible month<br>DFPS certified every operation visited<br><br>DFPS's near-total compliance finding "conflicts with" Monitors' findings: staff asleep at 12% (4/33) of visits<br><br>29 HHSC citations for sleeping staff or supervision problems<br><br>MR 6 (Dkt 1380 at 16, 20–21, 75–78, 93) | DFPS made unannounced awake-night visits to more than 90% of awake-night operations in every eligible month<br><br>DFPS certified 99% (2,722/2,729) of visits<br><br>32 HHSC citations for sleeping staff or supervision problems<br><br>MR 8 (Dkt 1599 at 11–12, 81–87, 94–95) | DFPS certified 99% (2,920/2,923) of visits<br><br>Monitors found no violations in 12 overnight site visits<br><br>24% (63/261) of HHSC supervision citations involved awake-night issues; 45 involved sleeping staff<br><br>MR 10 (Dkt 1660 at 11–12, 83–87, 94) | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| A8 | <u>Awake-Night Supervision</u>: Within 60 days of this Court's Order, and on a quarterly basis thereafter, DFPS shall provide a detailed update and verification to the Monitors concerning the State's providing continuous 24-hour awake-night supervision in the operation of placements that house more than 6 children, inclusive of all foster, biological, and adoptive children. | Reported alongside A7 | | | | | | |
| **Modified Orders: Remedies Applicable to the Licensed Foster Care Subclass** | | | | | | | | |
| B1 | Within 60 days of the Court's Order, DFPS, in consultation with and under the supervision of the Monitors, shall propose a workload study to: generate reliable data regarding current RCCL, or successor entity, | 59% of RCCL inspectors carried caseloads above 17 tasks<br><br>46.5% of RCCI investigators carried caseloads above 17 investigations | 8–43% of RCCR inspectors carried caseloads above 17 tasks by month; high of 43% (37/85) in Mar. 2020<br><br>4–24% of RCCI investigators | 21–53% of RCCR inspectors carried caseloads above 17 tasks by month; high of 53% (48/90) in Feb. 2021<br><br>0–27% of RCCI investigators | 4–33% of RCCR inspectors carried caseloads above 17 tasks by month; high of 33% (29/89) in Aug. 2021<br><br>0–3% of RCCI investigators carried caseloads above 17 investigations by | 0–16% of RCCR inspectors carried caseloads above 17 tasks by month; high of 16% (14/86) in June 2023<br><br>0–1% of RCCI investigators carried caseloads above 17 investigations by | 0–6% of RCCR and Heightened Monitoring inspectors carried caseloads above 17 tasks by month; high of 6% (7/113) in Apr. 2024<br><br>0% of RCCI investigators carried caseloads | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | investigation caseloads and to determine how much time RCCL investigators, or successor staff, need to adequately investigate allegations of child maltreatment, in order to inform the establishment of appropriate guidelines for caseload ranges; and to generate reliable data regarding current RCCL inspector, or successor staff, caseloads and to determine how much time RCCL inspectors, or successor staff, need to adequately and safely perform their prescribed duties, in order to inform the establishment of appropriate guidelines for caseload ranges. The proposal shall include, but will not be limited to: | MR 1 (Dkt 869 at 34) | carried caseloads above 17 investigations by month; high of 24% (14/59) in Nov. 2020<br><br>MR 2 (Dkt 1079 at 25, 166, 172) | carried caseloads above 17 investigations by month; high of 27% (14/52) in Feb. 2021<br><br>MR 3 (Dkt 1165 at 114, 121) | month; high of 3% (2/76) in Sept. 2021<br><br>MR 5 (Dkt 1318 at 128, 132–33) | month; one investigator (1/76) in July 2022<br><br>MR 7 (Dkt 1496 at 17, 117, 121–22) | above 17 investigations in every month<br><br>MR 9 (Dkt 1658 at 18, 132–33, 137–38) | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | the sampling criteria, timeframes, protocols, survey questions, pool sample, interpretation models, and the questions asked during the study. DFPS shall file this proposal with the Court within 60 days of the Court's Order, and the Court shall convene a hearing to review the proposal. | | | | | | | |
| B2 | Within 120 days of the Court's Order, DFPS shall present the completed workload study to the Court. DFPS shall include as a feature of their workload study submission to the Court, how many cases, on average, RCCL inspectors and investigators, or any successor staff, are able to safely carry, and the data and | On December 17, 2019, the Court released the State from the study and approved, in its place, a guideline of 14–17 investigations per investigator and 14–17 tasks per inspector. Since then, the Monitors have reported B1 together with B2–B4. They measure it by the share of caseloads at or below 17. | | | | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | information upon which that determination is based, for the establishment of appropriate guidelines for caseload ranges. | | | | | | | |
| B3 | Within 150 days of the Court's Order, DFPS, in consultation with the Monitors, shall establish internal guidelines for caseload ranges that RCCL investigators, or any successor staff, can safely manage based on the findings of the RCCL investigator workload study, including time spent in actual investigations. In the standard established by DFPS, caseloads for staff shall be prorated for those who are less than full-time. Additionally, caseloads for staff who spend part- | On December 17, 2019, the Court released the State from the study and approved, in its place, a guideline of 14–17 investigations per investigator and 14–17 tasks per inspector. Since then, the Monitors have reported B1 together with B2–B4. They measure it by the share of caseloads at or below 17. | | | | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | time in the work described by the RCCL, or successor entity, standard and part-time in other functions shall be prorated accordingly. | | | | | | | |
| B4 | Within 180 days of this Order, DFPS shall ensure that the internal guidelines for caseload ranges and investigative timelines are based on the determination of the caseloads RCCL investigators, or any successor staff, can safely manage are utilized to serve as guidance for supervisors who are handling caseload distribution and that these guidelines inform DFPS hiring goals for all RCCL inspectors and | On December 17, 2019, the Court released the State from the study and approved, in its place, a guideline of 14–17 investigations per investigator and 14–17 tasks per inspector. Since then, the Monitors have reported B1 together with B2–B4. They measure it by the share of caseloads at or below 17. | | | | | | |

| Compliance Statistics From Monitor Reports | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RO** | **Text of Order** | **1** (least recent) | **2** | **3** | **4** | **5** | **6** | **7** (most recent) |
| | investigators, or successor staff. | | | | | | | |
| B5 | <u>Communicating Allegations to Caseworker</u>: Effective immediately, DFPS shall ensure that RCCL or any successor entity promptly communicates allegations of abuse to the child's primary caseworker. In complying with this order, DFPS shall ensure that it maintains a system to receive, screen, and assign for investigations, reports of maltreatment of children in the General Class, taking into account at all times the safety needs of children. | 50% (57/115) of caseworkers notified more than 72 hours after the allegation, or never<br><br>MR 1 (Dkt 869 at 31, 135) | In the December 2020 contempt order, the Court told the Monitors to check more than whether the caseworker learned of the report. They must also check whether the substance of the allegations reached the caseworker. | Staffing contact found: 62% (406/654) RCCI; 29% (110/373) CPI; 40% (47/117) PI<br><br>Safety action planned or taken: 44% RCCI; 41% CPI; 50% PI<br><br>MR 3 (Dkt 1165 at 13–14, 80, 85) | Staffing contact found: 67% (260/387) RCCI; 41% (128/312) CPI; 55% (54/99) PI<br><br>42% (335/798) of all intakes had a contact showing appropriate safety action<br><br>MR 5 (Dkt 1318 at 14–15, 97) | Automated notice for 100% of 358 RCCI intakes; none for CPI or PI<br><br>Contact showed appropriate action in 69% (482/696) of all intakes<br><br>MR 7 (Dkt 1496 at 8, 15, 106) | Staffing contact found: 99% (391/397) RCCI; 94% (196/208) CPI; 94% (62/66) PI<br><br>Contact showed appropriate action: 91% (360/397) RCCI; 82% (171/208) CPI; 67% (44/66) PI<br><br>MR 9 (Dkt 1658 at 7, 14, 109–10) | Staffing contact found: 97% RCCI; 97% CPI; 100% PI<br><br>Where action was needed, it was adequate in 75% RCCI; 77% CPI; 67% PI<br><br>Action adequate (or not needed) in 72% (155/216) of all intakes<br><br>MR 11 (Dkt 1659 at 14–15) |