IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § | |
| *Plaintiffs*, | § | |
| v. | § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § | |
| *Defendants.* | § | |

**DECLARATION OF AUDREY O'NEILL**

In support of Defendants' Advisory Regarding Information Requested by the Court at the October 21, 2026 Hearing, I, Audrey O'Neill, hereby declare and state:

1. I am the Commissioner of the Texas Department of Family and Protective Services (DFPS). I have personal knowledge of the facts stated in this declaration, which are based on my review of data that DFPS maintains in the ordinary course of its business and on information provided to me by the DFPS staff responsible for maintaining that data.

2. DFPS tracks caseworkers' caseloads in its IMPACT case-management system on a child-only basis, counting each child assigned to a caseworker as one case. The three tables in the advisory were prepared from caseload and staffing data that DFPS maintains in the ordinary course of its business. I have reviewed the tables, and they accurately reflect DFPS's data.

3. As of October 21, 2026, 4,107 children in DFPS's permanent managing conservatorship live in regions with community-based care. All of those children are assigned to a primary caseworker carrying 20 or fewer cases.

4. As of October 21, 2026, seven conservatorship caseworkers carry more than 20 cases: three in legacy regions, who carry 21, 22, and 23 cases, respectively; three in Region 8A, who carry 21 cases each; and one in Region 2, who carries cases only for young adults in extended foster care.

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct and that I executed this declaration on November 6, 2026, in Austin, Texas.

Date: November 6, 2026

Respectfully submitted,

*/s/ Audrey O'Neill*
**Audrey O'Neill**

COMMISSIONER
Texas Department of Family and Protective Services