# EXHIBIT A

**From:** Yetter, Paul
**Sent:** Friday, November 20, 2026 3:42 PM
**To:** Kevin Ryan; Deborah Fowler
**Cc:** Ho, Allyson N.
**Subject:** DFPS question

Court Monitors:

At a recent evidentiary hearing, DFPS Commissioner O'Neill testified that DFPS has a "different" way than the monitors of measuring timeliness of initiation and contact in its investigations subject to Remedial Orders 5-8. That was not what I had understood. We have two question:

- When DFPS periodically submits data to the monitors about its investigations, does DFPS indicate whether it has determined the timeliness of its investigation initiations or contacts with the victimized children? Or does DFPS simply provide raw data from which the monitors alone assess timeliness?
- If DFPS does determine timeliness, how closely do the monitors' timeliness determinations align with DFPS's own determinations?

We appreciate your input on these questions, which may be important for the Court's consideration. The State's lead counsel is copied on this email.

Best regards,

**R. Paul Yetter | Partner | Yetter Coleman LLP**
600 Travis Street, Suite 5400, Houston, Texas 77002
(D) 713.632.8003 | (C) 713.320.5894
pyetter@yettercoleman.com | Bio | vCard

**From:** Kevin Ryan <kevinmichaelryan1967@gmail.com>
**Sent:** Saturday, November 21, 2026 7:37 AM
**To:** Yetter, Paul; Allyson Ho
**Cc:** Deborah Fowler
**Subject:** Remedial Orders 5-8
**Attachments:** Untimely column.png

Counsel,

For Remedial Orders 5-8, DFPS provides us with both the underlying raw data and its determinations on the timeliness of its investigation initiations/contacts with the children. I am attaching a PDF of one tab from a large Excel file DFPS recently submitted, and you can see in the columns on the right where DFPS has made an assessment of its performance.

With respect to your question on how closely the monitors' timeliness determinations align with DFPS's own determinations, I've now looked at MR 11. There were 1,684 investigations. We aligned with DFPS on all the investigations we determined as timely initiated.

DFPS reported 1,451 investigations were timely and 233 were untimely. We reported 1,418 investigations were timely and 266 were not documented as timely.

Of the 266 investigations that we reported were not documented as timely, DFPS assessed 33 were timely and the remaining 233 they reported were untimely. Of the 33 investigations where our findings varied from DFPS's self-assessment, 17 were due to the fact that DFPS's data report indicated initiation (face to face contact) occurred prior to the intake date. We shared this with DFPS in advance of finalizing the report and asked for their input, as we footnoted in the monitoring report. The agency reported there had been data entry errors or technical problems merging cases and that the data we cited to them was accurate.

We determined 16 other investigations were not documented as timely because the agency's records indicated in those investigations multiple children were seen at the exact same time and date. DFPS advised us at the outset of the case that its policy for initiation and face-to-face contact in investigations requires children be seen separately. DFPS reported that some of this was also due to data entry issues.

So, in sum, of the 266 untimely investigations that we reported in MR 11 for Remedial Orders 5-8, DFPS reported 33 were timely and the remaining 233 they reported as untimely as well. Of the 33 that we differed on, 16 were due to the same face to face timestamps for multiple children and 17 were due to data errors that showed the initiation (face to face contact) occurred prior to the intake date.

Kevin

**Alleged Victims in PMC in RCI Investigations that Closed in the Month**
**For the Month of : September 2026**
Confidential Information: For Use by DFPS and Court Appointed Monitors Only

| | Case ID | Intake Stage ID | Intake Start Date/Time | Priority | Investigation Stage ID | Investigation Stage Name | Investigator ID | Investigator Name | Program Conducting | Intake Resource ID | Operation Number | Operation Name | Operation Type | Operation Region | Operation County | Date/Time of the First FTF Contact in IMPACT with the Alleged Victim in PMC | FTF Timely | Initiation Timely in IMPACT | Date I... Sta... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 51074785 | 81386881 | 05-28-2026 08:57:00 AM | 2 | 81388378 | Redacted [redacted] | ### | Redacted [redacted] | LIC | 26426771 | 1811997 | Redacted [redacted] | esidential Treatment | 6 | Harris | 05-29-2026 12:20:00 PM | Timely | Timely | 05/28/20 |
| 7 | 51074785 | 81386881 | 05-28-2026 08:57:00 AM | 2 | 81388378 | [redacted] | ### | [redacted] | LIC | 26426771 | 1811997 | [redacted] | esidential Treatment | 6 | Harris | 05-29-2026 11:57:00 AM | Timely | Timely | 05/28/20 |
| 8 | 51074785 | 81386881 | 05-28-2026 08:57:00 AM | 2 | 81388378 | [redacted] | ### | [redacted] | LIC | 26426771 | 1811997 | [redacted] | esidential Treatment | 6 | Harris | 05-29-2026 02:51:00 PM | Timely | Timely | 05/28/20 |
| 9 | 51074785 | 81386881 | 05-28-2026 08:57:00 AM | 2 | 81388378 | [redacted] | ### | [redacted] | LIC | 26426771 | 1811997 | [redacted] | esidential Treatment | 6 | Harris | 05-29-2026 12:17:00 PM | Timely | Timely | 05/28/20 |
| 10 | 51077872 | 81396253 | 05-31-2026 11:06:16 AM | 2 | 81396431 | [redacted] | ### | [redacted] | LIC | 26409470 | 1797648 | [redacted] | esidential Treatment | 6 | Colorado | 06-02-2026 09:00:00 AM | Timely | Timely | 05/31/20 |
| 11 | 51083050 | 81409418 | 06-04-2026 10:49:00 AM | 2 | 81411532 | [redacted] | ### | [redacted] | LIC | 26445308 | 1532965-9551 | [redacted] | hild Placing | 6 | Harris | 07-21-2026 11:14:00 AM | Untimely | Untimely | 06/04/20 |
| 12 | 51083050 | 81409418 | 06-04-2026 10:49:00 AM | 2 | 81411532 | [redacted] | ### | [redacted] | LIC | 26445308 | 1532965-9551 | [redacted] | hild Placing | 6 | Harris | 06-12-2026 10:28:00 AM | Untimely | Untimely | 06/04/20 |
| 13 | 51085071 | 81415686 | 06-05-2026 09:11:00 PM | 2 | 81416589 | [redacted] | ### | [redacted] | LIC | 26420107 | 1805359 | [redacted] | esidential Treatment enter | 6 | Harris | 06-08-2026 11:36:00 AM | Timely | Timely | 06/06/20 |
| 14 | 51085071 | 81415686 | 06-05-2026 09:11:00 PM | 2 | 81416589 | [redacted] | ### | [redacted] | LIC | 26420107 | 1805359 | [redacted] | esidential Treatment enter | 6 | Harris | 06-08-2026 12:02:00 PM | Timely | Timely | 06/06/20 |
| 15 | 51085071 | 81415686 | 06-05-2026 09:11:00 PM | 2 | 81416589 | [redacted] | ### | [redacted] | LIC | 26420107 | 1805359 | [redacted] | esidential Treatment enter | 6 | Harris | 06-08-2026 12:09:00 PM | Timely | Timely | 06/06/20 |
| 16 | 51095813 | 81444678 | 06-16-2026 01:41:00 PM | 2 | 81445626 | [redacted] | ### | [redacted] | LIC | 23829203 | 868615-2574 | [redacted] | hild Placing gency/Branches | 7 | Williamso n | 06-17-2026 11:58:00 AM | Timely | Timely | 06/16/20 |
| 17 | 51095813 | 81444678 | 06-16-2026 01:41:00 PM | 2 | 81445626 | [redacted] | ### | [redacted] | LIC | 23829203 | 868615-2574 | [redacted] | hild Placing gency/Branches | 7 | Williamso n | 06-17-2026 01:44:00 PM | Timely | Timely | 06/16/20 |
| 18 | 51101564 | 81460163 | 06-22-2026 11:13:00 AM | 2 | 81461936 | [redacted] | ### | [redacted] | LIC | 26371798 | 1763576 | [redacted] | esidential Treatment | 6 | Harris | 06-23-2026 01:06:00 PM | Timely | Timely | 06/22/20 |
| 19 | 51107638 | 81477048 | 06-26-2026 10:47:00 PM | 2 | 81478073 | [redacted] | ### | [redacted] | LIC | 26432821 | 1812375-17011 | [redacted] | hild Placing | 6 | Harris | 06-29-2026 03:21:00 PM | Timely | Timely | 06/27/20 |
| 20 | 51107638 | 81477048 | 06-26-2026 10:47:00 PM | 2 | 81478073 | [redacted] | ### | [redacted] | LIC | 26432821 | 1812375-17011 | [redacted] | hild Placing | 6 | Harris | 06-29-2026 03:06:00 PM | Timely | Timely | 06/27/20 |
| 21 | 51109734 | 81482743 | 06-29-2026 05:10:00 PM | 2 | 81484003 | [redacted] | ### | [redacted] | LIC | 26425736 | 1808412 | [redacted] | esidential Treatment | 6 | Harris | 07-02-2026 02:45:00 PM | Timely | Timely | 06/30/20 |
| 22 | 51110014 | 81483369 | 06-29-2026 09:26:54 PM | 2 | 81484320 | [redacted] | ### | [redacted] | LIC | 200692 | 516564-196-10 | [redacted] | hild Placing | 3 | Dallas | 06-30-2026 03:00:00 PM | Timely | Timely | 06/30/20 |
| 23 | 51121292 | 81514756 | 07-10-2026 09:33:15 AM | 2 | 81516323 | [redacted] | ### | [redacted] | LIC | 24850348 | 1244326 | [redacted] | eneral Residential peration - Multiple | 6 | Harris | 07-12-2026 11:24:00 AM | Timely | Timely | 07/10/20 |
| 24 | 51121292 | 81514756 | 07-10-2026 09:33:15 AM | 2 | 81516323 | [redacted] | ### | [redacted] | LIC | 24850348 | 1244326 | [redacted] | eneral Residential peration - Multiple | 6 | Harris | 07-12-2026 11:51:00 AM | Timely | Timely | 07/10/20 |
| 25 | 51122274 | 81517620 | 07-11-2026 12:42:02 AM | 2 | 81517921 | [redacted] | ### | [redacted] | LIC | 26418823 | 1807875 | [redacted] | esidential Treatment | 3 | Dallas | 07-13-2026 02:03:00 PM | Timely | Untimely | 07/11/20 |
| 26 | 51122274 | 81517620 | 07-11-2026 12:42:02 AM | 2 | 81517921 | [redacted] | ### | [redacted] | LIC | 26418823 | 1807875 | [redacted] | esidential Treatment | 3 | Dallas | 07-20-2026 09:40:00 AM | Untimely | Untimely | 07/11/20 |
| 27 | 51122274 | 81517620 | 07-11-2026 12:42:02 AM | 2 | 81517921 | [redacted] | ### | [redacted] | LIC | 26418823 | 1807875 | [redacted] | esidential Treatment | 3 | Dallas | 07-13-2026 05:08:00 PM | Timely | Untimely | 07/11/20 |
| 28 | 51122274 | 81517620 | 07-11-2026 12:42:02 AM | 2 | 81517921 | [redacted] | ### | [redacted] | LIC | 26418823 | 1807875 | [redacted] | esidential Treatment | 3 | Dallas | | Untimely No Date | Untimely | 07/11/20 |
| 29 | 51122274 | 81517620 | 07-11-2026 12:42:02 AM | 2 | 81517921 | [redacted] | ### | [redacted] | LIC | 26418823 | 1807875 | [redacted] | esidential Treatment | 3 | Dallas | 07-13-2026 01:49:00 PM | Timely | Untimely | 07/11/20 |
| 30 | 51122274 | 81517620 | 07-11-2026 12:42:02 AM | 2 | 81517921 | [redacted] | ### | [redacted] | LIC | 26418823 | 1807875 | [redacted] | esidential Treatment | 3 | Dallas | 07-13-2026 01:31:00 PM | Timely | Untimely | 07/11/20 |
| 31 | 51122963 | 81519316 | 07-12-2026 05:39:00 AM | 2 | 81520237 | [redacted] | ### | [redacted] | LIC | 26432528 | 1812895 | [redacted] | esidential Treatment | 6 | Harris | 07-14-2026 10:38:00 AM | Timely | Timely | 07/12/20 |
| 32 | 51124144 | 81522308 | 07-13-2026 02:25:00 PM | 2 | 81523941 | [redacted] | ### | [redacted] | LIC | 26426261 | 1810727 | [redacted] | eneral Residential peration - Multiple | 6 | Harris | 07-20-2026 03:08:00 PM | Untimely | Untimely | 07/13/20 |

fcl_03 Opened | fcl_03 Closed | fcl_03 Allegations | fcl_03 Extensions | fcl_03 All Extensions | Data Dictionary

Ready Accessibility: Investigate Display Settings 70%